UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL JOB CORPS ASSOCIATION, JOCELYN RIVERA, ADAMS AND ASSOCIATES, INC., ALTERNATE PERSPECTIVES, INC., EDUCATION & TRAINING RESOURCES, LLC, STRATEGIX MANAGEMENT, LLC, TRANSPORTATION COMMUNICATIONS UNION/IAM,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF LABOR, LORI CHAVEZ-DEREMER, in her official capacity as Secretary, Department of Labor,<br><br>*Defendants*. | Civil Case No. \_\_\_\_\_ |

## PLAINTIFFS' NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support, the Declarations of Jocelyn Rivera, Donna Hay, Jennifer Wild, Susan Larson, Jonathan Crawley, Brian Fox, Arthur Maratea, and Augustus Collins, the Complaint (Dkt. 1), and all other papers and proceedings herein, Plaintiffs, by and through their counsel, will move this Court at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, for grant of a Temporary Restraining Order ("TRO") and Preliminary Injunction against Defendants Department of Labor and Lori Chavez-Deremer, (1) declaring on an interim basis that Defendants' actions eliminating the

1

Job Corps program, including but not limited to the issuance of termination and non-renewal notices by DOL starting on May 29, 2025, are unlawful, arbitrary and capricious, in excess of statutory authority, a violation of the Administrative Procedure Act, *ultra vires*, and in violation of the separation of powers; (2) enjoining Defendants, their agents, and all persons acting in concert or participation with Defendants from enforcing, implementing, maintaining or giving effect to the elimination of the Job Corps program, including the stop work orders and termination and non-renewal notices delivered to Job Corps center operators starting May 29, 2025; (3) enjoining Defendants, their agents, and all persons acting in concert or participation with Defendants from issuing, enforcing, implementing, maintaining or giving effect to any shutdown tasks, job terminations, or student removals; (4) enjoining Defendants, their agents, and all persons acting in concert or participation with Defendants from taking any further action to eliminate the Job Corps program without Congressional authorization; and granting such other and further relief as this Court may deem just and proper, to remain in effect until such time as the Court can further consider the merits of Plaintiffs' claims.

PLEASE TAKE FURTHER NOTICE that Plaintiffs request emergency relief due to the exigency of the circumstances and the irreparable nature of the injury the TRO and PI would prevent. As set forth in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, Defendants' actions are clear violations of the Administrative Procedure Act ("APA"), are *ultra vires*, and violate the separation of powers. Absent immediate Court intervention, Plaintiffs will be forced to start shutting down their operations in short order, resulting in displacement of more than 20,000 students and the elimination of thousands of jobs, among other severe and imminent harms.

Pursuant to Local Rule 65.1(a), at approximately 6:00pm on Friday, May 30, 2025, counsel for Plaintiffs emailed Jeffrey Oestericher, Chief of the Civil Division of the United States Attorney's Office for the Southern District of New York, providing notice of Plaintiffs' intention to file an emergency temporary restraining order in the U.S. District Court for the Southern District of New York by June 2, 2025, offering to meet and confer, and providing Plaintiffs' counsel's contact information.

Dated: June 3, 2025
New York, NY

/s/ Maximilian L. Feldman
Maximilian L. Feldman
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Tel.: (212) 763-0883
Fax: (212) 564-0883
mfeldman@heckerfink.com

Amy Jeffress*
Minahil Khan*
HECKER FINK LLP
1050 K Street NW, Suite 1040
Washington, D.C. 20001
Tel.: (212) 763-0883
Fax: (212) 564-0883
ajeffress@heckerfink.com
mkhan@heckerfink.com

*Counsel for Plaintiff National Job Corps Association*

/s/ Benjamin D. White
Benjamin D. White, Esq.
Michael L. Bloch, Esq.
Arielle Gerber, Esq.**
BLOCH & WHITE LLP
152 West 57th Street, 8th Floor
New York, NY 10019
(212) 901-3825
bwhite@blochwhite.com
mbloch@blochwhite.com
agerber@blochwhite.com

*Counsel for Plaintiff Jocelyn Rivera*

/s/ Tiffinay Pagni, Esq.*
Vice-President & General Counsel
ADAMS AND ASSOCIATES, INC.
6151 Lakeside Drive, Ste. 1000
Reno, NV 89511
Tel.: (775) 348-0900
tpagni@adamsaai.com

*Counsel for Plaintiffs Adams and Associates, Inc. and Education & Training Resources, LLC*

/s/ Daniel J. Strouse*
CORDATIS LLP
1011 Arlington Blvd. Suite 375
Arlington, VA 22209
Tel.: (202) 342-2550
dstrouse@cordatislaw.com

*Counsel for Plaintiff Alternate Perspectives, Inc.*

/s/ Ambika J. Biggs*
HIRSCHLER FLEISCHER, A PROFESSIONAL CORPORATION
1676 International Drive, Suite 1350
Tysons, VA 22102
Tel.: (703) 584-8361
Fax: (703) 584-8901
abiggs@hirschlerlaw.com

*Counsel for Plaintiff Strategix Management, LLC*

/s/ Carla M. Siegel*
General Counsel
INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO
9000 Machinists Place
Upper Marlboro, MD 20772
Tel.: (301) 967-4510
csiegel@iamaw.org

*Counsel for Plaintiff Transportation Communications Union/IAM*

*Pro hac vice application forthcoming
** Admission forthcoming