UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL JOB CORPS ASSOCIATION, JOCELYN RIVERA, ADAMS AND ASSOCIATES, INC., ALTERNATE PERSPECTIVES, INC., EDUCATION & TRAINING RESOURCES, LLC, STRATEGIX MANAGEMENT, LLC, TRANSPORTATION COMMUNICATIONS UNION/IAM,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF LABOR, LORI CHAVEZ-DEREMER, in her official capacity as Secretary, Department of Labor,<br><br>*Defendants*. | Civil Case No. 25-cv-04641 (ALC)<br><br>**ORDER GRANTING TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

UPON CONSIDERATION OF Plaintiffs' motion for a temporary restraining order and preliminary injunction and accompanying papers, it is hereby:

ORDERED that the motion for a Temporary Restraining Order is GRANTED.

It is further ORDERED that Defendants, their agents, and all persons acting in concert or participation with Defendants are ENJOINED from enforcing, implementing, maintaining or giving effect to the elimination of the Job Corps program, including the stop work orders and termination and non-renewal notices delivered to Job Corps center operators starting May 29, 2025; from issuing, enforcing, implementing, maintaining or giving effect to any shutdown tasks, job terminations, or student removals; and from taking any further action to eliminate the Job Corps program without Congressional authorization.

1

It is further ORDERED that the requirement that Plaintiffs post security pursuant to Federal Rule of Civil Procedure 65(c) is waived.

It is further ORDERED that the above named defendants show cause before a motion term of this Court, at Room 444, United States Courthouse, 40 Foley Square, in the City, County and State of New York, on June 17, 2025, at 3:30 p.m., or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure.

It is further ORDERED that Plaintiff serve a copy of this Order and all supporting papers, to the extent not previously served, on Defendants or their counsel, on or before 10:00 a.m. on June 5, 2025, via overnight mail and such service shall be deemed good and sufficient service.

It is further ORDERED that answering papers, if any, shall be served upon the attorneys for the Plaintiff by delivering copies thereof to its office or filing by ECF on or before 5:00 p.m. on June 10, 2025.

It is further ORDERED that reply papers, if any, shall be served by hand or by ECF on or before 5:00 p.m. on June 12, 2025.

Courtesy copies shall be delivered in accordance with Judge Carter's Individual Practices.

Dated: June 4, 2025
New York, NY

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**