**U.S. Department of Labor**    Office of the Senior Procurement Executive
Office of the Assistant Secretary for Management and Administration
Washington, D.C. 20210



*May 29, 2025*

General Collins
President
MINACT
*sent by email*

Re: DOL CONTRACT NO. 1605JW-21-C-0005 FOR THE OPERATION OF TREASURE ISLAND JOB CORPS CENTER NOTICE OF INTENT NOT TO EXERCISE NEXT OPTION PERIOD AND DIRECTION FOR START OF SHUTDOWN ACTIVITIES

Dear Contractor:

This is a courtesy notice to inform you that the Government does <u>not</u> intend to exercise the next option period of the contract named above.

On May 29, 2025, DOL announced it is terminating all Job Corps operations contracts by June 30, 2025. In the case of the subject contract, no termination is necessary, as the current period of performance expires on or before June 30th.

In anticipation of the cessation of operations at the Job Corps Center after June 30th, you are hereby directed to commence immediately an orderly shutdown of operations. Please refer to Attachment 1 below for initial directions from the Contracting Officer on the required shutdown activities.

**All questions related to this notice, both of a contractual and a technical nature, shall be submitted in writing to the following email address: <u>JobCorpsAssistance@dol.gov</u>.**

Sincerely,

Jillian Matz
Digitally signed by Jillian Matz
Date: 2025.05.29 23:00:00 -04'00'

Jillian Matz

Contracting Officer

**ATTACHMENT 1**

**Contracting Officer's Orders Regarding Orderly Shutdown of Center Operations**

*The Contracting Officer orders the contractor perform the following activities to effectuate safe, orderly, and prompt shutdown of center operations under the contract:*

1. **Responsibility to Maintain a Safe Center Environment**

   a. During the process of shutting down of operations, the Center Operator must retain staff sufficient to ensure the safety of all students on center and to carry out the Contracting Officer's orders. If a staff member is not necessary to accomplish the shutdown or to comply with the orders of the Contracting Officer, any costs related to their continued employment would be deemed unallowable.

2. **Care and Separation of Students**

   a. Center Operator must take all necessary steps to ensure students are safely separated and transported to their home of record. For "unaccompanied youth" ages 16-17, center operators must contact the provider (e.g., caseworker, school district homeless liaison, local educational agency, third parties such as private or publicly funded homeless shelters and service providers, social worker, counselor, or support provider) who assisted the student when they enrolled.

   b. No later than COB on Tuesday, June 4, 2025, please submit to your COR a list of any students that will not arrive home by 5 p.m. on June 6, 2025, and the plan and estimated date for their separation and transportation to their home of record.

   c. All Job Corps Centers must do the following prior to students' departure:
      i. Register each student with the American Job Center nearest to their home of record. For ease of access, go to CareerOneStop at: http://www.careeronestop.org/LocalHelp/local-help.aspx.
      ii. Register each student with their home state's Labor Exchange system. To locate, go to CareerOneStop at: https://www.careeronestop.org/JobSearch/FindJobs/state-job-banks.aspx.
      iii. Discuss with each student about the attached electronic form, "Authorization to Share Job Corps Student Records for Program Eligibility," and its purpose. By signing, the student grants the Department of Labor permission to disclose certain information contained in the Job Corps Student personnel file to assist students in identifying additional job placement, training, educational and other supportive services. Job Corps will also email a copy of the form to each student's jobcorps.org email address. *Centers must ensure that unemancipated minor students' parent/guardian concurs by signing the form.*
      iv. Place completed, signed forms in the student's eFolder in the Center Information System (CIS) under **CTS > Transitional Services.**

d.  While any student remains on center, in anticipation of a planned separation, the Center Operator must provide the students all basic needs (food, housing, necessary medical care, counseling, etc.)

e.  In the performance of student separation, Centers Operator must adhere to Policy and Requirements Handbook, Section 6.2, R4. Separations, specifically:

    i.  Update all student accomplishments in CIS, including attainment of High School Diploma (HSD), High School Equivalency (HSE), career technical training certifications, and/or career technical training completion.

    ii.  Notify parents/guardians of minor students regarding the student's separation status, date, and scheduled time of arrival home. Such notification must be documented.

    iii.  Provide separating students with originals of any earned credentials and documentation of accomplishments.

    iv.  Verify and update student address and alternate contacts.

    v.  Separate all students using the code Administrative Separation with Reinstatement (ASWR).  Students should not be informed of the separation code.

f.  Center Operator must direct students to depart the center with all personal belongings. There should be no expectation of transfer to another center or return to their current center.

g.  Students who are on leave will not be permitted to return to center to gather their personal belongings.  Center Operator must pack these belongings and provide for their return to students in the most expedient manner possible.

h.  Every departing student must be told, "*The US Department of Labor has decided to terminate all Job Corps operations contracts at this time.  The Department of Labor encourages you to visit your local one stop and has developed a resource page for separated students.*"

## 3.  Property

a.  Center Operator must take immediate action to secure valuable, walk-away non-expendable property and equipment in a safe and secure location for long-term storage.

b.  No later than June 13, 2025, Center Operator must update their most recent annual physical inventory and submit this document to their COR and Contracting Officer.

c.  As instructed by the Contracting Officer, transfer title and deliver to the Government all termination inventory, including subcontractor termination

inventory that you have the right to take. To settle your termination proposal, it will be necessary to establish that all prime and subcontractor termination inventory has been properly accounted for. For detailed information, see FAR Part 45, Government Property.

d. While shutdown activities continue, Center Operator must provide property services as outlined in the Policy and Requirements Handbook (PRH) 5.6 Property. The Contracting Officer expects to issue further direction on the retention and disposition of Government property and the cessation of property services.

**4. Student Records**

a. Pursuant to Program Instruction Notice 22-03 Center Records Management, by December 31, 2022, all centers fully transitioned from paper records to electronic records maintained in the CIS-3G e-Folder. Student health (and disability) records were also securely scanned by each center's Health and Wellness Center staff and uploaded to the e-Health Folder in CIS-3G. Since December 31, 2022, centers have been required to maintain electronic records. No later than June 13, 2025, contractors must certify in writing to their Contracting Officer's Representative that all regular student personnel records as defined in PRH 6.4, R17. Student Personnel File and Student Health Records (SHR) (i.e., health history and services) have been scanned and uploaded to the student e-Folder.

b. In addition, Center Operator must follow all records policies and procedures as set forth in PRH 6.4, including storing all hard copy federal records on center in a secure location.

**5. Facilities Management**

a. While shutdown activities continue, the Center Operator must provide facility management services as outlined in PRH 5.8 Facility Operations and Maintenance.

**6. Security**

a. While shutdown activities continue, the Center Operator must provide safety and security services as outlined in PRH 5.3 Safety and Security. The Contracting Officer expects to issue further direction on the cessation of this work.

**All questions related to this notice, both of a contractual and a technical nature, shall be submitted in writing to the following email address: JobCorpsAssistance@dol.gov.**