IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL JOB CORPS ASSOCIATION, JOCELYN RIVERA, ADAMS AND ASSOCIATES, INC., ALTERNATE PERSPECTIVES, INC., EDUCATION & TRAINING RESOURCES, LLC, STRATEGIX MANAGEMENT, LLC, TRANSPORTATION COMMUNICATIONS UNION/IAM,<br><br>  *Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF LABOR, LORI CHAVEZ-DEREMER, in her official capacity as Secretary, Department of Labor,<br><br>  *Defendants*. | Civ. No. 25-cv-4641 |

### DECLARATION OF SECRETARY NANCY A. WALKER, PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY

Pursuant to 28 U.S.C. § 1746, I, Nancy A. Walker, declare as follows:

1. I am a resident of the Commonwealth of Pennsylvania. I am over the age of 18 and have personal knowledge of all the facts stated herein, including as based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

2. I was confirmed by the Pennsylvania Senate on June 21, 2023, to serve as the Secretary of Pennsylvania's Department of Labor & Industry (Department or L&I) under

Governor Josh Shapiro. I lead the Department's over 5,000 employees across 200 offices. Among other things, the Department enforces Pennsylvania's labor laws and administers the workers' compensation and unemployment compensation systems. The Department also strengthens Pennsylvania's economy through its Workforce Development division, which provides a complex network of tools used to empower workers to pursue opportunities, including opportunities such as Job Corps and apprenticeships, that lead to family-sustaining jobs.

3. Before serving as Secretary, I served as the first Chief Deputy Attorney General of the Pennsylvania Office of Attorney General's Fair Labor Section, where I worked on behalf of workers and law-abiding employers across Pennsylvania to ensure they are being treated fairly and lawfully, and served as lead counsel in matters of national importance. Prior to my appointment as Chief Deputy, I worked in private practice on labor and employment issues throughout the Northeast and mid-Atlantic regions.

### Job Corps Centers Serve and Employ Over 1,000 Pennsylvanians Across the Commonwealth

4. Job Corps helps low-income young people ages 16 to 24 overcome systemic barriers through free education, career training, and support services. In Pennsylvania, it has connected thousands of disconnected youth to high-demand industries like healthcare, manufacturing, and construction, helping create a job-ready workforce that fuels our economy. Employers and labor organizations across the Commonwealth recognize Job Corps as a reliable pipeline for talent, making it a worthy investment in Pennsylvania's future.

5. There are four Job Corps sites in Pennsylvania; in Philadelphia, Pittsburgh,

Declaration of Nancy A. Walker
Secretary, Pennsylvania Department of Labor & Industry

Drums (Keystone), and Lopez (Red Rock), operated by contractors which host students from around the Commonwealth as well as from outside of Pennsylvania. The Philadelphia and Pittsburgh centers operate in urban areas, while the Keystone and Red Rock centers operate in the rural northeast corner of Pennsylvania.

6. Since 2023, more than 4,267 Pennsylvania residents have enrolled in Job Corps. Through contractors, Job Corps centers provide educational, vocational, and career readiness training, with most of the centers also providing much-needed housing for students.

7. Pennsylvania Job Corps students return to their communities with a wide variety of skills and certifications that they have earned. Students have participated in career technical trainings in fields such as healthcare, construction, hospitality, homeland security and finance and business. During their enrollment, students have also been trained and evaluated on career success skills such as communication, career and personal planning, workplace ethics, interpersonal skills, personal growth, independent living, information management and leadership. Many of the students have participated in pre-apprenticeship programs, and are registered with PA CareerLink®, Pennsylvania's one-stop employment services network providing individuals, employers, and training providers with labor exchange, business services, and other services as part of the American Job Center (AJC) network.

### Job Corps' Sudden and Unexplained Termination of All of Pennsylvania's Job Corps Centers

8. On Friday, May 30, 2025, I was contacted by Jennifer Friedman, Regional Administrator for the United States Department of Labor's (USDOL) Employment and

**Declaration of Nancy A. Walker**
**Secretary, Pennsylvania Department of Labor & Industry**

Training Administration (ETA); this email is attached as Exhibit 1. Ms. Friedman's email requested that I speak with her "to discuss the recently announced pause of ETA's Job Corps program." Ms. Friedman further stated that she was "attaching the DOL press release concerning the pause for your review." The press release indicated that USDOL was shutting down all Job Corps centers in Pennsylvania.

9. Since receiving this notification, we have been expending Commonwealth resources addressing problems from this abrupt and unexpected termination.

