UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

NATIONAL JOB CORPS ASSOCIATION,
*et al.*,

                Plaintiffs,

-against-

DEPARTMENT OF LABOR, *et al*,

                Defendants.
-----------------------------------------------------------

Case No. 1:25-cv-04641-ALC

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Carla Siegel for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of bars of the District of Columbia and the state of Maryland; and that her contact information is as follows:

Carla Siegel, General Counsel
IAM Union
9000 Machinists Place
Upper Marlboro, MD 20772-2687
(301) 967-4510

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. The Clerk of Court is directed to terminate the pending motion at Dkt. No. 48.

Dated: June 16, 2025

                                                      ANDREW L. CARTER, JR.
                                                      United States District Judge