**U.S. Department of Labor**    Office of the Senior Procurement Executive
Washington, D.C.  20210



May 29, 2025

*Via Electronic Mail*

Gerald Kriskovich
National Plastering Industry's Joint Apprenticeship Trust Fund
9700 Patuxent Woods Drive
Columbia, MD 21046

Subject:   NOTICE OF PARTIAL TERMINATION FOR CONVENIENCE
CONTRACT NO. 1605C2-23-C-0030 – NTC Plastering Trade

Dear Mr. Kriskovich:

You are hereby notified that Contract No. 1605C2-23-C-0030 (referred to here as "the Contract") is
hereby terminated **_IN PART_** for the Government's convenience, in accordance with paragraph (l),
*Termination for the Government's Convenience,* of Contract clause FAR 52.212-4(l), *Contract Terms and
Conditions – Commercial Products and Commercial Services.*

   a)   *Parts of Contract Being Terminated.*  The Government is hereby terminating, effective
        immediately upon receipt of this Notice, all Contract requirements for career technical training at
        the following Job Corps Centers:

| Centers | Training Programs | Total CTT Slots |
|---|---|---|
| Loring | Cement Masonry, Pre-Apprentice | 20 |
| Oneonta | Cement Masonry, Pre-Apprentice | 20 |
| Keystone | Cement Masonry, Pre-Apprentice | 20 |
| Keystone | Plastering, Pre-Apprentice | 20 |
| Pittsburgh | Cement Masonry, Pre-Apprentice | 20 |
| Potomac | Cement Masonry, Pre-Apprentice | 20 |
| Bamberg | Cement Masonry, Pre-Apprentice | 20 |
| Turner | Plastering, Pre-Apprentice | 20 |
| Gary | Advanced Cement Masonry, Pre-Apprentice | 10 |
| Gary | Plastering, Pre-Apprentice | 20 |
| North Texas | Cement Masonry, Pre-Apprentice | 20 |
| Atterbury | Cement Masonry, Pre-Apprentice | 20 |
| Dayton | Cement Masonry, Pre-Apprentice | 20 |
| Excelsior Springs | Cement Masonry, Pre-Apprentice | 20 |
| Flint Hills | Cement Masonry, Pre-Apprentice | 20 |
| Joliet | Cement Masonry, Pre-Apprentice | 20 |
| Milwaukee | Cement Masonry, Pre-Apprentice | 20 |

| Centers | Training Programs | Total CTT Slots |
|---|---|---|
| St. Louis | Cement Masonry, Pre-Apprentice | 20 |
| St. Louis | Plastering, Pre-Apprentice | 20 |
| Long Beach | Cement Masonry, Pre-Apprentice | 20 |
| Phoenix | Cement Masonry, Pre-Apprentice | 20 |
| Phoenix | Plastering, Pre-Apprentice | 20 |
| Sacramento | Cement Masonry, Pre-Apprentice | 20 |
| Sacramento | Plastering, Pre-Apprentice | 20 |
| San Diego | Cement Masonry, Pre-Apprentice | 20 |
| San Diego | Plastering, Pre-Apprentice | 20 |
| Sierra Nevada | Cement Masonry, Pre-Apprentice | 20 |
| Sierra Nevada | Plastering, Pre-Apprentice | 20 |
| Tongue Point | Cement Masonry, Pre-Apprentice | 20 |
| Tongue Point | Plastering, Pre-Apprentice | 20 |
| Treasure Island | Cement Masonry, Pre-Apprentice | 20 |
| Treasure Island | Plastering, Pre-Apprentice | 20 |

The requirements in the Contract for career technical training at the following Job Corps Centers are _NOT_ being terminated, and remain valid and in place:

| Centers | Training Programs | Total CTT Slots |
|---|---|---|
| Flatwoods | Cement Masonry, Pre-Apprentice | 20 |
| Flatwoods | Plastering, Pre-Apprentice | 20 |
| Frenchburg | Cement Masonry, Pre-Apprentice | 20 |
| Harpers Ferry | Cement Masonry, Pre-Apprentice | 20 |
| Jacobs Creek | Cement Masonry, Pre-Apprentice | 20 |
| Collbran | Cement Masonry, Pre-Apprentice | 20 |
| Trapper Creek | Cement Masonry, Pre-Apprentice | 20 |
| Pine Ridge | Cement Masonry, Pre-Apprentice | 20 |
| Columbia Basin | Cement Masonry, Pre-Apprentice | 20 |
| Columbia Basin | Plastering, Pre-Apprentice | 20 |
| Curlew | Cement Masonry, Pre-Apprentice | 20 |
| Wolf Creek | Cement Masonry, Pre-Apprentice | 20 |

b) *Immediate Cessation of Terminated Work and Notification to Subcontractors.* You shall take the following steps:

1. Stop all work except for work related to the continued portions of the Contract.
2. As part of an orderly shutdown of the terminated activities, take all steps which are reasonably necessary to protect the life, health and welfare of Job Corps

students, preserve Government property, and carry out the orders of the Contracting Officer in this Notice (See Attachment 1 below);

3. You may perform work-in-process the Contracting Officer authorizes, in writing and in advance, for you to continue (A) for safety precautions, (B) to avoid damage to property or equipment, or (C) to prevent any other undue loss to the Government. (If you believe such authorization is necessary or advisable, immediately notify the Contracting Officer by telephone or personal conference and obtain instructions.)

