# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL JOB CORPS ASSOCIATION, JOCELYN RIVERA, ADAMS AND ASSOCIATES, INC., ALTERNATE PERSPECTIVES, INC. EDUCATION & TRAINING RESOURCES, LLC, STRATEGIX MANAGEMENT, LLC, TRANSPORTATION COMMUNICTATIONS UNIONS/IAM,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF LABOR, LORI CHAVEZ-DEREMER, in her official capacity as Secretary, Department of Labor,<br><br>Defendants | Civil Case No. 1:25-cv-04641ALC |

### Motion for Admission *Pro Hac Vice* Pursuant to Local Rule 1.3

Pursuant to Local Rule 1.3 of the United States Courts for the Southern and Eastern Districts of New York, I, Daniel Strouse, hereby move this Court for an Order granting permission to appear *pro hac vice* for Plaintiff, Alternate Perspectives, Inc. in the above-captioned action. IN support of such motion, I state as follows:

1. I am a member in good standing of the District of Columbia Bar and the State Bar of Virginia and there are no pending disciplinary proceedings against me in any state or federal court.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

5. Attached hereto is my affidavit pursuant to Local Rule 1.3.

Dated: June 24, 2025

Respectfully Submitted

*/s/ Daniel Strouse/*

Daniel J. Strouse
CORDATIS LLP
1011 Arlington Blvd
Suite 375
Arlington, VA 22209
(202) 342-2550
dstrouse@cordatislaw.com