UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL JOB CORPS ASSOCIATION, JOCELYN RIVERA, ADAMS AND ASSOCIATES, INC., ALTERNATE PERSPECTIVES, INC. EDUCATION & TRAINING RESOURCES, LLC, STRATEGIX MANAGEMENT, LLC, TRANSPORTATION COMMUNICTATIONS UNIONS/IAM,

Plaintiff,

v.

DEPARTMENT OF LABOR, LORI CHAVEZ-DEREMER, in her official capacity as Secretary, Department of Labor,

Defendants

Civil Case No. 1:25-cv-04641ALC

### Affidavit of Daniel Strouse in Support of Motion for Admission *Pro Hac Vice* Pursuant to Local Rule 1.3

I, Daniel Strouse, hereby depose and state as follows under penalty of perjury:

1. I am an attorney with the law firm of Cordatis LLP. My business contact information is as follows:

> Daniel J. Strouse
> CORDATIS LLP
> 1011 Arlington Blvd
> Suite 375
> Arlington, VA 22209
> (202) 342-2550
> dstrouse@cordatislaw.com

2. I submit this Affidavit in support of my Motion for Admission *pro hac vice* in this case.

3. I am a member in good standing of the District of Columbia Bar and the State Bar of Virginia. Certificates of Good Standing are annexed hereto.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me.

I hereby certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment

Dated: June 24, 2025

_____
Daniel Strouse

JONATHAN SAAD
NOTARY PUBLIC
REGISTRATION # 7654576
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
APRIL 30, 2028

Sworn to before me this 24th day of
June, 2025