# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT DANIEL JONATHAN STROUSE IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. DANIEL JONATHAN STROUSE WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON OCTOBER 16, 2008, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued June 23, 2025

DaVida M. Davis
Director of Regulatory Compliance