UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL JOB CORPS ASSOCIATION, JOCELYN RIVERA, ADAMS AND ASSOCIATES, INC., ALTERNATE PERSPECTIVES, INC. EDUCATION & TRAINING RESOURCES, LLC, STRATEGIX MANAGEMENT, LLC, TRANSPORTATION COMMUNICTATIONS UNIONS/IAM,<br><br>               Plaintiff,<br><br>v.<br><br>DEPARTMENT OF LABOR, LORI CHAVEZ-DEREMER, in her official capacity as Secretary, Department of Labor,<br><br>               Defendants | Civil Case No. 1:25-cv-04641ALC |

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Daniel Strouise for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Commonwealth of Virginia Bar and the District of Columbia Bar; and his contact information is as follows

Daniel J. Strouse
CORDATIS LLP
1011 Arlington Blvd
Suite 375
Arlington, VA 22209
(202) 342-2550
dstrouse@cordatislaw.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys

Dated:  New York, New York

_____
United States District Judge