UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL JOB CORPS ASSOCIATION, ET. AL.

*Plaintiff,*

-against-

DEPARTMENT OF LABOR, and LORI CHAVEZ-DEREMER, in her official capacity as Secretary, Department of Labor,

*Defendants.*

25-cv-04641 (ALC)

ORDER

ANDREW L. CARTER, JR., United States District Judge:

On June 25, 2025, this Court granted Plaintiffs' request for a nationwide injunction in this matter. *See generally,* Dkt. No. 57. Today, the Supreme Court issued an opinion in the matter of *Trump v. Casa, Inc.*, No. 24A884, 606 U.S. __ (2025), holding that universal injunctions "likely exceed the authority conferred [on District Courts] by the Judiciary Act." In light of this ruling, the Parties are hereby **ORDERED** to file a letter with the Court by **5:00 P.M. E.T.** on **June 30, 2025** explaining how, if at all, the Supreme Court's ruling in *Trump v. Casa, Inc.* impacts this proceeding. The letter may not exceed 3 pages and must comply with this Court's Individual Practices.

SO ORDERED.

Dated: June 27, 2025
       New York, New York

*/s/ Andrew L. Carter, Jr.*

ANDREW L. CARTER, JR.
United States District Judge