

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 30, 2025

BY ECF
The Honorable Andrew L. Carter, Jr.
United States District Judge
40 Foley Square
New York, NY 10007

Re:   *National Job Corps Association et al. v. Dept. of Labor et al.*, No. 25 Civ. 04641 (ALC)

Dear Judge Carter:

    This Office represents Defendants the U.S. Department of Labor and Lori Chavez-Deremer, in her official capacity as Secretary of Labor, in the above-referenced matter. We write respectfully to request an extension from today at 5:00 p.m. until July 11, 2025, for the parties to submit the letter the Court requested regarding the impact on this proceeding of the Supreme Court's ruling in *Trump v. CASA, Inc.*, No. 24A884, 2025 WL 1773631 (June 27, 2025). *See* ECF No. 60. The reason for this request is to provide this Office sufficient time to confer within the Department of Justice and with the Department of Labor regarding this issue and prepare the requested letter. Plaintiffs take no position on Defendants' extension request. If the Court grants Defendants' request, however, Plaintiffs respectfully request that the extension also apply to Plaintiffs' submission.

    The parties further jointly respectfully request that they be permitted to submit separate letters regarding the *CASA* decision rather than a single letter to the extent that a single letter was contemplated by the Court's order.

    We thank the Court for its attention to this matter and consideration of this request.

                                                    Respectfully,

                                                   JAY CLAYTON
                                                   United States Attorney

            By:    */s/ Jean-David Barnea*
                   JEAN DAVID BARNEA
                   DOMINIKA TARCZYNSKA
                   Assistant United States Attorneys
                   86 Chambers Street, Third Floor
                   New York, NY 10007
                   Tel: (212) 637-2679/2748
                   jean-david.barnea@usdoj.gov
                   dominika.tarczynska@usdoj.gov