**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x

**NATIONAL JOB CORPS ASSOCIATION, JOCELYN RIVERA, ADAMS AND ASSOCIATES, INC., ALTERNATE PERSPECTIVES, INC., EDUCATION & TRAINING RESOURCES, LLC, STRATEGIX MANAGEMENT, LLC, TRANSPORTATION COMMUNICATIONS UNION/IAM,**

*Plaintiffs*,

-against-

**DEPARTMENT OF LABOR, LORI CHAVEZ-DEREMER, in her official capacity as Secretary, Department of Labor,**

*Defendants*.

------------------------------------------------------- x

1:25-cv-04641-ALC

<u>ORDER</u>

**ANDREW L. CARTER, JR., United States District Judge:**

Oral argument concerning the scope of the injunction issued in this matter (Dkt. No. 57 at 23–24) is hereby set for **Monday, July 21, 2025, at 3:00 p.m. Eastern Time**. All parties shall appear in person at **Courtroom 444, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY**, on the date and time specified above. The Court hereby sets the following schedule for the oral argument:

- Plaintiffs' Opening Remarks (5 min.)
- Defendants' Opening Remarks (5 min.)
- Q&A
- Plaintiffs' Rebuttal (3 min.)
- Defendants' Rebuttal (3 min.).

The Parties should be prepared to address the arguments made at Dkt. Nos. 62 and 66, as well as the following case at the hearing: *Trump v. CASA, Inc.*, __ S. Ct. __, 2025 WL 177363 (June 27, 2025).

In addition, the Parties are hereby **ORDERED** to meet and confer concerning their plans for next steps in this matter and any discovery needed, no later than **Thursday, July 17, 2025 by 3:00 p.m. Eastern Time**. From the meet and confer, the Parties should be prepared to discuss next steps for this matter and discovery at the hearing on Monday, July 21, 2025.

**SO ORDERED.**

**Dated:   July 14, 2025**

      New York, New York

                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**