FRONT

---

Jasmine Sky Notter   ~Jasmine Sky Notter~   JN 7/9/2025
73-5563 Olowalu St Ste a205
Kailua Kona, HI 96740

808-491-3076 (if messages are full in voicemail, please text or email)

Email: Jasmine.Notter@gmail.com

Date: 7/9/2025

---

The Honorable Judge Andrew L. Carter Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

---

**Statement of Interest and Request to Participate – Case No. 1:25-cv-04641**
National Job Corps Association et al. v. U.S. Department of Labor et al.

---

Dear Judge Carter,

My name is Jasmine Sky Notter and I am a former Job Corps student submitting this letter as a statement of interest and a request to participate in the above-referenced case.

I respectfully apologize for submitting this statement after the initial deadlines. Until very recently, I was unaware of the correct procedure to participate in this case. I only learned how to proceed on 7/8/2025 which is why my submission is delayed.

I warn you that this evidence is extremely disturbing and may trigger some viewers. It does contain various voice recordings as well as audio recordings from the director Ellen May of Waimanalo Job Corps and displays gross negligence and dismissal of serious issues which affect students.

This letter is typed due to my disabilities—specifically autism, PTSD, and an anxiety disorder—which impact my ability to write clearly by hand, especially under stress. I hope the Court understands that while it is typed for accessibility, the content is entirely my own. It has my signature on the bottom, which is handwritten by me, Jasmine Sky Notter.

I attended one of the highest-ranked Job Corps centers in the country, Waimanalo Job Corps Center. I believe this is important because if serious problems exist even at a top-performing center, then the issues may be more widespread than publicly understood.

I also possess unique and rare forms of evidence that I believe could assist the Court in understanding the depth of the problems. This includes firsthand documentation and **voice recordings** that demonstrate how vulnerable students—particularly those with disabilities, and other at risk groups and minorities—have been impacted by systemic failures. Evidence like this is seldom preserved by students, especially those experiencing trauma. Because of my circumstances and intent to hold onto this material for future advocacy, I am in a rare position to offer it.

In the interest of fairness and justice, I respectfully request that the Court allow me to participate in this case. I am willing to contribute in any way the Court allows, including:

- Providing written statements or affidavits
- Participating virtually or by phone
- Attending in person, if assistance with transportation and accommodations can be provided

I am committed to cooperating fully and respectfully to ensure that the experiences of affected students are heard and considered. Thank you very much for your understanding and your consideration of my request.

(I also have the names of potential witnesses to certain events which are past students)

Sincerely,

~Jasmine Sky Notter~

Signature

~Jasmine Sky Notter~