**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NATIONAL JOB CORPS ASSOCIATION, *et al.,*<br><br>Plaintiffs,<br><br>**-against-**<br><br>DEPARTMENT OF LABOR, *et al.*<br><br>Defendants. | No. 1:25 Civ. 04641(ALC)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED:  7/15/2025_____ |

## ORDER

The motion by Ambika J. Biggs for admission to U.S. District Court for the Southern District of New York to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of Virginia, Maryland and the District of Columbia, and that her contact information is as follows:

Ambika J. Biggs
Hirschler Fleisher
1676 International Drive, Suite 1350
Tysons, VA 22102
Phone: 703-584-8361/ Fax: 703-584-8901

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Strategix Management, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.


Dated: __June 15, 2025_____          _____
                                                                                    U.S. District Judge