**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

**National Job Corps Association, et al. v. Department of Labor Case No. 1:25-cv-04641**

**MOTION TO INTERVENE BY NON-PARTY JACOB VALINE**

Pursuant to Rule 24(a) and 24(b) of the Federal Rules of Civil Procedure, I, **Jacob Valine**, respectfully move to intervene in the above-captioned matter.

I am a pro se individual with **ADHD and Autism**, who was preparing to attend **Wind River Job Corps Center** prior to its abrupt closure. The shutdown directly disrupted my access to housing, structured education, and federally supported disability accommodations — all of which were essential to my well-being and personal development.

My interests are not adequately represented by the current parties in this case. My lived experience offers critical insight into the broader impact of the shutdown, particularly on disabled individuals who relied on Job Corps for stability, support services, and access to opportunity.

I am prepared to submit a formal Complaint in Intervention and request reasonable accommodations to participate in proceedings, whether remotely, in writing, or otherwise as directed by the Court. If the Court allows, I would be deeply honored to contribute respectfully to these proceedings in a manner that supports a fuller understanding of the issues at hand.

For these reasons, I respectfully request that the Court grant my Motion to Intervene.

**Respectfully submitted, Jacob Valine Email**: jvaline9776@outlook.com