**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK National Job Corps Association, et al. v. Department of Labor Case No: 1:25-cv-04641**

**STATEMENT OF INTEREST Submitted by: Jacob Valine (Pro Se)**

To Judge Andrew L. Carter Jr.,

My name is Jacob Valine. I'm asking the Court to consider how the shutdown of Job Corps has personally harmed me — as someone with ADHD and Autism who was preparing to attend **Wind River Job Corps Center**. That program wasn't just an opportunity for me; it was a lifeline. I was counting on its structure, support services, and housing to help me move forward and build stability.

When the center was shut down without warning or explanation, it felt like the system gave up on us. People like me — who rely on consistency and accommodations — don't bounce back easily from that kind of disruption. Losing Wind River meant losing housing, education, and the sense of independence I'd worked hard to reach.

I've spent years learning how federal programs protect vulnerable youth. I know firsthand how fragile things can be when disabilities like mine meet bureaucratic instability. I respectfully ask to have my voice included in this case. I'd like to offer insight that lived experience brings — not just policy analysis. I'm willing to participate virtually, in writing, or in person with reasonable accommodations.

Thank you for considering my request.

Respectfully, **Jacob Valine Email**: jvaline9776@outlook.com **Signed**: Jacob Valine **Date**: 07/15/2025