

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

**MEMO ENDORSED**

July 17, 2025

**BY ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/18/2025__

Re:   *National Job Corps Association et al. v. Dept. of Labor et al.*, No. 25 Civ. 04641 (ALC)

Dear Judge Carter:

    This Office represents defendants, the U.S. Department of Labor and Lori Chavez-DeRemer, in her official capacity as Secretary of Labor. On July 14, the Court scheduled a conference in this case for July 21 at 3:00pm. ECF No. 68. Defendants respectfully request that this conference either take place virtually or be rescheduled to a date later next week to accommodate the undersigned counsel. Both government counsel will be out of town on Monday and Tuesday, July 21-22, but the undersigned is able to participate remotely by telephone or teleconference should the Court wish to hold the conference at the scheduled time. Alternatively, all parties are available for an in-person conference on Wednesday, July 23, after 3:30pm, or anytime on Thursday or Friday, July 24-25. Plaintiffs have no objection to this request.

    We thank the Court for its attention to these matters.

Respectfully,

JAY CLAYTON
United States Attorney

By:   */s/ Jean-David Barnea*
JEAN DAVID BARNEA
DOMINIKA TARCZYNSKA
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, NY 10007
Tel: (212) 637-2679/2748
jean-david.barnea@usdoj.gov
dominika.tarczynska@usdoj.gov

Cc:   Plaintiffs' counsel (by ECF)

The oral argument previously scheduled for Monday, July 21, 2025 at 3:00 PM ET is hereby rescheduled to Wednesday, July 23, 205 at 4:00 PM ET.

SO ORDERED:
/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

July 18, 2025