July 30, 2025

**BY CM/ECF**

The Honorable Andrew L. Carter
United States District Court for the Southern District of New York
40 Foley Square, Room 444
New York, New York 10007

      Re:  *NJCA et al v. DOL et al.*, No. 25 Civ. 04641 (ALC)

Dear Judge Carter:

  We write on behalf of the parties pursuant to the Court's direction at the July 23, 2025, hearing to provide a joint status report concerning settlement. The parties have met and conferred a few times since July 23, and have had preliminary discussions about the scope of settlement (Defendants have proposed that, to be effective, a settlement would have to go beyond the named plaintiffs in this case) and the format of further discussions (e.g. whether referral to a mediator may be appropriate). The parties respectfully request that the Court direct them to file a further joint status update by August 13, 2025.

  We thank the Court for its consideration of this request.

                     Respectfully submitted,

| | |
|---|---|
| */s/ Maximilian L. Feldman* | */s/ Jean-David Barnea* |
| Maximilian L. Feldman | Jean-David Barnea |
| HECKER FINK LLP | Assistant United States Attorney |
| 350 Fifth Avenue, 63rd Floor | 86 Chambers Street, Third Floor |
| New York, New York 10118 | New York, NY 10007 |
| Tel.: (212) 763-0883 | Tel: (212) 637-2679/2748 |
| Fax: (212) 564-0883 | jean-david.barnea@usdoj.gov |
| mfeldman@heckerfink.com | |
| | *Counsel for Defendants* |
| *Counsel for Plaintiff National Job Corps Association* | |