UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NATIONAL JOB CORPS ASSOCIATION,
JOCELYN RIVERA, ADAMS AND
ASSOCIATES, INC., ALTERNATIVE
PERSPECTIVES, INC., EDUCATION &
TRAINING RESOURCES, LLC,
STRATEGIC MANAGEMENT, LLC,
TRANSPORTATION COMMUNICATIONS
UNION/IAM,

      **Plaintiffs**

      v.                          1:25-cv-04641-ALC

DEPARTMENT OF LABOR, LORI
CHAVEZ-DEREMER, in her official
Capacity as Secretary, Department of Labor,

      **Defendants**
------------------------------------------------------------X

## PLAINTIFF'S, EXCEED, LLC, CORPORATE DISCLOSURE STATEMENT

Plaintiff, EXCEED, LLC ("Exceed"), in the above-entitled action, pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1.1, discloses as follows: Exceed has no parent corporation and no publicly held corporation owns 10% or more of Exceed's stock.

Respectfully submitted,

**EXCEED, LLC**

Dated: August 1, 2025    By Counsel:   /s/ Jessica A. duHoffmann
                                                            Jessica A. duHoffmann (NY Bar no. JD-6360)
                                                             Matthew E. Feinberg, Esq.*
                                                             jduhoffmann@pilieromazza.com
                                                             mfeinberg@pilieromazza.com
                                                             **PILIEROMAZZA PLLC**
                                                             1001 G Street NW, Suite 1100
                                                             Washington, DC 20001
                                                             Tel: (202) 857-1000
                                                             Fax: (202) 857-0200
                                                             \* *pro hac vice* forthcoming