MEMO ENDORSED

July 30, 2025

**BY CM/ECF**

The Honorable Andrew L. Carter
United States District Court for the Southern District of New York
40 Foley Square, Room 444
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  8/1/2025

Re:    *NJCA et al v. DOL et al.*, No. 25 Civ. 04641 (ALC)

Dear Judge Carter:

We write on behalf of the parties pursuant to the Court's direction at the July 23, 2025, hearing to provide a joint status report concerning settlement. The parties have met and conferred a few times since July 23, and have had preliminary discussions about the scope of settlement (Defendants have proposed that, to be effective, a settlement would have to go beyond the named plaintiffs in this case) and the format of further discussions (e.g. whether referral to a mediator may be appropriate). The parties respectfully request that the Court direct them to file a further joint status update by August 13, 2025.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Maximilian L. Feldman
Maximilian L. Feldman
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Tel.: (212) 763-0883
Fax: (212) 564-0883
mfeldman@heckerfink.com

*Counsel for Plaintiff National Job Corps Association*

/s/ Jean-David Barnea
Jean-David Barnea
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel: (212) 637-2679/2748
jean-david.barnea@usdoj.gov

*Counsel for Defendants*

SO ORDERED:
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
August 1, 2025