**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 8, 2025

**BY ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
40 Foley Square
New York, NY 10007

Re:   *National Job Corps Association et al. v. Dept. of Labor et al.*, No. 25 Civ. 04641 (ALC)

Dear Judge Carter:

    I write on behalf of all parties to request a further one-week extension of time—from today to August 15, 2025—for the parties to propose a schedule for further litigation in this case, as well as a two-day extension to August 15 of the current deadline of Wednesday, August 13, for the parties to report on their settlement efforts. The parties continue to discuss both the possibility of mediation and the potential litigation schedule for this case and require more time to complete their discussions.

    We thank the Court for its attention to these matters.

                                  Respectfully,

                                    JAY CLAYTON
                                    United States Attorney

By:   */s/ Jean-David Barnea*
       JEAN DAVID BARNEA
       DOMINIKA TARCZYNSKA
       Assistant United States Attorneys
       86 Chambers Street, Third Floor
       New York, NY 10007
       Tel: (212) 637-2679/2748
       jean-david.barnea@usdoj.gov
       dominika.tarczynska@usdoj.gov

Cc:   Plaintiffs' counsel (by ECF)