# DECLARATION OF JACOB VALINE

**IN SUPPORT OF MOTION TO INTERVENE**

I, Jacob Valine, declare:

1. I am a disabled youth. I applied to Job Corps in 2025.
2. I submitted a complete application and requested accommodations. I received no response, no denial, no appeal process, and no access.
3. Job Corps shut down during this period. My application was never processed—despite the injunction issued in *Cabrera v. Department of Labor*, which required the agency to maintain access. That injunction triggered an automatic stay under federal law, but the Department failed to comply.
4. This program is federally funded and required to provide access and accommodations. It did not.
5. I am not represented in this case. My exclusion is not addressed by any party.
6. I seek to intervene to assert violations of the Administrative Procedure Act and the Rehabilitation Act.
7. I declare under penalty of perjury that the above is true.

**Dated:** August 13, 2025 **Signed:** Jacob Valine (Pro Se) Windsor, CO   *[signature: Jacob Valine]*