**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

**NATIONAL JOB CORPS ASSOCIATION, et al.,** Plaintiffs, v. **UNITED STATES DEPARTMENT OF LABOR, et al.,** Defendants.

**Case No. 1:25-cv-04641**

**MOTION TO INTERVENE BY JACOB VALINE (Pro Se)**

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, I, Jacob Valine, respectfully move to intervene in the above-captioned matter as an Intervenor-Plaintiff. I seek intervention as of right under Rule 24(a)(2), or alternatively, permissive intervention under Rule 24(b)(1)(B).

## I. GROUNDS FOR INTERVENTION

I am a disabled youth who submitted complete applications to federally funded programs administered by the U.S. Department of Labor, including Job Corps and YouthBuild. Despite following all procedures and requesting reasonable accommodations, I received no response, no denial, and no process. I was excluded from participation during a documented backlog and funding crisis. My interests are directly affected by the outcome of this litigation, and no existing party adequately represents my position.

## II. INTERVENTION AS OF RIGHT – Rule 24(a)(2)

Under Rule 24(a)(2), I am entitled to intervene because:

- I have a legally protected interest in accessing federally funded youth programs.
- My exclusion implicates rights under the Administrative Procedure Act and the Rehabilitation Act.
- The disposition of this case may impair or impede my ability to protect those interests.
- No existing party represents the unique procedural and disability-related barriers I faced.

## III. PERMISSIVE INTERVENTION – Rule 24(b)(1)(B)

Alternatively, I request permissive intervention because:

- My claims share common questions of law and fact with the main action, including agency delays, exclusion from Job Corps, and failure to accommodate.
- My participation will contribute to a fuller understanding of the systemic barriers affecting disabled youth.
- I will not unduly delay or prejudice the adjudication of the original parties' rights.

## IV. SUPPORTING DOCUMENTS

In support of this Motion, I have attached:

- **Exhibit A** – My official Job Corps acceptance letter
- **Exhibit B** – My Individualized Education Program (IEP)
- **Declaration in Support of Motion to Intervene**
- **Proposed Complaint in Intervention**

## V. CONCLUSION

For the reasons stated above, I respectfully request that the Court grant this Motion to Intervene and allow me to proceed as an Intervenor-Plaintiff in this matter.

Respectfully submitted, Jacob Valine (Pro Se)   */s/ Jacob Valine*