**Outlook**

**Congratulations Jacob!**

| | |
|---|---|
| **From** | Erin Lacey <Lacey.Erin@jobcorps.org> |
| **Date** | Tue 5/27/2025 3:58 PM |
| **To** | 'jvaline9776@outlook.com' <jvaline9776@outlook.com> |
| **Cc** | Jannette Newton <Newton.Jannette@jobcorps.org>; Heather Hamilton <Hamilton.Heather@jobcorps.org> |

🖇 4 attachments (23 MB)
Pre-Arrival PAcket.docx; SOP Unauthorized Goods List.pdf; Health and Wellness.docx; The Arrivals.mov;

Congratulations Jacob!!!!

Your arrival date has been set for June 1st, 2025 and we are so excited to be a part of supporting you on your road to bettering your future!!

Attached you will find the pre-arrival packet and our unauthorized goods list. The pre-arrival packet goes over a lot of questions that you might have prior to coming to Center while the unauthorized goods list goes over items that you cannot bring to Center for safety reasons for yourself and others. If you have any questions after going through this paperwork, please do not hesitate to reach out!.

If you have chosen to have us provide transportation for you, please look for your travel itinerary to follow this email within the next day or two.

Again, congratulations and we cannot wait to meet you!

# Erin Lacey

**Records Clerk**
**Wind River Job Corps Center**
**4200 Airport Road**
**Riverton, Wyoming 82501**
**(307)-857-9693 Office**
lacey.erin@jobcorps.org

