# UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT OF NEW YORK**

**NATIONAL JOB CORPS ASSOCIATION, et al.,** Plaintiffs, v. **UNITED STATES DEPARTMENT OF LABOR, et al.,** Defendants.

**Case No. 1:25-cv-04641**

**COMPLAINT IN INTERVENTION BY JACOB VALINE (Pro Se)**

## I. INTRODUCTION

I bring this Complaint in Intervention as a disabled youth who was excluded from federally funded programs administered by the U.S. Department of Labor, including Job Corps and YouthBuild. I submitted complete applications, requested accommodations, and followed all procedures. I received no meaningful response. The Department failed to act, failed to accommodate, and failed to provide any process. These failures violate the Administrative Procedure Act and the Rehabilitation Act.

## II. JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. § 1331 (federal question), 5 U.S.C. § 702 (APA), and 29 U.S.C. § 794a (Rehabilitation Act). Venue is proper in this District under 28 U.S.C. § 1391(e) because Defendants are federal agencies and officials.

## III. PARTIES

- **Intervenor-Plaintiff:** I am a disabled youth who applied to Job Corps and YouthBuild in 2024 and 2025. I reside in Colorado and seek access to federally funded youth programs nationwide.
- **Defendants:**
    - **U.S. Department of Labor**
    - **Julie Su, Acting Secretary of Labor**
    - **Employment and Training Administration (ETA)**
    - **Job Corps National Office**
    - **YouthBuild National Office**

## IV. FACTUAL BACKGROUND

1. I submitted complete applications to Job Corps and, including required documentation.
2. I requested reasonable accommodations due to disability.
3. I received no response, no denial, no appeal process, and no communication.

4. I contacted multiple program offices and federal clerks to confirm that my application was never processed.
5. I was excluded from participation without explanation, accommodation, or due process.
6. These failures occurred during a documented backlog and funding crisis within the Department of Labor's youth programs.
7. I continue to be excluded from federally funded opportunities that are critical to my independence, education, and future.

## V. CLAIMS FOR RELIEF

### Count I – Agency Action Unlawfully Withheld

**(APA – 5 U.S.C. § 706(1))** Defendants failed to process my application, respond to accommodation requests, or provide any procedural pathway. This constitutes agency action unlawfully withheld.

### Count II – Arbitrary and Capricious Action

**(APA – 5 U.S.C. § 706(2)(A))** Defendants' failure to act, communicate, or accommodate was arbitrary and capricious, especially in light of their statutory obligations to serve youth and provide access.

### Count III – Failure to Follow Required Procedure

**(APA – 5 U.S.C. § 706(2)(D))** Defendants failed to follow required procedures for application review, accommodation, and appeal. I was denied access without any process.

### Count IV – Violation of the Rehabilitation Act

**(29 U.S.C. § 794)** Defendants excluded me from federally funded programs on the basis of disability. They failed to provide reasonable accommodations or an accessible process, violating Section 504 of the Rehabilitation Act.

## VI. PRAYER FOR RELIEF

I respectfully request that the Court:

1. Declare that Defendants violated the APA and Rehabilitation Act
2. Order Defendants to process everyones applications in job corp and provide reasonable accommodations
3. Enjoin further exclusion of disabled youth from federally funded programs
4. Award costs and any other relief the Court deems just and proper

Signed By: *[signature]*