**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

**National Job Corps Association et al.**, Plaintiffs, v. **Department of Labor et al.**, Defendants.

**Jacob Valine**, Intervenor Plaintiff.

**Case No. 1:25-cv-04641-ALC**

## NOTICE OF ERRATA REGARDING COMPLAINT IN INTERVENTION

Intervenor Plaintiff **Jacob Valine**, appearing pro se, respectfully submits this Notice of Errata to correct an inadvertent error in the **Complaint in Intervention** filed on **August 13, 2025** (Dkt. 91).

The Complaint erroneously named **Julie Su** as a defendant. Julie Su was included in error and should **not** be listed as a defendant in this action.

Intervenor Plaintiff requests that the docket and record reflect this correction.

Respectfully submitted, **Jacob Valine** Pro Se

*/s/ Jacob Valine*