August 15, 2025

**BY CM/ECF**

The Honorable Andrew L. Carter
United States District Court for the Southern District of New York
40 Foley Square, Room 444
New York, New York 10007

                Re:    *NJCA et al v. DOL et al.*, No. 25 Civ. 04641 (ALC)

Dear Judge Carter:

      We write on behalf of all parties to propose a schedule for submission of the administrative record and briefing of dispositive motions, and to provide an update on settlement discussions. ECF Nos. 68, 75, 87. The parties have conferred and agreed to the following schedule:

- Defendants shall file the administrative record by September 19, 2025;
- Plaintiffs shall file their motion for summary judgment by October 17, 2025;
- Defendants shall file their consolidated opposition to Plaintiffs' motion and their cross-motion to dismiss/motion for summary judgment by November 14, 2025;
- Plaintiffs shall file their consolidated opposition to Defendants' motion and reply in support of Plaintiffs' motion by December 2, 2025;
- Defendants shall file their reply by December 30, 2025.

      The parties continue to confer on settlement and have agreed to mediation. Plaintiffs emphasize that the mediation should not delay or interfere with the agreed upon schedule, but Defendants note that if the parties make sufficient progress in their settlement discussions, they may seek to extend the litigation schedule to avoid distracting the parties from the mediation. The parties expect to promptly finalize the details of the mediation process and respectfully propose that they provide a further update to the Court on or before August 29, 2025.

      The parties thank the Court for its consideration of these matters.

                                      Respectfully submitted,

                                      JAY CLAYTON

/s/ Maximilian L. Feldman                 United States Attorney
Maximilian L. Feldman
HECKER FINK LLP                  By:    /s/ Jean-David Barnea
350 Fifth Avenue, 63rd Floor            JEAN-DAVID BARNEA
New York, New York 10118             Assistant United States Attorney
Tel.: (212) 763-0883                     86 Chambers Street, Third Floor
mfeldman@heckerfink.com             New York, NY 10007
*Counsel for Plaintiff National Job Corps*    Tel: (212) 637-2679
*Association*                                   jean-david.barnea@usdoj.gov
                                              *Counsel for Defendants*