UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NATIONAL JOB CORPS ASSOCIATION, *et al.*

        Plaintiffs

v.                                     1:25-cv-04641-ALC

DEPARTMENT OF LABOR, *et al.*

        Defendants
-----------------------------------------------------------X

## MOTION FOR *PRO HAC VICE* ADMISSIONS OF MATHEW E. FEINBERG

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Matthew E. Feinberg, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff, EXCEED, LLC, in the above-captioned action.

I am in good standing of the bars of the State of Maryland, the Commonwealth of Massachusetts, the Commonwealth of Virginia and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

*Signature Follows*

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 15, 2025 | /s/ *Matthew E. Feinberg* <br> Matthew E. Feinberg, Esq. <br> mfeinberg@pilieromazza.com <br> **PILIEROMAZZA PLLC** <br> 1001 G Street NW, Suite 1100 <br> Washington, DC 20001 <br> Tel: (202) 857-1000 <br> Fax: (202) 857-0200 |