UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NATIONAL JOB CORPS ASSOCIATION,         :
*et al.*                                :
                                        :
      **Plaintiffs**        :
                                        :
  v.                             :   1:25-cv-04641-ALC
                                        :
DEPARTMENT OF LABOR, *et al.*           :
                                        :
      **Defendants**        :
-----------------------------------------------------------X

### AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF MATTHEW E. FEINBERG

I, Matthew E. Feinberg, being duly sworn, hereby depose and say as follows:

1. I am an attorney with the law firm of PilieroMazza PLLC.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the attached certificates of good standing, I am a member in good standing of the bars of the State of Maryland, the Commonwealth of Massachusetts, the Commonwealth of Virginia, and the District of Columbia.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. Wherefore, affiant respectfully submits that he be permitted to appear as counsel *pro hac vice* for Plaintiff, EXCEED, LLC.

{00224450 }            1

Dated: August 14, 2025

_____
Matthew E. Feinberg, Esq.
mfeinberg@pilieromazza.com
**PILIEROMAZZA PLLC**
1001 G Street NW, Suite 1100
Washington, DC 20001
Tel: (202) 857-1000
Fax: (202) 857-0200

**Sworn to and subscribed before me** this 14th day of August, 2025.

_____
Name:
A Notary Public of the District of Columbia

My Commission expires: 3/14/2028