# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Matthew Edward Feinberg

was admitted to practice as an attorney and counsellor at the bar of this Court on September 13, 2018.

I further certify that so far as the records of this office are concerned, Matthew Edward Feinberg is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 13th day of August
A.D. 2025

By: *Erika Pojalic*
Deputy Clerk