UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NATIONAL JOB CORPS ASSOCIATION, *et al.*

   **Plaintiffs**

  v.                1:25-cv-04641-ALC

DEPARTMENT OF LABOR, *et al.*

   **Defendants**
------------------------------------------------------------X

## ORDER FOR ADMISSION PRO HAC VICE

  The motion of Matthew E. Feinberg, for admission to practice *pro hac vice* in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bars of the State of Maryland, the Commonwealth of Massachusetts, the Commonwealth of Virginia, and the District of Columbia. His current contact information is:

Matthew E. Feinberg, Esq.
mfeinberg@pilieromazza.com
**PILIEROMAZZA PLLC**
1001 G Street NW, Suite 1100
Washington, DC 20001
Tel: (202) 857-1000
Fax: (202) 857-0200

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff, EXCEED, LLC, in the above caption action;

  **IT IS HEREBY ORDERED** that applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.


Dated:_____            _____
                                     Honorable Andrew L. Carter, Jr
                                     United States District Judge

{00224452 }                                    2