UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

National Job Corps Association et al.,
   Plaintiffs,

v.

Department of Labor et al.,
   Defendants.

Case No. 1:25-cv-04641-ALC

_____

**NOTICE OF WITHDRAWAL OF MOTION TO INTERVENE**

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, Proposed Intervenor Jacob Valine respectfully withdraws his Motion to Intervene filed on August 13, 2025, ECF No. 90.

This withdrawal is made to preserve judicial economy and allow for reassessment of procedural posture. No party will be prejudiced by this withdrawal, and no ruling has yet been issued on the motion.

Respectfully submitted,

/s/ Jacob Valine
Jacob Valine


Dated: August 15, 2025