UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

National Job Corps Association et al.,
Plaintiffs,
v.
Department of Labor et al.,
Defendants.

Case No. 1:25-cv-04641-ALC

MOTION TO SEAL DOCKET ENTRY 90 AND ATTACHED EXHIBITS

I respectfully request that Docket Entry 90, including the Motion to Intervene and attached Exhibits A and B, be sealed pursuant to the Family Educational Rights and Privacy Act (FERPA), the Individuals with Disabilities Education Act (IDEA), and applicable privacy protections. These documents contain personally identifiable information, disability-related evaluations, and sensitive advocacy materials that are not appropriate for public disclosure.

The filing was submitted solely to support disability-informed procedural equity. Public access is not necessary and would compromise my privacy rights. Sealing this entry will preserve confidentiality.

Respectfully submitted,
Jacob Valine
Pro Se Litigant