UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (FOLEY SQUARE)

Jacob Valine, Movant, Pro Se,
v.
U.S. Department of Labor; Education & Training Resources, LLC;
National Job Corps Association; Julie Su; YouthBuild National Office,

Civil Action No. 1:25-cv-04641-ALC

MOTION TO STRIKE DOCKET ENTRIES 88–94

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, Movant Jacob Valine respectfully moves this Court to strike Docket Entries 88 through 94 on the grounds that they are immaterial and impertinent to the present lawsuit.

The filings—including a Motion to Intervene, Complaint in Intervention, supporting declarations, errata notices, and a joint status report—do not pertain to the operative claims, parties, or procedural posture of this case. They were filed in error or are otherwise unrelated to the litigation currently before the Court.

Movant respectfully requests that the Court strike these entries from the record to preserve clarity and procedural integrity.

Respectfully submitted,
/s/ Jacob Valine
Jacob Valine, Pro Se