UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NATIONAL JOB CORPS ASSOCIATION, *et al.*

       **Plaintiffs**

    v.                                                   1:25-cv-04641-ALC

DEPARTMENT OF LABOR, *et al.*

       **Defendants**
------------------------------------------------------------X

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Matthew E. Feinberg, for admission to practice *pro hac vice* in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bars of the State of Maryland, the Commonwealth of Massachusetts, the Commonwealth of Virginia, and the District of Columbia. His current contact information is:

> Matthew E. Feinberg, Esq.
> mfeinberg@pilieromazza.com
> **PILIEROMAZZA PLLC**
> 1001 G Street NW, Suite 1100
> Washington, DC 20001
> Tel: (202) 857-1000
> Fax: (202) 857-0200

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff, EXCEED, LLC, in the above caption action;

**IT IS HEREBY ORDERED** that applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York.

{00224452 }

1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August 19, 2025

_____
Honorable Andrew L. Carter, Jr
United States District Judge