August 22, 2025

**BY CM/ECF**

The Honorable Andrew L. Carter
United States District Court for the Southern District of New York
40 Foley Square, Room 444
New York, New York 10007

                Re:    *NJCA et al v. DOL et al.*, No. 25 Civ. 04641 (ALC)

Dear Judge Carter:

      We write on behalf of all parties to request that this matter be referred to the assigned Magistrate Judge, the Honorable Katherine H. Parker, for settlement mediation.[1] As we previously advised, the parties have engaged in some settlement discussions, and at this point believe that the assistance of Judge Parker would be beneficial to continue those discussions.

      The parties thank the Court for its consideration of these matters.

                                                                         Respectfully submitted,

                                                                        JAY CLAYTON

/s/ Maximilian L. Feldman                             United States Attorney
Maximilian L. Feldman
HECKER FINK LLP                          By:   /s/ Dominika Tarczynska
350 Fifth Avenue, 63rd Floor                      JEAN-DAVID BARNEA
New York, New York 10118                      DOMINIKA TARCZYNSKA
Tel.: (212) 763-0883                                   Assistant United States Attorney
mfeldman@heckerfink.com                       86 Chambers Street, Third Floor
*Counsel for Plaintiff National Job Corps*    New York, NY 10007
*Association*                                                Tel: (212) 637-2679/2748
                                                                   jean-david.barnea@usdoj.gov
                                                                   dominika.tarczynska@usdoj.gov
                                                                   *Counsel for Defendants*

---

[1] For the avoidance of doubt, this letter does not seek to modify the schedule, ECF No. 94, at this time.