**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/5/2025__

August 22, 2025

**BY CM/ECF**

The Honorable Andrew L. Carter
United States District Court for the Southern District of New York
40 Foley Square, Room 444
New York, New York 10007

           Re:    NJCA et al v. DOL et al., No. 25 Civ. 04641 (ALC)

Dear Judge Carter:

    We write on behalf of all parties to request that this matter be referred to the assigned Magistrate Judge, the Honorable Katherine H. Parker, for settlement mediation.[1] As we previously advised, the parties have engaged in some settlement discussions, and at this point believe that the assistance of Judge Parker would be beneficial to continue those discussions.

    The parties thank the Court for its consideration of these matters.

                                                     Respectfully submitted,

| | |
|---|---|
| /s/ Maximilian L. Feldman | JAY CLAYTON |
| Maximilian L. Feldman | United States Attorney |
| HECKER FINK LLP | |
| 350 Fifth Avenue, 63rd Floor | By: __/s/ Dominika Tarczynska__ |
| New York, New York 10118 | JEAN-DAVID BARNEA |
| Tel.: (212) 763-0883 | DOMINIKA TARCZYNSKA |
| mfeldman@heckerfink.com | Assistant United States Attorney |
| *Counsel for Plaintiff National Job Corps Association* | 86 Chambers Street, Third Floor |
| | New York, NY 10007 |
| | Tel: (212) 637-2679/2748 |
| | jean-david.barnea@usdoj.gov |
| | dominika.tarczynska@usdoj.gov |
| | *Counsel for Defendants* |

The Court will issue an order referring this matter to Judge Parker for settlement discussions.

SO ORDERED:

*[signature]*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
September 5, 2025

---

[1] For the avoidance of doubt, this letter does not seek to modify the schedule, ECF No. 94, at this time.