UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

NATIONAL JOB CORPUS ASSOCIATION, ET. AL.,

       *Plaintiffs*,

  -against-

DEPARTMENT OF LABOR, and LORI CHAVEZ-DEREMER, in her official capacity as Secretary, Department of Labor,

       *Defendants*.

------------------------------------------------------------ x

1:25-cv-04641-ALC

**ORDER OF REFERENCE**

**ANDREW L. CARTER, JR., United States District Judge:**

The above-captioned action is referred to Magistrate Judge Katharine H. Parker for the following purpose:

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| _X_ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

**SO ORDERED.**
**Dated: September 5, 2025**
    New York, New York

                _____
                **ANDREW L. CARTER, JR.**
                **United States District Judge**