USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/08/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NATIONAL JOB CORPS ASSOCIATION, et al.,

                            Plaintiffs,

-against-

DEPARTMENT OF LABOR, et al.,

                            Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

**25-CV-4641 (ALC)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for settlement purposes (docket no. 103). A telephone conference will be held on **Monday, September 22, 2025 at 4:00 p.m.** in advance of a settlement conference. Counsel for the parties will be emailed the call in information by Judge Parker's chambers prior to the scheduled conference date. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.

SO ORDERED.

Dated: September 8, 2025
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge