UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL JOB CORPS ASSOCIATION, et. al.<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF LABOR, LORI CHAVEZ-DEREMER, in her official capacity as Secretary, Department of Labor,<br><br>*Defendants*. | Civil Case No. 1:25-cv-04641-ALC |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears as counsel to Plaintiffs ParadigmWorks Group, Inc., Chugach Training and Educational Solutions, LLC, and Human Learning Systems, LLC herein and hereby requests that all papers and notices of all proceedings in the above action be sent to the undersigned.

Dated: September 19, 2025
New York, NY

CROWELL & MORING LLP

*/s/ Allyson McKinstry*
Allyson McKinstry
CROWELL & MORING LLP
Two Manhattan West, 375 Ninth Avenue
New York, NY 10001
Tel.: (212) 803-4061
amckinstry@crowell.com

*Counsel for Plaintiffs ParadigmWorks Group, Inc., Chugach Training and Educational Solutions, LLC, and Human Learning Systems, LLC*