UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL JOB CORPS ASSOCIATION, et. al.<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF LABOR, LORI CHAVEZ-DEREMER, in her official capacity as Secretary, Department of Labor,<br><br>*Defendants*. | Civil Case No. 1:25-cv-04641-ALC |

## PLAINTIFF HUMAN LEARNING SYSTEMS, LLC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, undersigned counsel represents that Plaintiff Human Learning Systems, LLC does not have a parent company, nor a public corporation, corporate affiliate, or subsidiary that owns 10% or more of its stock.

Dated: September 19, 2025
New York, NY

**CROWELL & MORING LLP**

*/s/ Allyson McKinstry*
Allyson McKinstry
CROWELL & MORING LLP
Two Manhattan West, 375 Ninth Avenue
New York, NY  10001
Tel.: (212) 803-4061
amckinstry@crowell.com

*Counsel for Plaintiffs ParadigmWorks Group, Inc., Chugach Training and Educational Solutions, LLC, and Human Learning Systems, LLC*