JAY CLAYTON
United States Attorney for the
Southern District of New York
By: JEAN-DAVID BARNEA
    DOMINIKA TARCZYNSKA
    Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: 212-637-2679/2748
E-mails: jean-david.barnea@usdoj.gov
         dominika.tarczynska@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NATIONAL JOB CORPS ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF LABOR, and LORI CHAVEZ-DEREMER, in her official capacity as Secretary, Department of Labor,<br><br>Defendants. | No. 25 Civ. 4641 (ALC)<br><br>NOTICE OF FILING OF THE ADMINISTRATIVE RECORD |

Defendants the U.S. Department of Labor and Lori Chavez-Deremer, in her official capacity as Secretary, Department of Labor, hereby give notice of filing of the administrative record for the U.S. Department of Labor's May 29, 2025, decision challenged in the above-captioned case. As detailed in the attached declaration and index, the certified list of the Administrative Record contents filed with the Court today reflects those documents considered directly or indirectly by Defendants in connection with the challenged decision. The record does not include deliberative or privileged materials. *See Comprehensive Cmty. Dev. Corp. v. Sebelius*, 890 F. Supp. 2d 305, 308-09 (S.D.N.Y. 2012) (articulating standard governing scope of the administrative record); *id*. at 312 (recognizing that "deliberative materials antecedent to the agency's decision fall outside the administrative record").

Dated: New York, New York
       September 19, 2025

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: /s/ Dominika Tarczynska
JEAN-DAVID BARNEA
DOMINIKA TARCZYNSKA
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: 212-637-2679/2748
E-mails: jean-david.barnea@usdoj.gov
         dominika.tarczynska@usdoj.gov