**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NATIONAL JOB CORPS ASSOCIATION, *et al.,*

Plaintiffs,

- against –

DEPARTMENT OF LABOR*, et al.*

Defendants.

No. 25 Civ. 04641 (ALC)

## CERTIFICATION OF ADMINSTRATIVE RECORD INDEX

    I, Lori Frazier Bearden, Acting Assistant Secretary, U.S. Department of Labor, hereby certify that the attached Administrative Record Index is a true, correct, and complete copy of the non-privileged documents that comprise the Administrative Record for the U.S. Department of Labor's May 29, 2025 decision challenged in the above-captioned case.

Dated:  September 19, 2025

By:
Lori Frazier Bearden
Acting Assistant Secretary
Employment and Training Administration
U.S. Department of Labor

## CERTIFIED ADMINISTRATIVE RECORD INDEX

| AR BATES BEGIN | AR BATES END | Document Description |
| --- | --- | --- |
| 000001 | 000001 | Email Chain  -  Supplemental Documents Related to Pausing of JC Centers |
| 000002 | 000002 | Email Chain  -  Supplemental Documents Related to Pausing of JC Centers |
| 000003 | 000014 | Attachment to Email - Decision Memo - Job Corps PY 24 25 Budget Recommend Actions - OSEC Approval 12.18.24 |
| 000015 | 000023 | Attachment to Email  - JC_Congressional Briefing 1.10.25_730am |
| 000024 | 000025 | Attachment to Email  - Excel data embedded in Powerpoint |
| 000026 | 000029 | Attachment to Email  - Excel data embedded in Powerpoint |
| 000030 | 000042 | Attachment to Email  - Job Corps Budget - Draft FAQs 12-17-2024 |
| 000043 | 000050 | Attachment to Email  - Updated JC state briefings 12.20 |
| 000051 | 000076 | Attachment to Email  - 110124_Job Corps Briefing |
| 000077 | 000077 | Attachment to Email  - Excel data embedded in Powerpoint |
| 000078 | 000081 | Attachment to Email  - Excel data embedded in Powerpoint |
| 000082 | 000085 | Attachment to Email  - Excel data embedded in Powerpoint |
| 000086 | 000087 | Attachment to Email  - Excel data embedded in Powerpoint |
| 000088 | 000089 | Email Chain - Supplemental Documents Related to Pausing of JC Centers |
| 000090 | 000090 | Email Chain - DRAFT LANGUAGE - Job Corp |
| 000091 | 000094 | Attachment to Email - DRAFT Strategy- Job Corp |
| 000095 | 000095 | Email Chain - OJC - OSEC Prep Info Requests 4.22.25 |
| 000096 | 000098 | Attachment to Email - OJC PY24 Center Pause Rationale |
| 000099 | 000100 | Attachment to Email - Job Corps Demo Concepts 4.22.25 |
| 000101 | 000102 | Attachment to Email - Basic Activities and Timelines to Suspend Ctr Ops 4.23.25 |
| 000103 | 000109 | Attachment to Email - Detailed Process to Effectuate Pause in Ops 4.22.25 |
| 000110 | 000110 | Email Chain - RE: OJC - OSEC Prep Info Requests 4.22.25 |
| 000111 | 000130 | Attachment to Email - Overview Deck for Recent Demos 4.22.25 |
| 000131 | 000132 | Email Chain - RE: OJC - OSEC Prep Info Requests 4.22.25 |
| 000133 | 000141 | Attachment to Email - JC PY25 Budget Planning 04.23.25 |
| 000142 | 000143 | Email Chain - RE: OJC - OSEC Prep Info Requests 4.22.25 |
| 000144 | 000158 | Job Corps Transparency Report |
| 000159 | 000162 | Email Chain - Timely: Adding Report to Website |
| 000163 | 000165 | Email Chain - FW: ATTACHMENT: PCC - Job Corps |
| 000166 | 000173 | Attachment to Email - DPC PCC_ETA Job Corps Program Overview and Operational Framework 4.28.25 |
| 000174 | 000174 | Email Chain - Tomorrow's PCC - Job Corps |

