Message

| | |
|---|---|
| **From:** | Frazier, Susan (Lori) - ETA [ ▮▮▮▮▮ |
| **Sent:** | 4/8/2025 7:54:30 AM |
| **To:** | Paczynski, Michelle L - ETA ▮▮▮▮ |
| **CC:** | McGee, Erin L - ETA ▮▮▮ |
| **Subject:** | Re: Supplemental Documents Related to Pausing of JC Centers |

Thank you, Michelle!

**Lori Frazier Bearden |**
United States Department of Labor
Deputy Assistant Secretary
Employment and Training Administration
200 Constitution Avenue Suite S-2307
Washington, D.C. 20210
O: ▮▮▮

**From:** Paczynski, Michelle L - ETA ▮▮▮▮
**Sent:** Monday, April 7, 2025 6:48:15 PM
**To:** Frazier, Susan (Lori) - ETA ▮▮▮
**Cc:** McGee, Erin L - ETA ▮▮▮
**Subject:** Supplemental Documents Related to Pausing of JC Centers

Lori,

Here are the supplemental documents we spoke to.
1. Previous Administration's decision memo regarding a temporary pause on certain Job Corps centers.
2. Previous Administration's press release on pausing centers. US Department of Labor announces latest actions to secure sustainability of Job Corps program | U.S. Department of Labor "The department will...temporarily pause operations at the Woodstock Job Corps Center in Woodstock, Maryland, and the Whitney M. Young Jr. Job Corps Center in Simpsonville, Kentucky."
3. Job Corps Budget (Draft) FAQs
4. Previous Administration's PPTs/TPs to brief impacted states and then Congress on the temporary pauses to centers.

Thanks,
Michelle

Message

| | |
|---|---|
| **From:** | Frazier, Susan (Lori) - ETA ▮ |
| **Sent:** | 4/8/2025 7:56:10 AM |
| **To:** | Simon, Amy E - ETA ▮ ; Laco, Marek S - ETA ▮ |
| **Subject:** | Fw: Supplemental Documents Related to Pausing of JC Centers |
| **Attachments:** | 1. CTS 59444 - Decision Memo - Job Corps PY 24 25 Budget Recommend Actions - OSEC Approval 12.18.24.pdf; JC_Congressional Briefing 1.10.25_730am.pptx; Job Corps Budget - Draft FAQs 12-17-2024.docx; Updated JC state briefings 12.20.docx; 110124_Job Corps Briefing.pptx |

For your situation and awareness. I wanted to look at original decision memos from the previous administration to have a better perspective and understanding for a path forward.

**Lori Frazier Bearden |**
United States Department of Labor
Deputy Assistant Secretary
Employment and Training Administration
200 Constitution Avenue Suite S-2307
Washington, D.C. 20210
O: ▮

**From:** Paczynski, Michelle L - ETA ▮
**Sent:** Monday, April 7, 2025 6:48:15 PM
**To:** Frazier, Susan (Lori) - ETA ▮
**Cc:** McGee, Erin L - ETA ▮
**Subject:** Supplemental Documents Related to Pausing of JC Centers

Lori,

Here are the supplemental documents we spoke to.
1. Previous Administration's decision memo regarding a temporary pause on certain Job Corps centers.
2. Previous Administration's press release on pausing centers. US Department of Labor announces latest actions to secure sustainability of Job Corps program | U.S. Department of Labor "The department will…temporarily pause operations at the Woodstock Job Corps Center in Woodstock, Maryland, and the Whitney M. Young Jr. Job Corps Center in Simpsonville, Kentucky."
3. Job Corps Budget (Draft) FAQs
4. Previous Administration's PPTs/TPs to brief impacted states and then Congress on the temporary pauses to centers.

Thanks,
Michelle

**U.S. Department of Labor**     Assistant Secretary for
Employment and Training
Washington, D.C. 20210



**DECISION**

**December 18, 2024**

**MEMORANDUM FOR THE ACTING SECRETARY**

**FROM:**     **JOSÉ JAVIER RODRÍGUEZ**

**SUBJECT:**    Job Corps Program Years 2024 and 2025 Budget & Recommended Actions

---

**EXECUTIVE SUMMARY**

The Job Corps program faces a projected $139.9 million operating budget deficit for Program Year (PY) 2024. This memorandum summarizes the principled and active cost savings strategies Job Corps is already implementing, while also identifying additional cost savings measures to ensure Job Corps has a balanced budget for PY 24. Two of the recommended actions are for awareness and one action, the pausing of centers, requires approval.

While this memo focuses on PY 24, Job Corps is conducting analysis, developing a strategy, and taking actions now to reduce the projected PY 25 deficit of more than $213 million. Lastly, while these amounts are point-in-time analyses, the Job Corps Tri-Office team and ETA leadership are acting now with what is known to ensure the program balances the budget and continues to provide safe, quality services to young people.

**BACKGROUND/DISCUSSION**

The Operations budget for Job Corps has been largely flat since 2018 at $1.6 billion. Adjusted for inflation, the Job Corps budget for 2024 would have been more than $2 billion. During this period of a flat budget of $1.6 billion, multiple financial pressures have raised costs for the program. Since 2018, operations, construction, and materials costs have increased by more than 25 percent due to inflation. There have been three consecutive federal minimum wage increases for contractors operating 99 Job Corps Centers across the country, with more than 14,000 federal contractor staff working at these centers. The implementation of the Service Contract Act, as well as Cost-of-Living Adjustments for federal personnel employed at the U.S. Department of Agriculture (USDA) Forest Service's 24 Job Corps centers, has resulted in a 17.4 percent cumulative pay increase since 2018 for the more than 1,100 federal employees.

Job Corps has limited funds available to absorb such financial pressures. Of the $1.6 billion annual budget, $1.05 billion is allocated to center operations contracts and $500 million to costs such as information technology (IT) infrastructure and transportation. Based on Job Corps'

Deliberative Draft/Not for External Distribution

current Policy and Requirements Handbook (PRH) and contract model, as well as historical data and other information available to DOL, DOL believes approximately 85 percent of the center operations costs are fixed (i.e., staffing and utilities), and only approximately 15 percent are tied to variable expenses that depend upon the number of students on campus (e.g., food, training materials, clothing). After the $1.05 billion and the $500 million, this leaves only $50 million (3 percent) each year to cover unforeseen expenses, making it increasingly difficult to absorb rising costs without compromising program quality.

To ensure a structurally balanced budget each year despite these pressures, the program has utilized multiple mitigation strategies, including deferring certain program needs and expenses, reducing National Office contracts, and using low On-Board Strength (OBS) and staff vacancy takebacks.[1]

## Addressing PY 24

By Spring 2025 (PY 24), the Job Corps program faces a projected operating deficit of approximately $139.9 million. This operating deficit is expected to grow to at least $213 million in PY 25, based on known factors. In PY 24, Job Corps will need to utilize solutions like the vacancy takebacks and continuing to defer or eliminate planned projects to meet its obligations. Both are unsustainable measures and should be viewed as short-term solutions only.

The Job Corps Tri-Office team and ETA leadership have been actively conducting analyses, developing strategies, and taking principled and aggressive actions to reduce the budget deficit for PY 24 and PY 25. The team has consulted across DOL, including the Office of the Solicitor's (SOL) Division of Employment and Training Legal Services (ETLS) and Division of Management and Administration Legal Services (MALS), and the Office of the Assistant Secretary for Administration and Management's (OASAM) Office of the Senior Procurement Executive (OSPE) and Departmental Budget Center (DBC). As Job Corps contemplates additional actions, the program continues to take key considerations into account, including: (1) ensuring the financial viability of the current program year; (2) ensuring compliance with the Workforce Innovation and Opportunity Act (WIOA) and all relevant regulations, and other applicable law; (3) minimizing disruption for current students; (4) maintaining quality of service for students; and (5) ensuring long-term financial viability.

## PY 24 Actions Underway

Job Corps program staff and leadership have already taken significant steps to mitigate ongoing and future expenses in the program and, cumulatively, have identified potential savings to date of more than $119 million for PY 24. Mitigation efforts currently underway and their estimated cost savings include:

---

[1] Under the fixed-price type center operations contract, price reductions occur for less than 100 percent OBS and for staff vacancies exceeding the 4 percent allowed.

Deliberative Draft/Not for External Distribution

- Continue Staff Vacancy and Low OBS Takebacks. Approximately 88 center contracts are included in Job Corps' initiative to recover funding from operators of Firm Fixed Priced contracts that exceed the contractually allowable four percent staff vacancy provision. For PY 24, the combined Staff Vacancy and Low OBS Takebacks are estimated to save approximately \$53 million;[2]
- Defer recurring program expenses, such as Career Technical Training program changes and training equipment replacement (\$8.4 million); student Chromebook replacement (\$4.6 million); and Physical Security Project Updates (\$20 million); and
- Pause reestablishment of Carville Job Corps Center (\$7 million) and eliminate or reduce services on National Office and Data Center Support contracts (\$26 million).

## ANALYSIS

Though significant steps are underway to mitigate the projected shortfall, additional immediate steps are needed to address the entirety of the expected deficit. Job Corps recommends cost savings measures that somewhat exceed the projected deficit because the program's analysis of the shortfall is ongoing, and to account for unexpected costs in the coming year and savings from descoping contracts or from not exercising contract option years that turns out to be substantially less than projected. The scope of the actions considered are (all monetary amounts are estimates and subject to significant change depending on implementation date and approach):

- Descoping[3] additional National Office and training contracts (\$8.6 - \$12.8 million in PY 24 if the changes are implemented by January 31, 2025);
- Descoping center operations contracts (\$6.5 - \$8.3 million in PY 24 if the changes are implemented by January 31, 2025); and
- Reviewing Job Corps Center Option Year awards, and recommending minimal center pauses, based on modified sustainability analysis criteria (estimated \$9 million or greater, if changes are implemented by January 2025).

These actions are explained in greater detail below in the Additional Actions Recommended for PY 24. In combination with the previously taken or underway actions discussed above, these recommended actions are projected to forestall the operating deficit for PY 24. That said, significant additional action will be required to mitigate projected growth in the operating deficit in PY 25 and onward.

---

[2] The OBS takeback was built into the Firm Fixed Price RFP and contract template which Job Corps began to adopt in 2019. The Staff Vacancy Takeback initiative was introduced in May 2022.

[3] "Descoping" as used in reference to contracts means reducing or eliminating some activity, deliverable, or level of effort required in an existing or planned contract, through a modification to the solicitation or contract, a termination of the contract in whole or part, by not ordering some optional tasks or otherwise.

000005

Deliberative Draft/Not for External Distribution

**Additional Actions Recommended for PY 24**

These recommended actions are intended to address the remaining projected operating deficit for PY 24. For all actions contemplated, Job Corps will continue to take the five key considerations outlined above into account.

A. *Descoping Additional National Office Contracts and National Training Contracts*

1. Descope Additional National Office Contracts

   *Scope of Change*: The Office of Job Corps (OJC) has reviewed its National Office Support Contracts to identify tasks and initiatives that can be paused, eliminated, or brought "in house" in a reduced capacity to realize PY 24 savings. Anticipated additional contract changes include a range of items, including descoping of uniform supply requirements, revisions to requirements for data collection/analysis/reporting, research and evaluation activities, IT services, and marketing and communications contracts. It is important to note that these are estimates, and there is considerable uncertainty and risks on the timing and amount of savings ultimately realized. Descoping contracts will generally require negotiation, in some cases contractor approval, and there may be disputes about the amount of actual savings and unexpected impacts from the reduced work.

   *Estimated Savings:*
   - $8.6 - $12.8 million in PY 24 if the changes are implemented by January 31, 2025.

2. Reduction of Multiple National Training Contractor-Delivered Programs in Same State

   *Scope of Change*: Eight different National Training Contractors or labor management-affiliated organizations deliver Career Technical Training to students at Job Corps Centers around the country. OJC recommends reducing the number of like programs within Job Corps Centers in the same state. For example, the state of Massachusetts has a carpentry program delivered by the United Brotherhood of Carpenters at each of its three Job Corps Centers. OJC seeks to reduce the programs by half which would result in 30 fewer NTC instructors across their respective contracts but ensure that students would continue to have access to all training programs in close proximity.

   *Estimated Savings:*
   - To minimize disruption to students and maximize savings, OJC recommends winding down programs in PY 24 and effectuating the program reductions via bilateral negotiation and contract modification effective August 1, 2025, with the next Option Year award. Beginning in PY 25, annual savings estimates are between $4 - $4.5 million.

4

Deliberative Draft/Not for External Distribution

B. *Descoping Center Operations Contracts*

This recommended action includes descoping multiple components of current center operations contracts. This process involves communicating the planned changes to contractors in advance, allowing time for contractors to develop and submit their price negotiation response, and time for Job Corps Acquisition Services (JCAS), the Office of Financial Administration (OFA), and OJC to review and negotiate revised contracts with each contractor. As such, Job Corps recommends reaching out to contractors with proposed changes by December 19, 2024. This will ensure that all center operations contracts are modified and finalized by January 31, 2025, with five months of cost savings realized in PY 24. Outreach at a later time may result in reduced cost savings.

Total estimated cost savings for descoping center operations contracts for PY 24 is $6.4 - $8.3 million. JCAS will negotiate all center operations price reductions with the target savings in mind. However, because contractors have the right to propose and negotiate the price reduction, it is possible that the total target savings may not be fully realized. For example, given the nature of the firm fixed price contracts, the contractors may have entered into subcontracts or other arrangements that limit the impact of the cost savings. Note there is also a substantial risk that contractors may dispute DOL's proposed reduced price and absent amicable resolution, this could lead to litigation. The large number of contractors, with varying and competing interests, will add to the complexity of the negotiations.

1. Changes to Delivery of Oral Health Service Delivery at Centers

   *Scope of change:* Pursuant to the Job Corps PRH, every Job Corps Center must have a dentist for 3 hours per 100 students per week; a dental assistant for 4 hours per 100 students per week; and a dental hygienist for 3 hours per 100 students per week. Center operators subcontract with professionals at the prescribed levels; however, OJC subject matter experts have identified that these services are underutilized. Thus, instead of requiring each center to contract for a prescribed number of hours, OJC proposed that centers must have a (sub)contract with a licensed dentist to provide services, as needed. This would be a fee-for-service arrangement as opposed to a minimum number of hours for unused services.

   *Estimated Savings*:
   - $11 million annually and $4 - 5 million in PY 24 if the changes are implemented by January 31, 2025.

2. Elimination of PRH requirement for Evening and Weekend Studies (EWS) Program

   *Scope of Change:* All centers would stop providing a structured evening/weekend studies program that allows "struggling" students to complete a minimum of seven hours of additional instruction (e.g., digital literacy, study skills, preparation for tests). Centers

5

Deliberative Draft/Not for External Distribution

would no longer submit a plan for EWS delivery and would not be required to provide staffing and monitoring during EWS hours. The center operator community has struggled to meet the EWS requirement since it was implemented and OJC does not anticipate a negative or disruptive impact to students.

*Estimated Savings:*
- o 16 centers (13 percent of all centers) reported an Evening & Weekend Studies Coordinator(s) (i.e., 17.5 full time equivalents (FTE))
- o Average hourly rate from Salary Supplement Report - $23.03/hour
- o Average annual rate from Salary Supplement Report - $47,900/year
- o The average annual rate time the 17.5 FTEs = $838,252/year

Overall, OJC does not have detailed data on how the 87 percent of centers staffed their EWS programs and thus cannot fully estimate projected annual savings or the PY 24 impact.

3. Changes to Delivery of Post-Enrollment "Placement" Services to Former Enrollees

*Scope of Change:* The term "Former Enrollee" (FE) means an individual who has voluntarily applied for and enrolled in the Job Corps program but left the program prior to becoming a graduate. WIOA permits, but does not require, the Department to provide FEs with three months of placement services. Job Corps requires centers to provide three months of Career Transition Services (CTS) to FEs (i.e., develop placement strategies, identify certification testing opportunities, identify job leads/ training opportunities) including at least monthly contact and documentation of all actions in case notes.

Instead of this approach, OJC proposes that centers refer Former Enrollees to the American Job Center serving the FE's home of record. WIOA Section 149 and 20 CFR § 686.720 state that the one-stop delivery system must be used to the maximum extent practicable to provide job placement services.

In PY 23, the total placement pool of graduates and FEs was 14,033; of those, 5,472 or 40 percent were FEs. Reducing services to FEs is expected to result in cost savings to the government via reduction in contracted CTS staff.

Center operators would likely have concerns about such a change. The Job Corps regulations, to align with the WIOA formula program requirements, require that Job Corps measure the performance of all *participants*, which includes both graduates and FEs, upon exit from the program. By changing the scope of services provided to FEs operators would have less control over FE outcomes, which could negatively affect their performance. As such, before implementing this strategy, OJC will consider how it will fairly weigh performance for FEs in compliance with WIOA. Appropriators and oversight

6

Deliberative Draft/Not for External Distribution

bodies would likely look favorably upon this move toward sequential rather than redundant service delivery to eligible youth populations.

*Estimated Savings:*
   o If OJC can execute by January 2025, estimated savings are approximately $2 - $2.5 million.

C. *Reviewing Job Corps Center Option Year awards, and recommending minimal center pauses, based on modified sustainability analysis criteria*

Given the immediacy of the operating budget shortfall, even in light of the previous actions detailed, OJC recommends examining PY 24 option year contracts for additional cost savings. Potentially not exercising an option year for a contract—and thus pausing[4] operations at a center —is not a decision Job Corps takes lightly. As a legal and contractual matter, a contract option is just that: optional. The agency need not provide any explanation for why it has not exercised an option under its contracts. Nevertheless, DOL utilized a principled methodology to identify centers to not exercise its option, ensuring the approach is not only consistent with law but also within DOL's mission, in a way that is fair and rational, and best suited to the present budgetary circumstances.

For long-term sustainability of the program, Job Corps had previously developed a comprehensive risk rating system for Job Corps centers. The Sustainability Rating Methodology was developed using a model with two primary criteria: Risk and Performance. Attachment A describes the long-term methodology in full, but in short, the "risk" category estimates operational risk based on current and future facilities risk; the "performance" category uses multiple measures of performance to score programmatic outcomes of centers over the past 10-years.

Because of the immediate need to achieve savings in PY 24, Job Corps developed a modified approach, utilizing the Sustainability Rating Methodology as a component of—not the exclusive basis for—the evaluation of centers. The following describes the approach taken to arrive at the recommendation:

The review focused on how to objectively achieve sufficient savings needed to reconcile this year's program budget. The leading factor in formulating recommendations was the timing of contract option year awards. Specifically, 47 centers have contract renewals in PY 24 from January through June 2025. Examining centers with contract option year awards, staff then applied the composite risk rating (described in more detail in Attachment A) utilizing the Sustainability Rating Methodology to the centers. Only centers with scores in the bottom 50 percentile of those reviewed were retained for further review; this criterion narrowed the list

---

[4] Pausing means not exercising an option year, relocating students to other centers, and establishing a caretaking contract of the facilities. No center is being closed; later language in this document identifies conditions for unpausing a center.

7

Deliberative Draft/Not for External Distribution

from 47 to 24 centers. Next, the onboard strength percentage was then analyzed, with staff analyzing each of the 24 centers' planned enrollment and compared to its actual enrollment. Staff identified 12 centers with OBS under 75 percent of planned capacity.

Because the program's overarching concern is to limit the impact of this exercise on students and potential students by pausing operations at as few centers as possible, Job Corps looked at the centers where the greatest savings could be realized, further narrowing the identified centers from 12 to 5.[5] Job Corps assessed these five centers based on the physical condition of the centers and the safety environment at the centers based on recent assessments and significant incident reports. Program staff also considered the number of centers in state and the general proximity of the center to other centers as well as eligible students in the state. Based on these factors, Job Corps is recommending Woodstock and Whitney M. Young as sites at which DOL would not exercise the next Option Year and pause operations. The program thinks that pausing operations at these two centers will generate sufficient savings.

Of the five centers, pausing operations at Woodstock would yield the second highest level of savings. In addition, given its current physical condition Woodstock is effectively uninhabitable. Woodstock's capital structure is physically obsolete at 100-years-old. The facility is currently under emergency closure due to the campus neither having heat nor hot water since November 29, 2024. The temperature at the campus has been averaging 45 degrees. As a result, the 255 students were initially placed on administrative leave; however, the difficulty for vendors to find replacement parts has extended the emergency closure through December 20, 2024, which now aligns with the program's winter break commencement. Woodstock is close to several other Job Corps centers, so transferred students will be reassigned to centers reasonably close to their home in alignment with WIOA's center assignment requirements.

Pausing operations at Whitney M. Young would yield the fourth highest level of savings of the five identified centers, just under $500,000 less than Charleston. Despite this difference, the location of the center, available students in Kentucky, and recent assessments led staff to recommend pausing operations at Whitney M. Young. Whitney M. Young is one of seven centers in Kentucky, in reasonably close proximity to other centers in Kentucky, as well as centers in Indiana and Ohio. There are fewer centers in proximity to Charleston and more eligible youth in West Virginia, which argued for maintaining operations at Charleston. In addition, while both centers have had safety and discipline issues, recent issues at Whitney M. Young are such that staff is concerned about the continued presence of students there. During a targeted assessment in October 2024 in response to a student death, DOL identified substantial, repeat findings first reported to the center operator in April 2024, during a comprehensive center assessment. The center was cited for significant compliance deficiencies in student attendance and status including accounting for the whereabouts of its 16–17-year-old minor students. In October, when the student death occurred, records indicated the deceased student as well as others had

---

[5] While pausing operations at Keystone would yield the greatest savings, because that contract is for the operation of two centers, taking the necessary contractual action to pause operations may not yield significant savings.

8

Deliberative Draft/Not for External Distribution

incorrectly been placed on leave status. The program non-compliance coupled with the incidence of unauthorized absences jeopardizes students' safety.

The USDA Forest Service Civilian Conservation Centers were not considered as candidates for pause for PY 24 because those centers are operated through an inter-agency agreement (IAA) between DOL and the USDA rather than through a contract with option years. Pausing a USDA center is a lengthier and more complicated process due to the provisions of the IAA, especially concerning federal personnel, and thus did not present a viable opportunity for savings this program year. The Department's current appropriations law prohibits the use of funds to alter or terminate the IAA with the USDA.

Process for Pausing a Center:

Should a recommendation be approved to pause a center, JCAS would communicate to the contractor not less than 30 days prior to the end of the current contract period that the contractor's next option will not be exercised. In that notification, DOL will also communicate the process the contractor will follow to "transition" the center to on-pause status, so that by the last day of the center operator's current contract, all necessary actions to transfer students, records, equipment and supplies are complete. In addition, JCAS will work to set up caretaker services for the center during the pause period and award contracts to set up Outreach and Admissions services for the geographical recruitment zone that was covered by the center operator. The students would be relocated to nearby centers and the center would have a caretaking contract put into place to secure and maintain facilities.

Considerations for Unpausing a Center:

Job Corps recommends unpausing a center when the program can maintain a structurally balanced budget without a projected shortfall. Understanding that the program will most likely not receive an infusion of resources for PY 25, staff are planning to utilize the Sustainability Rating system holistically, across all centers, to ensure program viability for the PY. Job Corps also recognizes that any costs savings realized by pausing a center will be reduced by the cost of the caretaker contract.

*PY 25 and Beyond*

While currently underway and required actions for PY 24 are projected to mitigate the immediate operating deficit, additional action is required to ensure the medium- and long-term financial stability of the Job Corps program. OJC has developed a long-term sustainability analysis of centers. OJC's approach is based on asset management and performance-based methodology. Criteria considered include physical structure, deficiencies, FEMA Risk Score as well as a center's program performance over a ten-year period. The program indicators are onboard strength, graduation rate, and job training match to industry.

9

Deliberative Draft/Not for External Distribution

## OTHER DOL AGENCIES INVOLVED

ETA worked closely with SOL's ETLS and MALS divisions, as well as OASAM's OSPE and DBC, to analyze the budget deficit and develop and implement strategies to reduce it.

## OTHER FEDERAL AGENCIES INVOLVED

USDA Forest Service operates 24 centers known collectively as the Civilian Conservation Centers. For the reasons discussed above, the USDA Forest Service centers were not considered for a pause in PY 24.

## CONGRESSIONAL INTEREST

Congressional interest is anticipated in response to the actions detailed here, particularly from state Congressional delegations in Maryland and Kentucky that would potentially be impacted by the decision to pause operations at select Job Corps Centers.

## DUE DATE FOR APPROVAL

Wednesday, December 18, 2024.

Job Corps seeks near immediate approval of this request to maximize time and potential contract savings.

## EXPEDITED APPROVAL REQUEST

I acknowledge that I am requesting approval by December 18, 2024, which does not meet OSEC's required 30-day timeframe and will, therefore, require expedited Departmental clearance and OSEC review and approval. Potential contracting amendments require a 31-day notice; as such, ETA seeks expedited clearance in order to initiate formal negotiations and communications with the contracting community as soon as possible.

## CONTACT

Brittany Stich
Deputy Assistant Secretary for Employment and Training

## ATTACHMENTS

- Long Term Sustainability Rating Methodology

10

Attachment

Long Term Sustainability Rating Methodology

For long-term sustainability of the program, Job Corps developed a comprehensive risk rating system. The Sustainability Rating Methodology considers two primary criteria: risk and performance. There are multiple measures within each criterion:

- The Risk category estimates operational risk based on current and future facilities risk. The *Current Status* category combines two factors: *Condition Assessment Risk Rating* and *Unfunded Backlog Risk Rating*. A *Future Risk* category is composed using FEMA's climate hazard exposure rating at the county level in which the center is located and estimates severity and likelihood of future hazards.

- The Performance category uses multiple measures of performance to estimate and score programmatic outcomes and financial efficiency of centers' past 10-year performance average for each criterion, including: 1) Average OBS Rating; 2) Graduation Rating; and 3) Job Training Match (JTM) Placement Rating. For each item, a center is assigned a value from 1 to 10 based on their percentile ranking of centers.

- Category and Item Weighting is assigned to the six items and two categories reflected in the analysis and can be adjusted to determine centers' *Sustainability Score*. The importance of each item and category may vary depending on the questions that the National Office is addressing.

- The Eligibility category is not built into the model but is included as contextual data. Eligible youth include 16- to 24-year-olds living below their state poverty level. The number of eligible youth is divided by the number of Job Corps contracted slots in the state.

**DECISION**

**SUBJECT:** Job Corps Program Years 2024 and 2025 Budget & Recommended Actions

**RECOMMENDED COURSE OF ACTION:** Approve the review of Job Corps Center Option Year awards and resulting two center pauses, based on modified sustainability analysis criteria.

**Approved:** _____

**Date:** _____December 18, 2024_____

**Let's Discuss:** _____

**Date:** _____

**COMMENTS:**



Job Corps Program Briefing



OCIO kicks off, passes to Mr. Rodriguez to kick it off. Passes to John.



John

This slide is snapshot based on what we know today.

As we've faced a largely flat budget and increasing financial pressures over the last few years, we have had to make decisions to defer program expenses. More recently we have utilized both takeback and cutting of national office contracts to ensure we have a balanced budget each year.

This is what we mean by an operating deficit. We However, defer costs or use other mitigation strategies to ensure we balance our budget each year. This is getting harder and harder.

As we look at our current PY year through June 30, 2025, we estimate an operating deficit of up to $139.9MM. While it will be challenging, with mitigation measures and decisive action we have taken - that we will discuss in detail in a few slides, we do not anticipate a shortfall. We will be able to balance our budget.

However, because we are deferring costs and financial pressures continue to rise, we anticipate an even larger operating deficit for PY 25. While we will continue to maximize the usage of principled mitigation strategies to offset the deficit—given current funding levels—without further austerity actions, we anticipate a shortfall, likely in Q3 going into Q4 of PY 25 (March 2026 and beyond).

We also want to be clear about identifying our unknowns. This is a point in time analysis. There are certain unknows – including the full impact of the Service Contract Act, impact of both known and unknown minimum wage increases, and RFP 2.0 implications, which we will talk about later. We will learn more as we review Requests for Equitable Adjustment (REA)

In short – we will continue to refine our analyses as our unknowns become known. We will re-run this analysis on an ongoing basis.

However, the message here is not that we will wait until we have more data – we are acting quickly based on what we know today to ensure we address these urgent challenge.



OFA -2

Flat appropriation since 2018
Spike in inflation due to COVID
Reduced buying power
Over $2B to maintain $1.6B budget



OFA and JCAS

OFA to lift up wage comparability and wage compression challenges

(pass to Jillian to talk about wave 2 of FFP contracts)

We anticipate that the 2nd generation of fixed price contracts will be priced higher, as contractors reflect their own lessons learned, and as DOL pressures contractors to recruit and retain staff with better wages. This adds to financial pressure.

DOL has projected that bids will come in approx. 20% higher than in the past. We can anticipate market pressures to continue to impact pricing. Those pressures include the impact of FLSA related wage thresholds, wage compression resulting from minimum wage increases, increased food and energy costs, as well as increases in staff salaries required to enable contractors to meet DOL's expectations related to recruiting and retaining staff.

The cost of the three federal contractor minimum wage Executive Orders is estimated at $53 million. DOL would not expect to realize this as savings however. The challenge would be lowering salaries of existing employees and creating a mass exodus or pay equity issues at centers.



OFA – No TPs in OSEC presentation deck



Erin

Of the program's $1.6 billion annual appropriation for Operations, approximately $1.05 billion is tied directly to Center Operations contracts, and $500M is tied to other recurring costs such as USDA Forest Service-operated centers, Job Corps' modernization initiatives, IT infrastructure, National Training Contracts, student pay, and transportation services.

Once the $1.05 billion is placed on Center Operations contracts, approximately 85 percent of this amount goes toward fixed costs. The leading fixed costs include staff wages and benefits as well as utilities and insurance. These expenses are largely constant and would not decrease during times of enrollment decreases.

Consistent with the current policy and contractual requirements related to staff vacancy rates, Job Corps cannot quickly reduce staff at times of low enrollment

The goal is to have Job Corps operate all its centers at 100% student capacity and to have a 4% staff vacancy rate to achieve that goal--and run a safe and successful program.

At every center, new students enroll, and existing students graduate every week. This ongoing cycle necessitates a stable and consistent baseline of teachers, administrators, counselors, health and wellness staff, and security staff to keep the center running safely and effectively.

Yet during periods of prolonged low enrollment, there are understandable questions about the 4% staff vacancy mandate. We are reviewing the requirement with consideration for the fact that centers must retain baseline staff including for safety and security reasons.

With approximately 85% of the contractor spend accounted for, 15 percent remains for variable expenses that relate to the number of students at each center such as food, training materials, recreation programming, and uniforms.

The remaining balance of $500 million in the annual Operations budget covers the cost of USDA Forest Service-operated centers, Job Corps' modernization initiatives, IT infrastructure, National Training Contracts, Student pay, and Transportation services.

As part of our mitigating strategies, approximately $20-$25M in expenses have been removed from this year's spending plan, and OJC has deferred IT updates such as replacing center staff and student workstations (i.e., desktops, laptops/tablets, Chromebooks).

Ultimately, the program is left with only $50 million, representing three percent, as a contingency to respond to unforeseen expenses.



## U.S. DEPARTMENT OF LABOR

### What we are doing to address PY 24

**Actions Taken:**

- Defer recurring program expenses such as Training program changes and training equipment replacement ($8.4M), student Chromebook replacement ($4.6M), Physical Security Equipment ($20M).

- Forego reestablishment of Carville center ($7M), eliminate or reduce services on National Office and Data Center Support contracts ($26M)

  *Total: $66.4M*

- Low Onboard Strength (OBS) & Vacancy Takeback: *Est. Total: $53M*

  **Total Identified Savings to Date: $119,300,000**

**Actions Happening Now:**

- Removing some discretionary services from National Office and Center Operations contracts; reviewing National Training Contracts
  - $16.4 million estimated savings*

- Pausing Job Corps Center Option Year awards based in part on long-term center sustainability analysis criteria
  - $8.2 million in potential savings*

- Overview*
  - Projected Shortfall        ($139,900,000)
  - Identified Savings         $119,300,000
  - Ongoing Actions            $24,691,430
  - Net Savings Cushion *subject to ch* $4,091,430

**Key Considerations**

- Ensure Financial Viability of Current Program Year
- Ensure compliance with WIOA
- Minimize Disruption for Current Students
- Maintain Quality of Service for Students
- Ensure long-term financial sustainability

8

John – see script: Congressional Briefing Script 1.10.25_730am.docx

Explain Center "Pause" vs "Closure"
All of the things we're doing to support students and JC community (e.g., process for minors, DOL on site, virtual calls, regular meetings with center)
How we managed flat budget last few PYs but not insufficient.



At this time, I'll turn back to AS Rodriguez for any questions:

Question "Will there be more center pauses?":  Absent additional funding, DOL plans to continue analysis of its mitigation strategies to ensure a balanced budget.

Question "When did you know"?:  (ADRIENNE) We knew in the spring that there were budgetary concerns, and we undertook an analysis. In the fall, we identified an estimated deficit amount and began implementing mitigation strategies. Then, in the late fall, we realized our mitigation strategies would not be enough, so we took additional steps to pause two centers.

Question "Did you include this in your quarterly reports to appropriators?": (ERIN) We are not aware of that financial reporting requirement; but in terms of WIOA-required financial reporting, No, we did not as the reporting requirements described in WIOA Sec 161 were temporary and they concluded in 2019.

|   | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 |  | Budget | Inf Adj. Budget | Compounded Inflation | BLS Inflation |  |  |  |  |  |  |
| 2 | 2018 | $1,603.3 M | $1,603.3 M | 2.5% | 2.5% |  |  |  |  |  |  |
| 3 | 2019 | $1,603.3 M | $1,673.0 M | 4.3% | 1.8% |  |  |  |  | Year | Budget |
| 4 | 2020 | $1,603.3 M | $1,693.1 M | 5.6% | 1.2% |  |  |  |  | 2018 | $1,603,325,000 |
| 5 | 2021 | $1,603.3 M | $1,772.6 M | 10.6% | 4.7% |  |  |  |  | 2019 | $1,603,325,000 |
| 6 | 2022 | $1,603.3 M | $1,914.5 M | 19.4% | 8.0% |  |  |  |  | 2020 | $1,603,325,000 |
| 7 | 2023 | $1,603.3 M | $1,992.9 M | 24.3% | 4.1% |  |  |  |  | 2021 | $1,603,325,000 |
| 8 | 2024 | $1,603.3 M | $2,054.7 M | 28.2% | 3.1% |  |  |  |  | 2022 | $1,603,325,000 |
| 9 | 2025 | $1,603.3 M | $2,118.4 M | 32.1% | 3.1% |  |  |  |  | 2023 | $1,603,325,000 |
| 10 | 2026 | $1,603.3 M | $2,184.1 M | 36.2% | 3.1% |  |  |  |  | 2024 | $1,603,325,000 |
| 11 | 2027 | $1,603.3 M | $2,251.8 M | 40.4% | 3.1% |  |  |  |  | 2025 | $1,603,325,000 |
| 12 | 2028 | $1,603.3 M | $2,321.6 M | 44.8% | 3.1% |  |  |  |  | 2026 | $1,603,325,000 |
| 13 | 2029 | $1,603.3 M | $2,393.6 M | 49.3% | 3.1% |  |  |  |  | 2027 | $1,603,325,000 |
| 14 |  |  |  |  |  |  |  |  |  | 2028 | $1,603,325,000 |
| 15 |  |  |  |  |  |  |  |  |  | 2029 | $1,603,325,000 |

| | L | M | N | O |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | Inflation Adjusted Budget | Inflation | Cumulative Inflation |
| 4 | | $1,603,325,000 | 2.5% | 2.5% |
| 5 | - | $1,672,989,471 | 1.80% | 4.3% |
| 6 | - | $1,693,065,345 | 1.20% | 5.6% |
| 7 | - | $1,772,639,416 | 4.70% | 10.6% |
| 8 | - | $1,914,450,569 | 8.00% | 19.4% |
| 9 | - | $1,992,943,043 | 4.10% | 24.3% |
| 10 | - | $2,054,724,277 | 3.10% | 28.2% |
| 11 | - | $2,118,420,730 | 3.10% | 32.1% |
| 12 | - | $2,184,091,772 | 3.10% | 36.2% |
| 13 | - | $2,251,798,617 | 3.10% | 40.4% |
| 14 | - | $2,321,604,374 | 3.10% | 44.8% |
| 15 | - | $2,393,574,110 | 3.10% | 49.3% |

|  | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 |  | $15 Min Wage | $16.20 Min Wage | $17.20 Min Wage | SCA Implementation | Wage Comparability | USDA Federal FTE Salary Increase | Post Pandemic Inflation (Non-Personnel) |
| 2 | 2018 |  |  |  |  |  |  |  |
| 3 | 2019 |  |  |  |  |  |  | $ 1,526,000 |
| 4 | 2020 |  |  |  |  |  |  | $ 2,580,821 |
| 5 | 2021 |  |  |  |  |  |  | $ 6,650,119 |
| 6 | 2022 | $ 20,100,000 |  |  |  |  |  | $ 13,917,237 |
| 7 | 2023 | $ 20,100,000 | $ 14,500,000 |  |  |  | $ 10,000,000 | $ 17,964,483 |
| 8 | 2024 | $ 20,100,000 | $ 14,500,000 |  | $ 17,400,000 | $ 7,196,209 | $ 10,000,000 | $ 17,138,127 |
| 9 | 2025 | $ 20,100,000 | $ 14,500,000 |  | $ 17,400,000 | $ 17,990,521 | $ 10,000,000 | $ 24,410,552 |
| 10 | 2026 | $ 20,100,000 | $ 14,500,000 |  | $ 17,400,000 | $ 34,181,991 | $ 10,000,000 | $ 27,784,830 |
| 11 | 2027 | $ 20,100,000 | $ 14,500,000 |  | $ 17,400,000 | $ 58,469,194 | $ 10,000,000 | $ 31,264,133 |
| 12 | 2028 | $ 20,100,000 | $ 14,500,000 |  | $ 17,400,000 | $ 94,900,000 | $ 10,000,000 | $ 34,851,729 |
| 13 | 2029 | $ 20,100,000 | $ 14,500,000 |  | $ 17,400,000 | $ 94,900,000 | $ 10,000,000 | $ 38,550,989 |
| 14 | 2030 | $ 20,100,000 | $ 14,500,000 |  | $ 17,400,000 | $ 94,900,000 | $ 10,000,000 | $ 42,000,005 |
| 15 |  |  |  |  |  |  |  |  |
| 16 |  |  |  |  |  |  |  |  |
| 17 |  |  |  |  |  |  |  |  |
| 18 |  |  |  |  |  |  |  |  |
| 19 |  |  |  |  |  |  |  |  |
| 20 |  |  |  |  |  |  |  |  |
| 21 |  |  |  |  |  |  |  |  |
| 22 |  |  |  |  |  |  |  |  |
| 23 |  |  |  |  |  |  |  |  |
| 24 |  |  |  |  |  | 1.5x |  |  |
| 25 |  |  |  |  | 2024 | 1 | 8% | 8% |
| 26 |  |  |  |  | 2025 | 1.5 | 11% | 19% |
| 27 |  |  |  |  | 2026 | 2.25 | 17% | 36% |
| 28 |  |  |  |  | 2027 | 3.375 | 26% | 62% |
| 29 |  |  |  |  | 2028 | 5.0625 | 38% | 100% |
| 30 |  |  |  |  |  |  |  |  |
| 31 |  |  |  |  |  |  |  |  |
| 32 |  |  |  |  |  |  |  |  |
| 33 |  |  |  |  |  |  |  |  |
| 34 |  |  |  |  |  |  |  |  |
| 35 |  |  |  |  |  |  |  |  |
| 36 |  |  |  |  |  |  |  |  |
| 37 |  |  |  |  |  |  |  |  |
| 38 |  |  |  |  |  |  |  |  |
| 39 |  |  |  |  |  |  |  |  |
| 40 |  |  |  |  |  |  |  |  |
| 41 |  |  |  |  |  |  |  |  |
| 42 |  |  |  |  |  |  |  |  |

| | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|
| 1 | Rollover Deferred Costs | Cost Less Recoveries | Recoveries | Total Cost | | | | |
| 2 | | $ - | - | $ - | | | | |
| 3 | | $ - | $ 6,022,666 | $ 1,526,000 | | | | Recoveries |
| 4 | | $ - | $18,793,674 | $ 2,580,821 | | | 2019 | 6,022,665.96 |
| 5 | | $ - | $ 9,252,983 | $ 6,650,119 | | | 2020 | 18,793,674.43 |
| 6 | | $ - | $48,721,367 | $ 34,017,237 | | | 2021 | 9,252,983.48 |
| 7 | | 15,428,507 | $47,135,976 | $ 62,564,483 | | | 2022 | 48,721,366.82 |
| 8 | $ 53,590,685 | $ 89,925,021 | $50,000,000 | $139,925,021 | | | 2023 | 47,135,975.92 |
| 9 | $ 109,066,367 | $ 163,467,440 | $50,000,000 | $213,467,440 | | | 2024 | 50,000,000.00 |
| 10 | $ 163,788,954 | $ 237,755,774 | $50,000,001 | $287,755,775 | | | 2025 | 50,000,000.00 |
| 11 | $ 208,375,099 | $ 310,108,424 | $50,000,002 | $360,108,426 | | | | |
| 12 | $ 244,876,333 | $ 386,628,059 | $50,000,003 | $436,628,062 | | | | |
| 13 | $ 274,934,608 | $ 420,385,593 | $50,000,004 | $470,385,597 | | | | |
| 14 | $ 274,934,608 | $ 423,834,608 | $50,000,005 | $473,834,613 | | | | 2019 |
| 15 | | | | | | | *2019 Inflation Adjustment | 1.8% |
| 16 | | | | | | | CPI Annual Inflation- BLS | 1.8% |
| 17 | | | | | | | Inflation Cost To Use | $ 1,762,242 |
| 18 | | | | | | | | $ 3,032,057 |
| 19 | | | | | | | | |
| 20 | | | | | | | Fed Pay Increase | 1.9% |
| 21 | | | | | | | Cumulative Impact | 1.9% |
| 22 | | | | | | | USDA Pay Increase | $ 849,053 |
| 23 | | | | | | | | $ 849,053 |
| 24 | | | | | | | | $ 2,385,183.8 |
| 25 | | $ 7,196,209 | | | | | | 2385183.816 |
| 26 | | $ 17,990,521 | | | | | | |
| 27 | | $ 34,181,991 | | | | | | |
| 28 | | $ 58,469,194 | | | | | | |
| 29 | | $ 94,900,000 | | | | | | |
| 30 | | | | | | | | |
| 31 | | | | | | | | |
| 32 | | | | | | | | $ 2,997,500 |
| 33 | | | | | | | | $ 1,049,125 |
| 34 | | | | | | | | |
| 35 | | | | | | | | |
| 36 | | | | | | | | |
| 37 | | | | | | | | |
| 38 | | | | | | | | $ 1,362,500 |
| 39 | | | | | | | | $ 476,875 |
| 40 | | | | | | | | |
| 41 | | | | | | | | $ 1,526,000 |
| 42 | | | | | | | | $ 2,580,820 |

| | Q | R | S | T | U | V | W | X |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | Inflation | | | | | |
| 14 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
| 15 | 3.1% | 7.9% | 16.6% | 21.4% | 25.2% | 29.1% | 33.1% | 37.2% |
| 16 | **1.2%** | **4.7%** | **8.0%** | **4.1%** | **3.1%** | 3.1% | 3.1% | 3.1% |
| 17 | $  2,980,361 | $  7,762,459 | $  16,541,449 | $  21,751,543 | $  26,351,887 | $31,772,434 | $38,181,897 | $45,779,772 |
| 18 | $  5,127,912 | $ 13,355,834 | $  28,460,678 | $  37,424,997 | $  **42,000,000** | $54,666,614 | $65,694,529 | $78,767,185 |
| 19 | | | | | | | | |
| 20 | 3.1% | 1.0% | 2.7% | 4.6% | 5.2% | 18.5% | | |
| 21 | 5.1% | 6.1% | 9.0% | 14.0% | 19.9% | 55.9% | | |
| 22 | $  2,260,669 | $  2,730,146 | $  4,010,408 | $  6,250,488 | $  8,899,236 | $25,000,000 | | |
| 23 | $  2,260,669 | $  2,730,146 | $  4,010,408 | $  6,250,488 | $  8,899,236 | $25,000,000 | | |
| 24 | $6,350,740.2 | $7,669,607.5 | $11,266,158.7 | $17,559,057.5 | $ 25,000,000.0 | | | |
| 25 | 6350740.214 | 7669607.519 | 11266158.66 | 17559057.51 | 25000000 | | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | | | | | | | | |
| 29 | | | | | | | | |
| 30 | | | | | $ 1,100,000,000 | | | |
| 31 | | | | | $  165,000,000 | | | |
| 32 | $  5,069,469 | $ 13,062,734 | $  27,337,430 | $  35,287,377 | $  41,521,322 | $47,949,298 | $54,577,345 | $61,411,690 |
| 33 | $  1,774,314 | $  4,571,957 | $  9,568,101 | $  12,350,582 | $  14,532,463 | $16,782,254 | $19,102,071 | $21,494,091 |
| 34 | | | | | | | | |
| 35 | | | | | | | | |
| 36 | | | | | $  500,000,000 | | | |
| 37 | | | | | $  75,000,000 | | | |
| 38 | $  2,304,304 | $  5,937,606 | $  12,426,105 | $  16,039,717 | $  18,873,328 | $21,795,135 | $24,807,884 | $27,914,404 |
| 39 | $  806,506 | $  2,078,162 | $  4,349,137 | $  5,613,901 | $  6,605,665 | $  7,628,297 | $  8,682,759 | $  9,770,042 |
| 40 | | | | | | | | |
| 41 | $  2,580,821 | $  6,650,119 | $  13,917,237 | $  17,964,483 | $  21,138,127 | $24,410,552 | $27,784,830 | $31,264,133 |
| 42 | $  2,580,821 | $  6,650,119 | $  13,917,237 | $  17,964,483 | $  21,138,127 | $24,410,552 | $27,784,830 | $31,264,133 |

| | Y | Z |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | 2028 | 2029 |
| 15 | 41.5% | 45.9% |
| 16 | 3.1% | 3.1% |
| 17 | $ 54,802,543 | $ 65,531,042 |
| 18 | $ 94,291,470 | $ 112,750,577 |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | $ 68,458,754 | $ 75,725,157 |
| 33 | $ 23,960,564 | $ 26,503,805 |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | $ 31,117,615 | $ 34,420,526 |
| 39 | $ 10,891,165 | $ 12,047,184 |
| 40 | | |
| 41 | $ 34,851,729 | $ 38,550,989 |
| 42 | $ 34,851,729 | $ 38,550,989 |

Draft/Deliberative/Not for distribution

TPs and FAQ
Updated: 12/20/24

Talking Points ........................................................................................................................................... 1

Toplines................................................................................................................................................. 1

How we got here ................................................................................................................................... 1

Action To Date ..................................................................................................................................... 2

Additional Actions for Fiscal Resilience ............................................................................................ 2

Our Approach........................................................................................................................................ 3

Q&A........................................................................................................................................................... 5

Talking Points

Toplines

- A Critical Crossroads: Job Corps is facing a significant operating deficit for PY 24—approximately $140 million—despite identifying potential actions that we expect to save approximately $119 million, there would still be a shortfall of about $20M. This deficit is projected to grow in PY 25 and beyond.
- Without decisive action now, this gap threatens the sustainability of the program that has empowered countless young Americans. We will walk you through the additional actions we plan to take to address the shortfall.  This plan will be shared with the Job Corps contractor community this week.
- We have a small window where the contracts are open for making changes, and as we prepare for changes that the next Administration may take. Every month that goes by without action, puts the program in a worse financial position.
- These are difficult but necessary steps to help ensure the long-term stability and success of the Job Corps Program, as well as ensure we have a balanced budget for this year.
- These actions are designed not only to address the immediate deficit but also to better position Job Corps for financial and operational sustainability in the years ahead. Absent additional funding from Congress or other steps, these fiscal challenges will not go away in PY24, and in fact will only grow in the coming years.

How we got here

- Flat Funding: The Job Corps budget has remained largely flat at $1.6 billion since 2018. If simply, adjusted for inflation, it would exceed $2 billion in 2024. A largely flat budget over time for the Job Corps program effectively equates to a budget cut when inflation and rising operating costs are taken into account.
- Escalating Costs: Inflation and wage pressures have raised operating costs, driven by wage pressures and pay adjustments for USDA Forest Service employees.

Draft/Deliberative/Not for distribution

- <u>Fixed Costs Dominate</u>: Approximately 85% of center operations costs are fixed costs, such as staffing and utilities, leaving limited funding from the annual budget for unforeseen expenses or to absorb rising costs.

Action To Date

- <u>Cost-saving Measures/ Proactive Action</u>: Job Corps has been actively managing its budget given these conditions. The program has used mitigation strategies, including deferring projects, and taking back funding – from center operators for low student enrollment and for staff vacancies- to ensure balanced budget.
- <u>Proactive Action</u>: DOL has already identified over $119 million in potential savings for PY 2024 (ending in June 2025) through steps we have or will take including:
  - o Leveraging center operations contract price reductions that result from centers operating at less than full on-board strength OBS and/or center staff vacancies.
  - o Deferring expenses like training equipment replacement and security upgrades
  - o Pausing projects, such as not reestablishing operations at the Carville Job Corps Center

Additional Actions for Fiscal Resilience

- These cost savings measures, however, are not enough based on our projections for PY 24 (ending in June 2025 – where we anticipate an approximately $140M deficit)
- Thus, this week, we plan to begin implementing additional actions to ensure we have a balanced budget for PY 24 and to ensure we are taking action in a principled way – maintaining program quality, minimizing disruption for students, and taking steps to help ensuring long-term viability of the program

1. <u>Maximizing Efficiency & Optimizing Operations</u>
   - o *We will begin to strategically descope contracts with center operators and national office contractors to ensure better efficiency of operations. Examples of these include:*
     - o *Reducing Oral Health Services*: Currently, centers are required to hire dental professionals for a set number of hours, but many of these services are underutilized.
     - o *Leveraging Community Resources for Former Enrollees*: Former enrollees who leave the program before graduating currently receive three months of placement services through Job Corps staff. By leveraging services available through the existing network of American Job Centers to provide post-enrollment services to former enrollees, DOL aims to avoid duplicating efforts allowing the Department to focus Job Corps resources where they make the greatest difference.
   - o We will communicate these changes to center operators at a call on Thursday, December 19th. This will start the negotiation process between DOL and the contractors, with the goal of negotiating permanent price reductions on all center contracts across the U.S., reflective of the reduced scope. Our plan is that such reductions will be finalized by January 31st, enabling the program to realize five months of savings.

   - o These are contract negotiations. Because contractors have the right to negotiate the price reduction, it is possible that the total target savings may not be fully realized.

2. <u>Targeted Center Pauses</u>:

Draft/Deliberative/Not for distribution

- o  Job Corps will not exercise its option at two centers and will not otherwise re-procure center operations for these two centers, effectively pausing these centers while Job Corps works on its financial sustainability.

- o  This is not a decision Job Corps takes lightly.

- o  As a legal and contractual matter, a contract option is just that: optional. The agency need not provide any explanation for why it has not exercised an option under its contracts.

- o  Nevertheless, we utilized a principled methodology to identify centers to not exercise Job Corps' option. We have ensured that the approach is consistent with law and with DOL's mission, is fair and rational, and is best suited to the present budgetary circumstances.

Our Approach

- For long-term sustainability of the program, Job Corps had previously developed a comprehensive risk rating system for Job Corps centers. The Sustainability Rating Methodology was developed using a model with two primary criteria: Risk and Performance. In short, the "risk" category estimates operational risk based on current and future facilities risk; the "performance" category uses multiple measures of performance to score programmatic outcomes of centers over the past 10 years. Risk criteria included physical structure, deficiencies, FEMA Risk Score. The center's program performance over a ten-year period includes onboard strength, graduation rate, and job training match to industry.

- Because of the immediate need to achieve sufficient savings to reconcile the program budget in PY 24, Job Corps developed a modified approach, utilizing the Sustainability Rating Methodology as a component of—not the exclusive basis for—its decision.

- Because of the need to generate savings in PY24, staff first identified centers with contract option year awards between January and June. To these 47 centers, Job Corps staff then applied the composite risk rating. Only the 24 centers with scores in the bottom 50 percentile of those reviewed were further considered. The onboard strength percentage was then analyzed, with staff identifying 12 centers with under 75% of planned capacity.

- Because the program's overarching concern is to limit the impact of this exercise on current and potential students by pausing operations at as few centers as possible, Job Corps looked at the centers where the greatest savings could be realized and  assessed the remaining centers based on the physical condition of the centers and the safety environment at the center based on recent assessments and significant incident reports. Program staff also considered the number of centers in state and the proximity of the center to other centers as well as eligible students in the state.

- Centers where we plan to not exercise options:
  - o  Whitney Young – Simpsonville, Kentucky
  - o  Woodstock – Woodstock, Maryland

- Job Corps will ensure that students have the option to be transferred to the center that is nearest to their home offering their desired trade, consistent with WIOA.

Draft/Deliberative/Not for distribution

- Impacted staff at these centers will be supported through introductions to centers with open vacancies, as well as connections through our workforce system (AJCs & unemployment). It is important to note that this support is not contractually required and is not generally provided to contractors when an agency declines to exercise an option year.

- Going Forward
    - o These fiscal challenges will only continue to grow absent additional congressional funding. Job Corps program will need to continue to make tough decisions to balance the budget in the coming years
    - o Job Corps has developed a long-term sustainability analysis of centers, as mentioned previously. Job Corps' approach is based on asset management and performance-based methodology. Criteria considered include physical structure, deficiencies, FEMA Climate Risk Score as well as a center's programmatic performance over a ten-year period. The program indicators are onboard strength, graduation rate, and job training match to industry.
    - o We will engage with the contractor-community and other stakeholders in January around what steps can be taken to increase efficiency while maintaining quality as well as conduct briefings with the Hill.

Draft/Deliberative/Not for distribution

Q&A

**1. Why are you taking these actions now? Can this wait?**

- ▪ We have a small window where the contracts are open for making changes, and as we prepare for changes that the next Administration may take. Every month that goes by without action, puts the program in a worse financial position.

- ▪ Job Corps is facing a significant operating deficit for PY 24—approximately $140 million, despite identifying potential actions that may save approximately $119M. However there would still be a shortfall of about $20M. This deficit is projected to grow in PY 25 and beyond.

- ▪ Without decisive action now, this gap threatens the sustainability of the program that has empowered countless young Americans. This plan will be shared with the Job Corps community this week, including students impacted and center operators.

  - ▪ These are difficult but necessary steps to help ensure the long-term stability and success of the Job Corps Program, as well as ensure we have a balanced budget for this year.

- ▪ Every action is designed not only to address the immediate deficit but also to better position Job Corps for financial and operational sustainability in the years ahead. Absent additional funding from Congress, these fiscal challenges will not go away in PY24, and in fact will only grow in the coming years.

**2. Why is the Job Corps program facing a budget shortfall?**

- ▪ The shortfall is the result of a combination of factors, including years of a largely flat budget, coupled with steadily increasing operational costs. Our costs have significantly outpaced our budget. We are actively working to identify areas where savings can be made while ensuring that our core services remain intact.

**3. Has the Administration requested funding increases for the Job Corps?**

- ▪ Administration budgets have requested increases for Job Corps, but Congress has provided only marginal funding increases over the past several years. In particular, the FY2023 Budget requested a $30 million increase for the program, but Congress only provided a $12 million increase. The FY2024 Budget requested a $75 million increase for the program, but Congress enacted flat funding.

**4. Will student services be impacted by this budget shortfall?**

- ▪ The Job Corps program is committed to providing quality services to our students and ensuring that any impact to students will be minimal. We will ensure that the essential components of our services remain intact, and that students continue to receive the high-quality training and support they need to succeed.

**5. Are any Job Corps centers going to close due to this shortfall?**

Draft/Deliberative/Not for distribution

- No. Job Corps plans to place two centers in a paused status. This means that those centers will temporarily cease operations, and their services will be suspended, but there will be limited caretaker activity to keep the center available for future use. These Centers may resume operations when Job Corps can maintain a structurally balanced budget without a projected shortfall.

6. **What will happen to the students currently at the centers that will be paused?**

- Students currently enrolled at centers slated to enter a paused status will be given the option to transfer to the center closest to their home that offers their desired training program. Job Corps will make every effort to make transitioning to a new center a seamless experience for those students.

7. **Will jobs be lost as a result of centers pausing ?**

- Other than our 24 centers that are operated by the USDA/US Forest Service, Centers are staffed with employees who work for Job Corps operators, and are not federal employees. The operators are largely private contractors who each operate multiple centers in addition to those slated to be placed in a paused status. The Department cannot speak to the contractors' plans regarding the employment status of the contractors' employees. However, staff at a center that is paused may experience job loss. The Department of Labor will facilitate introductions with area American Job Centers so that workers may complete job applications and unemployment insurance claims as quickly as possible. For those interested, Job Corps can also share information about other centers with staff openings.

8. **How will the Job Corps program address this shortfall without impacting students directly?**

- We will look for savings through more efficient management of contracts with the national office, particularly in areas that are ancillary to the core services provided as required under the Workforce Innovation and Opportunity Act (WIOA). We are focused on scaling back ancillary services while ensuring that the core services students rely on remain unaffected.

- Students attending the centers that are placed on a paused status will be given the option to transfer to the center closest to their home and that offers their desired training program.

9. **Will this shortfall result in cuts to the program's contracts?**

- Yes, we are reviewing our contracts and making adjustments to remove contractual requirements where they make sense and are not legally required. We believe this will reducing costs and prioritizing funding for services directly benefiting students.

10. **How was this shortfall not foreseen before now?**

000035

Draft/Deliberative/Not for distribution

- This gap between funding and expenses has been known, with operating costs steadily rising and the program's budget remaining largely flat over several fiscal years. Job Corps has been actively managing its budget given these conditions. The program has used mitigation strategies, including deferring projects, reducing national office support contracts, and taking back funding from contractors for low student enrollment and for unused staff allowances. These ongoing mitigation strategies continue, but are not enough for this program year. These additional steps are in line with Job Corps approach to balance the budget while keeping students at the forefront.

**11. Is the Department of Labor planning to ask for additional funding to cover this shortfall?**

- We are exploring every avenue to find savings within our existing budget. Our goal is to manage this challenge without impacting our core mission or the services provided to students. We look forward to working with Congress to ensure sustainability of the program.

**12. How can the public be assured that the Job Corps program is still effective despite this budget shortfall and low enrollment numbers?**

- The Job Corps program has a strong track record of helping young people gain the skills they need for successful careers. Recent job placements into in-demand industries such as hospitality, construction, shipbuilding, and automotive repair, among many others, affirm the program's relevance to prepare the next generation's workforce. Even with the budget challenges, we remain committed to our mission and are prioritizing resources to maintain our most impactful services.

**13. Will the Job Corps program still provide the same level of career training and education to students?**

- Yes, Job Corps will work to provide career training, education, and other core services with minimal disruption to students. We are focusing areas where we can achieve savings that will not affect the quality or accessibility of the core programs our students rely on.

**14. How did this happen? Is this financial mis management?**

- Since, 2018, the Job Corps budget has remained largely flat at $1.6 billion. If that budget had been adjusted for inflation, it would exceed $2 billion in 2024. A largely flat budget over time for the Job Corps program effectively equates to a budget cut when inflation and rising operating costs are taken into account. In spite of rising costs due to inflation and focusing resources on the demands of staff recruitment and retention, we have taken active steps to ensure we have a balanced budget each year. The program has used mitigation strategies, including deferring non-mandated projects, reducing national office support contracts, and taking back funds from contractors when permissible for low student enrollment and staff vacancies - to ensure a balanced budget. Unfortunately, those mitigation strategies are no longer enough and additional decisive, principled action is needed.

Draft/Deliberative/Not for distribution

**15. What do we need from Congress?**

- We are going to be working closely with students and contractors who will be affected by the pause. We will be working to identify employment opportunities for impacted staff at other centers and we will be working to offer the students new placements at the center closest to their home that offers their desired trade. We need your help in partnering with us as we work to minimize disruptions to both students and staff. We hope you will stay in close touch as you are hearing from students and contractors who are affected. And as Congress considers a full year spending bill for FY25 and beyond, working together to ensure the program has the resources it needs.

**16. Do these actions fix the budget for future years?**

- While currently underway and required actions for PY 24 are projected to mitigate the immediate operating deficit, additional action is required to ensure the medium- and long-term financial stability of the Job Corps program.

**17. How many centers are non-federally operated?**

- 99 centers non-federally operated

**18. What OBS do we target for our centers?**

- Each center has a planned design capacity resulting in a planned Onboard strength number (i.e., the number of students that the center can have at any one time.) The OBS number is stated in the operator's contract.

**19. What kind of resources are we providing to students who are being transferred?**

Whitney Young:

- To support impacted students, Job Corps National and Regional Office staff will conduct in person and virtual meetings with Whitney Young students starting today (Thursday). We have a team on the ground.

- We will inform the students that their centers will be pausing operations and that they will transfer to a center close to their home that offer the desired trade.  In preparation, the Office of Job Corps is preparing a cross walk of the training offerings at Whitney Young to identify availability in those programs for the transferring students at other centers.

- The Whitney Young students' personal property has been packed and stored for the break.  This will allow a seamless ability to send their items to their new center.

- During the winter break, the Whitney Young Center staff will work with the students to transfer students to their new center.  Job Corps hopes to complete transfers for Whitney Young students no later than the end of winter break, January 5, 2025.

- We have also set up a dedicated email address for students, Job Corps staff, operators, and any other affected stakeholders. That email address is Assistance@jobcorps.org.

Woodstock:

Draft/Deliberative/Not for distribution

- To support impacted students, on Friday, December 20, 2024, Job Corps National and Regional Office staff will hold a virtual meeting for Woodstock students. Job Corps expects to hold an in-person meeting with students in the new year. The timing of this meeting is contingent upon improvements to health and safety conditions that have prevented students from being on campus.

- In preparation, the Office of Job Corps is preparing a cross walk of the training offerings at Woodstock to identify availability in those programs for the transferring students at other centers.

- During the winter break, the Woodstock Job Corps Center staff will work to transfer students to nearby centers which have the students training programs available.  Job Corps plans to complete transfers for Woodstock no later than January 31, 2025.

- Woodstock students have been on administrative leave since Thanksgiving. Following winter break, students will return to Woodstock in January to secure their personal property to have it shipped to their new center. Additionally, federal staff will be onsite in tandem with the students' return to collect personal items.  Federal staff will reassure students and engage in conversations as relocations occur.

- We have also set up a dedicated email address for students, Job Corps staff, operators, and any other affected stakeholders. That email address is Assistance@jobcorps.org.

**How are we specifically supporting students who are minors?**

- Job Corps will transmit correspondence to the parents of minor students no later than December 20, 2024, as parents must authorize the relocation of minors under the age of 18.  Counselors will work with students, parents or guardians to identify a center close to their home that offers the trade being pursued by the student.

**20. How would a lapse in appropriations impact this plan?**

- As a general matter, operations at all Job Corps centers will continue in the event of a lapse in appropriations.

- The work to pause the two centers – Whitney Young and Woodstock – will be carried out by contractors and that work will continue in the event of a lapse in appropriations with minimal oversight from federal staff.

- The Department is assessing whether any of the other actions described above could continue in the event of a lapse in appropriations.

**21. Where should they send people if they hear from families or other constituents who have questions?**

- Job Corps has setup a dedicated email address for students, Job Corps staff, operators, any affected stakeholders – to submit questions. That email address is Assistance@jobcorps.org.

**22. Why these centers?** (for public consumption)

- The Department of Labor developed a principled approach to make sure the program remains adaptable to rising costs and evolving challenges, with student safety, health and wellness at the forefront.

Draft/Deliberative/Not for distribution

- The decision to temporarily pause operations at the Woodstock Job Corps Center and the Whitney M. Young, Jr. Job Corps Center is guided by the need to minimize disruption for current students while preserving the high-quality services that prepare them for successful futures. The department considered several factors when making the decision to temporarily pause these sites, including physical conditions of the center, safety environment at the center, student enrollment and retention below contractable agreement, and geographic proximity to other Job Corps sites and the number of eligible students in the state.

- Job Corps will work to ensure that students have the option to transition to the center closest to their home that offers their desired training program, and impacted staff will be supported through introductions to centers with open vacancies.

**24 (b). Why these centers?** (for congressional briefings and stakeholders)

- DOL utilized a principled approach. The approach focused on how to objectively achieve sufficient savings needed to reconcile this year's program budget, with a focus on minimizing impact to students and maintaining quality of service.

- The department considered several factors when making the decision to temporarily pause these sites, including physical conditions of the center, safety environment at the center, student enrollment and retention below contractual agreement, and geographic proximity to other Job Corps sites and the number of eligible students in the state, while minimizing disruption for students by limiting the total number of center pauses needed.

- Job Corps sought to minimize the number of centers where operations would be paused, to select centers where current conditions have negatively impacted student outcomes, and to choose centers where disruption to students and applicants would be minimal, and where students could be transferred to a center as close to their home as possible.

- Because of the immediate need to achieve savings in PY 24, Job Corps developed a system for the evaluation of centers.

  - For long-term sustainability of the program, Job Corps had previously developed a comprehensive risk rating system for Job Corps centers. The Sustainability Rating Methodology was developed using a model with two primary criteria: Risk and Performance. In short, the "risk" category estimates operational risk based on current and future facilities risk; the "performance" category uses multiple measures of performance to score programmatic outcomes of centers over the past 10 years.   Risk criteria included physical structure, deficiencies, FEMA Risk Score. The center's program performance over a ten-year period includes  onboard strength, graduation rate, and job training match to industry.

  - Because of the immediate need to achieve savings in PY 24, Job Corps developed a modified approach, utilizing the Sustainability Rating Methodology as a component of—not the exclusive basis for—its decision.

- The factors used to evaluate the centers included:

  - <u>Centers with contract options this program year</u>. Because of the need to achieve savings in PY24, DOL only looked at centers with contract option years between January and June 2025.

Draft/Deliberative/Not for distribution

> o <u>Overall facilities and center performance</u>. DOL used a long-term composite risk rating – this is based on both facilities risk and performance of centers across the past 10 years – to rank centers and only considered centers with scores in the bottom 50 percentile of centers considered.
>
> o <u>Student health and safety</u>.  Job Corps assessed centers based on the safety environment and physical center conditions at the center based on recent assessments and significant incident reports.
>
> o <u>Enrollment and retention</u> – filling student capacity (and contractable agreements) is important to successful centers so centers are operating efficiently and not underutilized and wasting government resources. Therefore, only centers with On-Board Strength (OBS) percentage under 75% were considered for pauses.
>
> o <u>Limiting the number of total pauses</u> - Because the program's overarching concern is to limit the impact of this exercise on students and potential students by pausing operations at as few centers as possible, Job Corps looked at the centers where the greatest savings could be realized.
>
> o <u>Geographic factors</u> – The number of centers in state and the general proximity of the center to other centers as well as eligible students in the state.

- ▪ The combination of these factors resulted in the selection of two centers. The two centers that will be paused are Woodstock (MD) and Whitney M. Young (KY).

**Woodstock**

- o Number of currently enrolled students (as of 12/12/24):  254

- o OBS (as of [12/12]):  59.3% (254enrolled students and planned capacity is 428)
- o Centers in close physical proximity:
  - ▪ Woodland Job Corps Center in Laurel, MD (22 miles)
  - ▪ Potomac JCC in Washington, DC (49 miles)
  - ▪ Harpers Ferry JCC in Harpers Ferry, WV (53 miles)
  - ▪ Keystone JCC in Drums, PA (171 miles)
  - ▪ Edison JCC in Edison, NJ (178 miles)
- o Additional Note: The Philadelphia JCC in Philadelphia, PA and the Wilmington JCC in Wilmington, DE are also in close proximity. However, they are fully non-residential locations.

Woodstock's capital structure is physically obsolete at 100-years-old. The facility is currently under emergency closure due to the campus neither having heat nor hot water since November 29, 2024. The temperature at the campus has been averaging 45 degrees. Given its current physical condition, Woodstock is uninhabitable. As a result, the currently enrolled 254 students have been placed on administrative leave while the program has sought to make necessary repairs.; However, the difficulty for vendors to find replacement parts has extended the emergency closure through December 20, 2024, which aligns with the program's winter break commencement.

Draft/Deliberative/Not for distribution

Woodstock is in close physical proximity to several other centers so transferred students will be reassigned to centers that offer their desired training program and that are closest to their home in alignment with WIOA's center assignment requirements.

**Whitney M. Young**

- o Number of currently enrolled students (as of 12/12/24): 158
- o OBS (as of [12/12]): 49.7% (158enrolled students and planned capacity is 318)
- o Centers in close physical proximity:
  - ▪ Cincinnati JCC in Cincinnati, OH (94 miles)
  - ▪ Great Onyx JCC in Mammoth Cave, KY (109 miles)
  - ▪ Atterbury JCC in Edinburgh, IN (108 miles)
  - ▪ Frenchburg JCC in Frenchburg, KY (115 miles)
  - ▪ Muhlenberg JCC in Greenville, KY (144 miles)
  - ▪ Dayton JCC in Dayton OH (145 miles)
  - ▪ Carl D. Perkins JCC in Prestonberg, KY (172 miles)
  - ▪ Earle C. Clements JCC in Morganfield, KY (175 miles)
  - ▪ Pine Knot JCC in Pine Knot, KY (177 miles)

Non-compliance with attendance policies and inability to account for student whereabouts have created significant student safety concerns at Whitney M. Young. During a targeted assessment at Whitney M. Young in October 2024 in response to a student death, DOL identified substantial, repeat, and unaddressed findings first reported by DOL to the center operator in April 2024, during a comprehensive center assessment. The center was cited for significant compliance deficiencies in student attendance and status including accounting for the whereabouts of its 16– and 17-year-old minor students. In October 2024, when the student death occurred, records indicated the deceased student as well as others had incorrectly been placed on leave status. The program non-compliance coupled with the incidence of unauthorized absences jeopardizes students' safety.

For reference purposes (For internal purposes):

| Job Corps Total - Requested vs. Enacted (Dollars in Thousands) | | | |
|---|---|---|---|
| Fiscal Year | Requested | Enacted | Difference |
| 2025 | $1,764,376 | | |
| 2024 | $1,835,467 | $1,760,155 | -$75,312 |
| 2023 | $1,778,964 | $1,760,155 | -$18,809 |
| 2022 | $1,754,759 | $1,748,655 | -$6,104 |
| 2021 | $1,015,897 | $1,748,655 | $732,758 |
| 2020 | $1,015,583 | $1,743,655 | $728,072 |
| 2019 | $1,296,938 | $1,718,655 | $421,717 |
| 2018 | $1,448,444 | $1,718,655 | $270,211 |
| 2017 | $1,754,590 | $1,704,155 | -$50,435 |
| 2016 | $1,715,944 | $1,689,155 | -$26,789 |
| 2015 | $1,688,155 | $1,688,155 | $0 |

Draft/Deliberative/Not for distribution

000042

Draft / Deliberative / Not for distribution
Updated [ DATE \@ "MMMM d, yyyy" ]

State Delegation Briefing Talking Points

Toplines.................................................................................................................................................1

An overview...........................................................................................................................................1

Actions To Date ....................................................................................................................................1

Additional Actions for Fiscal Resilience .............................................................................................2

A Principled Approach...........................................................................................................................2

Kentucky Delegation Briefing ..............................................................................................................4

Toplines.................................................................................................................................................5

Timing and how we are supporting students.........................................................................................5

Closing Comments.................................................................................................................................6

Maryland Delegation Briefing ..............................................................................................................6

Toplines.................................................................................................................................................7

Timing and how we are supporting students.........................................................................................7

Closing Comments.................................................................................................................................8

Toplines

- Thank you for joining us for our briefing today. We will cover a few pieces:
  - o An overview of the actions Job Corps is taking to ensure a balanced budget
  - o The principled approach we took when taking these actions
  - o Next steps for the [**Whitney M. Young** (KY) / **Woodstock** (MD)] Job Corps center in your community– including the timing and how we are supporting students

An overview

- Today we are sharing two new actions we are taking to help secure the long-term stability of the Job Corps program and ensure this critical program operates within Congressionally appropriated funding levels.
- Specifically, the department will enter into negotiations with contractors who operate the non-federally operated Job Corps Centers nationwide in order to achieve savings that minimally impact services to students at those centers.
- The department also will need to temporarily pause operations at the Woodstock Job Corps Center in Woodstock, Maryland and the Whitney M. Young, Jr. Job Corps Center in Simpsonville, Kentucky.
- We met with center operators of these centers on Wednesday and asked that those teams meet with their staff prior to our meetings today. We also met with all center operators, as well as center directors and other members of the Job Corps community earlier today to communicate these decisions. We also have a team onsite today at one (Whitney Young) of the centers. In-person and virtual meetings with students will occur this afternoon at Whitney Young. For Woodstock students, a virtual meeting will occur on Friday.

Draft / Deliberative / Not for distribution
Updated [ DATE \@ "MMMM d, yyyy" ]

- Job Corps is facing a significant operating deficit for PY 24—approximately $140 million— despite identifying potential actions that we expect to save approximately $119 million, there would still be a shortfall of about $20M. This deficit is projected to grow in PY 25 and beyond.
- Without decisive action now, this gap threatens the sustainability of the program that has empowered countless young Americans.
- These actions are designed not only to address the immediate deficit but also to better position Job Corps for financial and operational sustainability in the years ahead.

Actions To Date

- Job Corps' budget has remained largely flat for the past several years despite rising program costs. In the last four years, the Job Corps Program has taken a principled and balanced approach to its budget management to more efficiently deliver services.

- Cost-saving Measures/ Proactive Action: The program has used mitigation strategies, including deferring projects, and taking back funding where allowed – from center operators for low student enrollment and for staff vacancies – to ensure balanced budget.

- Proactive Action: For this program year alone, DOL has already identified over $119 million in potential savings for 2024 through steps like:
    - o Leveraging center operations contract price reductions that result from centers operating at less than full OBS and/or center staff vacancies.
    - o Deferring expenses like training equipment replacement and security upgrades
    - o Pausing projects, such as not reestablishing operations at the Carville Job Corps Center

Additional Actions for Fiscal Resilience

These cost savings measures, however, are not enough based on our projections. We are therefore implementing additional actions to ensure we have a balanced budget for PY 24 and to ensure we are taking action in a principled way – maintaining program quality, minimizing disruption for students, and taking steps to help ensure long-term viability of the program.

- First - Maximizing Efficiency & Optimizing Operations: We will begin to strategically descope contracts with center operators and national office contractors to ensure better efficiency of operations.
    - o An example of this includes:
        - i. *Reducing Oral Health Services*: Currently, centers are required to hire dental professionals for a set number of hours, but many of these services are underutilized.

    - o We have communicated this to center operators at a call earlier today. This will start the negotiation process between DOL and the contractors, with the goal of negotiating permanent price reductions on all center contracts reflective of the reduced scope. Our plan is that such reductions will be finalized by January 31st, enabling the program to realize five months of savings.

Draft / Deliberative / Not for distribution
Updated [ DATE \@ "MMMM d, yyyy" ]

- Targeted Center Pauses: Job Corps will not exercise its option at two centers and will not otherwise re-procure center operations for these two centers, effectively pausing these centers while Job Corps works on its financial sustainability.

  o This is not a decision Job Corps takes lightly. This is not a closure; this is a pause.
  o **Note** – As a legal and contractual matter, a contract option is just that: optional. The agency need not provide any explanation for why it has not exercised an option under its contracts.
  o Nevertheless, we used a principled, fair, and rational methodology applied consistently across all centers and consistent with DOL's mission under the current budgetary circumstances to identify centers where we would not exercise an option

A Principled Approach

- Let me briefly walk you through the approach. The approach focused on how to objectively achieve sufficient savings needed to reconcile this year's program budget, with a focus on minimizing impact to students and maintaining quality of service

  o For long-term sustainability of the program, Job Corps had previously developed a comprehensive risk rating system for Job Corps centers. The Sustainability Rating Methodology was developed using a model with two primary criteria: Risk and Performance. In short, the "risk" category estimates operational risk based on current and future facilities risk; the "performance" category uses multiple measures of performance to score programmatic outcomes of centers over the past 10 years.

  o Because of the immediate need to achieve savings in PY 24, Job Corps developed a modified approach, utilizing the Sustainability Rating Methodology as a component of— not the exclusive basis for—its decision.

- **The factors used to evaluate the centers included**:
  o Centers with contract options this program year. Because of the need to achieve savings in PY24, DOL only looked at centers with contract option years between January and June 2025.

  o Overall facilities and center performance. DOL used a long-term composite risk rating – this is based on both facilities risk and performance of centers across the past 10 years – to rank centers and only considered centers with scores in the bottom 50 percentile of centers considered.

  o Student health and safety. Job Corps assessed centers based on the safety environment and physical center conditions at the center based on recent assessments and significant incident reports.

  o Enrollment and retention. Filling student capacity (and contractable agreements) is important to successful centers so centers are operating efficiently and not underutilized and wasting government resources. Therefore, only centers with On-Board Strength (OBS) percentage under 75% were considered for pauses.

Draft / Deliberative / Not for distribution
Updated [ DATE \@ "MMMM d, yyyy" ]

- o <u>Limiting the number of total pauses</u>. Because the program's overarching concern is to limit the impact of this exercise on students and potential students by pausing operations at as few centers as possible, Job Corps looked at the centers where the greatest savings could be realized.

- o <u>Geographic factors</u>. The number of centers in state and the general proximity of the center to other centers as well as eligible students in the state.

- The combination of these factors resulted in the selection of two centers. The two centers that will be paused are Woodstock (MD) and Whitney M. Young (KY).

Draft / Deliberative / Not for distribution
Updated [ DATE \@ "MMMM d, yyyy" ]

## Kentucky Delegation Briefing

Toplines

- o It is crucial to note that we are pausing operations at centers; we are **not** closing these centers. This means that those centers will temporarily cease operations, and their services will be suspended. There will be limited caretaker activity to keep the center available for future use. The Department may resume operations when Job Corps can maintain a structurally balanced budget without a projected shortfall.

- o **Whitney M. Young** Job Corps Center currently has 158 students enrolled out of a planned capacity of 318 (49.7%). We had already communicated to the operator of the Whitney M. Young Center that their option year would not be exercised due to performance issues surrounding ongoing student accountability and safety concerns. Non-compliance with attendance policies and inability to account for student whereabouts have created significant student safety concerns.

- o During a targeted assessment at Whitney M. Young in October 2024 in response to a student death, DOL identified substantial, repeat, and unaddressed findings first reported by DOL to the center operator in April 2024, during a comprehensive center assessment. The center was cited for significant compliance deficiencies in student attendance and status including accounting for the whereabouts of its 16- and 17-year-old minor students. In October 2024, when the student death occurred, records indicated the deceased student as well as others had incorrectly been placed on leave status. The program non-compliance coupled with the incidence of unauthorized absences jeopardizes students' safety. We have informed the operator we will not be re-procuring that contract.

Timing and how we are supporting students

- o Students at Whitney Young will be transferred to a nearby center that offers their desired training program and enables their continued training if the student is already in CTT. Job Corps will make every effort to make transitioning to a new center a seamless experience for those students. Whitney M. Young has multiple centers in close proximity.

- o Federal staff will be onsite today, December 19, 2024, conducting in-person and virtual briefings for the students. Students will hear first-hand about the center being paused and the transfer requirement.

- o Thereafter, students will work with their counselor to identify another center having the trade in which they are pursuing. Students and staff will aim to secure a transfer site no later than January 3, 2025, so that students can arrive at their new center by January 6, 2025. The Whitney Young students' personal property has been packed and stored for the break. This will allow a seamless ability to send their items to their new center.

- o How we're specifically supporting minor students: Job Corps will transmit correspondence to the parents of minor students no later than December 20, 2024, as parents must authorize the relocation of minors under the age of 18. Counselors will work with students (and parents or

Draft / Deliberative / Not for distribution
Updated [ DATE \@ "MMMM d, yyyy" ]

> guardians) to identify a center close to their home that offers the trade being pursued by the student.

o We have also set up a dedicated email address for students, Job Corps staff, operators, and any other affected stakeholders. That email address is Assistance@jobcorps.org.

Closing Comments

To close, these are difficult but necessary steps to help ensure the long-term stability and success of the Job Corps Program, as well as ensure we have a balanced budget for this year. We recognize the human impact in your communities, and are here to support the community and ask for your support as well.

That email address again is That email address is Assistance@jobcorps.org.

With that, we are glad to take your questions.

000048

Draft / Deliberative / Not for distribution
Updated [ DATE \@ "MMMM d, yyyy" ]

**Maryland Delegation Briefing**

Toplines

- o It is crucial to note that we are pausing operations at centers; we are not closing these centers. This means that those centers will temporarily cease operations, and their services will be suspended.  There will be limited caretaker activity to keep the center available for future use. The Department may resume operations when Job Corps can maintain a structurally balanced budget without a projected shortfall.

- o **Woodstock** Job Corps Center currently has 254 students enrolled out of a planned capacity of 428 (59.3%).  Woodstock's capital structure is physically obsolete at 100-years-old. The facility is currently under emergency closure due to the campus neither having heat nor hot water since November 29, 2024. The temperature at the campus has been averaging 45 degrees.

- o Given its current physical condition, Woodstock is uninhabitable. As a result, the currently enrolled 254 students have been placed on administrative leave while the program has sought to make necessary repairs. However, the difficulty for vendors to find replacement parts has extended the emergency closure through December 20, 2024, which aligns with the program's winter break commencement.

- o Woodstock is in close physical proximity to several other centers so transferred students will be reassigned to centers that offer their desired training program and that are closest to their home in alignment with WIOA's center assignment requirements.

Timing and how we are supporting students

- o Students currently enrolled at Woodstock will be transferred to a nearby center that offers their desired training program and enables their continued training if the student is already in CTT. Job Corps will make every effort to make transitioning to a new center a seamless experience for those students.

- o To support impacted students, on Friday, December 20, 2024, Job Corps National and Regional Office staff will hold a virtual meeting for Woodstock students. Job Corps expects to hold an in-person meeting with students in the new year. The timing of this meeting is contingent upon improvements to health and safety conditions that have prevented students from being on campus.

- o In preparation, the Office of Job Corps is preparing a cross walk of the training offerings at Woodstock to identify availability in those programs for the transferring students at other centers.

  - During the winter break, the Woodstock Job Corps Center staff will work to transfer students to nearby centers which have the students training programs available.  Job Corps plans to complete transfers for Woodstock no later than January 31, 2025.

  - o Woodstock students have been on administrative leave since Thanksgiving. Following winter break, students will return to Woodstock in January to secure their personal property to have it shipped to their new center. Additionally, federal staff will be onsite in tandem with the

Draft / Deliberative / Not for distribution
Updated [ DATE \@ "MMMM d, yyyy" ]

> students' return to collect personal items.  Federal staff will reassure students and engage in
> conversations as relocations occur.

- o  How we're specifically supporting minor students:   Job Corps will transmit correspondence to
     the parents of minor students no later than December 20, 2024, as parents must authorize the
     relocation of minors under the age of 18.  Counselors will work with students (and parents or
     guardians) to identify a center close to their home that offers the trade being pursued by the
     student.

- o  We have also set up a dedicated email address for students, Job Corps staff, operators, and any
     other affected stakeholders. That email address is Assistance@jobcorps.org.

Closing Comments

To close, these are difficult but necessary steps to help ensure the long-term stability and success of the
Job Corps Program, as well as ensure we have a balanced budget for this year. We recognize the human
impact in your communities and are here to support the community and ask for your support as well.

That email address again is Assistance@jobcorps.org. We are glad to take your questions.

 Agenda

- Where we are
    - Fiscal challenges for PY 24 & 25
- How we got here
    - Overview of financial pressures
    - Mitigation strategies being utilized
    - Emerging financial pressures
- How we are addressing
    - PY 24 & PY 25
    - Levers for sustainability
- Discussion and next steps

draft/deliberative/not for distribution

OASET - 2

000051



## PY 24 & 25 Fiscal Challenges

Point in Time Analysis:

- PY 24 – Operating deficit up to $136 million projected by Spring 2025; **shortfall not expected** because of mitigation strategies
  - Staff analyzing vacancy take-back and delaying launch of new initiatives and new contracts to balance
- PY 25 – Operating deficit grows to at least $213 million, based on known factors; **shortfall is expected**
  - Contract obligations may have to stop
- Outlining of unknowns
  - Full Service Contract Act impact
  - RFP 2.0 costs
  - Full impact of known and unknown min wage increases
  - We will run quarterly point-in-time analyses
  - We are acting now with what we know

draft/deliberative/not for distribution

OASET - 4

This slide is snapshot based on what we know today.

As we've faced a largely flat budget and increasing financial pressures over the last few years, we have had to make decisions to defer program expenses. More recently we have utilized both takeback and cutting of national office contracts to ensure we have a balanced budget each year.

This is what we mean by an operating deficit. We have to defer costs or use other mitigation strategies to ensure we balance our budget each year. This is getting harder and harder.

As we look at our current PY year through June 30, 2025, we estimate an operating deficit of up to $136M. While it will be challenging, we do NOT anticipate a shortfall. We will be able to balance our budget.

However, because we are deferring costs and pressures continue to rise, we anticipate an even larger operating deficit for PY 25. While we will be able to deploy some strategies to offset the deficit, without further austerity actions, we anticipate a shortfall, likely in Q3 going into Q4 of Py 25 (March 2026 and beyond).

We also want to be clear about identifying our unknowns. This is a point in time analysis. There are certain unknows – including the full impact of the Service Contract Act, impact of both known and unknown minimum wage increases, and RFP 2.0 implications, which we will talk about later. We will learn more as we review REAS.

In short – we will continue to refine our analyses as our unknowns become known. We will re-run this analysis quarterly. However the message here is not that we will wait until we have more data – we are acting quickly based on what we know today to ensure we address these urgent challenge.



OFA -2

Flat appropriation since 2018
Spike in inflation due to COVID
Over $2B to maintain $1.6B budget



OFA - 4



OFA - 2



OJC – 2

Of the program's $1.6 billion annual appropriation for Operations, approximately $1.05B is tied directly to center operations contracts, and $500M is tied to other recurring costs such as the program's IT infrastructure, student pay, and transportation services.

Once the $1.05B dollars is put on center operations contracts, approximately 85% goes toward costs do not fluctuate—should not fluctuate—regardless of the number of students enrolled. These costs are things like center staff wages and benefits and utilities costs. Some people have asked why center staff can't be reduced at times of low enrollment….
The answer is that Job Corps centers are contractually required to operate with no greater than a 4% center staff vacancy rate. Job Corps is an open enrollment program—new students enroll and existing students graduate every week. As such, center operators must be postured to support the continual flow of students into the program—and this demands a stable and consistent baseline of teachers, administrators, counselors, health and wellness staff, and security staff to keep the center running safely and effectively.
So, understanding that portion of our spend, you see that only 15% of the funding on center operations contracts is tied to variable expenses that depend upon the number of students on campus (e.g., food, training materials, recreation trips. clothing).

And taking into account that the other $500 million dollars in our annual OPS budget goes toward costs such as IT infrastructure, student transportation,  and students' biweekly stipend, the program is ultimately left with only $50M—or 3% of it's overall OPS budget to absorb unforeseen expenses and contractors' requests for equitable adjustment.



# In a new environment of firm fixed pricing contracts

- Recommendation from GAO and OMB

- Learning curve for government and contractors

- Intends to shift risk to contractor
  - Incentives for equitable adjustments
  - JC environment (PRH) for FFP (prescriptive)

- Less visibility regarding cost components and profit margins

- Impacts ways Job Corps oversees performance
  - Quality and quantity of food, materials and supplies

draft/deliberative/not for distribution

JCAS - 3

After significant pressure from OMB and communications with GAO, beginning in 2019, DOL began to convert Job Corps center operations contracts from cost reimbursement type to fixed price type contracts, as center contracts were reprocured. To date, approximately 90 Job Corps center contracts have been converted to fixed price.

The transition to fixed price contracting changes the way that ETA funds and oversees center operations contracts. There is a learning curve and have been lessons learned for both contractors and the government.

Fixed price is the preferred government contract type because it shifts risk to the contractor and contains costs. While this contract type forces contractors to contain costs, there is greater incentive to request equitable adjustments to increase their contract price. This is especially true for center operations contracts, which rely on a very prescriptive statement of work (the PRH). Increased likelihood of price adjustments means that OJC must budget for this uncertainty.

Fixed price contracts present other/different challenges regarding fiscal and performance oversight – fixed price affords ETA has less insight into the contractors' actual costs and their profit margin. And, it has resulted in the need for greater scrutiny for some areas of performance such as quality and quantity of food, materials and supplies and overall quality of service delivery to students.

000057



# Mitigation strategies in place to address

- Strong tri-office structure and constant communication
  - Bi-weekly coordination meeting and bi-weekly (or more frequently as needed) small group working meetings to discuss any program needs beyond established PY Spend Plan (e.g. contract vetting, equitable adjustments)
- Takeback
  - Low Student Onboard Strength (OBS)
  - Center Staff Vacancy

OASET hand-off (3 min total)
JCAS – tri-office
OFA - Takeback
[next slide to OJC]



## Mitigation strategies in place to address

Deferring Program Needs & Reducing National Office Support Contracts

- Defer recurring program expenses such as training program changes ($7M), Career Technical Skills Training ($3M), lifecycle equipment updates ($4M), and replacement of dormitory furniture ($3M)
- Analyze National Office Support Contracts for reduction or elimination (30% cut or $114M)
- Pause reopening of the Carville Job Corps Center in Louisiana ($7M in PY24)
- Defer program modernization (e.g., electronic health records, provision of Chromebooks to students [$5M], Student learning management system [$6M])

OJC



## Yet, additional financial pressures are emerging

Four consecutive federal contractor minimum wage increases. Approximately 14,000 federal contractor staff work at Job Corps centers: $15 (2022), $16.20 (2023), $17.20 (2024), $17.75 (2025)

Implementation of the Service Contract Act (wages and benefits)
• Effective July 2024, Department of Labor has announced the following fringe benefit (Health & Welfare) rate increases for SCA-covered contracts: $5.36 per hour (increase from $4.98) / $4.93 per hour for EO 13706 contracts (increase from $4.57)

Post-pandemic inflation driving up operational, construction and materials costs.
• 25.46% cumulative percentage increase from 2018-2024

Mandatory Cost-of-Living Adjustments for USDA Forest Service personnel
• 17.4% cumulative pay increase for Federal Employee from 2018-2024 (USDA FS FTE footprint is over 1100)

Wage Comparability Impetus – RFP 2.0 (i.e., imperative to address centers' inability to compete for qualified center staff; High vacancy rates leading to center instability and poor student outcomes)

draft/deliberative/not for distribution                                              10

OASET - 1

000060



### Post pandemic, staff vacancy rates did not decrease as much as expected

- **Inception to date (May 2022 – September 2024) the Vacancy Takeback grand total estimate is $61,667,763.**
- **The FFP Pilot Average Vacancy Rate has been holding within a narrow band for the last 24 months.**
  - **PY 2021:** 16.5% - 17%
  - **PY 2022:** 15.1% - 17.6%
  - **PY 2023:** 12% - 15%
  - **PY 2024:** 11.4% - 12.2%

OFA - 1



# These are vacancies in critical roles to serve students

July to August 2024 highlights:
- 1,527 vacancies across the 88 centers in July 2024
- 1,609 vacancies across the 90 centers in August 2024

- The Top 3 Position Sub-Categories (**Residential Advisors, Security Staff** and **Academic Instructors**) account for 39% of overall vacancies as of August 2024.

Center Director Vacancy: Cassadaga

draft/deliberative/not for distribution

12

OFA - 1



## Wage Comparability Benchmark: Non-competitive wages

| Positions | Sum of BLS Salary-Initial Occ Code Match | Sum of IGCE Salary | Sum of Confirmed Annualized Salary | Sum of BMP Mid | BMP vs IGCE | BMP vs Salary | Salary vs BLS |
|---|---|---|---|---|---|---|---|
| Academic Instructor | 83,300.00 | 79,800.00 | 38,086.66 | 50,000.00 | (29,800.00) | (11,913.34) | (45,213.34) |
| Admissions Counselor | 46,170.00 | 54,910.00 | 39,661.54 | 44,500.00 | (10,410.00) | (4,838.46) | (6,508.46) |
| Career Transition Counselor | 46,170.00 | 54,910.00 | 40,000.00 | 50,000.00 | (4,910.00) | (10,000.00) | (6,170.00) |
| Counselor | 59,730.00 | 59,230.00 | 40,000.00 | 50,000.00 | (9,230.00) | (10,000.00) | (19,730.00) |
| CP/CTR Instructor | 55,300.00 | 59,230.00 | 37,680.00 | 44,500.00 | (14,730.00) | (6,820.00) | (17,620.00) |
| CTT Instructor | 67,950.00 | 62,214.00 | 40,720.00 | 50,000.00 | (12,214.00) | (9,280.00) | (27,230.00) |
| Dentist | 185,760.00 | 170,020.00 | 131,830.40 | | | | (53,929.60) |
| IT System Administrator | 90,450.00 | 87,340.00 | 45,000.00 | 56,250.00 | (31,090.00) | (11,250.00) | (45,450.00) |
| Physician | 220,070.00 | 205,960.00 | 304,200.00 | | | | 84,130.00 |
| Secretary/Admin Assistant | 33,940.00 | 31,270.00 | 33,280.00 | 33,800.00 | 2,530.00 | (520.00) | (660.00) |

Overall comparability results:
- **65%** positions failed
- **35%** positions passed

draft/deliberative/not for distribution

13

OFA - 1



# Academic Instructor* Wage Review

## Adjusted Instructor Salaries

Wage Delta: $-12,186.74 — $56,454.40

| Center name | Academic Instructor Salary (BLS 1) | Modified Academic Instructor Salary (JCC) | BLS-JCC Salary Delta |
|---|---|---|---|
| Oneonta | $68K | $52K | $16K |
| Ottumwa | $54K | $46K | $8K |
| Paul Simon | $85K | $72K | $13K |
| Philadelphia | $77K | $52K | $25K |
| Phoenix | $70K | $51K | $19K |
| Pinellas | $72K | $48K | $24K |
| Pittsburgh | $83K | $47K | $35K |
| Quentin Burdick | $60K | $51K | $9K |
| Ramey | $34K | $38K | ($4K) |
| Roswell | $67K | $61K | $6K |
| Sacramento | $99K | $74K | $25K |
| San Diego | $120K | $76K | $44K |
| San Jose | $114K | $60K | $53K |
| Shreveport | $69K | $52K | $17K |
| Shriver | $89K | $63K | $26K |
| Sierra Nevada | $90K | $48K | $35K |
| Springdale | $95K | $64K | $30K |
| Talking Leaves | $48K | $49K | ($1K) |
| Tongue Point | $70K | $82K | ($12K) |
| Treasure Island | $107K | $51K | $56K |
| Tulsa | $60K | $46K | $14K |
| Westover | $77K | $67K | $10K |
| Wilmington | $77K | $51K | $26K |
| Wind River | $69K | $46K | $23K |
| Woodland | $84K | $57K | $27K |
| Woodstock | $76K | $62K | $13K |

For Academic Instructors (*including centers not pictured in graphic*):
- Fail Rate: **93%**
- Pass Rate: **7%**
- Average Salary Delta (BLS-JCC): **$18,050**

**Wage Comparability:**
- Pass = Actual Salary Paid ≥ BLS Salary
- Fail = Actual Salary Paid ≤ BLS Salary

draft/deliberative/not for distribution                    14

OFA - 1

## Example: Puerto Rico



### Arecibo and Ramey (Vacancy Rate & Avg % of OBS)

### PR Centers vs. National Average

### Arecibo and Ramey Wage Comparability to BLS Salaries (Academic Staff)

| Center | Position Category | Position Title | Fail Count | Fail % of Total | Fail SSR Salary | Fail BLS Salary | September 2024 Pass Count | Pass % of Total | Pass SSR Salary | Pass BLS Salary | Unable to Determine Count | Unable % of Total | Unable SSR Salary | Unable BLS Salary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Arecibo | Academic Staff | Academic Instructor | | | | | 10 | 100.00% | $37,211 | $35,680 | | | | |
| | | Academic Manager | | | | | 1 | 100.00% | $41,600 | $35,000 | | | | |
| | | Drivers Education Instructor | 1 | 100.00% | $37,024 | $39,870 | | | | | | | | |
| Ramey | Academic Staff | Academic Instructor | | | | | 12 | 80.00% | $37,731 | $33,750 | 3 | 20.00% | $0 | $33,750 |
| | | Academic Manager | | | | | 2 | 100.00% | $56,680 | $33,860 | | | | |
| | | Drivers Education Instructor | 1 | 100.00% | $37,440 | $40,820 | | | | | | | | |

OFA - 1



## To address, launched RFP 2.0

| Category | OJC Core Title | BLS Occ Code | BLS Occ Code Title |
|---|---|---|---|
| Academic | Academic Manager | 25-9031 | Instructional Coordinators |
| | Academic Instructor | 25-3011 | Adult Basic Ed, Adult Secondary Ed and ESL Instructors |
| | Substitute Academic Instructor, Degreed | 25-3011 | Adult Basic Ed, Adult Secondary Ed and ESL Instructors |
| | Substitute Academic Instructor, Non-degreed | 25-3031 | Substitute Teachers, Short-Term |
| | Drivers Education Instructor | 25-3011 | Adult Basic Ed, Adult Secondary Ed and ESL Instructors |
| | ELL Instructor | 25-3011 | Adult Basic Ed, Adult Secondary Ed and ESL Instructors |
| | Education and Training Director | 11-9039 | Education Administrators, All Other |
| | Testing Coordinator | 43-9199 | Office and Administrative Support Workers, All Other |
| | Evening/Weekend Studies Coordinator | 25-3099 | Teachers, Instructors, All Other |
| | Scheduling Specialist | 43-9199 | Office & Admin Support Workers, All Other |
| | Secretary/Admin Assistant-Academic | 43-6014 | Secretaries & Admin Assts, Except Legal, Medical, & Executive |
| Career Technical | CTT Manager | 25-9031 | Instructional Coordinators |

draft/deliberative/not for distribution    18

OFA - 1



## Additional financial pressures emerging

Four consecutive federal contractor minimum wage increases. Approximately 14,000 federal contractors work at Job Corps centers: $15 (2022), $16.20 (2023), $17.20 (2024), $17.75 (2025)

Implementation of the Service Contract Act (wages and benefits)
• Effective July 2024, Department of Labor has announced the following fringe benefit (Health & Welfare) rate increases for SCA-covered contracts. $5.36 per hour (increase from $4.98) / $4.93 per hour for EO 13706 contracts (increase from $4.57)

Post-pandemic inflation driving up operational, construction and materials costs.
• 25.46% cumulative percentage increase from 2018-2024

Mandatory Cost-of-Living Adjustments for USDA Forest Service personnel
• 17.4% cumulative pay increase for Federal Employee from 2018-2024 (USDA FS FTE footprint is over 1100)

Wage Comparability Impetus – RFP 2.0 (i.e., imperative to address centers' inability to compete for qualified center staff; High vacancy rates leading to center instability and poor student outcomes)

First "repeat" firm fixed price contract awards – starting PY24

OASET - 1

 Contractors are submitting their repeat bids for first time

- New FFP contracts on horizon:
  - 7 centers to be awarded by June 30, 2025
  - 13 centers to be awarded by December 31, 2025
- Insight on limited bids thus far:
  - Of the 6 procurements that are under evaluation, 5 were within a 10% margin of the IGCE and beyond that expected threshold
  - All are coming in equal or greater than IGCE
- Some factors impacting bids:
  - FLSA impact
  - Wage compression
  - Food and energy costs
  - Staff vacancies

JCAS - 2

DOL is entering the 2nd generation of fixed price center operations contracts and updated the solicitation in 2024 to align the RFP with lessons learned from the 1st generation of fixed price contracts.

We anticipate that the 2nd generation of fixed price contracts will be priced higher, as contractors reflect their own lessons learned, and as DOL pressures contractors to recruit and retain staff with better wages. This adds to financial pressure.

Tri office has projected that bids will come in approx. 20% higher than in the past. To date, we have pricing for six of the 7 contracts that will be awarded by June 30, 2024. So far we are able to contain pricing within our anticipated 20% threshold, with the exception of 1 contract that we are working to negotiate.

But, between now and December 31, 2025, DOL will procure and award another 13 contracts. By December 2024, we will be able to make additional adjustments to our pricing assumptions and continue to project the rate of program expenditures.

We can anticipate market pressures to continue to impact pricing. Those pressures include the impact of FLSA related wage thresholds, wage compression resulting from minimum wage increases, increased food and energy costs, as well as increases in staff salaries required to enable contractors to meet DOL's expectations related to recruiting and retaining staff.



OFA - 3

Financial pressures continue to grow
Mitigation strategies will not be enough over time
Will lose takebacks as mitigation strategy



# What are we doing to address **now**?

To address PY 24 and PY 25 challenges:

- Analyzing & utilizing current mitigation strategies – takeback, deferring program needs, reducing national office contracts
- Monitoring closely through tri-office structure
- Developing additional menu of levers (identifying feasibility to make recommendations)
- Preparing to implement significant levers as soon as possible

OASET



## Levers for sustainability

- Continued cost savings measures
- Procurement for center contracts
- USDA relationship
- Strategic consolidation (based on risk analysis and projected student need)
- Strategic partnerships
- Property-related assets

OASET - 2

000071



Q&A

draft/deliberative/not for distribution

22

000072

# APPENDIX

draft/deliberative/not for distribution

23

 Budget Formulation History

**FY24 Budget request (FY22 cycle)–**

- Job Corps submitted $47.5M for min wage EO and inflation
- $47.5M cleared by ETA OASET and OSEC
- OMB passback denied $47.5M
- Job Corps appealed for $20M
- OMB did not accept the appeal.
- FY24 Budget impact - $0

**FY25 Budget request (FY23 cycle)–**

- Job Corps submitted $73.5M for min wage, recruiting and retaining quality staff, and inflation
- $73.5M cleared ETA OASET and OSEC cleared $25.93M
- OMB passback denied $25.93M
- Job Corps appealed for $25.93M and received settlement for $2.4M
- FY25 Budget impact - $2.4M

**FY26 Budget request (FY24 cycle) –**

- Job Corps submitted $250M+ for min wage/SCA, recruiting and retaining quality staff, inflation, and increasing staffing levels to align with industry standards
- $150 cleared ETA OASET and $45M (addendum) / $15M (guidance) cleared OSEC
- Pending further action from OMB

*\*\*Passback language from OMB - OMB believes the continued significant underutilization of student slots allows the program to absorb these costs\*\**

000074

## Wage Compression



- $15/$16.20/$17.50/$17.75 EOs consolidated wages around a fixed hourly wage
- This accounts for 47% of FTE
- This compresses the wages so that:
  - 61% between $17.75-$20
  - 81% between $17.75-$25
  - 91% between $17.75-$30



# Executive Orders and SCA Timelines (as of 10/2024)

**$15 REAs**
- **4/27/2021:** EO 14026 Signed by President Biden; EO 14026 for $15/hr min wage for federal contractors is effective **Feb 1st, 2022**
- **10/2022:** $15 REA template is finalized
- **11/30/2022:** Initial Deadline for $15/$16.20, as requested by OSPE/OFA
- **11/2/2022:** First $15 REA (Puerto Rico) was received
- **11/2023:** Final revisions to the $15 REA submissions.

**$16.20 REAs**
- **9/30/2022:** Federal Register published new min wage of $16.20, effective **Jan 1, 2023**
- **10/4/2022:** OFA notified us that minimum wage for federal contractor employees will increase by 8 percent on **January 1, 2023,** to $16.20/hour
- **10/2022:** Finalized $16.20 REA template is finalized
- **11/2022:** Initial Deadline for $15/$16.20, as requested by OSPE/OFA
- **11/2022:** First $16.20 REAs received
- **1/29/2024:** Final $16.20 REA completed, with last payroll document from Flint Hills

**$17.20 and SCA REAs**
- **9/28/2023:** Federal Register published new min wage of $17.20, effective **Jan 1, 2024**
- **1/31/2024:** SCA REA template is finalized
- **3/1/2024:** Initial Deadline for SCA/$17.20 REAs, as requested by OSPE
- **3/22/2024:** First SCA/17.20 REA received from OSPE
- **10/2024:** Received most current SCA/17.20 REA

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Hourly Rate Range (copy) | Budgeted FTE | Column1 | | FTE Adj | % Adj | |
| 2 | $0-10 | 167 | 1.4% | | 5,483 | 9.83% | |
| 3 | $10-12.50 | 973 | 8.4% | | 11,593 | | |
| 4 | $12.50-13.50 | 671 | 5.8% | | | | |
| 5 | $13.50-15 | 1,438 | 12.4% | | | | |
| 6 | $15-16.20 | 1,004 | 8.7% | | $17.75-$20 | 7,117 | 61% |
| 7 | $16.20-17.75 | 1,231 | 10.6% | | $17.75-25 | 9,349 | 81% |
| 8 | $17.75 Consolidation | 5,483 | 47.3% | | $17.75-30 | 10,547 | 91% |
| 9 | $17.75-20 | 1,634 | 14.1% | | | | |
| 10 | $20-25 | 2,232 | 19.3% | | | | |
| 11 | $25-30 | 1,198 | 10.3% | | | | |
| 12 | $30-40 | 681 | 5.9% | | | | |
| 13 | >$40 | 365 | 3.2% | | | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | $15 Min Wage | $16.20 Min Wage | $17.20 Min Wage | SCA Implementation | Wage Comparability | USDA Federal FTE Salary Increase | Post Pandemic Inflation (Non-Personnel) |
| 2 | 2018 | | | | | | | |
| 3 | 2019 | | | | | | | $ 1,526,000 |
| 4 | 2020 | | | | | | | $ 2,580,821 |
| 5 | 2021 | | | | | | | $ 6,650,119 |
| 6 | 2022 | $ 20,100,000 | | | | | | $ 13,917,237 |
| 7 | 2023 | $ 20,100,000 | $ 14,500,000 | | | | $ 10,000,000 | $ 17,964,483 |
| 8 | 2024 | $ 20,100,000 | $ 14,500,000 | | $ 17,400,000 | $ 7,196,209 | $ 10,000,000 | $ 17,138,127 |
| 9 | 2025 | $ 20,100,000 | $ 14,500,000 | | $ 17,400,000 | $ 17,990,521 | $ 10,000,000 | $ 24,410,552 |
| 10 | 2026 | $ 20,100,000 | $ 14,500,000 | | $ 17,400,000 | $ 34,181,991 | $ 10,000,000 | $ 27,784,830 |
| 11 | 2027 | $ 20,100,000 | $ 14,500,000 | | $ 17,400,000 | $ 58,469,194 | $ 10,000,000 | $ 31,264,133 |
| 12 | 2028 | $ 20,100,000 | $ 14,500,000 | | $ 17,400,000 | $ 94,900,000 | $ 10,000,000 | $ 34,851,729 |
| 13 | 2029 | $ 20,100,000 | $ 14,500,000 | | $ 17,400,000 | $ 94,900,000 | $ 10,000,000 | $ 38,550,989 |
| 14 | 2030 | $ 20,100,000 | $ 14,500,000 | | $ 17,400,000 | $ 94,900,000 | $ 10,000,000 | $ 42,000,005 |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23 | | | | | | | | |
| 24 | | | | | | 1.5x | | |
| 25 | | | | | 2024 | 1 | 8% | 8% |
| 26 | | | | | 2025 | 1.5 | 11% | 19% |
| 27 | | | | | 2026 | 2.25 | 17% | 36% |
| 28 | | | | | 2027 | 3.375 | 26% | 62% |
| 29 | | | | | 2028 | 5.0625 | 38% | 100% |
| 30 | | | | | | | | |
| 31 | | | | | | | | |
| 32 | | | | | | | | |
| 33 | | | | | | | | |
| 34 | | | | | | | | |
| 35 | | | | | | | | |
| 36 | | | | | | | | |
| 37 | | | | | | | | |
| 38 | | | | | | | | |
| 39 | | | | | | | | |
| 40 | | | | | | | | |
| 41 | | | | | | | | |
| 42 | | | | | | | | |

| | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|
| 1 | Rollover Deferred Costs | Cost Less Recoveries | Recoveries | Total Cost | | | | |
| 2 | | $ - | - | $ - | | | | |
| 3 | | $ - | $ 6,022,666 | $ 1,526,000 | | | | Recoveries |
| 4 | | $ - | $18,793,674 | $ 2,580,821 | | | 2019 | 6,022,665.96 |
| 5 | | $ - | $ 9,252,983 | $ 6,650,119 | | | 2020 | 18,793,674.43 |
| 6 | | $ - | $48,721,367 | $ 34,017,237 | | | 2021 | 9,252,983.48 |
| 7 | | $ 15,428,507 | $47,135,976 | $ 62,564,483 | | | 2022 | 48,721,366.82 |
| 8 | $ 50,090,685 | $ 86,425,021 | $50,000,000 | $ 136,425,021 | | | 2023 | 47,135,975.92 |
| 9 | $ 109,066,367 | $ 163,467,440 | $50,000,000 | $ 213,467,440 | | | 2024 | 50,000,000.00 |
| 10 | $ 163,788,954 | $ 237,755,774 | $50,000,001 | $ 287,755,775 | | | 2025 | 50,000,000.00 |
| 11 | $ 208,375,099 | $ 310,108,424 | $50,000,002 | $ 360,108,426 | | | | |
| 12 | $ 244,876,333 | $ 386,628,059 | $50,000,003 | $ 436,628,062 | | | | |
| 13 | $ 274,934,608 | $ 420,385,593 | $50,000,004 | $ 470,385,597 | | | | |
| 14 | $ 274,934,608 | $ 423,834,608 | $50,000,005 | $ 473,834,613 | | | | 2019 |
| 15 | | | | | | | *2019 Inflation Adjustment | 1.8% |
| 16 | | | | | | | CPI Annual Inflation- BLS | 1.8% |
| 17 | | | | | | | Inflation Cost To Use | $ 1,762,242 |
| 18 | | | | | | | | $ 3,032,057 |
| 19 | | | | | | | | |
| 20 | | | | | | | Fed Pay Increase | 1.9% |
| 21 | | | | | | | Cumulative Impact | 1.9% |
| 22 | | | | | | | USDA Pay Increase | $ 849,053 |
| 23 | | | | | | | | $ 849,053 |
| 24 | | | | | | | | $ 2,385,183.8 |
| 25 | | $ 7,196,209 | | | | | | 2385183.816 |
| 26 | | $ 17,990,521 | | | | | | |
| 27 | | $ 34,181,991 | | | | | | |
| 28 | | $ 58,469,194 | | | | | | |
| 29 | | $ 94,900,000 | | | | | | |
| 30 | | | | | | | | |
| 31 | | | | | | | | |
| 32 | | | | | | | | $ 2,997,500 |
| 33 | | | | | | | | $ 1,049,125 |
| 34 | | | | | | | | |
| 35 | | | | | | | | |
| 36 | | | | | | | | |
| 37 | | | | | | | | |
| 38 | | | | | | | | $ 1,362,500 |
| 39 | | | | | | | | $ 476,875 |
| 40 | | | | | | | | |
| 41 | | | | | | | | $ 1,526,000 |
| 42 | | | | | | | | $ 2,580,820 |

| | Q | R | S | T | U | V | W | X |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | Inflation | | | | | |
| 14 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
| 15 | 3.1% | 7.9% | 16.6% | 21.4% | 25.2% | 29.1% | 33.1% | 37.2% |
| 16 | **1.2%** | **4.7%** | **8.0%** | **4.1%** | **3.1%** | 3.1% | 3.1% | 3.1% |
| 17 | $ 2,980,361 | $ 7,762,459 | $ 16,541,449 | $ 21,751,543 | $ 26,351,887 | $31,772,434 | $38,181,897 | $45,779,772 |
| 18 | $ 5,127,912 | $ 13,355,834 | $ 28,460,678 | $ 37,424,997 | **$ 42,000,000** | $54,666,614 | $65,694,529 | $78,767,185 |
| 19 | | | | | | | | |
| 20 | 3.1% | 1.0% | 2.7% | 4.6% | 5.2% | 18.5% | | |
| 21 | 5.1% | 6.1% | 9.0% | 14.0% | 19.9% | 55.9% | | |
| 22 | $ 2,260,669 | $ 2,730,146 | $ 4,010,408 | $ 6,250,488 | $ 8,899,236 | $25,000,000 | | |
| 23 | $ 2,260,669 | $ 2,730,146 | $ 4,010,408 | $ 6,250,488 | $ 8,899,236 | $25,000,000 | | |
| 24 | $ 6,350,740.2 | $ 7,669,607.5 | $ 11,266,158.7 | $ 17,559,057.5 | $ 25,000,000.0 | | | |
| 25 | 6350740.214 | 7669607.519 | 11266158.66 | 17559057.51 | 25000000 | | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | | | | | | | | |
| 29 | | | | | | | | |
| 30 | | | | | $ 1,100,000,000 | | | |
| 31 | | | | | $ 165,000,000 | | | |
| 32 | $ 5,069,469 | $ 13,062,734 | $ 27,337,430 | $ 35,287,377 | $ 41,521,322 | $47,949,298 | $54,577,345 | $61,411,690 |
| 33 | $ 1,774,314 | $ 4,571,957 | $ 9,568,101 | $ 12,350,582 | $ 14,532,463 | $16,782,254 | $19,102,071 | $21,494,091 |
| 34 | | | | | | | | |
| 35 | | | | | | | | |
| 36 | | | | | $ 500,000,000 | | | |
| 37 | | | | | $ 75,000,000 | | | |
| 38 | $ 2,304,304 | $ 5,937,606 | $ 12,426,105 | $ 16,039,717 | $ 18,873,328 | $21,795,135 | $24,807,884 | $27,914,404 |
| 39 | $ 806,506 | $ 2,078,162 | $ 4,349,137 | $ 5,613,901 | $ 6,605,665 | $ 7,628,297 | $ 8,682,759 | $ 9,770,042 |
| 40 | | | | | | | | |
| 41 | $ 2,580,821 | $ 6,650,119 | $ 13,917,237 | $ 17,964,483 | $ 21,138,127 | $24,410,552 | $27,784,830 | $31,264,133 |
| 42 | $ 2,580,821 | $ 6,650,119 | $ 13,917,237 | $ 17,964,483 | $ 21,138,127 | $24,410,552 | $27,784,830 | $31,264,133 |

|    | Y | Z |
|----|---|---|
| 1  |   |   |
| 2  |   |   |
| 3  |   |   |
| 4  |   |   |
| 5  |   |   |
| 6  |   |   |
| 7  |   |   |
| 8  |   |   |
| 9  |   |   |
| 10 |   |   |
| 11 |   |   |
| 12 |   |   |
| 13 |   |   |
| 14 | 2028 | 2029 |
| 15 | 41.5% | 45.9% |
| 16 | 3.1% | 3.1% |
| 17 | $ 54,802,543 | $ 65,531,042 |
| 18 | $ 94,291,470 | $ 112,750,577 |
| 19 |   |   |
| 20 |   |   |
| 21 |   |   |
| 22 |   |   |
| 23 |   |   |
| 24 |   |   |
| 25 |   |   |
| 26 |   |   |
| 27 |   |   |
| 28 |   |   |
| 29 |   |   |
| 30 |   |   |
| 31 |   |   |
| 32 | $ 68,458,754 | $ 75,725,157 |
| 33 | $ 23,960,564 | $ 26,503,805 |
| 34 |   |   |
| 35 |   |   |
| 36 |   |   |
| 37 |   |   |
| 38 | $ 31,117,615 | $ 34,420,526 |
| 39 | $ 10,891,165 | $ 12,047,184 |
| 40 |   |   |
| 41 | $ 34,851,729 | $ 38,550,989 |
| 42 | $ 34,851,729 | $ 38,550,989 |

|  | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 |  | $15 Min Wage | $16.20 Min Wage | $17.20 Min Wage | SCA Implementation | Wage Comparability | USDA Federal FTE Salary Increase | Post Pandemic Inflation (Non-Personnel) |
| 2 | 2018 |  |  |  |  |  |  |  |
| 3 | 2019 |  |  |  |  |  |  | $ 1,526,000 |
| 4 | 2020 |  |  |  |  |  |  | $ 2,580,821 |
| 5 | 2021 |  |  |  |  |  |  | $ 6,650,119 |
| 6 | 2022 | $ 20,100,000 |  |  |  |  |  | $ 13,917,237 |
| 7 | 2023 | $ 20,100,000 | $ 14,500,000 |  |  |  | $ 10,000,000 | $ 17,964,483 |
| 8 | 2024 | $ 20,100,000 | $ 14,500,000 |  | $ 17,400,000 | $ 7,196,209 | $ 10,000,000 | $ 17,138,127 |
| 9 | 2025 | $ 20,100,000 | $ 14,500,000 |  | $ 17,400,000 | $ 17,990,521 | $ 10,000,000 | $ 24,410,552 |
| 10 | 2026 | $ 20,100,000 | $ 14,500,000 |  | $ 17,400,000 | $ 34,181,991 | $ 10,000,000 | $ 27,784,830 |
| 11 | 2027 | $ 20,100,000 | $ 14,500,000 |  | $ 17,400,000 | $ 58,469,194 | $ 10,000,000 | $ 31,264,133 |
| 12 | 2028 | $ 20,100,000 | $ 14,500,000 |  | $ 17,400,000 | $ 94,900,000 | $ 10,000,000 | $ 34,851,729 |
| 13 | 2029 | $ 20,100,000 | $ 14,500,000 |  | $ 17,400,000 | $ 94,900,000 | $ 10,000,000 | $ 38,550,989 |
| 14 | 2030 | $ 20,100,000 | $ 14,500,000 |  | $ 17,400,000 | $ 94,900,000 | $ 10,000,000 | $ 42,000,005 |
| 15 |  |  |  |  |  |  |  |  |
| 24 |  |  |  |  |  | 1.5x |  |  |
| 25 |  |  |  |  | 2024 | 1 | 8% | 8% |
| 26 |  |  |  |  | 2025 | 1.5 | 11% | 19% |
| 27 |  |  |  |  | 2026 | 2.25 | 17% | 36% |
| 28 |  |  |  |  | 2027 | 3.375 | 26% | 62% |
| 29 |  |  |  |  | 2028 | 5.0625 | 38% | 100% |

| | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|
| 1 | Rollover Deferred Costs | Cost Less Recoveries | Recoveries | Total Cost | | | | |
| 2 | | $ - | - | $ - | | | | |
| 3 | | $ - | $ 6,022,666 | $ 1,526,000 | | | | Recoveries |
| 4 | | $ - | $ 18,793,674 | $ 2,580,821 | | | 2019 | 6,022,665.96 |
| 5 | | $ - | $ 9,252,983 | $ 6,650,119 | | | 2020 | 18,793,674.43 |
| 6 | | $ - | $ 48,721,367 | $ 34,017,237 | | | 2021 | 9,252,983.48 |
| 7 | | 15,428,507 | $ 47,135,976 | $ 62,564,483 | | | 2022 | 48,721,366.82 |
| 8 | $ 50,090,685 | 86,425,021 | $ 50,000,000 | $ 136,425,021 | | | 2023 | 47,135,975.92 |
| 9 | 109,066,367 | 163,467,440 | $ 50,000,000 | $ 213,467,440 | | | 2024 | 50,000,000.00 |
| 10 | 163,788,954 | 237,755,774 | $ 50,000,001 | $ 287,755,775 | | | 2025 | 50,000,000.00 |
| 11 | 208,375,099 | 310,108,424 | $ 50,000,002 | $ 360,108,426 | | | | |
| 12 | 244,876,333 | 386,628,059 | $ 50,000,003 | $ 436,628,062 | | | | |
| 13 | 274,934,608 | 420,385,593 | $ 50,000,004 | $ 470,385,597 | | | | |
| 14 | 274,934,608 | 423,834,608 | $ 50,000,005 | $ 473,834,613 | | | | 2019 |
| 15 | | | | | | | *2019 Inflation Adjustment | 1.8% |
| 16 | | | | | | | CPI Annual Inflation- BLS | 1.8% |
| 17 | | | | | | | Inflation Cost To Use | $ 1,762,242 |
| 18 | | | | | | | | $ 3,032,057 |
| 19 | | | | | | | | |
| 20 | | | | | | | Fed Pay Increase | 1.9% |
| 21 | | | | | | | Cumulative Impact | 1.9% |
| 22 | | | | | | | USDA Pay Increase | $ 849,053 |
| 23 | | | | | | | | $ 849,053 |
| 24 | | | | | | | | $ 2,385,183.8 |
| 25 | | $ 7,196,209 | | | | | | 2385183.816 |
| 26 | | $ 17,990,521 | | | | | | |
| 27 | | $ 34,181,991 | | | | | | |
| 28 | | $ 58,469,194 | | | | | | |
| 29 | | $ 94,900,000 | | | | | | |
| 30 | | | | | | | | |
| 31 | | | | | | | | |
| 32 | | | | | | | | $ 2,997,500 |
| 33 | | | | | | | | $ 1,049,125 |
| 34 | | | | | | | | |
| 35 | | | | | | | | |
| 36 | | | | | | | | |
| 37 | | | | | | | | |
| 38 | | | | | | | | $ 1,362,500 |
| 39 | | | | | | | | $ 476,875 |
| 40 | | | | | | | | |
| 41 | | | | | | | | $ 1,526,000 |
| 42 | | | | | | | | $ 2,580,820 |

|    | Q | R | S | T | U | V | W | X |
|----|---|---|---|---|---|---|---|---|
| 1  |   |   |   |   |   |   |   |   |
| 2  |   |   |   |   |   |   |   |   |
| 3  |   |   |   |   |   |   |   |   |
| 4  |   |   |   |   |   |   |   |   |
| 5  |   |   |   |   |   |   |   |   |
| 6  |   |   |   |   |   |   |   |   |
| 7  |   |   |   |   |   |   |   |   |
| 8  |   |   |   |   |   |   |   |   |
| 9  |   |   |   |   |   |   |   |   |
| 10 |   |   |   |   |   |   |   |   |
| 11 |   |   |   |   |   |   |   |   |
| 12 |   |   |   |   |   |   |   |   |
| 13 |   |   | Inflation |   |   |   |   |   |
| 14 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
| 15 | 3.1% | 7.9% | 16.6% | 21.4% | 25.2% | 29.1% | 33.1% | 37.2% |
| 16 | **1.2%** | **4.7%** | **8.0%** | **4.1%** | **3.1%** | 3.1% | 3.1% | 3.1% |
| 17 | $ 2,980,361 | $ 7,762,459 | $ 16,541,449 | $ 21,751,543 | $ 26,351,887 | $31,772,434 | $38,181,897 | $45,779,772 |
| 18 | $ 5,127,912 | $ 13,355,834 | $ 28,460,678 | $ 37,424,997 | $ **42,000,000** | $54,666,614 | $65,694,529 | $78,767,185 |
| 19 |   |   |   |   |   |   |   |   |
| 20 | 3.1% | 1.0% | 2.7% | 4.6% | 5.2% | 18.5% |   |   |
| 21 | 5.1% | 6.1% | 9.0% | 14.0% | 19.9% | 55.9% |   |   |
| 22 | $ 2,260,669 | $ 2,730,146 | $ 4,010,408 | $ 6,250,488 | $ 8,899,236 | $25,000,000 |   |   |
| 23 | $ 2,260,669 | $ 2,730,146 | $ 4,010,408 | $ 6,250,488 | $ 8,899,236 | $25,000,000 |   |   |
| 24 | $ 6,350,740.2 | $ 7,669,607.5 | $ 11,266,158.7 | $ 17,559,057.5 | $ 25,000,000.0 |   |   |   |
| 25 | 6350740.214 | 7669607.519 | 11266158.66 | 17559057.51 | 25000000 |   |   |   |
| 26 |   |   |   |   |   |   |   |   |
| 27 |   |   |   |   |   |   |   |   |
| 28 |   |   |   |   |   |   |   |   |
| 29 |   |   |   |   |   |   |   |   |
| 30 |   |   |   |   | $ 1,100,000,000 |   |   |   |
| 31 |   |   |   |   | $ 165,000,000 |   |   |   |
| 32 | $ 5,069,469 | $ 13,062,734 | $ 27,337,430 | $ 35,287,377 | $ 41,521,322 | $47,949,298 | $54,577,345 | $61,411,690 |
| 33 | $ 1,774,314 | $ 4,571,957 | $ 9,568,101 | $ 12,350,582 | $ 14,532,463 | $16,782,254 | $19,102,071 | $21,494,091 |
| 34 |   |   |   |   |   |   |   |   |
| 35 |   |   |   |   |   |   |   |   |
| 36 |   |   |   |   | $ 500,000,000 |   |   |   |
| 37 |   |   |   |   | $ 75,000,000 |   |   |   |
| 38 | $ 2,304,304 | $ 5,937,606 | $ 12,426,105 | $ 16,039,717 | $ 18,873,328 | $21,795,135 | $24,807,884 | $27,914,404 |
| 39 | $ 806,506 | $ 2,078,162 | $ 4,349,137 | $ 5,613,901 | $ 6,605,665 | $ 7,628,297 | $ 8,682,759 | $ 9,770,042 |
| 40 |   |   |   |   |   |   |   |   |
| 41 | $ 2,580,821 | $ 6,650,119 | $ 13,917,237 | $ 17,964,483 | $ 21,138,127 | $24,410,552 | $27,784,830 | $31,264,133 |
| 42 | $ 2,580,821 | $ 6,650,119 | $ 13,917,237 | $ 17,964,483 | $ 21,138,127 | $24,410,552 | $27,784,830 | $31,264,133 |

| | Y | Z |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | 2028 | 2029 |
| 15 | 41.5% | 45.9% |
| 16 | 3.1% | 3.1% |
| 17 | $ 54,802,543 | $  65,531,042 |
| 18 | $ 94,291,470 | $ 112,750,577 |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | $ 68,458,754 | $  75,725,157 |
| 33 | $ 23,960,564 | $  26,503,805 |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | $ 31,117,615 | $  34,420,526 |
| 39 | $ 10,891,165 | $  12,047,184 |
| 40 | | |
| 41 | $ 34,851,729 | $  38,550,989 |
| 42 | $ 34,851,729 | $  38,550,989 |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | Budget | Inf Adj. Budget | Compounded Inflation | BLS Inflation | | | | | | |
| 2 | 2018 | $1,603.3 M | $1,603.3 M | 2.5% | 2.5% | | | | | | |
| 3 | 2019 | $1,603.3 M | $1,673.0 M | 4.3% | 1.8% | | | | | Year | Budget |
| 4 | 2020 | $1,603.3 M | $1,693.1 M | 5.6% | 1.2% | | | | | 2018 | $1,603,325,000 |
| 5 | 2021 | $1,603.3 M | $1,772.6 M | 10.6% | 4.7% | | | | | 2019 | $1,603,325,000 |
| 6 | 2022 | $1,603.3 M | $1,914.5 M | 19.4% | 8.0% | | | | | 2020 | $1,603,325,000 |
| 7 | 2023 | $1,603.3 M | $1,992.9 M | 24.3% | 4.1% | | | | | 2021 | $1,603,325,000 |
| 8 | 2024 | $1,603.3 M | $2,054.7 M | 28.2% | 3.1% | | | | | 2022 | $1,603,325,000 |
| 9 | 2025 | $1,603.3 M | $2,118.4 M | 32.1% | 3.1% | | | | | 2023 | $1,603,325,000 |
| 10 | 2026 | $1,603.3 M | $2,184.1 M | 36.2% | 3.1% | | | | | 2024 | $1,603,325,000 |
| 11 | 2027 | $1,603.3 M | $2,251.8 M | 40.4% | 3.1% | | | | | 2025 | $1,603,325,000 |
| 12 | 2028 | $1,603.3 M | $2,321.6 M | 44.8% | 3.1% | | | | | 2026 | $1,603,325,000 |
| 13 | 2029 | $1,603.3 M | $2,393.6 M | 49.3% | 3.1% | | | | | 2027 | $1,603,325,000 |
| 14 | | | | | | | | | | 2028 | $1,603,325,000 |
| 15 | | | | | | | | | | 2029 | $1,603,325,000 |

000086

|   | L | M | N | O |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | Inflation Adjusted Budget | Inflation | Cumulative Inflation |
| 4 | | $1,603,325,000 | 2.5% | 2.5% |
| 5 | - | $1,672,989,471 | 1.80% | 4.3% |
| 6 | - | $1,693,065,345 | 1.20% | 5.6% |
| 7 | - | $1,772,639,416 | 4.70% | 10.6% |
| 8 | - | $1,914,450,569 | 8.00% | 19.4% |
| 9 | - | $1,992,943,043 | 4.10% | 24.3% |
| 10 | - | $2,054,724,277 | 3.10% | 28.2% |
| 11 | - | $2,118,420,730 | 3.10% | 32.1% |
| 12 | - | $2,184,091,772 | 3.10% | 36.2% |
| 13 | - | $2,251,798,617 | 3.10% | 40.4% |
| 14 | - | $2,321,604,374 | 3.10% | 44.8% |
| 15 | - | $2,393,574,110 | 3.10% | 49.3% |

Message

| | |
|---|---|
| **From:** | Frazier, Susan (Lori) - ETA |
| **Sent:** | 4/8/2025 10:11:18 AM |
| **To:** | Parella, Courtney E - OPA |
| **Subject:** | FW: Supplemental Documents Related to Pausing of JC Centers |
| **Attachments:** | 1. CTS 59444 - Decision Memo - Job Corps PY 24 25 Budget Recommend Actions - OSEC Approval 12.18.24.pdf; JC_Congressional Briefing 1.10.25_730am.pptx; Job Corps Budget - Draft FAQs 12-17-2024.docx; Updated JC state briefings 12.20.docx; 110124_Job Corps Briefing.pptx |

**From:** Frazier, Susan (Lori) - ETA
**Sent:** Tuesday, April 8, 2025 8:02 AM
**To:** Timmons, Luke B1 - ETA                              Moreno, Gabriel - ETA                              Smith, Samuel S - ETA
**Subject:** FW: Supplemental Documents Related to Pausing of JC Centers

<mark>FYSA- See attachments I was sent per my request.</mark>

Thanks,
Lori


**Lori Frazier Bearden** |
United States Department of Labor
Deputy Assistant Secretary
Employment and Training Administration
200 Constitution Avenue Suite S-2307
Washington, D.C. 20210
O:


**From:** Paczynski, Michelle L - ETA
**Sent:** Monday, April 7, 2025 6:48:15 PM
**To:** Frazier, Susan (Lori) - ETA
**Cc:** McGee, Erin L - ETA
**Subject:** Supplemental Documents Related to Pausing of JC Centers

Lori,

Here are the supplemental documents we spoke to.
1. Previous Administration's decision memo regarding a temporary pause on certain Job Corps centers.
2. Previous Administration's press release on pausing centers. US Department of Labor announces latest actions to secure sustainability of Job Corps program | U.S. Department of Labor "The department will…temporarily pause operations at the Woodstock Job Corps Center in Woodstock, Maryland, and the Whitney M. Young Jr. Job Corps Center in Simpsonville, Kentucky."
3. Job Corps Budget (Draft) FAQs
4. Previous Administration's PPTs/TPs to brief impacted states and then Congress on the temporary pauses to centers.

Thanks,
Michelle

000089

Message

**From:**        Frazier, Susan (Lori) - ETA ███████████████████████████████
                 ████████████████████████████████

**Sent:**        4/22/2025 5:46:26 PM
**To:**          Laco, Marek S - ETA ██████████████
**Subject:**     DRAFT LANGUAGE - Job Corp
**Attachments:** DRAFT Strategy- Job Corp.docx

# EMBARGOED

# JOB CORP POTENTIAL STRATEGIES

**PHASE 1-** Reconnaissance- Current Stage
**PHASE 2-** Deployment
    **Option 1:** Elimination
    **Option 2:** Dismantle
    **Option 3:** Hybrid
**PHASE 3-** Peacekeeping
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

## PHASE 1- RECONNAISSANCE

- DATA DIVE OF FINANCES, PROGRAMS, INCIDENT REPORTS, OCCUPANCY RATES
- STATE BY STATE BREAKDOWN
- FACT FINDING

## PHASE 2- DEPLOYMENT

## OPTION 1: ELIMINATION BY JULY 1ST (HIGH RISK)
### GOAL: CLOSE ALL NON-USDA CENTERS

- **IN-DIRECT APPROACH-** Provide little/or no advance communication
- **BENEFITS:** No advance warning prevents leaks, averts strategic targeting from opposition
- **STRIKE IMMEDIATELY**: Cancel 99 contract center contracts (exclude the 24 USDA untouchables[i]) using "Convenience of the Government" [ii]clause in contracts
  - REDUCE CENTERS IMMEDIATELY TO MEET FY25 BUDGET AND RE-ESTABLISH PROGRAM FOR SUCCESS
- **IMMEDIATE REACTION:** Nationwide backlash from Hill, Job Corp Caucus, Labor Unions, Job Corp Association, Homebuilder Association, Students, Parents, NFOs, Contractors, etc…
- **AFTERMATH:** 11k center workers without jobs, 25k students, contract termination fees, equipment, leases, properties…etc..
- **RAPID RESPONSE:** Center contractors immediately develop transitional plans to phase students out of program; Govt provides Rapid Response: On-site UI, Job Fairs, Peace Corp, Recruiters -armed forces, etc..
- **NO NEGOTIATIONS:** No center could be re-opened due to political fallout.
- **MEDIA:** Publicity of Job Corp data, performance; incidents; costs.
- **PEACEMAKING:**
  - Meet with Union Heads to discuss how all union labor work will be moved from closing centers to the 24 USDA Centers/ trade-up for future forest workers/Ensure Labor Union staff are connected to the USDA sites for employment.
  - Create Apprenticeship Programs for Forestry, Carpentry at USDA sites.
  - Legislation is still in place. Regulatory and statutory cleanup to keep USDA programs operating and birth a new program.
  - Create a partnership with Community colleges to provide the Job Corp without brick-and-mortar sites
  - Allocate the PY25 Funds to states to operationalize State Job Corp programs; also peacekeeping tactic.
- **OUTCOME:** Job Corp Center operations eliminated at all sites but 24 USDA sites. No longer a massive federally operated program with 99 contracted centers managed by USDOL. Present a new program from ground zero that serves this targeted population. Launch positive Media Campaign of the rebirth of the America's Job Corp program.

Page **1** of **4**

# EMBARGOED

## OPTION 2: DISMANTLE (HIGH RISK)
### GOAL: RECTIFY BUDGET SHORTFALLS BY REDUCING PROGRAM SIZE

- **DISMANTLE THE COALITION ARM:**
  - ○ **LAUNCH IMMEDIATELY:** Develop nationwide communication roll-out plan- wide spread publicity of Job Corp data reflecting costs, performance; incidents; fraud, abuse...
  - ○ **BUILD ALLY PARTNERS:**
    - ▪ MESSAGING: "MUST REDUCE NUMBER OF CENTERS TO MEET FY25 BUDGET AND REDUCE SIZE OF PROGRAM TO SAFELY AND SUCCESSFULLY SERVE OUR AT-RISK YOUNG ADULTS."
    - ▪ **UNIONS:** Meet with Union Heads to discuss how all union labor work will be moved from closing centers to the 24 USDA Centers/ trade-up for future forest workers/Ensure Labor Union staff are connected to the USDA sites for employment
    - ▪ **JOB CORP ASSOCIATION**: Do not blindside or they will run to the Hill. Size reduction is the only choice to save program.
    - ▪ **USDA**: Create an Apprenticeship Programs for Forestry; Carpentry for USDA sites
    - ▪ **HILL**: Build small coalitions supporting JC closures; build allies in Job Corp Caucus

- **ROUND 1- ELIMINATE X#[iii] CENTERS - LOW OCCUPANCY, COSTLY, LARGE CENTERS STATE:**
  - ○ Terminate the X # of contracts from the 99 Contract center contracts (exclude the 24 USDA untouchables) using Termination for Convenience of the Government" clause
  - ○ Low legal risk[iv]; termination fees will occur
  - ○ Center operators with lowest capacity cannot deny not having participants
  - ○ Large Centers burn through the budget
  - ○ A consolidation will allow us serve same number of students by filling the beds rather than operating multiple centers in a state with low occupancy

- **THE TRANSITION PLAN (FOR THE X# ELIMINATED CENTERS):**
  - ○ Transfer students from the eliminated centers to the other active contracted centers and 24 USDA sites
  - ○ Reshape the FY25 budget to serve fewer contract centers

- **ROUND 2- ELIMINATE REMAINING X# CENTERS:**
  - ○ **OPTION 1- FY26 –** Transition programs to a non-brick and mortar program by partnering with community colleges to advance America's Job Corp Programs
  - ○ **OPTION 2- FY26 –** Appropriate funds to the States to create and manage their own State Job Corp Program

---

## OPTION 3: HYBRID (HIGH RISK)
### GOAL: ADVANCE PUBLIC KNOWLEDGE BEFORE FULL ELIMINATION

000092

# EMBARGOED

- **TACTICAL INTELLIGENCE**- Gain deep knowledge of program, supporters, data, the universe, etc...
  - o **LAUNCH IMMEDIATELY:** Develop nationwide communication roll-out plan- wide spread publicity on Job Corp data reflecting data, performance; incidents...
  - o **BUILD ALLY PARTNERS:**
    - MESSAGING: "MUST REDUCE NUMBER OF CENTERS TO MEET FY25 BUDGET AND REDUCE SIZE OF PROGRAM TO SAFELY AND SUCCESSFULLY SERVE OUR AT-RISK YOUNG ADULTS."
    - **UNIONS:** Meet with Union Heads to discuss how all union labor work will be moved from closing centers to the 24 USDA Centers/ trade-up for future forest workers/Ensure Labor Union staff are connected to the USDA sites for employment
    - **JOB CORP ASSOCIATION**: Do not blindside or they will run to the Hill. Size reduction is the only choice to save program.
    - **USDA**: Create an Apprenticeship Programs for Forestry; Carpentry for USDA sites
    - **HILL**: Build small coalitions supporting JC closures; build allies in Job Corp Caucus

- **OUTCOME:** Job Corp Center operations eliminated at all sites but 24 USDA sites. No longer a massive federally operated program with 99 contracted centers managed by USDOL. Present a new program from ground zero that serves this targeted population. Launch positive Media Campaign of the rebirth of the America's Job Corp program.

_____

**PHASE 3- PEACEKEEPING**:

- MEET LAWMAKERS AND UNIONS IN THE MIDDLE. FIGURE OUT ALTERNATIVES TO THE EXISTING COSTLY PROGRAM WITH MARGINAL OUTCOMES OF PROGRESS

- **Create AMERICA'S JOB CORP PROGRAM FOR TOMORROW'S WORKFORCE**
  POTENTIAL OPTIONS:
  - o ELIMANTE BRICK AND MORTAR CONCEPT FROM THE PROGRAM
  - o PARTNER WITH COMMUNITY COLLEGES ACROSS THE COUNTRY TO ADVANCE PROGRAM
  - o ESTABLISH STATE JOB CORP PROGRAMS BY GIVING THE FUNDS DIRECTLY TO THE STATE
  - o INCORPORATE THE JOB CORP PROGRAM AT JUVENILE JUSTICE CENTERS WHERE THERE IS EXISTING RESIDENTIAL INFRASTRUCTURE

**ENDNOTES**

Page **3** of **4**

# EMBARGOED

---

<sup>i</sup> USDA Site Locations: Refer to Map

<sup>iii</sup> Termination for Convenience of the Government "Nothing in this clause affects the right of the Government to terminate this contract pursuant to the clause of this contract entitled "Termination for Convenience of the Government."-

- No explanation needed for "convenience"
- Brief staff and COR- Ensure COR understands negotiation role
- Issue brief notice in advance to Centers
- Issue a Termination of inconvenience effective X date and require by X date that X needs to done.
- Negotiate termination fees and needed program costs that are applicable to transition students and successfully stop operations.

<sup>iii</sup> The Elimination List
<sup>iv</sup> Legal Consequences are being compiled

Page **4** of **4**

000094

Message
_____

| | |
|---|---|
| **From:** | McGee, Erin L - ETA |
| **Sent:** | 4/23/2025 7:19:06 AM |
| **To:** | Laco, Marek S - ETA                    Frazier, Susan (Lori) - ETA |
| **CC:** |                    - ETA |
| **Subject:** | OJC - OSEC Prep Info Requests 4.22.25 |
| **Attachments:** | OJC PY24 Center Pause Rationale.docx; Job Corps Demo Concepts 4.22.25.docx; Basic Activities and Timelines to Suspend Ctr Ops 4.23.25.docx; Detailed Process to Effectuate Pause in Ops 4.22.25.docx |

Good morning, Marek and Lori, following up on our meeting yesterday end of day. In the interest of time, I am sending several files now and will follow up with the various downsizing options as soon as I can this morning. This first email includes items 1-4 below. I'll send 5 and 6 as soon as able this morning. I do need to get with our Budget Director on a few things but the good news is that we located the original right sizing PPT deck.

1. PY24 Center Pause Rationale – ETLS informed. Explains how we used OY timing plus the sustainability tool plus other real-time factors to arrive at the two centers to pause in Dec 2024.
2. Job Corps Demo Concepts (new, 3 ideas)
3. Basic Activities and Timelines to Suspend Ctr Ops 4.23.25
4. Detailed Process to Effectuate Pause in Center Operations (2024 steps)
5. Recent Demonstration Projects and Outcomes (JC Scholars Program, Louisiana National Guard Youth Challenge, State of Idaho)
6. Right-Sizing Options

I know there's not much time, but if you need more or different, let us know.

Thank you,
Erin

**Erin McGee**
**Acting Administrator**
ETA/Office of Job Corps
U.S. Department of Labor

*Reviewing Job Corps Center Option Year awards, and recommending minimal center pauses, based on modified sustainability analysis criteria*

Given the immediacy of the operating budget shortfall, even in light of the previous actions detailed, OJC recommends examining PY 24 option year contracts for additional cost savings. Potentially not exercising an option year for a contract—and thus pausing[1] operations at a center—is not a decision Job Corps takes lightly. As a legal and contractual matter, a contract option is just that: optional. The agency need not provide any explanation for why it has not exercised an option under its contracts. Nevertheless, DOL utilized a principled methodology to identify centers to not exercise its option, ensuring the approach is not only consistent with law but also within DOL's mission, and in a way that is fair and rational, and best suited to the present budgetary circumstances.

For long-term sustainability of the program, Job Corps had previously developed a comprehensive risk rating system for Job Corps centers. The Sustainability Rating Methodology was developed using a model with two primary criteria: Risk and Performance. Attachment A describes the long-term methodology in full, but in short, the "risk" category estimates operational risk based on current and future facilities risk; the "performance" category uses multiple measures of performance to score programmatic outcomes of centers over the past 10-years.

Because of the immediate need to achieve savings in PY 24, Job Corps developed a modified approach, utilizing the Sustainability Rating Methodology as a component of—not the exclusive basis for—the evaluation of centers. The following describes the approach taken to arrive at the recommendation:

The review focused on how to objectively achieve sufficient savings needed to reconcile this year's program budget. The leading factor in formulating recommendations was the timing of contract option year awards.  Specifically, 47 centers have contract renewals in PY 24 from January through June 2025. Examining centers with contract option year awards, staff then applied the composite risk rating (described in more detail in Attachment A) utilizing the Sustainability Rating Methodology to the centers. Only centers with scores in the bottom 50 percentile of those reviewed were retained for further review; this criterion narrowed the list from 47 to 24 centers. Next, the onboard strength percentage was then analyzed, with staff analyzing each of the 24 centers' planned enrollment and compared to its actual enrollment. Staff identified 12 centers with OBS under 75 percent of planned capacity.

---

[1] Pausing means not exercising an option year, relocating students to other centers, and establishing a caretaking contract of the facilities. No center is being closed; later language in this document identifies conditions for unpausing a center.

Because the program's overarching concern is to limit the impact of this exercise on students and potential students by pausing operations at as few centers as possible, Job Corps looked at the centers where the greatest savings could be realized, which narrowed the number of centers from 11 to 5.[2] Job Corps assessed the five centers that would generate the most savings based on the physical condition of the centers and the safety environment at the center based on recent assessments and significant incident reports. Program staff also considered the number of centers in state and the general proximity of the center to other centers as well as eligible students in the state. Based on these factors, Job Corps is recommending Woodstock and Whitney M. Young as sites at which DOL would not exercise the next Option Year and pause operations. The program thinks that pausing operations at these two centers will generate sufficient savings.

Of the five centers, pausing operations at Woodstock would yield the second highest level of savings. In addition, given its current physical condition, Woodstock is effectively uninhabitable. Woodstock's capital structure is physically obsolete at 100-years-old. The facility is currently under emergency closure due to the campus having neither heat nor hot water since November 29, 2024. The temperature at the campus has been averaging 45 degrees. As a result, the 255 students initially placed on administrative leave; however, the difficulty for vendors to find replacement parts has extended the emergency closure through December 20, 2024, which now aligns with the program's winter break commencement. Woodstock is close to several centers, so transferred students will be reassigned to centers reasonably close to their home in alignment with WIOA's center assignment requirements.

Pausing operations at Whitney M. Young would yield the fourth highest level of savings of the five identified centers, just under $500,000 less than Charleston. Despite this difference, the location of the center, available students in Kentucky, and recent assessments led staff to recommend pausing operations at Whitney M. Young. Whitney M. Young is one of seven centers in Kentucky, in reasonably close proximity to centers in Indiana, Ohio, and other centers in Kentucky. There are fewer centers in proximity to Charleston and more eligible youth in West Virginia, which argued for maintaining operations at Charleston. In addition, while both centers have had safety and discipline issues, recent issues at Whitney M. Young are such that staff is concerned about the continued presence of students there. During a targeted assessment in October 2024 in response to a student death, DOL identified substantial, repeat findings first reported to the center operator in April 2024, during a comprehensive center assessment. The center was cited for significant compliance deficiencies in student attendance and status including accounting for the whereabouts of its 16–17-year-old minor students. In October, when the student death occurred, records indicated the deceased student as well as others had incorrectly been placed on leave status. The program non-compliance coupled with the incidence of unauthorized absences jeopardizes students' safety.

---

[2] While pausing operations at Keystone would yield the greatest savings, because that contract is for the operation of two centers, taking the necessary contractual action to pause operations would not yield savings.

The USDA Forest Service Civilian Conservation Centers were not considered as candidates for pause for PY 24 because those centers are operated through an inter-agency agreement (IAA) between DOL and the USDA rather than through a contract with option years. Pausing a USDA center is a lengthier and more complicated process due to the provisions of the IAA, especially concerning federal personnel, and thus did not present a viable opportunity for savings this program year.

Process for Pausing a Center:

Should a recommendation be approved to pause a center, JCAS would communicate to the contractor not less than 30 days prior to the end of the current contract period that the contractor's next option will not be exercised.  In that notification, DOL will also communicate the process the contractor will follow to "transition" the center to on-pause status, so that by the last day of the center operator's current contract, all necessary actions to transfer students, records, equipment and supplies are complete.  In addition, JCAS will work to set up caretaker services for the center during the pause period and award contracts to set up Outreach and Admissions services for the geographical recruitment zone that was covered by the center operator. The students would be relocated to nearby centers and the center would have a caretaking contract put into place to secure and maintain facilities.

Considerations for Unpausing a Center:

Job Corps recommends unpausing a center when the program can maintain a structurally balanced budget without a projected shortfall.  Understanding that the program will most likely not receive an infusion of resources, staff are planning to utilize the Sustainability Rating system holistically, across all centers for PY 25, to ensure program viability.

*PY 25 and Beyond*

While currently underway and required actions for PY 24 are projected to mitigate the immediate operating deficit, additional action is required to ensure the medium- and long-term financial stability of the Job Corps program. OJC has developed a long-term sustainability analysis of centers. OJC's approach is based on asset management and performance-based methodology. Criteria considered include physical structure, deficiencies, FEMA Risk Score as well as a center's program performance over a ten-year period. The program indicators are onboard strength, graduation rate, and job training match to industry.

**Job Corps Demo Concepts 4.22.25**

**Demo 1: Shipbuilding Technical Education and Relocation Center**

Job Corps will designate centers that are strategically located near major shipbuilding locations to align all technical education offerings to meet the entry level occupation requirement for the employers that make up the local industry. For example: Job Corps may leverage the Gulfport Job Corps Center to provide critical training within the shipbuilding industry such as Welding, Pipefitting, Sheetmetal, and Inside/Outside Machinist to develop sought-after talent needed to build a consistent talent pipeline for Navy shipbuilders along the Gulf Coast (Huntington Ingalls, Austal, Bollinger).

To further this effort, Job Corps proposes to initiate a Job Corps Transition Hub Advanced Training program at each location, allowing the center to act as a receiving center for other centers to transfer program graduates that possess the requisite skills necessary to qualify for employment within the shipbuilding industry the center is aligned with.

Additional target locations:

- San Diego Job Corps-General Dynamics
- Blackwell Job Corps-Fincantieri Marinette
- Exeter, Loring, Penobscot Job Corps- Bath Iron Works and Portsmouth Naval Shipyard
- Cascades Job Corps-Puget Sound Naval Shipyard
- Potomac Job Corps-Newport News

**Demo 2: Job Corps/American Job Center Eligible Training Provider (ETP) Collaboration for Better Career Technical Education Outcomes**

Job Corps will designate centers that will be partnered with local American Job Centers (AJC) for the purpose of engaging in the portfolio of Eligible Training Providers (ETP) that have been developed through the Local Workforce Development Boards (LWDB). Rather than pre-selected technical education programs designated Job Corps centers will partner with local AJC's to co-enroll students and subsequently enroll them into ETP's for which they qualify for. In this set-up,  Job Corps operators manage the intensive wrap-around services such as housing, transportation, and health care that traditional centers currently perform but allow ETP's to provide the technical education programming that is critical to local employers while also realizing cost savings related to Job Corps operations.

**Demo 3: Job Corps Pre-Military Enlistment Centers**

Job Corps operators enter into cooperative agreements with military factions such as Army National Guard, Army Reserve, Navy Reserve or other factions to include full-time military for the purpose of housing, educating and training participants to enter into

military service. Training and residential staff would be inclusive of National Guard or Reserve factions while remaining departments could function as a traditional Job Corps campus. Training focuses on meeting enlistment criteria such as HSD/HSE and includes technical education specific to meeting basic training requirements, such as:

- Physical Fitness
- ASVAB Testing and Training for the purpose of achieving desired military occupation
- Drill and Ceremony
- Military Dress
- Understanding the Organizational Structure
- Understanding Military Careers

Job Corps centers would be designated as "Army Centers" or "Navy Centers" due to unique focuses on branches of the military. The primary goal of graduates from these centers is to achieve military enlistment.

Snapshot of most basic activities that would need to occur in an Option Year non-renewal situation and a Term for Convenience or "T for C" scenario. This assumes that the contracts are fully funded. Estimated timelines are per center/contract. Should DOL/ETA/OJC need to perform these actions across multiple centers (30-40), it would be necessary to work in phases or batches of no more than 3-5 centers at a time. Much of the below is performed at the center level and with direction to center staff provided by the center operator pursuant to technical direction from the government. However, ongoing clarifications, coordination, and oversight on the part of the OJC and JCAS federal staff has been critical to the timely completion of the actions described below.

| Option Year Non-Renewal: | Contract Termination for Convenience: |
|---|---|
| <ul><li>Notification to forego Option Year. **(3 Months)***</li><li>Phase-out costs based on the current contract (typically $100,000 per contract but does not include property transfer expenses).</li><li>The option year phase-outs would be identified and scheduled based on the current contract year. This phase-out process could take up to one year based on the timing of the current contract period. **(Up to One Year)**</li><li>Students transferred to the nearest center that offers the same Career Technical Training as currently enrolled. **(Two weeks)**</li><li>Implement the operator's phase-out plan to include the following:<ul><li>Transitioning of all students' hard copy records. **(2 weeks)**</li></ul></li></ul> | <ul><li>Notification of Contract Termination **(Unknown Ideal Timeline-Is a Bi-lateral Action)***</li><li>Phase-out costs based on the current contract</li><li>Staff severance to be paid in accordance with state requirements or operator established policies. **(30-days)**</li><li>Negotiated final contract expenses. **(30-days)**</li><li>Students transferred to the nearest center that offers the same Career Technical Training as currently enrolled. **(Two weeks)**</li><li>Implement the operator's phase-out plan to include the following:<ul><li>Transitioning of all students' hard copy records. **(2 weeks)**</li><li>Scanning and uploading all student records into CIS. **(2-4 weeks)**</li></ul></li></ul> |

- Scanning and uploading all student records into CIS. **(2-4 weeks)**
- Complete 100% inventory of the Government furnished equipment (GFE) to include DOL approval and board of survey. **(4 weeks)**
- Transition all utilities and other services to the caretaker contract. **(1 day)**
- Finalize all outstanding CRA projects. **(Variable)**
- Notify all contacted services of the ending of the contract, including leased office space. **(30 days)**
- Transition the GSA owned vehicles. **(30-days)**

- Transferring of property for the centers that are being paused. **(90 days)**
- Complete staff off-boarding. **(30 days)**
- Establishing a caretaker contract for each center paused. **(120 days)**

- Complete 100% inventory of the GFE to include DOL approval and board of survey. **(4 weeks)**
- Transition all utilities and other services to the caretaker contract. **(1 day)**
- Finalize all outstanding CRA projects. **(Variable)**
- Notify all contacted services of the ending of the contract. **(30 days)**
- Transition the GSA owned vehicles. **(30 days)**

- Transferring of property for the centers that are being paused. **(90 days)**
- Complete staff off-boarding. **(30 days)**
- Establishing a caretaker contract for each center paused. **(120 days)**

*Earlier notification raises risk of contracted center staff departure in higher volume leading to decreased capacity to execute.

## Step-by-Step to Realize Center Operations Pause

### Step 1: Notify Stakeholders

- JCAS notifies the Center Operator that the contract will not be renewed and that operations will be suspended. This must occur at least 30 days but ideally 45-60 days before the expiration of contract.
- The Center Operator informs employees, students, suppliers, clients, and other stakeholders of the closure decision.
- National Office establishes a dedicated email inbox for all questions related to the suspension of operations.
  - Must identify who will monitor and respond to all incoming inquiries and ensure all applicable staff (e.g., COR) have access to the inbox.

### Step 2: Develop a Suspension of Operations Plan

- Regional Office establishes recurring weekly meetings with Regional Office staff, National Office staff, JCAS, center operator, and center leadership.
  - At the first weekly meeting, attendees will discuss key areas of focus for the suspension (e.g., student transfers, property, facility, etc.).
- Draft a detailed closure timeline with milestones and deadlines. Some set deadlines include:
  - 15 days before contract ends, the phase-out plan is implemented.
  - On last day of contract, the Caretaker contractor is on site for the handover.
- Regional Office will provide center/operator with checklists and forms to aid the organization of information during the suspension of operations, including:
  - Sample Contract Transition Checklist (See Attachment A - SAMPLE - Contract Transition Checklist)
  - Regional Office will provide Form 5-10 Job Corps Center Operator Transition – Facilities, Health/Safety, and Fleet Vehicle Checklist (See Attachment B - Form 5-10 Checklist)
  - Sample Standard Operating Procedure Action Checklist (See Attachment C - SAMPLE SOP Action Checklist)
- National Office will provide list of all GSA vehicles and L-tag vehicles assigned to the center.
- Regional Office will download center Master Property Inventory from JCRL (Job Corps Resource Library) and COR will provide the latest quarterly property certification from the center.

### Step 3: Communication

- Center will provide Regional Office list of all student email addresses and parent/guardian email addresses for notification.
- Work with Communications/OPA to develop notification email to both parents and currently enrolled students to inform them of the suspension (See Attachment D - SAMPLE Parent-Guardian Notification)
- Coordinate with National Office staff for an approved script to be used for both the in-person and virtual meetings.
- National Office will develop a document of FAQs as a reference to use for staff and students.

- National Office will establish a dedicated email Inbox that will be provided to students to be monitored by the Regional staff. The COR, or designated official, will respond to questions from students and elevate questions to leadership if needed.
- If feasible, Regional Office personnel will travel to the impacted center to meet with all students to discuss the suspension of center operations; a follow-up virtual call should also be established for those students not available in person or for those with further questions.
  - o Office of Job Corps will draft and center will distribute approved email notification regarding the suspension of center operations to all students and parents/guardians of minor students.
- Regional and National Office staff will hold weekly Transition meetings to discuss ongoing status and identify any pending issues that need to be addressed.
- Region Office will notify local Office of Public Affairs of the upcoming suspension of center services and refer all media inquiries to them and the National Office.
- Media inquiries relating to staff can be addressed by the center operator (not federal employees); any other media requests should be directed to local OPA office, with notification to National Office.


## Step 4: Student Transfers

- Students should be transferred based on their CTT choice and the center closest to their home that has availability. An explanation is required for any student deviating from their CTT choice.
  - o Preference will be to keep student within the same Region but can be transferred to centers outside of the Region based on CTT availability or other extenuating circumstances (e.g., live outside of the Region).
- Determine if ASWR will be an option – decision by National Office (1 year to return).
- For ACT (college) students, have plan of action for each student and ensure that case notes are kept up to date.
  - o Identify program they are enrolled in and college.
  - o Discuss options available to students who may be in mid-semester of ACT program.
- National Office will provide list of CTT programs and slot availability to the center as soon as possible.
  - o Regional Office will review and confirm the slot availability upon receipt.
- Center will provide list of all active students and include the following information: student name; ID; current age; HSD status; assigned CTT; CTT TAR completion % and City/State for their home of record (See Attachment E – Active Student Outcomes Status List).
- Center will provide list of all students on MSWR status, including: student name, ID, current age; HSD status; assigned CTT; CTT TAR completion %; City/State for their home of record; MSWR start/end date; include column if student has been compliant with the MSWR process; include any special circumstances known (i.e., has specific medical needs; health insurance issues, etc.
- Center personnel will contact each student individually to discuss options based on their CTT area, trade completion, individual concerns and openings (See Attachment F - SAMPLE CTT Crosswalk).
  - o Center will provide a list of potential transfer center locations based on the student discussion to the Regional Office for approval
  - o Preference will be given to retain students within the Region but can be placed outside of Region based on need/individual circumstances.
- Regional COR will confirm proposed student transfers according to their career technical trade choice and closest home location.

- Center will provide ongoing updates of the status of each identified active student until all students have either transferred or separated.
  - Explanation should be provided on all students that have not either transferred or separated for each report submission update.
  - Updates are required at minimum twice per week; Region will review and forward to National Office Staff.

## Step 5: Records Management

- Retain records as per statutory requirements.
- Center personnel must confirm all student records are updated and uploaded in applicable CIS locations, including health/wellness records.
  - Regional Office staff should confirm no remaining hard copy records during a site visit.
  - Any noted records must be scanned into the applicable CIS location and the center must verify (via 3rd Party certification) that all hard copy files have been appropriately scanned. This confirmation must be sent to the Regional Office.
- Center must ensure all Training Achievement Records (TAR) are updated by instructors and students and all credential attainments have been updated in CIS prior to any transfer/separation.
- Center must identify any hard copy records remaining on center.
- Center books containing student accession/transfer numbers for the Federal Archives must be secured; books/documents will need to be shipped to the Regional Office for safe keeping and use in responding to records inquiries; (box contents need to be labeled for easy identification) no less than 2-weeks prior to the end of the contract.
- Centers must identify any active records requests in progress that will not be completed prior to the end of the contract.
  - Regional Offices must be prepared to begin addressing all student records requests at minimum one-month prior to the contract end date, or other date as specified by the Regional Office.
- Centers must provide a list of all POCs (name, email; phone) for current (and all known) on-line HSD programs and/or co-enrollments with area high schools or Other Training Provider sites.
- As students transfer to new center locations, all hard copy medical records must be shipped to the receiving center in conjunction with student arrival to that center.
  - Documents must be securely packaged in accordance with HIPAA and Privacy Act regulations.
- Center accountability logs/sign-in sheets and other residential log books must be secured and labeled.
  - Operator must notify Region where the secured materials will be stored.
- Staff personnel records remain with the operator and is at their discretion on how to address.
- Center operator must cancel any center-specific licenses, permits, and certifications.

## Step 6: Outreach/Admissions and CTS Activities

- National Office, in conjunction with Regional Office, will determine where applicant files and NEAP Workforce Development Areas (WDA) will be reassigned.
  - OA Quota goals may or may not be reassigned to another contract.
- Upon notification of suspension of operations, National Office will disable the OA Provider's ability to assign students to Center.
- Operator must provide a list of active applicant files and their current status; Those files will need to be transferred to the identified OA Provider as soon as possible.

- Regional Office must initiate contractual modifications identifying any WDA changes or increase/decrease in OA quota goals; same action applies to center arrivals.
- OA Provider must make contact with all applicants to inform them of the pending changes and provide them with contact information for their newly assigned OA provider.
- CTS services will continue to be performed by the operator until no later than 15 days prior to the end of the contract, or based on other Regionally approved date.
- Contractor will provide a list of all active CTS caseloads for transfer to the identified CTS provider.
- National Office will work with JCDC on the transfer of identified CTS caseloads to the new CTS provider.

## Step 7: Facility Management

- Center must identify all facility related concerns and ongoing projects; each project should identify the Deficiency number, amount funded, amount expensed to date, and the projected completion date to the Regional Office.
- Outgoing center operator must continue to maintain facility upkeep and preventative maintenance until the caretaker contract begins.
    - Center must coordinate with Regional Office/ESC staff regarding any new facility repairs to determine if necessary and if can be completed prior to the contract termination date.
- Regional Office will request access to Asset Essentials for the Caretaker operator during the transition process.
- Outgoing Center Operator must terminate leases or contracts for office spaces and utilities in accordance with the contract termination date.
- Arrange for the disposal or transfer of physical assets; coordinate with National Training Contractors to be on location to remove assets, under supervision.
- During transition process, caretaker operator and center operator will be on-site for property/facility assessment and hand-off of facility keys.
    - COR, or designated Regional staff, should be on site during final week of transition to address any potential issues and confirm facility status.
- Conduct a final walkthrough to ensure premises are vacated.

## Step 8: Property

- With the exception of student Chromebooks and NTC owned property, ALL other remaining property will remain on center unless otherwise noted by the National or Regional Office. Center operators must secure all items in an orderly manner to the extent possible.
- Center must conduct a 100% audit of all property once they are notified of suspension of center operations.
- For NTC owned equipment, the NTC must arrange for the pick-up and transfer of NTC owned property prior to the contract end date.
    - NTC operator should coordinate with National Office POC on the reallocation of assets to other designated NTC sites.
- Where feasible, and in coordination with the Regional Office, property should be consolidated into identified locations that are secured and can also allow for easy access for accountability.
    - Computer equipment can be relocated into secured locations (can be by building or in single locations) - but must ensure that property is clearly accessible for inventory purposes.
    - Dorm/classroom televisions, smart boards or other external equipment can be consolidated into single areas (e.g., Dedicated classroom).

- - o  Dorm mattresses can be relocated to a dedicated space.
  - o  Kitchen equipment (pots/pans/dinnerware/etc.) needs to be secured and protected to the extent possible.
  - o  CTT tools/equipment should be secured and locked in the applicable CTT area, unless otherwise noted by the Region.
- Operators will ensure all leased property or products are returned to supplier.
  - o  Operator will provide a list to the Regional Office of all leased property that is being returned (e.g., washers/dryers; vending machines; postage meters, etc.).
- Center must assess operational status of student Chromebooks. The number of operational Chromebooks must be provided to the Region for distribution to other centers.
  - o  The contractor should collect all Chromebooks assigned to individual students.
- Regional Office staff will coordinate and identify the allocation of student Chromebooks to other centers.
- For leftover personal student property, center must coordinate with the student to pack remaining belongings and either ship to student identified address or to the transferring center.
  - o  It is recommended that staff FaceTime with students while packing to ensure correct items are packed.
- With local students, centers may arrange for students to report to campus to retrieve their belongings while under supervision of center personnel; (note:  facility issues must be accounted for with this option).
- All consumables (food, office supplies) can be removed by the operator when no longer needed and at their discretion.
- Student uniforms and other center specific clothing can either be packaged (preferably plastic totes) and remain on campus or the operator has the discretion to redistribute those items as they choose.
- Outgoing center operator will engage in normal property transfer procedures with the incoming caretaker operator.
- Outgoing center operator must submit all Relief of Accountability requests to their COR and Regional Property Officer upon completion of the 100% accountability audit.
- Regional Office COR and/or Regional Office Property, or other designated official, will be on site during the final week of Transition to the caretaker contact to ensure smooth turnover of items and to confirm the physical condition of the facility.

## Step 9: Secure Data and IT Infrastructure

- Centers with camera systems will continue to remain operational and be supported by JCDC.
- Caretaker contract must have an Internet Service Provider to ensure center alarm panels/systems remain operational.
  - o  Phones are Voice Over IP but require an internet connection.
- Caretaker contract may be required to establish a separate phone line
  - o  Check with DFAM on center Fire panel requirements as it may require an independent phone line managed by operator.
- Decommission IT systems and dispose of hardware as per data protection regulations.

## Step 10: Transportation/Fleet

- National Office will provide Regional Office a list of all GSA and L-tag vehicles assigned to the center; Regional Office will confirm list with center.
- Regional Office will coordinate with other Job Corps Centers on potential transfer of any GSA vehicles.

- o   National Office Property Officer (DFAM Unit) must give final approval for all anticipated GSA vehicle transfers.
- Center operator will notify GSA representative of the need to return/transfer GSA vehicles (in coordination with Regional/National Office staff).
- Regional Office/JCAS will coordinate with Caretaker operator on what maintenance vehicles may need to remain on center (e.g., trucks w/ plow attachments), if any (confirm with JCAS regarding provision of vehicles in the caretaker contract).
- Caretaker operator will accept responsibility for any remaining GSA or L-tag vehicles until such time as transfers to new locations can be accomplished.


## Step 11: Financial Management

- Center operator to provide balance of SGA funds to the Regional Office once all students have been reassigned.
  - o   With Regional coordination, funds may be distributed to other centers, preferably where the students were transferred to, prior to the contract termination date.  Outgoing operator may also arrange to have the remaining funds split amongst the students remaining in the program and added to their debit (e.g., Wisely card), if applicable
- Petty cash funds belong to the center operator.
- Regional Office will contact CITIBANK to suspend the student travel card once all students have been transferred off the center.
- Center operator will terminate any lease agreements upon contract end date (unless discussed as part of caretaker contract assuming responsibility of the lease).
- Center operator must settle outstanding debts and liabilities.
- Center operator must provide a list of any financial obligations that may extend beyond the normal last invoice submission for the contract.


## Step 12:  Contract Management

- Region will initiate all contract requisition changes for realignment of LWDA areas/arrival goals for other contracts.
  - o   JCAS/Regional Office may determine an REA (request for equitable adjustment) may be needed based on changes to a center's Scope of Work.
- Region will request funding for Phase-out costs as identified in the contract award and ensure contract requisition is processed.
  - o   Any deviation from the costs identified in the contract award will require documentation from the operator.
- Centers will continue to invoice as normal (despite no OBS), including applicable takebacks as identified in their contract (e.g., OBS takebacks).
- Once contract is completed (if terminated prior to end of 5-year contract), Regional Office will terminate the contract in FMS.
- Regional office will have oversight of the caretaker contract for the Center.
  - o   Region must submit COR Nomination letter for designated staff.


## Step 13: Other Policy Considerations

- Students who are still in their TEAP probationary period will have their clock stop if they are placed in an Admin Leave status due to the center suspension of services.  Once they are

transferred and arrive at their new center, the clock will resume at the point where it stopped. Re-testing will continue to follow the PRH timeframes of 37 to 42 days for the retest.

- All TABE records are stored in CIS and will transfer to the destination center with the transferring student. Students will continue with academic instruction and re-testing if necessary.

Message

| | |
|---|---|
| **From:** | McGee, Erin L - ETA |
| **Sent:** | 4/23/2025 9:57:57 AM |
| **To:** | Laco, Marek S - ETA ████    Frazier, Susan (Lori) - ETA ████ |
| **CC:** | ████ ETA ████ |
| **Subject:** | RE: OJC - OSEC Prep Info Requests 4.22.25 |
| **Attachments:** | Overview Deck for Recent Demos 4.22.25.pptx |

Email transmission 2 with a PPT deck on the Recent Demonstration Projects and Outcomes (JC Scholars Program, Louisiana National Guard Youth Challenge, State of Idaho)

I'll send the updated right-sizing deck as soon as it's available.

Erin

**From:** McGee, Erin L - ETA
**Sent:** Wednesday, April 23, 2025 7:19 AM
**To:** Laco, Marek S - ETA ████    Frazier, Susan (Lori) - ETA ████
**Cc** ████ ETA ████
**Subject:** OJC - OSEC Prep Info Requests 4.22.25

Good morning, Marek and Lori, following up on our meeting yesterday end of day. In the interest of time, I am sending several files now and will follow up with the various downsizing options as soon as I can this morning. This first email includes items 1-4 below. I'll send 5 and 6 as soon as able this morning. I do need to get with our Budget Director on a few things but the good news is that we located the original right sizing PPT deck.

1. PY24 Center Pause Rationale – ETLS informed. Explains how we used OY timing plus the sustainability tool plus other real-time factors to arrive at the two centers to pause in Dec 2024.
2. Job Corps Demo Concepts (new, 3 ideas)
3. Basic Activities and Timelines to Suspend Ctr Ops 4.23.25
4. Detailed Process to Effectuate Pause in Center Operations (2024 steps)
5. Recent Demonstration Projects and Outcomes (JC Scholars Program, Louisiana National Guard Youth Challenge, State of Idaho)
6. Right-Sizing Options

I know there's not much time, but if you need more or different, let us know.

Thank you,
Erin

**Erin McGee**
**Acting Administrator**
ETA/Office of Job Corps
U.S. Department of Labor
████ (mobile)

# Overview of Recent Job Corps Demonstration Projects

Scholars, Louisiana National Guard, and Idaho Department of Labor Demos.



Job Corps Scholars Grants

 **U.S. DEPARTMENT OF LABOR**

## High-Level Overview

- Purpose as stated in FOA "The Job Corps Scholars Program, conducted as a demonstration grant program, allows Job Corps to explore how it may execute its mission in a manner that decreases the government's cost and increases program outcomes."

- Project's cost per participant was approximately $14,000 per student. Job Corps' cost per enrollee in PY 2017 was $34,301. Its cost per graduate was $57,312.

- Approximately $24 million awarded to 26 grantees (public colleges and universities) in 15 states.

- Awarded in June 2020 and launched in September 2020

- Period of Performance – 39 months

- Each grantee aimed to serve at least 80 Job Corps eligible youth during the period of performance. At full performance, 2,080 students should be served.

 **U.S. DEPARTMENT OF LABOR**

## List of Awardees

**California**: Kern Community College District

**Florida**: Broward College, Palm Beach State College, and Northwest Florida State College

**Georgia**: Atlanta Technical College

**Iowa**: Indian Hills Community College and Des Moines Area Community College

**Kentucky**: Bluegrass Community and Technical College

**Louisiana**: Southern University at Shreveport

**Michigan**: Grand Rapids Community College and C.S. Mott Community College

**Missouri**: St. Louis Community College, and Community College District of Central Southwest Missouri

**New York**: Mohawk Valley Community College and Research Foundation of City University of New York obo Kingsborough Community College

**North Carolina**: Central Carolina Community College, Winston-Salem State University, and Vance Granville Community College

**Ohio**: Terra State Community College and Lorain County Community College District

**Oregon**: Chemeketa Community College District and Clackamas Community College

**Texas**: Lee College and El Paso County Community College

**Washington:** Skagit Valley College

**West Virginia**: Blue Ridge Community and Technical College



# U.S. DEPARTMENT OF LABOR

## Grant-Funded Services

✓ Career Technical Training

- Each educational institution will serve at least 80 students and will provide career technical training to Job Corps eligible youth. Students will select a career technical training program from the list of those programs already offered by the institution. Students are not limited to only selecting skills training certification programs that include earning academic credit.

✓ Personal and Career Counseling Services

- Each educational institution will provide at least two full time equivalent (FTE) counselors to deliver intensive personal and career counseling services (at a ratio of at least 20 students per one counselor).

5

CAREER TECHNICAL TRAINING. The technical training programs offered must not exceed 12 months in duration. If any of the grantees' existing training programs are less than 12 months they need not be extended to qualify for this funding opportunity if the training certification and academic credit requirements of the Job Corps Scholars Program are met. A cohort of at least 40 students would enter the career technical program in the first year and a second cohort in the second year. The Job Corps Scholars will attend classes along with non-Job Corps students.

PERSONAL AND CAREER COUNSELING must include:
1. Conducting an initial assessment to identify, and create a strategy to address, the personal developmental, social, and academic strengths and challenges of each student.
Identify personal and academic strengths and challenges that must be considered and/or addressed during career and employment counseling and planning.
2. Develop, document, implement, and monitor the intervention strategies that were specifically designed to address each student's personal developmental, social and academic challenges
3. Periodically reassess the results of the intervention strategies.This includes documenting the findings of the reassessment, and developing and implementing modifications in sufficient time to allow for student improvement.
4. Establish and monitor progress toward each student's short- and long-term personal and career goals. 5. Encourage the development of cohort support system, as appropriate.
6. Identifying, providing and/or coordinating the delivery of college and community, State, and Federal resources to meet students' identified personal developmental, social and academic needs including, but not limited to, the below.
7. Ongoing structured, scheduled, and documented individual psychological and/or emotional counseling throughout the program. o Academic tutoring and mentoring services.
8. Advising and recommending the most appropriate technical training career pathway after assessing numerous factors, including employment prospects in various trades/fields/areas, and the student's interests and aptitude/skill level, in collaboration with career and employment counselors.
9. Advising on the quality of the various skills training certification programs, including employability and/or labor market demand, and earnings potential.
10. Determining, periodically, how the student is progressing in his/her education and career technical training.
11. Collaborating and sharing information with other staff, departments, and community resources, to the extent allowed by applicable federal, state, and local laws, to ensure the coordinated delivery of needed services to each student.
12. Assessing transitional support needs, developing strategies to meet those needs, and working with employment counselors.



Employment Counseling Services include:

Pre-Separation Services
o Initiating or supporting pre-separation job search efforts.
o Assisting students in assessing their readiness for career transition.
o Ensuring that students are fully prepared to conduct a successful job search or
continuation of postsecondary education or enter an apprenticeship program.
o Preparing students to effectively access resources and services that will assist
them in making a successful transition to the workforce, including into
apprenticeship programs, or further their post-secondary education.
o At least 45 days prior to projected separation, career and employment
counselors will assess and counsel students to determine their capabilities and
review job search skills and strategies as follows:
▯ Sources of employment
▯ Conducting an Internet job search
▯ Completing a job application
▯ Preparing and/or updating the resume
▯ Writing a cover letter
▯ Preparing for job interviews and interview skills
▯ Worker's rights and responsibilities
▯ Strategies for succeeding during the first weeks on a job
o Assisting students in assembling documents necessary for obtaining
employment or enrolling in an apprenticeship program, including earned
credentials that document the student's accomplishments.
o Assisting students in developing a strategy to secure housing, transportation,
childcare (if applicable), health care, work clothing and tools, food and nutrition,
budgeting/money management, and federal funding for advanced education (as
applicable).

• Post-Separation Separation Services include:

o Developing resources to meet transitional support needs. o Providing participants with personalized career transition
services that lead to job placement, continued enrollment in postsecondary education or enrollment in an apprenticeship
program. ▯ Providing participants with job placement and supportive services for up to twelve (12) months following certificate
completion. ▯ Maintaining and documenting direct contact with all participants at least every 30 days during the service period
to reassess their needs. o Providing participants with ongoing support to ensure continued employment, further education,

licensing in the field in which they were certified, and career progression. o Assisting participants in identifying and obtaining support services within the communities in which they work and live. Support services include, but are not limited to, housing, transportation, childcare (if applicable), health care, work clothing and tools, food and nutrition, financial planning, counseling services, job retention, and legal services. o Developing resources to meet transitional support needs.

o Providing participants with personalized career transition services that lead to job placement, continued enrollment in postsecondary education or enrollment in an apprenticeship program.

 Providing participants with job placement and supportive services for up to twelve (12) months following certificate completion.

 Maintaining and documenting direct contact with all participants at least every 30 days during the service period to reassess their needs.

o Providing participants with ongoing support to ensure continued employment, further education, licensing in the field in which they were certified, and career progression.

o Assisting participants in identifying and obtaining support services within the communities in which they work and live. Support services include, but are not limited to, housing, transportation, childcare (if applicable), health care, work clothing and tools, food and nutrition, financial planning, counseling services, job retention, and legal services.

EMPLOYER ENGAGEMENT
o Create new or leverage existing partnerships with employers to identify workforce labor demands. This may include, for example, determining gaps in training and education for specific industries and occupations, an analysis of project employment opportunities, or other methods.
o Determine the extent to which the college or university has training programs that will meet those labor needs. Employer engagement may inform decisions about what future training programs should be offered by the institution, and will contribute to improved job placement activities and rates.
o Seek early placement commitments for Job Corps students



## U.S. DEPARTMENT OF LABOR

## Grant-Funded Services

- Wrap-Around Supportive Services
  - Examples of expenditures for allowable supportive services and materials are below:
    1. laboratory and workshop fees associated with the career technical training/learning activities,
    2. classroom equipment, supplies, and materials (e.g., books and school supplies) personal to the student,
    3. student activity fees,
    4. parking decals and fees,
    5. transportation costs to and from home during the up to 12 months of technical training period and the up to 12 months of employment counseling portion of the program,
    6. meal or food vouchers for the technical training and employment counseling portions of the program, and
    7. any other costs included in the program's cost of attendance, such as those in Section 472 the Higher Education Act of 1965 (20 U.S.C. 1002).

7

Due to the intensive counseling services requirement, it is anticipated that student retention in the Job Corps Scholars Program would be high. The goal is to have students "job attached" by the time they separate from the training portion of the program. Student participants will receive job placement assistance and supportive services for up to twelve months following separation. There is no cap on Supportive Services, from child care to transportation, hotspots, laptops, the colleges have the budget to support the participant based on their individual need.



**U.S. DEPARTMENT OF LABOR**

## WIOA Measures Applicable to All Demonstration Projects

- 6 Primary Indicators for WIOA Projects:
    1. Education and Employment Rate – Second Quarter After Exit
    2. Education and Employment Rate – Fourth Quarter After Exit
    3. Median Earnings – Second Quarter After Exit
    4. Credential Attainment
    5. Measurable Skill Gains
    6. Effectiveness in Serving Employers



## U.S. DEPARTMENT OF LABOR

## Additional Performance Measures for Job Corps Scholars

1. Job Corps Scholars Separation Rate (i.e., completion of the 12-month training certification program);
2. Job Corps Scholars Dropout Rate (i.e., withdrawal, dismissal, or termination from the grantee institution or the Job Corps Scholars Program);
3. Job Corps Scholars Qualifying Placement Rate Upon Separation (number and percent);
4. Job Corps Scholars Qualifying Placement Rate During the 12-month Employment Counseling Period Post-Separation;
5. Job Corps Scholars Average Starting Salary/Wage When in a Qualifying Placement Upon Separation;
6. Job Corps Scholars Average Salary/Wage When in a Qualifying Placement 12 months After Separation;
7. Job Corps Scholars Average Earned Academic Credit Hours;
8. Job Corps Scholars Enrolled in the Armed Services Upon Separation;
9. Job Corps Scholars Enrolled in an Apprenticeship Program Upon Separation (number and percentage); and
10. Job Corps Scholars with Full-time Employment Upon Separation.

### Job Corps Scholars Grants Metrics, Program-to-Date Report

| Grantee | Separation (Completer) | | | Dropout (Non-Completer) | | | Qualifying Placement - Upon Separation | | | Qualifying Placement - 12 Months Post-Separation | | | Average Starting Hourly Wage - Upon Separation | | Average Starting Hourly Wage - 12 Months Post-Separation | | Average Earned Academic Credit Hours | | Armed Services - Upon Separation | | | Apprenticeship Program - Upon Separation | | | Full-time Employment - Upon Separation | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pool | Credit | Rate | Pool | Credit | Rate | Pool | Credit | Rate | Pool | Credit | Rate | Pool | Average | Pool | Average | Pool | Average | Pool | Credit | Rate | Pool | Credit | Rate | Pool | Credit | Rate |
| Atlanta Technical College | 39 | 31 | 79% | 39 | 8 | 21% | 31 | 3 | 10% | 17 | 10 | 59% | 5 | $17.17 | 9 | $19.61 | 31 | 31.90 | 3 | 0 | 0% | 3 | 0 | 0% | 3 | 3 | 100% |
| Blue Ridge Community and Technical College | 87 | 48 | 55% | 87 | 39 | 45% | 48 | 16 | 33% | 43 | 33 | 77% | 6 | $15.17 | 15 | $14.42 | 1 | 41.00 | 16 | 0 | 0% | 16 | 0 | 0% | 16 | 5 | 31% |
| Bluegrass Community and Technical College | 84 | 27 | 32% | 84 | 57 | 68% | 27 | 13 | 48% | 21 | 13 | 62% | 8 | $18.08 | 6 | $18.08 | 15 | 30.27 | 13 | 0 | 0% | 13 | 0 | 0% | 13 | 7 | 54% |
| Broward College | 63 | 34 | 54% | 63 | 29 | 46% | 33 | 0 | 0% | 11 | 0 | 0% | 0 | N/A | 0 | N/A | 3 | 12.00 | 0 | 0 | N/A | 0 | 0 | N/A | 0 | 0 | N/A |
| C. S. Mott Community College | 72 | 48 | 67% | 72 | 24 | 33% | 48 | 20 | 42% | 44 | 32 | 73% | 20 | $19.50 | 31 | $19.02 | 6 | 700.00 | 20 | 0 | 0% | 20 | 0 | 0% | 20 | 20 | 100% |
| Central Carolina Community College | 76 | 35 | 46% | 76 | 41 | 54% | 34 | 1 | 3% | 11 | 3 | 27% | 1 | $15.00 | 2 | $12.50 | 9 | 23.33 | 1 | 0 | 0% | 1 | 0 | 0% | 1 | 0 | 0% |
| Chemeketa Community College District | 86 | 29 | 34% | 86 | 57 | 66% | 26 | 13 | 45% | 24 | 17 | 71% | 6 | $16.78 | 8 | $19.34 | 17 | 26.65 | 13 | 0 | 0% | 13 | 2 | 15% | 13 | 6 | 46% |
| Clackamas Community College | 93 | 54 | 58% | 93 | 39 | 42% | 54 | 42 | 78% | 51 | 50 | 98% | 37 | $18.35 | 43 | $19.33 | 4 | 315.25 | 42 | 0 | 0% | 42 | 0 | 0% | 42 | 37 | 88% |
| Community College District of Central Southwest Missouri/Ozark Technical | 83 | 47 | 57% | 83 | 36 | 43% | 47 | 28 | 60% | 43 | 39 | 91% | 19 | $15.31 | 20 | $15.50 | 0 | N/A | 28 | 0 | 0% | 28 | 0 | 0% | 28 | 17 | 61% |
| Des Moines Area Community College | 83 | 69 | 83% | 83 | 14 | 17% | 69 | 44 | 64% | 63 | 63 | 100% | 37 | $17.11 | 53 | $17.12 | 0 | N/A | 44 | 0 | 0% | 44 | 2 | 5% | 44 | 37 | 84% |
| El Paso County Community College | 102 | 81 | 79% | 102 | 21 | 21% | 65 | 52 | 80% | 61 | 57 | 93% | 51 | $12.54 | 54 | $12.61 | 1 | 15.00 | 52 | 0 | 0% | 52 | 0 | 0% | 52 | 24 | 46% |
| Grand Rapids Community College | 86 | 64 | 74% | 86 | 22 | 26% | 64 | 27 | 42% | 60 | 34 | 57% | 26 | $16.56 | 33 | $16.73 | 0 | N/A | 27 | 1 | 4% | 27 | 3 | 11% | 27 | 22 | 81% |
| Indian Hills Community College | 128 | 60 | 47% | 128 | 68 | 53% | 57 | 51 | 89% | 55 | 53 | 96% | 25 | $17.42 | 24 | $17.40 | 36 | 16.61 | 51 | 1 | 2% | 51 | 0 | 0% | 51 | 24 | 47% |
| Kern Community College District | 23 | 12 | 52% | 23 | 11 | 48% | 11 | 2 | 18% | 5 | 3 | 60% | 1 | $17.75 | 2 | $17.58 | 12 | 14.42 | 2 | 0 | 0% | 2 | 0 | 0% | 2 | 1 | 50% |
| Lee College | 68 | 58 | 85% | 68 | 10 | 15% | 58 | 7 | 12% | 41 | 17 | 41% | 1 | $18.00 | 1 | $18.00 | 11 | 18.00 | 7 | 0 | 0% | 7 | 0 | 0% | 7 | 3 | 43% |
| Lorain County Community College District | 80 | 41 | 51% | 80 | 39 | 49% | 41 | 30 | 73% | 30 | 30 | 100% | 9 | $18.61 | 9 | $18.84 | 38 | 9.50 | 30 | 0 | 0% | 30 | 0 | 0% | 30 | 5 | 17% |
| Mohawk Valley Community College | 116 | 76 | 66% | 116 | 40 | 34% | 76 | 37 | 49% | 65 | 57 | 88% | 31 | $18.82 | 46 | $20.51 | 2 | 21.50 | 37 | 0 | 0% | 37 | 0 | 0% | 37 | 29 | 78% |
| Northwest Florida State College | 57 | 51 | 89% | 57 | 6 | 11% | 51 | 2 | 4% | 50 | 8 | 16% | 2 | $11.43 | 7 | $15.57 | 45 | 21.40 | 2 | 0 | 0% | 2 | 0 | 0% | 2 | 1 | 50% |
| Palm Beach State College | 23 | 9 | 39% | 23 | 14 | 61% | 9 | 5 | 56% | 8 | 6 | 75% | 4 | $17.00 | 4 | $17.00 | 0 | N/A | 5 | 0 | 0% | 5 | 0 | 0% | 5 | 4 | 80% |
| Research Foundation of City University of New York obo Kingsborough CC | 93 | 55 | 59% | 93 | 38 | 41% | 51 | 6 | 12% | 18 | 11 | 61% | 4 | $15.00 | 6 | $18.50 | 1 | 6.00 | 6 | 0 | 0% | 6 | 0 | 0% | 6 | 5 | 83% |
| Skagit Valley College | 45 | 29 | 64% | 45 | 16 | 36% | 29 | 21 | 72% | 25 | 24 | 96% | 3 | $17.25 | 4 | $16.56 | 29 | 21.00 | 21 | 0 | 0% | 21 | 0 | 0% | 21 | 6 | 29% |
| Southern University at Shreveport | 26 | 19 | 73% | 26 | 7 | 27% | 19 | 4 | 21% | 19 | 7 | 37% | 2 | $14.50 | 3 | $15.33 | 0 | N/A | 4 | 0 | 0% | 4 | 0 | 0% | 4 | 2 | 50% |
| St. Louis Community College | 64 | 36 | 56% | 64 | 28 | 44% | 30 | 12 | 40% | 23 | 23 | 100% | 11 | $18.00 | 21 | $18.12 | 0 | N/A | 12 | 0 | 0% | 12 | 0 | 0% | 12 | 8 | 67% |
| Terra State Community College | 57 | 9 | 16% | 57 | 48 | 84% | 9 | 7 | 78% | 9 | 7 | 78% | 6 | $22.10 | 6 | $21.10 | 7 | 25.29 | 7 | 0 | 0% | 7 | 1 | 14% | 7 | 5 | 71% |
| Vance-Granville Community College | 33 | 23 | 70% | 33 | 10 | 30% | 23 | 19 | 83% | 23 | 21 | 91% | 10 | $16.83 | 17 | $16.72 | 14 | 26.57 | 19 | 0 | 0% | 19 | 0 | 0% | 19 | 16 | 84% |
| Winston-Salem State University | 9 | 4 | 44% | 9 | 5 | 56% | 4 | 0 | 0% | 0 | 0 | N/A | 0 | N/A | 0 | N/A | 2 | 271.00 | 0 | 0 | N/A | 0 | 0 | N/A | 0 | 0 | N/A |
| **Total** | **1776** | **1049** | **59%** | **1776** | **727** | **41%** | **1017** | **462** | **45%** | **820** | **618** | **75%** | **300** | **$17.28** | **417** | **$17.33** | **281** | **40.14** | **462** | **2** | **0%** | **462** | **8** | **2%** | **462** | **287** | **62%** |

*Pool for the Placement metrics do not include non-placed graduates if the specified time period (e.g., Upon Separation or 12 Months After Separation) has not yet ended.

Results based on data accessed: 10/10/2023



LOUISIANA NATIONAL GUARD, CARVILLE
CENTER COOPERATIVE AGREEMENT



## U.S. DEPARTMENT OF LABOR

## Purpose Statement in Cooperative Agreement

- The purpose of the Job ChalleNGe Demonstration Project ("Job ChalleNGe Project") was to: 1) determine whether the Job ChalleNGe program is a more effective model for serving at-risk youth when compared to the Department of Labor's traditional Job Corps program model; and 2) determine whether the Job ChalleNGe Project is a more cost-effective model when compared to the Department of Labor's traditional Job Corps program model. DOL is funding this demonstration project to test strategies used by the State of Louisiana's National Guard Youth ChalleNGe program to improve the workforce outcomes of Job Corps eligible youth.



**U.S. DEPARTMENT OF LABOR**

## High-Level Overview

- Period of Performance - June 28, 2019 through December 31, 2022
- Serves at-risk youth with skills instruction through an expansion of the Louisiana National Guard Youth ChalleNGe Program. The Louisiana National Guard currently operates three Youth ChalleNGe programs: at Camp Minden, at Camp Beauregard and at the Gillis W. Long Center.
- Awarded $6,473,239.00 which includes an increase of incremental funding of $273,189.00 (unless otherwise amended) with approved funding for this project up to $16,731,984.00
- Intended to serve a total of 600 students over three years.
- The Job ChalleNGe intended to expand and enhance the Youth ChalleNGe program's skills components over a five-month period to eligible participants to set them on a pathway to employment.
- The program included the recruitment of Job Corps-eligible youth among Youth ChalleNGe graduates; occupational skills training and credentialing; individualized career and academic counseling; leadership development activities that encourage responsibility, employability, and other positive behaviors; employer engagement; and job placement.
- (6 month extension given to grantee due to performance challenges)

Participants receive education and training over a 5-month period, while concurrently participating in the 12-month mentorship phase of the Louisiana National Guard Youth ChalleNGe.
The Job ChalleNGe Project must include the following seven (7) activities:
Recruitment of Job Corps eligible youth from the participants of the first phase of the Youth ChalleNGe program
Occupational skills training and educational credentialing
Individualized career counseling and academic counseling
Work-based learning and exposure to the world of work
Leadership development activities that encourage responsibility, employability, and other positive social behaviors
Employer engagement to ensure Cadets' skills align with employer needs at program completion, and
Job placement.



# U.S. DEPARTMENT OF LABOR

## Performance Data

Retention Report Program-to-Date

Reporting Period
End 4/16/2024

| ProgramName | CenterName | Number not complete /not graduate | Number complete /graduate | Total | Job Placement | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of Placements | Number of Graduates or Completers | Placement Rate | Number of Job place-ments | Job Place-ment Rate | Avg Wage |
| Job ChalleNGe | Louisiana | 108 | 151 | 259 | 99 | 151 | 66% | 93 | 62% | 10.58 |

* Note well- data that can be validated based on grantee self-reporting in the Grantee Data Collection Tool.



Idaho Department of Labor, Centennial Job Corps Civilian Conservation Center Cooperative Agreement

000126



## U.S. DEPARTMENT OF LABOR

# Purpose Statement in Cooperative Agreement

- The purpose of this State Operated Job Corps Demonstration Project with Idaho (*Idaho JOBCorps Program*) is to: 1) determine whether the *Idaho JOBCorps Program* is a more effective model for serving at-risk youth as compared to the Department of Labor's (DOL) traditional Job Corps program model; and 2) determine whether the *Idaho JOBCorps Program* is a more cost effective model as compared to the U.S. Department of Labor's traditional Job Corps program model. DOL is funding this demonstration project to test strategies used by the State of Idaho to improve the workforce outcomes of Job Corps eligible youth.

- The DOL funded *Idaho JOBCorps Program* envisioned fully preparing Job Corps eligible out-of-school, at-risk youth to attain a self-sustaining career in one of the high growth, high demand occupations/industries identified by Idaho's Workforce Development Council. The *Idaho JOBCorps Program* proposed to:

  - Prioritize outreach and program service delivery to Job Corps eligible Idaho youth;

  - Utilize community colleges to increase training opportunities and adaptability to meet employer's skills needs; and

  - Incorporate highly supported work-based learning to connect participants to quality employment opportunities, real-world experiences and to the skills (both technical and non-technical) required for success on the job, which will provide participating employers with a new talent pipeline that possesses their specific in-demand skills.

  - (6 month extension given to grantee due to performance challenges)



## U.S. DEPARTMENT OF LABOR

### High-Level Overview

- Period of Performance – April 2019 through September 2022

- Operational control of the Centennial Job Corps Civilian Conservation Center property in Nampa, Idaho was transferred from the U.S. Forest Service to the Idaho Department of Labor.

- Provided flexibility to the state to develop and implement a customized, state-based, approach to serving Idaho Job Corps students.

- The Idaho Department of Labor was directly responsible for project outreach, recruitment, work-based learning, and employment related services.

- The College of Western Idaho delivered skills instruction at the current Centennial Job Corps Civilian Conservation Center.

- In the first full grant year, the Idaho Job Corps Program intended to serve up to 50 residential students and up to 100 non-residential students through the College of Western Idaho, pending approval from the CWI Board of Trustees.

- In the second and third years of the grant, the Idaho Job Corps Program intended to expand to serve up to an additional 150 non-residential students annually at other community colleges in Idaho.

# U.S. DEPARTMENT OF LABOR

## Performance Data



Retention Report Program-to-Date

Reporting Period End 4/18/2024

| Expenditures | Contractors | Number enrolled that graduate | Number complete Graduate | Total | Job Placement | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Number of Placements | Number of Graduates or Completing | Placement Rate | Number of job placements | Job Placement Rate | Avg Wage |
| Idaho JOBCorps Program | Centennial JCC | 20 | 90 | 90 | 284 | 363 | 78% | 210 | 80% | 13.25 |

* Note well- data that can be validated based on grantee self-reporting in the Grantee Data Collection Tool.



**U.S. DEPARTMENT OF LABOR**

## Demonstration Projects Research Studies

- Non Residential College-Focused Job Corps – An Implementation and Outcomes Study of Idaho Job Corps and Job Corps Scholars  (2024)
- Evaluation of the National Guard Youth ChalleNGe/Job ChalleNGe Program (2020)
- Cascades Job Corps College and Career Academy (CCCA) Final Report 2022.

Message
___

**From:** McGee, Erin L - ETA ███████████████████████████

**Sent:** 4/23/2025 1:30:40 PM
**To:** Laco, Marek S - ETA ████████  Frazier, Susan (Lori) - ETA ████████
**CC:** ████████ ETA████████████████████
**Subject:** RE: OJC - OSEC Prep Info Requests 4.22.25
**Attachments:** JC PY25 Budget Planning 04.23.25.pptx

Marek and Lori, final deliverable today—a simplified version of the right sizing deck (JC PY25 Budget Planning). There are three options (cut 24, 40 or 45 centers). We didn't get too wrapped up in the detailed methodology. Right now, the reductions are driven by facility sustainability, effectiveness (performance), or efficiency (cost per enrollee). We also refreshed the PY24 savings that will carry over into PY25. Hope this meets your needs at least for today's conversation.

Erin

___

**From:** McGee, Erin L - ETA
**Sent:** Wednesday, April 23, 2025 10:39 AM
**To:** Laco, Marek S - ETA ████████  Frazier, Susan (Lori) - ETA ████████
**Cc:** ████████ ETA
**Subject:** RE: OJC - OSEC Prep Info Requests 4.22.25

How much did we spend on each of those demo projects?

- Job Corps Scholars - $24 million
- LA National Guard - $16.7 million
- State of Idaho - $17 million

___

**From:** Laco, Marek S - ETA ████████
**Sent:** Wednesday, April 23, 2025 10:11 AM
**To:** McGee, Erin L - ETA ████████  Frazier, Susan (Lori) - ETA ████████
**Cc:** ████████ ETA ████████
**Subject:** RE: OJC - OSEC Prep Info Requests 4.22.25

Thanks Erin. We'll review. One question I had – roughly how much did we spend on each of those demo projects? And sorry if that is listed in the docs somewhere and I missed it.

___

**From:** McGee, Erin L - ETA ████████
**Sent:** Wednesday, April 23, 2025 9:58 AM
**To:** Laco, Marek S - ETA ████████  Frazier, Susan (Lori) - ETA ████████
**Cc:** ████████ ETA ████████
**Subject:** RE: OJC - OSEC Prep Info Requests 4.22.25

Email transmission 2 with a PPT deck on the Recent Demonstration Projects and Outcomes (JC Scholars Program, Louisiana National Guard Youth Challenge, State of Idaho)

I'll send the updated right-sizing deck as soon as it's available.

Erin

**From:** McGee, Erin L - ETA
**Sent:** Wednesday, April 23, 2025 7:19 AM
**To:** Laco, Marek S - ETA ▮▮▮▮▮▮▮▮▮▮▮  Frazier, Susan (Lori) - ETA ▮▮▮▮▮▮▮▮
**Cc:** ▮▮▮▮▮▮ - ETA ▮▮▮▮▮▮▮▮▮▮▮
**Subject:** OJC - OSEC Prep Info Requests 4.22.25

Good morning, Marek and Lori, following up on our meeting yesterday end of day. In the interest of time, I am sending several files now and will follow up with the various downsizing options as soon as I can this morning. This first email includes items 1-4 below. I'll send 5 and 6 as soon as able this morning. I do need to get with our Budget Director on a few things but the good news is that we located the original right sizing PPT deck.

1. PY24 Center Pause Rationale – ETLS informed. Explains how we used OY timing plus the sustainability tool plus other real-time factors to arrive at the two centers to pause in Dec 2024.
2. Job Corps Demo Concepts (new, 3 ideas)
3. Basic Activities and Timelines to Suspend Ctr Ops 4.23.25
4. Detailed Process to Effectuate Pause in Center Operations (2024 steps)
5. Recent Demonstration Projects and Outcomes (JC Scholars Program, Louisiana National Guard Youth Challenge, State of Idaho)
6. Right-Sizing Options

I know there's not much time, but if you need more or different, let us know.

Thank you,
Erin

**Erin McGee**
**Acting Administrator**
ETA/Office of Job Corps
U.S. Department of Labor

▮▮▮▮▮▮▮▮▮▮▮▮▮▮





## U.S. DEPARTMENT OF LABOR

### Planning for PY25 and Beyond

- **PY 25** – Operating deficit could grow up to $213 million
- Guiding our strategy moving forward:
  - Carry over from PY 24 mitigation strategies would reduce PY 25 shortfall - amount under analysis
  - Long-Term Sustainability Risk Analysis
    - To identify centers to prioritize for suspension of operations
- **Long-term goal:** Arrive at a "right-sized" Job Corps program that allows for service to the same number of youth and young adults but in fewer locations.

Key Considerations

Ensure Financial Viability during Each Program Year

Ensure compliance with WIOA

Minimize Disruption for Current Students

Maintain Quality of Service for Students

Ensure long-term financial sustainability

2                                    DRAFT/PRE-DECISIONAL

000134



# Right-Sizing Job Corps

| Item | Carryover PY25 Savings |
|---|---|
| CTT trade changes (TCR) + Lifecycle equipment | $ 8,400,000.00 |
| NTC Target Profit Ceiling adjustment | $ 16,254,000.00 |
| Data, Research, Evaluation (Cancelled Award) | $ 1,100,000.00 |
| Defer Student Chromebook purchase | $ 4,600,000.00 |
| PSP (Physical Security Project Updates) | $ 20,000,000.00 |
| Admissions Support Contract | $ - |
| DBA Support Contract | $ - |
| Business Engagement Support Contract | $ - |

| Item | |
|---|---|
| Oral Health Program Changes | $ 8,707,846.00 |
| Data Analytics & IT Descope (4S) | $ 6,000,000.00 |
| Elimination of PRH requirement for Evening and Weekend Studies Program | $ 3,500,000.00 |
| Changes to Post-Enrollment "Placement" Services to Former Enrollees | $ 4,458,191.00 |
| Marketing & Comms Contract Descoped | |
| Career Technical Training Contract Descoped | $ - |
| Academics Contract Descope | $ - |
| Woodstock/Whitney Young NTC FTE reduction | $ 662,848.52 |
| Health Staff (Nursing and TEAP) reduction | $ 16,700,000.00 |
| USDA price reduction (dental) | $ 2,000,000.00 |
| CALCO DB Contract Termination | |
| MyPACE Contract Cancellation | $ - |
| BLS MOU Agreement Cancellation | $ - |
| CEO Transfer (Evaluation Set-Aside) | $ 4,000,000.00 |
| Whitney Young | $ 11,500,000.00 |
| Woodstock JCC Option Year Award | $ 15,000,000.00 |
| Carville JCC Return to Ops Pause | $ 7,000,000.00 |
| **Total projected savings** | **$ 129,882,885.52** |

## PY24-25 Carryover Savings

$129M of reductions to contracts or non-mandatory services was realized in PY24 and will carryover into PY25. This amount can be added to the cost savings estimates on the subsequent slides.

DRAFT/PRE-DECISIONAL



| Region | State | Center | Month Next OY Begins | Yearly Center Cost (NCFMS) |
|---|---|---|---|---|
| Philadelphia | Virginia | OLD DOMINION | 7/1/2025 | $ 9,368,955 |
| San Francisco | Oregon | TIMBER LAKE | n/a | $ 7,514,276 |
| Philadelphia | Virginia | BLUE RIDGE | 4/1/2025 | $ 6,547,035 |
| San Francisco | Oregon | SPRINGDALE/ PIVOT | 9/1/2025 | $ 8,686,897 |
| San Francisco | Washington | CURLEW | n/a | $ 7,398,370 |
| Dallas | Utah | WEBER BASIN | n/a | $ 8,133,771 |
| Philadelphia | Kentucky | MUHLENBERG | 2/1/2026 | $ 10,958,262 |
| Atlanta | North Carolina | SCHENCK | n/a | $ 7,336,570 |
| San Francisco | Oregon | TONGUE POINT | 10/1/2025 | $ 16,033,431 |
| Dallas | Montana | ANACONDA | n/a | $ 8,414,952 |
| Atlanta | Georgia | BRUNSWICK | 7/1/2025 | $ 10,234,808 |
| Chicago | Ohio | CINCINNATI | 6/1/2025 | $ 6,307,319 |
| Atlanta | Tennessee | JACOBS CREEK | n/a | $ 6,653,685 |
| Boston | New York | IROQUOIS | 11/1/2025 | $ 8,858,261 |
| Boston | Massachusetts | WESTOVER | 1/1/2026 | $ 17,248,635 |
| Chicago | Illinois | JOLIET | 6/1/2025 | $ 4,670,627 |
| Atlanta | North Carolina | KITTRELL | 8/1/2025 | $ 10,611,787 |
| San Francisco | Nevada | SIERRA NEVADA | 8/1/2025 | $ 17,447,569 |
| Dallas | Utah | CLEARFIELD | 11/1/2025 | $ 27,096,760 |
| Philadelphia | Pennsylvania | PITTSBURGH | 6/1/2025 | $ 15,901,031 |
| Dallas | New Mexico | ROSWELL | 9/1/2025 | $ 7,686,668 |
| Boston | New York | S.BRONX/ Brooklyn | 10/1/2025 | $ 22,096,968 |
| Dallas | Louisiana | SHREVEPORT | 9/1/2025 | $ 10,671,330 |
| Chicago | Missouri | ST.LOUIS | 3/31/2026 | $ 16,801,587 |
| | | 24 centers | | $272,679,554.461 |

**Facility Sustainability Lens**

An estimate of operational risk based on current facilities risk.

The two items that combine for the "Risk" score are: 1) "Condition Assessment Risk Rating" and 2) "Unfunded Backlog Risk Rating."

*Remove 24 most difficult to sustain centers = $272M*

DRAFT/PRE-DECISIONAL

Yearly center cost is Operations cost, Actual Facility backlog not seen here.

000137

| Region | State | Center | Month Next CY Begins | Yearly Center Cost (NCFMR) | Cost Per Enrollee |
|---|---|---|---|---|---|
| Boston | Puerto Rico | ARECIBO | | $ 19,690,214 | $ 98,445.52 |
| Philadelphia | Virginia | OLD DOMINION | 7/1/2025 | $ 9,368,865 | $ 96,620.56 |
| Philadelphia | Pennsylvania | RED ROCK | 2/1/2026 | $ 23,815,266 | $ 79,354.22 |
| San Francisco | Oregon | TIMBER LAKE | n/a | $ 7,514,276 | $ 70,669.43 |
| Dallas | South Dakota | BOXELDER | n/a | $ 7,318,037 | $ 68,386.47 |
| Philadelphia | Kentucky | FRENCHBURG | n/a | $ 9,861,113 | $ 67,491.59 |
| Boston | Maine | PENOBSCOT | | $ 12,617,970 | $ 65,718.97 |
| Philadelphia | Virginia | BLUE RIDGE | 4/1/2025 | $ 8,547,036 | $ 65,470.35 |
| Philadelphia | West Virginia | HARPERS FERRY | | $ 7,665,569 | $ 64,564.61 |
| San Francisco | Oregon | SPRINGDALE/PIVOT | 9/1/2025 | $ 8,866,807 | $ 61,175.33 |
| Philadelphia | Kentucky | CARL D. PERKINS | 4/1/2025 | $ 8,456,410 | $ 60,417.21 |
| San Francisco | Washington | CURLEW | n/a | $ 7,386,370 | $ 58,198.96 |
| Dallas | Colorado | COLUMBIA | n/a | $ 7,569,660 | $ 57,783.65 |
| San Francisco | California | SAN DIEGO | 2/1/2026 | $ 24,717,630 | $ 56,562.08 |
| Dallas | Montana | TRAPPER CREEK | n/a | $ 8,193,385 | $ 52,860.44 |
| San Francisco | California | SAN JOSE | 7/1/2025 | $ 17,262,253 | $ 52,769.77 |
| Boston | New York | ONEONTA | 12/1/2025 | $ 12,937,066 | $ 52,589.79 |
| Dallas | Utah | WEBER BASIN | n/a | $ 8,133,711 | $ 52,475.94 |
| Chicago | Nebraska | PINE RIDGE | n/a | $ 7,433,636 | $ 52,350.96 |
| Chicago | Wisconsin | BLACKWELL | n/a | $ 6,599,676 | $ 51,877.26 |
| San Francisco | Washington | FORT SIMCOE | n/a | $ 6,297,016 | $ 51,297.65 |
| Philadelphia | Kentucky | MUHLENBERG | 2/1/2026 | $ 10,968,202 | $ 50,486.80 |
| Chicago | Ohio | CLEVELAND | 11/1/2025 | $ 11,862,752 | $ 50,350.94 |
| Atlanta | North Carolina | SCHENCK | n/a | $ 7,338,570 | $ 49,571.42 |
| Chicago | Michigan | FLINT/GENESEE | 9/1/2025 | $ 11,391,042 | $ 49,311.57 |
| San Francisco | Idaho | CENTENNIAL | 6/1/2025 | $ 5,754,305 | $ 49,152.63 |
| Philadelphia | Kentucky | EARLE C. CLEMENTS | 2/1/2026 | $ 32,066,476 | $ 48,837.67 |
| San Francisco | Oregon | TONGUE POINT | 10/1/2025 | $ 16,033,431 | $ 48,733.83 |
| Chicago | Michigan | GERALD R. FORD | 10/1/2025 | $ 10,001,611 | $ 48,085.63 |
| Philadelphia | Virginia | FLATWOODS | n/a | $ 6,612,615 | $ 47,919.95 |
| Chicago | Missouri | ST LOUIS | 3/31/2026 | $ 16,931,567 | $ 47,462.11 |
| Boston | Rhode Island | EXETER | 6/1/2025 | $ 8,150,355 | $ 47,419.97 |
| San Francisco | California | TREASURE ISLAND | 4/1/2025 | $ 20,472,974 | $ 47,261.68 |
| Dallas | Montana | ANACONDA | n/a | $ 6,414,362 | $ 47,010.90 |
| Chicago | Minnesota | HUBERT H HUMPHREY | | $ 9,921,096 | $ 45,931.00 |
| Boston | New York | SBROOKLYN Brooklyn | 10/1/2025 | $ 22,086,965 | $ 45,250.67 |
| San Francisco | California | LOS ANGELES | | $ 24,347,013 | $ 45,068.17 |
| Boston | Puerto Rico | RAMEY | | $ 15,735,119 | $ 44,156.58 |
| Boston | Maine | LORING | 11/1/2025 | $ 10,425,815 | $ 43,081.97 |
| San Francisco | Oregon | ANGELL | n/a | $ 7,159,959 | $ 43,010.16 |
| | | 40 Centers | | $ 483,906,255 | |

## Efficiency Lens

Uses financial measures to estimate and score the financial efficiency of centers for each criteria.

There are two items that combine for the "Program Efficiency" score:
1) Contract Price per Enrollee, and 2) Yearly Contract Expenses.

*Remove 40 least efficient centers = $483M*

DRAFT/PRE-DECISIONAL

| Region | State | Center | Month Neal Of Begins | Yearly Center Cost (INCFMS) |
|---|---|---|---|---|
| Boston | Puerto Rico | ARECIBO | | $ 19,690,214 |
| Chicago | Wisconsin | BLACKWELL | n/a | 8,880,678 |
| Chicago | Michigan | FLINT/GENESEE | 9/1/2025 $ | 11,391,042 |
| Philadelphia | Kentucky | EARLE C. CLEMENTS | 2/1/2026 $ | 32,086,476 |
| Chicago | Michigan | GERALDR. FORD | 10/1/2025 $ | 10,001,811 |
| Chicago | Missouri | ST. LOUIS | 3/31/2026 $ | 16,901,587 |
| Boston | New York | SEBOLK8 Brooklyn | 10/1/2025 $ | 22,006,988 |
| Boston | Puerto Rico | RAMEY | | $ 18,735,116 |
| San Francisco | Oregon | ANGELL | n/a | $ 7,130,689 |
| San Francisco | Washington | CASCADES | 9/1/2025 $ | 11,724,130 |
| Chicago | Indiana | ATTERBURY/KOPPER8UDGE | | $ 20,031,447 |
| Boston | New York | GLENMOUNT | | $ 13,176,472 |
| Philadelphia | Pennsylvania | KEYSTONE | 2/1/2026 $ | 24,699,215 |
| Dallas | New Mexico | ROSWELL | 9/1/2025 $ | 7,699,668 |
| Boston | New Hampshire | NEW HAMPSHIRE | 9/1/2025 $ | 11,408,258 |
| San Francisco | California | INLAND EMPIRE | 7/1/2025 $ | 14,750,910 |
| Atlanta | Mississippi | FINCH-HENRY | | $ 8,307,831 |
| Boston | Connecticut | NEW HAVEN | 12/1/2025 $ | 8,081,511 |
| Dallas | Wyoming | WIND RIVER | | $ 11,779,517 |
| Philadelphia | West Virginia | CHARLESTON | 1/1/2026 $ | 9,929,719 |
| Chicago | Michigan | DETROIT | 9/1/2026 $ | 11,972,580 |
| Dallas | North Dakota | QUENTIN BURDICK | 12/1/2025 $ | 7,993,724 |
| Dallas | Texas | GARY | 10/1/2025 $ | 40,204,078 |
| Chicago | Missouri | MINGO | n/a | $ 7,002,609 |
| Boston | New York | IROQUOIS | 11/1/2025 $ | 8,858,261 |
| Atlanta | Tennessee | BENJAMIN L. HOOKS | 11/1/2025 $ | 9,398,390 |
| Philadelphia | Delaware | WILMINGTON | 2/1/2026 $ | 5,358,324 |
| Atlanta | Georgia | BRUNSWICK | 7/1/2025 $ | 10,234,858 |
| Atlanta | Alabama | GADSDEN | 12/1/2025 $ | 6,403,881 |
| Atlanta | South Carolina | BAMBERG | 8/1/2025 $ | 8,098,952 |
| Chicago | Illinois | PAUL SIMON | 5/1/2025 $ | 10,175,704 |
| Dallas | Oklahoma | TALKINGLEAVES | 9/1/2025 $ | 6,054,248 |
| Dallas | Oklahoma | TULSA | 11/1/2025 $ | 7,885,000 |
| Dallas | Arkansas | LITTLE ROCK | 11/1/2025 $ | 8,433,197 |
| Atlanta | Alabama | MONTGOMERY | 12/1/2025 $ | 6,151,502 |
| Dallas | Oklahoma | GUTHRIE | 7/1/2025 $ | 15,921,776 |
| Atlanta | Mississippi | MISSISSIPPI | 6/1/2025 $ | 8,913,165 |
| Dallas | Louisiana | SHREVEPORT | 9/1/2025 $ | 13,631,200 |
| Atlanta | North Carolina | KITTRELL | 9/1/2025 $ | 15,011,787 |
| Chicago | Ohio | CINCINNATI | 9/1/2025 $ | 8,307,319 |
| Dallas | Texas | DAVID L. CARRASCO | 8/1/2025 $ | 10,950,203 |
| Philadelphia | Pennsylvania | PHILADELPHIA | 2/1/2026 $ | 7,943,073 |
| Chicago | Illinois | JOLIET | 6/1/2025 $ | 4,670,627 |
| Atlanta | Georgia | TURNER | | $ 13,905,091 |
| Dallas | Texas | NORTH TEXAS | 6/1/2026 $ | 10,089,790 |
| | | 45 centers | | $522,939,593,926 |



**Effectiveness Lens**

Program Effectiveness" category uses measures of performance deemed important to Job Corps.

There are two items that combine for the "Program Effectiveness" score: 1) Average OBS Rating and 2) Consolidated WIOA Rating.

*Remove 45 least effective centers = $523M*

DRAFT/PRE-DECISIONAL

 **U.S. DEPARTMENT OF LABOR**

## Other Cost Considerations

- **63** Job Corps Centers are owned and **34** are leased. Another 24 are owned / partially owned with the USDA Forest Service. DOL can expect to have to pay for caretaker contracts to safeguard the facilities and properties until leases end or facilities are disposed of (a years long process).

- DOL will also need to transfer, donate, or dispose of myriad **government furnished equipment** including IT assets and training equipment and tools.

- All Job Corps Centers have **GSA Fleet Vehicles** for which savings will not be realized until the lease ends or another entity assumes the remainder of the lease period.

8                          DRAFT/PRE-DECISIONAL



Message

| From: | Frazier, Susan (Lori) - ETA |
| Sent: | 4/23/2025 1:48:18 PM |
| To: | McGee, Erin L - ETA ████████████ Laco, Marek S - ETA ████████████ |
| CC: | ████████ ETA ████ |
| Subject: | RE: OJC - OSEC Prep Info Requests 4.22.25 |

Thanks!

**From:** McGee, Erin L - ETA ████████████
**Sent:** Wednesday, April 23, 2025 1:31 PM
**To:** Laco, Marek S - ETA ████████ Frazier, Susan (Lori) - ETA ████████████
**Cc:** ████████ - ETA ████████
**Subject:** RE: OJC - OSEC Prep Info Requests 4.22.25

Marek and Lori, final deliverable today—a simplified version of the right sizing deck (JC PY25 Budget Planning). There are three options (cut 24, 40 or 45 centers). We didn't get too wrapped up in the detailed methodology. Right now, the reductions are driven by facility sustainability, effectiveness (performance), or efficiency (cost per enrollee). We also refreshed the PY24 savings that will carry over into PY25. Hope this meets your needs at least for today's conversation.

Erin

**From:** McGee, Erin L - ETA
**Sent:** Wednesday, April 23, 2025 10:39 AM
**To:** Laco, Marek S - ETA ████████████ Frazier, Susan (Lori) - ETA ████████████
**Cc:** ████████ ETA ████████
**Subject:** RE: OJC - OSEC Prep Info Requests 4.22.25

How much did we spend on each of those demo projects?

- Job Corps Scholars - $24 million
- LA National Guard - $16.7 million
- State of Idaho - $17 million

**From:** Laco, Marek S - ETA ████████████
**Sent:** Wednesday, April 23, 2025 10:11 AM
**To:** McGee, Erin L - ETA ████████████ Frazier, Susan (Lori) - ETA ████████████
**Cc:** ████████ ETA ████
**Subject:** RE: OJC - OSEC Prep Info Requests 4.22.25

Thanks Erin. We'll review. One question I had – roughly how much did we spend on each of those demo projects? And sorry if that is listed in the docs somewhere and I missed it.

**From:** McGee, Erin L - ETA ████████████
**Sent:** Wednesday, April 23, 2025 9:58 AM

**To:** Laco, Marek S - ETA ████████████ Frazier, Susan (Lori) - ETA ████████████
**Cc:** ██████████ ETA ██████
**Subject:** RE: OJC - OSEC Prep Info Requests 4.22.25

Email transmission 2 with a PPT deck on the Recent Demonstration Projects and Outcomes (JC Scholars Program, Louisiana National Guard Youth Challenge, State of Idaho)

I'll send the updated right-sizing deck as soon as it's available.

Erin

---

**From:** McGee, Erin L - ETA
**Sent:** Wednesday, April 23, 2025 7:19 AM
**To:** Laco, Marek S - ETA ████████████ Frazier, Susan (Lori) - ETA ████████████
**Cc:** ██████████ - ETA ██████████████████
**Subject:** OJC - OSEC Prep Info Requests 4.22.25

Good morning, Marek and Lori, following up on our meeting yesterday end of day. In the interest of time, I am sending several files now and will follow up with the various downsizing options as soon as I can this morning. This first email includes items 1-4 below. I'll send 5 and 6 as soon as able this morning. I do need to get with our Budget Director on a few things but the good news is that we located the original right sizing PPT deck.

1. PY24 Center Pause Rationale – ETLS informed. Explains how we used OY timing plus the sustainability tool plus other real-time factors to arrive at the two centers to pause in Dec 2024.
2. Job Corps Demo Concepts (new, 3 ideas)
3. Basic Activities and Timelines to Suspend Ctr Ops 4.23.25
4. Detailed Process to Effectuate Pause in Center Operations (2024 steps)
5. Recent Demonstration Projects and Outcomes (JC Scholars Program, Louisiana National Guard Youth Challenge, State of Idaho)
6. Right-Sizing Options

I know there's not much time, but if you need more or different, let us know.

Thank you,
Erin

**Erin McGee**
**Acting Administrator**
ETA/Office of Job Corps
U.S. Department of Labor

████████████████████

| | Region | State | City | Center | Enrollees in PY 23 (Students Served Report EIS) | Prorated Yearly Center Cost for Total JC Cost | Yearly Center Cost, Pro Rosated JC Costs | Cost Per Enrollee | ANNUALIZED Income from 2nd Quarter Post-Separation Quarterly Earnings | Graduate per WIOA Definition | Graduate from Traditional Definition (Separation Analysis, EIS) | Total Student Separations (Separation Analysis, EIS) | Graduation Rate (WIOA Definition) | Graduation Rate (Traditional) | Cost per Graduate WIOA (includes Expulsion / Nonvoluntary Separation) | Cost per Graduate - Traditional (Separation Analysis, EIS) | Current Contract or Planned OBS | Adjusted Current Contract vs Planned OBS | PY2023 OBS Actual | PY 2023 OBS Rate | PY 2023 Total Infractions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 123 | | | | | 39% | WIOA Grad Rate | | | | | | | | | | | | | | | |
| 124 | | | | | 32% | Traditional Grad Rate | | | | | | | | | | | | | | | |
| 127 | | | | | $ 187,653.27 | Cost Per Graduate Program Wide (Traditional Definition) | | | | Average Stay of Graduates (Months) | 13.5 | | | | | | | | | | |
| 128 | | | | | $ 155,650.74 | Cost Per Graduate Program Wide (WIOA Definition) | | | | Average Stay of ALL Enrollees (Months) | 7.5 | | | | | | | | | | |
| 129 | | | | | $ 43,769.53 | Average Cost Per Enrollee (Regardless of Length of Stay) | | | | Enrollees in PY 2023 | 35363 | | | | | | | | | | |
| 130 | | | | | $ 79,621.25 | Average Cost Per Student Per Year (Using Average Length of Stay to Derive) | | | | Average Headcount in All Centers | 21922 | Per OBS Report | | | | | | | | | |
| 131 | | | | | $ 80,284.65 | Average Cost Per Student Per Year (Using Average Headcount in All Centers for PY23) | | | | | | | | | | | | | | | |

**Methodology for Prorated JC Center Cost:**
1. Start with the initial center cost.
2. Add 14.15% to account for the proportional portion of the remaining JC funding that is not covered by direct center costs.
3. This adjustment increases the total from 1,311,812,536 to 1,760,000,000, resulting in an additional $448,067,464 allocated across all centers.

**Average of Top 10 Center Costs per Graduate (Traditional Data):**
Calculates the average cost per graduate by excluding those who hold certificates but were expelled or separated for disciplinary or other non-ordinary reasons.

| | |
|---|---|
| $ 529,869.07 | Top 10 |
| $ 329,746.77 | Top 50 |

**Average of Top 10 Center Costs per Graduate (WIOA Data):**
Calculates the average cost per graduate by including enrollees who completed a certificate but were expelled or separated for disciplinary or other non-ordinary reasons.

| | |
|---|---|
| $ 398,287.95 | Top 10 |
| $ 260,742.57 | Top 50 |

| | | | | |
|---|---|---|---|---|
| $1,260,392,536 | 35363 | $ 36,096 | 16,695.35 | 13311 | 9979 | 26923 |
| $1,760,000,000 | 35363 | $ 49,770 | | |
| $ 490,617,846 | | | | |
| 28.65% | | | | |

000146

| Primary Six Measures [a] | | | | 2nd Quarter Placement Rate | | | | | | | | 4th Quarter Placement Rate | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Center ID | Center Name [a] | Reference Name | PY 2017 | PY 2018 | PY 2019 | PY 2020 | PY 2021 | PY 2022 | PY 2023 | Avg | PY 2017 | PY 2018 | PY 2019 | PY 2020 | PY 2021 | PY 2022 | PY 2023 | Avg | | |
| | National | | 77.8% | 76.5% | 74.4% | 63.9% | 75.3% | 76.8% | 72.6% | 72.4% | 71.7% | 72.0% | 70.6% | 66.1% | 71.1% | 72.8% | 73.6% | 70.4% | | |
| 531101 | ALASKA | ALASKA | 76.3% | 71.2% | 74.7% | 61.0% | 76.6% | 77.9% | 78.0% | 72.7% | 55.1% | 65.3% | 64.8% | 64.7% | 69.8% | 79.5% | 78.7% | 68.3% | | |
| 46500 | ALBUQUERQUE | ALBUQUERQUE | 60.7% | 67.2% | 70.6% | 64.8% | 67.6% | 63.9% | 74.4% | 66.5% | 72.1% | 64.4% | 74.3% | 71.4% | 65.2% | 72.3% | 67.7% | 69.6% | | |
| 30350 | ANACONDA | ANACONDA | 54.8% | 61.3% | 82.2% | 58.5% | 77.2% | 75.3% | 84.1% | 70.7% | 72.6% | 73.5% | 66.3% | 63.9% | 71.2% | 78.9% | 80.9% | 75.5% | | |
| 160350 | ANGELL | ANGELL | 80.0% | 73.9% | 74.9% | 54.5% | 69.1% | 78.7% | 77.0% | 75.0% | 73.2% | 74.3% | 82.7% | 45.3% | 62.0% | 67.0% | 66.7% | 69.9% | | |
| 25150 | ARECIBO*** | ARECIBO | 79.4% | n/a | n/a | n/a | 65.2% | 55.4% | 53.0% | 61.2% | 61.8% | n/a | 50.0% | n/a | 53.6% | 69.6% | 60.6% | 57.7% | | |
| 52100 | ATTERBURY | ATTERBURY IndyResidence | 82.4% | 79.3% | 74.9% | 53.9% | 81.0% | 78.4% | 71.6% | 74.5% | 68.0% | 71.1% | 73.8% | 57.7% | 77.6% | 84.0% | 72.2% | 71.6% | | |
| 46220 | BAMBERG | BAMBERG | 69.8% | 76.6% | 75.0% | 85.0% | 81.3% | 75.3% | 77.1% | 74.9% | 75.9% | 75.0% | 80.7% | 63.1% | 78.7% | 52.0% | 62.4% | 74.7% | | |
| 42100 | BENJAMIN L HOOKS | BENJAMIN L HOOKS | 81.1% | 75.7% | 63.8% | 57.0% | 78.3% | 79.4% | 74.8% | 75.0% | 70.5% | 77.7% | 71.2% | 60.7% | 76.2% | 76.3% | 58.8% | 70.0% | | |
| 50200 | BLACKWELL | BLACKWELL | 67.9% | 78.3% | 77.1% | 51.7% | 83.0% | 77.3% | 87.5% | 77.6% | 78.3% | 72.5% | 83.6% | 57.0% | 63.2% | 80.4% | 85.1% | 74.4% | | |
| 30100 | BLUE RIDGE | BLUE RIDGE | 79.6% | 80.9% | 75.5% | 59.3% | 64.7% | 82.1% | 75.7% | 77.6% | 77.1% | 74.3% | 67.4% | 50.5% | 83.0% | 75.9% | 72.4% | 74.1% | | |
| 50200 | BOXELDER | BOXELDER | 77.1% | 68.0% | 59.6% | 52.1% | 69.6% | 73.2% | 77.9% | 58.4% | 46.4% | 56.7% | 58.5% | 54.1% | 67.2% | 58.7% | 74.2% | 62.5% | | |
| 16400 | BRUNSWICK | BRUNSWICK | 77.8% | 84.0% | 70.1% | 51.2% | 80.5% | 80.2% | 81.4% | 75.8% | 78.9% | 77.0% | 72.8% | 59.1% | 75.3% | 83.3% | 79.6% | 73.5% | | |
| 31550 | CARL D PERKINS | CARL D PERKINS | 79.2% | 78.9% | 76.0% | 54.8% | 83.0% | 77.3% | 73.6% | 74.4% | 70.9% | 80.0% | 74.4% | 65.1% | 73.3% | 83.7% | 76.6% | 74.8% | | |
| 93900 | CARVILLE*** | CARVILLE | 76.8% | 86.3% | 81.2% | **** | n/a | n/a | n/a | 68.0% | 71.8% | 51.9% | 66.7% | 50.0% | n/a | n/a | n/a | 50.9% | | |
| 100200 | CASCADES*** | CASCADES | n/a | 75.0% | 72.2% | 63.8% | 79.0% | 82.9% | 93.7% | 71.1% | n/a | 58.0% | 86.7% | 54.0% | 76.5% | 78.4% | 72.7% | 66.5% | | |
| 60350 | CASS | CASS | 71.6% | 67.2% | 76.6% | 52.5% | 80.9% | 77.5% | 93.3% | 70.8% | 66.0% | 65.3% | 70.3% | 57.7% | 60.6% | 79.1% | 70.0% | 68.0% | | |
| 20300 | CASSADAGA | CASSADAGA | 61.3% | 63.9% | 77.8% | 49.6% | 76.0% | 82.1% | 73.3% | 74.0% | 71.2% | 80.2% | 64.9% | 53.7% | 71.8% | 75.3% | 75.9% | 70.6% | | |
| 110600 | CENTENNIAL*** | CENTENNIAL | 79.5% | 78.9% | 61.7% | **** | n/a | n/a | n/a | 80.3% | 72.2% | 74.4% | 66.7% | 40.9% | n/a | n/a | n/a | 63.7% | | |
| 36200 | CHARLESTON | CHARLESTON | 78.0% | 74.0% | 76.7% | 48.3% | 61.0% | 81.4% | 67.9% | 72.6% | 68.9% | 73.3% | 54.9% | 55.2% | 64.0% | 83.9% | 69.1% | 68.4% | | |
| 50200 | CINCINNATI | CINCINNATI | 69.0% | 70.5% | 74.7% | 51.1% | 82.6% | 71.4% | 85.7% | 77.0% | 59.7% | 70.1% | 75.0% | 62.1% | 74.0% | 84.0% | 80.5% | 72.4% | | |
| 90300 | CLEARFIELD | CLEARFIELD | 84.5% | 81.1% | 72.9% | 58.7% | 86.8% | 81.5% | 75.0% | 78.0% | 74.1% | 75.0% | 71.7% | 61.1% | 77.3% | 67.2% | 79.4% | 74.4% | | |
| 50400 | CLEVELAND | CLEVELAND | 73.8% | 72.0% | 77.8% | 55.4% | 75.4% | 84.3% | 75.0% | 78.0% | 82.0% | 69.5% | 79.2% | 54.3% | 75.0% | 83.3% | 79.5% | 72.3% | | |
| 80400 | COLLBRAN | COLLBRAN | 83.2% | 79.7% | 61.4% | 49.2% | 78.2% | 80.4% | 81.0% | 75.8% | 76.8% | 79.7% | 72.6% | 56.9% | 70.1% | 78.8% | 58.2% | 74.3% | | |
| 100300 | COLUMBIA BASIN | COLUMBIA BASIN | 80.0% | 81.4% | 75.0% | 60.4% | 76.9% | 74.1% | 74.7% | 75.4% | 72.2% | 71.9% | 73.3% | 55.5% | 76.6% | 77.7% | 72.4% | 70.9% | | |
| 100400 | CURLEW | CURLEW | 61.1% | 75.7% | 62.0% | 61.2% | 79.4% | 58.3% | 90.3% | 78.8% | 71.0% | 68.7% | 73.7% | 56.5% | 82.5% | 93.7% | 81.2% | 71.9% | | |
| 60200 | DAVID L CARRASCO | DAVID L CARRASCO | 64.8% | 65.5% | 63.3% | 48.1% | 62.9% | 72.3% | 68.1% | 63.5% | 80.3% | 72.3% | 69.9% | 47.9% | 63.3% | 74.3% | 70.0% | 65.5% | | |
| 50500 | DAYTON | DAYTON | 65.0% | 73.3% | 76.2% | 57.3% | 80.6% | 76.3% | 77.5% | 75.2% | 76.5% | 56.9% | 74.7% | 55.6% | 70.2% | 70.7% | 76.4% | 72.0% | | |
| 20400 | DELAWARE VALLEY | DELAWARE VALLEY | 70.7% | 62.7% | 65.7% | 48.1% | 73.0% | 67.0% | 66.2% | 62.7% | 68.0% | 54.1% | 51.0% | 47.8% | 63.6% | 60.6% | 67.3% | 58.8% | | |
| 70100 | DENISON | DENISON | 65.8% | 62.3% | 77.9% | 46.4% | 78.5% | 82.8% | 73.7% | 74.4% | 76.4% | 72.7% | 71.4% | 54.3% | 70.9% | 87.1% | 76.1% | 70.1% | | |
| 50600 | DETROIT | DETROIT | 76.9% | 73.4% | 67.4% | 38.1% | 59.7% | 76.6% | 51.7% | 66.6% | 59.1% | 71.7% | 61.3% | 54.8% | 71.2% | 71.3% | 70.0% | 65.9% | | |
| 33800 | EARLE C CLEMENTS | EARLE C CLEMENTS | 70.9% | 83.4% | 75.3% | 56.2% | 73.5% | 76.3% | 77.4% | 74.3% | 75.9% | 70.3% | 52.9% | 74.9% | 79.3% | 72.4% | 72.1% | | | |
| 70100 | EDISON | EDISON | 77.8% | 68.6% | 76.1% | 53.4% | 74.4% | 76.5% | 75.4% | 71.0% | 78.5% | 65.4% | 56.0% | 69.0% | 76.0% | 72.1% | 69.4% | | | |
| 72200 | EXCELSIOR SPRINGS | EXCELSIOR SPRINGS | 74.9% | 61.8% | 74.1% | 58.2% | 78.8% | 83.9% | 70.2% | 74.7% | 76.0% | 71.0% | 71.4% | 58.1% | 71.2% | 78.8% | 66.1% | 71.0% | | |
| 19950 | EXETER | EXETER | 85.7% | 71.0% | 79.1% | 52.3% | 74.0% | 75.2% | 73.0% | 73.0% | 80.5% | 79.7% | 65.6% | 55.2% | 77.3% | 78.1% | 72.5% | 73.6% | | |
| 40300 | FINCH-HENRY | FINCH-HENRY | 77.7% | 74.4% | 70.7% | 68.5% | 83.9% | 68.2% | 74.1% | 72.6% | 70.3% | 57.8% | 69.6% | 54.9% | 67.7% | 74.7% | 68.5% | 67.6% | | |
| 35400 | FLATWOODS | FLATWOODS | 84.3% | 67.0% | 76.9% | 58.9% | 52.6% | 37.1% | 75.0% | 76.0% | 86.4% | 80.4% | 70.0% | 52.6% | 72.0% | 78.0% | 70.0% | 73.3% | | |
| 70600 | FLINT HILLS | FLINT HILLS | 87.9% | 83.2% | 77.9% | 73.8% | 85.3% | 79.8% | 79.8% | 81.0% | 72.4% | 75.8% | 59.9% | 74.3% | 78.7% | 75.8% | 80.7% | 72.9% | | |
| 51100 | FLINT/GENESEE | FLINT/GENESEE | 76.9% | 72.7% | 72.0% | 60.0% | 71.6% | 71.1% | 73.5% | 66.1% | 61.2% | 59.5% | 67.9% | 55.5% | 63.0% | 76.4% | 69.5% | 71.3% | | |
| 100600 | FORT SIMCOE | FORT SIMCOE | 86.0% | 63.9% | 71.0% | 60.0% | 75.0% | 76.1% | 72.0% | 72.0% | 66.7% | 81.3% | 62.8% | 51.0% | 64.0% | 61.8% | 65.7% | 73.4% | | |
| 50100 | FRED ACOSTA | FRED ACOSTA | 86.3% | 75.9% | 78.2% | 55.1% | 67.2% | 76.0% | 72.6% | 73.3% | 74.0% | 70.2% | 58.9% | 54.6% | 66.7% | 72.2% | 76.9% | 68.3% | | |
| 31700 | FRENCHBURG | FRENCHBURG | 82.9% | 86.2% | 75.0% | 58.7% | 63.6% | 73.5% | 66.7% | 72.8% | 66.7% | 80.3% | 81.1% | 52.5% | 69.9% | 85.3% | 65.3% | 71.4% | | |
| 42400 | GADSDEN | GADSDEN | 77.7% | 79.3% | 60.6% | 28.4% | 59.0% | 41.0% | 50.0% | 54.7% | 69.9% | 61.2% | 71.3% | 27.8% | 39.1% | 48.1% | 49.6% | 60.1% | | |
| 40400 | GARY | GARY | 73.9% | 70.2% | 73.7% | 52.2% | 74.6% | 79.3% | 69.0% | 71.3% | 71.0% | 71.3% | 68.2% | 53.4% | 71.1% | 79.4% | 72.0% | 70.1% | | |
| 50800 | GERALD R FORD | GERALD R FORD | 74.0% | 70.4% | 71.2% | 61.1% | 76.3% | 73.7% | 72.0% | 71.3% | 72.1% | 60.8% | 80.7% | 33.7% | 80.8% | 76.3% | 77.0% | 71.1% | | |
| 20700 | GLENMONT | GLENMONT | 73.0% | 76.2% | 83.5% | 48.3% | 88.1% | 85.8% | 82.5% | 82.8% | 71.7% | 76.0% | 73.0% | 53.3% | 69.1% | 86.5% | 75.7% | 66.8% | | |
| 32100 | GRAFTON | GRAFTON | 83.6% | 76.5% | 88.2% | 51.8% | 77.0% | 76.5% | 74.2% | 72.9% | 65.0% | 77.7% | 69.4% | 57.1% | 67.2% | 84.0% | 76.9% | 71.3% | | |
| 34400 | GREAT ONYX | GREAT ONYX | 77.1% | 71.2% | 61.7% | 71.7% | 80.8% | 84.6% | 83.7% | 78.9% | 79.0% | 83.1% | 76.9% | 84.4% | 77.0% | 75.2% | 78.2% | 78.7% | | |
| 41600 | GULFPORT | GULFPORT | 76.0% | 70.8% | 78.1% | 63.7% | 76.9% | 82.4% | 76.7% | 76.1% | 78.0% | 75.4% | 74.6% | 61.3% | 76.9% | 80.0% | 100.0% | 78.5% | | |
| 40800 | GUTHRIE | GUTHRIE | 76.5% | 73.3% | 60.2% | 44.0% | 72.5% | 53.9% | 68.9% | 66.5% | 59.8% | 59.9% | 55.6% | 67.9% | 67.8% | 75.3% | 73.2% | 71.3% | | |
| 30500 | HARPERS FERRY | HARPERS FERRY | 73.8% | 60.0% | 63.3% | 52.6% | 65.7% | 76.3% | 66.7% | 67.8% | 76.7% | 75.3% | 46.2% | 59.2% | 74.0% | 73.5% | 61.0% | 65.0% | | |
| 15900 | HARTFORD | HARTFORD | 84.2% | 73.3% | 72.4% | 59.5% | 79.2% | 89.9% | 84.4% | 66.9% | 77.0% | 61.4% | 75.4% | 79.4% | 78.0% | 75.0% | | | | |
| 90100 | HAWAII | HAWAII Maui | 74.8% | 62.3% | 78.5% | 59.6% | 61.2% | 67.0% | 74.2% | 64.0% | 80.9% | 60.7% | 47.0% | 54.1% | 73.9% | 69.6% | 67.5% | | | |
| 50900 | HUBERT H HUMPHREY | HUBERT H HUMPHREY | 80.2% | 73.3% | 79.3% | 58.0% | 80.4% | 67.2% | 61.1% | 78.6% | 73.8% | 74.3% | 71.4% | 64.7% | 73.7% | 90.7% | 82.5% | 74.6% | | |
| 50100 | INLAND EMPIRE | INLAND EMPIRE | 80.2% | 78.2% | 70.1% | 57.3% | 74.0% | 74.7% | 68.1% | 78.0% | 66.2% | 79.6% | 66.3% | 73.8% | 80.9% | 72.7% | 76.3% | | | |
| 22800 | IROQUOIS | IROQUOIS | 75.9% | 71.2% | 81.4% | 44.1% | 73.3% | 77.7% | 77.8% | 77.1% | 69.0% | 75.0% | 54.7% | 66.7% | 60.2% | 73.9% | 73.0% | 73.0% | | |
| 41100 | JACKSONVILLE | JACKSONVILLE | 72.1% | 82.1% | 81.1% | 61.1% | 76.1% | 80.3% | 75.5% | 73.0% | 72.5% | 81.5% | 74.7% | 42.7% | 77.3% | 78.4% | 84.1% | 73.8% | | |
| 53000 | JOLIET | JOLIET | 84.0% | 72.7% | 66.1% | 51.2% | 74.1% | 77.0% | 71.6% | 71.8% | 70.6% | 70.1% | 67.0% | 22.6% | 70.7% | 76.0% | 82.4% | 70.8% | | |

000147

| | Primary Six Measures [a] | | 2nd Quarter Placement Rate | | | | | | | | 4th Quarter Placement Rate | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Center ID | Center Name [a] | Reference Name | PY 2017 | PY 2018 | PY 2019 | PY 2020 | PY 2021 | PY 2022 | PY 2023 | Avg | PY 2017 | PY 2018 | PY 2019 | PY 2020 | PY 2021 | PY 2022 | PY 2023 | Avg |
| 20900 | KEYSTONE | KEYSTONE | | | | | | | | | | | | | | | | |
| 41300 | KITTRELL | KITTRELL | | | | | | | | | | | | | | | | |
| 60800 | LAREDO | LAREDO | | | | | | | | | | | | | | | | |
| 60700 | LITTLE ROCK | LITTLE ROCK | | | | | | | | | | | | | | | | |
| 91100 | LONG BEACH | LONG BEACH | | | | | | | | | | | | | | | | |
| 10800 | LORING | LORING | | | | | | | | | | | | | | | | |
| 90300 | LOS ANGELES | LOS ANGELES | | | | | | | | | | | | | | | | |
| 41500 | LYNDON B. JOHNSON | LYNDON B. JOHNSON | | | | | | | | | | | | | | | | |
| 41600 | MIAMI | MIAMI | | | | | | | | | | | | | | | | |
| 51300 | MILWAUKEE | MILWAUKEE | | | | | | | | | | | | | | | | |
| 70300 | MINGO | MINGO | | | | | | | | | | | | | | | | |
| 41700 | MISSISSIPPI | MISSISSIPPI | | | | | | | | | | | | | | | | |
| 42600 | MONTGOMERY | MONTGOMERY | | | | | | | | | | | | | | | | |
| 32100 | MUHLENBERG | MUHLENBERG | | | | | | | | | | | | | | | | |
| 11000 | NEW HAMPSHIRE** | NEW HAMPSHIRE | | | | | | | | | | | | | | | | |
| 10500 | NEW HAVEN | NEW HAVEN | | | | | | | | | | | | | | | | |
| 60900 | NEW ORLEANS | NEW ORLEANS | | | | | | | | | | | | | | | | |
| 60800 | NORTH TEXAS | NORTH TEXAS | | | | | | | | | | | | | | | | |
| 10200 | NORTHLANDS | NORTHLANDS | | | | | | | | | | | | | | | | |
| 41600 | OCONALUFTEE | OCONALUFTEE | | | | | | | | | | | | | | | | |
| 36750 | OLD DOMINION | OLD DOMINION | | | | | | | | | | | | | | | | |
| 20900 | ONEONTA | ONEONTA | | | | | | | | | | | | | | | | |
| 51400 | OTTUMWA | OTTUMWA | | | | | | | | | | | | | | | | |
| 61200 | PAUL SIMON | PAUL SIMON | | | | | | | | | | | | | | | | |
| 10300 | PENOBSCOT | PENOBSCOT | | | | | | | | | | | | | | | | |
| 30800 | PHILADELPHIA | PHILADELPHIA | | | | | | | | | | | | | | | | |
| 90400 | PHOENIX | PHOENIX | | | | | | | | | | | | | | | | |
| 41600 | PINE KNOT | PINE KNOT | | | | | | | | | | | | | | | | |
| 70400 | PINE RIDGE | PINE RIDGE | | | | | | | | | | | | | | | | |
| 42800 | PINELLAS COUNTY | PINELLAS COUNTY | | | | | | | | | | | | | | | | |
| 30800 | PITTSBURGH | PITTSBURGH | | | | | | | | | | | | | | | | |
| 35100 | POTOMAC | POTOMAC | | | | | | | | | | | | | | | | |
| 70800 | QUENTIN BURDICK | QUENTIN BURDICK | | | | | | | | | | | | | | | | |
| 21600 | RAMEY | RAMEY | | | | | | | | | | | | | | | | |
| 31100 | RED ROCK | RED ROCK | | | | | | | | | | | | | | | | |
| 61100 | ROSWELL | ROSWELL | | | | | | | | | | | | | | | | |
| 90500 | SACRAMENTO | SACRAMENTO | | | | | | | | | | | | | | | | |
| 90600 | SAN DIEGO | SAN DIEGO | | | | | | | | | | | | | | | | |
| 90700 | SAN JOSE | SAN JOSE | | | | | | | | | | | | | | | | |
| 42000 | SCHENCK | SCHENCK | | | | | | | | | | | | | | | | |
| 61200 | SHREVEPORT | SHREVEPORT | | | | | | | | | | | | | | | | |
| 10700 | SHRIVER | SARGENT SHRIVER | | | | | | | | | | | | | | | | |
| 90800 | SIERRA NEVADA | SIERRA NEVADA | | | | | | | | | | | | | | | | |
| 21100 | SOUTH BRONX | S BRONX/ Brooklyn | | | | | | | | | | | | | | | | |
| 55700 | SPRINGDALE | SPRINGDALE PIVOT | | | | | | | | | | | | | | | | |
| 70900 | ST LOUIS | ST LOUIS | | | | | | | | | | | | | | | | |
| 61300 | TALKING LEAVES | TALKING LEAVES | | | | | | | | | | | | | | | | |
| 100800 | TIMBER LAKE | TIMBER LAKE | | | | | | | | | | | | | | | | |
| 100600 | TONGUE POINT | TONGUE POINT | | | | | | | | | | | | | | | | |
| 30600 | TRAPPER CREEK | TRAPPER CREEK | | | | | | | | | | | | | | | | |
| 90900 | TREASURE ISLAND | TREASURE ISLAND | | | | | | | | | | | | | | | | |
| 61500 | TULSA | TULSA | | | | | | | | | | | | | | | | |
| 42100 | TURNER | TURNER | | | | | | | | | | | | | | | | |
| 30700 | WEBER BASIN | WEBER BASIN | | | | | | | | | | | | | | | | |
| 10400 | WESTOVER | WESTOVER | | | | | | | | | | | | | | | | |
| 32000 | WHITNEY M. YOUNG | WHITNEY M. YOUNG | | | | | | | | | | | | | | | | |
| 32200 | WILMINGTON | WILMINGTON | | | | | | | | | | | | | | | | |
| 81700 | WIND RIVER** | WIND RIVER | | | | | | | | | | | | | | | | |
| 101000 | WOLF CREEK | WOLF CREEK | | | | | | | | | | | | | | | | |
| 31200 | WOODLAND | WOODLAND | | | | | | | | | | | | | | | | |
| 31300 | WOODSTOCK | WOODSTOCK | | | | | | | | | | | | | | | | |

NOTES:

\*\*\*\* CRIS missed results are marked due to same and/or credits having fewer than 5 participants.

N/A: No data available for reporting.

| | Primary Six Measures | | | Median 2nd Quarter Earnings | | | | | | | | Credential Attainment Rate | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Control ID | Center Name | Reference Name | PY 2017 | PY 2018 | PY 2019 | PY 2020 | PY 2021 | PY 2022 | PY 2023 | Avg | PY 2017 | PY 2018 | PY 2019 | PY 2020 | PY 2021 | PY 2022 | PY 2023 | Avg |
| | National | | $4,191 | $4,629 | $4,765 | $3,268 | $4,113 | $4,307 | $4,052 | $4,182.46 | 85.2% | 84.9% | 85.6% | 86.8% | 55.3% | 49.2% | 51.3% | 66.9% |
| 121105 | ALASKA | ALASKA | $4,640 | $4,943 | $6,257 | $4,645 | $5,041 | $5,151 | $5,109 | $5,299.62 | 90.5% | 89.0% | 95.1% | 78.5% | 61.0% | 51.5% | 48.1% | 73.2% |
| 40306 | ALBUQUERQUE | ALBUQUERQUE | $4,360 | $4,316 | $5,057 | $3,087 | $4,714 | $6,365 | $4,196 | $4,482.79 | 85.9% | 75.8% | 60.9% | 44.1% | 43.9% | 35.0% | 41.6% | 55.0% |
| 26307 | ANACONDA | ANACONDA | $5,584 | $4,027 | $5,646 | $4,331 | $5,408 | $6,505 | $6,119 | $5,531.18 | 78.2% | 78.5% | 89.7% | 54.7% | 33.6% | 32.7% | 33.2% | 60.2% |
| 190303 | ANGELL | ANGELL | $4,373 | $5,487 | $6,632 | $3,032 | $4,666 | $6,176 | $5,262 | $5,422.18 | 77.2% | 86.0% | 60.9% | 40.8% | 58.7% | 47.3% | 57.1% | 54.7% |
| 25108 | ARECIBO*** | ARECIBO | $2,938 | N/A | N/A | N/A | $2,764 | $4,140 | $3,286 | $3,283.60 | 68.3% | N/A | 14.3% | N/A | 0.0% | 77.8% | 30.9% | 48.2% |
| 32358 | ATTERBURY | ATTERBURY IndyPendence | $3,879 | $4,815 | $4,409 | $2,111 | $3,564 | $2,724 | $2,022 | $3,277.54 | 67.5% | 75.1% | 87.4% | 45.0% | 35.0% | 38.1% | 29.7% | 59.1% |
| 40200 | BAMBERG | BAMBERG | $3,577 | $3,828 | $4,537 | $2,379 | $3,929 | $3,558 | $3,316 | $3,090.03 | 86.7% | 96.2% | 93.8% | 57.1% | 60.0% | 45.7% | 56.8% | 69.4% |
| 42006 | BENJAMIN L. HOOKS | BENJAMIN L. HOOKS | $3,932 | $4,440 | $4,716 | $3,126 | $4,669 | $3,846 | $3,290 | $3,631.78 | 49.5% | 93.5% | 91.2% | 65.8% | 74.6% | 58.8% | 48.9% | 74.6% |
| 50200 | BLACKWELL | BLACKWELL | $3,450 | $4,300 | $4,869 | $3,776 | $4,404 | $6,229 | $4,303 | $4,500.14 | 67.3% | 88.8% | 97.1% | 52.1% | 67.9% | 20.4% | 34.3% | 56.8% |
| 30100 | BLUE RIDGE | BLUE RIDGE | $3,398 | $4,462 | $4,400 | $3,200 | $4,412 | $3,757 | $4,676 | $4,477.81 | 57.0% | 89.4% | 99.2% | 50.7% | 75.0% | 63.0% | 30.3% | 70.9% |
| 49260 | BOXELDER | BOXELDER | $4,292 | $5,270 | $6,097 | $3,554 | $3,567 | $3,256 | $4,652 | $4,429.97 | 75.0% | 56.7% | 77.0% | 50.0% | 45.7% | 40.3% | 26.3% | 58.6% |
| 40409 | BRUNSWICK | BRUNSWICK | $3,710 | $3,690 | $4,468 | $3,084 | $3,468 | $3,308 | $3,578 | $3,482.31 | 45.9% | 82.9% | 87.6% | 58.1% | 54.9% | 45.3% | 90.9% | 67.8% |
| 31300 | CARL D. PERKINS | CARL D. PERKINS | $3,740 | $4,277 | $5,620 | $3,017 | $3,898 | $3,893 | $4,527 | $3,973.91 | 65.5% | 95.8% | 90.4% | 57.6% | 86.7% | 60.3% | 59.3% | 72.8% |
| 53500 | CARVILLE*** | CARVILLE | $3,458 | $3,760 | $3,425 | $4,367 | N/A | N/A | N/A | $3,504.90 | 74.0% | 95.5% | 65.7% | 49.5% | N/A | N/A | N/A | 73.6% |
| 100200 | CASCADES*** | CASCADES | N/A | $4,846 | $3,375 | $2,656 | $4,479 | $5,041 | $4,479 | $3,638.57 | N/A | 100.0% | 63.6% | 34.3% | 13.5% | 19.4% | 14.7% | 44.1% |
| 40203 | CASS | CASS | $4,341 | $3,934 | $5,760 | $2,831 | $4,205 | $4,296 | $4,518 | $4,141.14 | 70.0% | 80.4% | 87.9% | 41.2% | 52.9% | 34.4% | 10.9% | 52.6% |
| 20506 | CASSADAGA | CASSADAGA | $5,006 | $5,126 | $6,115 | $3,774 | $5,037 | $4,796 | $4,412 | $4,967.81 | 96.7% | 93.1% | 92.9% | 77.2% | 69.0% | 43.4% | 40.7% | 71.0% |
| 210600 | CENTENNIAL*** | CENTENNIAL | $5,321 | $6,303 | $5,523 | **** | N/A | N/A | N/A | $5,647.48 | 87.8% | 86.3% | 83.0% | 60.4% | N/A | N/A | N/A | 79.4% |
| 50300 | CHARLESTON | CHARLESTON | $3,450 | $4,640 | $5,232 | $2,721 | $4,592 | $3,314 | $2,507 | $3,086.81 | 92.9% | 90.6% | 93.1% | 40.0% | 44.6% | 32.2% | 59.4% | 70.2% |
| 50300 | CINCINNATI | CINCINNATI | $3,743 | $4,036 | $4,849 | $3,154 | $4,645 | $2,459 | $2,868 | $3,603.07 | 87.3% | 86.4% | 67.7% | 15.3% | 50.0% | 46.9% | 41.5% | 66.5% |
| 90300 | CLEARFIELD | CLEARFIELD | $4,731 | $3,898 | $5,066 | $3,609 | $6,132 | $3,369 | $3,985 | $3,709.71 | 98.6% | 97.3% | 63.8% | 50.9% | 47.6% | 50.7% | 48.6% | 58.0% |
| 50400 | CLEVELAND | CLEVELAND | $3,414 | $4,492 | $4,216 | $3,069 | $3,926 | $2,335 | $2,721 | $3,468.62 | 77.2% | 95.2% | 96.7% | 90.2% | 53.9% | 52.9% | 62.2% | 64.3% |
| 40489 | COLUMBIA | COLUMBIA | $3,964 | $5,143 | $5,772 | $3,648 | $4,207 | $4,539 | $5,951 | $4,712.00 | 67.5% | 86.7% | 92.0% | 52.0% | 34.3% | 44.0% | 30.5% | 60.8% |
| 190900 | COLUMBIA BASIN | COLUMBIA BASIN | $4,637 | $4,739 | $5,995 | $4,457 | $4,820 | $4,400 | $5,653 | $4,828.12 | 93.1% | 80.5% | 91.5% | 60.9% | 39.8% | 60.0% | 98.7% | 74.8% |
| 100400 | CURLEW | CURLEW | $4,111 | $6,209 | $6,836 | $5,472 | $5,950 | $5,769 | $5,550.06 | | 93.9% | 89.6% | 80.8% | 47.4% | 48.1% | 43.4% | 42.9% | 62.2% |
| 61088 | DAVID L. CARRASCO | DAVID L. CARRASCO | $3,206 | $3,177 | $3,767 | $2,740 | $2,403 | $3,963 | $3,659 | $3,310.73 | 76.5% | 86.7% | 80.6% | 45.2% | 35.4% | 37.1% | 58.1% | 59.3% |
| 50500 | DAYTON | DAYTON | $4,094 | $4,648 | $5,158 | $3,413 | $2,728 | $3,094 | $2,712 | $3,896.92 | 78.2% | 93.4% | 93.5% | 50.4% | 65.3% | 38.7% | 59.2% | 89.1% |
| 25400 | DELAWARE VALLEY | DELAWARE VALLEY | $4,726 | $3,681 | $3,943 | $3,507 | $3,743 | $3,054 | $4,197 | $3,781.00 | 70.2% | 71.8% | 75.0% | 38.9% | 59.7% | 34.7% | 43.4% | 53.8% |
| 70100 | DENISON | DENISON | $5,165 | $6,125 | $5,296 | $3,550 | $4,810 | $6,218 | $5,056 | $5,056.62 | 92.1% | 93.4% | 96.0% | 65.6% | 41.9% | 47.1% | 33.8% | 80.9% |
| 50600 | DETROIT | DETROIT | $3,745 | $3,549 | $4,155 | $3,768 | $3,118 | $3,279 | $3,347 | $3,550.99 | 74.0% | 84.9% | 90.4% | 45.9% | 45.9% | 43.8% | 94.0% | 64.0% |
| 21000 | EARLE C. CLEMENTS | EARLE C. CLEMENTS | $4,298 | $3,115 | $4,502 | $3,051 | $4,494 | $3,037 | $3,211 | $4,010.01 | 93.6% | 95.6% | 64.0% | 31.2% | 67.0% | 57.3% | 75.8% | |
| 20100 | EDISON | EDISON | $4,900 | $3,947 | $4,841 | $2,888 | $4,458 | $3,464 | $4,210 | $4,347.89 | 95.9% | 99.8% | 75.0% | 48.1% | 60.2% | 58.3% | 69.4% | 73.5% |
| 70200 | EXCELSIOR SPRINGS | EXCELSIOR SPRINGS | $4,140 | $4,770 | $4,690 | $3,479 | $3,964 | $4,574 | $4,131 | $4,245.27 | 77.0% | 79.5% | 79.0% | 55.9% | 53.9% | 54.1% | 68.1% | 68.8% |
| 10900 | EXETER | EXETER | $3,858 | $4,603 | $5,070 | $3,096 | $4,555 | $4,158 | $4,143 | $4,278.71 | 67.8% | 72.5% | 64.3% | 50.0% | 54.4% | 45.3% | 33.1% | 60.8% |
| 40300 | FINCH-HENRY | FINCH-HENRY | $3,740 | $4,680 | $6,227 | $2,344 | $3,774 | $3,403 | $2,898 | $3,752.62 | 93.7% | 84.1% | 92.0% | 52.4% | 64.7% | 51.8% | 57.1% | 73.9% |
| 30400 | FLATWOODS | FLATWOODS | $5,076 | $4,021 | $5,350 | $4,744 | $3,443 | $3,457 | $4,214 | $4,799.27 | 94.7% | 89.2% | 96.9% | 77.9% | 52.4% | 41.9% | 57.0% | 84.1% |
| 70500 | FLINT HILLS | FLINT HILLS | $4,185 | $3,970 | $4,159 | $3,987 | $3,085 | $3,743 | $4,995 | $3,940.34 | 87.4% | 88.7% | 97.0% | 54.8% | 63.7% | 44.4% | 47.4% | 67.7% |
| 31100 | FLINT/GENESEE | FLINT/GENESEE | $3,706 | $3,650 | $3,247 | $3,235 | $2,822 | $3,055 | $3,112 | $3,211.85 | 63.5% | 73.4% | 79.7% | 50.8% | 53.8% | 54.5% | 39.7% | 56.7% |
| 199500 | FORT SIMCOE | FORT SIMCOE | $5,460 | $5,665 | $6,871 | $5,761 | $4,044 | $6,447 | $3,839 | $5,479.70 | 77.4% | 86.9% | 68.2% | 49.4% | 33.2% | 32.0% | 54.7% | 66.8% |
| 30300 | FRED ACOSTA | FRED ACOSTA | $3,638 | $3,526 | $5,155 | $4,257 | $3,436 | $5,057 | $5,247 | $5,355.25 | 95.4% | 95.0% | 96.2% | 60.2% | 65.7% | 36.4% | 57.9% | 71.5% |
| 31700 | FRENCHBURG | FRENCHBURG | $3,143 | $3,350 | $4,601 | $3,305 | $3,152 | $2,767 | $3,813 | $3,218.03 | 84.4% | 93.5% | 97.0% | 58.4% | 57.1% | 39.4% | 44.4% | 67.4% |
| 42405 | GADSDEN | GADSDEN | $4,360 | $3,599 | $4,761 | $5,178 | $3,564 | $4,416 | $3,559 | $3,711.15 | 87.2% | 99.8% | 93.9% | 57.6% | 41.2% | 50.8% | 50.1% | 72.0% |
| 40400 | GARY | GARY | $4,356 | $4,789 | $4,751 | $3,350 | $4,036 | $3,831 | $4,069.21 | | 82.4% | 93.1% | 93.5% | 55.9% | 63.9% | 54.5% | 66.9% | 76.4% |
| 60600 | GERALD R. FORD | GERALD R. FORD | $3,493 | $4,046 | $4,221 | $2,325 | $3,577 | $2,433 | $2,321 | $3,246.44 | 85.2% | 94.5% | 80.6% | 50.0% | 71.9% | 55.1% | 41.0% | 67.8% |
| 20700 | GLENMONT | GLENMONT | $4,577 | $5,155 | $5,021 | $4,047 | $4,448 | $3,770 | $4,221 | $4,575.07 | 81.4% | 89.8% | 86.5% | 51.5% | 61.9% | 30.6% | 46.8% | 63.0% |
| 10100 | GRAFTON | GRAFTON | $4,455 | $5,750 | $5,086 | $3,303 | $5,754 | $3,148 | $3,879.32 | | 87.5% | 98.9% | 100.0% | 72.7% | 59.4% | 59.4% | 59.4% | 79.4% |
| 33899 | GREAT ONYX | GREAT ONYX | $5,293 | $3,767 | $5,255 | $3,947 | $3,887 | $4,030 | $4,129 | $4,547.96 | 95.0% | 97.5% | 89.9% | 78.2% | 77.6% | 63.1% | 28.4% | 79.9% |
| 41206 | GULFPORT | GULFPORT | $3,829 | $3,960 | $3,369 | $2,982 | $3,019 | $4,081 | $2,519 | $3,405.29 | 93.9% | 94.6% | 96.1% | 58.4% | 74.1% | 36.7% | 58.0% | 79.8% |
| 60500 | GUTHRIE | GUTHRIE | $4,000 | $3,540 | $4,361 | $2,212 | $5,248 | $3,249 | $3,014 | $3,474.04 | 77.7% | 74.6% | 78.4% | 51.9% | 41.7% | 31.7% | 43.9% | 57.2% |
| 20300 | HARPERS FERRY | HARPERS FERRY | $2,897 | $4,043 | $3,238 | $3,112 | $3,156 | $3,989 | $3,642 | $3,454.08 | 84.9% | 95.1% | 33.4% | 66.7% | 68.9% | 50.1% | 55.0% | 70.2% |
| 17900 | HARTFORD | HARTFORD | $4,587 | $3,017 | $4,299 | $3,113 | $4,948 | $3,549 | $3,720 | $4,285.73 | 90.7% | 81.0% | 64.0% | 43.2% | 70.4% | 67.1% | 76.0% | 70.0% |
| 50100 | HAWAII | HAWAII Maui | $6,099 | $3,680 | $5,421 | $804 | $865 | $933 | $949 | $2,869.69 | 93.5% | 92.9% | 91.1% | 47.7% | 57.0% | 51.0% | 49.9% | 74.0% |
| 50800 | HUBERT H HUMPHREY | HUBERT H HUMPHREY | $5,257 | $5,809 | $4,980 | $3,077 | $4,068 | $5,375 | $5,190 | $4,867.19 | 95.4% | 95.7% | 83.8% | 67.2% | 53.3% | 56.3% | 56.1% | 75.4% |
| 90100 | INLAND EMPIRE | INLAND EMPIRE | $4,026 | $3,120 | $3,761 | $3,357 | $4,341 | $4,696 | $3,907 | $3,542.85 | 83.1% | 91.6% | 85.2% | 45.7% | 34.1% | 46.7% | 61.8% | 66.9% |
| 20000 | IROQUOIS | IROQUOIS | $4,060 | $4,503 | $4,689 | $3,535 | $5,164 | $3,451 | $4,163 | $3,970.54 | 88.6% | 81.9% | 97.5% | 72.0% | 54.4% | 36.4% | 53.7% | 69.2% |
| 41100 | JACKSONVILLE | JACKSONVILLE | $2,835 | $4,115 | $4,414 | $3,129 | $4,467 | $4,397 | $3,597 | $3,710.45 | 88.6% | 96.5% | 74.9% | 65.8% | 79.5% | 73.0% | 32.5% | 76.0% |
| 41200 | JACOBS CREEK | JACOBS CREEK | $4,653 | $4,677 | $5,267 | $3,570 | $4,684 | $5,726 | $3,667 | $4,073.38 | 75.1% | 92.9% | 66.0% | 63.9% | 58.8% | 46.2% | 54.5% | 70.8% |
| 63000 | JOLIET | JOLIET | $3,639 | $4,186 | $4,650 | $3,266 | $3,068 | $2,973 | $3,185 | $3,373.19 | 83.6% | 63.6% | 64.0% | 55.7% | 67.9% | 43.7% | 59.5% | 52.9% |

(1776 Performance Data)

| | Primary Six Measures | | Median 2nd Quartile Earnings | | | | | | | | Credential Attainment Rate | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Control ID | Center Name | Reference Name | PY 2017 | PY 2018 | PY 2019 | PY 2020 | PY 2021 | PY 2022 | PY 2023 | Avg | PY 2017 | PY 2018 | PY 2019 | PY 2020 | PY 2021 | PY 2022 | PY 2023 | Avg |
| 10600 | KEYSTONE | KEYSTONE | | | | | | | | | | | | | | | | |
| 51300 | KITTRELL | KITTRELL | | | | | | | | | | | | | | | | |
| 60800 | LAREDO | LAREDO | | | | | | | | | | | | | | | | |
| 66750 | LITTLE ROCK | LITTLE ROCK | | | | | | | | | | | | | | | | |
| 91300 | LONG BEACH | LONG BEACH | | | | | | | | | | | | | | | | |
| 10800 | LORING | LORING | | | | | | | | | | | | | | | | |
| 90300 | LOS ANGELES | LOS ANGELES | | | | | | | | | | | | | | | | |
| 41500 | LYNDON B. JOHNSON | LYNDON B. JOHNSON | | | | | | | | | | | | | | | | |
| 43500 | MIAMI | MIAMI | | | | | | | | | | | | | | | | |
| 51300 | MILWAUKEE | MILWAUKEE | | | | | | | | | | | | | | | | |
| 70500 | MINGO | MINGO | | | | | | | | | | | | | | | | |
| 41700 | MISSISSIPPI | MISSISSIPPI | | | | | | | | | | | | | | | | |
| 43800 | MONTGOMERY | MONTGOMERY | | | | | | | | | | | | | | | | |
| 32100 | MUHLENBERG | MUHLENBERG | | | | | | | | | | | | | | | | |
| 11000 | NEW HAMPSHIRE | NEW HAMPSHIRE | | | | | | | | | | | | | | | | |
| 11800 | NEW HAVEN | NEW HAVEN | | | | | | | | | | | | | | | | |
| 60900 | NEW ORLEANS | NEW ORLEANS | | | | | | | | | | | | | | | | |
| 60800 | NORTH TEXAS | NORTH TEXAS | | | | | | | | | | | | | | | | |
| 10200 | NORTHLANDS | NORTHLANDS | | | | | | | | | | | | | | | | |
| 41600 | OCONALUFTEE | OCONALUFTEE | | | | | | | | | | | | | | | | |
| 38700 | OLD DOMINION | OLD DOMINION | | | | | | | | | | | | | | | | |
| 26900 | ONEONTA | ONEONTA | | | | | | | | | | | | | | | | |
| 53400 | OTTUMWA | OTTUMWA | | | | | | | | | | | | | | | | |
| 51200 | PAUL SIMON | PAUL SIMON | | | | | | | | | | | | | | | | |
| 10300 | PENOBSCOT | PENOBSCOT | | | | | | | | | | | | | | | | |
| 30800 | PHILADELPHIA | PHILADELPHIA | | | | | | | | | | | | | | | | |
| 90400 | PHOENIX | PHOENIX | | | | | | | | | | | | | | | | |
| 10300 | PINE KNOT | PINE KNOT | | | | | | | | | | | | | | | | |
| 75400 | PINE RIDGE | PINE RIDGE | | | | | | | | | | | | | | | | |
| 42000 | PINELLAS COUNTY | PINELLAS COUNTY | | | | | | | | | | | | | | | | |
| 30900 | PITTSBURGH | PITTSBURGH | | | | | | | | | | | | | | | | |
| 21300 | POTOMAC | POTOMAC | | | | | | | | | | | | | | | | |
| 90800 | QUENTIN BURDICK | QUENTIN BURDICK | | | | | | | | | | | | | | | | |
| 21000 | RAMEY | RAMEY | | | | | | | | | | | | | | | | |
| 31100 | RED ROCK | RED ROCK | | | | | | | | | | | | | | | | |
| 61100 | ROSWELL | ROSWELL | | | | | | | | | | | | | | | | |
| 90900 | SACRAMENTO | SACRAMENTO | | | | | | | | | | | | | | | | |
| 90000 | SAN DIEGO | SAN DIEGO | | | | | | | | | | | | | | | | |
| 90700 | SAN JOSE | SAN JOSE | | | | | | | | | | | | | | | | |
| 42000 | SCHENCK | SCHENCK | | | | | | | | | | | | | | | | |
| 93200 | SHREVEPORT | SHREVEPORT | | | | | | | | | | | | | | | | |
| 10700 | SHRIVER | SARGENT SHRIVER | | | | | | | | | | | | | | | | |
| 90900 | SIERRA NEVADA | SIERRA NEVADA | | | | | | | | | | | | | | | | |
| 21100 | SOUTH BRONX | S BRONX/ Brooklyn | | | | | | | | | | | | | | | | |
| 30700 | SPRINGDALE | SPRINGDALE/ PIVOT | | | | | | | | | | | | | | | | |
| 70500 | ST LOUIS | ST LOUIS | | | | | | | | | | | | | | | | |
| 61500 | TALKING LEAVES | TALKING LEAVES | | | | | | | | | | | | | | | | |
| 100000 | TIMBER LAKE | TIMBER LAKE | | | | | | | | | | | | | | | | |
| 100000 | TONGUE POINT | TONGUE POINT | | | | | | | | | | | | | | | | |
| 32600 | TRAPPER CREEK | TRAPPER CREEK | | | | | | | | | | | | | | | | |
| 90800 | TREASURE ISLAND | TREASURE ISLAND | | | | | | | | | | | | | | | | |
| 61500 | TULSA | TULSA | | | | | | | | | | | | | | | | |
| 42100 | TURNER | TURNER | | | | | | | | | | | | | | | | |
| 30700 | WEBER BASIN | WEBER BASIN | | | | | | | | | | | | | | | | |
| 10900 | WESTOVER | WESTOVER | | | | | | | | | | | | | | | | |
| 52000 | WHITNEY M. YOUNG | WHITNEY M. YOUNG | | | | | | | | | | | | | | | | |
| 32300 | WILMINGTON | WILMINGTON | | | | | | | | | | | | | | | | |
| 93700 | WIND RIVER | WIND RIVER | | | | | | | | | | | | | | | | |
| 10500 | WOLF CREEK | WOLF CREEK | | | | | | | | | | | | | | | | |
| 33200 | WOODLAND | WOODLAND | | | | | | | | | | | | | | | | |
| 31500 | WOODSTOCK | WOODSTOCK | | | | | | | | | | | | | | | | |

NOTES:

| | Primary Six Measures [A] | | | Measurable Skill Gains Rate | | | | | | | | Employee Retention Rate | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Control ID | Center Name [A] | Reference Name | PY2017 | PY2018 | PY2019 | PY2020 | PY2021 | PY2022 | PY2023 | Avg | PY2017 | PY2018 | PY2019 | PY2020 | PY2021 | PY2022 | PY2023 | Avg |
| | National | | 99.3% | 79.9% | 49.5% | 74.9% | 60.1% | 63.0% | 86.9% | 82.7% | 58.4% | 82.7% | 58.2% | 31.7% | 49.9% | 53.9% | 48.4% | 55.2% |
| 121105 | ALASKA | ALASKA | 77.3% | 79.9% | 43.6% | 29.0% | 39.6% | 49.6% | 16.7% | 38.4% | 55.9% | 98.1% | 52.3% | 40.7% | 46.8% | 58.9% | 57.1% | 54.2% |
| 65366 | ALBUQUERQUE | ALBUQUERQUE | 87.1% | 74.3% | 37.8% | 33.4% | 73.0% | 64.3% | 76.9% | 63.2% | 80.6% | 66.7% | 73.4% | 33.7% | 53.1% | 63.2% | 51.7% | 57.3% |
| 36102 | ANACONDA | ANACONDA | 83.2% | 85.1% | 54.5% | 36.1% | 90.5% | 69.7% | 80.7% | 67.6% | 56.5% | 72.1% | 65.1% | 33.9% | 40.6% | 57.8% | 59.8% | 55.9% |
| 156300 | ANGELL | ANGELL | 72.6% | 51.9% | 38.8% | 14.3% | 81.1% | 49.1% | 87.5% | 53.6% | 53.1% | 57.6% | 65.2% | 21.3% | 36.8% | 62.1% | 73.0% | 46.7% |
| 25100 | ABEDJBO*** | ABEDJBO | 60.8% | n/a | 0.0% | 57.1% | 76.9% | 87.1% | 71.5% | 36.6% | 75.0% | n/a | 50.0% | n/a | **** | 46.2% | 33.3% | 51.1% |
| 58108 | ATTERBURY | ATTERBURY Indv/Pendence | 89.7% | 82.7% | 41.9% | 25.1% | 59.1% | 52.3% | 57.8% | 57.1% | 46.5% | 83.3% | 54.7% | 22.5% | 57.6% | 47.7% | 58.8% | 44.4% |
| 80200 | BAMBERG | BAMBERG | 80.6% | 63.0% | 56.1% | 52.5% | 65.9% | 65.4% | 54.3% | 56.5% | 62.1% | 88.9% | 55.3% | 21.3% | 45.6% | 38.8% | 49.9% | 47.9% |
| 42500 | BENJAMIN L HOOKS | BENJAMIN L. HOOKS | 91.7% | 38.9% | 49.7% | 69.1% | 60.1% | 65.2% | 58.9% | 55.9% | 33.6% | 80.4% | 59.6% | 29.1% | 44.7% | 42.2% | 57.0% | 46.7% |
| 50200 | BLACKWELL | BLACKWELL | 69.0% | 79.9% | 36.3% | 17.1% | 76.0% | 59.1% | 76.7% | 60.4% | 38.3% | 14.5% | 56.0% | 14.7% | 37.0% | 63.0% | 49.7% | 42.0% |
| 38100 | BLUE RIDGE | BLUE RIDGE | 88.1% | 76.7% | 37.0% | 52.3% | 45.9% | 50.0% | 50.3% | 57.1% | 65.5% | 65.5% | 68.4% | 22.2% | 59.1% | 50.0% | 54.4% | 54.3% |
| 98200 | BOXELDER | BOXELDER | 89.0% | 92.6% | 51.5% | 29.4% | 54.2% | 65.0% | 73.5% | 65.7% | 41.1% | 72.7% | 50.0% | 22.9% | 10.2% | 40.0% | 38.2% | 41.5% |
| 41600 | BRUNSWICK | BRUNSWICK | 89.4% | 60.6% | 49.5% | 38.4% | 65.7% | 49.1% | 75.3% | 62.9% | 92.1% | 58.9% | 49.9% | 37.4% | 38.4% | 48.4% | 38.9% | 46.9% |
| 31500 | CARL D. PERKINS | CARL D. PERKINS | 63.9% | 96.9% | 56.0% | 52.0% | 65.8% | 68.8% | 81.9% | 89.2% | 40.4% | 66.2% | 64.0% | 33.6% | 54.5% | 57.9% | 59.1% | 52.4% |
| 91600 | CARVILLE*** | CARVILLE | 85.1% | 77.8% | 36.4% | n/a | n/a | n/a | n/a | 64.5% | 48.0% | 54.1% | 56.7% | 24.3% | n/a | n/a | n/a | 45.9% |
| 100200 | CASCADES*** | CASCADES | 37.0% | 17.4% | 14.9% | 9.3% | 15.0% | 70.3% | 76.9% | 38.4% | n/a | n/a | 31.8% | 26.4% | 52.1% | 57.4% | 56.8% | 49.2% |
| 60200 | CASS | CASS | 87.6% | 73.4% | 46.0% | 25.0% | 58.3% | 40.5% | 57.7% | 54.7% | 37.3% | 62.5% | 44.4% | 26.1% | 37.1% | 44.4% | 44.4% | 45.1% |
| 20300 | CASSADAGA | CASSADAGA | 93.9% | 75.9% | 48.1% | 27.7% | 73.7% | 60.0% | 54.4% | 40.6% | 63.7% | 82.3% | 58.1% | 33.1% | 58.0% | 52.6% | 44.4% | 52.9% |
| 105600 | CENTENNIAL*** | CENTENNIAL | 78.0% | 61.3% | 5.5% | n/a | n/a | n/a | 54.8% | 54.0% | 75.0% | 69.1% | 53.5% | 25.3% | n/a | n/a | n/a | 58.0% |
| 30200 | CHARLESTON | CHARLESTON | 89.6% | 60.5% | 48.0% | 61.9% | 76.0% | 61.1% | 53.5% | 82.1% | 58.1% | 41.0% | 48.0% | 30.7% | 30.7% | 50.5% | 44.0% | 47.1% |
| 50300 | CINCINNATI | CINCINNATI | 70.0% | 80.1% | 43.9% | 40.9% | 33.4% | 43.9% | 74.7% | 68.8% | 51.5% | 59.1% | 67.4% | 20.7% | 43.1% | 44.6% | 43.7% | 48.9% |
| 90300 | CLEARFIELD | CLEARFIELD | 81.3% | 73.0% | 51.9% | 32.0% | 75.5% | 65.7% | 65.8% | 84.9% | 82.7% | 83.7% | 32.7% | 30.9% | 12.9% | 63.2% | 58.5% | 55.8% |
| 35900 | CLEVELAND | CLEVELAND | 89.8% | 66.9% | 49.5% | 45.3% | 58.9% | 60.9% | 68.7% | 56.8% | 52.1% | 68.2% | 62.2% | 25.6% | 30.2% | 16.5% | 22.1% | 44.8% |
| 80400 | COLUBRAN | COLUBRAN | 85.3% | 64.5% | 49.0% | 22.7% | 57.4% | 69.5% | 84.2% | 97.5% | 48.6% | 83.8% | 75.9% | 31.9% | 44.6% | 45.5% | 36.0% | 46.9% |
| 100300 | COLUMBIA BASIN | COLUMBIA BASIN | 92.5% | 93.8% | 50.2% | 47.0% | 67.2% | 75.1% | 65.5% | 66.0% | 65.9% | 92.1% | 41.5% | 19.2% | 10.1% | 49.5% | 51.6% | 53.4% |
| 100400 | CURLEW | CURLEW | 79.6% | 83.3% | 53.9% | 44.1% | 72.9% | 70.6% | 80.7% | 49.3% | 40.9% | 69.0% | 37.0% | 33.9% | 33.0% | 53.7% | 48.2% | 44.7% |
| 61300 | DAVID L CARRASCO | DAVID L. CARRASCO | 89.4% | 83.1% | 12.4% | 26.0% | 98.1% | 69.8% | 64.9% | 84.7% | 55.7% | 63.3% | 56.9% | 35.2% | 42.9% | 31.3% | 49.3% | 60.0% |
| 50500 | DAYTON | DAYTON | 58.8% | 82.3% | 48.7% | 28.1% | 27.8% | 73.6% | 76.0% | 90.9% | 60.0% | 58.2% | 52.0% | 29.1% | 43.5% | 41.7% | 53.3% | 48.1% |
| 25400 | DELAWARE VALLEY | DELAWARE VALLEY | 92.0% | 84.2% | 32.6% | 47.6% | 57.4% | 60.8% | 87.7% | 60.8% | 57.1% | 58.8% | 52.4% | 23.5% | 37.7% | 38.8% | 46.4% | 44.7% |
| 70500 | DENISON | DENISON | 96.0% | 75.4% | 46.9% | 49.3% | 48.8% | 44.8% | 43.9% | 60.8% | 73.1% | 80.6% | 38.3% | 12.4% | 46.8% | 60.0% | 41.4% | 53.9% |
| 50600 | DETROIT | DETROIT | 81.0% | 84.4% | 60.4% | 38.8% | 40.6% | 57.4% | 82.7% | 82.2% | 83.9% | 71.9% | 46.7% | 19.0% | 43.3% | 43.6% | 42.2% | 44.2% |
| 23100 | EARLE C. CLEMENTS | EARLE C. CLEMENTS | 89.4% | 87.9% | 52.3% | 22.6% | 79.9% | 60.3% | 66.3% | 65.9% | 53.4% | 59.2% | 60.6% | 29.7% | 44.1% | 47.1% | 42.5% | 42.0% |
| 21500 | EDISON | EDISON | 85.3% | 84.7% | 32.6% | 38.1% | 81.0% | 72.0% | 73.5% | 59.8% | 50.9% | 57.6% | 51.9% | 34.1% | 47.1% | 53.3% | 48.3% | 39.1% |
| 70200 | EXCELSIOR SPRINGS | EXCELSIOR SPRINGS | 63.7% | 85.9% | 51.5% | 46.8% | 62.1% | 50.6% | 76.0% | 64.6% | 50.6% | 63.8% | 56.3% | 26.5% | 43.4% | 49.3% | 46.3% | 50.8% |
| 13900 | EXETER | EXETER | 86.2% | 84.5% | 55.5% | 48.7% | 54.1% | 60.2% | 71.9% | 55.8% | 75.5% | 63.4% | 54.5% | 25.4% | 51.3% | 64.4% | 45.2% | 46.2% |
| 40300 | FINCH-HENRY | FINCH-HENRY | 90.8% | 76.9% | 48.7% | 32.9% | 64.1% | 54.3% | 51.4% | 59.9% | 63.5% | 60.0% | 50.0% | 30.1% | 53.4% | 23.6% | 58.6% | 48.9% |
| 35400 | FLATWOODS | FLATWOODS | 87.7% | 71.4% | 46.4% | 57.0% | 40.0% | 33.3% | 91.5% | 61.7% | 66.8% | 56.9% | 58.6% | 34.6% | 38.1% | 63.9% | **** | 49.8% |
| 70600 | FLINT HILLS | FLINT HILLS | 92.7% | 65.7% | 56.6% | 45.8% | 72.1% | 76.6% | 59.7% | 89.6% | 60.9% | 49.1% | 53.1% | 35.2% | 37.3% | 40.2% | 44.4% | 45.8% |
| 31500 | FLINT/GENESEE | FLINT/GENESEE | 33.5% | 78.4% | 46.4% | 34.3% | 42.7% | 60.0% | 64.8% | 58.0% | 46.9% | 32.6% | 32.4% | 29.0% | 28.6% | 36.0% | 36.0% | 38.0% |
| 105600 | FORT SIMCOE | FORT SIMCOE | 83.3% | 77.3% | 56.7% | 28.9% | 57.1% | 49.7% | 73.0% | 67.4% | 47.4% | 36.5% | 51.9% | 31.9% | 43.9% | 54.3% | 56.1% | 43.4% |
| 34100 | FRED ACOSTA | FRED ACOSTA | 92.2% | 62.4% | 30.0% | 31.1% | 64.9% | 77.0% | 73.2% | 47.4% | 69.7% | 61.2% | 90.5% | 11.8% | 16.5% | 60.2% | 50.2% | 57.8% |
| 31700 | FRENCHBURG | FRENCHBURG | 68.9% | 74.5% | 48.1% | 69.9% | 60.4% | 49.2% | 75.6% | 53.4% | 55.8% | 50.0% | 20.9% | 28.4% | 54.9% | 53.7% | 48.8% |
| 42400 | GADSDEN | GADSDEN | 86.7% | 81.7% | 48.8% | 38.8% | 77.3% | 76.1% | 68.8% | 59.9% | 49.5% | 18.9% | 15.0% | 37.0% | 37.0% | 29.4% | 39.5% |
| 50400 | GARY | GARY | 87.2% | 70.4% | 43.5% | 14.2% | 49.6% | 76.1% | 84.4% | 92.0% | 54.3% | 61.3% | 58.1% | 28.8% | 40.1% | 53.9% | 34.8% | 40.7% |
| 65000 | GERALD R. FORD | GERALD R. FORD | 86.5% | 85.6% | 74.6% | 40.6% | 54.8% | 56.4% | 59.4% | 68.7% | 58.7% | 94.6% | 53.1% | 38.0% | 33.7% | 41.3% | 38.0% | 43.3% |
| 28700 | GLENMONT | GLENMONT | 80.7% | 86.3% | 51.6% | 48.5% | 43.3% | 52.8% | 97.1% | 61.1% | 88.0% | 69.2% | 27.4% | 35.6% | 44.2% | 40.9% | 48.0% |
| 10100 | GRAFTON | GRAFTON | 87.7% | 94.4% | 49.3% | 47.2% | 65.3% | 72.0% | 78.3% | 89.2% | 49.0% | 64.4% | 49.4% | 55.7% | 56.8% | 52.9% |
| 31000 | GREAT ONYX | GREAT ONYX | 83.4% | 84.5% | 58.0% | 28.8% | 66.7% | 59.6% | 66.5% | 65.3% | 88.9% | 57.3% | 42.6% | 35.9% | 42.5% | 50.7% | 55.3% |
| 41000 | GULFPORT | GULFPORT | 92.8% | 91.6% | 54.6% | 18.1% | 71.3% | 49.0% | 61.1% | 58.9% | 46.7% | 68.7% | 50.0% | 24.2% | 46.3% | 53.1% | 55.6% | 49.8% |
| 60500 | GUTHRIE | GUTHRIE | 89.1% | 86.9% | 45.3% | 12.7% | 56.9% | 70.6% | 73.8% | 52.5% | 56.8% | 57.7% | 76.5% | 20.5% | 45.8% | 43.0% | 55.8% | 46.9% |
| 39100 | HARPERS FERRY | HARPERS FERRY | 67.8% | 71.2% | 54.7% | 25.3% | 100.0% | 61.1% | 79.2% | 51.2% | 54.5% | 75.5% | 27.3% | 58.9% | 63.9% | 54.5% | 39.7% |
| 10900 | HARTFORD | HARTFORD | 90.4% | 73.0% | 54.5% | 11.6% | 77.5% | 82.5% | 54.3% | 58.7% | 79.3% | 58.5% | 31.1% | 50.7% | 92.1% | 60.5% | 57.5% |
| 90100 | HAWAII | HAWAII Maui | 63.9% | 76.4% | 47.6% | 32.8% | 61.1% | 41.5% | 60.0% | 33.3% | 89.4% | 50.4% | 49.1% | 64.9% | 57.9% |
| 16900 | HUBERT H HUMPHREY | HUBERT H HUMPHREY | 83.7% | 71.9% | 52.9% | 21.2% | 92.9% | 57.9% | 66.0% | 60.9% | 53.0% | 56.7% | 50.9% | 41.0% | 53.2% | 52.5% | 53.1% | 52.1% |
| 90200 | INLAND EMPIRE | INLAND EMPIRE | 85.3% | 72.2% | 53.6% | 27.7% | 44.9% | 52.7% | 38.1% | 57.5% | 84.9% | 54.7% | 38.4% | 59.3% | 76.0% | 76.0% | 59.4% |
| 20900 | IROQUOIS | IROQUOIS | 90.0% | 81.9% | 43.5% | 47.3% | 70.6% | 71.4% | 84.9% | 67.4% | 44.2% | 41.9% | 45.4% | 49.9% |
| 43100 | JACKSONVILLE | JACKSONVILLE | 86.0% | 78.1% | 51.4% | 41.0% | 65.9% | 63.4% | 60.4% | 84.9% | 85.1% | 45.0% | 27.4% | 46.3% | 52.4% | 48.7% |
| 41200 | JACOBS CREEK | JACOBS CREEK | 83.7% | 78.9% | 55.4% | 26.2% | 57.1% | 61.7% | 56.3% | 69.6% | 71.5% | 57.3% | 36.5% | 38.5% | 54.3% |
| 33000 | JOLIET | JOLIET | 83.7% | 78.3% | 36.9% | 32.6% | 59.0% | 57.5% | 53.2% | 56.0% | 96.6% | 58.0% | 22.3% | 26.9% | 39.7% | 38.4% | 42.9% |

| | Primary Six Measures[A] | | | Measurable Skill Gain Rate | | | | | | | | Employer Retention Rate | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Control ID | Center Name [B] | Reference Name | PY 2017 | PY 2018 | PY 2019 | PY 2020 | PY 2021 | PY 2022 | PY 2023 | Avg | PY 2017 | PY 2018 | PY 2019 | PY 2020 | PY 2021 | PY 2022 | PY 2023 | Avg |
| 70800 | KEYSTONE | KEYSTONE | 92.1% | 99.0% | 43.1% | 13.2% | 32.3% | 64.5% | 71.5% | 59.8% | 49.4% | 67.9% | 60.3% | 26.3% | 35.5% | 43.9% | 39.0% | 46.8% |
| 41300 | KITRELL | KITTRELL | 86.7% | 79.0% | 49.2% | 23.6% | 25.8% | 59.6% | 76.7% | 57.3% | 50.4% | 65.7% | 43.9% | 23.1% | 38.5% | 46.2% | 42.0% | 40.3% |
| 60800 | LAREDO | LAREDO | 30.5% | 79.5% | 52.5% | 29.5% | 71.4% | 58.0% | 61.4% | 62.3% | 53.4% | 75.9% | 67.9% | 43.7% | 55.6% | 64.0% | 42.7% | 60.4% |
| 60710 | LITTLE ROCK | LITTLE ROCK | 68.4% | 79.7% | 48.9% | 22.9% | 69.0% | 62.0% | 52.6% | 60.4% | 53.3% | 57.4% | 56.0% | 21.0% | 43.6% | 39.9% | 49.1% | 53.3% |
| 91300 | LONG BEACH | LONG BEACH | 79.0% | 71.3% | 44.2% | 30.4% | 66.7% | 81.4% | 65.3% | 64.6% | 74.6% | 62.7% | 42.0% | 46.9% | 77.0% | 90.8% | 73.2% | 65.8% |
| 10800 | LORING | LORING | 89.7% | 69.3% | 11.2% | 53.4% | 66.7% | 60.6% | 61.9% | 65.3% | 56.9% | 86.7% | 31.8% | 32.5% | 50.1% | 59.0% | 49.0% | 52.9% |
| 90300 | LOS ANGELES | LOS ANGELES | 85.2% | 77.1% | 43.3% | 28.3% | 48.7% | 67.2% | 62.0% | 55.6% | 60.1% | 88.8% | 57.3% | 42.2% | 74.7% | 73.0% | 56.7% | 56.7% |
| 41500 | LYNDON B. JOHNSON | LYNDON B. JOHNSON | 93.0% | 79.3% | 55.3% | 25.0% | 41.6% | 68.9% | 71.0% | 66.7% | 58.5% | 59.3% | 49.0% | 25.5% | 39.0% | 30.5% | 38.1% | 42.7% |
| 33500 | MIAMI | MIAMI | 50.8% | 65.2% | 59.5% | 45.8% | 37.3% | 75.1% | 81.9% | 59.8% | 58.3% | 59.0% | 58.2% | 32.3% | 45.9% | 43.4% | 42.7% | 49.2% |
| 53300 | MILWAUKEE | MILWAUKEE | 89.3% | 60.7% | 48.4% | 45.4% | 66.0% | 62.5% | 57.1% | 60.5% | 44.6% | 58.3% | 53.7% | 22.9% | 42.5% | 45.9% | 47.2% | 46.2% |
| 75900 | MINGO | MINGO | 79.7% | 87.2% | 51.8% | 37.7% | 64.0% | 95.2% | 73.9% | 65.7% | 77.8% | 50.0% | 49.2% | 32.2% | 30.2% | 36.0% | 38.0% | 44.3% |
| 45700 | MISSISSIPPI | MISSISSIPPI | 63.2% | 75.5% | 35.3% | 13.7% | 19.8% | 47.8% | 59.6% | 48.0% | 66.1% | 65.6% | 64.1% | 27.2% | 27.6% | 43.5% | 34.0% | 45.9% |
| 42600 | MONTGOMERY | MONTGOMERY | 87.9% | 83.3% | 43.2% | 55.0% | 71.8% | 56.0% | 59.8% | 65.7% | 54.7% | 58.1% | 67.8% | 30.0% | 36.1% | 46.9% | 48.7% | 49.3% |
| 32100 | MUHLENBERG | MUHLENBERG | 87.9% | 84.8% | 41.9% | 34.3% | 61.7% | 71.0% | 74.2% | 89.1% | 50.6% | 61.8% | 50.4% | 27.4% | 41.2% | 43.7% | 39.1% | 45.5% |
| 11000 | NEW HAMPSHIRE** | NEW HAMPSHIRE | 80.9% | 82.1% | 42.4% | 36.7% | 51.1% | 54.0% | 58.1% | 59.7% | 53.8% | 62.3% | 50.5% | 20.5% | 53.8% | 54.4% | 55.8% | 53.3% |
| 31500 | NEW HAVEN | NEW HAVEN | 65.5% | 68.4% | 36.4% | 40.8% | 58.3% | 58.9% | 67.4% | 80.4% | 37.9% | 65.8% | 30.3% | 22.6% | 40.0% | 52.3% | 57.4% | 59.5% |
| 60900 | NEW ORLEANS | NEW ORLEANS | 76.6% | 84.0% | 36.0% | 27.4% | 50.0% | 49.2% | 33.5% | 56.3% | 53.6% | 63.0% | 41.1% | 20.3% | 50.0% | 51.5% | 50.9% | 51.2% |
| 60800 | NORTH TEXAS | NORTH TEXAS | 89.6% | 82.6% | 48.6% | 10.6% | 30.6% | 16.0% | 57.4% | 54.7% | 51.3% | 36.6% | 36.1% | 27.2% | 38.8% | 45.0% | 52.3% | 36.8% |
| 10200 | NORTHLAND | NORTHLAND | 65.5% | 76.4% | 40.3% | 49.8% | 64.7% | 66.6% | 66.1% | 69.2% | 40.0% | 50.0% | 65.2% | 30.3% | 62.9% | 52.5% | 62.0% | 46.4% |
| 41500 | OCONALUFTEE | OCONALUFTEE | 84.0% | 91.4% | 47.7% | 37.3% | 45.7% | 82.4% | 82.4% | 68.7% | 40.5% | 54.5% | 57.1% | 28.9% | 52.9% | 16.5% | 48.2% | 46.1% |
| 38700 | OLD DOMINION | OLD DOMINION | 68.8% | 85.9% | 36.3% | 36.2% | 49.1% | 50.0% | 98.8% | 58.9% | 48.9% | 57.1% | 50.9% | 27.4% | 40.0% | 58.5% | 16.9% | 47.8% |
| 26900 | ONEONTA | ONEONTA | 64.9% | 82.1% | 59.9% | 48.3% | 66.3% | 57.5% | 63.3% | 87.4% | 82.3% | 62.7% | 52.1% | 28.9% | 49.4% | 53.8% | 48.2% | 51.6% |
| 53400 | OTTUMWA | OTTUMWA | 70.6% | 76.2% | 48.3% | 55.7% | 82.8% | 59.3% | 63.1% | 67.8% | 66.7% | 58.5% | 59.1% | 45.5% | 55.0% | 53.7% | 57.2% | 50.9% |
| 51200 | PAUL SIMON | PAUL SIMON | 87.1% | 84.8% | 46.9% | 36.4% | 64.1% | 13.0% | 57.4% | 81.4% | 50.8% | 55.7% | 34.9% | 39.1% | 33.0% | 48.9% | 50.9% | 48.4% |
| 10300 | PENOBSCOT | PENOBSCOT | 63.2% | 82.2% | 51.3% | 39.4% | 77.1% | 72.5% | 79.1% | 98.3% | 58.3% | 24.2% | 49.0% | 26.5% | 52.5% | 56.9% | 43.0% | 51.6% |
| 50800 | PHILADELPHIA | PHILADELPHIA | 33.6% | 55.5% | 52.6% | 26.7% | 23.9% | 32.1% | 42.3% | 47.2% | 67.4% | 63.0% | 68.2% | 40.6% | 53.6% | 53.3% | 55.9% | 57.2% |
| 90400 | PHOENIX | PHOENIX | 65.4% | 81.5% | 48.4% | 28.2% | 59.6% | 69.1% | 74.1% | 60.9% | 64.1% | 62.3% | 63.0% | 32.3% | 52.9% | 52.9% | 52.1% | 54.1% |
| 35900 | PINE KNOT | PINE KNOT | 50.0% | 74.2% | 56.1% | 33.1% | 76.9% | 76.2% | 78.2% | 63.4% | 58.4% | 66.7% | 44.4% | 33.3% | 29.0% | 65.7% | 43.7% | 40.3% |
| 75400 | PINE RIDGE | PINE RIDGE | 38.9% | 37.1% | 62.2% | 52.6% | 72.4% | 75.4% | 79.1% | 71.9% | 44.8% | 73.3% | 48.0% | 33.0% | 14.8% | 47.7% | 46.4% | 46.1% |
| 42000 | PINELLAS COUNTY | PINELLAS COUNTY | 79.7% | 84.8% | 56.5% | 30.9% | 61.7% | 58.1% | 61.4% | 62.2% | 45.5% | 68.7% | 43.6% | 22.1% | 40.6% | 47.2% | 50.9% | 53.5% |
| 30900 | PITTSBURGH | PITTSBURGH | 83.2% | 84.3% | 30.3% | 62.5% | 75.7% | 76.9% | 76.3% | 73.0% | 80.4% | 68.4% | 75.0% | 42.9% | 56.0% | 57.0% | 52.7% | 60.9% |
| 23300 | POTOMAC | POTOMAC | 61.4% | 74.7% | 41.7% | 38.4% | 58.8% | 63.3% | 63.2% | 78.9% | 63.2% | 70.9% | 47.4% | 56.7% | 38.6% | 44.8% | 52.4% | 50.9% |
| 90800 | QUENTIN BURDICK | QUENTIN BURDICK | 84.1% | 30.9% | 52.7% | 19.1% | 38.8% | 82.1% | 38.9% | 57.3% | 53.9% | 60.3% | 44.8% | 33.1% | 39.9% | 53.3% | 36.9% | 45.6% |
| 23300 | RAMEY | RAMEY | 57.1% | 75.4% | 67.9% | 58.9% | 79.6% | 57.1% | 59.1% | 66.5% | 100.0% | 63.0% | 46.8% | 27.3% | 45.5% | 40.7% | 44.3% | 56.2% |
| 31500 | RED ROCK | RED ROCK | 91.4% | 36.5% | 56.5% | 34.7% | 62.4% | 73.1% | 75.0% | 75.2% | 82.3% | 34.3% | 45.9% | 16.3% | 25.0% | 42.9% | 46.2% | 46.2% |
| 61510 | ROSWELL | ROSWELL | 66.4% | 65.4% | 43.2% | 30.9% | 69.2% | 66.7% | 86.6% | 64.6% | 61.5% | 42.5% | 56.9% | 17.3% | 45.5% | 49.7% | 44.3% | 51.2% |
| 90500 | SACRAMENTO | SACRAMENTO | 86.2% | 53.4% | 36.3% | 14.2% | 72.1% | 82.4% | 55.4% | 60.3% | 52.2% | 53.3% | 58.3% | 46.9% | 75.4% | 72.4% | 70.5% | 62.5% |
| 90600 | SAN DIEGO | SAN DIEGO | 60.3% | 77.0% | 12.3% | 37.8% | 63.7% | 64.3% | 64.2% | 62.8% | 55.6% | 65.3% | 56.8% | 46.3% | 76.3% | 75.0% | 70.5% | 60.9% |
| 90700 | SAN JOSE | SAN JOSE | 82.1% | 82.1% | 50.9% | 72.3% | 50.3% | 59.9% | 63.4% | 38.0% | 58.3% | 62.3% | 74.1% | 59.0% | 59.3% | 79.7% | 79.7% | 70.9% |
| 42000 | SCHENCK | SCHENCK | 30.8% | 52.6% | 62.7% | 36.8% | 82.4% | 74.7% | 69.7% | 74.8% | 31.0% | 67.4% | 58.7% | 37.9% | 60.0% | 50.9% | 48.0% | 48.0% |
| 61200 | SHREVEPORT | SHREVEPORT | 89.5% | 63.7% | 46.6% | 22.9% | 59.6% | 63.9% | 60.3% | 56.2% | 47.8% | 27.4% | 27.4% | 28.7% | 45.7% | 44.7% | 46.2% |
| 35700 | SHRIVER | SARGENT SHRIVER | 87.4% | 30.2% | 65.3% | 46.1% | 44.9% | 68.5% | 71.7% | 68.7% | 61.2% | 40.8% | 72.2% | 30.0% | 45.5% | 54.0% | 50.7% | 48.8% |
| 90800 | SIERRA NEVADA | SIERRA NEVADA | 79.2% | 78.3% | 46.2% | 26.0% | 48.4% | 50.7% | 63.4% | 58.0% | 54.5% | 59.1% | 23.1% | 40.0% | 48.8% | 47.3% | 49.8% |
| 21100 | SOUTH BRONX | S BRONX/ Brooklyn | 79.2% | 77.7% | 48.4% | 47.0% | 59.4% | 60.7% | 66.3% | 58.5% | 59.6% | 57.4% | 37.3% | 16.3% | 35.3% | 56.7% | 57.4% | 55.4% |
| 104700 | SPRINGDALE | SPRINGDALE/JJ PIVOT | 65.4% | 73.9% | 48.6% | 39.7% | 60.0% | 55.2% | 63.2% | 59.8% | 60.6% | 53.6% | 50.4% | 34.9% | 42.4% | 59.5% | 60.5% | 57.8% |
| 70300 | ST LOUIS | ST LOUIS | 91.2% | 89.5% | 40.1% | 32.9% | 68.1% | 70.0% | 64.7% | 58.1% | 50.0% | 45.6% | 39.2% | 28.7% | 46.2% | 42.4% | 55.7% |
| 61300 | TALKING LEAVES | TALKING LEAVES | 84.7% | 77.2% | 58.4% | 71.7% | 48.4% | 77.0% | 67.4% | 69.1% | 62.0% | 43.0% | 29.2% | 21.9% | 32.0% | 38.7% | 43.2% |
| 100000 | TIMBER LAKE | TIMBER LAKE | 93.4% | 66.9% | 34.8% | 1.3% | 11.9% | 66.9% | 74.6% | 46.4% | 40.2% | 70.8% | 57.4% | 44.7% | 11.1% | 56.8% | 36.3% |
| 100000 | TONGUE POINT | TONGUE POINT | 89.1% | 64.5% | 44.7% | 41.6% | 73.1% | 58.7% | 59.0% | 54.4% | 84.4% | 79.9% | 60.0% | 40.7% | 45.9% | 57.3% | 55.0% | 58.7% |
| 30600 | TRAPPER CREEK | TRAPPER CREEK | 93.4% | 82.8% | 59.7% | 26.9% | 50.6% | 63.8% | 67.7% | 19.5% | 66.1% | 75.0% | 30.9% | 45.8% | 33.4% | 46.2% | 54.4% |
| 90800 | TREASURE ISLAND | TREASURE ISLAND | 58.4% | 81.4% | 46.5% | 13.5% | 40.4% | 68.6% | 73.5% | 64.8% | 35.5% | 64.4% | 62.4% | 42.4% | 72.9% | 77.4% | 67.0% |
| 61500 | TULSA | TULSA | 90.6% | 61.7% | 55.5% | 48.7% | 28.9% | 50.2% | 83.7% | 60.8% | 41.7% | 38.1% | 38.5% | 26.4% | 44.5% | 42.7% | 54.7% |
| 42100 | TURNER | TURNER | 94.7% | 70.7% | 45.5% | 32.9% | 73.3% | 92.1% | 75.0% | 58.6% | 50.9% | 26.8% | 19.0% | 49.4% | 41.0% | 52.8% |
| 60700 | WEBER BASIN | WEBER BASIN | 81.1% | 78.5% | 40.2% | 28.0% | 86.3% | 54.3% | 69.5% | 69.0% | 51.2% | 60.5% | 18.3% | 35.2% | 78.2% | 57.4% |
| 50400 | WESTOVER | WESTOVER | 84.9% | 78.1% | 27.8% | 39.0% | 61.1% | 34.8% | 58.8% | 55.5% | 47.5% | 37.9% | 42.0% | 40.3% | 11.3% | 49.3% |
| 32000 | WHITNEY M. YOUNG | WHITNEY M. YOUNG | 80.4% | 74.7% | 46.4% | 26.3% | 67.2% | 63.2% | 62.9% | 93.4% | 53.0% | 64.9% | 64.4% | 16.1% | 35.3% | 47.4% | 45.3% |
| 32200 | WILMINGTON | WILMINGTON | 64.7% | 66.1% | 36.3% | 5.0% | 30.2% | 25.0% | 67.6% | 41.7% | 54.6% | 56.6% | 31.3% | 46.7% | 49.1% |
| 61700 | WIND RIVER** | WIND RIVER | 83.1% | 78.5% | 42.1% | 28.0% | 80.3% | 54.3% | 56.6% | 57.8% | 65.3% | 49.0% | 57.8% | 26.9% | 62.1% | 19.4% | 61.0% |
| 551000 | WOLF CREEK | WOLF CREEK | 81.5% | 79.9% | 53.5% | 27.3% | 60.0% | 46.6% | 57.5% | 68.3% | 45.0% | 67.8% | 28.9% | 24.1% | 53.9% | 46.5% |
| 10200 | WOODLAND | WOODLAND | 87.7% | 68.5% | 53.8% | 43.4% | 74.2% | 62.1% | 47.8% | 64.1% | 58.3% | 37.6% | 53.3% | 40.7% | 39.8% | 37.5% | 49.9% |
| 31300 | WOODSTOCK | WOODSTOCK | 84.8% | 79.5% | 31.3% | 28.3% | 69.6% | 61.3% | 64.3% | 57.8% | 61.6% | 65.1% | 64.9% | 30.4% | 46.0% | 46.5% | 52.0% |

NOTES:

[A] CPRS received results are marked due to 2020 and for credits having flexibilities.

N/A: Not data available for reporting.

[B] Estimate denotes centers that participated in past programs during this period. Satellite centers are not reported separately from their parent centers.

[C] Newly opened centers need time to achieve accurately measured outcomes.

[D] Up PY 2017 to PY 2019 outcomes are based solely on supplemental data services and are required and obtained through the supplemental services.

[E] PY 2020 to PY 2023 outcomes use LA matches as the primary data source.

[F] LA matches were the goal of credit are below 5 participants and marked.

[G] Job Corp definition of "participants" broadened in PY 2018 from Day.

[H] PY 2018 the Quarter 2 which are included from having specific in.

[I] As with other programs, Job Corps' performance was significantly impacted.

| | A | B | C |
|---|---|---|---|
| 1 | Center | Active on Start Date | Enrolled in Time Frame |
| 2 | Atlanta | 0 | 0 |
| 3 | Bamberg | 116 | 284 |
| 4 | BENJAMIN L. HOOKS | 120 | 280 |
| 5 | Brunswick | 157 | 338 |
| 6 | Finch-Henry | 103 | 207 |
| 7 | Gadsden | 100 | 219 |
| 8 | Gulfport | 63 | 153 |
| 9 | Jacksonville | 175 | 365 |
| 10 | Jacobs Creek | 52 | 163 |
| 11 | Kittrell | 212 | 459 |
| 12 | LYNDON B. JOHNSON | 53 | 173 |
| 13 | Miami | 207 | 328 |
| 14 | Mississippi | 140 | 360 |
| 15 | Montgomery | 110 | 244 |
| 16 | Oconaluftee | 67 | 162 |
| 17 | PINELLAS COUNTY | 224 | 320 |
| 18 | Schenck | 67 | 148 |
| 19 | Turner | 411 | 861 |
| 20 | Arecibo | 159 | 198 |
| 21 | Cassadaga | 119 | 255 |
| 22 | Delaware Valley | 133 | 253 |
| 23 | Edison | 236 | 373 |
| 24 | Exeter | 153 | 172 |
| 25 | Glenmont | 202 | 323 |
| 26 | Grafton | 180 | 337 |
| 27 | Hartford | 98 | 247 |
| 28 | Iroquois | 90 | 247 |
| 29 | Loring | 133 | 242 |
| 30 | New Hampshire | 137 | 282 |
| 31 | New Haven | 112 | 202 |
| 32 | Northlands | 101 | 161 |
| 33 | Oneonta | 130 | 246 |
| 34 | Penobscot | 120 | 192 |
| 35 | Ramey | 291 | 424 |
| 36 | Sargent Shriver | 159 | 317 |
| 37 | S Bronx/ Brooklyn | 295 | 488 |
| 38 | Westover | 287 | 471 |
| 39 | Atterbury/ IndyPendence | 266 | 491 |
| 40 | Blackwell | 58 | 133 |
| 41 | Cincinnati | 113 | 289 |
| 42 | Cleveland | 127 | 236 |
| 43 | Dayton | 110 | 211 |
| 44 | Denison | 122 | 231 |
| 45 | Detroit | 165 | 321 |
| 46 | EXCELSIOR SPRINGS | 207 | 415 |
| 47 | Flint Hills | 89 | 269 |
| 48 | Flint/Genesee | 166 | 231 |
| 49 | GERALD R. FORD | 132 | 208 |
| 50 | HUBERT H.HUMPHREY | 134 | 218 |
| 51 | Joliet | 119 | 251 |
| 52 | Milwaukee | 111 | 245 |
| 53 | Mingo | 48 | 194 |
| 54 | Ottumwa | 181 | 220 |
| 55 | Paul Simon | 103 | 357 |
| 56 | Pine Ridge | 58 | 142 |
| 57 | St Louis | 197 | 354 |
| 58 | Albuquerque | 139 | 272 |
| 59 | Anaconda | 104 | 179 |
| 60 | Boxelder | 79 | 107 |
| 61 | Carville | 0 | 0 |
| 62 | Cass | 78 | 201 |
| 63 | Clearfield | 587 | 902 |
| 64 | Collbran | 60 | 131 |
| 65 | DAVID L. CARRASCO | 222 | 514 |
| 66 | Gary | 606 | 1,191 |
| 67 | Guthrie | 200 | 635 |
| 68 | Laredo | 184 | 201 |
| 69 | Little Rock | 139 | 314 |
| 70 | New Orleans | 92 | 266 |
| 71 | North Texas | 272 | 691 |
| 72 | Quentin Burdick | 102 | 208 |
| 73 | Roswell | 100 | 189 |
| 74 | Shreveport | 161 | 432 |
| 75 | Talking Leaves | 129 | 238 |
| 76 | Trapper Creek | 129 | 155 |
| 77 | Tulsa | 148 | 275 |
| 78 | Weber Basin | 99 | 155 |
| 79 | Wind River | 146 | 367 |
| 80 | Blue Ridge | 71 | 100 |
| 81 | CARL D. PERKINS | 109 | 140 |
| 82 | Charleston | 72 | 236 |
| 83 | EARLE C. CLEMENTS | 324 | 657 |
| 84 | Flatwoods | 60 | 138 |
| 85 | Frenchburg | 46 | 102 |
| 86 | Great Onyx | 81 | 205 |
| 87 | Harpers Ferry | 91 | 119 |
| 88 | Keystone | 269 | 611 |
| 89 | Muhlenberg | 130 | 217 |
| 90 | Old Dominion | 51 | 95 |

PY23 Students Served

000153

| | A | B | C |
|---|---|---|---|
| 1 | Center | Active on Start Date | Enrolled in Time Frame |
| 91 | Philadelphia | 116 | 405 |
| 92 | Pine Knot | 78 | 219 |
| 93 | Pittsburgh | 250 | 612 |
| 94 | Potomac | 191 | 379 |
| 95 | Red Rock | 152 | 300 |
| 96 | WHITNEY M. YOUNG | 149 | 363 |
| 97 | Wilmington | 39 | 161 |
| 98 | Woodland | 146 | 340 |
| 99 | Woodstock | 155 | 378 |
| 100 | Alaska | 157 | 229 |
| 101 | Angell | 115 | 166 |
| 102 | Cascades | 148 | 278 |
| 103 | Centennial | 0 | 117 |
| 104 | Columbia Basin | 107 | 239 |
| 105 | Curlew | 86 | 125 |
| 106 | Fort Simcoe | 50 | 121 |
| 107 | FRED ACOSTA | 168 | 307 |
| 108 | Hawaii Maui | 171 | 288 |
| 109 | Inland Empire | 197 | 364 |
| 110 | Long Beach | 224 | 352 |
| 111 | Los Angeles | 386 | 540 |
| 112 | Phoenix | 187 | 387 |
| 113 | Sacramento | 180 | 565 |
| 114 | San Diego | 304 | 437 |
| 115 | San Jose | 230 | 327 |
| 116 | Sierra Nevada | 346 | 503 |
| 117 | Springdale/ PIVOT | 63 | 142 |
| 118 | Timber Lake | 54 | 106 |
| 119 | Tongue Point | 320 | 329 |
| 120 | Treasure Island | 198 | 432 |
| 121 | Wolf Creek | 33 | 210 |

PY23 Students Served

000154

| reg_name (7-1-2023 - 6-30-2024) | Spelling Formatted | Ordinary Separation | Disciplinary Separation | Other Separation | Unauthorized Absence Separation | Total | Traditional Graduated |
|---|---|---|---|---|---|---|---|
| Atterca | Alaska | | | | | | |
| Albuquerque | Albuquerque | | | | | | |
| Anacostia | Anacostia | | | | | | |
| Angel | Angel | | | | | | |
| Arecibo | Arecibo | | | | | | |
| Attmbury | ATTERBURY INDEPENDENCE | | | | | | |
| Bamberg | Bamberg | | | | | | |
| BL Hooks/Memphis | Benjamin L. Hooks | | | | | | |
| Blackwell | Blackwell | | | | | | |
| Blue Ridge | Blue Ridge | | | | | | |
| Breddon | Breddon | | | | | | |
| Brunswick | Brunswick | | | | | | |
| Carl D. Perkins | Carl D. Perkins | | | | | | |
| Cass Lake | Cass Lake | | | | | | |
| Cass | Cass | | | | | | |
| Cassadaga | Cassadaga | | | | | | |
| Centennial | Centennial | | | | | | |
| Charleston | Charleston | | | | | | |
| Cincinnati | Cincinnati | | | | | | |
| Clearfield | Clearfield | | | | | | |
| Cleveland | Cleveland | | | | | | |
| Coldspun | Coldspun | | | | | | |
| Columbia Basin | Columbia Basin | | | | | | |
| Curbee | Curbee | | | | | | |
| David Carranz | David L. Carranzo | | | | | | |
| Dayton | Dayton | | | | | | |
| Delaware Valley | Delaware Valley | | | | | | |
| Denison | Denison | | | | | | |
| Detroit | Detroit | | | | | | |
| Earle C Clements | Earle C. Clements | | | | | | |
| Edison | Edison | | | | | | |
| Excelsior Springs | Excelsior Springs | | | | | | |
| Exeter | Exeter | | | | | | |
| Finch-Henry | Finch-Henry | | | | | | |
| Flatwoods | Flatwoods | | | | | | |
| Fort Hills | Fort Hills | | | | | | |
| Flint/Genesee | Flint/Genesee | | | | | | |
| Fort Simcoe | Fort Simcoe | | | | | | |
| Fred G. Acosta | Fred Acosta | | | | | | |
| Frenchburg | Frenchburg | | | | | | |
| Gadsden | Gadsden | | | | | | |
| Gary | Gary | | | | | | |
| Gerald R. Ford | Gerald R. Ford | | | | | | |
| Glenmont | Glenmont | | | | | | |
| Grafton | Grafton | | | | | | |
| Great Onyx | Great Onyx | | | | | | |
| Gulfport | Gulfport | | | | | | |
| Guthrie | Guthrie | | | | | | |
| Harpers Ferry | Harpers Ferry | | | | | | |
| Hartford | Hartford | | | | | | |
| Hawaii | HAWAII Maui | | | | | | |
| Hubert Humphrey | HUBERT H HUMPHREY | | | | | | |
| Inland Empire | Inland Empire | | | | | | |
| Iroquois | Iroquois | | | | | | |
| Jacksonville | Jacksonville | | | | | | |
| Jacobs Creek | Jacobs Creek | | | | | | |
| Joliet | Joliet | | | | | | |
| Keystone | Keystone | | | | | | |
| Kittrell | Kittrell | | | | | | |
| Laredo | Laredo | | | | | | |
| Little Rock | Little Rock | | | | | | |
| Long Beach | Long Beach | | | | | | |
| Loring | Loring | | | | | | |
| Los Angeles | Los Angeles | | | | | | |
| Lyndon Johnson | Lyndon B. Johnson | | | | | | |
| Miami | Miami | | | | | | |
| Milwaukee | Milwaukee | | | | | | |
| Mingo | Mingo | | | | | | |
| Mississippi | Mississippi | | | | | | |
| Montgomery | Montgomery | | | | | | |
| Muhlenberg | Muhlenberg | | | | | | |
| New Hampshire | New Hampshire | | | | | | |
| New Haven | New Haven | | | | | | |
| New Orleans | New Orleans | | | | | | |
| North Texas | North Texas | | | | | | |
| Northlands | Northlands | | | | | | |
| Oconaluftee | Oconaluftee | | | | | | |
| Old Dominion | Old Dominion | | | | | | |
| Oneonta | Oneonta | | | | | | |
| Ottumwa | Ottumwa | | | | | | |
| Paul Simon | Paul Simon | | | | | | |
| Penobscot | Penobscot | | | | | | |
| Philadelphia | Philadelphia | | | | | | |
| Phoenix | Phoenix | | | | | | |
| Pine Knot | Pine Knot | | | | | | |
| Pine Ridge | Pine Ridge | | | | | | |

| reg_name (7-1-2022-6-30-2024) | Spelling Formatted | Ordinary Separation | Disciplinary Separation | Other Separation | Unauthorized Absence Separation | Total | Traditional Graduated |
|---|---|---|---|---|---|---|---|
| 86 Pinellas | Pinellas County | 90 | 65 | 43 | 29 | 234 | 90 |
| 87 Pittsburgh | Pittsburgh | 244 | 111 | 102 | 94 | 551 | 244 |
| 90 Potomac | Potomac | 71 | 938 | 18 | 116 | 915 | 71 |
| 91 Quentin Burdick | Quentin Burdick | 35 | 63 | 54 | 23 | 175 | 35 |
| 92 Ramey | Ramey | 177 | 91 | 86 | 12 | 376 | 177 |
| 93 Red Rock | Red Rock | 59 | 94 | 57 | 94 | 264 | 59 |
| 94 Roswell | Roswell | 51 | 49 | 57 | 44 | 101 | 51 |
| 95 Sacramento | Sacramento | 108 | 129 | 61 | 55 | 374 | 109 |
| 96 San Diego | San Diego | 175 | 96 | 103 | 23 | 387 | 176 |
| 97 San Jose | San Jose | 113 | 92 | 117 | 37 | 309 | 113 |
| 98 Schenck | Schenck | 42 | 53 | 34 | 3 | 131 | 42 |
| 99 Shreveport | Shreveport | 105 | 114 | 17 | 118 | 350 | 105 |
| 100 Shriver | SARGENT SHRIVER | 58 | 84 | 43 | 55 | 240 | 58 |
| 101 Sierra Nevada | Sierra Nevada | 233 | 127 | 108 | 64 | 512 | 233 |
| 102 South Bronx | S BRONX Brooklyn | 84 | 99 | 98 | 150 | 427 | 84 |
| 103 Springdale | SPRINGDALE/ PIVOT | 46 | 25 | 27 | 19 | 107 | 46 |
| 104 St. Louis | St Louis | 85 | 124 | 23 | 84 | 316 | 85 |
| 105 Talking Leaves | Talking Leaves | 86 | 58 | 20 | 39 | 213 | 86 |
| 106 Timber Lake | Timber Lake | 14 | 13 | 25 | 1 | 54 | 14 |
| 107 Tongue Point | Tongue Point | 125 | 75 | 94 | 14 | 318 | 125 |
| 108 Trapper Creek | Trapper Creek | 54 | 33 | 44 | 1 | 152 | 54 |
| 109 Treasure Island | Treasure Island | 128 | 83 | 98 | 43 | 344 | 128 |
| 110 Tulsa | Tulsa | 93 | 75 | 26 | 73 | 331 | 93 |
| 111 Turner | Turner | 259 | 259 | 162 | 102 | 723 | 210 |
| 112 Weber Basin | Weber Basin | 46 | 29 | 46 | 2 | 123 | 46 |
| 113 Westover | Westover | 120 | 102 | 90 | 69 | 425 | 155 |
| 114 Whitney M. Young | Whitney M. Young | 97 | 77 | 41 | 30 | 245 | 97 |
| 115 Wilmington | Wilmington | 28 | 16 | 16 | 46 | 107 | 28 |
| 116 Wind River | Wind River | 74 | 319 | 86 | 7 | 279 | 74 |
| 117 Wolf Creek | Wolf Creek | 17 | 22 | 67 | 3 | 521 | 17 |
| 118 Woodland | Woodland | 46 | 100 | 36 | 63 | 243 | 45 |
| 119 Woodstock | Woodstock | 62 | 63 | 62 | 46 | 249 | 62 |

| Centers Formatted | Center Name | Total Separations | Graduates | "Ordinary Separations ONLY" from Separation Analysis Tab |
|---|---|---|---|---|
| ALASKA | Alaska | 163 | 48 | 95 |
| ALBUQUERQUE | Albuquerque | 210 | 64 | 49 |
| ANACONDA | Anaconda | 134 | 50 | 32 |
| ANGELL | Angel | 134 | 44 | 43 |
| ARECIBO | Arecibo | 269 | 110 | 103 |
| ATTERBURY/INDEPENDENCE | Atterbury/ Independence | 482 | 159 | 132 |
| BAMBERG | Bamberg | 206 | 80 | 62 |
| BENJAMIN L. HOOKS | BL Hooks/Memphis | 251 | 95 | 82 |
| BLACKWELL | Blackwell | 100 | 55 | 33 |
| BLUE RIDGE | Blue Ridge | 111 | 33 | 32 |
| BOULDER | Boulder | 95 | 18 | 27 |
| BRUNSWICK | Brunswick | 257 | 75 | 60 |
| CARL D. PERKINS | Carl D. Perkins | 171 | 95 | 68 |
| CARVILLE | | | | |
| CASCADES | Cascades | 220 | 100 | 88 |
| CASS | Cass | 118 | 39 | 36 |
| CASSADAGA | Cassadaga | 253 | 106 | 85 |
| CENTENNIAL | Centennial | 46 | 8 | 0 |
| CHARLESTON | Charleston | 209 | 60 | 57 |
| CINCINNATI | Cincinnati | 217 | 59 | 50 |
| CLEARFIELD | Clearfield | 860 | 393 | 321 |
| CLEVELAND | Cleveland | 191 | 74 | 62 |
| COLUMBIA | Cordova | 109 | 49 | 44 |
| COLUMBIA BASIN | Columbia Basin | 162 | 56 | 45 |
| CURLEW | Curlew | 106 | 51 | 55 |
| DAVID L. CARRASCO | Davis Carrasco | 399 | 252 | 135 |
| DAYTON | Dayton | 172 | 78 | 67 |
| DELAWARE VALLEY | Delaware Valley | 262 | 84 | 78 |
| DENISON | Denison | 193 | 88 | 50 |
| DETROIT | Detroit | 275 | 118 | 101 |
| EARLE C. CLEMENTS | Earle C. Clements | 560 | 257 | 237 |
| EDISON | Edison | 172 | 89 | 78 |
| EXCELSIOR SPRINGS | Excelsior Springs | 341 | 153 | 129 |
| EXETER | Exeter | 121 | 83 | 59 |
| FINCH HENRY | Finch Henry | 213 | 68 | 59 |
| FLATWOODS | Flatwoods | 358 | 91 | 28 |
| FLINT HILLS | Flint Hills | 198 | 71 | 63 |
| FLINT/GENESEE | Flint/Genesee | 209 | 100 | 85 |
| FORT SIMCOE | Fort Simcoe | 64 | 27 | 24 |
| FRED ACOSTA | Fred G. Acosta | 197 | 93 | 74 |
| FRENCHBURG | Frenchburg | 85 | 30 | 24 |
| GADSDEN | Gadsden | 146 | 53 | 50 |
| GARY | Gary | 1,196 | 495 | 433 |
| GERALD R. FORD | Gerald R. Ford | 122 | 41 | 2x |
| GLENMONT | Glenmont | 201 | 83 | 48 |
| GRAFTON | Grafton | 281 | 135 | 120 |
| GREAT ONYX | Great Onyx | 142 | 49 | 46 |
| GULFPORT | Gulfport | 121 | 46 | 36 |
| GUTHRIE | Guthrie | 408 | 142 | 126 |
| HARPERS FERRY | Harpers Ferry | 88 | 37 | 33 |
| HARTFORD | Hartford | 175 | 53 | 45 |
| HAWAII Maui | Hawaii/ Maui | 337 | 125 | 118 |
| HUBERT H HUMPHREY | Hubert Humphrey | 209 | 99 | 74 |
| INLAND EMPIRE | Inland Empire | 267 | 98 | 94 |
| IROQUOIS | Iroquois | 197 | 58 | 56 |
| JACKSONVILLE | Jacksonville | 200 | 91 | 81 |
| JACOBS CREEK | Jacobs Creek | 96 | 26 | 25 |
| JOLIET | Joliet | 196 | 53 | 55 |
| KEYSTONE | Keystone | 540 | 247 | 183 |
| KITTRELL | Kittrell | 463 | 143 | 105 |
| LAREDO | Laredo | 159 | 104 | 80 |
| LITTLE ROCK | Little Rock | 298 | 102 | 78 |
| LONG BEACH | Long Beach | 278 | 123 | 120 |
| LORING | Loring | 175 | 67 | 59 |
| LOS ANGELES | Los Angeles | 456 | 144 | 125 |
| LYNDON B. JOHNSON | Lyndon Johnson | 116 | 39 | 33 |
| MIAMI | Miami | 291 | 160 | 148 |
| MILWAUKEE | Milwaukee | 224 | 73 | 63 |
| MINGO | Mingo | 123 | 43 | 37 |
| MISSISSIPPI | Mississippi | 291 | 86 | 76 |
| MONTGOMERY | Montgomery | 197 | 69 | 63 |
| MUHLENBERG | Muhlenberg | 189 | 78 | 61 |
| NEW HAMPSHIRE | New Hampshire | 197 | 83 | 64 |
| NEW HAVEN | New Haven | 168 | 73 | 58 |
| NEW ORLEANS | New Orleans | 103 | 52 | 49 |
| NORTH TEXAS | North Texas | 338 | 165 | 137 |
| NORTHLANDS | Northlands | 123 | 52 | 57 |
| OCONALUFTEE | Oconaluftee | 124 | 48 | 39 |
| OLD DOMINION | Old Dominion | 74 | 18 | 17 |
| ONEONTA | Oneonta | 232 | 104 | 99 |
| OTTUMWA | Ottumwa | 216 | 111 | 95 |
| PAUL SIMON | Paul Simon | 198 | 96 | 87 |
| PENOBSCOT | Penobscot | 162 | 39 | 62 |
| PHILADELPHIA | Philadelphia | 362 | 91 | 61 |
| PHOENIX | Phoenix | 308 | 108 | 75 |

| Centers Formatted | Center Name | Total Separations | Graduates | "Ordinary Separations ONLY" from Separation Analysis Tab |
|---|---|---|---|---|
| PINE KNOT | Pine Knot | 130 | 33 | 70 |
| PINE RIDGE | Pine Ridge | 150 | 30 | 29 |
| PINELLAS COUNTY | Pinellas | 234 | 128 | 99 |
| PITTSBURGH | Pittsburgh | 551 | 277 | 144 |
| POTOMAC | Potomac | 315 | 113 | 75 |
| QUENTIN BURDICK | Quentin Burdick | 195 | 48 | 35 |
| RAMEY | Ramey | 576 | 197 | 177 |
| RED ROCK | Red Rock | 264 | 90 | 59 |
| ROSWELL | Roswell | 161 | 57 | 51 |
| S BRONX/ Brooklyn | S.Bronx/ Brooklyn | 427 | 104 | 109 |
| SACRAMENTO | Sacramento | 374 | 114 | 175 |
| SAN DIEGO | San Diego | 387 | 167 | 114 |
| SAN JOSE | San Jose | 359 | 259 | 42 |
| SARGENT SHRIVER | Shriver | 240 | 75 | 215 |
| SCHENCK | Schenck | 132 | 67 | 101 |
| SHREVEPORT | Shreveport | 350 | 111 | 58 |
| SIERRA NEVADA | Sierra Nevada | 512 | 244 | 84 |
| SPRINGDALE/ PIVOT | Springdale/ PIVOT | 107 | 44 | 40 |
| ST LOUIS | St. Louis | 316 | 114 | 65 |
| TALKING LEAVES | Talking Leaves | 213 | 71 | 66 |
| TIMBER LAKE | Timber Lake | 54 | 19 | 14 |
| TONGUE POINT | Tongue Point | 328 | 153 | 135 |
| TRAPPER CREEK | Trapper Creek | 152 | 65 | 54 |
| TREASURE ISLAND | Treasure Island | 344 | 166 | 128 |
| TULSA | Tulsa | 231 | 76 | 55 |
| TURNER | Turner | 731 | 281 | 210 |
| WEBER BASIN | Weber Basin | 120 | 57 | 46 |
| WESTOVER | Westover | 425 | 171 | 155 |
| WHITNEY M. YOUNG | Whitney M. Young | 245 | 106 | 97 |
| WILMINGTON | Wilmington | 107 | 42 | 29 |
| WIND RIVER | Wind River | 270 | 88 | 74 |
| WOLF CREEK | Wolf Creek | 101 | 25 | 17 |
| WOODLAND | Woodland | 245 | 71 | 45 |
| WOODSTOCK | Woodstock | 249 | 104 | 67 |
| | | | | |
| | | | WIOA Cost Per Grad | Traditional Cost Per Grad |
| | | | $ 155,601 | $ 187,653 |

Message

**From:**

**Sent:** 4/25/2025 1:39:08 PM
**To:** Parella, Courtney E - OPA
**CC:** OPA ⬛ Frazier, Susan (Lori) - ETA
**Subject:** RE: Timely: Adding Report to Website

Updated. Please use a private browser as the file may be cached.

https://www.dol.gov/sites/dolgov/files/ETA/jobcorps/reports/Job-Corps-Transparency-Report-2025.xlsx
https://www.dol.gov/agencies/eta/jobcorps/publications

OASAM/Office of the Chief Information Officer
U.S. Department of Labor

**From:** Parella, Courtney E - OPA
**Sent:** Friday, April 25, 2025 1:35 PM
**To:** - OASAM OCIO
**Cc:** OPA ⬛ Frazier, Susan (Lori) - ETA
**Subject:** RE: Timely: Adding Report to Website

Sorry to do this, but… we had a metric added. Can you swap out the .xlsx file with the attached
spreadsheet?

I kept the file name the same.

**From:** - OASAM OCIO <
**Sent:** Friday, April 25, 2025 12:58 PM
**To:** Parella, Courtney E - OPA - OASAM OCIO
**Cc:** OPA ⬛ Frazier, Susan (Lori) - ETA
**Subject:** RE: Timely: Adding Report to Website

This is complete.

https://www.dol.gov/agencies/eta/jobcorps/publications

https://www.dol.gov/sites/dolgov/files/ETA/jobcorps/reports/Job-Corps-Transparency-Report-2025.xlsx

Let me know if there is anything else needed.

OASAM/Office of the Chief Information Officer
U.S. Department of Labor

**From:** Parella, Courtney E - OPA
**Sent:** Friday, April 25, 2025 12:56 PM
**To:** - OASAM OCIO < ; - OASAM OCIO