**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

- For leftover personal student property, center must coordinate with the student to pack remaining belongings and either ship to student identified address or to the transferring center.
  - o It is recommended that staff FaceTime with students while packing to ensure correct items are packed.
- With local students, centers may arrange for students to report to campus to retrieve their belongings while under supervision of center personnel; (note: facility issues must be accounted for with this option).
- All consumables (food, office supplies) can be removed by the operator when no longer needed and at their discretion.
- Student uniforms and other center specific clothing can either be packaged (preferably plastic totes) and remain on campus or the operator has the discretion to redistribute those items as they choose.
- Outgoing center operator will engage in normal property transfer procedures with the incoming caretaker operator.
- Outgoing center operator must submit all Relief of Accountability requests to their COR and Regional Property Officer upon completion of the 100% accountability audit.
- Regional Office COR and/or Regional Office Property, or other designated official, will be on site during the final week of Transition to the caretaker contact to ensure smooth turnover of items and to confirm the physical condition of the facility.

**Step 9: Secure Data and IT Infrastructure**
- Centers with camera systems will continue to remain operational and be supported by JCDC.
- Caretaker contract must have an Internet Service Provider to ensure center alarm panels/systems remain operational.
  - o Phones are Voice Over IP but require an internet connection.
- Caretaker contract may be required to establish a separate phone line
  - o Check with DFAM on center Fire panel requirements as it may require an independent phone line managed by operator.
- Decommission IT systems and dispose of hardware as per data protection regulations.

**Step 10: Transportation/Fleet**
- National Office will provide Regional Office a list of all GSA and L-tag vehicles assigned to the center; Regional Office will confirm list with center.
- Regional Office will coordinate with other Job Corps Centers on potential transfer of any GSA vehicles.
  - o National Office Property Officer (DFAM Unit) must give final approval for all anticipated GSA vehicle transfers.
- Center operator will notify GSA representative of the need to return/transfer GSA vehicles (in coordination with Regional/National Office staff).
- Regional Office/JCAS will coordinate with Caretaker operator on what maintenance vehicles may need to remain on center (e.g., trucks w/ plow attachments), if any (confirm with JCAS regarding provision of vehicles in the caretaker contract).

13

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

- Caretaker operator will accept responsibility for any remaining GSA or L-tag vehicles until such time as transfers to new locations can be accomplished.

## Step 11: Financial Management

- Center operator to provide balance of SGA funds to the Regional Office once all students have been reassigned.
  - o With Regional coordination, funds may be distributed to other centers, preferably where the students were transferred to, prior to the contract termination date. Outgoing operator may also arrange to have the remaining funds split amongst the students remaining in the program and added to their debit (e.g., Wisely card), if applicable
- Petty cash funds belong to the center operator.
- Regional Office will contact CITIBANK to suspend the student travel card once all students have been transferred off the center.
- Center operator will terminate any lease agreements upon contract end date (unless discussed as part of caretaker contract assuming responsibility of the lease).
- Center operator must settle outstanding debts and liabilities.
- Center operator must provide a list of any financial obligations that may extend beyond the normal last invoice submission for the contract.

## Step 12: Contract Management

- Region will initiate all contract requisition changes for realignment of LWDA areas/arrival goals for other contracts.
  - o JCAS/Regional Office may determine an REA (request for equitable adjustment) may be needed based on changes to a center's Scope of Work.
- Region will request funding for Phase-out costs as identified in the contract award and ensure contract requisition is processed.
  - o Any deviation from the costs identified in the contract award will require documentation from the operator.
- Centers will continue to invoice as normal (despite no OBS), including applicable takebacks as identified in their contract (e.g., OBS takebacks).
- Once contract is completed (if terminated prior to end of 5-year contract), Regional Office will terminate the contract in FMS.
- Regional office will have oversight of the caretaker contract for the Center.
  - o Region must submit COR Nomination letter for designated staff.

## Step 13: Other Policy Considerations

- Students who are still in their TEAP probationary period will have their clock stop if they are placed in an Admin Leave status due to the center suspension of services. Once they are transferred and arrive at their new center, the clock will resume at the point where it stopped. Re-testing will continue to follow the PRH timeframes of 37 to 42 days for the retest.
- All TABE records are stored in CIS and will transfer to the destination center with the transferring student. Students will continue with academic instruction and re-testing if necessary.

14

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

# APPENDIX E: SUMMARY AND BACKGROUND

## BRIEF SUMMARY

**Background & Analysis:** Job Corps, established under the Economic Opportunity Act of 1964 (Public Law 88-452), is the nation's largest federally funded residential education and vocational training program.

**Operational PY24 Budget:** $1.6 Billion

**Center Operations:**

- Total Job Corp Centers (all 50 states, Puerto Rico, and DC): 123
- Of the 123, number operated by contract: 99
- Of the 123, number operated by USDA: 24
- Number of centers currently paused[1]: 4
- Owned Job Corp Centers: 58
- Leased Job Corp Centers: 34
- USDA Centers owned by Forest Service: 24

**Administration:**

- Office of Job Corps (OJC) federal FTE within ETA and regional offices: 80
- Student Onboard Strength as of April 24, 2025: 25,892
- Federal Contractor/Job Center Staff: 12,000
- USDA Forest Service Federal Employees at Job Corps Centers: 1,100
- National Training Contractors[2] (union organizations): 8
  - Instructors: 449
  - Regional coordinators and other administrative personnel 50+

**Program Performance Failures, Facility Sustainability, and Excessive Costs:** The Job Corp program cannot continue to operate services at its current capacity. The program is in a financial crisis and has remained at the high risk of violating the Anti-deficiency Act (ADA)[3].

- The Job Corps budget has remained largely flat at $1.6 billion since 2018.
- If adjusted for inflation, the budget would exceed $2 billion in 2024 to continue operations.
- Job Corps was operating at a deficit for PY 24—approximately $140 million—several actions to save approximately $119 million including the pausing of centers and cancelling contracts have allowed operations to reach the end of program year June 30th.
- PY25- Operating deficit could grow up to $213 million if mitigation strategies do not continue

---

[1] Woodstock (MD), Whitney Young (KY), Penobscot (ME), Loring (ME)

[2] See Appendix

[3] ADA Act- The Antideficiency Act prohibits federal employees from making or authorizing an expenditure from, or creating or authorizing an obligation under, any appropriation or fund in excess of the amount available in the appropriation or fund unless authorized by law. 31 U.S.C. § 1341 (a) (1) (A).

000355

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

## BACKGROUND AND ANALYSIS

## I. Purpose and Administration

Since its inception, the program has served over three million youth and young adults.  Currently authorized under the Workforce Innovation and Opportunity Act (WIOA), Title I, Subtitle C (codified at 29 U.S.C. § 3191 et seq.), Job Corps is funded through annual Congressional appropriations, with an average budget of approximately $1.6 billion for center operations since 2017. The program provides academic education, career technical training, career transition services, and residential support to thousands of students each year.

The Office of Job Corps (OJC) within ETA oversees the program and is comprised of staff at the National Office with six regional offices.  In total, OJC employs 80 federal full-time equivalent staff. The program is funded through three distinct accounts: $1.6 billion for Operations, which supports center operations contracts and U.S. Department of Agriculture (USDA) Forest Service Civilian Conservation Centers for residential services, academics, counseling, and career technical training; $33 million for Administration, which funds federal staffing, travel, and training at the National and Regional Offices; and $123 million for Construction, Rehabilitation, and Acquisition (CRA), which supports facility acquisition, construction, and rehabilitation.

## II. Eligibility Criteria

Admissions Counselors are hired under center operations contracts to assess applicant eligibility for the program.  As outlined in 29 U.S.C. § 3194 (or pursuant to other sections in WIOA, as noted), applicants must:

- Be between 16 and 24 years old at enrollment (with allowances for up to 20% of enrollees aged 22–24 and waivers for individuals with disabilities).
- Meet low-income criteria.
- Face one or more barriers to education and employment, such as being basic skills deficient, a school dropout, homeless, a foster child, or requiring additional education or training to obtain and retain employment.
- Demonstrate a need for additional education, training, or support to secure and maintain employment
- Not fall within one of WIOA's special limitations on selection in 29 U.S.C. § 3195(b).
- Consistent with the nondiscrimination prohibition against certain noncitizens located at 29 U.S.C. § 3248(a)(5), be either a U.S. citizen; a lawfully admitted permanent resident alien, refugee, asylee, parolee, or other alien who has been authorized by the Department of Homeland Security to work in the United States; or a resident of a U.S. territory.

Job Corps' eligibility criteria are outlined in more detail in the Policy and Requirements Handbook Exhibit 1-1.

000356

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

## III. Center Types and Operations

Job Corps centers operate under three models. Contracted centers are managed by private organizations or state and local agencies through competitive procurement. Civilian Conservation Centers (CCCs) are operated by the USDA Forest Service, focusing on conservation training and disaster response in rural areas. Additionally, some centers are operated by Indian tribes through agreements to serve Indians.[4]

A majority of centers are operated by contractors via competitively awarded contracts, with approximately 13,000 contractor staff.  In addition, 24 Civilian Conservation Centers (CCC) are operated by the USDA Forest Service via an interagency agreement and are staffed with 1,100 federal employees.

- *Civilian Conservation Centers (CCCs*)

**Overview**: CCCs are a subset of Job Corps centers focused on natural resource conservation and public land management. They offer unique training opportunities in forestry, firefighting, and conservation, contributing to both workforce development and environmental stewardship.

**Governance and Funding**: CCCs operate under an **interagency agreement** between the Department of Labor and the USDA. While the Forest Service manages daily operations, DOL provides funding and oversight to ensure alignment with Job Corps standards and objectives.

**Legislative Considerations**: In 2019, proposals to close several CCCs were met with bipartisan opposition that, in part, included assertions as to their importance to rural economies and conservation efforts. Subsequent enacted appropriations laws included provisions prohibiting appropriated funds from being used to (1) alter or terminate the Interagency Agreement between DOL and USDA and (2) close any of the Civilian Conservation Centers, except if such closure is necessary to prevent the endangerment of the health and safety of the students.

## V. Performance Management

**Performance Indicators**: Under 29 U.S.C. § 3209, Job Corps centers are evaluated based on the primary indicators of performance applicable to all programs authorized by WIOA, including: 1) placement in employment, education, or training (2nd and 4th quarter after exit), 2) credential attainment, 3) measurable skill gains, 4) median earnings, and 5) retention in employment or education.

---

[4] Currently Job Corps' Talking Leaves Job Corps Center is operated by Cherokee Nation.

000357

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

**Job Corps Center Closure Criteria**

Per 29 U.S.C. § 3209(j), prior to the closure of any Job Corps center, "the Secretary shall ensure—

(1) that the proposed decision to close the center is announced in advance to the general public through publication in the Federal Register or other appropriate means;

(2) the establishment of a reasonable comment period, not to exceed 30 days, for interested individuals to submit written comments to the Secretary; and

(3) that the Member of Congress who represents the district in which such center is located is notified within a reasonable period of time in advance of any final decision to close the center."

Historically DOL has announced the closure criteria it is using to close any given center through publishing those criteria in the FRN and, occasionally, requesting comments on the criteria. This means over time the closure criteria have not been static – DOL has added criteria to address the policy direction and need for a rationale to close a center at a given time. Closure criteria have varied over time, including considerations of chronic low performance, an evaluation of effort required to maintain high-quality education, and other considerations to determine whether to close a center.[5]

If a decision is made to close a center, then the decision and basis for the decision must be documented at least internally. The process to complete a closure can be a costly, time-consuming process as operations at the center are wound down, personal property is dealt with, and any real property issues are addressed.

## VI. Demonstration Authority

**Legal Framework**: Under 29 U.S.C. § 3206(a), the Secretary of Labor is authorized to carry out experimental, research, or demonstration projects relating to carrying out the Job Corps program. The statute also provides the Secretary the authority to waive any provisions of the WIOA section on Job Corps that the Secretary finds would prevent her from carrying out the projects. If the Secretary determines that such waiver is necessary, the statute requires 90-days advance written notification to the Committee on Education and the Workforce of the House of Representatives and the Committee on Health, Education, Labor, and Pensions of the Senate.

**Purpose and Implementation**: The demonstration authority allows the Department of Labor to pilot innovative approaches to education and vocational training relating to carrying out the Job Corps program. These projects aim to enhance program effectiveness, address emerging workforce needs, and improve service delivery to participants.[6]

---

[5] See example of closure criteria for Ouachita Civilian Conservation Center in Arkansas, 81 FR 43250 (July 1, 2016), https://www.federalregister.gov/documents/2016/07/01/2016-15603/final-notice-of-job-corps-center-for-closure

[6] An illustrative example of this authority in action is the Job Corps Scholars Program, a demonstration project that provided eligible youth aged 16–24 the opportunity to enroll in career technical training programs at twenty-six accredited public colleges.

000358

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

## VII. Contracting Mechanisms

**Firm Fixed-Price Contracts (FFP)**: OJC began transitioning to the FFP model in 2019 and has a few remaining contracts to transition from cost-reimbursable to FFP. Under FFP agreements, contractors are paid a set amount for delivering specified services, regardless of actual costs incurred. FFP contracts offer some advantages for government operations by providing cost predictability, which helps agencies better manage budgets and fiscal planning. These contracts also incentivize contractors to operate efficiently, since maintaining profitability depends on managing resources within the agreed price.[7] However, successful execution of FFP contracts requires careful attention to a few important considerations. Defining the scope of work with precision is critical to prevent scope creep[8] and maintain contractor accountability. Additionally, because contractors bear the financial risk of cost overruns, there is a possibility that service quality could be affected if risks are not properly managed.

Having selected the FFP contract type, DOL faced a new challenge during the COVID pandemic. Under an FFP contract, agencies have little or no visibility on the contractor's costs. As enrollment numbers dropped due to COVID, any cost savings did not automatically translate into reduced FFP payments by DOL. DOL did negotiate a "take back" mechanism for low OBS, but these were limited given DOL's understanding that a large portion of operational costs (e.g., salaries and facilities) are impervious to changes in enrollment. Plus, a reduction in the FFP amounts would be subject to negotiation and could be grounds for dispute and litigation absent contractor agreement.

## VIII. Real Property Management and Disposal

While most DOL office spaces are leased through GSA, Job Corps centers are exceptions, as they are directly owned or leased by the DOL. Job Corps controls over 90% of the Department of Labor's building stock. The legal status of the Job Corps facilities is broken down into four categories: 1) DOL owned, 2) DOL direct leased, 3) a combination of DOL owned and direct leased, and 4) Civilian Conservation Centers (CCCs). Of all the Job Corps centers, 58 are owned, 34 are leased, seven are a mixture of owned and leased, and 24 are on land owned by the USDA or United States Department of the Interior (DOI) and operated as CCCs. Two Centers on the list (Gainesville and Homestead) have been closed, but DOL still owns the property which is now excess and currently going through the disposal process with GSA.

---

[7] The advantages of a firm fixed price contract type is recognized by Federal Acquisition Regulation FAR 16.202-1, which states: "[a] firm-fixed-price contract provides for a price that is not subject to any adjustment on the basis of the contractor's cost experience in performing the contract. This contract type places upon the contractor maximum risk and full responsibility for all costs and resulting profit or loss. It provides maximum incentive for the contractor to control costs and perform effectively and imposes a minimum administrative burden upon the contracting parties."

[8] Under the Changes clauses in the contracts, FAR 52.243-1, *Changes-Fixed Price*, the contractors are entitled to additional compensation if the agency directs them to perform work not required by the contract which increases their costs of performance.

000359

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

Job Corps center contractors manage government-furnished property (GFP) on-site. These contractors are also required to maintain accurate inventories using systems like the Electronic Property Management System (EPMS) and the Fleet Tracking Management System (FTMS). Regular audits and adherence to federal property management regulations, including those from the Federal Acquisition Regulation (FAR) and GSA policies, ensure accountability and proper stewardship.[9]

The OJC currently has an unfunded, deferred construction, rehabilitation and acquisition (CRA) backlog estimated to be $1.6 billion. Job Corps defines its unfunded CRA backlog as the total of the non-recurring costs to restore and renovate facilities (structures and buildings) and systems (e.g., heating ventilation, air conditioning, sewage, water, or electrical) to, or as close to, their original capacity, efficiency, and capability, and for which insufficient funding is currently available to complete the work. This amount represents more than 2,200 structures located on 5,600 acres. Over the past several years, the cost associated with correcting property deficiencies has increased by more than 50 percent.

More than 43 percent of the Job Corps' portfolio by square footage is more than 50 years old. In 2024, Job Corps estimated that in five years, 119 additional buildings comprising nearly 1,135,000 gross square feet would reach the age of 50, which will result in those buildings becoming subject to compliance with the historic preservation regulations when undergoing renovations. CRA funding is critical to the success of the Job Corps program because healthy and safe facilities contribute to an effective learning environment.

### General Disposal Requirements for Job Corps Centers

When a Job Corps center is closed or realigned, the U.S. Department of Labor (DOL), historically in coordination with the General Services Administration (GSA), follows federal regulations to dispose of real property and assets. The disposal process must comply with the Federal Property and Administrative Services Act, GSA's Federal Management Regulation (FMR), and applicable Department of Labor policies.
Generally, disposal involves several key steps:

- **Property Assessment:** The DOL evaluates whether real property (land, buildings, equipment) is excess to agency needs.
- **Declaration as Excess:** Property no longer needed is officially declared "excess" and reported to GSA for broader federal screening.
- **Federal and Public Screening:** GSA offers excess property to other federal agencies first. If no agency claims it, it is made available to state, local governments, nonprofits, or educational institutions under specific public benefit conveyance programs.
- **Public Sale:** If there is no federal or public entity interest, the property is sold to the public, typically through online auctions or sealed bids.

---

[9] See Job Corps' Policy and Requirements Handbook Appendix 505 Admin and Management of Job Corps Contractor-Held Government-Furnished Property.pdf

000360

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

- **Environmental Compliance:** Before disposal, environmental assessments must be conducted to ensure compliance with laws like the National Environmental Policy Act (NEPA) and to address any hazardous materials or cleanup requirements.
- **Proceeds:** Revenue from property sales is generally returned to the U.S. Treasury unless specific statutory authority allows reuse within the program.

Separately, contractor-held personal property (such as equipment, vehicles, and supplies) must be disposed of following federal acquisition regulations (FAR Subpart 45.6) and DOL property management policies, ensuring proper accountability and financial closeout.

## IX. DOL Transparency Report

On April 25, 2025, the U.S. Department of Labor's Employment and Training Administration released the 2025 Job Corps Transparency Report, providing a detailed analysis of the financial performance and operational costs of the Job Corps Program.

Below is a summary of the overall findings from PY2023[10]:
- Average Graduation Rate:
  - Traditional: 32%
  - WIOA Definition: 38%
- Average Cost Per Enrollee (Regardless of Length of Stay): $49,769.53
- Average Cost Per Student Per Year (Average PY23 Headcount): $80,284.65
- Average Total Cost Per Graduate:
  - Traditional: $187,653
  - WIOA Definition: $155,600
- Job Corps participants earn $16,695 annually on average, post separation
- Average of Highest Center Costs per Graduate (Traditional Data):
  - The 10 least efficient programs average $512,800 dollars per graduate
  - The top 50 least efficient programs average $319,085 per graduate
- Average of Highest Center Costs per Graduate (WIOA Data):
  - The 10 least efficient programs average $385,370 per graduate
  - The top 50 least efficient programs average $252,285 per graduate

## X. Job Corps PY 2024 and 2025 Cost Savings Efforts

In Program Year (PY) 24, the Office of Job Corps implemented a series of aggressive cost savings initiatives to mitigate an anticipated operating deficit and set a foundation for long-term program sustainability. These efforts were informed by a comprehensive review of all expenditures against statutory and regulatory minimum requirements.

---

[10] The Job Corps Transparency Report's metrics distinguish between two definitions of the term "graduate": one reflecting traditional program completion in good standing (Traditional), and another using the statutory criteria from Workforce Innovation and Opportunity Act Sec. 116, Sec. 142, which counts individuals who attain a diploma or Career Technical Training completion while enrolled but do not complete the full program.

21

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

PY 24 cost-saving strategies resulted in savings of over $120 million, that included:

- **De-scoping Requests for Proposals (RFPs) and Center Contracts:**
  Job Corps systematically reviewed the Policy and Requirements Handbook (PRH) to
  identify and remove non-mandatory program requirements, allowing for the negotiation
  with contractors to modify the contracts to reduce the future contract prices. This de-
  scoping focused on aligning center operations strictly to statutory obligations, thus
  reducing unnecessary expenditures. This included policy revisions to eliminate Evening
  and Weekend Studies requirements, remove non-mandatory oral health services, remove
  mandatory Career Transition Services (CTS) for those who did not complete the
  program, and reduce nursing and trainee employee assistance program hours back to pre-
  COVID levels. These targeted changes directly contributed to operating cost reductions
  without undermining core program services.

**In Program Year (PY) 25, the Job Corps program faces a projected operating deficit of up
to $213 million.** To address this shortfall, the Department is contemplating several strategies to
augment amounts carried forward from PY24 mitigation efforts (estimated at $130 million):
prioritizing cost-saving actions at centers with expiring contracts and suspending operations at
underperforming centers, including deploying the following:

- **Trade and Program Restructuring:** Job Corps conducted a national evaluation of trade
  offerings across centers, using labor market information and program performance
  ratings. Underutilized or duplicative trades are targeted for elimination or consolidation,
  and Continuous Improvement Plans (CIPs) will be deployed for lower-performing
  programs.
- **Long-Term Sustainability Risk Analysis and Right-Sizing Initiatives:** A new
  facilities, performance, and sustainability risk assessment tool was developed to prioritize
  centers for potential suspension of operations based on performance and fiscal
  sustainability. This risk-driven "Right-Sizing" initiative focused on gradually shifting to a
  need-based model (e.g., one to three residential centers per state) projecting long-term
  savings of up to $337.72 million.
- **Cost Avoidance in USDA Forest Service Centers:** For USDA-operated centers, Job
  Corps reviewed CCC funding formulas to avoid overpayment for vacant student slots,
  resulting in a projected $2 million cost avoidance for PY 25.

22

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

# CARETAKING COSTS

**Assuming caretaking for all 123 Centers\*\* (64 owned):**

1. **Caretaker "Plus" model (described below) = $▮▮▮▮** annually
2. **Basic Caretaker model (see below) = $▮▮▮▮** annually

\*\*Note some leases may be terminated.

| Facility Size | Caretaker Plus | Basic Caretaker | No. of centers | Annual Costs for "Plus" | Annual cost for "Basic" |
|---|---|---|---|---|---|
| less than 100k GSF | $ | $ | 11 | $ | $ |
| Between 100k and 250k GSF | $ | $ | 91 | $ | $ |
| Between 250k and 500k GSF | $ | $ | 17 | $ | $ |
| Between 500k and 750k GSF | $ | $ | 1 | $ | $ |
| Greater than 750k GSF | $ | $ | 3 | $ | $ |
| | | | | $ | $ |

FTEs do not include or account for supervisors.
Estimates include equipment costs for security (golf cart/gator)
Personal Property control is included.
Size categories
11 centers are <100k GSF,
91 between 100k and 250k,
17 between 250k and 500k,
1 between 500k and 750k - Turner
3 greater than 750k - Earle C. Clements, Clearfield, and Gary

**Caretaker Basic (Closed Centers):** *Security, groundskeeping, and most basic maintenance of property*
- Provide security services for the campus on the XX-acre site having approximately XXX,000 GSF among X buildings, to protect against theft of government property and vandalism.
  - o 24-7 security personnel, daily patrol of buildings and grounds
  - o Controlled access to campus
  - o Maintain effective liaison with local law enforcement and emergency services.
- Providing ground maintenance to provide an attractive visual appearance.
- Receipt and Control of Property – The Contractor shall develop and maintain an inventory of all accountable and expendable property assigned to the center.

**Caretaker Plus (Paused Centers):** *Security plus Basic preventative maintenance and property management*
- All requirements in Caretaker Basic.
- Responsible for the proper operations of all HVAC equipment on campus to maintain air temperatures and air quality to include, but not limited to, maintaining setpoints, and changeover from heating to cooling and/or cooling to heating as applicable.
- Contractor shall engage qualified water quality and treatment sub-contractor to check and maintain chilled water chemical treatment bi-annually
- Monitoring and testing of plumbing systems at specific frequency
  - o Visually examine all hot water heaters for any leaks monthly. Leaks shall be immediately reported to the COR and coordinated for repair.
  - o Once a quarter the Contractor shall operate faucets at all bathrooms, kitchen, and service sinks for 30 seconds each to ensure P trap seals are maintained.

23

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

- Preventive and Corrective Maintenance – DOL will provide access to Brightly Asset Essentials, the Computerized Maintenance Management System (CMMS) to document, schedule, and perform preventive maintenance on all buildings systems and equipment
- System Winterization – The contractor must properly prepare and winterize all plumbing and sprinkler, and water filled systems to ensure protection from cold weather.

## Union Labor

| NTC Contractor | Technical Education Program | No. of Instructors |
|---|---|---|
| United Brotherhood of Carpenters and Joiners (UBCJA) | • Carpentry, Pre-Apprentice | 113 |
| United Auto Workers (UAW) | • Maintenance - Light Repair, Pre-Apprentice<br>• Advanced Automobile Service Technology, Pre-Apprentice<br>• Advanced MHDT Suspension and Steering, Pre-Apprentice<br>• Advanced Collision Repair and Refinish - Damage Analysis and Estimating, Pre-Apprentice | 35 |
| Transportation Communication Union/International Association of Machinists and Aerospace Workers (TCU-IAM) | • Transportation Service Workers:<br>• Rail Mechanical Service/Carmen<br>• Rail Freight Service<br>• Airline Service<br>• Inland Waterway Service<br>• Rail Passenger Service<br>• Mass Transit/Highway Service | 24 |
| National Plastering Industry's Joint Apprenticeship Trust Fund (NPIJATF) | • Cement Masonry, Pre-Apprentice<br>• Plastering, Pre-Apprentice | 45 |
| International Union of Painters and Allied Trades (IUPAT) | • Painting, Pre-Apprentice<br>• Glazing, Pre-Apprentice<br>• Sign, Billboard, and Display, Pre-Apprentice<br>• Floor Covering Installation, Pre-Apprentice | 41 |
| International Union of Operating Engineers (IUOE) | • Heavy Construction Equipment Mechanic, Pre-Apprentice<br>• Heavy Equipment Operations, Pre-Apprentice<br>• Maintenance Repairer Helper - Stationary Engineering, Pre-Apprentice | 35 |
| International Masonry Institute (IMI) | • Bricklayer, Pre-Apprentice<br>• Tile Setting, Pre-Apprentice | 34 |
| Home Builders Institute (HBI) | • Electrical, Pre-Apprentice<br>• Plumbing, Pre-Apprentice<br>• Building Construction Technology, Pre-Apprentice<br>• HVAC, Pre-Apprentice<br>• Plumbing, Pre-Apprentice | 122 |

000364

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

**INTERAGENCY AGREEMENT**

**BETWEEN**

**THE UNITED STATES DEPARTMENT OF LABOR AND THE UNITED STATES DEPARTMENT OF AGRICULTURE**

**GOVERNING THE FUNDING, ESTABLISHMENT, AND OPERATION OF JOB CORPS CIVILIAN CONSERVATION CENTERS**

### SECTION I. PARTIES TO AGREEMENT

U.S. Department of Labor                    Hereinafter Referred to
                                            as "DOL"

U.S. Department of Agriculture              Hereinafter Referred to
                                            as "USDA"

### SECTION II. BACKGROUND, AUTHORITIES AND PURPOSE

A. Job Corps was established to help America's economically disadvantaged youth overcome the many barriers to successful careers. First authorized by the Economic Opportunity Act of 1964, it is currently authorized by Title I of the Workforce Investment Act (WIA) of 1998, as amended. The Secretary of Labor's authority to establish and fund Civilian Conservation Centers (CCCs), as Job Corps operators, is authorized by WIA at section 147 (c), 29 U.S.C. § 2887(c), and further defined by WIA regulations at 20 CFR § 670.120, and at 20 CFR § 670.310(e) which states:

> *"The Secretary [of Labor] enters into interagency agreements with Federal agencies for the funding, establishment, and operation of CCCs which include provisions to ensure that the Federal agencies comply with the regulations under this part."*

B. This Agreement is the overarching document for cooperative efforts of all personnel working towards the accomplishment of the mission as set forth in the authorizing legislation. It applies to all Job Corps CCCs funded by DOL and operated by USDA on federal or a combination of federal, state, or private property controlled by USDA. This Agreement outlines the joint and separate roles, authorities, and responsibilities of DOL and USDA and for the management of Job Corps CCCs. This Agreement is an internal Government agreement and is not intended to confer any right upon any private person or third party and does not preclude DOL from acting in a manner it deems advisable to carry out the Job Corps program, nor does it limit USDA in carrying out any activities not pertaining to its Job Corps CCCs.

C. This Agreement pertains to Job Corps Civilian Conservation Centers (Job Corps CCCs) and is entered into pursuant to 29 U.S.C. § 2887(c) and other authorities available to the Parties, and is an Operating Plan for the Job Corps CCCs under 29 U.S.C. § 2891. The Parties shall carry out

1

000365

### DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

their obligations under this Agreement consistent with applicable law, and pursuant to their respective legal authorities such as those for managing the areas where these Job Corps CCCs are located and governing the operations of their respective agencies.  Moreover, in performing these activities, the Parties may utilize other laws, regulations, policies and guidance, including those authorizing collaboration amongst Federal agencies such as the *Economy Act,31*  U.S.C. § 1535 and those which authorize the use of private contractors.

### SECTION III.  ROLES AND RESPONSIBILITIES

The parties agree to the following division of responsibilities:

A. General

(1) DOL:  DOL has the primary responsibility within the Executive Branch for administering and managing the Job Corps program.  DOL allocates resources and works with USDA on the guiding policies, standards and procedures for operation of Job Corps CCCs and in program planning and delivery of services to Job Corps centers operated by USDA.  DOL will coordinate proposed changes to national policy and guidelines affecting CCCs with USDA.  DOL Regional Offices have responsibility to ensure that the Job Corps CCCs in their regions comply with Job Corps national policies, rules and regulations, to include the Job Corps Policy and Requirements Handbook (PRH).  USDA agrees to operate Job Corps CCCs in accordance with such Department of Labor guidance.

(2) USDA:  USDA is responsible for the operational management of Job Corps' CCCs funded by DOL in accordance with 20 CFR § 670.220(b).  This responsibility covers the provision of materials, services, personnel, and the administration of contracts that are needed to operate these centers in a manner that, at a minimum, meets the administrative and programmatic requirements and goals established by DOL, and as agreed to with USDA.

B. Program Design

(1) The Job Corps program is defined in the authorizing legislation Workforce Investment Act (WIA) of 1998, as amended, and the implementing regulations of the DOL.

(2) When determining career technical training offerings or the configuration of enrollment slots at USDA centers, USDA's conservation mission shall be taken into account.  DOL will collaborate with USDA regarding the reduction or reconfiguration of enrollment slots before any final decisions are made by DOL, to allow USDA to make programmatic adjustments.

(3) DOL will invite USDA to provide one representative each to be a member of DOL-established Job Corps inter-agency task forces, committees, workgroups, etc. which are established to seek improvements in various aspects of the programs and Job Corps CCCs operated by USDA.

2

000366

## DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

(4) USDA may test and develop innovative approaches for teaching academic and career technical training skills to students, and imparting career success standards, including independent living skills and the implementation of Job Corps' standards-based training program/curriculum. USDA Job Corps CCCs will apprise DOL of any successful techniques developed or discovered in order to provide DOL the opportunity to consider testing on a wider scale.