10. On May 30, 2025, I received a second email from USDOL's Jennifer Friedman—attached as Exhibit 2. She provided data "concerning potential job losses at the Pennsylvania centers." This data indicated that the Red Rock and Keystone centers faced losing 340 jobs; the Pittsburgh Job Corps Center faced losing 189 jobs, and the Philadelphia Job Corps Center faced losing 93 jobs, for a total of 622 Commonwealth jobs lost. I knew that the hundreds of job losses from the Keystone and Red Rock centers would be particularly damaging in those small, rural communities in northeast Pennsylvania.

11. On June 3, 2025, I received another email from USDOL, attached as Exhibit 3. It made several requests of State workforce agencies to support students. The email stated that it was "critical" that American Job Centers such as PA CareerLink® "assess the Job Corps students to determine the most appropriate services for which they may be eligible and connect them to such services. Some Job Corps students may need immediate supportive services, particularly those who need housing." In the email's summary of needs for affected youth, I was struck by how many Job Corps students—about 25,000 nationwide—will need

**Declaration of Nancy A. Walker**
**Secretary, Pennsylvania Department of Labor & Industry**

housing, food assistance, and/or supplemental training support.

12. The June 3, 2025, USDOL email also asked state workforce agencies such as Pennsylvania's "to support workers impacted by the Center pause. State or local Rapid Response teams can contact Job Corps Center operators in their states to arrange for on-site services to staff expecting layoffs."

## Resultant Harm from Job Corps' Blanket Termination of Programs Across the Commonwealth

13. The Job Corps program brings value to Pennsylvania's citizens as well as to the Commonwealth businesses and unions that are affiliated with the program, and Pennsylvania will see real harms from sudden center closures.

14. While L&I does not administer, nor have oversight over Job Corps, Pennsylvania has expended, and continues to expend, wrap-around resources supporting this program. For example, our Youth Reentry grants provide funds to local workforce development boards to support youth reentry programs that blend academic and occupational training, provide specific linkages to area employers in high-priority and in-demand occupations, and provide needed supportive services and mentorship opportunities. These programs feature close working relationships between Local Workforce Development Boards, the PA CareerLink® system, and Job Corps.

15. Regarding Job Corps students in Pennsylvania, there are approximately 900 students across the four centers in the Commonwealth. A significant portion of those students would be homeless if their center closes, and even more do not have safe homes to which they can return. For example, the Job Corps center in Pittsburgh has informed us that as many as

**Declaration of Nancy A. Walker**
**Secretary, Pennsylvania Department of Labor & Industry**

15% of its students are otherwise unhoused, and to exacerbate matters, there are no beds available in Allegheny County's shelters.

16. Regarding employees working at Job Corps centers in Pennsylvania, there are approximately 622 workers employed across the four centers who may lose their livelihoods, including several hundred workers in our rural northeast corner of the Commonwealth, which has limited similar career opportunities.

17. Job Corps center closures also impact Pennsylvania local economies. For example, the Keystone and Red Rock campuses are major drivers of the local economy in rural northeast Pennsylvania. Those residential campuses, located in Lopez, PA and Drums, PA employ more than 300 workers and are critical, sustaining members of those small local economies. Job Corps in Philadelphia is also a key contributor to the local workforce and economy, employing 92 workers with an estimated local community economic impact of $17M annually; the Pittsburgh center employs 189 staff and has a similarly noteworthy local economic impact.

18. As such, any closures will have significant PA-centric impacts not only on the displaced students who will need a variety of educational, housing, and vocational support, but on the employees who are losing their jobs and may need unemployment compensation and other public benefits, and on the local communities losing sustaining sources of revenue.

19. Additionally, L&I has been sustaining administrative costs and burdens since May 30. Immediately upon learning that Job Corps centers would be shuttered, multiple Departmental divisions began expending resources. Workforce Development explored how to

**Declaration of Nancy A. Walker**
**Secretary, Pennsylvania Department of Labor & Industry**

connect students with resources for GED completions, and staff also worked to connect students to PA CareerLink®. Our Rapid Response team was deployed across the Commonwealth to support Job Corps students and the 600+ employees who faced job loss, and L&I developed plans for other workforce development efforts such as career counseling, job placement, and other supportive services through our network of PA CareerLink® locations.

20. In sum, abruptly ending Job Corps would have a significant negative impact across Pennsylvania communities, leaving students without places to live and learn, leaving employees in rural areas without family-sustaining jobs, and disrupting an important pipeline for qualified Pennsylvania workers in high-demand industries.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on June 12, 2025, at Harrisburg, Pennsylvania.

_____
Nancy A. Walker
Secretary
Pennsylvania Department
of Labor and Industry