4. Keep adequate records of your compliance with subparagraph (1) above showing the—
   a. Date you received the Notice of Termination;
   b. Effective date of the termination; and
   c. Extent of completion of performance on the effective date.

5. Furnish notice of termination to each immediate subcontractor and supplier that will be affected by this termination. In the notice—
   a. Specify your Government contract number;
   b. State the contract has been terminated partially;
   c. Provide instructions to stop all work, make no further shipments, place no further orders, and terminate all subcontracts under the contract, subject to the exceptions in subparagraph (1) above;
   d. Provide instructions to submit any settlement proposal promptly; and
   e. Request that similar notices and instructions be given to its immediate subcontractors.

6. Notify the Contracting Officer of all pending legal proceedings that are based on subcontracts or purchase orders under the contract, or in which a lien has been or may be placed against termination inventory to be reported to the Government. Also, promptly notify the Contracting Officer of any such proceedings that are filed after receipt of this Notice.

7. Take any other action required by the Contracting Officer or under the Termination clause in the contract.

c) *Termination inventory.* As instructed by the Contracting Officer, transfer title and deliver to the Government all termination inventory of the following types or classes, including subcontractor termination inventory that you have the right to take: None. To settle your proposal, it will be necessary to establish that all prime and subcontractor termination inventory has been properly accounted for.

d) *Settlements with subcontractors.* You remain liable to your subcontractors and suppliers for proposals arising because of the termination of their subcontracts or orders. You are requested to settle these settlement proposals as promptly as possible. For purposes of reimbursement by the Government, settlements will be governed by the provisions of FAR Part 49.

e) *Employees affected.* (1) If this termination, together with other outstanding terminations, will necessitate a significant reduction in your work force, you are urged to—

1. Promptly inform the local State Employment Service of your reduction-in-force schedule in numbers and occupations, so that the Service can take timely action in assisting displaced workers;
2. Give affected employees maximum practical advance notice of the employment reduction and inform them of the facilities and services available to them through the local State Employment Service offices;
3. Advise affected employees to file applications with the State Employment Service to qualify for unemployment insurance, if necessary;
4. Inform officials of local unions having agreements with you of the impending reduction-in-force; and
5. Inform the local Chamber of Commerce and other appropriate organizations which are prepared to offer practical assistance in finding employment for displaced workers of the impending reduction-in-force.
6. If practicable, urge subcontractors to take similar actions to those described in subparagraph (1) above.

Please acknowledge receipt of this notice as provided below.

**Sandra E. Foster**
**Foster.Sandra.E@dol.gov**
**Office of Acquisition Services**
**Office of the Senior Procurement Executive**
**200 Constitution Avenue, NW Washington DC 20210**

**Acknowledgment of Notice**

The undersigned acknowledges receipt of a signed copy of this notice on _____, 20____. Two signed copies of this notice are returned.

**(Name of Contractor)** _____
By
**(Name)** _____
**(Title)** _____

If you have any questions regarding this letter, please contact Brittany Morrow at Morrow.Brittany.L@dol.gov.

Respectfully,

Digitally signed by Sandra E. Foster
Date: 2025.05.29 21:17:26 -04'00'

**Sandra E. Foster**
Head of the Contracting Activity

4

Office of the Senior Procurement Executive

**Attachment 1 – Orders of the Contracting Officer**

**As referenced in Section (b) above, the Contracting Officer orders that the contractor shall perform the following to effectuate safe and orderly termination of the portions of the Contract being terminated:**

1. Property
   a. Contractor must take immediate action to secure valuable, walk-away non-expendable property and equipment in a safe and secure location (as identified by the center operator) for long-term storage.
   b. Contractor's Property Manager must coordinate transition and acceptance of Government Owned Equipment to Center Operator's property personnel.
   c. Not later than June 15, 2025, the contractor will furnish written documentation signed by the Center Operator's Property Manager to attest that all of the contractor's government property has been accounted for and transitioned to the custody of the center operator.
   d. Contractor shall also furnish COR with a copy of all equipment that was located on the Center for which the contractor has determined is not Government Owned Property, that the contractor is removing from the Center.

2. Student Records
   a. Pursuant to Program Instruction Notice 22-03 Center Records Management, By December 31, 2022, centers were required to maintain electronic records and to fully transition from paper records to electronic records maintained in the CIS-3G e-Folder. No later than May 30, 2025, contractors must certify that all regular student personnel records as defined in PRH 6.4, R17. Student Personnel File have been scanned an uploaded to the student e-Folder.