| | | |
|---|---|---|
| 000175 | 000182 | Attachment to Email - DPC PCC_ETA Job Corps Program Overview and Operational Framework 4.30.25 |
| 000183 | 000185 | Email Chain - RE: Request: Job Corps by Tuesday COB 4/28 |
| 000186 | 000193 | Attachment to Email - DPC PCC_ETA Job Corps Program Overview and Operational Framework 4.30.25 |
| 000194 | 000194 | Email Chain - TO PRINT for Acting ASET DPC meeting this afternoon |
| 000195 | 000196 | Attachment to Email - USDA FS Background and Approps Rider 5.1.25 |
| 000197 | 000197 | Attachment to Email - NOTES for DPC_DOL ETA Meeting on Job Corps 5.1.25 |
| 000198 | 000199 | Email Chain - Re: Scheduling Time for Follow-Up Meeting on Job Corps |
| 000200 | 000200 | Email Chain - RE: OJC - OSEC Prep Info Requests 4.22.25 |
| 000201 | 000201 | Email Chain - Outlook Calendar Entry |
| 000202 | 000205 | Attachment to Email - OSEC Policy Planning Meeting 5-2-2025 |
| 000206 | 000206 | Email Chain - Outlook Calendar Entry |
| 000207 | 000210 | Attachment to Email - OSEC Policy Planning Meeting Update |
| 000211 | 000211 | Email Chain - DRAFT-CONFIDENTIAL-PREDECISIONAL: Decision Memorandum |
| 000212 | 000222 | Attachment to Email - EMBARGOED DRAFT_ETA Job Corps Program Decision Memo |
| 000223 | 000223 | Email Chain - Fw: DRAFT-CONFIDENTIAL-PREDECISIONAL: Decision Memorandum |
| 000224 | 000234 | Attachment to Email - EMBARGOED DRAFT_ETA Job Corps Program Decision Memo |
| 000235 | 000235 | Email Chain - Fw: DRAFT-CONFIDENTIAL-PREDECISIONAL: Decision Memorandum |
| 000236 | 000246 | Attachment to Email - EMBARGOED DRAFT_ETA Job Corps Program Decision Memo |
| 000247 | 000250 | Email Chain - RE: Could we please cancel this Job Corp media contract? |
| 000251 | 000252 | Email Chain - RE: DRAFT-CONFIDENTIAL-PREDECISIONAL: Decision Memorandum |
| 000253 | 000263 | Attachment to Email - EMBARGOED DRAFT_ETA Job Corps Program Decision Memo_DOGE Edits |
| 000264 | 000266 | Email Chain - FW: DRAFT-CONFIDENTIAL-PREDECISIONAL: Decision Memorandum |
| 000267 | 000277 | Attachment to Email - EMBARGOED DRAFT_ETA Job Corps Program Decision Memo_V3 |
| 000278 | 000278 | Email Chain - No Subject |
| 000279 | 000289 | Attachment to Email - EMBARGOED DRAFT_ETA Job Corps Program Decision Memo_V3 |
| 000290 | 000291 | Email Chain - RE: OJC TB |