C. Operations

(1) DOL, as the program administrator, is responsible for providing all available funding to USDA to carry out the agreed to center operating requirements in the annual operating plan. Guidance for operations is set forth in the Policy and Requirements Handbook (PRH) published by DOL. From each year's appropriation, DOL may reserve contingency funds to cover facility-related emergencies. USDA may request needed funds from this reserve by notifying the appropriate DOL Job Corps Regional Office. Such emergencies do not include bringing a facility into compliance with Federal architectural accessibility requirements.

(2) Personnel

(a) DOL will provide funding to cover the cost of Federal Employees' Compensation Act (FECA) covered claims for Job Corps CCC students and federal staff.

(b) DOL will be responsible and accountable for recruiting, admitting, and assigning students to centers, as well as job development, career transition, and support services to separated students. USDA agrees to cooperate and assist in these important tasks to the extent that resources permit.

(c) USDA will make every effort to place graduates in jobs in the federal programs they administer, and report their progress annually to both the appropriate DOL Job Corps Regional Office and the National Office.

(d) DOL will furnish the funding for students' pay, allowances, clothing, and official travel; however, the effective and efficient delivery of these services to such students will be the responsibility of the management of the USDA Job Corps CCCs. In addition, USDA will conduct a reconciliation of student payroll and transportation accounts and submit it to the appropriate DOL Job Corps Regional Office each month.

(e) USDA bears chief responsibility for providing the necessary training for the staff of the Job Corps CCCs they manage. Periodically, DOL will conduct or arrange training for center operators and staff to introduce new program policies, requirements, curricula, or procedures, providing advance notice to the USDA National Offices. USDA is responsible for ensuring that appropriate staff attends these sessions, to the extent adequate resources are available.

(f) National Training Contractor (NTC) instructors working at USDA-managed

3

27

000367

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

Job Corps CCCs shall be permitted to attend annual training conferences
sponsored and funded by their NTC parent organization.

(g) USDA agrees to staff Job Corps CCCs in accordance with the staffing plans
and center budgets approved and funded by DOL. If no suitable candidate is
found within 90 days of a vacancy occurring, the DOL Job Corps Regional
Director will be notified.

(3) Real Property

(a) DOL is responsible for the custody and control of all Job Corps CCCs,
existing and future buildings, structures, and associated physical plant and the
upward reporting of said properties, with the exception of staff housing located on
certain Job Corps CCC sites.

(b) DOL will maintain all facilities data on Job Corps CCCs (other than the staff
housing referred to in subparagraph (a)) as required by the Federal Real Property
Council to ensure that all the necessary inventory and cost data are reported to the
Federal Real Property Profile-Internet Application (FRPP IA) operated by the
General Services Administration. USDA will report all cost data through the
DOL Financial Management System (FMS), ensuring accurate reporting of
operating costs in a timely manner.

(c) DOL will provide architectural and engineering (A&E) support to all Job
Corps CCCs to include:

(1) carrying out center facility surveys every three years
(2) identifying safety and health, construction, rehabilitation and
acquisition projects (CRA) to include all A&E support and
construction administration
(3) maintaining an on-line Inventory of Needs (ION) listing of all
projects for Job Corps CCCs, and providing access to this
inventory to USDA program staff
(4) working with USDA to select their prioritized projects from the ION
annually, prior to the formulation of the program year budget
(5) providing to USDA the results of each facility survey at each of the
Job Corps CCCs, the DOL Asset Management Plan and Three-
Year Implementation Plan for real property

(d) DOL and USDA agree to review all design construction documents for major
student vocational skills training projects. This review will include ensuring that
such projects comply with applicable Federal architectural accessibility
requirements.

(e) USDA will report to DOL on the progress of projects in a timely manner,
including the expenditure of funds by project, using DOL's online Funded Not
Corrected (FNC) system.

4

000368

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

(4) Personal Property

(a) DOL will hold title/ownership of, and is ultimately responsible for custody and control of all personal property purchased with Job Corps funds. USDA will, however, be responsible for the accounting and control of the personal property at all USDA Job Corps CCCs. USDA will transfer items only in accordance with the provisions of the Job Corps Property Management Handbook. USDA and DOL will agree on necessary resources to complete personal property tracking, accounting and control.

(b) USDA will track and report all required personal property data, in accordance with the Job Corps Property Management Handbook, for all personal property purchased with Job Corps funds. Reporting will be accomplished using the DOL Electronic Property Management System (EPMS) or a system allowing the transfer of data to the EPMS. DOL will be responsible for any upward reporting requirements.

(c) USDA will provide fleet vehicles and transportation as needed utilizing its Working Capital Fund operation and DOL will fund the appropriate use rates and fixed ownership rates as established by USDA and agreed upon by DOL. USDA will provide fleet vehicles using GSA vehicle leases. DOL will fund allowable charges for damages to vehicles upon USDA request and submission of all supporting documentation.

(5) All Federal directives and guidelines pertaining to the conservation of energy resources at Federal establishments shall be observed/applied by USDA at all Job Corps CCCs, as funded by DOL. All Job Corps CCCs will utilize the Energy Watchdog program, such program to be provided by DOL, to identify potential energy savings, and DOL will report energy usage to DOE. DOL and USDA will work together to achieve the goals of Federal directives and guidelines pertaining to the conservation of energy resources and environmental stewardship at all Job Corps CCCs.

D. Information Technology (IT)

DOL assumes all financial and operational responsibility for the purchase, installation, management, maintenance and upgrade of information technology equipment and technical infrastructure, including software, needed to operate a Job Corps center on a Civilian Conservation Center site. The controlling authority for the policies, procedures, and appropriate use of these assets shall be the Department of Labor Manual Series – 9 (DLMS-9) on IT.

DOL and USDA will develop policies and systems to provide staff with access to USDA applications (i.e., Time & Attendance, Travel, Agency E-mail, Aglearn).

E. Financial Management

5

29

## DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

(1) In accordance with 20 CFR § 670.950, USDA National Office(s) will perform financial oversight and management of Job Corps CCCs consistent with DOL's established policy and procedures. Initial budget requests for center operations, and all requests for transfers of authorized balances, require the approval of USDA National Office(s) prior to the submission of such reports to the DOL Job Corps National/Regional Offices for approval.

(2) In accordance with 20 CFR § 670.320(b), DOL will transfer Job Corps funds to USDA to cover the costs of Job Corps CCC operations, in accordance with annual operating budgets that have been approved by DOL. As a general rule, funds covering ongoing operating costs and program direction costs will be transferred in quarterly installments, while funds for construction and capital items will be transferred in lump sum. USDA shall account for all funds in accordance with financial accounting and auditing standards applicable to such funds, and to applicable reporting requirements pertaining to such funds as may be established and promulgated by DOL's Chief Financial Officer (CFO), pursuant to all applicable authorities.

(3) USDA shall ensure that Job Corps funds are properly controlled and accounted for, and used prudently, in accordance with the principles of government accounting and OMB-approved policies and processes. The allowable use of such funds will be determined in accordance with FAR Part 31 and OMB Circular A-87 (Costs Principles for State, Local and Indian Tribal Governments), except to the extent that this would contravene any law or regulation. Final decisions on the appropriate use of funds will be reserved to DOL. DOL reserves the right to recover funds used to pay any expenditure that is disallowed.

(4) Funds for Program Direction, calculated as a percentage (currently 6%) of the annual budget of the Job Corps CCC, will be provided by DOL to USDA for the administrative and overhead costs associated with the Job Corps program. If USDA determines that actual indirect costs for any program year are less than the amount funded, then USDA shall submit a request to the National Office of Job Corps, through the appropriate DOL Regional Office, for approval to transfer these excess funds to a direct operations category or to return such funds to DOL. No program direction funds may be used for Construction, Rehabilitation and Acquisition (CRA) projects. Program Direction dollars are not subject to the On-Board Strength (OBS) take-back dollars.

(5) For transfers of Center Operations funds (hereafter referred to as movement of funds) between line items in the budget of a single center, or between centers, the following procedures apply:

(a) Funds from personnel line items may only be moved to other personnel line items.

(b) Funds from non-personnel line items may only be moved to other non-personnel line items.

(c) Movement of funds totaling less than 3% of the affected line items at each center (in a single instance of a center-to-center movement) requires no concurrence from the Department of Labor. However, each instance must be recorded as a

6

30

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

variance statement in the quarterly financial reports for the quarter in which the movement occurred. For center to center movements, both centers must record the adjustment.

(d) Movement of funds totaling 3% or greater of the affected line items at either center (in a single instance of a center-to-center movement)must be communicated to the Budget Officer in the National Office of Job Corps for approval prior to the move. The Budget Officer agrees to respond within 14 calendar days. Upon concurrence, the movement must be recorded as a variance statement in the quarterly financial statement for the quarter in which the movement occurred. Both centers must record the adjustment.

(e) When a center's total initial operating budget has been adjusted by 10% or greater as a result of the cumulative movement of funds in a program year, such adjustments will be considered permanent for the purpose of the next Program Year's budget. (For this purpose, an adjustment will only be counted once, in absolute dollars.)

(6) USDA may: (1) utilize any excess funding in the construction/rehabilitation category to supplement higher than anticipated costs for prioritized construction and or rehabilitation projects that are in the approved budget, or (2) undertake additional unbudgeted renovations listed in the facility survey as having been pre-approved by the DOL Job Corps National Office.

(7) USDA Job Corps CCCs shall complete the Construction/Rehabilitation Funding Status Report and maintain the Web-based log of the completion of funded deficiencies.

(8) USDA may transfer up to $500 in capital equipment funds between Job Corps CCCs, with reports of those transfers sent to the DOL National Job Corps Office. Amounts greater than $500.00 will be subject to coordination and approval by the DOL Regional Job Corps Office prior to a DOL National Office transfer.

(9) If average OBS at any Job Corps CCC falls below 98%, DOL and USDA will discuss the reallocation or recapture of excess funds.

(10) USDA will use the DOL Web-based Job Corps Financial Management System to report the accrual of costs allocated to each Job Corps CCC, in accordance with the instructions provided by DOL.

(11) Funding reconciliations in the form of the 2110 F Report, including the treatment of unexpended balances, will be performed by the USDA National Offices and provided to the DOL Job Corps National Office at the end of each program year.

(12) Funding for vehicles will be provided on a basis consistent with the formula used for contractor operated centers. Information regarding each center's fleet (e.g. number, type and size of vehicles) will be shared with the applicable Job Corps Regional Office upon request. If USDA determines that additional vehicle amortization funds are needed based on agreed-to operating requirements (see Section III-C(4)(c)), a request shall be made to

7

000371

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

the appropriate Job Corps Regional Office.

(13) Annual Career Technical Skills Training (CTST) budgets are allocated to USDA based on the number of career technical training slots, times an amount agreed upon by DOL and USDA. If USDA determines the need for additional CTST funds, then it may transmit such a request to the Job Corps Regional Office through USDA National Office for consideration.

(14) USDA will not be assessed liquidated damages in connection with the violation of DOL performance data integrity issues (i.e. reporting fraudulent academic or career technical achievements, reporting false student accountability, etc.). USDA shall take appropriate disciplinary or contractual action in accordance with its personnel policies, contract provisions, and/or any other Agency/Department rules and procedures that are applicable in disciplining responsible employees or contractors for such violations. In addition, credits found to be invalid will be removed, potentially changing the values of performance measurements. For each investigation, a report will be provided to DOL outlining the steps taken to remedy the situation and the preventative measures enacted to prevent repeat occurrences.

F. Assessments and Evaluations

(1) The focus of the assessments by DOL and USDA is on the effectiveness of center operations and compliance with Job Corps' governing statute, (WIA), regulations, policy, and requirements, as well as determining adherence to the center operating plans, performance measures, and approved annual budgets. The assessments will examine each center's internal administrative procedures, to the extent that they are associated with operations/administration compliance. In addition, the DOL Civil Rights Center (CRC) may conduct compliance reviews to determine the extent of a center's compliance with the PRH policies, standards, and other requirements that are related to nondiscrimination and equal opportunity for Job Corps students.

(2) The Job Corps Regional Offices will notify the USDA National Offices when scheduling assessments of the Job Corps CCCs. All parties will concurrently furnish copies of their assessment schedule prior to the start of each program year. USDA shall conduct comprehensive assessments of each Job Corps CCC it manages at a minimum every two years, or more frequently where needed, and/or in line with DOL frequency by center. DOL reserves the right to conduct unannounced visits in coordination with USDA National Offices. Reports of each monitoring visit will be shared with USDA officials and the Job Corps CCC center director within 45 calendar days of the visit. Additionally, all involved parties will respond to reports within 45 days of receipt. DOL and USDA will strive to conduct joint assessments.

(3) DOL's Office of the Inspector General will have lead responsibility for conducting comprehensive program and financial audits of USDA Job Corps activities. After completion of each audit, the report will be shared with appropriate USDA officials. In the event USDA conducts an Inspector General or other enforcement agency investigation, the report will be shared with DOL officials unless confidentiality is necessary to protect the integrity of law enforcement or employee relations

8

000372

## DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

investigations.

(4) In accordance with WIA Section 147 (c) (2), and in the event a Job Corps CCC managed by the USDA fails to meet expected levels of performance, corrective measures will be developed by USDA and the Job Corps Regional Office. If corrective action measures are not implemented, or if implemented, do not result in adequate performance over a reasonable period of time, the Secretary of Labor, in accordance with WIA Section 159 (f) (2), shall develop and implement a performance improvement plan.

G. Reporting

(1) Job Corps centers managed by USDA are required to use Job Corps standard information systems for data collection and reporting. USDA agrees to provide oversight to ensure data integrity, timeliness and reporting accuracy.

(2) USDA agree to provide accurate and timely notification to the Job Corps Regional and National Offices of any significant incidents that occur at and around the Job Corps CCCs it manages. These incidents shall be reported within required timeframes utilizing the Job Corps Web-based, Significant Incident Reporting System (SIRS).

(3) USDA agree to provide accurate and timely notification to DOL's Civil Rights Center (CRC) when any administrative enforcement actions or lawsuits are filed against a Job Corps CCC alleging discrimination against Job Corps students on any ground that is prohibited in the Job Corps program. This notification will comply with the provisions contained in the Policy and Requirements Handbook.

(4) USDA agrees to immediately inform the appropriate DOL Job Corps Regional Office whenever there is a permanent or temporary change of center directors, or a USDA agency representative responsible for oversight of a Job Corps CCC.

H. Special Provisions

(1) USDA is responsible for managing any emergency or crisis situation that arises at the Job Corps CCCs it manages, especially situations that present an immediate danger to the health or safety of students, staff, or members of the general community. The appropriate DOL Job Corps Regional Office will be notified as soon as possible when such situations arise.

(2) DOL routinely publishes notices and other directives, including system-security directives, that are program-wide in scope and that are issued directly to Job Corps centers, center operators and other parties as appropriate. DOL notices and other directives will be coordinated and implemented promptly by Job Corps CCCs managed by USDA.

(3) It is understood that Job Corps CCC Federal employees are covered by OPM regulations and union agreements. As such, USDA shall negotiate with DOL any changes impacting Federal employees.

9

000373

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

(4) DOL shall recognize USDA as an executive agency within the Federal Government having established rules and regulations. These rules and regulations will be used in conjunction with the DOL established rules and regulations to guide USDA actions as they pertain to matters of personnel, budget and finance, property, use of information technology, acquisition of goods and services, safety, law enforcement, and labor/management relations, and as such, establish guidelines under which the Job Corps CCCs operate. DOL agrees to take into consideration and coordinate these regulations (to avoid promulgating conflicting guidance) when establishing policies, providing budget guidance (to include staffing), or directing any activity that will require Job Corps CCCs to take action under their departmental procedures.

(5) In cases where possible criminal activity has occurred at a Job Corps CCC, DOL fully acknowledges the primacy of USDA's law enforcement personnel and procedures in the conduct of a subsequent investigation. Pursuant to that acknowledgment, DOL retains the need to have such incidents properly reported through established channels and in accordance with Job Corps' published policies governing such occurrences on Job Corps centers.

In cases where possible criminal activity has occurred through the use or misuse of Job Corps equipment, DOL retains all rights to its equipment or devices after appropriate investigations by USDA's law enforcement personnel are concluded. In the case of administrative or disciplinary proceedings stemming from misuse of its equipment, USDA's law enforcement personnel will take possession of the equipment to secure material evidence and to ensure that other Job Corps students are shielded from possible harm through inadvertent access. Once final actions have been taken relative to the proceedings, the equipment will be returned to the Job Corps and a determination made as to whether the equipment shall be put back in service.

(6) Activities carried out under this Agreement are subject to, among other things, the Job Corps Policy and Requirements Handbook (PRH). This describes the joint and separate roles, authorities, and responsibilities of DOL and USDA management of Job Corps CCCs. The PRH contains the procedures and processes that all parties shall use for communication with each other about Job Corps matters, and procedures for handling routine or cyclical administrative tasks; such as planning, budgeting, financial management and accountability, work project development, as well as performance planning, center management, and, where necessary, improvement.

(7) If the Secretary of Labor or her/his designee, determines that the health, safety, or well-being of students are in immediate jeopardy, the Secretary, or her/his designee, will initiate discussions with USDA leading to more significant action. DOL and USDA will jointly develop an action plan to address the incident and/or resolve the underlying concerns. This shall not preclude DOL or USDA from taking immediate action to protect the health and safety of the Job Corps CCC students and staff.

I. Closing USDA CCCs

10

34

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

(1) The Secretary of Labor, after consultation with the Secretary of Agriculture, may temporarily close a Job Corps CCC managed by USDA, based upon a concern for the health, safety and well being of students, staff, and/or nearby community(ies). Every effort will be made by the involved agencies to correct such concerns prior to closing the site. The Secretary of Labor, or her/his designee, will notify appropriate USDA officials prior to announcing and temporarily closing a Job Corps CCC.

(2) In the event it becomes necessary pursuant to 29 U.S.C. 2899(g) to permanently close a Job Corps CCC managed by USDA, USDA will prepare and submit a cost proposal to DOL within 30 days of closure and the parties will agree upon mutually acceptable terms. The following general principles apply:

> (a) DOL shall cover the costs of maintaining a small cadre of staff following center deactivation, to provide for the orderly retirement of records, disposition of personal property, and other administrative tasks resulting from the deactivation. It is anticipated that a cadre of three to five staff working for up to three to six months will be adequate following deactivation.

> (b) DOL shall cover the cost of utilities at the Job Corps center for a maximum of 6 months following deactivation, as well as the one-time cost(s) of winterizing or mothballing the facilities.

> (c) DOL shall not cover the costs of any renovations or improvements to the facility after notification to USDA that the facility is to be deactivated. The only exception to this principle will be renovations that are needed to ensure the personal health or safety of students or staff while they continue to reside or work at the center.

> (d) With regard to Federal staff that are separated from the Federal government as a direct result of a center closing, the DOL will cover the following costs, as applicable and as specified by law: lump-sum leave settlement; unemployment insurance benefits, and severance pay.

> (e) DOL will cover the pre-approved relocation costs of any Federal staff member employed at a closing center who is reassigned to either another Job Corps CCC operated by the USDA or an administrative (program direction) position within USDA that is devoted 100% to the Job Corps program. DOL will not cover relocation costs for any other types of reassignments or transfers.

> (f) DOL will cover reasonable costs that result from early termination or partial termination of contracts.

> (g) The facilities may not be assigned or reassigned or used for any other purpose without the approval of USDA once the decision to close a center has been made.

> (h) USDA and DOL will work together to establish a plan that restores the closed center's footprint to a level consistent with future land management plans.

11

35

000375

## DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

### SECTION IV.  ANNUAL PLANNING AND BUDGETING

A.  General operational planning and budgeting will be conducted on an annual cycle.  DOL will initiate each year's planning process by furnishing USDA with instructions and with sufficient time to implement contracts and begin each program year.

B.  The amount provided for USDA Program Direction costs in each year's budget currently is a minimum of 6%.  The Program Direction budget proposed by USDA must be accompanied by reasonable supporting documentation.

C.  The identification of specific CTST work projects will be accomplished through a special planning process in which USDA proposes specific projects and submits them as a package to the USDA National Office for approval prior to submitting to the appropriate DOL Job Corps Regional Office.  Where National Training Contractors (NTC) programs are operating at USDA-managed Job Corps CCC, the CTST planning requirements in the NTC Memorandum of Understanding shall be followed.

D.  Fund allocations for managing the real and personal property portfolio at Job Corps CCCs will be determined by the DOL National Office of Job Corps, working with the USDA National Office.  DOL will schedule the allocation process so that it leads to the formulation of the annual budget before the beginning of the budget year and allows for the transfer of funds to USDA at the start of the budget year.

    (1) The following areas will be agreed upon by DOL and USDA for each Job Corps CCC:

        (a)  The number of enrollment slots to be maintained, including breakouts for male/female and residential/nonresidential.

        (b)  The career technical training offerings to be available.

        (c)  Staffing levels and staffing patterns.

        (d)  Number of Career Technical Skills Training (CTST) slots.

        (e)  Budgetary guidance relative to allowable inflationary adjustments on operational expenses, vehicle and equipment costs, and USDA program direction costs.

    (2) A budget request will be required for each Job Corps CCC, using standard Job Corps budget line items.

    (3)The time established by DOL for USDA submittal of its proposed budget, and any subsequent budget changes, will allow opportunity for bilateral discussions and negotiations.  As much as possible, DOL will approve USDA's budget for the coming year at least one month prior to the start of the budget year.  DOL will notify USDA if for any reason this deadline will not be met.

12

000376

## DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

### SECTION V.  DELEGATIONS OF AUTHORITY AND LINES OF COMMUNICATION

A.  The DOL Job Corps National Director and the USDA National Directors are authorized to exercise all authorities and functions discussed in this Agreement, including the functions of the respective Secretaries of each agency.  The National Directors are further authorized to enter into supplemental operating instructions with each other which serve to clarify, refine, or expand upon the provisions of this Agreement as long as they do not conflict with the Interagency Agreement.

B.  The Job Corps USDA National Offices are located in Lakewood, CO.  The DOL National Office will use the USDA National Offices as its point of contact with regard to any nonstandard center-related issues, both operational and administrative along with policy, budget, and guidance for all matters concerning Job Corps CCCs operated by USDA.

C. USDA National Offices have Assistant Directors/Youth Program Officers responsible to work with the respective DOL Regional Offices for the oversight of their Job Corps CCCs.  In carrying out oversight responsibilities, Assistant Directors of USDA will work with DOL Regional Officials to provide direction to Job Corps CCC Center Directors.  USDA agrees that center directors and their staffs will work together with DOL Job Corps Regional Directors and their staff to comply with DOL operational policies.

### SECTION VI.  ADMINISTRATION OF AGREEMENT

A. Order of Precedence

> (1) In the event that specific provisions of this Agreement conflict with Federal law or regulation, the requirements of the law or the regulation shall prevail.  As soon as such conflicts become known, DOL and USDA will work jointly to arrive at a mutually agreeable resolution.

B. Disputes

> (1) In the event that disputes arise between DOL and USDA concerning the applicability or interpretation of provisions of this Agreement, resolution shall first be sought through discussions between the DOL National Director of Job Corps and the USDA National Director.  If settlement cannot be reached at that level, then the matter will be referred to individuals designated by the signatories to this Agreement, or their successors, with authority to develop and approve a mutually satisfactory resolution.  If agreement cannot be reached through these means, then the ruling of the Secretary of Labor shall prevail.

C.  Revisions to this Agreement

> (1) Revisions to this Agreement must be approved in writing by both parties.

### SECTION VII.  PERIOD OF AGREEMENT

A. This Agreement becomes effective when signed by all the authorized officials stipulated under Section X, herein, and will remain in effect until superseded or terminated in writing by

13

000377

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

mutual agreement of the parties to this Agreement, or unilaterally terminated by any signatory Department after a minimum of 120 days formal notice.  Supersession of this Agreement must be approved in writing by the parties to this Agreement, or their successors.

**SECTION VIII.  SUPERSESSION OF PREVIOUS AGREEMENTS**

A. This Interagency Agreement terminates and supersedes the 1974 Agreement, as amended, between and among DOL and USDA, pertaining to Job Corps CCCs operated by USDA.  Upon the effective date of this Agreement, as stipulated under Section VII, the Agreement of 1974, and any other such Agreements, shall no longer apply to USDA or DOL.

**SECTION IX.  AMENDMENT OF THIS AGREEMENT**

A. All parties to this Agreement understand that it is subject to review and possible amendment under the following circumstances:

(1) At least every 4 years

(2) Upon revision of the enabling Job Corps program legislation.

(3) At the request of any party, based on changes significantly impacting the Agreement.

**SECTION X.  SIGNATURES OF AUTHORIZED OFFICIALS**

**Executed on Behalf of the Department of Labor**

| | |
|---|---|
| Assistant Secretary for Administration and Management | 3/6/08 Date |
| Esther R. Johnson<br>National Director, Office of Job Corps | 3-5-08 Date |

**Executed on Behalf of the Department of Agriculture**

| | |
|---|---|
| Assistant Secretary for Administration | 3/10/08    MAR 1 0 2008 Date |
| Under Secretary for Natural Resources and Environment | 3/10/08 Date |

14

38

Message

| From: | Frazier, Susan (Lori) - ETA |
| --- | --- |
| Sent: | 5/12/2025 7:45:33 PM |
| To: | Parella, Courtney E - OPA ███████████████ Han, Jihun A - OSEC ███████ Walter, Courtney E - OSEC ███████ |
| Subject: | RE: EMBARGOED DRAFT- PRE-DECISIONAL MEMO- Job Corp |
| Attachments: | EMBARGOED DRAFT_ETA Job Corps Program Decision Memo_V4.docx; OJC Congressional Districts FTE Students.xlsx; Revised State JC Info Pagers - 5.9.25.docx |

Good evening,

- Attached:
  - o Memo
  - o Excel sheet attached separately.
    - I could not merge the Excel sheet into one document without losing data.

- State Summaries with the Transparency Data

Thanks!
Lori

**Lori Frazier Bearden** |
United States Department of Labor
Acting Assistant Secretary
Employment and Training Administration
200 Constitution Avenue Suite S-2307
Washington, D.C. 20210
C: ███████



**From:** Parella, Courtney E - OPA ███████████████
**Sent:** Monday, May 12, 2025 4:05 PM
**To:** Frazier, Susan (Lori) - ETA ███████████████ Han, Jihun A - OSEC ███████████ Walter, Courtney E - OSEC ███████
**Subject:** RE: EMBARGOED DRAFT- PRE-DECISIONAL MEMO- Job Corp

Yes, I will add them into your draft, along with the timeline comms plan, once you send the memo back!

**From:** Frazier, Susan (Lori) - ETA ███████████████
**Sent:** Monday, May 12, 2025 4:02 PM
**To:** Han, Jihun A - OSEC ███████████ Walter, Courtney E - OSEC ███████████ Parella, Courtney E - OPA ███████████
**Subject:** Re: EMBARGOED DRAFT- PRE-DECISIONAL MEMO- Job Corp

Absolutely. Great idea. Also, the TPs were not attached.

**Lori Frazier Bearden** |
United States Department of Labor
Acting Assistant Secretary
Employment and Training Administration
200 Constitution Avenue Suite S-2307
Washington, D.C. 20210
O: ▮▮▮▮▮▮▮▮

---

**From:** Han, Jihun A - OSEC ▮▮▮▮▮▮▮▮
**Sent:** Monday, May 12, 2025 3:58:46 PM
**To:** Frazier, Susan (Lori) - ETA ▮▮▮▮▮▮▮▮ Walter, Courtney E - OSEC ▮▮▮▮▮▮▮▮
Parella, Courtney E - OPA ▮▮▮▮▮▮▮▮
**Subject:** RE: EMBARGOED DRAFT- PRE-DECISIONAL MEMO- Job Corp

Thanks, Lori. Can we combine the list of congressional districts with job corps center into this memo as well? And attach Courtney's talking points too.


**Jihun Han**
Chief of Staff
Office of the Secretary
U.S. Department of Labor
C: ▮▮▮▮▮▮▮▮



---

**From:** Frazier, Susan (Lori) - ETA ▮▮▮▮▮▮▮▮
**Sent:** Saturday, May 10, 2025 5:58 PM
**To:** Han, Jihun A - OSEC ▮▮▮▮▮▮▮▮ Walter, Courtney E - OSEC ▮▮▮▮▮▮▮▮ Parella,
Courtney E - OPA ▮▮▮▮▮▮▮▮
**Subject:** EMBARGOED DRAFT- PRE-DECISIONAL MEMO- Job Corp

Good afternoon, all-

Please find attached an EMBARGOED DRAFT- PRE-DECISIONAL MEMO- Job Corp. This is a working document.


Thank you,
Lori


**Lori Frazier Bearden** |
United States Department of Labor
Acting Assistant Secretary
Employment and Training Administration

200 Constitution Avenue Suite S-2307
Washington, D.C. 20210
C:



**U.S. Department of Labor**     Assistant Secretary for
Employment and Training
Washington, D.C. 20210



## DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

**May 10, 2025**

**DECISION MEMORANDUM**

**SUBJECT:    Job Corps Program and Pausing Center Operations**

**GOAL:** To cease operations at all Job Corp center sites to align with the Trump Administration's workforce priorities and proposed budget.

**PURPOSE OF MEMO:** To reach consensus on pausing Job Corp center operations and return every student safely and timely to their home of record by the end of the program year June 30th

**OPERATIONAL PLAN:** (1) Immediately cease all Job Corp center operations (including 24 USDA CCCs) to allow adequate transition plans for mobilizing students. (2) Centers will execute a "Suspension of Operations" Plan.

## PHASE 1: PAUSE ALL JOB CORP CENTER OPERATIONS

> **Action 1:** OSEC will communicate the operational plan with USDA Secretary. USDA center staff (24 centers) will be directed to operationalize their "Suspension of Operations" plan to transfer students to home of record.

> **Action 2:** ETA will terminate 99 contracts with center operators using the "Termination for Convenience of the Government."

> - o ETA leadership will brief limited Job Corp federal staff including Contracting Officer Representative (COR).
> - o OJC Staff will issue brief email notices to all Job Corp center operators/Job Corp Association/Labor Unions minutes ahead of the termination notices.
> - o OJC staff will issue a Termination of Inconvenience effective August 15th and require implementation of Center Operations Pause and transition students to home of record by June 30th.
>   - o Operations wind-down to commence immediately with final operations date of June 30, 2025.
> - o ETA leadership will ensure COR understands negotiation role to negotiate termination fees and needed program costs that are applicable to transition students and successfully stop operations. This will include Wednesday, May 14th at 4:30PM 6-12 weeks of continued contract operations such as facility and property management, records retention, secure data and transportation fleet.
> - o Center Operators will operationalize "Suspension of Operations" plan.

### DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

> **Action 3:** DOL OSEC will operate a communication plan in conjunction with other executive leadership.

> **Action 4:** ETA will provide targeted response for Job Corp center staff (employment services, job fairs, unemployment compensation, dislocated worker funding). ETA will provide students with alternative program options such as Apprenticeship opportunities, Armed Service recruiters, etc. **(Appendix C)**

> **Action 5**: "Caretaker" contracts will be executed to maintain owned and leased facilities until leases expire. Note that some leases will be terminated**. (Appendix E)**

## PHASE 2: FORMAL CLOSURES

> **Action 1:** ETA will publish a Federal Register Notice as required by WIOA sec.159 providing advance notice of center closures. **(Appendix E)**

> **Action 2:** DOL and UDSA will renegotiate necessary interagency agreements to prevent endangerment of health/safety. **(Appendix E)**

> **Action 3:** DOL in conjunction with GSA follows federal regulations for general disposal requirements complying with Federal Property Administrative Services Act, GSA's Federal Management Regulation (FMR), and USDOL policies. **(Appendix E)**

2

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

# KEY SUMMARY OF POINTS

**THE GOAL OF THIS OPERATION:** To cease operations at all Job Corp center sites to align with the Trump Administration's workforce priorities and proposed budget.