| | | |
|---|---|---|
| 000292 | 000293 | Attachment to Email - Memorandum Regarding Center Operations Period of Performance |
| 000294 | 000296 | Email Chain - Fw: DRAFT-CONFIDENTIAL-PREDECISIONAL: Decision Memorandum |
| 000297 | 000307 | Attachment to Email - EMBARGOED DRAFT_ETA Job Corps Program Decision Memo_V3 |
| 000308 | 000309 | Email Chain - Fw: DRAFT-CONFIDENTIAL-PREDECISIONAL: Decision Memorandum |
| 000310 | 000320 | Attachment to Email - EMBARGOED DRAFT_ETA Job Corps Program Decision Memo_V3 |
| 000321 | 000322 | Email Chain - Draft, Pre-Decisional Job Corps materials for review |
| 000323 | 000330 | Attachment to Email - DRAFT Pre-Decisional_Notice of Termination 5.8.25 |
| 000331 | 000331 | Attachment to Email - Draft Mockup of Separated Student Resource Page 5.8.25 |
| 000332 | 000332 | Attachment to Email - Draft Pre-Decisional_Student and Center Staff Talking Points May 9 |
| 000333 | 000333 | Attachment to Email - Draft Pre-Decisional Fed staff comms May 9 |
| 000334 | 000336 | Attachment to Email - ASET to CoS Memo OJC Center Ops Contract Reimbursements 5.8.25 |
| 000337 | 000338 | Email Chain - Job Corps Center Caretaker Cost projection assignment |
| 000339 | 000339 | Attachment to Email - Job Corps Center Caretaker Cost Projections 5.9.25 |
| 000340 | 000340 | Email Chain - Fw: EMBARGOED DRAFT- PRE-DECISIONAL MEMO- Job Corp |
| 000341 | 000378 | Attachment to Email - EMBARGOED DRAFT_ETA Job Corps Program Decision Memo_V4 |
| 000379 | 000381 | Email Chain - RE: EMBARGOED DRAFT- PRE-DECISIONAL MEMO- Job Corp |
| 000382 | 000419 | Attachment to Email - EMBARGOED DRAFT_ETA Job Corps Program Decision Memo_V4 |
| 000420 | 000425 | Attachment to Email - OJC Congressional Districts FTE Students |
| 000426 | 000537 | Attachment to Email - Revised State JC Info Pagers - 5.9.25 |
| 000538 | 000541 | Attachment to Email - RE: EMBARGOED DRAFT- PRE-DECISIONAL MEMO- Job Corp |
| 000542 | 000581 | Attachment to Email - EMBARGOED DRAFT_ETA Job Corps Program Decision Memo_CP |
| 000582 | 000585 | Email Chain - RE: EMBARGOED DRAFT- PRE-DECISIONAL MEMO- Job Corp |
| 000586 | 000626 | Attachment to Email - EMBARGOED DRAFT_ETA Job Corps Program Decision Memo_V4 |
| 000627 | 000627 | Email Chain - For print tomorrow |

| 000628 | 000739 | Attachment to Email - Revised State JC Info Pagers - 5.9.25 |
|---|---|---|
| 000740 | 000782 | Attachment to Email - EMBARGOED DRAFT_ETA Job Corps Program Decision Memo_CP |
| 000783 | 000786 | Email Chain - Fw: EMBARGOED DRAFT- PRE-DECISIONAL MEMO- Job Corp |
| 000787 | 000829 | Attachment to Email - EMBARGOED DRAFT_ETA Job Corps Program Decision Memo_V5 |
| 000830 | 000833 | Email Chain - FW: EMBARGOED DRAFT- PRE-DECISIONAL MEMO- Job Corp |
| 000834 | 000876 | Attachment to Email - EMBARGOED DRAFT_ETA Job Corps Program Decision Memo_V5 |
| 000877 | 000881 | 5/16/25 - Statement Of Lori Chavez-Deremer Secretary of Labor Before The Subcommittee On Labor, Health And Human Services, Education, And Related Agencies Committee On Appropriations United States House Of Representatives |
| 000882 | 000882 | Email Chain - No Subject |
| 000883 | 000925 | Attachment to Email - EMBARGOED DRAFT_ETA Job Corps Program Decision Memo_V5 |
| 000926 | 000926 | Email Chain - Talking Points |
| 000927 | 000968 | Attachment to Email - EMBARGOED DRAFT_ETA Job Corps Program Decision Memo_V6 |
| 000969 | 000969 | Email Chain - No Subject |
| 000970 | 001013 | Attachment to Email - EMBARGOED DRAFT_ETA Job Corps Program Decision Memo_V6 |
| 001014 | 001014 | Email Chain - Center Operations Options and Course of Action |
| 001015 | 001056 | Attachment to Email - Center Operations Options and Course of Action |
| 001057 | 001058 | Email Chain - RE: DRAFTS from OPA for OSEC - Thursday Talkers, Press Release, FAQ |
| 001059 | 001060 | Attachment to Email - Job Corps Operations Pause FAQs |
| 001061 | 001062 | Attachment to Email - EMBARGO_JC Press Release |
| 001063 | 001064 | Attachment to Email - Job Corps Fact Sheet |
| 001065 | 001067 | Email Chain - FW: ETA OJC May 29 Package |
| 001068 | 001071 | Email Chain - RE: ACTION REQUESTED: ETA OJC May 29 Package |
| 001072 | 001075 | Email Chain - RE: Question on Job Corps Program |
| 001076 | 001077 | Attachment to Email - Job Corps Fact Sheet |
| 001078 | 001079 | Attachment to Email - Job Corps Operations Pause FAQs |
| 001080 | 001128 | Attachment to Email - EMBARGOED DRAFT_ETA Job Corps Program Decision Memo_V6 |
| 001129 | 001129 | Please print for the binder- ETA OJC May 29 Package |
| 001130 | 001133 | Attachment to Email - Draft Pre-Decisional Operational timeline 5.13.25 |