**Critical Point of Understanding:** Long term plans of closures, program elimination, disposal of properties is a critical juncture of discussion for any future plans of the program.

**Proposed Plan:** The Department of Labor is proposing to PAUSE Job Corp center operations and return every student safely and timely to their home of record by the end of the program year June 30th.

**Operational Plan Goal:** (1) Immediately cease all Job Corp center operations (including 24 USDA CCCs) on May 16,2025 to allow adequate transition plans for mobilizing students and suspending Job Corp operations. (2) Execute "Caretaker" Contracts for Job Corp centers **(Appendix E).**

**Legal Authorities:**
- The Department of Labor is NOT eliminating the Job Corp Program.
  - o Congress has the legal authority to eliminate the Job Corp Program.

- The Department of Labor is NOT CLOSING Job Corp centers. "Closing" requires additional actions.
  - o DOL is PAUSING Job Corp Operations.

- The Department of Labor has the delegation of authority to cancel center operator contracts at the 99 centers which also includes contracts providing all program operations at 123 sites, including USDA sites.
  - o The Department of Labor has the delegation of authority to cancel contracts at the 24 USDA centers that fund program operations.

  - o Per 29 U.S.C. § 3209(j), prior to the closure of any Job Corps center, "the Secretary shall ensure"… all legal requirements are met to close centers. **(Appendix E).**

**Pausing Process:**
- Sufficient contracted staff are employed at the 99 centers with sufficient financial resources to return students to home of record and suspend operations by June 30th.
- There is sufficient USDA Forest Service/federal staff employed at their centers with sufficient financial resources to return students to home of record and suspend operations by June 30th.
  - o Because of termination of numerous large contracts, cost-saving measures have allowed for sufficient funds to wind down operations safely and securely.

**Job Loss:**
- Approximately 11,000 contract employees across the country and Puerto Rico.
- Potentially 1200 Forestry Service federal employees at USDA Centers

| | |
|---|---|
| **Timeline:** | APPENDIX A |
| **USDA Operational Plan:** | APPENDIX B |
| **Job Loss Operational Plan:** | APPENDIX C |
| **Centers' Transitional Services Operational Plan:** | APPENDIX D |
| **Summary and Background:** | APPENDIX E |
| **Interagency Agreement USDA & DOL** | APPENDIX E |

3

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

# APPENDIX A: OPERATIONAL TIMELINE

| | Complete by | Actions |
|---|---|---|
| | 5/6/25 | **PRE-OPERATIONAL PLAN BEGINS** |
| ✓ | 5/8/25 | **ETA** leadership will brief limited Job Corp federal staff, attorneys, including Contracting Officer Representative (COR) of operational plan. |
| ✓ | 5/10/2025 | **ETA and OJC** staff will develop a mockup for a Student Resource Page for Job Corp students |
| ✓ | 5/10/25 | **ETA and OJC** staff will develop draft Termination Notices for Center Operations to transition students and successfully stop operations. This will include 6-12 weeks of continued contract operations such as facility and property management, records retention, secure data and transportation fleet. |
| ✓ | 5/10/25 | **ETA and OJC** will develop communication for DOL federal staff supporting Job Corp program |
| ✓ | 5/10/25 | **ETA** will develop state by state summaries of each Job Corp center, congressional districts, staff and student body size for operational planning |
| ✓ | 5/10/25 | **ETA and OJC** staff will develop Center Staff Communication |
| ✓ | 5/15/2025 | **ETA** will develop a job loss plan for center staff to be implemented by Regional Offices |
| | 5/15/25 | **OPA** will develop a communication plan in conjunction with other external executive leadership. |
| | 5/15/25 | **OSEC** will communicate the operational plan with USDA Secretary |
| | 5/15/2025 | **ETA** leadership will read-on additional ETA/OJC/ASAM staff to operations |
| | 5/16/25 | **OPERATIONAL PLAN BEGINS** |
| | 5/16/25 | **OSEC** will send email communication directing the termination of OJC contracts to ETA's Delegation of Authority- Acting Assistant Secretary and the Assistant Secretary for Administration and Management (ASAM) |
| | 5/16/25 | **DOL OJC/OASAM** staff will terminate 99 contracts with center operators using the "Termination for Convenience of the Government." |
| | 5/16/2025 | **DOL OJC/ASSAM** staff will terminate all OJC operation contracts that fund direct program operations |
| | 5/16/25 | **DOL OJC** Staff will issue brief email notices to all Job Corp Center Operators/Job Corp Association/Labor Unions minutes ahead of the termination notices. |
| | 5/16/25 | Center Operators will operationalize "Suspension of Operations" plan. |
| | 5/16/25 | **OPA** will execute a communication plan in conjunction with other external executive leadership. |
| | | **ETA** will provide students with alternative program options such as Apprenticeship opportunities, Armed Service recruiters, etc. |
| | 5/19/25 | **OJC** students will begin returning to home of record |
| | 5/19/25- ongoing | **ETA** will provide targeted response for Job Corp center staff (employment services, job fairs, unemployment compensation, dislocated worker funding). |
| | 06/30/25 | **OJC** Center Operations will suspend. |
| | 07/01/25 | **CARETAKER CONTRACTS BEGIN** |
| | 07/01/2025 | Caretaker" contracts will be executed to maintain facilities until leases expire. Note that some leases will be terminated. |
| | TBD | **CENTER CLOSURE ACTIONS** |
| | TBD | ETA will publish a Federal Register Notice as required by WIOA sec.159 providing advance notice of center closures. |
| | TBD | DOL in conjunction with GSA follows federal regulations for general disposal requirements complying with Federal Property Administrative Services Act, GSA's Federal Management Regulation (FMR), and USDOL policies. |

000385

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

# JOB CORP CENTER TIMELINES

| **Contract Termination for Convenience:** |
|---|

- Notification of Contract Termination
- Phase-out costs based on the current contract
- Staff severance to be paid in accordance with state requirements or operator established policies. **(30-days)**
- Negotiated final contract expenses. **(30-days)**
- Students transferred to the nearest center (If any are operating) that offers the same Technical Career Training as currently enrolled. **(Two weeks)**
- Implement the operator's phase-out plan to include the following:
  - Transitioning of all students' hard copy records. **(2 weeks)**
  - Scanning and uploading all student records into CIS. **(2-4 weeks)**
  - Complete 100% inventory of the GFE to include DOL approval and board of survey. **(4 weeks)**
  - Transition all utilities and other services to the caretaker contract. **(1 day)**
  - Finalize all outstanding CRA projects. **(Variable)**
  - Notify all contacted services of the ending of the contract. **(30 days)**
  - Transition the GSA owned vehicles. **(30 days)**
- Transferring of property for the centers that are being paused. **(90 days)**
- Complete staff off-boarding. **(30 days)**
- Establishing a caretaker contract for each center paused. **(120 days)**

5

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

# APPENDIX B: USDA Operational Plan

**ACTION 1: USDOL Secretary and USDA Secretary meet**

**Agenda:**

➢ Discuss joint USDA/DOL effort to cease Job Corp Operations.

➢ Communicate the DOL/USDA operational plan with USDA Secretary.

- Job Corp operations at USDA centers will be suspended through the termination of contracts on 5/16/2025.
- Immediate results: When eight union labor contracts are cancelled, USDA sites will not have Technical Education Program operations. **(Appendix E)**
- USDA center staff (24 centers) will be directed by DOL to operationalize their "Suspension of Operations" plan to transfer students to home of record.
- The 1,100 Forestry Service federal staff workers will continue operations until June 30th to ensure smooth suspension of operations and safe return of students to home of record.
- Forestry Service federal staff are paid from OJC budget. The USDA Secretary would take any actions to reduce personnel.
- Job Corp funds will be used to execute contracts to provide "caretaker contracts" to all USDA sites.

**ACTION 2: Secretary Press Considerations**

   o Joint statement? Joint Press release? Timing? Partnership with Unions joint press?

**ACTION 3: Workforce Training Program Possibilities – Peacekeeping with the Unions**

➢ **Decision Point-** Appropriated program funds could be returned to U.S. Treasury or using the Demonstration Authority under 29 U.S.C.3206(a), launch workforce program that carry out education and vocational training to this at-risk population at the 24 USDA sites

➢ **Decision Point-** Legislation is still in place. Keep USDA centers operating with unions contractors and birth a new workforce program.

➢ **Example – America First Workforce Program. Ideas could include:**
   o Designate centers for Shipbuilding Technical Education

   o Meet with Union Heads to discuss how all union labor work will be moved to the 24 USDA Centers/ trade-up for future forest workers/Ensure Labor Union staff are connected to the USDA sites for employment.

   o Create Apprenticeship Programs for Forestry, Carpentry at USDA sites.

6

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

# APPENDIX C:
# Job Loss and Student Resource Operational Plan

## Job Loss and Student Support:

1. A comprehensive list of severance pay and compensation packages will be compiled by DOL Job Corp staff to understand contract negotiation outcomes for staff.

2. All students who applied as "unaccompanied homeless youth" at time of application will be identified and connected with housing assistance. During pandemic, centers return students to home of record, and worked closely with this population's immediate needs.

3. Correspondence will be sent to all six (6) DOL Regional Administrators providing notification to the state's workforce system that Job Corp center operations have been terminated.

   *Immediate Action Requested:*
   o Any center with 50 or more employees to have rapid response teams on-site to provide immediate assistance, including resources and services for unemployment insurance benefits, re-employment, job search assistance, resume preparation, career counseling, and eligibility determination for training programs for timely and effective support.
   o Support services will also be provided to students who are still at the center.
   o States will be requested to provide job fair information and other employment related information to Job Corp center staff and students.

4. The DOL Job Corp website will provide links to resources for both employees and students.
5. The DOL National Job Corp Office in conjunction with Regional DOL Offices will distribute an email to Job Corp Center contractors an informational email with employment services and resources for unemployment insurance benefits to staff and students.

## Additional Student Resources:

1. Job Corp will establish a Job Corp Student Resource Page with information regarding employment and training, apprenticeship programs, armed service opportunities, and employers and email link to students.
2. The Office of Apprenticeship will provide information to the center operators via email to provide to students.
3. The Job Corp Office will partner with armed service recruiters to connect students with opportunities.

Students routinely return home for summer break and holidays.

7

000388

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

# APPENDIX D:
# Center Transitional Services Operational Plan:

**Step-by-Step to Realize Center Operations Pause**

**Step 1: Notify Stakeholders**
- JCAS notifies the Center Operator that the contract will not be renewed and that operations will be suspended. This must occur at least 30 days but ideally 45-60 days before the expiration of contract.
- The Center Operator informs employees, students, suppliers, clients, and other stakeholders of the closure decision.
- National Office establishes a dedicated email inbox for all questions related to the suspension of operations.
  - Must identify who will monitor and respond to all incoming inquiries and ensure all applicable staff (e.g., COR) have access to the inbox.

**Step 2: Develop a Suspension of Operations Plan**
- Regional Office establishes recurring weekly meetings with Regional Office staff, National Office staff, JCAS, center operator, and center leadership.
  - At the first weekly meeting, attendees will discuss key areas of focus for the suspension (e.g., student transfers, property, facility, etc.).
- Draft a detailed closure timeline with milestones and deadlines. Some set deadlines include:
  - 15 days before contract ends, the phase-out plan is implemented.
  - On last day of contract, the Caretaker contractor is on site for the handover.
- Regional Office will provide center/operator with checklists and forms to aid the organization of information during the suspension of operations, including:
  - Sample Contract Transition Checklist (See Attachment A - SAMPLE - Contract Transition Checklist)
  - Regional Office will provide Form 5-10 Job Corps Center Operator Transition – Facilities, Health/Safety, and Fleet Vehicle Checklist (See Attachment B - Form 5-10 Checklist)
  - Sample Standard Operating Procedure Action Checklist (See Attachment C - SAMPLE SOP Action Checklist)
- National Office will provide list of all GSA vehicles and L-tag vehicles assigned to the center.
- Regional Office will download center Master Property Inventory from JCRL (Job Corps Resource Library) and COR will provide the latest quarterly property certification from the center.

**Step 3: Communication**
- Center will provide Regional Office list of all student email addresses and parent/guardian email addresses for notification.

8

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

- Work with Communications/OPA to develop notification email to both parents and currently enrolled students to inform them of the suspension (See Attachment D - SAMPLE Parent-Guardian Notification)
- Coordinate with National Office staff for an approved script to be used for both the in-person and virtual meetings.
- National Office will develop a document of FAQs as a reference to use for staff and students.
- National Office will establish a dedicated email Inbox that will be provided to students to be monitored by the Regional staff.  The COR, or designated official, will respond to questions from students and elevate questions to leadership if needed.
- If feasible, Regional Office personnel will travel to the impacted center to meet with all students to discuss the suspension of center operations; a follow-up virtual call should also be established for those students not available in person or for those with further questions.
    - o Office of Job Corps will draft and center will distribute approved email notification regarding the suspension of center operations to all students and parents/guardians of minor students.
- Regional and National Office staff will hold weekly Transition meetings to discuss ongoing status and identify any pending issues that need to be addressed.
- Region Office will notify local Office of Public Affairs of the upcoming suspension of center services and refer all media inquiries to them and the National Office.
- Media inquiries relating to staff can be addressed by the center operator (not federal employees); any other media requests should be directed to local OPA office, with notification to National Office.

**Step 4: Student Transfers when there are centers operational. If all centers' operations are paused, then students are to go to their home of record.**
- Students should be transferred based on their CTT choice and the center closest to their home that has availability. An explanation is required for any student deviating from their CTT choice.
    - o Preference will be to keep student within the same Region but can be transferred to centers outside of the Region based on CTT availability or other extenuating circumstances (e.g., live outside of the Region).
- Determine if ASWR will be an option – decision by National Office (1 year to return).
- For ACT (college) students, have plan of action for each student and ensure that case notes are kept up to date.
    - o Identify program they are enrolled in and college.
    - o Discuss options available to students who may be in mid-semester of ACT program.
- National Office will provide list of CTT programs and slot availability to the center as soon as possible.
    - o Regional Office will review and confirm the slot availability upon receipt.
- Center will provide list of all active students and include the following information: student name; ID; current age; HSD status; assigned CTT; CTT TAR completion % and

9

### DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

City/State for their home of record (See Attachment E – Active Student Outcomes Status List).
- Center will provide list of all students on MSWR status, including: student name, ID, current age; HSD status; assigned CTT; CTT TAR completion %; City/State for their home of record; MSWR start/end date; include column if student has been compliant with the MSWR process; include any special circumstances known (i.e., has specific medical needs; health insurance issues, etc.
- Center personnel will contact each student individually to discuss options based on their CTT area, trade completion, individual concerns and openings (See Attachment F - SAMPLE CTT Crosswalk).
    - o Center will provide a list of potential transfer center locations based on the student discussion to the Regional Office for approval
    - o Preference will be given to retain students within the Region but can be placed outside of Region based on need/individual circumstances.
- Regional COR will confirm proposed student transfers according to their career technical trade choice and closest home location.
- Center will provide ongoing updates of the status of each identified active student until all students have either transferred or separated.
    - o Explanation should be provided on all students that have not either transferred or separated for each report submission update.
    - o Updates are required at minimum twice per week; Region will review and forward to National Office Staff.

## Step 5: Records Management
- Retain records as per statutory requirements.
- Center personnel must confirm all student records are updated and uploaded in applicable CIS locations, including health/wellness records.
    - o Regional Office staff should confirm no remaining hard copy records during a site visit.
    - o Any noted records must be scanned into the applicable CIS location and the center must verity (via 3rd Party certification) that all hard copy files have been appropriately scanned. This confirmation must be sent to the Regional Office.
- Center must ensure all Training Achievement Records (TAR) are updated by instructors and students and all credential attainments have been updated in CIS prior to any transfer/separation.
- Center must identify any hard copy records remaining on center.
- Center books containing student accession/transfer numbers for the Federal Archives must be secured; books/documents will need to be shipped to the Regional Office for safe keeping and use in responding to records inquiries; (box contents need to be labeled for easy identification) no less than 2-weeks prior to the end of the contract.
- Centers must identify any active records requests in progress that will not be completed prior to the end of the contract.
    - o Regional Offices must be prepared to begin addressing all student records requests at minimum one-month prior to the contract end date, or other date as specified by the Regional Office.

10

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

- Centers must provide a list of all POCs (name, email; phone) for current (and all known) on-line HSD programs and/or co-enrollments with area high schools or Other Training Provider sites.
- As students transfer to new center locations, all hard copy medical records must be shipped to the receiving center in conjunction with student arrival to that center.
  - o Documents must be securely packaged in accordance with HIPAA and Privacy Act regulations.
- Center accountability logs/sign-in sheets and other residential log books must be secured and labeled.
  - o Operator must notify Region where the secured materials will be stored.
- Staff personnel records remain with the operator and is at their discretion on how to address.
- Center operator must cancel any center-specific licenses, permits, and certifications.

## Step 6: Outreach/Admissions and CTS Activities
- National Office, in conjunction with Regional Office, will determine where applicant files and NEAP Workforce Development Areas (WDA) will be reassigned.
  - o OA Quota goals may or may not be reassigned to another contract.
- Upon notification of suspension of operations, National Office will disable the OA Provider's ability to assign students to Center.
- Operator must provide a list of active applicant files and their current status; Those files will need to be transferred to the identified OA Provider as soon as possible.
  - o Regional Office must initiate contractual modifications identifying any WDA changes or increase/decrease in OA quota goals; same action applies to center arrivals.
- OA Provider must make contact with all applicants to inform them of the pending changes and provide them with contact information for their newly assigned OA provider.
- CTS services will continue to be performed by the operator until no later than 15 days prior to the end of the contract, or based on other Regionally approved date.
- Contractor will provide a list of all active CTS caseloads for transfer to the identified CTS provider.
- National Office will work with JCDC on the transfer of identified CTS caseloads to the new CTS provider.

## Step 7: Facility Management
- Center must identify all facility related concerns and ongoing projects; each project should identify the Deficiency number, amount funded, amount expensed to date, and the projected completion date to the Regional Office.
- Outgoing center operator must continue to maintain facility upkeep and preventative maintenance until the caretaker contract begins.
  - o Center must coordinate with Regional Office/ESC staff regarding any new facility repairs to determine if necessary and if can be completed prior to the contract termination date.

11

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

- Regional Office will request access to Asset Essentials for the Caretaker operator during the transition process.
- Outgoing Center Operator must terminate leases or contracts for office spaces and utilities in accordance with the contract termination date.
- Arrange for the disposal or transfer of physical assets; coordinate with National Training Contractors to be on location to remove assets, under supervision.
- During transition process, caretaker operator and center operator will be on-site for property/facility assessment and hand-off of facility keys.
    - COR, or designated Regional staff, should be on site during final week of transition to address any potential issues and confirm facility status.
- Conduct a final walkthrough to ensure premises are vacated.

**Step 8: Property**
- With the exception of student Chromebooks and NTC owned property, ALL other remaining property will remain on center unless otherwise noted by the National or Regional Office. Center operators must secure all items in an orderly manner to the extent possible.
- Center must conduct a 100% audit of all property once they are notified of suspension of center operations.
- For NTC owned equipment, the NTC must arrange for the pick-up and transfer of NTC owned property prior to the contract end date.
    - NTC operator should coordinate with National Office POC on the reallocation of assets to other designated NTC sites.
- Where feasible, and in coordination with the Regional Office, property should be consolidated into identified locations that are secured and can also allow for easy access for accountability.
    - Computer equipment can be relocated into secured locations (can be by building or in single locations) - but must ensure that property is clearly accessible for inventory purposes.
    - Dorm/classroom televisions, smart boards or other external equipment can be consolidated into single areas (e.g., Dedicated classroom).
    - Dorm mattresses can be relocated to a dedicated space.
    - Kitchen equipment (pots/pans/dinnerware/etc.) needs to be secured and protected to the extent possible.
    - CTT tools/equipment should be secured and locked in the applicable CTT area, unless otherwise noted by the Region.
- Operators will ensure all leased property or products are returned to supplier.
    - Operator will provide a list to the Regional Office of all leased property that is being returned (e.g., washers/dryers; vending machines; postage meters, etc.).
- Center must assess operational status of student Chromebooks. The number of operational Chromebooks must be provided to the Region for distribution to other centers.
    - The contractor should collect all Chromebooks assigned to individual students.
- Regional Office staff will coordinate and identify the allocation of student Chromebooks to other centers.

12

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

- For leftover personal student property, center must coordinate with the student to pack remaining belongings and either ship to student identified address or to the transferring center.
    - o It is recommended that staff FaceTime with students while packing to ensure correct items are packed.
- With local students, centers may arrange for students to report to campus to retrieve their belongings while under supervision of center personnel; (note: facility issues must be accounted for with this option).
- All consumables (food, office supplies) can be removed by the operator when no longer needed and at their discretion.
- Student uniforms and other center specific clothing can either be packaged (preferably plastic totes) and remain on campus or the operator has the discretion to redistribute those items as they choose.
- Outgoing center operator will engage in normal property transfer procedures with the incoming caretaker operator.
- Outgoing center operator must submit all Relief of Accountability requests to their COR and Regional Property Officer upon completion of the 100% accountability audit.
- Regional Office COR and/or Regional Office Property, or other designated official, will be on site during the final week of Transition to the caretaker contact to ensure smooth turnover of items and to confirm the physical condition of the facility.

## Step 9: Secure Data and IT Infrastructure
- Centers with camera systems will continue to remain operational and be supported by JCDC.
- Caretaker contract must have an Internet Service Provider to ensure center alarm panels/systems remain operational.
    - o Phones are Voice Over IP but require an internet connection.
- Caretaker contract may be required to establish a separate phone line
    - o Check with DFAM on center Fire panel requirements as it may require an independent phone line managed by operator.
- Decommission IT systems and dispose of hardware as per data protection regulations.

## Step 10: Transportation/Fleet
- National Office will provide Regional Office a list of all GSA and L-tag vehicles assigned to the center; Regional Office will confirm list with center.
- Regional Office will coordinate with other Job Corps Centers on potential transfer of any GSA vehicles.
    - o National Office Property Officer (DFAM Unit) must give final approval for all anticipated GSA vehicle transfers.
- Center operator will notify GSA representative of the need to return/transfer GSA vehicles (in coordination with Regional/National Office staff).
- Regional Office/JCAS will coordinate with Caretaker operator on what maintenance vehicles may need to remain on center (e.g., trucks w/ plow attachments), if any (confirm with JCAS regarding provision of vehicles in the caretaker contract).

13

### DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

- Caretaker operator will accept responsibility for any remaining GSA or L-tag vehicles until such time as transfers to new locations can be accomplished.

**Step 11: Financial Management**
- Center operator to provide balance of SGA funds to the Regional Office once all students have been reassigned.
  - o With Regional coordination, funds may be distributed to other centers, preferably where the students were transferred to, prior to the contract termination date. Outgoing operator may also arrange to have the remaining funds split amongst the students remaining in the program and added to their debit (e.g., Wisely card), if applicable
- Petty cash funds belong to the center operator.
- Regional Office will contact CITIBANK to suspend the student travel card once all students have been transferred off the center.
- Center operator will terminate any lease agreements upon contract end date (unless discussed as part of caretaker contract assuming responsibility of the lease).
- Center operator must settle outstanding debts and liabilities.
- Center operator must provide a list of any financial obligations that may extend beyond the normal last invoice submission for the contract.

**Step 12:  Contract Management**
- Region will initiate all contract requisition changes for realignment of LWDA areas/arrival goals for other contracts.
  - o JCAS/Regional Office may determine an REA (request for equitable adjustment) may be needed based on changes to a center's Scope of Work.
- Region will request funding for Phase-out costs as identified in the contract award and ensure contract requisition is processed.
  - o Any deviation from the costs identified in the contract award will require documentation from the operator.
- Centers will continue to invoice as normal (despite no OBS), including applicable takebacks as identified in their contract (e.g., OBS takebacks).
- Once contract is completed (if terminated prior to end of 5-year contract), Regional Office will terminate the contract in FMS.
- Regional office will have oversight of the caretaker contract for the Center.
  - o Region must submit COR Nomination letter for designated staff.

**Step 13: Other Policy Considerations**
- Students who are still in their TEAP probationary period will have their clock stop if they are placed in an Admin Leave status due to the center suspension of services.  Once they are transferred and arrive at their new center, the clock will resume at the point where it stopped. Re-testing will continue to follow the PRH timeframes of 37 to 42 days for the retest.
- All TABE records are stored in CIS and will transfer to the destination center with the transferring student. Students will continue with academic instruction and re-testing if necessary.

14

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

# APPENDIX E: SUMMARY AND BACKGROUND

## BRIEF SUMMARY

**Background & Analysis:** Job Corps, established under the Economic Opportunity Act of 1964 (Public Law 88-452), is the nation's largest federally funded residential education and vocational training program.

**Operational PY24 Budget:** $1.6 Billion

**Center Operations:**

- Total Job Corp Centers (all 50 states, Puerto Rico, and DC): 123
- Of the 123, number operated by contract: 99
- Of the 123, number operated by USDA: 24
- Number of centers currently paused[1]: 4
- Owned Job Corp Centers: 58
- Leased Job Corp Centers: 34
- USDA Centers owned by Forest Service: 24

**Administration:**

- Office of Job Corps (OJC) federal FTE within ETA and regional offices: 80
- Student Onboard Strength as of April 24, 2025: 25,892
- Federal Contractor/Job Center Staff: 12,000
- USDA Forest Service Federal Employees at Job Corps Centers: 1,100
- National Training Contractors[2] (union organizations): 8
  - Instructors: 449
  - Regional coordinators and other administrative personnel 50+

**Program Performance Failures, Facility Sustainability, and Excessive Costs:** The Job Corp program cannot continue to operate services at its current capacity. The program is in a financial crisis and has remained at the high risk of violating the Anti-deficiency Act (ADA)[3].

- The Job Corps budget has remained largely flat at $1.6 billion since 2018.
- If adjusted for inflation, the budget would exceed $2 billion in 2024 to continue operations.
- Job Corps was operating at a deficit for PY 24—approximately $140 million—several actions to save approximately $119 million including the pausing of centers and cancelling contracts have allowed operations to reach the end of program year June 30th.
- PY25- Operating deficit could grow up to $213 million if mitigation strategies do not continue

---

[1] Woodstock (MD), Whitney Young (KY), Penobscot (ME), Loring (ME)

[2] See Appendix

[3] ADA Act- The Antideficiency Act prohibits federal employees from making or authorizing an expenditure from, or creating or authorizing an obligation under, any appropriation or fund in excess of the amount available in the appropriation or fund unless authorized by law. 31 U.S.C. § 1341 (a) (1) (A).

000396

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

## BACKGROUND AND ANALYSIS

## I. Purpose and Administration

Since its inception, the program has served over three million youth and young adults. Currently authorized under the Workforce Innovation and Opportunity Act (WIOA), Title I, Subtitle C (codified at 29 U.S.C. § 3191 et seq.), Job Corps is funded through annual Congressional appropriations, with an average budget of approximately $1.6 billion for center operations since 2017. The program provides academic education, career technical training, career transition services, and residential support to thousands of students each year.

The Office of Job Corps (OJC) within ETA oversees the program and is comprised of staff at the National Office with six regional offices. In total, OJC employs 80 federal full-time equivalent staff. The program is funded through three distinct accounts: $1.6 billion for Operations, which supports center operations contracts and U.S. Department of Agriculture (USDA) Forest Service Civilian Conservation Centers for residential services, academics, counseling, and career technical training; $33 million for Administration, which funds federal staffing, travel, and training at the National and Regional Offices; and $123 million for Construction, Rehabilitation, and Acquisition (CRA), which supports facility acquisition, construction, and rehabilitation.

## II. Eligibility Criteria

Admissions Counselors are hired under center operations contracts to assess applicant eligibility for the program. As outlined in 29 U.S.C. § 3194 (or pursuant to other sections in WIOA, as noted), applicants must:

- Be between 16 and 24 years old at enrollment (with allowances for up to 20% of enrollees aged 22–24 and waivers for individuals with disabilities).
- Meet low-income criteria.
- Face one or more barriers to education and employment, such as being basic skills deficient, a school dropout, homeless, a foster child, or requiring additional education or training to obtain and retain employment.
- Demonstrate a need for additional education, training, or support to secure and maintain employment
- Not fall within one of WIOA's special limitations on selection in 29 U.S.C. § 3195(b).
- Consistent with the nondiscrimination prohibition against certain noncitizens located at 29 U.S.C. § 3248(a)(5), be either a U.S. citizen; a lawfully admitted permanent resident alien, refugee, asylee, parolee, or other alien who has been authorized by the Department of Homeland Security to work in the United States; or a resident of a U.S. territory.

Job Corps' eligibility criteria are outlined in more detail in the Policy and Requirements Handbook Exhibit 1-1.

16

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

## III. Center Types and Operations

Job Corps centers operate under three models. Contracted centers are managed by private organizations or state and local agencies through competitive procurement. Civilian Conservation Centers (CCCs) are operated by the USDA Forest Service, focusing on conservation training and disaster response in rural areas. Additionally, some centers are operated by Indian tribes through agreements to serve Indians.[4]

A majority of centers are operated by contractors via competitively awarded contracts, with approximately 13,000 contractor staff.  In addition, 24 Civilian Conservation Centers (CCC) are operated by the USDA Forest Service via an interagency agreement and are staffed with 1,100 federal employees.

- *Civilian Conservation Centers (CCCs*)

**Overview**: CCCs are a subset of Job Corps centers focused on natural resource conservation and public land management. They offer unique training opportunities in forestry, firefighting, and conservation, contributing to both workforce development and environmental stewardship.

**Governance and Funding**: CCCs operate under an **interagency agreement** between the Department of Labor and the USDA. While the Forest Service manages daily operations, DOL provides funding and oversight to ensure alignment with Job Corps standards and objectives.

**Legislative Considerations**: In 2019, proposals to close several CCCs were met with bipartisan opposition that, in part, included assertions as to their importance to rural economies and conservation efforts. Subsequent enacted appropriations laws included provisions prohibiting appropriated funds from being used to (1) alter or terminate the Interagency Agreement between DOL and USDA and (2) close any of the Civilian Conservation Centers, except if such closure is necessary to prevent the endangerment of the health and safety of the students.

## V. Performance Management

**Performance Indicators**: Under 29 U.S.C. § 3209, Job Corps centers are evaluated based on the primary indicators of performance applicable to all programs authorized by WIOA, including: 1) placement in employment, education, or training (2nd and 4th quarter after exit), 2) credential attainment, 3) measurable skill gains, 4) median earnings, and 5) retention in employment or education.

---

[4] Currently Job Corps' Talking Leaves Job Corps Center is operated by Cherokee Nation.

000398

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

**Job Corps Center Closure Criteria**

Per 29 U.S.C. § 3209(j), prior to the closure of any Job Corps center, "the Secretary shall ensure—
(1) that the proposed decision to close the center is announced in advance to the general public through publication in the Federal Register or other appropriate means;
(2) the establishment of a reasonable comment period, not to exceed 30 days, for interested individuals to submit written comments to the Secretary; and
(3) that the Member of Congress who represents the district in which such center is located is notified within a reasonable period of time in advance of any final decision to close the center."

Historically DOL has announced the closure criteria it is using to close any given center through publishing those criteria in the FRN and, occasionally, requesting comments on the criteria. This means over time the closure criteria have not been static – DOL has added criteria to address the policy direction and need for a rationale to close a center at a given time. Closure criteria have varied over time, including considerations of chronic low performance, an evaluation of effort required to maintain high-quality education, and other considerations to determine whether to close a center.[5]

If a decision is made to close a center, then the decision and basis for the decision must be documented at least internally. The process to complete a closure can be a costly, time-consuming process as operations at the center are wound down, personal property is dealt with, and any real property issues are addressed.