| | | |
|---|---|---|
| 001134 | 001144 | Attachment to Email - DRAFT Pre-Decisional_Notice of Termination 5.8.25 |
| 001145 | 001146 | Attachment to Email - Draft Pre-Decisional Center Operator Comms 5.13.25 |
| 001147 | 001147 | Attachment to Email - Draft Pre-Decisional Fed staff comms May 9 |
| 001148 | 001149 | Attachment to Email - Draft Pre-Decisional_Student and Center Staff Talking Points May 9 |
| 001150 | 001153 | Attachment to Email - Notice of Complete Termination for Convenience_TCU |
| 001154 | 001160 | Attachment to Email - Notice of Partial Termination for Convenience_HBI |
| 001161 | 001162 | Attachment to Email - Draft Pre-Decisional NTC CEO TPs 5.21.25 |
| 001163 | 001163 | Attachment to Email - Notice to Contracts Ending May 31, 2025 |
| 001164 | 001164 | Attachment to Email - Notice to Contracts Now ending June 30, 2025 |
| 001165 | 001166 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001167 | 001167 | Email Chain - Notice to Contractor |
| 001168 | 001175 | Attachment to Email - Notice of Termination |
| 001176 | 001177 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001178 | 001179 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001180 | 001180 | Email Chain - Notice to Contractor |
| 001181 | 001188 | Attachment to Email - Notice of Termination |
| 001189 | 001190 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001191 | 001192 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001193 | 001193 | Email Chain--Notice to Contractor |
| 001194 | 001201 | Attachment to Email - Notice of Termination |
| 001202 | 001203 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001204 | 001205 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001206 | 001206 | Email Chain - Notice to Contractor |
| 001207 | 001214 | Attachment to Email - Notice of Termination |
| 001215 | 001216 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001217 | 001218 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001219 | 001219 | Email Chain - Notice to Contractor |
| 001220 | 001227 | Attachment to Email - Notice of Termination |