## VI. Demonstration Authority

**Legal Framework**: Under 29 U.S.C. § 3206(a), the Secretary of Labor is authorized to carry out experimental, research, or demonstration projects relating to carrying out the Job Corps program. The statute also provides the Secretary the authority to waive any provisions of the WIOA section on Job Corps that the Secretary finds would prevent her from carrying out the projects. If the Secretary determines that such waiver is necessary, the statute requires 90-days advance written notification to the Committee on Education and the Workforce of the House of Representatives and the Committee on Health, Education, Labor, and Pensions of the Senate.

**Purpose and Implementation**: The demonstration authority allows the Department of Labor to pilot innovative approaches to education and vocational training relating to carrying out the Job Corps program. These projects aim to enhance program effectiveness, address emerging workforce needs, and improve service delivery to participants.[6]

---

[5] See example of closure criteria for Ouachita Civilian Conservation Center in Arkansas, 81 FR 43250 (July 1, 2016), https://www.federalregister.gov/documents/2016/07/01/2016-15603/final-notice-of-job-corps-center-for-closure

[6] An illustrative example of this authority in action is the Job Corps Scholars Program, a demonstration project that provided eligible youth aged 16–24 the opportunity to enroll in career technical training programs at twenty-six accredited public colleges.

000399

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

## VII. Contracting Mechanisms

**Firm Fixed-Price Contracts (FFP)**: OJC began transitioning to the FFP model in 2019 and has a few remaining contracts to transition from cost-reimbursable to FFP. Under FFP agreements, contractors are paid a set amount for delivering specified services, regardless of actual costs incurred. FFP contracts offer some advantages for government operations by providing cost predictability, which helps agencies better manage budgets and fiscal planning. These contracts also incentivize contractors to operate efficiently, since maintaining profitability depends on managing resources within the agreed price.[7] However, successful execution of FFP contracts requires careful attention to a few important considerations. Defining the scope of work with precision is critical to prevent scope creep[8] and maintain contractor accountability. Additionally, because contractors bear the financial risk of cost overruns, there is a possibility that service quality could be affected if risks are not properly managed.

Having selected the FFP contract type, DOL faced a new challenge during the COVID pandemic. Under an FFP contract, agencies have little or no visibility on the contractor's costs. As enrollment numbers dropped due to COVID, any cost savings did not automatically translate into reduced FFP payments by DOL. DOL did negotiate a "take back" mechanism for low OBS, but these were limited given DOL's understanding that a large portion of operational costs (e.g., salaries and facilities) are impervious to changes in enrollment. Plus, a reduction in the FFP amounts would be subject to negotiation and could be grounds for dispute and litigation absent contractor agreement.

## VIII. Real Property Management and Disposal

While most DOL office spaces are leased through GSA, Job Corps centers are exceptions, as they are directly owned or leased by the DOL. Job Corps controls over 90% of the Department of Labor's building stock. The legal status of the Job Corps facilities is broken down into four categories: 1) DOL owned, 2) DOL direct leased, 3) a combination of DOL owned and direct leased, and 4) Civilian Conservation Centers (CCCs). Of all the Job Corps centers, 58 are owned, 34 are leased, seven are a mixture of owned and leased, and 24 are on land owned by the USDA or United States Department of the Interior (DOI) and operated as CCCs. Two Centers on the list (Gainesville and Homestead) have been closed, but DOL still owns the property which is now excess and currently going through the disposal process with GSA.

---

[7] The advantages of a firm fixed price contract type is recognized by Federal Acquisition Regulation FAR 16.202-1, which states: "[a] firm-fixed-price contract provides for a price that is not subject to any adjustment on the basis of the contractor's cost experience in performing the contract. This contract type places upon the contractor maximum risk and full responsibility for all costs and resulting profit or loss. It provides maximum incentive for the contractor to control costs and perform effectively and imposes a minimum administrative burden upon the contracting parties."

[8] Under the Changes clauses in the contracts, FAR 52.243-1, *Changes-Fixed Price*, the contractors are entitled to additional compensation if the agency directs them to perform work not required by the contract which increases their costs of performance.

19

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

Job Corps center contractors manage government-furnished property (GFP) on-site. These contractors are also required to maintain accurate inventories using systems like the Electronic Property Management System (EPMS) and the Fleet Tracking Management System (FTMS). Regular audits and adherence to federal property management regulations, including those from the Federal Acquisition Regulation (FAR) and GSA policies, ensure accountability and proper stewardship.[9]

The OJC currently has an unfunded, deferred construction, rehabilitation and acquisition (CRA) backlog estimated to be $1.6 billion. Job Corps defines its unfunded CRA backlog as the total of the non-recurring costs to restore and renovate facilities (structures and buildings) and systems (e.g., heating ventilation, air conditioning, sewage, water, or electrical) to, or as close to, their original capacity, efficiency, and capability, and for which insufficient funding is currently available to complete the work. This amount represents more than 2,200 structures located on 5,600 acres. Over the past several years, the cost associated with correcting property deficiencies has increased by more than 50 percent.

More than 43 percent of the Job Corps' portfolio by square footage is more than 50 years old. In 2024, Job Corps estimated that in five years, 119 additional buildings comprising nearly 1,135,000 gross square feet would reach the age of 50, which will result in those buildings becoming subject to compliance with the historic preservation regulations when undergoing renovations. CRA funding is critical to the success of the Job Corps program because healthy and safe facilities contribute to an effective learning environment.

### *General Disposal Requirements for Job Corps Centers*

When a Job Corps center is closed or realigned, the U.S. Department of Labor (DOL), historically in coordination with the General Services Administration (GSA), follows federal regulations to dispose of real property and assets. The disposal process must comply with the Federal Property and Administrative Services Act, GSA's Federal Management Regulation (FMR), and applicable Department of Labor policies.
Generally, disposal involves several key steps:
- **Property Assessment:** The DOL evaluates whether real property (land, buildings, equipment) is excess to agency needs.
- **Declaration as Excess:** Property no longer needed is officially declared "excess" and reported to GSA for broader federal screening.
- **Federal and Public Screening:** GSA offers excess property to other federal agencies first. If no agency claims it, it is made available to state, local governments, nonprofits, or educational institutions under specific public benefit conveyance programs.
- **Public Sale:** If there is no federal or public entity interest, the property is sold to the public, typically through online auctions or sealed bids.

---

[9] See Job Corps' Policy and Requirements Handbook Appendix 505 Admin and Management of Job Corps Contractor-Held Government-Furnished Property.pdf

000401

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

- **Environmental Compliance:** Before disposal, environmental assessments must be conducted to ensure compliance with laws like the National Environmental Policy Act (NEPA) and to address any hazardous materials or cleanup requirements.
- **Proceeds:** Revenue from property sales is generally returned to the U.S. Treasury unless specific statutory authority allows reuse within the program.

Separately, contractor-held personal property (such as equipment, vehicles, and supplies) must be disposed of following federal acquisition regulations (FAR Subpart 45.6) and DOL property management policies, ensuring proper accountability and financial closeout.

## IX. DOL Transparency Report

On April 25, 2025, the U.S. Department of Labor's Employment and Training Administration released the 2025 Job Corps Transparency Report, providing a detailed analysis of the financial performance and operational costs of the Job Corps Program.

Below is a summary of the overall findings from PY2023[10]:
- Average Graduation Rate:
  - Traditional: 32%
  - WIOA Definition: 38%
- Average Cost Per Enrollee (Regardless of Length of Stay): $49,769.53
- Average Cost Per Student Per Year (Average PY23 Headcount): $80,284.65
- Average Total Cost Per Graduate:
  - Traditional: $187,653
  - WIOA Definition: $155,600
- Job Corps participants earn $16,695 annually on average, post separation
- Average of Highest Center Costs per Graduate (Traditional Data):
  - The 10 least efficient programs average $512,800 dollars per graduate
  - The top 50 least efficient programs average $319,085 per graduate
- Average of Highest Center Costs per Graduate (WIOA Data):
  - The 10 least efficient programs average $385,370 per graduate
  - The top 50 least efficient programs average $252,285 per graduate

## X. Job Corps PY 2024 and 2025 Cost Savings Efforts

In Program Year (PY) 24, the Office of Job Corps implemented a series of aggressive cost savings initiatives to mitigate an anticipated operating deficit and set a foundation for long-term program sustainability. These efforts were informed by a comprehensive review of all expenditures against statutory and regulatory minimum requirements.

---

[10] The Job Corps Transparency Report's metrics distinguish between two definitions of the term "graduate": one reflecting traditional program completion in good standing (Traditional), and another using the statutory criteria from Workforce Innovation and Opportunity Act Sec. 116, Sec. 142, which counts individuals who attain a diploma or Career Technical Training completion while enrolled but do not complete the full program.

21

## DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

PY 24 cost-saving strategies resulted in savings of over $120 million, that included:

- **De-scoping Requests for Proposals (RFPs) and Center Contracts:**
  Job Corps systematically reviewed the Policy and Requirements Handbook (PRH) to identify and remove non-mandatory program requirements, allowing for the negotiation with contractors to modify the contracts to reduce the future contract prices. This de-scoping focused on aligning center operations strictly to statutory obligations, thus reducing unnecessary expenditures. This included policy revisions to eliminate Evening and Weekend Studies requirements, remove non-mandatory oral health services, remove mandatory Career Transition Services (CTS) for those who did not complete the program, and reduce nursing and trainee employee assistance program hours back to pre-COVID levels. These targeted changes directly contributed to operating cost reductions without undermining core program services.

**In Program Year (PY) 25, the Job Corps program faces a projected operating deficit of up to $213 million.** To address this shortfall, the Department is contemplating several strategies to augment amounts carried forward from PY24 mitigation efforts (estimated at $130 million): prioritizing cost-saving actions at centers with expiring contracts and suspending operations at underperforming centers, including deploying the following:

- **Trade and Program Restructuring:** Job Corps conducted a national evaluation of trade offerings across centers, using labor market information and program performance ratings. Underutilized or duplicative trades are targeted for elimination or consolidation, and Continuous Improvement Plans (CIPs) will be deployed for lower-performing programs.
- **Long-Term Sustainability Risk Analysis and Right-Sizing Initiatives:** A new facilities, performance, and sustainability risk assessment tool was developed to prioritize centers for potential suspension of operations based on performance and fiscal sustainability. This risk-driven "Right-Sizing" initiative focused on gradually shifting to a need-based model (e.g., one to three residential centers per state) projecting long-term savings of up to $337.72 million.
- **Cost Avoidance in USDA Forest Service Centers:** For USDA-operated centers, Job Corps reviewed CCC funding formulas to avoid overpayment for vacant student slots, resulting in a projected $2 million cost avoidance for PY 25.

22

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

# CARETAKING COSTS

**Assuming caretaking for all 123 Centers\*\* (64 owned):**

1. **Caretaker "Plus" model (described below) =** $ ▮▮▮▮ **annually**
2. **Basic Caretaker model (see below) =** $ ▮▮▮▮ **annually**

\*\*Note some leases may be terminated.

| Facility Size | Caretaker Plus | Basic Caretaker | No. of centers | Annual Costs for "Plus" | Annual cost for "Basic" |
|---|---|---|---|---|---|
| less than 100k GSF | $ ▮ | $ ▮ | 11 | $ | $ |
| Between 100k and 250k GSF | $ ▮ | $ ▮ | 91 | $ | $ |
| Between 250k and 500k GSF | $ ▮ | $ ▮ | 17 | $ | $ |
| Between 500k and 750k GSF | $ ▮ | $ ▮ | 1 | $ | $ |
| Greater than 750k GSF | $ ▮ | $ ▮ | 3 | $ | $ |
| | | | | $ | $ |

> FTEs do not include or account for supervisors.
> Estimates include equipment costs for security (golf cart/gator)
> Personal Property control is included.
> Size categories
> 11 centers are <100k GSF,
> 91 between 100k and 250k,
> 17 between 250k and 500k,
> 1 between 500k and 750k – Turner
> 3 greater than 750k – Earle C. Clements, Clearfield, and Gary

**Caretaker Basic (Closed Centers):** *Security, groundskeeping, and most basic maintenance of property*
- Provide security services for the campus on the XX-acre site having approximately XXX,000 GSF among X buildings, to protect against theft of government property and vandalism.
  - o 24-7 security personnel, daily patrol of buildings and grounds
  - o Controlled access to campus
  - o Maintain effective liaison with local law enforcement and emergency services.
- Providing ground maintenance to provide an attractive visual appearance.
- Receipt and Control of Property – The Contractor shall develop and maintain an inventory of all accountable and expendable property assigned to the center.

**Caretaker Plus (Paused Centers):** *Security plus Basic preventative maintenance and property management*
- All requirements in Caretaker Basic.
- Responsible for the proper operations of all HVAC equipment on campus to maintain air temperatures and air quality to include, but not limited to, maintaining setpoints, and changeover from heating to cooling and/or cooling to heating as applicable.
- Contractor shall engage qualified water quality and treatment sub-contractor to check and maintain chilled water chemical treatment bi-annually
- Monitoring and testing of plumbing systems at specific frequency
  - o Visually examine all hot water heaters for any leaks monthly. Leaks shall be immediately reported to the COR and coordinated for repair.
  - o Once a quarter the Contractor shall operate faucets at all bathrooms, kitchen, and service sinks for 30 seconds each to ensure P trap seals are maintained.

23

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

- Preventive and Corrective Maintenance – DOL will provide access to Brightly Asset Essentials, the Computerized Maintenance Management System (CMMS) to document, schedule, and perform preventive maintenance on all buildings systems and equipment
- System Winterization – The contractor must properly prepare and winterize all plumbing and sprinkler, and water filled systems to ensure protection from cold weather.

## Union Labor

| NTC Contractor | Technical Education Program | No. of Instructors |
|---|---|---|
| United Brotherhood of Carpenters and Joiners (UBCJA) | • Carpentry, Pre-Apprentice | 113 |
| United Auto Workers (UAW) | • Maintenance - Light Repair, Pre-Apprentice<br>• Advanced Automobile Service Technology, Pre-Apprentice<br>• Advanced MHDT Suspension and Steering, Pre-Apprentice<br>• Advanced Collision Repair and Refinish - Damage Analysis and Estimating, Pre-Apprentice | 35 |
| Transportation Communication Union/International Association of Machinists and Aerospace Workers (TCU-IAM) | • Transportation Service Workers:<br>• Rail Mechanical Service/Carmen<br>• Rail Freight Service<br>• Airline Service<br>• Inland Waterway Service<br>• Rail Passenger Service<br>• Mass Transit/Highway Service | 24 |
| National Plastering Industry's Joint Apprenticeship Trust Fund (NPIJATF) | • Cement Masonry, Pre-Apprentice<br>• Plastering, Pre-Apprentice | 45 |
| International Union of Painters and Allied Trades (IUPAT) | • Painting, Pre-Apprentice<br>• Glazing, Pre-Apprentice<br>• Sign, Billboard, and Display, Pre-Apprentice<br>• Floor Covering Installation, Pre-Apprentice | 41 |
| International Union of Operating Engineers (IUOE) | • Heavy Construction Equipment Mechanic, Pre-Apprentice<br>• Heavy Equipment Operations, Pre-Apprentice<br>• Maintenance Repairer Helper - Stationary Engineering, Pre-Apprentice | 35 |
| International Masonry Institute (IMI) | • Bricklayer, Pre-Apprentice<br>• Tile Setting, Pre-Apprentice | 34 |
| Home Builders Institute (HBI) | • Electrical, Pre-Apprentice<br>• Plumbing, Pre-Apprentice<br>• Building Construction Technology, Pre-Apprentice<br>• HVAC, Pre-Apprentice<br>• Plumbing, Pre-Apprentice | 122 |

000405

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

**INTERAGENCY AGREEMENT**

**BETWEEN**

**THE UNITED STATES DEPARTMENT OF LABOR AND THE UNITED STATES DEPARTMENT OF AGRICULTURE**

**GOVERNING THE FUNDING, ESTABLISHMENT, AND OPERATION OF JOB CORPS CIVILIAN CONSERVATION CENTERS**

### SECTION I.  PARTIES TO AGREEMENT

U.S. Department of Labor

Hereinafter Referred to as "DOL"

U.S. Department of Agriculture

Hereinafter Referred to as "USDA"

### SECTION II.  BACKGROUND, AUTHORITIES AND PURPOSE

A. Job Corps was established to help America's economically disadvantaged youth overcome the many barriers to successful careers.  First authorized by the Economic Opportunity Act of 1964, it is currently authorized by Title I of the Workforce Investment Act (WIA) of 1998, as amended.  The Secretary of Labor's authority to establish and fund Civilian Conservation Centers (CCCs), as Job Corps operators, is authorized by WIA at section 147 (c), 29 U.S.C. § 2887(c), and further defined by WIA regulations at 20 CFR § 670.120, and at 20 CFR § 670.310(e) which states:

> "The Secretary [of Labor] enters into interagency agreements with Federal agencies for the funding, establishment, and operation of CCCs which include provisions to ensure that the Federal agencies comply with the regulations under this part."

B. This Agreement is the overarching document for cooperative efforts of all personnel working towards the accomplishment of the mission as set forth in the authorizing legislation.  It applies to all Job Corps CCCs funded by DOL and operated by USDA on federal or a combination of federal, state, or private property controlled by USDA. This Agreement outlines the joint and separate roles, authorities, and responsibilities of DOL and USDA and for the management of Job Corps CCCs.  This Agreement is an internal Government agreement and is not intended to confer any right upon any private person or third party and does not preclude DOL from acting in a manner it deems advisable to carry out the Job Corps program, nor does it limit USDA in carrying out any activities not pertaining to its Job Corps CCCs.

C. This Agreement pertains to Job Corps Civilian Conservation Centers (Job Corps CCCs) and is entered into pursuant to 29 U.S.C. § 2887(c) and other authorities available to the Parties, and is an Operating Plan for the Job Corps CCCs under 29 U.S.C. § 2891.  The Parties shall carry out

1

000406

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

their obligations under this Agreement consistent with applicable law, and pursuant to their respective legal authorities such as those for managing the areas where these Job Corps CCCs are located and governing the operations of their respective agencies. Moreover, in performing these activities, the Parties may utilize other laws, regulations, policies and guidance, including those authorizing collaboration amongst Federal agencies such as the *Economy Act, 31* U.S.C. § 1535 and those which authorize the use of private contractors.

## SECTION III.  ROLES AND RESPONSIBILITIES

The parties agree to the following division of responsibilities:

A. General

(1) DOL: DOL has the primary responsibility within the Executive Branch for administering and managing the Job Corps program. DOL allocates resources and works with USDA on the guiding policies, standards and procedures for operation of Job Corps CCCs and in program planning and delivery of services to Job Corps centers operated by USDA. DOL will coordinate proposed changes to national policy and guidelines affecting CCCs with USDA. DOL Regional Offices have responsibility to ensure that the Job Corps CCCs in their regions comply with Job Corps national policies, rules and regulations, to include the Job Corps Policy and Requirements Handbook (PRH). USDA agrees to operate Job Corps CCCs in accordance with such Department of Labor guidance.

(2) USDA: USDA is responsible for the operational management of Job Corps' CCCs funded by DOL in accordance with 20 CFR § 670.220(b). This responsibility covers the provision of materials, services, personnel, and the administration of contracts that are needed to operate these centers in a manner that, at a minimum, meets the administrative and programmatic requirements and goals established by DOL, and as agreed to with USDA.

B. Program Design

(1) The Job Corps program is defined in the authorizing legislation Workforce Investment Act (WIA) of 1998, as amended, and the implementing regulations of the DOL.

(2) When determining career technical training offerings or the configuration of enrollment slots at USDA centers, USDA's conservation mission shall be taken into account. DOL will collaborate with USDA regarding the reduction or reconfiguration of enrollment slots before any final decisions are made by DOL, to allow USDA to make programmatic adjustments.

(3) DOL will invite USDA to provide one representative each to be a member of DOL-established Job Corps inter-agency task forces, committees, workgroups, etc. which are established to seek improvements in various aspects of the programs and Job Corps CCCs operated by USDA.

2

26

000407

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

(4) USDA may test and develop innovative approaches for teaching academic and career technical training skills to students, and imparting career success standards, including independent living skills and the implementation of Job Corps' standards-based training program/curriculum. USDA Job Corps CCCs will apprise DOL of any successful techniques developed or discovered in order to provide DOL the opportunity to consider testing on a wider scale.

C. Operations

(1) DOL, as the program administrator, is responsible for providing all available funding to USDA to carry out the agreed to center operating requirements in the annual operating plan. Guidance for operations is set forth in the Policy and Requirements Handbook (PRH) published by DOL. From each year's appropriation, DOL may reserve contingency funds to cover facility-related emergencies. USDA may request needed funds from this reserve by notifying the appropriate DOL Job Corps Regional Office. Such emergencies do not include bringing a facility into compliance with Federal architectural accessibility requirements.

(2) Personnel

(a) DOL will provide funding to cover the cost of Federal Employees' Compensation Act (FECA) covered claims for Job Corps CCC students and federal staff.

(b) DOL will be responsible and accountable for recruiting, admitting, and assigning students to centers, as well as job development, career transition, and support services to separated students. USDA agrees to cooperate and assist in these important tasks to the extent that resources permit.

(c) USDA will make every effort to place graduates in jobs in the federal programs they administer, and report their progress annually to both the appropriate DOL Job Corps Regional Office and the National Office.

(d) DOL will furnish the funding for students' pay, allowances, clothing, and official travel; however, the effective and efficient delivery of these services to such students will be the responsibility of the management of the USDA Job Corps CCCs. In addition, USDA will conduct a reconciliation of student payroll and transportation accounts and submit it to the appropriate DOL Job Corps Regional Office each month.

(e) USDA bears chief responsibility for providing the necessary training for the staff of the Job Corps CCCs they manage. Periodically, DOL will conduct or arrange training for center operators and staff to introduce new program policies, requirements, curricula, or procedures, providing advance notice to the USDA National Offices. USDA is responsible for ensuring that appropriate staff attends these sessions, to the extent adequate resources are available.

(f) National Training Contractor (NTC) instructors working at USDA-managed

3

000408

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

Job Corps CCCs shall be permitted to attend annual training conferences sponsored and funded by their NTC parent organization.

(g) USDA agrees to staff Job Corps CCCs in accordance with the staffing plans and center budgets approved and funded by DOL. If no suitable candidate is found within 90 days of a vacancy occurring, the DOL Job Corps Regional Director will be notified.

(3) Real Property

(a) DOL is responsible for the custody and control of all Job Corps CCCs, existing and future buildings, structures, and associated physical plant and the upward reporting of said properties, with the exception of staff housing located on certain Job Corps CCC sites.

(b) DOL will maintain all facilities data on Job Corps CCCs (other than the staff housing referred to in subparagraph (a)) as required by the Federal Real Property Council to ensure that all the necessary inventory and cost data are reported to the Federal Real Property Profile-Internet Application (FRPP IA) operated by the General Services Administration. USDA will report all cost data through the DOL Financial Management System (FMS), ensuring accurate reporting of operating costs in a timely manner.

(c) DOL will provide architectural and engineering (A&E) support to all Job Corps CCCs to include:

(1) carrying out center facility surveys every three years
(2) identifying safety and health, construction, rehabilitation and acquisition projects (CRA) to include all A&E support and construction administration
(3) maintaining an on-line Inventory of Needs (ION) listing of all projects for Job Corps CCCs, and providing access to this inventory to USDA program staff
(4) working with USDA to select their prioritized projects from the ION annually, prior to the formulation of the program year budget
(5) providing to USDA the results of each facility survey at each of the Job Corps CCCs, the DOL Asset Management Plan and Three-Year Implementation Plan for real property

(d) DOL and USDA agree to review all design construction documents for major student vocational skills training projects. This review will include ensuring that such projects comply with applicable Federal architectural accessibility requirements.

(e) USDA will report to DOL on the progress of projects in a timely manner, including the expenditure of funds by project, using DOL's online Funded Not Corrected (FNC) system.

4

000409

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

(4) Personal Property

(a) DOL will hold title/ownership of, and is ultimately responsible for custody and control of all personal property purchased with Job Corps funds. USDA will, however, be responsible for the accounting and control of the personal property at all USDA Job Corps CCCs. USDA will transfer items only in accordance with the provisions of the Job Corps Property Management Handbook. USDA and DOL will agree on necessary resources to complete personal property tracking, accounting and control.

(b) USDA will track and report all required personal property data, in accordance with the Job Corps Property Management Handbook, for all personal property purchased with Job Corps funds. Reporting will be accomplished using the DOL Electronic Property Management System (EPMS) or a system allowing the transfer of data to the EPMS. DOL will be responsible for any upward reporting requirements.

(c) USDA will provide fleet vehicles and transportation as needed utilizing its Working Capital Fund operation and DOL will fund the appropriate use rates and fixed ownership rates as established by USDA and agreed upon by DOL. USDA will provide fleet vehicles using GSA vehicle leases. DOL will fund allowable charges for damages to vehicles upon USDA request and submission of all supporting documentation.

(5) All Federal directives and guidelines pertaining to the conservation of energy resources at Federal establishments shall be observed/applied by USDA at all Job Corps CCCs, as funded by DOL. All Job Corps CCCs will utilize the Energy Watchdog program, such program to be provided by DOL, to identify potential energy savings, and DOL will report energy usage to DOE. DOL and USDA will work together to achieve the goals of Federal directives and guidelines pertaining to the conservation of energy resources and environmental stewardship at all Job Corps CCCs.

D. Information Technology (IT)

DOL assumes all financial and operational responsibility for the purchase, installation, management, maintenance and upgrade of information technology equipment and technical infrastructure, including software, needed to operate a Job Corps center on a Civilian Conservation Center site. The controlling authority for the policies, procedures, and appropriate use of these assets shall be the Department of Labor Manual Series – 9 (DLMS-9) on IT.

DOL and USDA will develop policies and systems to provide staff with access to USDA applications (i.e., Time & Attendance, Travel, Agency E-mail, Aglearn).

E. Financial Management

5

000410

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

(1) In accordance with 20 CFR § 670.950, USDA National Office(s) will perform financial oversight and management of Job Corps CCCs consistent with DOL's established policy and procedures. Initial budget requests for center operations, and all requests for transfers of authorized balances, require the approval of USDA National Office(s) prior to the submission of such reports to the DOL Job Corps National/Regional Offices for approval.

(2) In accordance with 20 CFR § 670.320(b), DOL will transfer Job Corps funds to USDA to cover the costs of Job Corps CCC operations, in accordance with annual operating budgets that have been approved by DOL. As a general rule, funds covering ongoing operating costs and program direction costs will be transferred in quarterly installments, while funds for construction and capital items will be transferred in lump sum. USDA shall account for all funds in accordance with financial accounting and auditing standards applicable to such funds, and to applicable reporting requirements pertaining to such funds as may be established and promulgated by DOL's Chief Financial Officer (CFO), pursuant to all applicable authorities.

(3) USDA shall ensure that Job Corps funds are properly controlled and accounted for, and used prudently, in accordance with the principles of government accounting and OMB-approved policies and processes. The allowable use of such funds will be determined in accordance with FAR Part 31 and OMB Circular A-87 (Costs Principles for State, Local and Indian Tribal Governments), except to the extent that this would contravene any law or regulation. Final decisions on the appropriate use of funds will be reserved to DOL. DOL reserves the right to recover funds used to pay any expenditure that is disallowed.

(4) Funds for Program Direction, calculated as a percentage (currently 6%) of the annual budget of the Job Corps CCC, will be provided by DOL to USDA for the administrative and overhead costs associated with the Job Corps program. If USDA determines that actual indirect costs for any program year are less than the amount funded, then USDA shall submit a request to the National Office of Job Corps, through the appropriate DOL Regional Office, for approval to transfer these excess funds to a direct operations category or to return such funds to DOL. No program direction funds may be used for Construction, Rehabilitation and Acquisition (CRA) projects. Program Direction dollars are not subject to the On-Board Strength (OBS) take-back dollars.

(5) For transfers of Center Operations funds (hereafter referred to as movement of funds) between line items in the budget of a single center, or between centers, the following procedures apply:

    (a) Funds from personnel line items may only be moved to other personnel line items.

    (b) Funds from non-personnel line items may only be moved to other non-personnel line items.

    (c) Movement of funds totaling less than 3% of the affected line items at each center (in a single instance of a center-to-center movement) requires no concurrence from the Department of Labor. However, each instance must be recorded as a

000411

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

variance statement in the quarterly financial reports for the quarter in which the movement occurred.  For center to center movements, both centers must record the adjustment.

(d) Movement of funds totaling 3% or greater of the affected line items  at either center (in a single instance of a center-to-center movement)must be communicated to the Budget Officer in the National Office of Job Corps for approval prior to the move.  The Budget Officer agrees to respond within 14 calendar days.  Upon concurrence, the movement must be recorded as a variance statement in the quarterly financial statement for the quarter in which the movement occurred.  Both centers must record the adjustment.

(e) When a center's total initial operating budget has been adjusted by 10% or greater as a result of the cumulative movement of funds in a program year, such adjustments will be considered permanent for the purpose of the next Program Year's budget.  (For this purpose, an adjustment will only be counted once, in absolute dollars.)

(6) USDA may: (1) utilize any excess funding in the construction/rehabilitation category to supplement higher than anticipated costs for prioritized construction and or rehabilitation projects that are in the approved budget, or (2) undertake additional unbudgeted renovations listed in the facility survey as having been pre-approved by the DOL Job Corps National Office.

(7) USDA Job Corps CCCs shall complete the Construction/Rehabilitation Funding Status Report and maintain the Web-based log of the completion of funded deficiencies.

(8) USDA may transfer up to $500 in capital equipment funds between Job Corps CCCs, with reports of those transfers sent to the DOL National Job Corps Office.  Amounts greater than $500.00 will be subject to coordination and approval by the DOL Regional Job Corps Office prior to a DOL National Office transfer.

(9) If average OBS at any Job Corps CCC falls below 98%, DOL and USDA will discuss the reallocation or recapture of excess funds.

(10) USDA will use the DOL Web-based Job Corps Financial Management System to report the accrual of costs allocated to each Job Corps CCC, in accordance with the instructions provided by DOL.

(11) Funding reconciliations in the form of the 2110 F Report, including the treatment of unexpended balances, will be performed by the USDA National Offices and provided to the DOL Job Corps National Office at the end of each program year.

(12) Funding for vehicles will be provided on a basis consistent with the formula used for contractor operated centers.  Information regarding each center's fleet (e.g. number, type and size of vehicles) will be shared with the applicable Job Corps Regional Office upon request.  If USDA determines that additional vehicle amortization funds are needed based on agreed-to operating requirements (see Section III-C(4)(c)), a request shall be made to

7

000412

### DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

the appropriate Job Corps Regional Office.

(13) Annual Career Technical Skills Training (CTST) budgets are allocated to USDA based on the number of career technical training slots, times an amount agreed upon by DOL and USDA. If USDA determines the need for additional CTST funds, then it may transmit such a request to the Job Corps Regional Office through USDA National Office for consideration.

(14) USDA will not be assessed liquidated damages in connection with the violation of DOL performance data integrity issues (i.e. reporting fraudulent academic or career technical achievements, reporting false student accountability, etc.). USDA shall take appropriate disciplinary or contractual action in accordance with its personnel policies, contract provisions, and/or any other Agency/Department rules and procedures that are applicable in disciplining responsible employees or contractors for such violations. In addition, credits found to be invalid will be removed, potentially changing the values of performance measurements. For each investigation, a report will be provided to DOL outlining the steps taken to remedy the situation and the preventative measures enacted to prevent repeat occurrences.