| | | |
|---|---|---|
| 001228 | 001229 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001230 | 001231 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001232 | 001232 | Email Chain - Notice to Contractor |
| 001233 | 001240 | Attachment to Email - Notice of Termination |
| 001241 | 001242 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001243 | 001244 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001245 | 001245 | Email Chain - Notice to Contractor |
| 001246 | 001253 | Attachment to Email - Notice of Termination |
| 001254 | 001255 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001256 | 001257 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001258 | 001258 | Email Chain - Notice to Contractor |
| 001259 | 001266 | Attachment to Email - Notice of Termination |
| 001267 | 001268 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001269 | 001270 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001271 | 001271 | Email Chain - Notice to Contractor |
| 001272 | 001279 | Attachment to Email - Notice of Termination |
| 001280 | 001281 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001282 | 001283 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001284 | 001284 | Email Chain - Notice to Contractor |
| 001285 | 001292 | Attachment to Email - Notice of Termination |
| 001293 | 001294 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001295 | 001296 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001297 | 001297 | Email Chain - Notice to Contractor |
| 001298 | 001305 | Attachment to Email - Notice of Termination |
| 001306 | 001307 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001308 | 001309 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001310 | 001310 | Email Chain - Notice to Contractor |
| 001311 | 001318 | Attachment to Email - Notice of Termination |

| 001319 | 001320 | Attachment to Email - Authorization to Share Job Corps Student Records |
|--------|--------|------------------------------------------------------------------------|
| 001321 | 001322 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001323 | 001323 | Email Chain - Notice to Contractor |
| 001324 | 001331 | Attachment to Email - Notice of Termination |
| 001332 | 001333 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001334 | 001335 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001336 | 001336 | Email Chain - Notice to Contractor |
| 001337 | 001344 | Attachment to Email - Notice of Termination |
| 001345 | 001346 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001347 | 001348 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001349 | 001349 | Email Chain - Notice to Contractor |
| 001350 | 001357 | Attachment to Email - Notice of Termination |
| 001358 | 001359 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001360 | 001361 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001362 | 001362 | Email Chain - Notice to Contractor |
| 001363 | 001370 | Attachment to Email - Notice of Termination |
| 001371 | 001372 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001373 | 001374 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001375 | 001375 | Email Chain - Notice to Contractor |
| 001376 | 001383 | Attachment to Email - Notice of Termination |
| 001384 | 001385 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001386 | 001387 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001388 | 001388 | Email Chain - Notice to Contractor |
| 001389 | 001396 | Attachment to Email - Notice of Termination |
| 001397 | 001398 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001399 | 001400 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001401 | 001401 | Email Chain - Notice to Contractor |
| 001402 | 001409 | Attachment to Email - Notice of Termination |

| 001410 | 001411 | Attachment to Email - Authorization to Share Job Corps Student Records |
|--------|--------|------------------------------------------------------------------------|
| 001412 | 001413 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001414 | 001414 | Email Chain - Notice to Contractor |
| 001415 | 001422 | Attachment to Email - Notice of Termination |
| 001423 | 001424 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001425 | 001426 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001427 | 001427 | Email Chain - Notice to Contractor |
| 001428 | 001435 | Attachment to Email - Notice of Termination |
| 001436 | 001437 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001438 | 001439 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001440 | 001441 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001442 | 001442 | Email Chain - Notice to Contractor |
| 001443 | 001450 | Attachment to Email - Notice of Termination |
| 001451 | 001452 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001453 | 001453 | Email Chain - Notice to Contractor |
| 001454 | 001461 | Attachment to Email - Notice of Termination |
| 001462 | 001463 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001464 | 001465 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001466 | 001466 | Email Chain - Notice to Contractor |
| 001467 | 001474 | Attachment to Email - Notice of Termination |
| 001475 | 001476 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001477 | 001478 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001479 | 001479 | Email Chain - Notice to Contractor |
| 001480 | 001487 | Attachment to Email - Notice of Termination |
| 001488 | 001489 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001490 | 001491 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001492 | 001492 | Email Chain - Notice to Contractor |
| 001493 | 001500 | Attachment to Email - Notice of Termination |