F. Assessments and Evaluations

(1) The focus of the assessments by DOL and USDA is on the effectiveness of center operations and compliance with Job Corps' governing statute, (WIA), regulations, policy, and requirements, as well as determining adherence to the center operating plans, performance measures, and approved annual budgets. The assessments will examine each center's internal administrative procedures, to the extent that they are associated with operations/administration compliance. In addition, the DOL Civil Rights Center (CRC) may conduct compliance reviews to determine the extent of a center's compliance with the PRH policies, standards, and other requirements that are related to nondiscrimination and equal opportunity for Job Corps students.

(2) The Job Corps Regional Offices will notify the USDA National Offices when scheduling assessments of the Job Corps CCCs. All parties will concurrently furnish copies of their assessment schedule prior to the start of each program year. USDA shall conduct comprehensive assessments of each Job Corps CCC it manages at a minimum every two years, or more frequently where needed, and/or in line with DOL frequency by center. DOL reserves the right to conduct unannounced visits in coordination with USDA National Offices. Reports of each monitoring visit will be shared with USDA officials and the Job Corps CCC center director within 45 calendar days of the visit. Additionally, all involved parties will respond to reports within 45 days of receipt. DOL and USDA will strive to conduct joint assessments.

(3) DOL's Office of the Inspector General will have lead responsibility for conducting comprehensive program and financial audits of USDA Job Corps activities. After completion of each audit, the report will be shared with appropriate USDA officials. In the event USDA conducts an Inspector General or other enforcement agency investigation, the report will be shared with DOL officials unless confidentiality is necessary to protect the integrity of law enforcement or employee relations

8

000413

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

investigations.

(4) In accordance with WIA Section 147 (c) (2), and in the event a Job Corps CCC managed by the USDA fails to meet expected levels of performance, corrective measures will be developed by USDA and the Job Corps Regional Office. If corrective action measures are not implemented, or if implemented, do not result in adequate performance over a reasonable period of time, the Secretary of Labor, in accordance with WIA Section 159 (f) (2), shall develop and implement a performance improvement plan.

G. Reporting

(1) Job Corps centers managed by USDA are required to use Job Corps standard information systems for data collection and reporting. USDA agrees to provide oversight to ensure data integrity, timeliness and reporting accuracy.

(2) USDA agree to provide accurate and timely notification to the Job Corps Regional and National Offices of any significant incidents that occur at and around the Job Corps CCCs it manages. These incidents shall be reported within required timeframes utilizing the Job Corps Web-based, Significant Incident Reporting System (SIRS).

(3) USDA agree to provide accurate and timely notification to DOL's Civil Rights Center (CRC) when any administrative enforcement actions or lawsuits are filed against a Job Corps CCC alleging discrimination against Job Corps students on any ground that is prohibited in the Job Corps program. This notification will comply with the provisions contained in the Policy and Requirements Handbook.

(4) USDA agrees to immediately inform the appropriate DOL Job Corps Regional Office whenever there is a permanent or temporary change of center directors, or a USDA agency representative responsible for oversight of a Job Corps CCC.

H. Special Provisions

(1) USDA is responsible for managing any emergency or crisis situation that arises at the Job Corps CCCs it manages, especially situations that present an immediate danger to the health or safety of students, staff, or members of the general community. The appropriate DOL Job Corps Regional Office will be notified as soon as possible when such situations arise.

(2) DOL routinely publishes notices and other directives, including system-security directives, that are program-wide in scope and that are issued directly to Job Corps centers, center operators and other parties as appropriate. DOL notices and other directives will be coordinated and implemented promptly by Job Corps CCCs managed by USDA.

(3) It is understood that Job Corps CCC Federal employees are covered by OPM regulations and union agreements. As such, USDA shall negotiate with DOL any changes impacting Federal employees.

9

000414

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

(4) DOL shall recognize USDA as an executive agency within the Federal Government having established rules and regulations. These rules and regulations will be used in conjunction with the DOL established rules and regulations to guide USDA actions as they pertain to matters of personnel, budget and finance, property, use of information technology, acquisition of goods and services, safety, law enforcement, and labor/management relations, and as such, establish guidelines under which the Job Corps CCCs operate. DOL agrees to take into consideration and coordinate these regulations (to avoid promulgating conflicting guidance) when establishing policies, providing budget guidance (to include staffing), or directing any activity that will require Job Corps CCCs to take action under their departmental procedures.

(5) In cases where possible criminal activity has occurred at a Job Corps CCC, DOL fully acknowledges the primacy of USDA's law enforcement personnel and procedures in the conduct of a subsequent investigation. Pursuant to that acknowledgment, DOL retains the need to have such incidents properly reported through established channels and in accordance with Job Corps' published policies governing such occurrences on Job Corps centers.

In cases where possible criminal activity has occurred through the use or misuse of Job Corps equipment, DOL retains all rights to its equipment or devices after appropriate investigations by USDA's law enforcement personnel are concluded. In the case of administrative or disciplinary proceedings stemming from misuse of its equipment, USDA's law enforcement personnel will take possession of the equipment to secure material evidence and to ensure that other Job Corps students are shielded from possible harm through inadvertent access. Once final actions have been taken relative to the proceedings, the equipment will be returned to the Job Corps and a determination made as to whether the equipment shall be put back in service.

(6) Activities carried out under this Agreement are subject to, among other things, the Job Corps Policy and Requirements Handbook (PRH). This describes the joint and separate roles, authorities, and responsibilities of DOL and USDA management of Job Corps CCCs. The PRH contains the procedures and processes that all parties shall use for communication with each other about Job Corps matters, and procedures for handling routine or cyclical administrative tasks; such as planning, budgeting, financial management and accountability, work project development, as well as performance planning, center management, and, where necessary, improvement.

(7) If the Secretary of Labor or her/his designee, determines that the health, safety, or well-being of students are in immediate jeopardy, the Secretary, or her/his designee, will initiate discussions with USDA leading to more significant action. DOL and USDA will jointly develop an action plan to address the incident and/or resolve the underlying concerns. This shall not preclude DOL or USDA from taking immediate action to protect the health and safety of the Job Corps CCC students and staff.

l. Closing USDA CCCs

10

34

000415

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

(1) The Secretary of Labor, after consultation with the Secretary of Agriculture, may temporarily close a Job Corps CCC managed by USDA, based upon a concern for the health, safety and well being of students, staff, and/or nearby community(ies). Every effort will be made by the involved agencies to correct such concerns prior to closing the site. The Secretary of Labor, or her/his designee, will notify appropriate USDA officials prior to announcing and temporarily closing a Job Corps CCC.

(2) In the event it becomes necessary pursuant to 29 U.S.C. 2899(g) to permanently close a Job Corps CCC managed by USDA, USDA will prepare and submit a cost proposal to DOL within 30 days of closure and the parties will agree upon mutually acceptable terms. The following general principles apply:

(a) DOL shall cover the costs of maintaining a small cadre of staff following center deactivation, to provide for the orderly retirement of records, disposition of personal property, and other administrative tasks resulting from the deactivation. It is anticipated that a cadre of three to five staff working for up to three to six months will be adequate following deactivation.

(b) DOL shall cover the cost of utilities at the Job Corps center for a maximum of 6 months following deactivation, as well as the one-time cost(s) of winterizing or mothballing the facilities.

(c) DOL shall not cover the costs of any renovations or improvements to the facility after notification to USDA that the facility is to be deactivated. The only exception to this principle will be renovations that are needed to ensure the personal health or safety of students or staff while they continue to reside or work at the center.

(d) With regard to Federal staff that are separated from the Federal government as a direct result of a center closing, the DOL will cover the following costs, as applicable and as specified by law: lump-sum leave settlement; unemployment insurance benefits, and severance pay.

(e) DOL will cover the pre-approved relocation costs of any Federal staff member employed at a closing center who is reassigned to either another Job Corps CCC operated by the USDA or an administrative (program direction) position within USDA that is devoted 100% to the Job Corps program. DOL will not cover relocation costs for any other types of reassignments or transfers.

(f) DOL will cover reasonable costs that result from early termination or partial termination of contracts.

(g) The facilities may not be assigned or reassigned or used for any other purpose without the approval of USDA once the decision to close a center has been made.

(h) USDA and DOL will work together to establish a plan that restores the closed center's footprint to a level consistent with future land management plans.

11

000416

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

## SECTION IV. ANNUAL PLANNING AND BUDGETING

A. General operational planning and budgeting will be conducted on an annual cycle. DOL will initiate each year's planning process by furnishing USDA with instructions and with sufficient time to implement contracts and begin each program year.

B. The amount provided for USDA Program Direction costs in each year's budget currently is a minimum of 6%. The Program Direction budget proposed by USDA must be accompanied by reasonable supporting documentation.

C. The identification of specific CTST work projects will be accomplished through a special planning process in which USDA proposes specific projects and submits them as a package to the USDA National Office for approval prior to submitting to the appropriate DOL Job Corps Regional Office. Where National Training Contractors (NTC) programs are operating at USDA-managed Job Corps CCC, the CTST planning requirements in the NTC Memorandum of Understanding shall be followed.

D. Fund allocations for managing the real and personal property portfolio at Job Corps CCCs will be determined by the DOL National Office of Job Corps, working with the USDA National Office. DOL will schedule the allocation process so that it leads to the formulation of the annual budget before the beginning of the budget year and allows for the transfer of funds to USDA at the start of the budget year.

(1) The following areas will be agreed upon by DOL and USDA for each Job Corps CCC:

(a) The number of enrollment slots to be maintained, including breakouts for male/female and residential/nonresidential.

(b) The career technical training offerings to be available.

(c) Staffing levels and staffing patterns.

(d) Number of Career Technical Skills Training (CTST) slots.

(e) Budgetary guidance relative to allowable inflationary adjustments on operational expenses, vehicle and equipment costs, and USDA program direction costs.

(2) A budget request will be required for each Job Corps CCC, using standard Job Corps budget line items.

(3)The time established by DOL for USDA submittal of its proposed budget, and any subsequent budget changes, will allow opportunity for bilateral discussions and negotiations. As much as possible, DOL will approve USDA's budget for the coming year at least one month prior to the start of the budget year. DOL will notify USDA if for any reason this deadline will not be met.

12

000417

## DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

### SECTION V. DELEGATIONS OF AUTHORITY AND LINES OF COMMUNICATION

A. The DOL Job Corps National Director and the USDA National Directors are authorized to exercise all authorities and functions discussed in this Agreement, including the functions of the respective Secretaries of each agency. The National Directors are further authorized to enter into supplemental operating instructions with each other which serve to clarify, refine, or expand upon the provisions of this Agreement as long as they do not conflict with the Interagency Agreement.

B. The Job Corps USDA National Offices are located in Lakewood, CO. The DOL National Office will use the USDA National Offices as its point of contact with regard to any nonstandard center-related issues, both operational and administrative along with policy, budget, and guidance for all matters concerning Job Corps CCCs operated by USDA.

C. USDA National Offices have Assistant Directors/Youth Program Officers responsible to work with the respective DOL Regional Offices for the oversight of their Job Corps CCCs. In carrying out oversight responsibilities, Assistant Directors of USDA will work with DOL Regional Officials to provide direction to Job Corps CCC Center Directors. USDA agrees that center directors and their staffs will work together with DOL Job Corps Regional Directors and their staff to comply with DOL operational policies.

### SECTION VI. ADMINISTRATION OF AGREEMENT

A. Order of Precedence

> (1) In the event that specific provisions of this Agreement conflict with Federal law or regulation, the requirements of the law or the regulation shall prevail. As soon as such conflicts become known, DOL and USDA will work jointly to arrive at a mutually agreeable resolution.

B. Disputes

> (1) In the event that disputes arise between DOL and USDA concerning the applicability or interpretation of provisions of this Agreement, resolution shall first be sought through discussions between the DOL National Director of Job Corps and the USDA National Director. If settlement cannot be reached at that level, then the matter will be referred to individuals designated by the signatories to this Agreement, or their successors, with authority to develop and approve a mutually satisfactory resolution. If agreement cannot be reached through these means, then the ruling of the Secretary of Labor shall prevail.

C. Revisions to this Agreement

> (1) Revisions to this Agreement must be approved in writing by both parties.

### SECTION VII. PERIOD OF AGREEMENT

A. This Agreement becomes effective when signed by all the authorized officials stipulated under Section X, herein, and will remain in effect until superseded or terminated in writing by

13

000418

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

mutual agreement of the parties to this Agreement, or unilaterally terminated by any signatory Department after a minimum of 120 days formal notice. Supersession of this Agreement must be approved in writing by the parties to this Agreement, or their successors.

### SECTION VIII. SUPERSESSION OF PREVIOUS AGREEMENTS

A. This Interagency Agreement terminates and supersedes the 1974 Agreement, as amended, between and among DOL and USDA, pertaining to Job Corps CCCs operated by USDA. Upon the effective date of this Agreement, as stipulated under Section VII, the Agreement of 1974, and any other such Agreements, shall no longer apply to USDA or DOL.

### SECTION IX. AMENDMENT OF THIS AGREEMENT

A. All parties to this Agreement understand that it is subject to review and possible amendment under the following circumstances:

(1) At least every 4 years

(2) Upon revision of the enabling Job Corps program legislation.

(3) At the request of any party, based on changes significantly impacting the Agreement.

### SECTION X. SIGNATURES OF AUTHORIZED OFFICIALS

**Executed on Behalf of the Department of Labor**

Assistant Secretary for Administration and Management       Date    3/6/08

National Director, Office of Job Corps    Esther R. Johnson       Date    3-5-08

**Executed on Behalf of the Department of Agriculture**

Assistant Secretary for Administration       Date    3/10/08    MAR 1 0 2008

Under Secretary for Natural Resources and Environment       Date    3/10/08

14

38

| | A |
|---|---|
| 1 | **State** |
| 2 | Alabama |
| 3 | Alabama |
| 4 | Alaska |
| 5 | Arizona |
| 6 | Arizona |
| 7 | Arkansas |
| 8 | Arkansas |
| 9 | California |
| 10 | California |
| 11 | California |
| 12 | California |
| 13 | California |
| 14 | California |
| 15 | California |
| 16 | Colorado |
| 17 | Connecticut |
| 18 | Connecticut |
| 19 | Delaware |
| 20 | Florida |
| 21 | Florida |
| 22 | Florida |
| 23 | Georgia |
| 24 | Georgia |
| 25 | Hawaii |
| 26 | Hawaii |
| 27 | Idaho |
| 28 | Illinois |
| 29 | Illinois |
| 30 | Indiana |
| 31 | Indiana |
| 32 | Iowa |
| 33 | Iowa |
| 34 | Kansas |
| 35 | Kentucky |
| 36 | Kentucky |
| 37 | Kentucky |
| 38 | Kentucky |
| 39 | Kentucky |
| 40 | Kentucky |
| 41 | Louisiana |
| 42 | Louisiana |
| 43 | Louisiana |
| 44 | Maine |
| 45 | Maine |
| 46 | Maryland |
| 47 | Massachusetts |
| 48 | Massachusetts |
| 49 | Massachusetts |
| 50 | Michigan |
| 51 | Michigan |
| 52 | Michigan |
| 53 | Minnesota |
| 54 | Mississippi |
| 55 | Mississippi |
| 56 | Mississippi |
| 57 | Missouri |
| 58 | Missouri |
| 59 | Missouri |
| 60 | Montana |
| 61 | Montana |

| | B | C | D | E |
|---|---|---|---|---|
| 1 | Center | Contract/ USDA FS | Enrollees in PY 23 (Students Served Report EIS) | Actual FTE |
| 2 | GADSDEN | Contract | 219 | 103 |
| 3 | MONTGOMERY | Contract | 244 | 105.7 |
| 4 | ALASKA | Contract | 229 | 97.78 |
| 5 | FRED ACOSTA | Contract | 307 | 118.44 |
| 6 | PHOENIX | Contract | 387 | 122.76 |
| 7 | CASS* | USDA FS | 201 | |
| 8 | LITTLE ROCK | Contract | 314 | 105.15 |
| 9 | INLAND EMPIRE | Contract | 364 | 127.75 |
| 10 | LONG BEACH | Contract | 352 | 115.4 |
| 11 | LOS ANGELES | Contract | 540 | 215.45 |
| 12 | SACRAMENTO | Contract | 565 | 149.65 |
| 13 | SAN DIEGO | Contract | 437 | 196.8 |
| 14 | SAN JOSE | Contract | 327 | 155 |
| 15 | TREASURE ISLAND | Contract | 433 | 181.41 |
| 16 | COLLBRAN* | USDA FS | 131 | |
| 17 | HARTFORD | Contract | 247 | 97.1 |
| 18 | NEW HAVEN | Contract | 202 | 81.93 |
| 19 | WILMINGTON | Contract | 161 | 69.63 |
| 20 | JACKSONVILLE | Contract | 365 | 107.63 |
| 21 | MIAMI | Contract | 328 | 113.5 |
| 22 | PINELLAS COUNTY | Contract | 320 | 117.25 |
| 23 | BRUNSWICK | Contract | 338 | 126.925 |
| 24 | TURNER | Contract | 861 | 258 |
| 25 | HAWAII** | Contract | 288 | 150.15 |
| 26 | MAUI** | Contract | 288 | 150.15 |
| 27 | CENTENNIAL | Contract | 117 | 67.08 |
| 28 | JOLIET | Contract | 251 | 63 |
| 29 | PAUL SIMON | Contract | 357 | 152.3 |
| 30 | ATTERBURY** | Contract | 491 | 177.1325 |
| 31 | INDYPENDENCE** | Contract | 491 | 15 |
| 32 | DENISON | Contract | 231 | 116 |
| 33 | OTTUMWA | Contract | 220 | 101 |
| 34 | FLINT HILLS | Contract | 269 | 116 |
| 35 | CARL D. PERKINS | Contract | 140 | 111 |
| 36 | EARLE C. CLEMENTS | Contract | 657 | 330.48 |
| 37 | FRENCHBURG* | USDA FS | 102 | 54 |
| 38 | GREAT ONYX* | USDA FS | 205 | 45 |
| 39 | MUHLENBERG | Contract | 217 | 142.5 |
| 40 | PINE KNOT* | USDA FS | 219 | 54 |
| 41 | CARVILLE | Contract | 0 | |
| 42 | NEW ORLEANS | Contract | 266 | 60.375 |
| 43 | SHREVEPORT | Contract | 432 | 120.842 |
| 44 | LORING | Contract | 242 | 125.82 |
| 45 | PENOBSCOT | Contract | 192 | 117.2 |
| 46 | WOODLAND | Contract | 340 | 104.4 |
| 47 | GRAFTON | Contract | 337 | 106.79 |
| 48 | SARGENT SHRIVER | Contract | 317 | 109.53 |
| 49 | WESTOVER | Contract | 471 | 164.3 |
| 50 | DETROIT | Contract | 321 | 130 |
| 51 | FLINT/GENESEE | Contract | 231 | 153.5 |
| 52 | GERALD R. FORD | Contract | 208 | 104 |
| 53 | HUBERT H HUMPHREY | Contract | 216 | 107.7 |
| 54 | FINCH-HENRY | Contract | 207 | 107.95 |
| 55 | GULFPORT | Contract | 153 | 68.5 |
| 56 | MISSISSIPPI | Contract | 360 | 116.5 |
| 57 | EXCELSIOR SPRINGS | Contract | 415 | 181.08 |
| 58 | MINGO* | USDA FS | 194 | |
| 59 | ST LOUIS | Contract | 354 | 179 |
| 60 | ANACONDA* | USDA FS | 179 | |
| 61 | TRAPPER CREEK* | USDA FS | 155 | |

| | F |
|---|---|
| 1 | **Member of Congress** |
| 2 | Mike Rogers (AL-03) |
| 3 | Shomari Figures (AL-02) |
| 4 | Nick Begich (AK-AL) |
| 5 | **Vacant (AZ-07)** |
| 6 | Yassamin Ansari |
| 7 | Bruce Westerman (AR-04) |
| 8 | French Hill (AR-02) |
| 9 | Pete Aguilar (CA-33) |
| 10 | Robert Garcia (CA-42) |
| 11 | Sydney Kamlager-Dove (CA-37) |
| 12 | Doris Matsui (CA-07) |
| 13 | Juan Vargas (CA-52) |
| 14 | Zoe Lofgren (CA-18) |
| 15 | Nancy Pelosi (CA-11) |
| 16 | Jeff Hurd (CO-3) |
| 17 | John Larson (CT-01) |
| 18 | Rosa DeLauro (CT-03) |
| 19 | Sarah McBride (DE-AL) |
| 20 | Aaron Bean (FL-04) |
| 21 | Frederica Wilson (FL-24) |
| 22 | Kathy Castor (FL-14) |
| 23 | Buddy Carter (GA-01) |
| 24 | Sanford Bishop (GA-02) |
| 25 | Jill Tokuda (HI-02) |
| 26 | Jill Tokuda (HI-02) |
| 27 | Russ Fulcher (ID-01) |
| 28 | Lauren Underwood (IL-14) |
| 29 | Jesus "Chuy" Garcia (IL-04) |
| 30 | Jefferson Shreve (IN-06) |
| 31 | Andre Carson (IN-07) |
| 32 | Randy Feenstra (IA-04) |
| 33 | Zachary Nunn (IA-03) |
| 34 | Tracey Mann (KS-01) |
| 35 | Harold Rogers (KY-05) |
| 36 | James Comer (KY-01) |
| 37 | Harold Rogers (KY-05) |
| 38 | Brett Guthrie (KY-02) |
| 39 | Brett Guthrie (KY-02) |
| 40 | Harold Rogers (KY-05) |
| 41 | Troy Carter (LA-02) |
| 42 | Troy Carter (LA-02) |
| 43 | Cleo Fields (LA-06) |
| 44 | Jared Golden (ME-02) |
| 45 | Jared Golden (ME-02) |
| 46 | Steny Hoyer (MD-05) |
| 47 | James McGovern (MA-02) |
| 48 | Lori Trahan (MA-03) |
| 49 | Richard Neal (MA-01) |
| 50 | Shri Thanedar (MI-13) |
| 51 | Kristen McDonald Rivey (MI-08) |
| 52 | Hillary Scholten (MI-03) |
| 53 | Betty McCollum (MN-04) |
| 54 | Bennie Thompson (MS-02) |
| 55 | Mike Ezell (MS-04) |
| 56 | Bennie Thompson (MS-02) |
| 57 | Sam Graves (MO-06) |
| 58 | Jason Smith (MO-08) |
| 59 | Wesley Bell (MO-01) |
| 60 | Ryan Zinke (MT-01) |
| 61 | Ryan Zinke (MT-01) |

| | A |
|---|---|
| 62 | Nebraska |
| 63 | Nevada |
| 64 | New Hampshire |
| 65 | New Jersey |
| 66 | New Mexico |
| 67 | New Mexico |
| 68 | New York |
| 69 | New York |
| 70 | New York |
| 71 | New York |
| 72 | New York |
| 73 | New York |
| 74 | New York |
| 75 | North Carolina |
| 76 | North Carolina |
| 77 | North Carolina |
| 78 | North Carolina |
| 79 | North Dakota |
| 80 | Ohio |
| 81 | Ohio |
| 82 | Ohio |
| 83 | Oklahoma |
| 84 | Oklahoma |
| 85 | Oklahoma |
| 86 | Oregon |
| 87 | Oregon |
| 88 | Oregon |
| 89 | Oregon |
| 90 | Oregon |
| 91 | Oregon |
| 92 | Pennsylvania |
| 93 | Pennsylvania |
| 94 | Pennsylvania |
| 95 | Pennsylvania |
| 96 | Puerto Rico |
| 97 | Puerto Rico |
| 98 | Rhode Island |
| 99 | South Carolina |
| 100 | South Dakota |
| 101 | Tennessee |
| 102 | Tennessee |
| 103 | Texas |
| 104 | Texas |
| 105 | Texas |
| 106 | Texas |
| 107 | Utah |
| 108 | Utah |
| 109 | Vermont |
| 110 | Virginia |
| 111 | Virginia |
| 112 | Virginia |
| 113 | Washington |
| 114 | Washington |
| 115 | Washington |
| 116 | Washington |
| 117 | Washington DC |
| 118 | West Virginia |
| 119 | West Virginia |
| 120 | Wisconsin |
| 121 | Wisconsin |
| 122 | Wyoming |
| 123 | Note that for most of the USDA FS contracts we were not provided the FTE, but we do know these centers are primarily federal employees. Also, the |

| | B | C | D | E |
|---|---|---|---|---|
| 62 | PINE RIDGE* | USDA FS | 142 | |
| 63 | SIERRA NEVADA | Contract | 503 | 178.45 |
| 64 | NEW HAMPSHIRE | Contract | 282 | 108.75 |
| 65 | EDISON | Contract | 373 | 151.9 |
| 66 | ALBUQUERQUE | Contract | 272 | 119.5 |
| 67 | ROSWELL | Contract | 189 | 104.7 |
| 68 | BROOKLYN** | Contract | 488 | 92.15 |
| 69 | CASSADAGA | Contract | 255 | 102.6 |
| 70 | DELAWARE VALLEY | Contract | 253 | 87.88 |
| 71 | GLENMONT | Contract | 323 | 111.38 |
| 72 | IROQUOIS | Contract | 247 | 97.45 |
| 73 | ONEONTA | Contract | 246 | 113.6 |
| 74 | S. BRONX** | Contract | 488 | 112.5 |
| 75 | KITTRELL | Contract | 459 | 127 |
| 76 | LYNDON B. JOHNSON* | USDA FS | 173 | 49 |
| 77 | OCONALUFTEE* | USDA FS | 162 | 52 |
| 78 | SCHENCK* | USDA FS | 148 | 50 |
| 79 | QUENTIN BURDICK | Contract | 208 | 96.182 |
| 80 | CINCINNATI | Contract | 289 | 108.55 |
| 81 | CLEVELAND | Contract | 236 | 124 |
| 82 | DAYTON | Contract | 211 | 82.5 |
| 83 | GUTHRIE | Contract | 635 | 162.692 |
| 84 | TALKING LEAVES | Contract | 238 | 90.59 |
| 85 | TULSA | Contract | 275 | 105.49 |
| 86 | ANGELL* | USDA FS | 166 | |
| 87 | PIVOT** | Contract | 142 | 100.7 |
| 88 | SPRINGDALE** | Contract | 142 | 100.7 |
| 89 | TIMBER LAKE* | USDA FS | 106 | |
| 90 | TONGUE POINT | Contract | 329 | 164.31 |
| 91 | WOLF CREEK* | USDA FS | 210 | |
| 92 | KEYSTONE** | Contract | 611 | 307 |
| 93 | PHILADELPHIA | Contract | 405 | 91.85 |
| 94 | PITTSBURGH | Contract | 612 | 176.725 |
| 95 | RED ROCK** | Contract | 300 | 307 |
| 96 | ARECIBO | Contract | 198 | 88.82 |
| 97 | RAMEY | Contract | 424 | 148.97 |
| 98 | EXETER | Contract | 172 | 84.21 |
| 99 | BAMBERG | Contract | 284 | 96.6 |
| 100 | BOXELDER* | USDA FS | 107 | |
| 101 | BENJAMIN L. HOOKS | Contract | 280 | 110.7 |
| 102 | JACOBS CREEK* | USDA FS | 163 | 46 |
| 103 | DAVID L. CARRASCO | Contract | 514 | 138.94 |
| 104 | GARY | Contract | 1191 | 479.36 |
| 105 | LAREDO | Contract | 201 | 88.1 |
| 106 | NORTH TEXAS | Contract | 691 | 211.35 |
| 107 | CLEARFIELD | Contract | 952 | 338.3875 |
| 108 | WEBER BASIN* | USDA FS | 155 | |
| 109 | NORTHLANDS | Contract | 161 | 94.5 |
| 110 | BLUE RIDGE | Contract | 100 | 87 |
| 111 | FLATWOODS* | USDA FS | 138 | 44 |
| 112 | OLD DOMINION | Contract | 95 | 121.61 |
| 113 | CASCADES | Contract | 278 | 111.87 |
| 114 | COLUMBIA BASIN* | USDA FS | 239 | |
| 115 | CURLEW* | USDA FS | 125 | |
| 116 | FORT SIMCOE* | USDA FS | 121 | |
| 117 | POTOMAC | Contract | 379 | 147 |
| 118 | CHARLESTON | Contract | 236 | 125 |
| 119 | HARPERS FERRY* | USDA FS | 119 | 50 |
| 120 | BLACKWELL* | USDA FS | 133 | |
| 121 | MILWAUKEE | Contract | 245 | 104 |
| 122 | WIND RIVER | Contract | 307 | 130.9 |
| 123 | highlighted centers had their FTE combined with their satellites. | | | |

| | F |
|---|---|
| 62 | Adrian Smith (NE-03) |
| 63 | Mark Amodei (NV-02) |
| 64 | Chris Pappas (NH-01) |
| 65 | Frank Pallone, Jr. (NJ-06) |
| 66 | Melanie Stansbury (NM-01) |
| 67 | Teresa Leger Fernandez (NM-03) |
| 68 | Hakeem Jeffries (NY-08) |
| 69 | Nicholas Langworthy (NY-23) |
| 70 | Josh Riley (NY-19) |
| 71 | Paul Tonko (NY-20) |
| 72 | Claudia Tenney (NY-24) |
| 73 | Josh Riley (NY-19) |
| 74 | Ritchie Torres (NY-15) |
| 75 | Donald Davis (NC-01) |
| 76 | Chuck Edwards (NC-11) |
| 77 | Chuck Edwards (NC-11) |
| 78 | Chuck Edwards (NC-11) |
| 79 | Julie Fedorchack (ND-AL) |
| 80 | Greg Landsman (OH-01) |
| 81 | Shontel Brown (OH-11) |
| 82 | Michael Turner (OH-10) |
| 83 | Stephanie Bice (OK-05) |
| 84 | Josh Brecheen (OK-02) |
| 85 | Kevin Hern (OK-01) |
| 86 | Val Hoyle (OR-04) |
| 87 | Suzanne Bonamici (OR-01) |
| 88 | Maxine Dexter (OR-03) |
| 89 | Janelle Bynum (OR-05) |
| 90 | Suzanne Bonamici (OR-01) |
| 91 | Cliff Bentz (OR-02) |
| 92 | Rob Bresnahan (PA-08) |
| 93 | Mary Gay Scanlon (PA-05) |
| 94 | Summer Lee (PA-12) |
| 95 | Daniel Meuser (PA-09) |
| 96 | N/A |
| 97 | N/A |
| 98 | Seth Magaziner (RI-02) |
| 99 | James Clyburn (SC-06) |
| 100 | Dusty Johnson (SD-AL) |
| 101 | Steve Cohen (TN-09) |
| 102 | Diana Harshbarger (TN-01) |
| 103 | Veronica Escobar (TX-16) |
| 104 | Greg Casar (TX-35) |
| 105 | Henry Cuellar (TX-28) |
| 106 | Keith Self (TX-03) |
| 107 | Blake Moore (UT-01) |
| 108 | Blake Moore (UT-01) |
| 109 | Becca Balint (VT-AL) |
| 110 | Morgan Griffith (VA-09) |
| 111 | Morgan Griffith (VA-09) |
| 112 | John McGuire (VA-05) |
| 113 | Rick Larsen (WA-02) |
| 114 | Dan Newhouse (WA-04) |
| 115 | Michael Baumgartner (WA-05) |
| 116 | Dan Newhouse (WA-04) |
| 117 | N/A |
| 118 | Carol Miller (WV-01) |
| 119 | Riley Moore (WV-02) |
| 120 | Tom Tiffany (WI-07) |
| 121 | Gwen Moore (WI-04) |
| 122 | Harriet Hageman (WY-AL) |
| 123 | |