| 001501 | 001502 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001503 | 001504 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001505 | 001505 | Email Chain - Notice to Contractor |
| 001506 | 001513 | Attachment to Email - Notice of Termination |
| 001514 | 001515 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001516 | 001517 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001518 | 001518 | Email Chain - Notice to Contractor |
| 001519 | 001526 | Attachment to Email - Notice of Termination |
| 001527 | 001528 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001529 | 001530 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001531 | 001531 | Email Chain - Notice to Contractor |
| 001532 | 001539 | Attachment to Email - Notice of Termination |
| 001540 | 001547 | Attachment to Email - Notice of Termination |
| 001548 | 001555 | Attachment to Email - Notice of Termination |
| 001556 | 001563 | Attachment to Email - Notice of Termination |
| 001564 | 001571 | Attachment to Email - Notice of Termination |
| 001572 | 001573 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001574 | 001575 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001576 | 001576 | Email Chain - Notice to Contractor |
| 001577 | 001584 | Attachment to Email - Notice of Termination |
| 001585 | 001592 | Attachment to Email - Notice of Termination |
| 001593 | 001600 | Attachment to Email - Notice of Termination |
| 001601 | 001608 | Attachment to Email - Notice of Termination |
| 001609 | 001616 | Attachment to Email - Notice of Termination |
| 001617 | 001624 | Attachment to Email - Notice of Termination |
| 001625 | 001632 | Attachment to Email - Notice of Termination |
| 001633 | 001634 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001635 | 001636 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001637 | 001637 | Email Chain - Notice to Contractor |
| 001638 | 001645 | Attachment to Email - Notice of Termination |
| 001646 | 001653 | Attachment to Email - Notice of Termination |
| 001654 | 001661 | Attachment to Email - Notice of Termination |

| 001662 | 001669 | Attachment to Email - Notice of Termination |
| 001670 | 001671 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001672 | 001673 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001674 | 001674 | Email Chain - Notice to Contractor |
| 001675 | 001682 | Attachment to Email - Notice of Termination |
| 001683 | 001690 | Attachment to Email - Notice of Termination |
| 001691 | 001692 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001693 | 001694 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001695 | 001695 | Email Chain - Notice to Contractor |
| 001696 | 001703 | Attachment to Email - Notice of Termination |
| 001704 | 001711 | Attachment to Email - Notice of Termination |
| 001712 | 001719 | Attachment to Email - Notice of Termination |
| 001720 | 001721 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001722 | 001723 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001724 | 001724 | Email Chain - Notice to Contractor |
| 001725 | 001729 | Attachment to Email - Notice of Partial Termination |
| 001730 | 001730 | Email Chain - Notice to Contractor |
| 001731 | 001736 | Attachment to Email - Notice of Partial Termination |
| 001737 | 001737 | Email Chain - Notice to Contractor |
| 001738 | 001744 | Attachment to Email - Notice of Partial Termination |
| 001745 | 001745 | Email Chain - Notice to Contractor |
| 001746 | 001751 | Attachment to Email - Notice of Partial Termination |
| 001752 | 001752 | Email Chain - Notice to Contractor |
| 001753 | 001757 | Attachment to Email - Notice of Partial Termination |
| 001758 | 001758 | Email Chain - Notice to Contractor |
| 001759 | 001763 | Attachment to Email - Notice of Partial Termination |
| 001764 | 001764 | Email Chain - Notice to Contractor |
| 001765 | 001771 | Attachment to Email - Notice of Partial Termination |
| 001772 | 001772 | Email Chain - Notice to Contractor |
| 001773 | 001778 | Attachment to Email - Notice of Partial Termination |
| 001779 | 001779 | Email Chain - Notice to Contractor |
| 001780 | 001787 | Attachment to Email - Notice of Termination |
| 001788 | 001789 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001790 | 001791 | Attachment to Email - Job Corps Student and Center Staff Talking Points |