# Alabama

## Centers: GADSDEN & MONTGOMERY

Senators Tommy Tuberville & Katie Britt

*\*USDA FS Contract*

*\*\*Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined*

---

- **GADSDEN** *(In the district of Representative Mike Rogers (AL-03))*
  - o Contract: 12/01/2023-11/30/2028. Real Estate: Leased.
  - o Cost
    - Yearly Cost (Pre Broader JC Costs): $6,403,691.34
    - Yearly Cost (Prorated): $8,590,759.39
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $171,815.19
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $162,089.80
    - Cost Per Enrollee: $39,227.21
    - Unfunded Backlog: $8,557,702.00
  - o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 219
    - Planned # of onboarded students: 260
    - Actual # of onboarded students: 95
      - 36.54% of capacity
  - o Graduates/Performance
    - Graduates (Traditional): 50
    - Graduation Rate (Traditional): 31.25%
    - Graduates (WIOA): 53
    - Graduation Rate (WIOA): 33.13%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $18,462.84
  - o Safety Information
    - Assaults: 15
    - Deaths: 0
    - Drug-Related Incidents: 23
    - Sexual Assaults: 1
    - Thefts or damage to property, the center, staff, or a student: 3
  - o Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 117.90
    - Actual FTE: 103.00
- **MONTGOMERY** *(In the district of Representative Shomari Figures (AL-02))*
  - o Contract: 12/01/2020-11/30/2025. Real Estate: Owned.
  - o Cost
    - Yearly Cost (Pre Broader JC Costs): $6,151,500.46
    - Yearly Cost (Prorated): $8,252,437.16
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $119,600.54
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $119,600.54
    - Cost Per Enrollee: $33,821.46

- Unfunded Backlog: $2,154,205.00
- o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
  - Enrollees in PY 2023 (Students Served Report EIS): 244
  - Planned # of onboarded students: 254
  - Actual # of onboarded students: 107
    - 42.13% of capacity
- o Graduates/Performance
  - Graduates (Traditional): 69
  - Graduation Rate (Traditional): 35.03%
  - Graduates (WIOA): 69
  - Graduation Rate (WIOA): 35.03%
  - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $18,401.40
- o Safety Information
  - Assaults: 20
  - Deaths: 0
  - Drug-Related Incidents: 18
  - Sexual Assaults: 2
  - Thefts or damage to property, the center, staff, or a student: 2
- o Current Employee Information (Estimated) (USDA Data Missing)
  - Contracted FTE: 115.70
  - Actual FTE: 105.70

INTERNAL DRAFT 5/9/25

# Alaska

## Centers: ALASKA

Senators Lisa Murkowski & Dan Sullivan

*\*USDA FS Contract*

*\*\*Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined*

- **ALASKA** *(In the district of Representative Nick Begich (AK-AL))*
  - o Contract: 01/01/2024-12/31/2028. Real Estate: Owned.
  - o Cost
    - Yearly Cost (Pre Broader JC Costs): $8,865,905.31
    - Yearly Cost (Prorated): $11,893,899.20
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $264,308.87
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $247,789.57
    - Cost Per Enrollee: $51,938.42
    - Unfunded Backlog: $2,762,669.00
  - o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 229
    - Planned # of onboarded students: 226
    - Actual # of onboarded students: 130
      - 57.52% of capacity
  - o Graduates/Performance
    - Graduates (Traditional): 45
    - Graduation Rate (Traditional): 24.59%
    - Graduates (WIOA): 48
    - Graduation Rate (WIOA): 26.23%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $20,436.64
  - o Safety Information
    - Assaults: 6
    - Deaths: 1
    - Drug-Related Incidents: 5
    - Sexual Assaults: 3
    - Thefts or damage to property, the center, staff, or a student: 14
  - o Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 103.75
    - Actual FTE: 97.78

# Arizona
## Centers: FRED ACOSTA & PHOENIX
### Senators Mark Kelly & Ruben Gallego

*\*USDA FS Contract*

*\*\*Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined*

- **FRED ACOSTA** *(In the district of Representative Vacant (AZ-07))*
  - Contract: 03/01/2022-02/28/2027. Real Estate: Owned.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $9,261,970.50
    - Yearly Cost (Prorated): $12,425,233.49
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $167,908.56
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $138,058.15
    - Cost Per Enrollee: $40,473.07
    - Unfunded Backlog: $5,668,033.00
  - Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 307
    - Planned # of onboarded students: 267
    - Actual # of onboarded students: 154
      - 57.68% of capacity
  - Graduates/Performance
    - Graduates (Traditional): 74
    - Graduation Rate (Traditional): 37.56%
    - Graduates (WIOA): 90
    - Graduation Rate (WIOA): 45.69%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $20,989.80
  - Safety Information
    - Assaults: 6
    - Deaths: 0
    - Drug-Related Incidents: 15
    - Sexual Assaults: 0
    - Thefts or damage to property, the center, staff, or a student: 12
  - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 124.11
    - Actual FTE: 118.44
- **PHOENIX** *(In the district of Representative Yassamin Ansari)*
  - Contract: 03/01/2021-03/31/2026. Real Estate: Leased.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $10,816,884.14
    - Yearly Cost (Prorated): $14,511,200.51
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $193,482.67
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $134,362.97
    - Cost Per Enrollee: $37,496.64

- ▪ Unfunded Backlog: $4,683,935.00
- o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
  - ▪ Enrollees in PY 2023 (Students Served Report EIS): 387
  - ▪ Planned # of onboarded students: 252
  - ▪ Actual # of onboarded students: 145
    - • 41.08% of capacity
- o Graduates/Performance
  - ▪ Graduates (Traditional): 75
  - ▪ Graduation Rate (Traditional): 24.35%
  - ▪ Graduates (WIOA): 108
  - ▪ Graduation Rate (WIOA): 35.06%
  - ▪ Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $18,679.84
- o Safety Information
  - ▪ Assaults: 14
  - ▪ Deaths: 0
  - ▪ Drug-Related Incidents: 38
  - ▪ Sexual Assaults: 1
  - ▪ Thefts or damage to property, the center, staff, or a student: 49
- o Current Employee Information (Estimated) (USDA Data Missing)
  - ▪ Contracted FTE: 142.68
  - ▪ Actual FTE: 122.76

INTERNAL DRAFT 5/9/25

# Arkansas
## Centers: CASS* & LITTLE ROCK
### Senators John Boozman & Tom Cotton

*\*USDA FS Contract*

*\*\*Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined*

- **CASS\*** *(In the district of Representative Bruce Westerman (AR-04))*
  - Contract: N/A-N/A. Real Estate: Owned.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $7,484,174.35
    - Yearly Cost (Prorated): $10,040,262.36
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $278,896.18
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $257,442.62
    - Cost Per Enrollee: $49,951.55
    - Unfunded Backlog: $2,907,047.00
  - Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 201
    - Planned # of onboarded students: 119
    - Actual # of onboarded students: 77
      - 64.71% of capacity
  - Graduates/Performance
    - Graduates (Traditional): 36
    - Graduation Rate (Traditional): 22.78%
    - Graduates (WIOA): 39
    - Graduation Rate (WIOA): 24.68%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $16,075.44
  - Safety Information
    - Assaults: 11
    - Deaths: 0
    - Drug-Related Incidents: 27
    - Sexual Assaults: 2
    - Thefts or damage to property, the center, staff, or a student: 7
  - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 0.00
    - Actual FTE: 0.00
- **LITTLE ROCK** *(In the district of Representative French Hill (AR-02))*
  - Contract: 11/01/2020-10/31/2025. Real Estate: Owned.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $8,433,196.97
    - Yearly Cost (Prorated): $11,313,406.95
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $145,043.68
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $110,915.75
    - Cost Per Enrollee: $36,029.96

- Unfunded Backlog: $2,392,421.00
- o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
  - Enrollees in PY 2023 (Students Served Report EIS): 314
  - Planned # of onboarded students: 237
  - Actual # of onboarded students: 112
    - 47.26% of capacity
- o Graduates/Performance
  - Graduates (Traditional): 78
  - Graduation Rate (Traditional): 26.17%
  - Graduates (WIOA): 102
  - Graduation Rate (WIOA): 34.23%
  - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $16,044.16
- o Safety Information
  - Assaults: 22
  - Deaths: 0
  - Drug-Related Incidents: 21
  - Sexual Assaults: 1
  - Thefts or damage to property, the center, staff, or a student: 6
- o Current Employee Information (Estimated) (USDA Data Missing)
  - Contracted FTE: 122.15
  - Actual FTE: 105.15

INTERNAL DRAFT 5/9/25

# California

## Centers: INLAND EMPIRE, LONG BEACH, LOS ANGELES, SACRAMENTO, SAN DIEGO, SAN JOSE, & TREASURE ISLAND

Senators Alex Padilla & Adam Schiff

*\*USDA FS Contract*

*\*\*Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined*

---

- **INLAND EMPIRE** *(In the district of Representative Pete Aguilar (CA-33))*
    - o Contract: 06/01/2022-06/30/2027. Real Estate: Leased.
    - o Cost
        - Yearly Cost (Pre Broader JC Costs): $14,750,909.79
        - Yearly Cost (Prorated): $19,788,823.37
        - Cost Per Graduate (Traditional - Separation Analysis, EIS): $210,519.40
        - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $201,926.77
        - Cost Per Enrollee: $54,364.90
        - Unfunded Backlog: $5,360,917.00
    - o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
        - Enrollees in PY 2023 (Students Served Report EIS): 364
        - Planned # of onboarded students: 340
        - Actual # of onboarded students: 157
            - 46.18% of capacity
    - o Graduates/Performance
        - Graduates (Traditional): 94
        - Graduation Rate (Traditional): 35.21%
        - Graduates (WIOA): 98
        - Graduation Rate (WIOA): 36.70%
        - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $12,028.04
    - o Safety Information
        - Assaults: 8
        - Deaths: 0
        - Drug-Related Incidents: 46
        - Sexual Assaults: 2
        - Thefts or damage to property, the center, staff, or a student: 15
    - o Current Employee Information (Estimated) (USDA Data Missing)
        - Contracted FTE: 137.43
        - Actual FTE: 127.75
- **LONG BEACH** *(In the district of Representative Robert Garcia (CA-42))*
    - o Contract: 02/15/2021-03/31/2026. Real Estate: Owned.
    - o Cost
        - Yearly Cost (Pre Broader JC Costs): $11,881,854.83
        - Yearly Cost (Prorated): $15,939,893.19
        - Cost Per Graduate (Traditional - Separation Analysis, EIS): $132,832.44

- Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $129,592.63
- Cost Per Enrollee: $45,283.79
- Unfunded Backlog: $3,100,956.00
- o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
  - Enrollees in PY 2023 (Students Served Report EIS): 352
  - Planned # of onboarded students: 300
  - Actual # of onboarded students: 181
    - 60.33% of capacity
- o Graduates/Performance
  - Graduates (Traditional): 120
  - Graduation Rate (Traditional): 43.17%
  - Graduates (WIOA): 123
  - Graduation Rate (WIOA): 44.24%
  - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $28,152.00
- o Safety Information
  - Assaults: 10
  - Deaths: 0
  - Drug-Related Incidents: 37
  - Sexual Assaults: 0
  - Thefts or damage to property, the center, staff, or a student: 3
- o Current Employee Information (Estimated) (USDA Data Missing)
  - Contracted FTE: 130.70
  - Actual FTE: 115.40

- **LOS ANGELES** *(In the district of Representative Sydney Kamlager-Dove (CA-37))*
  - o Contract: 05/01/2024-04/30/2029. Real Estate: Owned.
  - o Cost
    - Yearly Cost (Pre Broader JC Costs): $24,347,613.14
    - Yearly Cost (Prorated): $32,663,111.82
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $261,304.89
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $226,827.17
    - Cost Per Enrollee: $60,487.24
    - Unfunded Backlog: $689,560.00
  - o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 540
    - Planned # of onboarded students: 614
    - Actual # of onboarded students: 334
      - 54.40% of capacity
  - o Graduates/Performance
    - Graduates (Traditional): 125
    - Graduation Rate (Traditional): 27.41%
    - Graduates (WIOA): 144
    - Graduation Rate (WIOA): 31.58%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $22,678.52
  - o Safety Information
    - Assaults: 22
    - Deaths: 0
    - Drug-Related Incidents: 51

INTERNAL DRAFT 5/9/25

- Sexual Assaults: 3
- Thefts or damage to property, the center, staff, or a student: 94
  - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 240.10
    - Actual FTE: 215.45
- **SACRAMENTO** *(In the district of Representative Doris Matsui (CA-07))*
  - Contract: 10/01/2019-10/31/2024. Real Estate: Leased.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $14,957,723.89
    - Yearly Cost (Prorated): $20,066,271.19
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $114,664.41
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $176,019.92
    - Cost Per Enrollee: $35,515.52
    - Unfunded Backlog: $13,547,649.00
  - Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 565
    - Planned # of onboarded students: 414
    - Actual # of onboarded students: 151
      - 36.47% of capacity
  - Graduates/Performance
    - Graduates (Traditional): 109
    - Graduation Rate (Traditional): 46.79%
    - Graduates (WIOA): 114
    - Graduation Rate (WIOA): 46.79%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $17,517.20
  - Safety Information
    - Assaults: 8
    - Deaths: 0
    - Drug-Related Incidents: 32
    - Sexual Assaults: 0
    - Thefts or damage to property, the center, staff, or a student: 8
  - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 162.90
    - Actual FTE: 149.65
- **SAN DIEGO** *(In the district of Representative Juan Vargas (CA-52))*
  - Contract: 01/01/2024-01/31/2029. Real Estate: Owned.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $24,717,629.97
    - Yearly Cost (Prorated): $33,159,501.39
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $293,446.91
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $177,323.54
    - Cost Per Enrollee: $75,879.87
    - Unfunded Backlog: $6,132,615.00
  - Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 437
    - Planned # of onboarded students: 555
    - Actual # of onboarded students: 262

INTERNAL DRAFT 5/9/25

- 47.21% of capacity
  - Graduates/Performance
    - Graduates (Traditional): 175
    - Graduation Rate (Traditional): 29.20%
    - Graduates (WIOA): 187
    - Graduation Rate (WIOA): 48.32%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $24,511.44
  - Safety Information
    - Assaults: 14
    - Deaths: 0
    - Drug-Related Incidents: 39
    - Sexual Assaults: 2
    - Thefts or damage to property, the center, staff, or a student: 7
  - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 218.00
    - Actual FTE: 196.80
- **SAN JOSE** *(In the district of Representative Zoe Lofgren (CA-18))*
  - Contract: 07/01/2021-06/30/2026. Real Estate: Owned.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $17,262,253.39
    - Yearly Cost (Prorated): $23,157,872.17
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $551,377.91
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $145,646.99
    - Cost Per Enrollee: $70,819.18
    - Unfunded Backlog: $8,542,831.00
  - Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 327
    - Planned # of onboarded students: 396
    - Actual # of onboarded students: 190
      - 47.98% of capacity
  - Graduates/Performance
    - Graduates (Traditional): 113
    - Graduation Rate (Traditional): 11.70%
    - Graduates (WIOA): 159
    - Graduation Rate (WIOA): 44.29%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $18,230.92
  - Safety Information
    - Assaults: 14
    - Deaths: 0
    - Drug-Related Incidents: 6
    - Sexual Assaults: 1
    - Thefts or damage to property, the center, staff, or a student: 1
  - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 179.50
    - Actual FTE: 155.00
- **TREASURE ISLAND** *(In the district of Representative Nancy Pelosi (CA-11))*
  - Contract: 02/01/2021-03/31/2026. Real Estate: Owned.

INTERNAL DRAFT 5/9/25

- Cost
  - Yearly Cost (Pre Broader JC Costs): $20,472,973.64
  - Yearly Cost (Prorated): $27,465,157.41
  - Cost Per Graduate (Traditional - Separation Analysis, EIS): $214,571.54
  - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $163,483.08
  - Cost Per Enrollee: $63,429.92
  - Unfunded Backlog: $29,878,188.00
- Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
  - Enrollees in PY 2023 (Students Served Report EIS): 433
  - Planned # of onboarded students: 532
  - Actual # of onboarded students: 195
    - 36.65% of capacity
- Graduates/Performance
  - Graduates (Traditional): 128
  - Graduation Rate (Traditional): 37.21%
  - Graduates (WIOA): 168
  - Graduation Rate (WIOA): 48.84%
  - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $25,344.16
  - Safety Information
    - Assaults: 6
    - Deaths: 0
    - Drug-Related Incidents: 33
    - Sexual Assaults: 5
    - Thefts or damage to property, the center, staff, or a student: 6
  - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 210.61
    - Actual FTE: 181.41

INTERNAL DRAFT 5/9/25

# Colorado
## Centers: COLLBRAN*
### Senators Michael Bennet & John Hickenlooper

*\*USDA FS Contract*

*\*\*Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined*

---

- **COLLBRAN\*** *(In the district of Representative Jeff Hurd (CO-3))*
  - Contract: N/A-N/A. Real Estate: Leased.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $7,569,659.76
    - Yearly Cost (Prorated): $10,154,943.81
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $230,794.18
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $207,243.75
    - Cost Per Enrollee: $77,518.66
    - Unfunded Backlog: $15,226,909.00
  - Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 131
    - Planned # of onboarded students: 220
    - Actual # of onboarded students: 83
      - 37.73% of capacity
  - Graduates/Performance
    - Graduates (Traditional): 44
    - Graduation Rate (Traditional): 40.37%
    - Graduates (WIOA): 49
    - Graduation Rate (WIOA): 44.95%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $22,004.44
  - Safety Information
    - Assaults: 4
    - Deaths: 0
    - Drug-Related Incidents: 7
    - Sexual Assaults: 1
    - Thefts or damage to property, the center, staff, or a student: 0
  - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 0.00
    - Actual FTE: 0.00

# Connecticut
## Centers: HARTFORD & NEW HAVEN
### Senators Richard Blumenthal & Chris Murphy

*\*USDA FS Contract*

*\*\*Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined*

- **HARTFORD** *(In the district of Representative John Larson (CT-01))*
    - Contract: 05/01/2023-05/31/2028. Real Estate: Leased.
    - Cost
        - Yearly Cost (Pre Broader JC Costs): $10,520,380.56
        - Yearly Cost (Prorated): $14,113,431.35
        - Cost Per Graduate (Traditional - Separation Analysis, EIS): $313,631.81
        - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $266,291.16
        - Cost Per Enrollee: $57,139.40
        - Unfunded Backlog: $14,117,933.00
    - Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
        - Enrollees in PY 2023 (Students Served Report EIS): 247
        - Planned # of onboarded students: 181
        - Actual # of onboarded students: 86
            - 47.51% of capacity
    - Graduates/Performance
        - Graduates (Traditional): 45
        - Graduation Rate (Traditional): 25.71%
        - Graduates (WIOA): 53
        - Graduation Rate (WIOA): 30.29%
        - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $14,956.84
    - Safety Information
        - Assaults: 3
        - Deaths: 0
        - Drug-Related Incidents: 18
        - Sexual Assaults: 2
        - Thefts or damage to property, the center, staff, or a student: 11
    - Current Employee Information (Estimated) (USDA Data Missing)
        - Contracted FTE: 104.10
        - Actual FTE: 97.10
- **NEW HAVEN** *(In the district of Representative Rosa DeLauro (CT-03))*
    - Contract: 11/01/2022-11/30/2027. Real Estate: Leased.
    - Cost
        - Yearly Cost (Pre Broader JC Costs): $8,081,510.59
        - Yearly Cost (Prorated): $10,841,608.27
        - Cost Per Graduate (Traditional - Separation Analysis, EIS): $186,924.28
        - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $148,515.18
        - Cost Per Enrollee: $53,671.33

- - Unfunded Backlog: $5,060,485.00
  - <u>Current Enrollees/Planned # of Students [Onboard Strength (OBS)]</u>
    - Enrollees in PY 2023 (Students Served Report EIS): 202
    - Planned # of onboarded students: 157
    - Actual # of onboarded students: 91
      - 57.96% of capacity
  - <u>Graduates/Performance</u>
    - Graduates (Traditional): 58
    - Graduation Rate (Traditional): 34.52%
    - Graduates (WIOA): 73
    - Graduation Rate (WIOA): 43.45%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $17,385.36
  - <u>Safety Information</u>
    - Assaults: 9
    - Deaths: 0
    - Drug-Related Incidents: 15
    - Sexual Assaults: 1
    - Thefts or damage to property, the center, staff, or a student: 1
  - <u>Current Employee Information (Estimated) (USDA Data Missing)</u>
    - Contracted FTE: 87.80
    - Actual FTE: 81.93

INTERNAL DRAFT 5/9/25

# Delaware
## Centers: WILMINGTON
### Senators Chris Coons & Lisa Blunt Rochester

*\*USDA FS Contract*

*\*\*Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined*

- **WILMINGTON** *(In the district of Representative Sarah McBride (DE-AL))*
  - Contract: 01/01/2021-01/31/2026. Real Estate: Owned.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $5,358,323.91
    - Yearly Cost (Prorated): $7,188,365.12
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $247,874.66
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $171,151.55
    - Cost Per Enrollee: $44,648.23
    - Unfunded Backlog: $2,406,431.00
  - Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 161
    - Planned # of onboarded students: 153
    - Actual # of onboarded students: 36
      - 23.53% of capacity
  - Graduates/Performance
    - Graduates (Traditional): 29
    - Graduation Rate (Traditional): 27.10%
    - Graduates (WIOA): 42
    - Graduation Rate (WIOA): 39.25%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $13,064.68
  - Safety Information
    - Assaults: 3
    - Deaths: 0
    - Drug-Related Incidents: 8
    - Sexual Assaults: 0
    - Thefts or damage to property, the center, staff, or a student: 1
  - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 74.03
    - Actual FTE: 69.63

# Florida

## Centers: JACKSONVILLE, MIAMI, & PINELLAS COUNTY

### Senators Rick Scott & Ashley Moody

*\*USDA FS Contract*

*\*\*Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined*

- **JACKSONVILLE** *(In the district of Representative Aaron Bean (FL-04))*
  - o Contract: 06/01/2023-05/31/2028. Real Estate: Owned.
  - o Cost
    - Yearly Cost (Pre Broader JC Costs): $10,706,307.75
    - Yearly Cost (Prorated): $14,362,858.70
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $177,319.24
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $157,833.61
    - Cost Per Enrollee: $39,350.30
    - Unfunded Backlog: $4,526,279.00
  - o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 365
    - Planned # of onboarded students: 300
    - Actual # of onboarded students: 161
      - 53.67% of capacity
  - o Graduates/Performance
    - Graduates (Traditional): 81
    - Graduation Rate (Traditional): 32.40%
    - Graduates (WIOA): 91
    - Graduation Rate (WIOA): 36.40%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $11,020.80
  - o Safety Information
    - Assaults: 28
    - Deaths: 0
    - Drug-Related Incidents: 11
    - Sexual Assaults: 1
    - Thefts or damage to property, the center, staff, or a student: 7
  - o Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 129.94
    - Actual FTE: 107.63
- **MIAMI** *(In the district of Representative Frederica Wilson (FL-24))*
  - o Contract: 11/01/2022-10/31/2027. Real Estate: Owned.
  - o Cost
    - Yearly Cost (Pre Broader JC Costs): $10,275,503.50
    - Yearly Cost (Prorated): $13,784,920.84
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $93,141.36
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $86,155.76
    - Cost Per Enrollee: $42,027.20

- - Unfunded Backlog: $2,346,174.00
  - o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 328
    - Planned # of onboarded students: 300
    - Actual # of onboarded students: 190
      - 63.33% of capacity
  - o Graduates/Performance
    - Graduates (Traditional): 148
    - Graduation Rate (Traditional): 50.68%
    - Graduates (WIOA): 160
    - Graduation Rate (WIOA): 54.79%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $22,317.92
  - o Safety Information
    - Assaults: 7
    - Deaths: 0
    - Drug-Related Incidents: 13
    - Sexual Assaults: 0
    - Thefts or damage to property, the center, staff, or a student: 14
  - o Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 115.80
    - Actual FTE: 113.50
- **PINELLAS COUNTY** *(In the district of Representative Kathy Castor (FL-14))*
  - o Contract: 12/01/2021-11/30/2026. Real Estate: Owned.
  - o Cost
    - Yearly Cost (Pre Broader JC Costs): $10,145,948.53
    - Yearly Cost (Prorated): $13,611,118.65
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $137,486.05
    - Cost Per Graduate (WIOA – Includes Expulsion / Nonvoluntary Separation): $106,336.86
    - Cost Per Enrollee: $42,534.75
    - Unfunded Backlog: $2,188,014.00
  - o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 320
    - Planned # of onboarded students: 300
    - Actual # of onboarded students: 185
      - 61.67% of capacity
  - o Graduates/Performance
    - Graduates (Traditional): 99
    - Graduation Rate (Traditional): 42.31%
    - Graduates (WIOA): 128
    - Graduation Rate (WIOA): 54.70%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $12,368.04
  - o Safety Information
    - Assaults: 11
    - Deaths: 0
    - Drug-Related Incidents: 24
    - Sexual Assaults: 3
    - Thefts or damage to property, the center, staff, or a student: 5

INTERNAL DRAFT 5/9/25

- o <u>Current Employee Information (Estimated) (USDA Data Missing)</u>
    - Contracted FTE: 127.18
    - Actual FTE: 117.25

# Georgia

## Centers: BRUNSWICK & TURNER

Senators Jon Ossoff & Raphael Warnock

*\*USDA FS Contract*

*\*\*Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined*

---

- **BRUNSWICK** *(In the district of Representative Buddy Carter (GA-01))*
  - ○ Contract: 07/01/2022-06/30/2027. Real Estate: Leased.
  - ○ Cost
    - Yearly Cost (Pre Broader JC Costs): $10,234,807.97
    - Yearly Cost (Prorated): $13,730,326.47
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $228,838.77
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $183,071.02
    - Cost Per Enrollee: $40,622.27
    - Unfunded Backlog: $17,728,862.00
  - ○ Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 338
    - Planned # of onboarded students: 208
    - Actual # of onboarded students: 138
      - 66.35% of capacity
  - ○ Graduates/Performance
    - Graduates (Traditional): 60
    - Graduation Rate (Traditional): 23.35%
    - Graduates (WIOA): 75
    - Graduation Rate (WIOA): 29.18%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $13,512.24
  - ○ Safety Information
    - Assaults: 28
    - Deaths: 1
    - Drug-Related Incidents: 39
    - Sexual Assaults: 1
    - Thefts or damage to property, the center, staff, or a student: 7
  - ○ Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 138.43
    - Actual FTE: 126.93
- **TURNER** *(In the district of Representative Sanford Bishop (GA-02))*
  - ○ Contract: 05/01/2024-04/30/2029. Real Estate: Leased.
  - ○ Cost
    - Yearly Cost (Pre Broader JC Costs): $13,868,090.95
    - Yearly Cost (Prorated): $18,604,493.30
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $88,592.83
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $66,208.16
    - Cost Per Enrollee: $21,608.01

- Unfunded Backlog: $22,901,535.00
- Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
  - Enrollees in PY 2023 (Students Served Report EIS): 861
  - Planned # of onboarded students: 732
  - Actual # of onboarded students: 336
    - 45.90% of capacity
- Graduates/Performance
  - Graduates (Traditional): 210
  - Graduation Rate (Traditional): 28.65%
  - Graduates (WIOA): 281
  - Graduation Rate (WIOA): 38.34%
  - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $11,823.44
- Safety Information
  - Assaults: 50
  - Deaths: 1
  - Drug-Related Incidents: 66
  - Sexual Assaults: 0
  - Thefts or damage to property, the center, staff, or a student: 23
- Current Employee Information (Estimated) (USDA Data Missing)
  - Contracted FTE: 274.00
  - Actual FTE: 258.00

INTERNAL DRAFT 5/9/25

# Hawaii
## Centers: HAWAII** & MAUI**
### Senators Brian Schatz & Mazie Hirono

*\*USDA FS Contract*

*\*\*Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined*

- **HAWAII\*\*** *(In the district of Representative Jill Tokuda (HI-02))*
    - ○ Contract: 05/01/2022-04/30/2027. Real Estate: Owned.
    - ○ Cost
        - Yearly Cost (Pre Broader JC Costs): $3,073,163.98
        - Yearly Cost (Prorated): $4,122,748.04
        - Cost Per Graduate (Traditional - Separation Analysis, EIS): $36,484.50
        - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $32,981.99
        - Cost Per Enrollee: $14,315.10
        - Unfunded Backlog: $4,266,491.00
    - ○ Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
        - Enrollees in PY 2023 (Students Served Report EIS): 288
        - Planned # of onboarded students: 211
        - Actual # of onboarded students: 122
            - 57.82% of capacity
    - ○ Graduates/Performance
        - Graduates (Traditional): 113
        - Graduation Rate (Traditional): 57.36%
        - Graduates (WIOA): 125
        - Graduation Rate (WIOA): 63.45%
        - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $3,790.28
    - ○ Safety Information
        - Assaults: 4
        - Deaths: 0
        - Drug-Related Incidents: 5
        - Sexual Assaults: 1
        - Thefts or damage to property, the center, staff, or a student: 7
    - ○ Current Employee Information (Estimated) (USDA Data Missing)
        - Contracted FTE: 168.13
        - Actual FTE: 150.15
- **MAUI\*\*** *(In the district of Representative Jill Tokuda (HI-02))*
    - ○ Contract: 05/01/2022-04/30/2027. Real Estate: Owned.
    - ○ Cost
        - Yearly Cost (Pre Broader JC Costs): $3,073,163.98
        - Yearly Cost (Prorated): $4,122,749.04
        - Cost Per Graduate (Traditional - Separation Analysis, EIS): $36,484.50
        - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $32,981.99
        - Cost Per Enrollee: $14,315.10

- - Unfunded Backlog: $2,789,915.00
  - <u>Current Enrollees/Planned # of Students [Onboard Strength (OBS)]</u>
    - Enrollees in PY 2023 (Students Served Report EIS): 288
    - Planned # of onboarded students: 128
    - Actual # of onboarded students: 36
      - 28.13% of capacity
  - <u>Graduates/Performance</u>
    - Graduates (Traditional): 113
    - Graduation Rate (Traditional): 57.36%
    - Graduates (WIOA): 125
    - Graduation Rate (WIOA): 63.45%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $3,791.28
  - <u>Safety Information</u>
    - Assaults: 3
    - Deaths: 0
    - Drug-Related Incidents: 6
    - Sexual Assaults: 0
    - Thefts or damage to property, the center, staff, or a student: 2
  - <u>Current Employee Information (Estimated) (USDA Data Missing)</u>
    - Contracted FTE: 168.13
    - Actual FTE: 150.15

INTERNAL DRAFT 5/9/25

# Idaho

## Centers: CENTENNIAL

### Senators Mike Crapo & Jim Risch

*\*USDA FS Contract*

*\*\*Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined*

---

- **CENTENNIAL** *(In the district of Representative Russ Fulcher (ID-01))*
  - Contract: 06/01/2023-11/30/2024. Real Estate: Owned.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $5,754,367.56
    - Yearly Cost (Prorated): $7,719,670.51
    - Cost Per Graduate (Traditional - Separation Analysis, EIS):
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation):
    - Cost Per Enrollee: $65,980.09
    - Unfunded Backlog: $3,887,542.00
  - Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 117
    - Planned # of onboarded students: 120
    - Actual # of onboarded students: 0
      - 0.00% of capacity
  - Graduates/Performance
    - Graduates (Traditional): 0
    - Graduation Rate (Traditional): 0.00%
    - Graduates (WIOA): 0
    - Graduation Rate (WIOA): 0.00%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings:
  - Safety Information
    - Assaults: 7
    - Deaths: 0
    - Drug-Related Incidents: 4
    - Sexual Assaults: 1
    - Thefts or damage to property, the center, staff, or a student: 1
  - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 82.35
    - Actual FTE: 67.08