| 001792 | 001792 | Email Chain - Notice to Contractor |
|---|---|---|
| 001793 | 001796 | Attachment to Email - Notice |
| 001797 | 001798 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001799 | 001800 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001801 | 001801 | Email Chain - Notice to Contractor |
| 001802 | 001806 | Attachment to Email - Notice |
| 001807 | 001808 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001809 | 001810 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001811 | 001811 | Email Chain - Notice to Contractor |
| 001812 | 001816 | Attachment to Email - Notice |
| 001817 | 001818 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001819 | 001820 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001821 | 001821 | Email Chain - Notice to Contractor |
| 001822 | 001826 | Attachment to Email - Notice |
| 001827 | 001828 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001829 | 001830 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001831 | 001831 | Email Chain - Notice to Contractor |
| 001832 | 001836 | Attachment to Email - Notice |
| 001837 | 001838 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001839 | 001840 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001841 | 001841 | Email Chain - Notice to Contractor |
| 001842 | 001846 | Attachment to Email - Notice |
| 001847 | 001851 | Attachment to Email - Notice |
| 001852 | 001853 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001854 | 001855 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001856 | 001856 | Email Chain - Notice to Contractor |
| 001857 | 001860 | Attachment to Email - Notice |
| 001861 | 001862 | Attachment to Email - Authorization to Share Job Corps Student Records |

| 001863 | 001864 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001865 | 001865 | Email Chain - Notice to Contractor |
| 001866 | 001869 | Attachment to Email - Notice |
| 001870 | 001873 | Attachment to Email - Notice |
| 001874 | 001875 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001876 | 001877 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001878 | 001878 | Email Chain - Notice to Contractor |
| 001879 | 001882 | Attachment to Email - Notice |
| 001883 | 001884 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001885 | 001886 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001887 | 001887 | Email Chain - Notice to Contractor |
| 001888 | 001891 | Attachment to Email - Notice |
| 001892 | 001893 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001894 | 001895 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001896 | 001896 | Email Chain - Notice to Contractor |
| 001897 | 001900 | Attachment to Email - Notice |
| 001901 | 001902 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001903 | 001904 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001905 | 001905 | Email Chain - Notice to Contractor |
| 001906 | 001909 | Attachment to Email - Notice |
| 001910 | 001911 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001912 | 001913 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001914 | 001914 | Email Chain - Notice to Contractor |
| 001915 | 001918 | Attachment to Email - Notice |
| 001919 | 001920 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001921 | 001922 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001923 | 001923 | Email Chain - Notice to Contractor |
| 001924 | 001928 | Attachment to Email - Notice |
| 001929 | 001932 | Attachment to Email - Notice |

| | | |
|---|---|---|
| 001933 | 001934 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001935 | 001936 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001937 | 001937 | Email Chain - Notice to Contractor |
| 001938 | 001941 | Attachment to Email - Notice |
| 001942 | 001943 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001944 | 001945 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001946 | 001946 | Email Chain - Notice to Contractor |
| 001947 | 001950 | Attachment to Email - Notice |
| 001951 | 001952 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001953 | 001954 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001955 | 001955 | Attachment to Email - Notice |
| 001956 | 001959 | Attachment to Email - Notice |
| 001960 | 001961 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001962 | 001963 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001964 | 001964 | Email Chain - Notice to Contractor |
| 001965 | 001968 | Attachment to Email - Notice |
| 001969 | 001970 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001971 | 001972 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001973 | 001973 | Email Chain - Notice to Contractor |
| 001974 | 001977 | Attachment to Email - Notice |
| 001978 | 001979 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001980 | 001981 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001982 | 001982 | Email Chain - Notice to Contractor |
| 001983 | 001986 | Attachment to Email - Notice of Termination |
| 001987 | 001988 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 001989 | 001990 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 001991 | 001991 | Email Chain - Notice to Contractor |
| 001992 | 001995 | Attachment to Email - Notice |