# Illinois

## Centers: JOLIET & PAUL SIMON

### Senators Dick Durbin & Tammy Duckworth

*\*USDA FS Contract*

*\*\*Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined*

- **JOLIET** *(In the district of Representative Lauren Underwood (IL-14))*
  - o Contract: 05/01/2021-05/31/2026. Real Estate: Leased.
  - o Cost
    - Yearly Cost (Pre Broader JC Costs): $4,670,626.99
    - Yearly Cost (Prorated): $6,265,797.42
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $179,022.78
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $118,222.59
    - Cost Per Enrollee: $24,963.34
    - Unfunded Backlog: $42,591,988.00
  - o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 251
    - Planned # of onboarded students: 255
    - Actual # of onboarded students: 109
      - 42.75% of capacity
  - o Graduates/Performance
    - Graduates (Traditional): 35
    - Graduation Rate (Traditional): 17.86%
    - Graduates (WIOA): 53
    - Graduation Rate (WIOA): 27.04%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $14,341.08
  - o Safety Information
    - Assaults: 24
    - Deaths: 0
    - Drug-Related Incidents: 20
    - Sexual Assaults: 3
    - Thefts or damage to property, the center, staff, or a student: 4
  - o Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 99.53
    - Actual FTE: 63.00
- **PAUL SIMON** *(In the district of Representative Jesus "Chuy" Garcia (IL-04))*
  - o Contract: 04/01/2022-04/30/2027. Real Estate: Owned.
  - o Cost
    - Yearly Cost (Pre Broader JC Costs): $10,175,704.43
    - Yearly Cost (Prorated): $13,651,037.16
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $156,908.47
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $142,198.30
    - Cost Per Enrollee: $38,238.20

- Unfunded Backlog: $4,660,989.00
- Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
  - Enrollees in PY 2023 (Students Served Report EIS): 357
  - Planned # of onboarded students: 338
  - Actual # of onboarded students: 69
    - 20.41% of capacity
- Graduates/Performance
  - Graduates (Traditional): 87
  - Graduation Rate (Traditional): 29.19%
  - Graduates (WIOA): 96
  - Graduation Rate (WIOA): 32.21%
  - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $15,753.84
- Safety Information
  - Assaults: 18
  - Deaths: 1
  - Drug-Related Incidents: 31
  - Sexual Assaults: 0
  - Thefts or damage to property, the center, staff, or a student: 4
- Current Employee Information (Estimated) (USDA Data Missing)
  - Contracted FTE: 152.54
  - Actual FTE: 152.30

INTERNAL DRAFT 5/9/25

# Indiana

## Centers: ATTERBURY** & INDYPENDENCE**

### Senators Todd Young & Jim Banks

*\*USDA FS Contract*

*\*\*Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined*

---

- **ATTERBURY\*\*** *(In the district of Representative Jefferson Shreve (IN-06))*
  - ○ Contract: 07/01/2019-11/30/2024. Real Estate: Owned.
  - ○ Cost
    - Yearly Cost (Pre Broader JC Costs): $20,031,446.65
    - Yearly Cost (Prorated): $26,872,834.64
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $203,582.08
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $169,011.54
    - Cost Per Enrollee: $54,730.82
    - Unfunded Backlog: $15,213,614.00
  - ○ Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 491
    - Planned # of onboarded students: 410
    - Actual # of onboarded students: 194
      - 47.32% of capacity
  - ○ Graduates/Performance
    - Graduates (Traditional): 132
    - Graduation Rate (Traditional): 27.39%
    - Graduates (WIOA): 159
    - Graduation Rate (WIOA): 32.99%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $8,087.72
  - ○ Safety Information
    - Assaults: 36
    - Deaths: 0
    - Drug-Related Incidents: 56
    - Sexual Assaults: 3
    - Thefts or damage to property, the center, staff, or a student: 28
  - ○ Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 196.15
    - Actual FTE: 177.13
- **INDYPENDENCE\*\*** *(In the district of Representative Andre Carson (IN-07))*
  - ○ Contract: 07/01/2019-11/30/2024. Real Estate: Owned.
  - ○ Cost
    - Yearly Cost (Pre Broader JC Costs): $20,031,446.65
    - Yearly Cost (Prorated): $26,872,834.64
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $203,582.08
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $169,011.54
    - Cost Per Enrollee: $54,730.82

- Unfunded Backlog: $0.00
- o <u>Current Enrollees/Planned # of Students [Onboard Strength (OBS)]</u>
  - Enrollees in PY 2023 (Students Served Report EIS): 491
  - Planned # of onboarded students: 100
  - Actual # of onboarded students: 14
    - 14.00% of capacity
- o <u>Graduates/Performance</u>
  - Graduates (Traditional): 132
  - Graduation Rate (Traditional): 27.39%
  - Graduates (WIOA): 159
  - Graduation Rate (WIOA): 32.99%
  - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $8,088.72
- o <u>Safety Information</u>
  - Assaults: 2
  - Deaths: 0
  - Drug-Related Incidents: 7
  - Sexual Assaults: 0
  - Thefts or damage to property, the center, staff, or a student: 2
- o <u>Current Employee Information (Estimated) (USDA Data Missing)</u>
  - Contracted FTE: 17.50
  - Actual FTE: 15.00

INTERNAL DRAFT 5/9/25

# Iowa
## Centers: DENISON & OTTUMWA
### Senators Chuck Grassley & Joni Ernst

*\*USDA FS Contract*

*\*\*Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined*

---

- **DENISON** *(In the district of Representative Randy Feenstra (IA-04))*
  - Contract: 08/16/2023-08/31/2025. Real Estate: Owned.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $9,822,658.95
    - Yearly Cost (Prorated): $13,177,415.21
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $263,548.30
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $193,785.52
    - Cost Per Enrollee: $57,045.09
    - Unfunded Backlog: $4,424,631.00
  - Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 231
    - Planned # of onboarded students: 282
    - Actual # of onboarded students: 134
      - 47.52% of capacity
  - Graduates/Performance
    - Graduates (Traditional): 50
    - Graduation Rate (Traditional): 25.91%
    - Graduates (WIOA): 68
    - Graduation Rate (WIOA): 35.23%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $19,032.44
  - Safety Information
    - Assaults: 13
    - Deaths: 0
    - Drug-Related Incidents: 11
    - Sexual Assaults: 1
    - Thefts or damage to property, the center, staff, or a student: 22
  - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 124.36
    - Actual FTE: 116.00
- **OTTUMWA** *(In the district of Representative Zachary Nunn (IA-03))*
  - Contract: 06/01/2023-05/31/2028. Real Estate: Owned.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $7,565,492.81
    - Yearly Cost (Prorated): $10,149,353.71
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $106,835.30
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $91,435.62
    - Cost Per Enrollee: $46,133.43

- Unfunded Backlog: $641,529.00
  - Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 220
    - Planned # of onboarded students: 237
    - Actual # of onboarded students: 165
      - 69.62% of capacity
  - Graduates/Performance
    - Graduates (Traditional): 95
    - Graduation Rate (Traditional): 43.98%
    - Graduates (WIOA): 111
    - Graduation Rate (WIOA): 51.39%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $22,964.76
  - Safety Information
    - Assaults: 6
    - Deaths: 0
    - Drug-Related Incidents: 10
    - Sexual Assaults: 0
    - Thefts or damage to property, the center, staff, or a student: 2
  - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 111.95
    - Actual FTE: 101.00

INTERNAL DRAFT 5/9/25

# Kansas

## Centers: FLINT HILLS

### Senators Jerry Moran & Roger Marshall

*\*USDA FS Contract*

*\*\*Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined*

- **FLINT HILLS** *(In the district of Representative Tracey Mann (KS-01))*
  - Contract: 06/01/2021-05/31/2026. Real Estate: Leased.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $4,811,917.80
    - Yearly Cost (Prorated): $6,455,343.62
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $102,465.77
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $90,920.33
    - Cost Per Enrollee: $23,997.56
    - Unfunded Backlog: $2,010,511.00
  - Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 269
    - Planned # of onboarded students: 217
    - Actual # of onboarded students: 97
      - 44.70% of capacity
  - Graduates/Performance
    - Graduates (Traditional): 63
    - Graduation Rate (Traditional): 31.82%
    - Graduates (WIOA): 71
    - Graduation Rate (WIOA): 35.86%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $16,360.60
  - Safety Information
    - Assaults: 20
    - Deaths: 0
    - Drug-Related Incidents: 25
    - Sexual Assaults: 1
    - Thefts or damage to property, the center, staff, or a student: 8
  - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 129.28
    - Actual FTE: 116.00

# Kentucky

## Centers: CARL D. PERKINS, EARL C. CLEMENTS, FRENCHBURG*, GREAT ONYX*, MUHLENBERG, PINE KNOT*, & WHITNEY M. YOUNG

Senators Mitch McConnell & Rand Paul

*USDA FS Contract*

**Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined*

- **CARL D. PERKINS** *(In the district of Representative Harold Rogers (KY-05))*
  - Contract: 04/01/2021-03/31/2026. Real Estate: Leased.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $8,458,410.03
    - Yearly Cost (Prorated): $11,347,231.08
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $166,871.05
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $119,444.54
    - Cost Per Enrollee: $81,051.65
    - Unfunded Backlog: $4,612,371.00
  - Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 140
    - Planned # of onboarded students: 235
    - Actual # of onboarded students: 91
      - 38.72% of capacity
  - Graduates/Performance
    - Graduates (Traditional): 68
    - Graduation Rate (Traditional): 39.77%
    - Graduates (WIOA): 95
    - Graduation Rate (WIOA): 55.56%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $16,507.44
  - Safety Information
    - Assaults: 7
    - Deaths: 0
    - Drug-Related Incidents: 10
    - Sexual Assaults: 0
    - Thefts or damage to property, the center, staff, or a student: 5
  - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 116.00
    - Actual FTE: 111.00
- **EARLE C. CLEMENTS** *(In the district of Representative James Comer (KY-01))*
  - Contract: 02/01/2024-01/31/2029. Real Estate: Owned.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $32,086,477.88
    - Yearly Cost (Prorated): $43,045,049.59
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $181,624.68

- Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $161,217.41
- Cost Per Enrollee: $65,517.58
- Unfunded Backlog: $2,979,778.00
- o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 657
    - Planned # of onboarded students: 1022
    - Actual # of onboarded students: 316
        - 30.92% of capacity
- o Graduates/Performance
    - Graduates (Traditional): 237
    - Graduation Rate (Traditional): 42.32%
    - Graduates (WIOA): 267
    - Graduation Rate (WIOA): 47.68%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $13,243.36
- o Safety Information
    - Assaults: 24
    - Deaths: 1
    - Drug-Related Incidents: 32
    - Sexual Assaults: 1
    - Thefts or damage to property, the center, staff, or a student: 16
- o Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 366.03
    - Actual FTE: 330.48
- **FRENCHBURG*** *(In the district of Representative Harold Rogers (KY-05))*
    - o Contract: N/A-N/A. Real Estate: Leased.
    - o Cost
        - Yearly Cost (Pre Broader JC Costs): $6,881,112.87
        - Yearly Cost (Prorated): $9,231,235.84
        - Cost Per Graduate (Traditional - Separation Analysis, EIS): $384,634.83
        - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $307,707.86
        - Cost Per Enrollee: $90,502.31
        - Unfunded Backlog: $1,226,883.00
    - o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
        - Enrollees in PY 2023 (Students Served Report EIS): 102
        - Planned # of onboarded students: 100
        - Actual # of onboarded students: 41
            - 41.00% of capacity
    - o Graduates/Performance
        - Graduates (Traditional): 24
        - Graduation Rate (Traditional): 28.24%
        - Graduates (WIOA): 30
        - Graduation Rate (WIOA): 35.29%
        - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $7,412.56
    - o Safety Information
        - Assaults: 6
        - Deaths: 0
        - Drug-Related Incidents: 6

INTERNAL DRAFT 5/9/25

- Sexual Assaults: 1
- Thefts or damage to property, the center, staff, or a student: 0
  - o Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 54.00
    - Actual FTE: 54.00
- **GREAT ONYX*** *(In the district of Representative Brett Guthrie (KY-02))*
  - o Contract: N/A-N/A. Real Estate: Owned.
  - o Cost
    - Yearly Cost (Pre Broader JC Costs): $6,569,196.26
    - Yearly Cost (Prorated): $8,812,789.61
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $191,582.38
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $179,852.85
    - Cost Per Enrollee: $42,989.22
    - Unfunded Backlog: $2,978,314.00
  - o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 205
    - Planned # of onboarded students: 151
    - Actual # of onboarded students: 75
      - 49.67% of capacity
  - o Graduates/Performance
    - Graduates (Traditional): 46
    - Graduation Rate (Traditional): 32.39%
    - Graduates (WIOA): 49
    - Graduation Rate (WIOA): 32.39%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $16,555.64
  - o Safety Information
    - Assaults: 11
    - Deaths: 0
    - Drug-Related Incidents: 12
    - Sexual Assaults: 0
    - Thefts or damage to property, the center, staff, or a student: 3
  - o Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 57.00
    - Actual FTE: 45.00
- **MUHLENBERG** *(In the district of Representative Brett Guthrie (KY-02))*
  - o Contract: 02/01/2022-01/31/2026. Real Estate: Owned.
  - o Cost
    - Yearly Cost (Pre Broader JC Costs): $10,958,261.87
    - Yearly Cost (Prorated): $14,700,863.32
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $240,997.76
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $188,472.61
    - Cost Per Enrollee: $67,745.91
    - Unfunded Backlog: $15,029,753.00
  - o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 217
    - Planned # of onboarded students: 130
    - Actual # of onboarded students: 122

- 93.85% of capacity
    - o <u>Graduates/Performance</u>
        - Graduates (Traditional): 61
        - Graduation Rate (Traditional): 32.28%
        - Graduates (WIOA): 78
        - Graduation Rate (WIOA): 41.27%
        - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $14,331.28
    - o <u>Safety Information</u>
        - Assaults: 9
        - Deaths: 0
        - Drug-Related Incidents: 10
        - Sexual Assaults: 3
        - Thefts or damage to property, the center, staff, or a student: 5
    - o <u>Current Employee Information (Estimated) (USDA Data Missing)</u>
        - Contracted FTE: 155.17
        - Actual FTE: 142.50
- **PINE KNOT\*** *(In the district of Representative Harold Rogers (KY-05))*
    - o <u>Contract</u>: N/A-N/A. <u>Real Estate</u>: Owned.
    - o <u>Cost</u>
        - Yearly Cost (Pre Broader JC Costs): $7,402,066.36
        - Yearly Cost (Prorated): $9,930,111.83
        - Cost Per Graduate (Traditional - Separation Analysis, EIS): $496,505.59
        - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $300,912.48
        - Cost Per Enrollee: $45,342.98
        - Unfunded Backlog: $2,369,301.00
    - o <u>Current Enrollees/Planned # of Students [Onboard Strength (OBS)]</u>
        - Enrollees in PY 2023 (Students Served Report EIS): 219
        - Planned # of onboarded students: 160
        - Actual # of onboarded students: 75
            - 46.88% of capacity
    - o <u>Graduates/Performance</u>
        - Graduates (Traditional): 20
        - Graduation Rate (Traditional): 14.71%
        - Graduates (WIOA): 33
        - Graduation Rate (WIOA): 24.26%
        - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $12,929.12
    - o <u>Safety Information</u>
        - Assaults: 9
        - Deaths: 0
        - Drug-Related Incidents: 13
        - Sexual Assaults: 4
        - Thefts or damage to property, the center, staff, or a student: 4
    - o <u>Current Employee Information (Estimated) (USDA Data Missing)</u>
        - Contracted FTE: 56.00
        - Actual FTE: 54.00
- **WHITNEY M. YOUNG** *(In the district of Representative Thomas Massie (KY-04))*
    - o <u>Contract</u>: 02/01/2023-01/31/2028. <u>Real Estate</u>: Leased.

INTERNAL DRAFT 5/9/25

- Cost
  - Yearly Cost (Pre Broader JC Costs): $10,487,292.78
  - Yearly Cost (Prorated): $14,069,043.02
  - Cost Per Graduate (Traditional - Separation Analysis, EIS): $145,041.68
  - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $130,268.92
  - Cost Per Enrollee: $53,494.46
  - Unfunded Backlog: $4,958,582.00
- Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
  - Enrollees in PY 2023 (Students Served Report EIS): 263
  - Planned # of onboarded students: 318
  - Actual # of onboarded students: 126
    - 39.62% of capacity
- Graduates/Performance
  - Graduates (Traditional): 97
  - Graduation Rate (Traditional): 39.59%
  - Graduates (WIOA): 108
  - Graduation Rate (WIOA): 44.08%
  - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $10,542.60
  - Safety Information
    - Assaults: 12
    - Deaths: 0
    - Drug-Related Incidents: 17
    - Sexual Assaults: 2
    - Thefts or damage to property, the center, staff, or a student: 2
  - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 0.00
    - Actual FTE: 0.00

INTERNAL DRAFT 5/9/25

# Louisiana
## Centers: CARVILLE, NEW ORLEANS, & SHREVEPORT
### Senators Bill Cassidy & John Kennedy

*\*USDA FS Contract*

*\*\*Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined*

- **CARVILLE** *(In the district of Representative Troy Carter (LA-02))*
  - Contract: 07/01/2023-12/31/2025. Real Estate: Owned.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $3,280,823.56
    - Yearly Cost (Prorated): $4,401,331.10
    - Cost Per Graduate (Traditional - Separation Analysis, EIS):
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation):
    - Cost Per Enrollee:
    - Unfunded Backlog: $2,562,138.00
  - Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 0
    - Planned # of onboarded students: 153
    - Actual # of onboarded students: 0
      - 0.00% of capacity
  - Graduates/Performance
    - Graduates (Traditional):
    - Graduation Rate (Traditional): 0.00%
    - Graduates (WIOA): 0
    - Graduation Rate (WIOA): 0.00%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings:
  - Safety Information
    - Assaults: 0
    - Deaths: 0
    - Drug-Related Incidents: 0
    - Sexual Assaults: 0
    - Thefts or damage to property, the center, staff, or a student: 0
  - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 0.00
    - Actual FTE: 0.00
- **NEW ORLEANS** *(In the district of Representative Troy Carter (LA-02))*
  - Contract: 09/01/2022-08/31/2027. Real Estate: Leased.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $6,010,710.00
    - Yearly Cost (Prorated): $8,063,562.20
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $164,562.49
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $155,068.50
    - Cost Per Enrollee: $30,314.14

- Unfunded Backlog: $3,725,316.00
  - o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 266
    - Planned # of onboarded students: 186
    - Actual # of onboarded students: 75
      - 40.32% of capacity
  - o Graduates/Performance
    - Graduates (Traditional): 49
    - Graduation Rate (Traditional): 26.49%
    - Graduates (WIOA): 52
    - Graduation Rate (WIOA): 28.11%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $17,736.00
  - o Safety Information
    - Assaults: 7
    - Deaths: 0
    - Drug-Related Incidents: 21
    - Sexual Assaults: 3
    - Thefts or damage to property, the center, staff, or a student: 2
  - o Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 65.88
    - Actual FTE: 60.38
- **SHREVEPORT** *(In the district of Representative Cleo Fields (LA-06))*
  - o Contract: 09/01/2022-08/31/2027. Real Estate: Leased.
  - o Cost
    - Yearly Cost (Pre Broader JC Costs): $10,671,329.77
    - Yearly Cost (Prorated): $14,315,934.61
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $246,826.46
    - Cost Per Graduate (WIOA – Includes Expulsion / Nonvoluntary Separation): $128,972.38
    - Cost Per Enrollee: $33,138.74
    - Unfunded Backlog: $26,670,876.00
  - o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 432
    - Planned # of onboarded students: 285
    - Actual # of onboarded students: 149
      - 52.28% of capacity
  - o Graduates/Performance
    - Graduates (Traditional): 101
    - Graduation Rate (Traditional): 16.57%
    - Graduates (WIOA): 111
    - Graduation Rate (WIOA): 31.71%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $10,880.00
  - o Safety Information
    - Assaults: 18
    - Deaths: 0
    - Drug-Related Incidents: 55
    - Sexual Assaults: 1
    - Thefts or damage to property, the center, staff, or a student: 5

INTERNAL DRAFT 5/9/25

- <u>Current Employee Information (Estimated) (USDA Data Missing)</u>
    - Contracted FTE: 130.56
    - Actual FTE: 120.84

# Maine

## Centers: LORING

### Senators Susan Collins & Angus King

*USDA FS Contract

**Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined

---

- **LORING** *(In the district of Representative Jared Golden (ME-02))*
  - Contract: 11/01/2021-10/31/2026. Real Estate: Owned.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $10,425,618.42
    - Yearly Cost (Prorated): $13,986,304.87
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $237,056.01
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $208,750.82
    - Cost Per Enrollee: $57,794.65
    - Unfunded Backlog: $4,087,986.00
  - Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 242
    - Planned # of onboarded students: 256
    - Actual # of onboarded students: 135
      - 52.73% of capacity
  - Graduates/Performance
    - Graduates (Traditional): 59
    - Graduation Rate (Traditional): 33.71%
    - Graduates (WIOA): 67
    - Graduation Rate (WIOA): 38.29%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $19,821.92
  - Safety Information
    - Assaults: 7
    - Deaths: 0
    - Drug-Related Incidents: 26
    - Sexual Assaults: 0
    - Thefts or damage to property, the center, staff, or a student: 5
  - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 134.47
    - Actual FTE: 125.82
- **PENOBSCOT** *(In the district of Representative Jared Golden (ME-02))*
  - Contract: 04/01/2024-05/31/2029. Real Estate: Owned.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $12,617,869.53
    - Yearly Cost (Prorated): $16,927,280.76
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $252,645.98
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $214,269.38
    - Cost Per Enrollee: $88,162.92

- Unfunded Backlog: $7,382,776.00
- o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
  - Enrollees in PY 2023 (Students Served Report EIS): 192
  - Planned # of onboarded students: 273
  - Actual # of onboarded students: 116
    - 42.49% of capacity
- o Graduates/Performance
  - Graduates (Traditional): 67
  - Graduation Rate (Traditional): 41.36%
  - Graduates (WIOA): 79
  - Graduation Rate (WIOA): 48.77%
  - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $15,127.64
- o Safety Information
  - Assaults: 7
  - Deaths: 0
  - Drug-Related Incidents: 13
  - Sexual Assaults: 4
  - Thefts or damage to property, the center, staff, or a student: 23
- o Current Employee Information (Estimated) (USDA Data Missing)
  - Contracted FTE: 132.89
  - Actual FTE: 117.20

INTERNAL DRAFT 5/9/25

# Maryland

## Centers: WOODLAND & WOODSTOCK

### Senators Chris Van Hollen & Angela Alsobrooks

*\*USDA FS Contract*

*\*\*Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined*

- **WOODLAND** *(In the district of Representative Steny Hoyer (MD-05))*
  - Contract: 09/16/2023-03/31/2025. Real Estate: Owned.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $12,493,233.55
    - Yearly Cost (Prorated): $16,760,077.55
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $372,446.17
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $229,590.10
    - Cost Per Enrollee: $49,294.35
    - Unfunded Backlog: $14,701,671.00
  - Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 340
    - Planned # of onboarded students: 300
    - Actual # of onboarded students: 123
      - 41.00% of capacity
  - Graduates/Performance
    - Graduates (Traditional): Woodland
    - Graduation Rate (Traditional): 18.52%
    - Graduates (WIOA): 73
    - Graduation Rate (WIOA): 30.04%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $12,240.00
  - Safety Information
    - Assaults: 25
    - Deaths: 0
    - Drug-Related Incidents: 29
    - Sexual Assaults: 1
    - Thefts or damage to property, the center, staff, or a student: 2
  - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 113.78
    - Actual FTE: 104.40
- **WOODSTOCK** *(In the district of Representative Johnny Olszewski, Jr. (MD-02))*
  - Contract: 09/16/2023-03/15/2025. Real Estate: Owned.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $12,395,164.00
    - Yearly Cost (Prorated): $16,628,514.07
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $202,786.76
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $159,889.56
    - Cost Per Enrollee: $43,990.78

- Unfunded Backlog: $11,356,888.00
- Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
  - Enrollees in PY 2023 (Students Served Report EIS): 378
  - Planned # of onboarded students: 428
  - Actual # of onboarded students: 181
    - 42.29% of capacity
- Graduates/Performance
  - Graduates (Traditional): 82
  - Graduation Rate (Traditional): 32.93%
  - Graduates (WIOA): 104
  - Graduation Rate (WIOA): 41.77%
  - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $14,060.48
- Safety Information
  - Assaults: 18
  - Deaths: 0
  - Drug-Related Incidents: 30
  - Sexual Assaults: 1
  - Thefts or damage to property, the center, staff, or a student: 42
- Current Employee Information (Estimated) (USDA Data Missing)
  - Contracted FTE: 0.00
  - Actual FTE: 0.00

INTERNAL DRAFT 5/9/25

# Massachusetts
## Centers: GRAFTON, SARGENT SHRIVER, & WESTOVER
### Senators Elizabeth Warren & Ed Markey

*\*USDA FS Contract*

*\*\*Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined*

- **GRAFTON** *(In the district of Representative James McGovern (MA-02))*
  - Contract: 02/01/2024-01/31/2029. Real Estate: Owned.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $11,916,376.26
    - Yearly Cost (Prorated): $15,986,204.81
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $133,218.37
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $118,416.33
    - Cost Per Enrollee: $47,436.81
    - Unfunded Backlog: $3,546,703.00
  - Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 337
    - Planned # of onboarded students: 237
    - Actual # of onboarded students: 156
      - 65.82% of capacity
  - Graduates/Performance
    - Graduates (Traditional): 120
    - Graduation Rate (Traditional): 42.70%
    - Graduates (WIOA): 135
    - Graduation Rate (WIOA): 48.04%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $20,583.28
  - Safety Information
    - Assaults: 6
    - Deaths: 1
    - Drug-Related Incidents: 29
    - Sexual Assaults: 2
    - Thefts or damage to property, the center, staff, or a student: 14
  - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 114.29
    - Actual FTE: 106.79
- **SARGENT SHRIVER** *(In the district of Representative Lori Trahan (MA-03))*
  - Contract: N/A-N/A. Real Estate: Owned.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $12,205,123.91
    - Yearly Cost (Prorated): $16,373,569.14
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $76,156.14
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $218,314.26
    - Cost Per Enrollee: $51,651.64

- - Unfunded Backlog: $6,595,214.00
  - o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 317
    - Planned # of onboarded students: 300
    - Actual # of onboarded students: 157
      - 52.33% of capacity
  - o Graduates/Performance
    - Graduates (Traditional): 58
    - Graduation Rate (Traditional): 89.58%
    - Graduates (WIOA): 75
    - Graduation Rate (WIOA): 31.25%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $19,800.00
  - o Safety Information
    - Assaults: 33
    - Deaths: 0
    - Drug-Related Incidents: 33
    - Sexual Assaults: 0
    - Thefts or damage to property, the center, staff, or a student: 6
  - o Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 124.03
    - Actual FTE: 109.53
- **WESTOVER** *(In the district of Representative Richard Neal (MA-01))*
  - o Contract: 11/01/2022-11/30/2027. Real Estate: Owned.
  - o Cost
    - Yearly Cost (Pre Broader JC Costs): $17,248,634.89
    - Yearly Cost (Prorated): $23,139,602.51
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $149,287.76
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $135,319.31
    - Cost Per Enrollee: $49,128.67
    - Unfunded Backlog: $72,644,064.00
  - o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 471
    - Planned # of onboarded students: 402
    - Actual # of onboarded students: 245
      - 60.95% of capacity
  - o Graduates/Performance
    - Graduates (Traditional): 155
    - Graduation Rate (Traditional): 36.47%
    - Graduates (WIOA): 171
    - Graduation Rate (WIOA): 40.24%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $14,789.72
  - o Safety Information
    - Assaults: 24
    - Deaths: 0
    - Drug-Related Incidents: 39
    - Sexual Assaults: 3
    - Thefts or damage to property, the center, staff, or a student: 13

INTERNAL DRAFT 5/9/25

- o <u>Current Employee Information (Estimated) (USDA Data Missing)</u>
  - Contracted FTE: 172.45
  - Actual FTE: 164.30

# Michigan
## Centers: DETROIT, FLINT/GENESEE, & GERALD R. FORD
### Senators Gary Peters & Elissa Slotkin

*\*USDA FS Contract*

*\*\*Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined*

- **DETROIT** *(In the district of Representative Shri Thanedar (MI-13))*
  - Contract: 08/01/2020-08/31/2025. Real Estate: Leased.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $11,872,579.93
    - Yearly Cost (Prorated): $15,927,450.62
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $157,697.53
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $134,978.40
    - Cost Per Enrollee: $49,618.23
    - Unfunded Backlog: $4,066,432.00
  - Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 321
    - Planned # of onboarded students: 298
    - Actual # of onboarded students: 125
      - 41.95% of capacity
  - Graduates/Performance
    - Graduates (Traditional): 101
    - Graduation Rate (Traditional): 36.73%
    - Graduates (WIOA): 118
    - Graduation Rate (WIOA): 42.91%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $9,789.08
  - Safety Information
    - Assaults: 19
    - Deaths: 0
    - Drug-Related Incidents: 35
    - Sexual Assaults: 5
    - Thefts or damage to property, the center, staff, or a student: 16
  - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 148.55
    - Actual FTE: 130.00
- **FLINT/GENESEE** *(In the district of Representative Kristen McDonald Rivey (MI-08))*
  - Contract: 08/01/2020-08/31/2025. Real Estate: Owned.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $11,391,042.41
    - Yearly Cost (Prorated): $15,281,452.43
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $179,781.79
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $152,814.52
    - Cost Per Enrollee: $66,153.47

- - - Unfunded Backlog: $2,886,377.00
  - o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 231
    - Planned # of onboarded students: 307
    - Actual # of onboarded students: 133
      - 43.32% of capacity
  - o Graduates/Performance
    - Graduates (Traditional): 85
    - Graduation Rate (Traditional): 40.67%
    - Graduates (WIOA): 100
    - Graduation Rate (WIOA): 47.85%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $12,449.96
  - o Safety Information
    - Assaults: 11
    - Deaths: 0
    - Drug-Related Incidents: 21
    - Sexual Assaults: 1
    - Thefts or damage to property, the center, staff, or a student: 2
  - o Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 154.10
    - Actual FTE: 153.50
- **GERALD R. FORD** *(In the district of Representative Hillary Scholten (MI-03))*
  - o Contract: 10/01/2023-09/30/2028. Real Estate: Owned.
  - o Cost
    - Yearly Cost (Pre Broader JC Costs): $10,001,810.50
    - Yearly Cost (Prorated): $13,417,752.82
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $516,067.42
    - Cost Per Graduate (WIOA – Includes Expulsion / Nonvoluntary Separation): $327,262.26
    - Cost Per Enrollee: $64,508.43
    - Unfunded Backlog: $4,695,354.00
  - o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 208
    - Planned # of onboarded students: 212
    - Actual # of onboarded students: 97
      - 45.75% of capacity
  - o Graduates/Performance
    - Graduates (Traditional): 26
    - Graduation Rate (Traditional): 15.12%
    - Graduates (WIOA): 41
    - Graduation Rate (WIOA): 23.84%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $9,284.04
  - o Safety Information
    - Assaults: 20
    - Deaths: 0
    - Drug-Related Incidents: 33
    - Sexual Assaults: 2
    - Thefts or damage to property, the center, staff, or a student: 6

- o <u>Current Employee Information (Estimated) (USDA Data Missing)</u>
  - Contracted FTE: 117.25
  - Actual FTE: 104.00