| 001996 | 001997 | Attachment to Email - Authorization to Share Job Corps Student Records |
|---|---|---|
| 001998 | 001999 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 002000 | 002000 | Email Chain - Notice to Contractor |
| 002001 | 002005 | Attachment to Email - Notice |
| 002006 | 002007 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 002008 | 002009 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 002010 | 002010 | Email Chain - Notice to Contractor |
| 002011 | 002014 | Attachment to Email - Notice |
| 002015 | 002016 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 002017 | 002018 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 002019 | 002019 | Email Chain - Notice to Contractor |
| 002020 | 002027 | Attachment to Email - Notice of Termination |
| 002028 | 002029 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 002030 | 002031 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 002032 | 002033 | Email Chain - Notice to Contractor |
| 002034 | 002041 | Attachment to Email - Notice of Termination |
| 002042 | 002043 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 002044 | 002045 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 002046 | 002046 | Email Chain - Notice to Contractor |
| 002047 | 002054 | Attachment to Email - Notice of Termination |
| 002055 | 002056 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 002057 | 002058 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 002059 | 002059 | Email Chain - Notice to Contractor |
| 002060 | 002067 | Attachment to Email - Notice of Termination |
| 002068 | 002069 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 002070 | 002071 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 002072 | 002072 | Email Chain - Notice to Contractor |
| 002073 | 002080 | Attachment to Email - Notice of Termination |

| 002081 | 002082 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 002083 | 002084 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 002085 | 002085 | Email Chain - Notice to Contractor |
| 002086 | 002093 | Attachment to Email - Notice of Termination |
| 002094 | 002095 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 002096 | 002097 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 002098 | 002098 | Email Chain - Notice to Contractor |
| 002099 | 002106 | Attachment to Email - Notice of Termination |
| 002107 | 002108 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 002109 | 002110 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 002111 | 002111 | Email Chain - Notice to Contractor |
| 002112 | 002119 | Attachment to Email - Notice of Termination |
| 002120 | 002121 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 002122 | 002123 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 002124 | 002124 | Email Chain - Notice to Contractor |
| 002125 | 002132 | Attachment to Email - Notice of Termination |
| 002133 | 002134 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 002135 | 002136 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 002137 | 002137 | Email Chain - Notice to Contractor |
| 002138 | 002145 | Attachment to Email - Notice of Termination |
| 002146 | 002147 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 002148 | 002149 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 002150 | 002150 | Email Chain - Notice to Contractor |
| 002151 | 002158 | Attachment to Email - Notice of Termination |
| 002159 | 002160 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 002161 | 002162 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 002163 | 002163 | Email Chain - Notice to Contractor |
| 002164 | 002171 | Attachment to Email - Notice of Termination |

| 002172 | 002173 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 002174 | 002175 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 002176 | 002176 | Email Chain - Notice to Contractor |
| 002177 | 002184 | Attachment to Email - Notice of Termination |
| 002185 | 002192 | Attachment to Email - Notice of Termination |
| 002193 | 002200 | Attachment to Email - Notice of Termination |
| 002201 | 002202 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 002203 | 002204 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 002205 | 002205 | Email Chain - Notice to Contractor |
| 002206 | 002213 | Attachment to Email - Notice of Termination |
| 002214 | 002221 | Attachment to Email - Notice of Termination |
| 002222 | 002223 | Attachment to Email - Authorization to Share Job Corps Student Records |
| 002224 | 002225 | Attachment to Email - Job Corps Student and Center Staff Talking Points |
| 002226 | 002226 | Email Chain - Notice to Contractor |
| 002227 | 002230 | Attachment to Email - Notice of Complete Termination |
| 002231 | 002231 | Email Chain - Notice to Contractor |
| 002232 | 002242 | Attachment to Email - SCA Wage Determination |
| 002243 | 002249 | Attachment to Email - Jacksonville 1605JE-23-C-0011 Mod 23 |
| 002250 | 002253 | Attachment to Email - Notice of Termination |
| 002254 | 002254 | Email Chain - Notice to Contractor |
| 002255 | 002262 | Attachment to Email - Notice of Termination |
| 002263 | 002270 | Attachment to Email - Notice of Termination |
| 002271 | 002278 | Attachment to Email - Notice of Termination |
| 002279 | 002282 | Attachment to Email - Notice of Termination |