# Minnesota

## Centers: HUBERT H HUMPHREY

Senators Amy Klobuchar & Tina Smith

*\*USDA FS Contract*

*\*\*Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined*

- **HUBERT H HUMPHREY** *(In the district of Representative Betty McCollum (MN-04))*
  - Contract: 02/01/2021-02/28/2026. Real Estate: Owned.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $9,921,095.79
    - Yearly Cost (Prorated): $13,309,471.42
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $179,857.72
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $134,439.11
    - Cost Per Enrollee: $61,617.92
    - Unfunded Backlog: $2,266,867.00
  - Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 216
    - Planned # of onboarded students: 264
    - Actual # of onboarded students: 123
      - 46.59% of capacity
  - Graduates/Performance
    - Graduates (Traditional): 74
    - Graduation Rate (Traditional): 35.41%
    - Graduates (WIOA): 99
    - Graduation Rate (WIOA): 47.37%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $20,758.72
  - Safety Information
    - Assaults: 9
    - Deaths: 0
    - Drug-Related Incidents: 18
    - Sexual Assaults: 3
    - Thefts or damage to property, the center, staff, or a student: 8
  - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 112.90
    - Actual FTE: 107.70

# Mississippi

## Centers: FINCH-HENRY, GULFPORT, & MISSISSIPPI

### Senators Roger Wicker & Cindy Hyde-Smith

*\*USDA FS Contract*

*\*\*Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined*

---

- **FINCH-HENRY** *(In the district of Representative Bennie Thompson (MS-02))*
  - Contract: 03/01/2024-02/28/2029. Real Estate: Leased.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $8,307,831.43
    - Yearly Cost (Prorated): $11,145,225.01
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $188,902.12
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $163,900.37
    - Cost Per Enrollee: $53,841.67
    - Unfunded Backlog: $14,804,609.00
  - Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 207
    - Planned # of onboarded students: 226
    - Actual # of onboarded students: 92
      - 40.71% of capacity
  - Graduates/Performance
    - Graduates (Traditional): 59
    - Graduation Rate (Traditional): 27.70%
    - Graduates (WIOA): 68
    - Graduation Rate (WIOA): 31.92%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $8,397.60
  - Safety Information
    - Assaults: 15
    - Deaths: 0
    - Drug-Related Incidents: 28
    - Sexual Assaults: 0
    - Thefts or damage to property, the center, staff, or a student: 1
  - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 113.95
    - Actual FTE: 107.95
- **GULFPORT** *(In the district of Representative Mike Ezell (MS-04))*
  - Contract: 10/01/2020-09/30/2025. Real Estate: Owned.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $4,793,756.76
    - Yearly Cost (Prorated): $6,430,980.00
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $178,638.33
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $139,803.91
    - Cost Per Enrollee: $42,032.55

- Unfunded Backlog: $601,467.00
  - o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 153
    - Planned # of onboarded students: 107
    - Actual # of onboarded students: 43
      - 40.19% of capacity
  - o Graduates/Performance
    - Graduates (Traditional): 36
    - Graduation Rate (Traditional): 29.75%
    - Graduates (WIOA): 46
    - Graduation Rate (WIOA): 38.02%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $10,072.80
  - o Safety Information
    - Assaults: 11
    - Deaths: 0
    - Drug-Related Incidents: 1
    - Sexual Assaults: 1
    - Thefts or damage to property, the center, staff, or a student: 10
  - o Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 73.00
    - Actual FTE: 68.50
- **MISSISSIPPI** *(In the district of Representative Bennie Thompson (MS-02))*
  - o Contract: 05/01/2021-05/31/2026. Real Estate: Leased.
  - o Cost
    - Yearly Cost (Pre Broader JC Costs): $8,913,165.46
    - Yearly Cost (Prorated): $11,957,300.23
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $157,332.90
    - Cost Per Graduate (WIOA – Includes Expulsion / Nonvoluntary Separation): $139,038.37
    - Cost Per Enrollee: $33,214.72
    - Unfunded Backlog: $3,429,610.00
  - o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 360
    - Planned # of onboarded students: 292
    - Actual # of onboarded students: 152
      - 52.05% of capacity
  - o Graduates/Performance
    - Graduates (Traditional): 76
    - Graduation Rate (Traditional): 26.12%
    - Graduates (WIOA): 86
    - Graduation Rate (WIOA): 29.55%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $9,129.44
  - o Safety Information
    - Assaults: 32
    - Deaths: 0
    - Drug-Related Incidents: 21
    - Sexual Assaults: 2
    - Thefts or damage to property, the center, staff, or a student: 5

INTERNAL DRAFT 5/9/25

- o <u>Current Employee Information (Estimated) (USDA Data Missing)</u>
  - Contracted FTE: 119.15
  - Actual FTE: 116.50

000478

# Missouri

## Centers: EXCELSIOR SPRINGS, MINGO*, & ST LOUIS

### Senators Josh Hawley & Eric Schmitt

*USDA FS Contract

**Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined

- **EXCELSIOR SPRINGS** *(In the district of Representative Sam Graves (MO-06))*
  - o Contract: 10/01/2022-09/30/2027. Real Estate: Owned.
  - o Cost
    - Yearly Cost (Pre Broader JC Costs): $14,549,633.28
    - Yearly Cost (Prorated): $19,518,804.41
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $151,308.56
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $127,573.89
    - Cost Per Enrollee: $47,033.26
    - Unfunded Backlog: $4,952,320.00
  - o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 415
    - Planned # of onboarded students: 436
    - Actual # of onboarded students: 178
      - 40.83% of capacity
  - o Graduates/Performance
    - Graduates (Traditional): 129
    - Graduation Rate (Traditional): 37.83%
    - Graduates (WIOA): 153
    - Graduation Rate (WIOA): 44.87%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $16,525.84
  - o Safety Information
    - Assaults: 19
    - Deaths: 0
    - Drug-Related Incidents: 33
    - Sexual Assaults: 1
    - Thefts or damage to property, the center, staff, or a student: 42
  - o Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 196.88
    - Actual FTE: 181.08
- **MINGO*** *(In the district of Representative Jason Smith (MO-08))*
  - o Contract: N/A-N/A. Real Estate: Owned.
  - o Cost
    - Yearly Cost (Pre Broader JC Costs): $7,002,608.61
    - Yearly Cost (Prorated): $9,394,226.32
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $253,898.01
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $218,470.38
    - Cost Per Enrollee: $48,423.85

- Unfunded Backlog: $2,016,310.00
  - o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 194
    - Planned # of onboarded students: 144
    - Actual # of onboarded students: 46
      - 31.94% of capacity
  - o Graduates/Performance
    - Graduates (Traditional): 37
    - Graduation Rate (Traditional): 30.08%
    - Graduates (WIOA): 43
    - Graduation Rate (WIOA): 34.96%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $15,732.08
  - o Safety Information
    - Assaults: 10
    - Deaths: 0
    - Drug-Related Incidents: 3
    - Sexual Assaults: 1
    - Thefts or damage to property, the center, staff, or a student: 1
  - o Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 0.00
    - Actual FTE: 0.00
- **ST LOUIS** *(In the district of Representative Wesley Bell (MO-01))*
  - o Contract: 09/01/2019-12/31/2024. Real Estate: Owned.
  - o Cost
    - Yearly Cost (Pre Broader JC Costs): $16,801,586.78
    - Yearly Cost (Prorated): $22,539,872.99
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $265,174.98
    - Cost Per Graduate (WIOA – Includes Expulsion / Nonvoluntary Separation): $197,718.18
    - Cost Per Enrollee: $63,671.96
    - Unfunded Backlog: $44,811,102.00
  - o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 354
    - Planned # of onboarded students: 450
    - Actual # of onboarded students: 148
      - 32.89% of capacity
  - o Graduates/Performance
    - Graduates (Traditional): 85
    - Graduation Rate (Traditional): 26.90%
    - Graduates (WIOA): 114
    - Graduation Rate (WIOA): 36.08%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $13,711.20
  - o Safety Information
    - Assaults: 24
    - Deaths: 1
    - Drug-Related Incidents: 29
    - Sexual Assaults: 2
    - Thefts or damage to property, the center, staff, or a student: 20

INTERNAL DRAFT 5/9/25

- Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 174.20
    - Actual FTE: 179.00

# Montana
## Centers: ANACONDA* & TRAPPER CREEK*
### Senators Steve Daines & Tim Sheehy

*USDA FS Contract

**Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined

- **ANACONDA*** *(In the district of Representative Ryan Zinke (MT-01))*
  - Contract: N/A-N/A. Real Estate: Owned.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $8,414,951.55
    - Yearly Cost (Prorated): $11,288,930.12
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $352,779.07
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $225,778.60
    - Cost Per Enrollee: $63,066.65
    - Unfunded Backlog: $15,155,741.00
  - Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 179
    - Planned # of onboarded students: 170
    - Actual # of onboarded students: 105
      - 61.76% of capacity
  - Graduates/Performance
    - Graduates (Traditional): 32
    - Graduation Rate (Traditional): 23.88%
    - Graduates (WIOA): 50
    - Graduation Rate (WIOA): 37.31%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $24,474.00
  - Safety Information
    - Assaults: 6
    - Deaths: 0
    - Drug-Related Incidents: 12
    - Sexual Assaults: 1
    - Thefts or damage to property, the center, staff, or a student: 3
  - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 0.00
    - Actual FTE: 0.00
- **TRAPPER CREEK*** *(In the district of Representative Ryan Zinke (MT-01))*
  - Contract: N/A-N/A. Real Estate: Owned.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $8,193,368.46
    - Yearly Cost (Prorated): $10,991,669.23
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $203,549.43
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $169,102.60
    - Cost Per Enrollee: $70,914.00

- Unfunded Backlog: $1,221,157.00
  - Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 155
    - Planned # of onboarded students: 215
    - Actual # of onboarded students: 101
      - 46.98% of capacity
  - Graduates/Performance
    - Graduates (Traditional): 54
    - Graduation Rate (Traditional): 35.53%
    - Graduates (WIOA): 65
    - Graduation Rate (WIOA): 42.76%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $14,077.28
  - Safety Information
    - Assaults: 8
    - Deaths: 0
    - Drug-Related Incidents: 7
    - Sexual Assaults: 3
    - Thefts or damage to property, the center, staff, or a student: 1
  - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 0.00
    - Actual FTE: 0.00

INTERNAL DRAFT 5/9/25

# Nebraska

## Centers: PINE RIDGE*

### Senators Deb Fischer & Pete Ricketts

*USDA FS Contract

**Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined

- **PINE RIDGE*** *(In the district of Representative Adrian Smith (NE-03))*
  - ○ <u>Contract</u>: N/A-N/A. <u>Real Estate</u>: Owned.
  - ○ <u>Cost</u>
    - Yearly Cost (Pre Broader JC Costs): $7,433,835.65
    - Yearly Cost (Prorated): $9,972,731.36
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $343,887.29
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $332,424.38
    - Cost Per Enrollee: $70,230.50
    - Unfunded Backlog: $5,008,438.00
  - ○ <u>Current Enrollees/Planned # of Students [Onboard Strength (OBS)]</u>
    - Enrollees in PY 2023 (Students Served Report EIS): 142
    - Planned # of onboarded students: 171
    - Actual # of onboarded students: 73
      - 42.69% of capacity
  - ○ <u>Graduates/Performance</u>
    - Graduates (Traditional): 29
    - Graduation Rate (Traditional): 25.00%
    - Graduates (WIOA): 30
    - Graduation Rate (WIOA): 25.86%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $20,932.48
  - ○ <u>Safety Information</u>
    - Assaults: 20
    - Deaths: 0
    - Drug-Related Incidents: 7
    - Sexual Assaults: 3
    - Thefts or damage to property, the center, staff, or a student: 0
  - ○ <u>Current Employee Information (Estimated) (USDA Data Missing)</u>
    - Contracted FTE: 0.00
    - Actual FTE: 0.00

# Nevada

## Centers: SIERRA NEVADA

Senators Catherine Cortez Masto & Jacky Rosen

*\*USDA FS Contract*

*\*\*Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined*

- **SIERRA NEVADA** *(In the district of Representative Mark Amodei (NV-02))*
  - Contract: 08/01/2022-07/31/2027. Real Estate: Owned.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $17,447,568.94
    - Yearly Cost (Prorated): $23,406,478.99
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $278,648.56
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $95,928.19
    - Cost Per Enrollee: $46,533.76
    - Unfunded Backlog: $48,186,694.00
  - Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 503
    - Planned # of onboarded students: 400
    - Actual # of onboarded students: 308
      - 77.00% of capacity
  - Graduates/Performance
    - Graduates (Traditional): 215
    - Graduation Rate (Traditional): 16.41%
    - Graduates (WIOA): 244
    - Graduation Rate (WIOA): 47.66%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $17,820.72
  - Safety Information
    - Assaults: 14
    - Deaths: 0
    - Drug-Related Incidents: 20
    - Sexual Assaults: 2
    - Thefts or damage to property, the center, staff, or a student: 8
  - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 206.45
    - Actual FTE: 178.45

# New Hampshire
## Centers: NEW HAMPSHIRE
Senators Jeanne Shaheen & Maggie Hassan

*\*USDA FS Contract*

*\*\*Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined*

- **NEW HAMPSHIRE** *(In the district of Representative Chris Pappas (NH-01))*
  - Contract: 09/01/2020-08/31/2025. Real Estate: Leased.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $11,468,258.15
    - Yearly Cost (Prorated): $15,385,039.85
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $240,391.25
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $185,361.93
    - Cost Per Enrollee: $54,556.88
    - Unfunded Backlog: $1,505,214.00
  - Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 282
    - Planned # of onboarded students: 300
    - Actual # of onboarded students: 141
      - 47.00% of capacity
  - Graduates/Performance
    - Graduates (Traditional): 64
    - Graduation Rate (Traditional): 32.49%
    - Graduates (WIOA): 83
    - Graduation Rate (WIOA): 42.13%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $20,490.64
  - Safety Information
    - Assaults: 9
    - Deaths: 0
    - Drug-Related Incidents: 13
    - Sexual Assaults: 2
    - Thefts or damage to property, the center, staff, or a student: 3
  - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 120.50
    - Actual FTE: 108.75

# New Jersey

## Centers: EDISON

### Senators Cory Booker & Andy Kim

*\*USDA FS Contract*

*\*\*Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined*

- **EDISON** *(In the district of Representative Frank Pallone, Jr. (NJ-06))*
  - Contract: 07/01/2022-06/30/2027. Real Estate: Owned.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $15,121,704.77
    - Yearly Cost (Prorated): $20,286,256.85
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $260,080.22
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $227,935.47
    - Cost Per Enrollee: $54,386.75
    - Unfunded Backlog: $19,052,893.00
  - Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 373
    - Planned # of onboarded students: 417
    - Actual # of onboarded students: 238
      - 57.07% of capacity
  - Graduates/Performance
    - Graduates (Traditional): 78
    - Graduation Rate (Traditional): 28.68%
    - Graduates (WIOA): 89
    - Graduation Rate (WIOA): 32.72%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $16,877.60
  - Safety Information
    - Assaults: 17
    - Deaths: 0
    - Drug-Related Incidents: 52
    - Sexual Assaults: 0
    - Thefts or damage to property, the center, staff, or a student: 54
  - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 175.30
    - Actual FTE: 151.90

# New Mexico
## Centers: ALBUQUERQUE & ROSWELL
### Senators Martin Heinrich & Ben Ray Luján

*\*USDA FS Contract*

*\*\*Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined*

- **ALBUQUERQUE** *(In the district of Representative Melanie Stansbury (NM-01))*
  - Contract: 04/01/2021-03/31/2026. Real Estate: Owned.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $11,286,591.57
    - Yearly Cost (Prorated): $15,141,328.25
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $309,006.70
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $222,666.59
    - Cost Per Enrollee: $55,666.65
    - Unfunded Backlog: $3,545,638.00
  - Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 272
    - Planned # of onboarded students: 327
    - Actual # of onboarded students: 138
      - 42.20% of capacity
  - Graduates/Performance
    - Graduates (Traditional): 49
    - Graduation Rate (Traditional): 22.69%
    - Graduates (WIOA): 68
    - Graduation Rate (WIOA): 31.48%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $16,784.20
  - Safety Information
    - Assaults: 10
    - Deaths: 2
    - Drug-Related Incidents: 25
    - Sexual Assaults: 6
    - Thefts or damage to property, the center, staff, or a student: 4
  - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 140.80
    - Actual FTE: 119.50
- **ROSWELL** *(In the district of Representative Teresa Leger Fernandez (NM-03))*
  - Contract: 03/01/2024-08/31/2026. Real Estate: Owned.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $7,686,668.48
    - Yearly Cost (Prorated): $10,311,914.79
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $202,194.41
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $180,910.79
    - Cost Per Enrollee: $54,560.40

- Unfunded Backlog: $35,193,801.00
- o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
  - Enrollees in PY 2023 (Students Served Report EIS): 189
  - Planned # of onboarded students: 178
  - Actual # of onboarded students: 88
    - 49.44% of capacity
- o Graduates/Performance
  - Graduates (Traditional): 51
  - Graduation Rate (Traditional): 31.68%
  - Graduates (WIOA): 57
  - Graduation Rate (WIOA): 35.40%
  - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $16,835.08
- o Safety Information
  - Assaults: 9
  - Deaths: 0
  - Drug-Related Incidents: 15
  - Sexual Assaults: 5
  - Thefts or damage to property, the center, staff, or a student: 10
- o Current Employee Information (Estimated) (USDA Data Missing)
  - Contracted FTE: 109.20
  - Actual FTE: 104.70

INTERNAL DRAFT 5/9/25

# New York
## Centers: BROOKLYN**, CASSADAGA, DELAWARE VALLEY, GLENMONT, IROQUOIS, ONEONTA, & S. BRONX**
### Senators Chuck Schumer & Kirsten Gillibrand

*\*USDA FS Contract*

*\*\*Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined*

- **BROOKLYN\*\*** *(In the district of Representative Hakeem Jeffries (NY-08))*
  - Contract: 09/01/2023-09/30/2028. Real Estate: Owned.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $22,096,967.87
    - Yearly Cost (Prorated): $29,643,798.28
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $271,961.45
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $285,036.52
    - Cost Per Enrollee: $60,745.49
    - Unfunded Backlog: $363,133.00
  - Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 488
    - Planned # of onboarded students: 145
    - Actual # of onboarded students: 94
      - 64.83% of capacity
  - Graduates/Performance
    - Graduates (Traditional): 109
    - Graduation Rate (Traditional): 25.53%
    - Graduates (WIOA): 104
    - Graduation Rate (WIOA): 24.36%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $19,747.36
  - Safety Information
    - Assaults: 2
    - Deaths: 0
    - Drug-Related Incidents: 7
    - Sexual Assaults: 0
    - Thefts or damage to property, the center, staff, or a student: 4
  - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 99.65
    - Actual FTE: 92.15
- **CASSADAGA** *(In the district of Representative Nicholas Langworthy (NY-23))*
  - Contract: 03/01/2023-03/31/2028. Real Estate: Owned.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $9,217,385.85
    - Yearly Cost (Prorated): $12,365,421.74
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $145,475.55

- Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $123,654.22
- Cost Per Enrollee: $48,491.85
- Unfunded Backlog: $12,691,325.00
- Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
  - Enrollees in PY 2023 (Students Served Report EIS): 255
  - Planned # of onboarded students: 245
  - Actual # of onboarded students: 122
    - 49.80% of capacity
- Graduates/Performance
  - Graduates (Traditional): 85
  - Graduation Rate (Traditional): 33.60%
  - Graduates (WIOA): 100
  - Graduation Rate (WIOA): 39.53%
  - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $17,689.00
- Safety Information
  - Assaults: 17
  - Deaths: 0
  - Drug-Related Incidents: 23
  - Sexual Assaults: 2
  - Thefts or damage to property, the center, staff, or a student: 5
- Current Employee Information (Estimated) (USDA Data Missing)
  - Contracted FTE: 117.47
  - Actual FTE: 102.60

- **DELAWARE VALLEY** *(In the district of Representative Josh Riley (NY-19))*
  - Contract: 02/01/2022-01/31/2027. Real Estate: Owned.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $9,306,346.55
    - Yearly Cost (Prorated): $12,484,765.40
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $160,061.09
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $148,628.16
    - Cost Per Enrollee: $49,346.90
    - Unfunded Backlog: $9,928,144.00
  - Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 253
    - Planned # of onboarded students: 208
    - Actual # of onboarded students: 102
      - 49.04% of capacity
  - Graduates/Performance
    - Graduates (Traditional): 78
    - Graduation Rate (Traditional): 29.77%
    - Graduates (WIOA): 84
    - Graduation Rate (WIOA): 32.06%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $17,186.80
  - Safety Information
    - Assaults: 31
    - Deaths: 0
    - Drug-Related Incidents: 43

INTERNAL DRAFT 5/9/25

- Sexual Assaults: 1
- Thefts or damage to property, the center, staff, or a student: 9
  - o Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 100.38
    - Actual FTE: 87.88
- **GLENMONT** *(In the district of Representative Paul Tonko (NY-20))*
  - o Contract: 04/01/2024-03/31/2029. Real Estate: Owned.
  - o Cost
    - Yearly Cost (Pre Broader JC Costs): $13,175,472.47
    - Yearly Cost (Prorated): $17,675,323.17
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $368,235.90
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $218,213.87
    - Cost Per Enrollee: $54,722.36
    - Unfunded Backlog: $3,844,932.00
  - o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 323
    - Planned # of onboarded students: 266
    - Actual # of onboarded students: 165
      - 62.03% of capacity
  - o Graduates/Performance
    - Graduates (Traditional): 48
    - Graduation Rate (Traditional): 16.49%
    - Graduates (WIOA): 81
    - Graduation Rate (WIOA): 16.49%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $17,325.92
  - o Safety Information
    - Assaults: 31
    - Deaths: 0
    - Drug-Related Incidents: 30
    - Sexual Assaults: 0
    - Thefts or damage to property, the center, staff, or a student: 207
  - o Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 119.63
    - Actual FTE: 111.38
- **IROQUOIS** *(In the district of Representative Claudia Tenney (NY-24))*
  - o Contract: 11/01/2020-11/30/2025. Real Estate: Owned.
  - o Cost
    - Yearly Cost (Pre Broader JC Costs): $8,858,260.84
    - Yearly Cost (Prorated): $11,883,643.90
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $212,207.93
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $204,890.41
    - Cost Per Enrollee: $48,111.92
    - Unfunded Backlog: $19,843,709.00
  - o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 247
    - Planned # of onboarded students: 225
    - Actual # of onboarded students: 88

- 39.11% of capacity
  - <u>Graduates/Performance</u>
    - Graduates (Traditional): 56
    - Graduation Rate (Traditional): 28.43%
    - Graduates (WIOA): 58
    - Graduation Rate (WIOA): 29.44%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $16,650.96
  - <u>Safety Information</u>
    - Assaults: 13
    - Deaths: 0
    - Drug-Related Incidents: 23
    - Sexual Assaults: 1
    - Thefts or damage to property, the center, staff, or a student: 34
  - <u>Current Employee Information (Estimated) (USDA Data Missing)</u>
    - Contracted FTE: 105.95
    - Actual FTE: 97.45
- **ONEONTA** *(In the district of Representative Josh Riley (NY-19))*
  - <u>Contract</u>: 12/01/2021-11/30/2026. <u>Real Estate</u>: Owned.
  - <u>Cost</u>
    - Yearly Cost (Pre Broader JC Costs): $12,937,088.18
    - Yearly Cost (Prorated): $17,355,522.92
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $175,308.31
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $166,880.03
    - Cost Per Enrollee: $70,550.91
    - Unfunded Backlog: $14,183,494.00
  - <u>Current Enrollees/Planned # of Students [Onboard Strength (OBS)]</u>
    - Enrollees in PY 2023 (Students Served Report EIS): 246
    - Planned # of onboarded students: 291
    - Actual # of onboarded students: 122
      - 41.92% of capacity
  - <u>Graduates/Performance</u>
    - Graduates (Traditional): 99
    - Graduation Rate (Traditional): 42.67%
    - Graduates (WIOA): 104
    - Graduation Rate (WIOA): 44.83%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $23,252.52
  - <u>Safety Information</u>
    - Assaults: 16
    - Deaths: 0
    - Drug-Related Incidents: 19
    - Sexual Assaults: 1
    - Thefts or damage to property, the center, staff, or a student: 7
  - <u>Current Employee Information (Estimated) (USDA Data Missing)</u>
    - Contracted FTE: 138.20
    - Actual FTE: 113.60
- **S. BRONX**** *(In the district of Representative Ritchie Torres (NY-15))*
  - <u>Contract</u>: 09/01/2023-09/30/2028. <u>Real Estate</u>: Owned.

INTERNAL DRAFT 5/9/25

- Cost
  - Yearly Cost (Pre Broader JC Costs): $22,096,967.87
  - Yearly Cost (Prorated): $29,643,798.28
  - Cost Per Graduate (Traditional - Separation Analysis, EIS): $271,961.45
  - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $285,036.52
  - Cost Per Enrollee: $60,745.49
  - Unfunded Backlog: $22,363,797.00
- Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
  - Enrollees in PY 2023 (Students Served Report EIS): 488
  - Planned # of onboarded students: 250
  - Actual # of onboarded students: 155
    - 62.00% of capacity
- Graduates/Performance
  - Graduates (Traditional): 109
  - Graduation Rate (Traditional): 25.53%
  - Graduates (WIOA): 104
  - Graduation Rate (WIOA): 24.36%
  - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $19,747.36
  - Safety Information
    - Assaults: 9
    - Deaths: 0
    - Drug-Related Incidents: 29
    - Sexual Assaults: 2
    - Thefts or damage to property, the center, staff, or a student: 4
  - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 126.50
    - Actual FTE: 112.50

INTERNAL DRAFT 5/9/25

# North Carolina
## Centers: KITTRELL, LYNDON B. JOHNSON*, OCONALUFTEE*, & SCHENCK*
### Senators Thom Tillis & Ted Budd

*\*USDA FS Contract*

*\*\*Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined*

- **KITTRELL** *(In the district of Representative Donald Davis (NC-01))*
  - Contract: 08/01/2024-07/31/2029. Real Estate: Leased.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $10,611,787.36
    - Yearly Cost (Prorated): $14,236,056.54
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $135,581.49
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $99,552.84
    - Cost Per Enrollee: $31,015.37
    - Unfunded Backlog: $29,888,144.00
  - Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 459
    - Planned # of onboarded students: 350
    - Actual # of onboarded students: 179
      - 51.14% of capacity
  - Graduates/Performance
    - Graduates (Traditional): 105
    - Graduation Rate (Traditional): 22.68%
    - Graduates (WIOA): 143
    - Graduation Rate (WIOA): 30.89%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $19,400.64
  - Safety Information
    - Assaults: 36
    - Deaths: 0
    - Drug-Related Incidents: 30
    - Sexual Assaults: 2
    - Thefts or damage to property, the center, staff, or a student: 1
  - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 139.00
    - Actual FTE: 127.00
- **LYNDON B. JOHNSON\*** *(In the district of Representative Chuck Edwards (NC-11))*
  - Contract: N/A-N/A. Real Estate: Owned.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $6,543,663.81
    - Yearly Cost (Prorated): $8,778,537.00
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $266,016.27
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $225,090.69
    - Cost Per Enrollee: $50,742.99

- Unfunded Backlog: $6,839,789.00
  - o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 173
    - Planned # of onboarded students: 120
    - Actual # of onboarded students: 61
      - 50.83% of capacity
  - o Graduates/Performance
    - Graduates (Traditional): 33
    - Graduation Rate (Traditional): 28.45%
    - Graduates (WIOA): 39
    - Graduation Rate (WIOA): 33.62%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $17,988.00
  - o Safety Information
    - Assaults: 27
    - Deaths: 0
    - Drug-Related Incidents: 11
    - Sexual Assaults: 3
    - Thefts or damage to property, the center, staff, or a student: 1
  - o Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 55.00
    - Actual FTE: 49.00
- **OCONALUFTEE*** *(In the district of Representative Chuck Edwards (NC-11))*
  - o Contract: N/A-N/A. Real Estate: Owned.
  - o Cost
    - Yearly Cost (Pre Broader JC Costs): $6,385,961.30
    - Yearly Cost (Prorated): $8,566,973.97
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $219,666.00
    - Cost Per Graduate (WIOA – Includes Expulsion / Nonvoluntary Separation): $178,478.62
    - Cost Per Enrollee: $52,882.56
    - Unfunded Backlog: $6,576,760.00
  - o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 162
    - Planned # of onboarded students: 114
    - Actual # of onboarded students: 64
      - 56.14% of capacity
  - o Graduates/Performance
    - Graduates (Traditional): 39
    - Graduation Rate (Traditional): 31.45%
    - Graduates (WIOA): 48
    - Graduation Rate (WIOA): 38.71%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $24,188.00
  - o Safety Information
    - Assaults: 21
    - Deaths: 0
    - Drug-Related Incidents: 14
    - Sexual Assaults: 1
    - Thefts or damage to property, the center, staff, or a student: 0

INTERNAL DRAFT 5/9/25

- - - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 57.00
    - Actual FTE: 52.00
- **SCHENCK*** *(In the district of Representative Chuck Edwards (NC-11))*
  - Contract: N/A-N/A. Real Estate: Owned.
  - Cost
    - Yearly Cost (Pre Broader JC Costs): $7,336,569.81
    - Yearly Cost (Prorated): $9,842,246.09
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $97,447.98
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $209,409.49
    - Cost Per Enrollee: $66,501.66
    - Unfunded Backlog: $16,107,358.00
  - Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 148
    - Planned # of onboarded students: 136
    - Actual # of onboarded students: 78
      - 57.35% of capacity
  - Graduates/Performance
    - Graduates (Traditional): 42
    - Graduation Rate (Traditional): 77.10%
    - Graduates (WIOA): 47
    - Graduation Rate (WIOA): 77.10%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $17,529.56
  - Safety Information
    - Assaults: 19
    - Deaths: 0
    - Drug-Related Incidents: 16
    - Sexual Assaults: 0
    - Thefts or damage to property, the center, staff, or a student: 12
  - Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 65.00
    - Actual FTE: 50.00

INTERNAL DRAFT 5/9/25

# North Dakota
## Centers: QUENTIN BURDICK
Senators John Hoeven & Kevin Cramer

*\*USDA FS Contract*

*\*\*Center and Satellite Centers Costs, Graduation Rates, Income, Enrollees, and Employees Combined*

- **QUENTIN BURDICK** *(In the district of Representative Julie Fedorchack (ND-AL))*
  - o Contract: 12/01/2021-11/30/2026. Real Estate: Leased.
  - o Cost
    - Yearly Cost (Pre Broader JC Costs): $7,683,724.28
    - Yearly Cost (Prorated): $10,307,965.05
    - Cost Per Graduate (Traditional - Separation Analysis, EIS): $294,513.29
    - Cost Per Graduate (WIOA - Includes Expulsion / Nonvoluntary Separation): $214,749.27
    - Cost Per Enrollee: $49,557.52
    - Unfunded Backlog: $6,831,820.00
  - o Current Enrollees/Planned # of Students [Onboard Strength (OBS)]
    - Enrollees in PY 2023 (Students Served Report EIS): 208
    - Planned # of onboarded students: 197
    - Actual # of onboarded students: 112
      - 56.85% of capacity
  - o Graduates/Performance
    - Graduates (Traditional): 35
    - Graduation Rate (Traditional): 20.00%
    - Graduates (WIOA): 48
    - Graduation Rate (WIOA): 27.43%
    - Annualized Income from 2nd Quarter Post-Separation Quarterly Earnings: $14,665.00
  - o Safety Information
    - Assaults: 13
    - Deaths: 0
    - Drug-Related Incidents: 19
    - Sexual Assaults: 0
    - Thefts or damage to property, the center, staff, or a student: 2
  - o Current Employee Information (Estimated) (USDA Data Missing)
    - Contracted FTE: 116.64
    - Actual FTE: 96.18