DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

### BRIEF SUMMARY

**Background & Analysis:** Job Corps, established under the Economic Opportunity Act of 1964 (Public Law 88-452), is the nation's largest federally funded residential education and vocational training program.

| | |
|---|---|
| **Operational PY24 Budget:** | $1.6 Billion |

**Center Operations:**

- Total Job Corps Centers (all 50 states, Puerto Rico, and DC): 123
- Of the 123, number operated by contract: 99
- Of the 123, number operated by USDA: 24
- Number of centers currently paused[1]: 4
- Owned Job Corps Centers: 58
- Leased Job Corps Centers: 34
- USDA Centers owned by Forest Service: 24

**Administration:**

- Office of Job Corps (OJC) federal FTE within ETA and regional offices: 80
- Student Onboard Strength as of April 24, 2025: 25,892
- Federal Contractor/Job Center Staff: 12,000
- USDA Forest Service Federal Employees at Job Corps Centers: 1,100
- National Training Contractors[2] (union organizations): 8
  - Instructors: 449
  - Regional coordinators and other administrative personnel 50+

**Program Performance Failures, Facility Sustainability, and Excessive Costs:** The Job Corps program cannot continue to operate services at its current capacity. The program is in a financial crisis and has remained at the high risk of violating the Anti-deficiency Act (ADA)[3].

- The Job Corps budget has remained largely flat at $1.6 billion since 2018.
- If adjusted for inflation, the budget would exceed $2 billion in 2024 to continue operations.
- Job Corps was operating at a deficit for PY 24—approximately $140 million—several actions to save approximately $119 million including the pausing of centers and cancelling contracts have allowed operations to reach the end of program year June 30th.
- PY25- Operating deficit could grow up to $213 million if mitigation strategies do not continue

### BACKGROUND AND ANALYSIS

## I. Purpose and Administration

Since its inception, the program has served over three million youth and young adults.  Currently authorized under the Workforce Innovation and Opportunity Act (WIOA), Title I, Subtitle C (codified at

---

[1] Woodstock (MD), Whitney Young (KY), Penobscot (ME), Loring (ME)

[2] See Appendix

[3] ADA Act- The Antideficiency Act prohibits federal employees from making or authorizing an expenditure from, or creating or authorizing an obligation under, any appropriation or fund in excess of the amount available in the appropriation or fund unless authorized by law. 31 U.S.C. § 1341 (a) (1) (A).

000987

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

29 U.S.C. § 3191 et seq.), Job Corps is funded through annual Congressional appropriations, with an average budget of approximately $1.6 billion for center operations since 2017. The program provides academic education, career technical training, career transition services, and residential support to thousands of students each year.

The Office of Job Corps (OJC) within ETA oversees the program and is comprised of staff at the National Office with six regional offices. In total, OJC employs 80 federal full-time equivalent staff. The program is funded through three distinct accounts: $1.6 billion for Operations, which supports center operations contracts and U.S. Department of Agriculture (USDA) Forest Service Civilian Conservation Centers for residential services, academics, counseling, and career technical training; $33 million for Administration, which funds federal staffing, travel, and training at the National and Regional Offices; and $123 million for Construction, Rehabilitation, and Acquisition (CRA), which supports facility acquisition, construction, and rehabilitation.

## II. Eligibility Criteria

Admissions Counselors are hired under center operations contracts to assess applicant eligibility for the program. As outlined in 29 U.S.C. § 3194 (or pursuant to other sections in WIOA, as noted), applicants must:

- Be between 16 and 24 years old at enrollment (with allowances for up to 20% of enrollees aged 22–24 and waivers for individuals with disabilities).
- Meet low-income criteria.
- Face one or more barriers to education and employment, such as being basic skills deficient, a school dropout, homeless, a foster child, or requiring additional education or training to obtain and retain employment.
- Demonstrate a need for additional education, training, or support to secure and maintain employment
- Not fall within one of WIOA's special limitations on selection in 29 U.S.C. § 3195(b).
- Consistent with the nondiscrimination prohibition against certain noncitizens located at 29 U.S.C. § 3248(a)(5), be either a U.S. citizen; a lawfully admitted permanent resident alien, refugee, asylee, parolee, or other alien who has been authorized by the Department of Homeland Security to work in the United States; or a resident of a U.S. territory.

Job Corps' eligibility criteria are outlined in more detail in the Policy and Requirements Handbook Exhibit 1-1.

## III. Center Types and Operations

Job Corps centers operate under three models. Contracted centers are managed by private organizations or state and local agencies through competitive procurement. Civilian Conservation Centers (CCCs) are

000988

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

operated by the USDA Forest Service, focusing on conservation training and disaster response in rural areas. Additionally, some centers are operated by Indian tribes through agreements to serve Indians.[4]

A majority of centers are operated by contractors via competitively awarded contracts, with approximately 13,000 contractor staff.  In addition, 24 Civilian Conservation Centers (CCC) are operated by the USDA Forest Service via an interagency agreement and are staffed with 1,100 federal employees.

- *Civilian Conservation Centers (CCCs)*

**Overview**: CCCs are a subset of Job Corps centers focused on natural resource conservation and public land management. They offer unique training opportunities in forestry, firefighting, and conservation, contributing to both workforce development and environmental stewardship.

**Governance and Funding**: CCCs operate under an **interagency agreement** between the Department of Labor and the USDA. While the Forest Service manages daily operations, DOL provides funding and oversight to ensure alignment with Job Corps standards and objectives.

**Legislative Considerations**: In 2019, proposals to close several CCCs were met with bipartisan opposition that, in part, included assertions as to their importance to rural economies and conservation efforts. Subsequent enacted appropriations laws included provisions prohibiting appropriated funds from being used to (1) alter or terminate the Interagency Agreement between DOL and USDA and (2) close any of the Civilian Conservation Centers, except if such closure is necessary to prevent the endangerment of the health and safety of the students.

## V. Performance Management

**Performance Indicators**: Under 29 U.S.C. § 3209, Job Corps centers are evaluated based on the primary indicators of performance applicable to all programs authorized by WIOA, including: 1) placement in employment, education, or training (2nd and 4th quarter after exit), 2) credential attainment, 3) measurable skill gains, 4) median earnings, and 5) retention in employment or education.

### Job Corps Center Closure Criteria

Per 29 U.S.C. § 3209(j), prior to the closure of any Job Corps center, "the Secretary shall ensure—
(1) that the proposed decision to close the center is announced in advance to the general public through publication in the Federal Register or other appropriate means;
(2) the establishment of a reasonable comment period, not to exceed 30 days, for interested individuals to submit written comments to the Secretary; and
(3) that the Member of Congress who represents the district in which such center is located is notified within a reasonable period of time in advance of any final decision to close the center."

---

[4] Currently Job Corps' Talking Leaves Job Corps Center is operated by Cherokee Nation.

000989

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

Historically DOL has announced the closure criteria it is using to close any given center through publishing those criteria in the FRN and, occasionally, requesting comments on the criteria. This means over time the closure criteria have not been static – DOL has added criteria to address the policy direction and need for a rationale to close a center at a given time. Closure criteria have varied over time, including considerations of chronic low performance, an evaluation of effort required to maintain high-quality education, and other considerations to determine whether to close a center.[5]

If a decision is made to close a center, then the decision and basis for the decision must be documented at least internally. The process to complete a closure can be a costly, time-consuming process as operations at the center are wound down, personal property is dealt with, and any real property issues are addressed.

## VI. Demonstration Authority

**Legal Framework**: Under 29 U.S.C. § 3206(a), the Secretary of Labor is authorized to carry out experimental, research, or demonstration projects relating to carrying out the Job Corps program. The statute also provides the Secretary the authority to waive any provisions of the WIOA section on Job Corps that the Secretary finds would prevent her from carrying out the projects. If the Secretary determines that such waiver is necessary, the statute requires 90-days advance written notification to the Committee on Education and the Workforce of the House of Representatives and the Committee on Health, Education, Labor, and Pensions of the Senate.

**Purpose and Implementation**: The demonstration authority allows the Department of Labor to pilot innovative approaches to education and vocational training relating to carrying out the Job Corps program. These projects aim to enhance program effectiveness, address emerging workforce needs, and improve service delivery to participants.[6]

## VII. Contracting Mechanisms

**Firm Fixed-Price Contracts (FFP)**: OJC began transitioning to the FFP model in 2019 and has a few remaining contracts to transition from cost-reimbursable to FFP. Under FFP agreements, contractors are paid a set amount for delivering specified services, regardless of actual costs incurred. FFP contracts offer some advantages for government operations by providing cost predictability, which helps agencies better manage budgets and fiscal planning. These contracts also incentivize contractors to operate efficiently, since maintaining profitability depends on managing resources within the agreed price.[7]

---

[5] See example of closure criteria for Ouachita Civilian Conservation Center in Arkansas, 81 FR 43250 (July 1, 2016), https://www.federalregister.gov/documents/2016/07/01/2016-15603/final-notice-of-job-corps-center-for-closure
[6] An illustrative example of this authority in action is the Job Corps Scholars Program, a demonstration project that provided eligible youth aged 16–24 the opportunity to enroll in career technical training programs at twenty-six accredited public colleges.
[7] The advantages of a firm fixed price contract type is recognized by Federal Acquisition Regulation FAR 16.202-1, which states: "[a] firm-fixed-price contract provides for a price that is not subject to any adjustment on the basis of the contractor's cost experience in performing the contract. This contract type places upon the contractor maximum risk and full

000990

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

However, successful execution of FFP contracts requires careful attention to a few important considerations. Defining the scope of work with precision is critical to prevent scope creep[8] and maintain contractor accountability. Additionally, because contractors bear the financial risk of cost overruns, there is a possibility that service quality could be affected if risks are not properly managed.

Having selected the FFP contract type, DOL faced a new challenge during the COVID pandemic. Under an FFP contract, agencies have little or no visibility on the contractor's costs. As enrollment numbers dropped due to COVID, any cost savings did not automatically translate into reduced FFP payments by DOL. DOL did negotiate a "take back" mechanism for low OBS, but these were limited given DOL's understanding that a large portion of operational costs (e.g., salaries and facilities) are impervious to changes in enrollment. Plus, a reduction in the FFP amounts would be subject to negotiation and could be grounds for dispute and litigation absent contractor agreement.

## VIII. Real Property Management and Disposal

While most DOL office spaces are leased through GSA, Job Corps centers are exceptions, as they are directly owned or leased by the DOL. Job Corps controls over 90% of the Department of Labor's building stock. The legal status of the Job Corps facilities is broken down into four categories: 1) DOL owned, 2) DOL direct leased, 3) a combination of DOL owned and direct leased, and 4) Civilian Conservation Centers (CCCs). Of all the Job Corps centers, 58 are owned, 34 are leased, seven are a mixture of owned and leased, and 24 are on land owned by the USDA or United States Department of the Interior (DOI) and operated as CCCs. Two Centers on the list (Gainesville and Homestead) have been closed, but DOL still owns the property which is now excess and currently going through the disposal process with GSA.

Job Corps center contractors manage government-furnished property (GFP) on-site. These contractors are also required to maintain accurate inventories using systems like the Electronic Property Management System (EPMS) and the Fleet Tracking Management System (FTMS). Regular audits and adherence to federal property management regulations, including those from the Federal Acquisition Regulation (FAR) and GSA policies, ensure accountability and proper stewardship.[9]

The OJC currently has an unfunded, deferred construction, rehabilitation and acquisition (CRA) backlog estimated to be $1.6 billion. Job Corps defines its unfunded CRA backlog as the total of the non-recurring costs to restore and renovate facilities (structures and buildings) and systems (e.g., heating ventilation, air conditioning, sewage, water, or electrical) to, or as close to, their original capacity, efficiency, and capability, and for which insufficient funding is currently available to complete the work.

---

responsibility for all costs and resulting profit or loss. It provides maximum incentive for the contractor to control costs and perform effectively and imposes a minimum administrative burden upon the contracting parties."

[8] Under the Changes clauses in the contracts, FAR 52.243-1, *Changes-Fixed Price*, the contractors are entitled to additional compensation if the agency directs them to perform work not required by the contract which increases their costs of performance.

[9] See Job Corps' Policy and Requirements Handbook Appendix 505 Admin and Management of Job Corps Contractor-Held Government-Furnished Property.pdf

000991

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

This amount represents more than 2,200 structures located on 5,600 acres. Over the past several years, the cost associated with correcting property deficiencies has increased by more than 50 percent.

More than 43 percent of the Job Corps' portfolio by square footage is more than 50 years old. In 2024, Job Corps estimated that in five years, 119 additional buildings comprising nearly 1,135,000 gross square feet would reach the age of 50, which will result in those buildings becoming subject to compliance with the historic preservation regulations when undergoing renovations. CRA funding is critical to the success of the Job Corps program because healthy and safe facilities contribute to an effective learning environment.

### General Disposal Requirements for Job Corps Centers

When a Job Corps center is closed or realigned, the U.S. Department of Labor (DOL), historically in coordination with the General Services Administration (GSA), follows federal regulations to dispose of real property and assets. The disposal process must comply with the Federal Property and Administrative Services Act, GSA's Federal Management Regulation (FMR), and applicable Department of Labor policies.
Generally, disposal involves several key steps:

- **Property Assessment:** The DOL evaluates whether real property (land, buildings, equipment) is excess to agency needs.
- **Declaration as Excess:** Property no longer needed is officially declared "excess" and reported to GSA for broader federal screening.
- **Federal and Public Screening:** GSA offers excess property to other federal agencies first. If no agency claims it, it is made available to state, local governments, nonprofits, or educational institutions under specific public benefit conveyance programs.
- **Public Sale:** If there is no federal or public entity interest, the property is sold to the public, typically through online auctions or sealed bids.
- **Environmental Compliance:** Before disposal, environmental assessments must be conducted to ensure compliance with laws like the National Environmental Policy Act (NEPA) and to address any hazardous materials or cleanup requirements.
- **Proceeds:** Revenue from property sales is generally returned to the U.S. Treasury unless specific statutory authority allows reuse within the program.

Separately, contractor-held personal property (such as equipment, vehicles, and supplies) must be disposed of following federal acquisition regulations (FAR Subpart 45.6) and DOL property management policies, ensuring proper accountability and financial closeout.

### IX. DOL Transparency Report

On April 25, 2025, the U.S. Department of Labor's Employment and Training Administration released the 2025 Job Corps Transparency Report, providing a detailed analysis of the financial performance and operational costs of the Job Corps Program.

000992

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

Below is a summary of the overall findings from PY2023[10]:

- Average Graduation Rate:
  - Traditional: 32%
  - WIOA Definition: 38%
- Average Cost Per Enrollee (Regardless of Length of Stay): $49,769.53
- Average Cost Per Student Per Year (Average PY23 Headcount): $80,284.65
- Average Total Cost Per Graduate:
  - Traditional: $187,653
  - WIOA Definition: $155,600
- Job Corps participants earn $16,695 annually on average, post separation
- Average of Highest Center Costs per Graduate (Traditional Data):
  - The 10 least efficient programs average $512,800 dollars per graduate
  - The top 50 least efficient programs average $319,085 per graduate
- Average of Highest Center Costs per Graduate (WIOA Data):
  - The 10 least efficient programs average $385,370 per graduate
  - The top 50 least efficient programs average $252,285 per graduate

## X. Job Corps PY 2024 and 2025 Cost Savings Efforts

In Program Year (PY) 24, the Office of Job Corps implemented a series of aggressive cost savings initiatives to mitigate an anticipated operating deficit and set a foundation for long-term program sustainability. These efforts were informed by a comprehensive review of all expenditures against statutory and regulatory minimum requirements.

PY 24 cost-saving strategies resulted in savings of over $120 million, that included:

- **De-scoping Requests for Proposals (RFPs) and Center Contracts:**
  Job Corps systematically reviewed the Policy and Requirements Handbook (PRH) to identify and remove non-mandatory program requirements, allowing for the negotiation with contractors to modify the contracts to reduce the future contract prices. This de-scoping focused on aligning center operations strictly to statutory obligations, thus reducing unnecessary expenditures. This included policy revisions to eliminate Evening and Weekend Studies requirements, remove non-mandatory oral health services, remove mandatory Career Transition Services (CTS) for those who did not complete the program, and reduce nursing and trainee employee assistance program hours back to pre-COVID levels. These targeted changes directly contributed to operating cost reductions without undermining core program services.

**In Program Year (PY) 25, the Job Corps program faces a projected operating deficit of up to $213 million.** To address this shortfall, the Department is contemplating several strategies to augment amounts carried forward from PY24 mitigation efforts (estimated at $130 million): prioritizing cost-

---

[10] The Job Corps Transparency Report's metrics distinguish between two definitions of the term "graduate": one reflecting traditional program completion in good standing (Traditional), and another using the statutory criteria from Workforce Innovation and Opportunity Act Sec. 116, Sec. 142, which counts individuals who attain a diploma or Career Technical Training completion while enrolled but do not complete the full program.

000993

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

saving actions at centers with expiring contracts and suspending operations at underperforming centers, including deploying the following:

- **Trade and Program Restructuring:** Job Corps conducted a national evaluation of trade offerings across centers, using labor market information and program performance ratings. Underutilized or duplicative trades are targeted for elimination or consolidation, and Continuous Improvement Plans (CIPs) will be deployed for lower-performing programs.
- **Long-Term Sustainability Risk Analysis and Right-Sizing Initiatives:** A new facilities, performance, and sustainability risk assessment tool was developed to prioritize centers for potential suspension of operations based on performance and fiscal sustainability. This risk-driven "Right-Sizing" initiative focused on gradually shifting to a need-based model (e.g., one to three residential centers per state) projecting long-term savings of up to $337.72 million.
- **Cost Avoidance in USDA Forest Service Centers:** For USDA-operated centers, Job Corps reviewed CCC funding formulas to avoid overpayment for vacant student slots, resulting in a projected $2 million cost avoidance for PY 25.

# CARETAKING COSTS

**Assuming caretaking for all 123 Centers\*\* (64 owned):**

1. **Caretaker "Plus" model (described below) = $█████████ annually**
2. **Basic Caretaker model (see below) = $████████ annually**

**\*\*Note some leases may be terminated.**

| Facility Size | Caretaker Plus | Basic Caretaker | No. of centers | Annual Costs for "Plus" | Annual cost for "Basic" |
|---|---|---|---|---|---|
| less than 100k GSF | $ ████ | $ ████ | 11 | $ ████ | $ ████ |
| Between 100k and 250k GSF | $ ████ | $ ████ | 91 | $ ████ | $ ████ |
| Between 250k and 500k GSF | $ ████ | $ ████ | 17 | $ ████ | $ ████ |
| Between 500k and 750k GSF | $ ████ | $ ████ | 1 | $ ████ | $ ████ |
| Greater than 750k GSF | $ ████ | $ ████ | 3 | $ ████ | $ ████ |
| | | | | $ ████ | $ ████ |

| | |
|---|---|
| | FTEs do not include or account for supervisors. |
| | Estimates include equipment costs for security (golf cart/gator) |
| | Personal Property control is included. |
| | Size categories |
| | 11 centers are <100k GSF, |
| | 91 between 100k and 250k, |
| | 17 between 250k and 500k, |
| | 1 between 500k and 750k - Turner |
| | 3 greater than 750k – Earle C. Clements, Clearfield, and Gary |

**Caretaker Basic (Closed Centers):** Security, *groundskeeping, and most basic maintenance of property*

25

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

- Provide security services for the campus on the XX-acre site having approximately XXX,000 GSF among X buildings, to protect against theft of government property and vandalism.
  - 24-7 security personnel, daily patrol of buildings and grounds
  - Controlled access to campus
  - Maintain effective liaison with local law enforcement and emergency services.
- Providing ground maintenance to provide an attractive visual appearance.
- Receipt and Control of Property – The Contractor shall develop and maintain an inventory of all accountable and expendable property assigned to the center.

**Caretaker Plus (Paused Centers):** *Security plus Basic preventative maintenance and property management*

- All requirements in Caretaker Basic.
- Responsible for the proper operations of all HVAC equipment on campus to maintain air temperatures and air quality to include, but not limited to, maintaining setpoints, and changeover from heating to cooling and/or cooling to heating as applicable.
- Contractor shall engage qualified water quality and treatment sub-contractor to check and maintain chilled water chemical treatment bi-annually
- Monitoring and testing of plumbing systems at specific frequency
  - Visually examine all hot water heaters for any leaks monthly. Leaks shall be immediately reported to the COR and coordinated for repair.
  - Once a quarter the Contractor shall operate faucets at all bathrooms, kitchen, and service sinks for 30 seconds each to ensure P trap seals are maintained.
- Preventive and Corrective Maintenance – DOL will provide access to Brightly Asset Essentials, the Computerized Maintenance Management System (CMMS) to document, schedule, and perform preventive maintenance on all buildings systems and equipment
- System Winterization – The contractor must properly prepare and winterize all plumbing and sprinkler, and water filled systems to ensure protection from cold weather.

## Union Labor

| NTC Contractor | Technical Education Program | No. of Instructors |
|---|---|---|
| United Brotherhood of Carpenters and Joiners (UBCJA) | • Carpentry, Pre-Apprentice | 113 |
| United Auto Workers (UAW) | • Maintenance - Light Repair, Pre-Apprentice<br>• Advanced Automobile Service Technology, Pre-Apprentice<br>• Advanced MHDT Suspension and Steering, Pre-Apprentice<br>• Advanced Collision Repair and Refinish - Damage Analysis and Estimating, Pre-Apprentice | 35 |
| Transportation Communication Union/International Association of Machinists and Aerospace Workers (TCU-IAM) | • Transportation Service Workers:<br>• Rail Mechanical Service/Carmen<br>• Rail Freight Service<br>• Airline Service<br>• Inland Waterway Service<br>• Rail Passenger Service<br>• Mass Transit/Highway Service | 24 |

000995

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

| NTC Contractor | Technical Education Program | No. of Instructors |
|---|---|---|
| National Plastering Industry's Joint Apprenticeship Trust Fund (NPIJATF) | • Cement Masonry, Pre-Apprentice<br>• Plastering, Pre-Apprentice | 45 |
| International Union of Painters and Allied Trades (IUPAT) | • Painting, Pre-Apprentice<br>• Glazing, Pre-Apprentice<br>• Sign, Billboard, and Display, Pre-Apprentice<br>• Floor Covering Installation, Pre-Apprentice | 41 |
| International Union of Operating Engineers (IUOE) | • Heavy Construction Equipment Mechanic, Pre-Apprentice<br>• Heavy Equipment Operations, Pre-Apprentice<br>• Maintenance Repairer Helper - Stationary Engineering, Pre-Apprentice | 35 |
| International Masonry Institute (IMI) | • Bricklayer, Pre-Apprentice<br>• Tile Setting, Pre-Apprentice | 34 |
| Home Builders Institute (HBI) | • Electrical, Pre-Apprentice<br>• Plumbing, Pre-Apprentice<br>• Building Construction Technology, Pre-Apprentice<br>• HVAC, Pre-Apprentice<br>• Plumbing, Pre-Apprentice | 122 |

27

000996

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

INTERAGENCY AGREEMENT

BETWEEN

THE UNITED STATES DEPARTMENT OF LABOR AND THE UNITED STATES DEPARTMENT OF AGRICULTURE

GOVERNING THE FUNDING, ESTABLISHMENT, AND OPERATION OF JOB CORPS CIVILIAN CONSERVATION CENTERS

## SECTION I. PARTIES TO AGREEMENT

U.S. Department of Labor                    Hereinafter Referred to
                                           as "DOL"

U.S. Department of Agriculture             Hereinafter Referred to
                                           as "USDA"

## SECTION II. BACKGROUND, AUTHORITIES AND PURPOSE

A. Job Corps was established to help America's economically disadvantaged youth overcome the many barriers to successful careers. First authorized by the Economic Opportunity Act of 1964, it is currently authorized by Title I of the Workforce Investment Act (WIA) of 1998, as amended. The Secretary of Labor's authority to establish and fund Civilian Conservation Centers (CCCs), as Job Corps operators, is authorized by WIA at section 147 (c), 29 U.S.C. § 2887(c), and further defined by WIA regulations at 20 CFR § 670.120, and at 20 CFR § 670.310(e) which states:

> "The Secretary [of Labor] enters into interagency agreements with Federal agencies for the funding, establishment, and operation of CCCs which include provisions to ensure that the Federal agencies comply with the regulations under this part."

B. This Agreement is the overarching document for cooperative efforts of all personnel working towards the accomplishment of the mission as set forth in the authorizing legislation. It applies to all Job Corps CCCs funded by DOL and operated by USDA on federal or a combination of federal, state, or private property controlled by USDA. This Agreement outlines the joint and separate roles, authorities, and responsibilities of DOL and USDA and for the management of Job Corps CCCs. This Agreement is an internal Government agreement and is not intended to confer any right upon any private person or third party and does not preclude DOL from acting in a manner it deems advisable to carry out the Job Corps program, nor does it limit USDA in carrying out any activities not pertaining to its Job Corps CCCs.

C. This Agreement pertains to Job Corps Civilian Conservation Centers (Job Corps CCCs) and is entered into pursuant to 29 U.S.C. § 2887(c) and other authorities available to the Parties, and is an Operating Plan for the Job Corps CCCs under 29 U.S.C. § 2891. The Parties shall carry out

1

000997

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

their obligations under this Agreement consistent with applicable law, and pursuant to their respective legal authorities such as those for managing the areas where these Job Corps CCCs are located and governing the operations of their respective agencies. Moreover, in performing these activities, the Parties may utilize other laws, regulations, policies and guidance, including those authorizing collaboration amongst Federal agencies such as the *Economy Act,31* U.S.C. § 1535 and those which authorize the use of private contractors.

## SECTION III. ROLES AND RESPONSIBILITIES

The parties agree to the following division of responsibilities:

A. General

(1) DOL:  DOL has the primary responsibility within the Executive Branch for administering and managing the Job Corps program.  DOL allocates resources and works with USDA on the guiding policies, standards and procedures for operation of Job Corps CCCs and in program planning and delivery of services to Job Corps centers operated by USDA.  DOL will coordinate proposed changes to national policy and guidelines affecting CCCs with USDA.  DOL Regional Offices have responsibility to ensure that the Job Corps CCCs in their regions comply with Job Corps national policies, rules and regulations, to include the Job Corps Policy and Requirements Handbook (PRH).  USDA agrees to operate Job Corps CCCs in accordance with such Department of Labor guidance.

(2) USDA:  USDA is responsible for the operational management of Job Corps' CCCs funded by DOL in accordance with 20 CFR § 670.220(b).  This responsibility covers the provision of materials, services, personnel, and the administration of contracts that are needed to operate these centers in a manner that, at a minimum, meets the administrative and programmatic requirements and goals established by DOL, and as agreed to with USDA.

B. Program Design

(1) The Job Corps program is defined in the authorizing legislation Workforce Investment Act (WIA) of 1998, as amended, and the implementing regulations of the DOL.

(2) When determining career technical training offerings or the configuration of enrollment slots at USDA centers, USDA's conservation mission shall be taken into account.  DOL will collaborate with USDA regarding the reduction or reconfiguration of enrollment slots before any final decisions are made by DOL, to allow USDA to make programmatic adjustments.

(3) DOL will invite USDA to provide one representative each to be a member of DOL-established Job Corps inter-agency task forces, committees, workgroups, etc. which are established to seek improvements in various aspects of the programs and Job Corps CCCs operated by USDA.

2

000998

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

(4) USDA may test and develop innovative approaches for teaching academic and career technical training skills to students, and imparting career success standards, including independent living skills and the implementation of Job Corps' standards-based training program/curriculum. USDA Job Corps CCCs will apprise DOL of any successful techniques developed or discovered in order to provide DOL the opportunity to consider testing on a wider scale.

C. Operations

(1) DOL, as the program administrator, is responsible for providing all available funding to USDA to carry out the agreed to center operating requirements in the annual operating plan. Guidance for operations is set forth in the Policy and Requirements Handbook (PRH) published by DOL. From each year's appropriation, DOL may reserve contingency funds to cover facility-related emergencies. USDA may request needed funds from this reserve by notifying the appropriate DOL Job Corps Regional Office. Such emergencies do not include bringing a facility into compliance with Federal architectural accessibility requirements.

(2) Personnel

(a) DOL will provide funding to cover the cost of Federal Employees' Compensation Act (FECA) covered claims for Job Corps CCC students and federal staff.

(b) DOL will be responsible and accountable for recruiting, admitting, and assigning students to centers, as well as job development, career transition, and support services to separated students. USDA agrees to cooperate and assist in these important tasks to the extent that resources permit.

(c) USDA will make every effort to place graduates in jobs in the federal programs they administer, and report their progress annually to both the appropriate DOL Job Corps Regional Office and the National Office.

(d) DOL will furnish the funding for students' pay, allowances, clothing, and official travel; however, the effective and efficient delivery of these services to such students will be the responsibility of the management of the USDA Job Corps CCCs. In addition, USDA will conduct a reconciliation of student payroll and transportation accounts and submit it to the appropriate DOL Job Corps Regional Office each month.

(e) USDA bears chief responsibility for providing the necessary training for the staff of the Job Corps CCCs they manage. Periodically, DOL will conduct or arrange training for center operators and staff to introduce new program policies, requirements, curricula, or procedures, providing advance notice to the USDA National Offices. USDA is responsible for ensuring that appropriate staff attends these sessions, to the extent adequate resources are available.

(f) National Training Contractor (NTC) instructors working at USDA-managed

3

000999

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

Job Corps CCCs shall be permitted to attend annual training conferences sponsored and funded by their NTC parent organization.

(g) USDA agrees to staff Job Corps CCCs in accordance with the staffing plans and center budgets approved and funded by DOL. If no suitable candidate is found within 90 days of a vacancy occurring, the DOL Job Corps Regional Director will be notified.

(3) Real Property

(a) DOL is responsible for the custody and control of all Job Corps CCCs, existing and future buildings, structures, and associated physical plant and the upward reporting of said properties, with the exception of staff housing located on certain Job Corps CCC sites.

(b) DOL will maintain all facilities data on Job Corps CCCs (other than the staff housing referred to in subparagraph (a)) as required by the Federal Real Property Council to ensure that all the necessary inventory and cost data are reported to the Federal Real Property Profile-Internet Application (FRPP IA) operated by the General Services Administration. USDA will report all cost data through the DOL Financial Management System (FMS), ensuring accurate reporting of operating costs in a timely manner.

(c) DOL will provide architectural and engineering (A&E) support to all Job Corps CCCs to include:

(1) carrying out center facility surveys every three years
(2) identifying safety and health, construction, rehabilitation and acquisition projects (CRA) to include all A&E support and construction administration
(3) maintaining an on-line Inventory of Needs (ION) listing of all projects for Job Corps CCCs, and providing access to this inventory to USDA program staff
(4) working with USDA to select their prioritized projects from the ION annually, prior to the formulation of the program year budget
(5) providing to USDA the results of each facility survey at each of the Job Corps CCCs, the DOL Asset Management Plan and Three-Year Implementation Plan for real property

(d) DOL and USDA agree to review all design construction documents for major student vocational skills training projects. This review will include ensuring that such projects comply with applicable Federal architectural accessibility requirements.

(e) USDA will report to DOL on the progress of projects in a timely manner, including the expenditure of funds by project, using DOL's online Funded Not Corrected (FNC) system.

4

001000

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

(4) Personal Property

(a) DOL will hold title/ownership of, and is ultimately responsible for custody and control of all personal property purchased with Job Corps funds. USDA will, however, be responsible for the accounting and control of the personal property at all USDA Job Corps CCCs. USDA will transfer items only in accordance with the provisions of the Job Corps Property Management Handbook. USDA and DOL will agree on necessary resources to complete personal property tracking, accounting and control.

(b) USDA will track and report all required personal property data, in accordance with the Job Corps Property Management Handbook, for all personal property purchased with Job Corps funds. Reporting will be accomplished using the DOL Electronic Property Management System (EPMS) or a system allowing the transfer of data to the EPMS. DOL will be responsible for any upward reporting requirements.

(c) USDA will provide fleet vehicles and transportation as needed utilizing its Working Capital Fund operation and DOL will fund the appropriate use rates and fixed ownership rates as established by USDA and agreed upon by DOL. USDA will provide fleet vehicles using GSA vehicle leases. DOL will fund allowable charges for damages to vehicles upon USDA request and submission of all supporting documentation.

(5) All Federal directives and guidelines pertaining to the conservation of energy resources at Federal establishments shall be observed/applied by USDA at all Job Corps CCCs, as funded by DOL. All Job Corps CCCs will utilize the Energy Watchdog program, such program to be provided by DOL, to identify potential energy savings, and DOL will report energy usage to DOE. DOL and USDA will work together to achieve the goals of Federal directives and guidelines pertaining to the conservation of energy resources and environmental stewardship at all Job Corps CCCs.

D. Information Technology (IT)

DOL assumes all financial and operational responsibility for the purchase, installation, management, maintenance and upgrade of information technology equipment and technical infrastructure, including software, needed to operate a Job Corps center on a Civilian Conservation Center site. The controlling authority for the policies, procedures, and appropriate use of these assets shall be the Department of Labor Manual Series – 9 (DLMS-9) on IT.

DOL and USDA will develop policies and systems to provide staff with access to USDA applications (i.e., Time & Attendance, Travel, Agency E-mail, Aglearn).

E. Financial Management

5

001001

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

(1) In accordance with 20 CFR § 670.950, USDA National Office(s) will perform financial oversight and management of Job Corps CCCs consistent with DOL's established policy and procedures.  Initial budget requests for center operations, and all requests for transfers of authorized balances, require the approval of USDA National Office(s) prior to the submission of such reports to the DOL Job Corps National/Regional Offices for approval.

(2) In accordance with 20 CFR § 670.320(b), DOL will transfer Job Corps funds to USDA to cover the costs of Job Corps CCC operations, in accordance with annual operating budgets that have been approved by DOL.  As a general rule, funds covering ongoing operating costs and program direction costs will be transferred in quarterly installments, while funds for construction and capital items will be transferred in lump sum.  USDA shall account for all funds in accordance with financial accounting and auditing standards applicable to such funds, and to applicable reporting requirements pertaining to such funds as may be established and promulgated by DOL's Chief Financial Officer (CFO), pursuant to all applicable authorities.

(3) USDA shall ensure that Job Corps funds are properly controlled and accounted for, and used prudently, in accordance with the principles of government accounting and OMB-approved policies and processes.  The allowable use of such funds will be determined in accordance with FAR Part 31 and OMB Circular A-87 (Costs Principles for State, Local and Indian Tribal Governments), except to the extent that this would contravene any law or regulation.  Final decisions on the appropriate use of funds will be reserved to DOL.  DOL reserves the right to recover funds used to pay any expenditure that is disallowed.

(4) Funds for Program Direction, calculated as a percentage (currently 6%) of the annual budget of the Job Corps CCC, will be provided by DOL to USDA for the administrative and overhead costs associated with the Job Corps program. If USDA determines that actual indirect costs for any program year are less than the amount funded, then USDA shall submit a request to the National Office of Job Corps, through the appropriate DOL Regional Office, for approval to transfer these excess funds to a direct operations category or to return such funds to DOL.  No program direction funds may be used for Construction, Rehabilitation and Acquisition (CRA) projects.  Program Direction dollars are not subject to the On-Board Strength (OBS) take-back dollars.

(5) For transfers of Center Operations funds (hereafter referred to as movement of funds) between line items in the budget of a single center, or between centers, the following procedures apply:

    (a) Funds from personnel line items may only be moved to other personnel line items.

    (b) Funds from non-personnel line items may only be moved to other non-personnel line items.

    (c) Movement of funds totaling less than 3% of the affected line items at each center (in a single instance of a center-to-center movement) requires no concurrence from the Department of Labor.  However, each instance must be recorded as a

6

001002

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

variance statement in the quarterly financial reports for the quarter in which the movement occurred.  For center to center movements, both centers must record the adjustment.

(d) Movement of funds totaling 3% or greater of the affected line items  at either center (in a single instance of a center-to-center movement)must be communicated to the Budget Officer in the National Office of Job Corps for approval prior to the move.  The Budget Officer agrees to respond within 14 calendar days.  Upon concurrence, the movement must be recorded as a variance statement in the quarterly financial statement for the quarter in which the movement occurred.  Both centers must record the adjustment.

(e) When a center's total initial operating budget has been adjusted by 10% or greater as a result of the cumulative movement of funds in a program year, such adjustments will be considered permanent for the purpose of the next Program Year's budget.  (For this purpose, an adjustment will only be counted once, in absolute dollars.)

(6) USDA may: (1) utilize any excess funding in the construction/rehabilitation category to supplement higher than anticipated costs for prioritized construction and or rehabilitation projects that are in the approved budget, or (2) undertake additional unbudgeted renovations listed in the facility survey as having been pre-approved by the DOL Job Corps National Office.

(7) USDA Job Corps CCCs shall complete the Construction/Rehabilitation Funding Status Report and maintain the Web-based log of the completion of funded deficiencies.

(8) USDA may transfer up to $500 in capital equipment funds between Job Corps CCCs, with reports of those transfers sent to the DOL National Job Corps Office.  Amounts greater than $500.00 will be subject to coordination and approval by the DOL Regional Job Corps Office prior to a DOL National Office transfer.

(9) If average OBS at any Job Corps CCC falls below 98%, DOL and USDA will discuss the reallocation or recapture of excess funds.

(10) USDA will use the DOL Web-based Job Corps Financial Management System to report the accrual of costs allocated to each Job Corps CCC, in accordance with the instructions provided by DOL.

(11)  Funding reconciliations in the form of the 2110 F Report, including the treatment of unexpended balances, will be performed by the USDA National Offices and provided to the DOL Job Corps National Office at the end of each program year.

(12) Funding for vehicles will be provided on a basis consistent with the formula used for contractor operated centers.  Information regarding each center's fleet (e.g. number, type and size of vehicles) will be shared with the applicable Job Corps Regional Office upon request.  If USDA determines that additional vehicle amortization funds are needed based on agreed-to operating requirements (see Section III-C(4)(c)), a request shall be made to

7

001003

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

the appropriate Job Corps Regional Office.

(13) Annual Career Technical Skills Training (CTST) budgets are allocated to USDA based on the number of career technical training slots, times an amount agreed upon by DOL and USDA. If USDA determines the need for additional CTST funds, then it may transmit such a request to the Job Corps Regional Office through USDA National Office for consideration.

(14) USDA will not be assessed liquidated damages in connection with the violation of DOL performance data integrity issues (i.e. reporting fraudulent academic or career technical achievements, reporting false student accountability, etc.). USDA shall take appropriate disciplinary or contractual action in accordance with its personnel policies, contract provisions, and/or any other Agency/Department rules and procedures that are applicable in disciplining responsible employees or contractors for such violations. In addition, credits found to be invalid will be removed, potentially changing the values of performance measurements. For each investigation, a report will be provided to DOL outlining the steps taken to remedy the situation and the preventative measures enacted to prevent repeat occurrences.

F. Assessments and Evaluations

(1) The focus of the assessments by DOL and USDA is on the effectiveness of center operations and compliance with Job Corps' governing statute, (WIA), regulations, policy, and requirements, as well as determining adherence to the center operating plans, performance measures, and approved annual budgets. The assessments will examine each center's internal administrative procedures, to the extent that they are associated with operations/administration compliance. In addition, the DOL Civil Rights Center (CRC) may conduct compliance reviews to determine the extent of a center's compliance with the PRH policies, standards, and other requirements that are related to nondiscrimination and equal opportunity for Job Corps students.

(2) The Job Corps Regional Offices will notify the USDA National Offices when scheduling assessments of the Job Corps CCCs. All parties will concurrently furnish copies of their assessment schedule prior to the start of each program year. USDA shall conduct comprehensive assessments of each Job Corps CCC it manages at a minimum every two years, or more frequently where needed, and/or in line with DOL frequency by center. DOL reserves the right to conduct unannounced visits in coordination with USDA National Offices. Reports of each monitoring visit will be shared with USDA officials and the Job Corps CCC center director within 45 calendar days of the visit. Additionally, all involved parties will respond to reports within 45 days of receipt. DOL and USDA will strive to conduct joint assessments.

(3) DOL's Office of the Inspector General will have lead responsibility for conducting comprehensive program and financial audits of USDA Job Corps activities. After completion of each audit, the report will be shared with appropriate USDA officials. In the event USDA conducts an Inspector General or other enforcement agency investigation, the report will be shared with DOL officials unless confidentiality is necessary to protect the integrity of law enforcement or employee relations

8

001004

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

investigations.

(4) In accordance with WIA Section 147 (c) (2), and in the event a Job Corps CCC managed by the USDA fails to meet expected levels of performance, corrective measures will be developed by USDA and the Job Corps Regional Office. If corrective action measures are not implemented, or if implemented, do not result in adequate performance over a reasonable period of time, the Secretary of Labor, in accordance with WIA Section 159 (f) (2), shall develop and implement a performance improvement plan.

G. Reporting

(1) Job Corps centers managed by USDA are required to use Job Corps standard information systems for data collection and reporting. USDA agrees to provide oversight to ensure data integrity, timeliness and reporting accuracy.

(2) USDA agree to provide accurate and timely notification to the Job Corps Regional and National Offices of any significant incidents that occur at and around the Job Corps CCCs it manages. These incidents shall be reported within required timeframes utilizing the Job Corps Web-based, Significant Incident Reporting System (SIRS).

(3) USDA agree to provide accurate and timely notification to DOL's Civil Rights Center (CRC) when any administrative enforcement actions or lawsuits are filed against a Job Corps CCC alleging discrimination against Job Corps students on any ground that is prohibited in the Job Corps program. This notification will comply with the provisions contained in the Policy and Requirements Handbook.

(4) USDA agrees to immediately inform the appropriate DOL Job Corps Regional Office whenever there is a permanent or temporary change of center directors, or a USDA agency representative responsible for oversight of a Job Corps CCC.

H. Special Provisions

(1) USDA is responsible for managing any emergency or crisis situation that arises at the Job Corps CCCs it manages, especially situations that present an immediate danger to the health or safety of students, staff, or members of the general community. The appropriate DOL Job Corps Regional Office will be notified as soon as possible when such situations arise.

(2) DOL routinely publishes notices and other directives, including system-security directives, that are program-wide in scope and that are issued directly to Job Corps centers, center operators and other parties as appropriate. DOL notices and other directives will be coordinated and implemented promptly by Job Corps CCCs managed by USDA.

(3) It is understood that Job Corps CCC Federal employees are covered by OPM regulations and union agreements. As such, USDA shall negotiate with DOL any changes impacting Federal employees.

9

001005

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

(4) DOL shall recognize USDA as an executive agency within the Federal Government having established rules and regulations. These rules and regulations will be used in conjunction with the DOL established rules and regulations to guide USDA actions as they pertain to matters of personnel, budget and finance, property, use of information technology, acquisition of goods and services, safety, law enforcement, and labor/management relations, and as such, establish guidelines under which the Job Corps CCCs operate. DOL agrees to take into consideration and coordinate these regulations (to avoid promulgating conflicting guidance) when establishing policies, providing budget guidance (to include staffing), or directing any activity that will require Job Corps CCCs to take action under their departmental procedures.

(5) In cases where possible criminal activity has occurred at a Job Corps CCC, DOL fully acknowledges the primacy of USDA's law enforcement personnel and procedures in the conduct of a subsequent investigation. Pursuant to that acknowledgment, DOL retains the need to have such incidents properly reported through established channels and in accordance with Job Corps' published policies governing such occurrences on Job Corps centers.

In cases where possible criminal activity has occurred through the use or misuse of Job Corps equipment, DOL retains all rights to its equipment or devices after appropriate investigations by USDA's law enforcement personnel are concluded. In the case of administrative or disciplinary proceedings stemming from misuse of its equipment, USDA's law enforcement personnel will take possession of the equipment to secure material evidence and to ensure that other Job Corps students are shielded from possible harm through inadvertent access. Once final actions have been taken relative to the proceedings, the equipment will be returned to the Job Corps and a determination made as to whether the equipment shall be put back in service.

(6) Activities carried out under this Agreement are subject to, among other things, the Job Corps Policy and Requirements Handbook (PRH). This describes the joint and separate roles, authorities, and responsibilities of DOL and USDA management of Job Corps CCCs. The PRH contains the procedures and processes that all parties shall use for communication with each other about Job Corps matters, and procedures for handling routine or cyclical administrative tasks; such as planning, budgeting, financial management and accountability, work project development, as well as performance planning, center management, and, where necessary, improvement.

(7) If the Secretary of Labor or her/his designee, determines that the health, safety, or well-being of students are in immediate jeopardy, the Secretary, or her/his designee, will initiate discussions with USDA leading to more significant action. DOL and USDA will jointly develop an action plan to address the incident and/or resolve the underlying concerns. This shall not preclude DOL or USDA from taking immediate action to protect the health and safety of the Job Corps CCC students and staff.

I. Closing USDA CCCs

10

001006

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

(1) The Secretary of Labor, after consultation with the Secretary of Agriculture, may temporarily close a Job Corps CCC managed by USDA, based upon a concern for the health, safety and well being of students, staff, and/or nearby community(ies). Every effort will be made by the involved agencies to correct such concerns prior to closing the site. The Secretary of Labor, or her/his designee, will notify appropriate USDA officials prior to announcing and temporarily closing a Job Corps CCC.

(2) In the event it becomes necessary pursuant to 29 U.S.C. 2899(g) to permanently close a Job Corps CCC managed by USDA, USDA will prepare and submit a cost proposal to DOL within 30 days of closure and the parties will agree upon mutually acceptable terms. The following general principles apply:

> (a) DOL shall cover the costs of maintaining a small cadre of staff following center deactivation, to provide for the orderly retirement of records, disposition of personal property, and other administrative tasks resulting from the deactivation. It is anticipated that a cadre of three to five staff working for up to three to six months will be adequate following deactivation.

> (b) DOL shall cover the cost of utilities at the Job Corps center for a maximum of 6 months following deactivation, as well as the one-time cost(s) of winterizing or mothballing the facilities.

> (c) DOL shall not cover the costs of any renovations or improvements to the facility after notification to USDA that the facility is to be deactivated. The only exception to this principle will be renovations that are needed to ensure the personal health or safety of students or staff while they continue to reside or work at the center.

> (d) With regard to Federal staff that are separated from the Federal government as a direct result of a center closing, the DOL will cover the following costs, as applicable and as specified by law: lump-sum leave settlement: unemployment insurance benefits, and severance pay.

> (e) DOL will cover the pre-approved relocation costs of any Federal staff member employed at a closing center who is reassigned to either another Job Corps CCC operated by the USDA or an administrative (program direction) position within USDA that is devoted 100% to the Job Corps program. DOL will not cover relocation costs for any other types of reassignments or transfers.

> (f) DOL will cover reasonable costs that result from early termination or partial termination of contracts.

> (g) The facilities may not be assigned or reassigned or used for any other purpose without the approval of USDA once the decision to close a center has been made.

> (h) USDA and DOL will work together to establish a plan that restores the closed center's footprint to a level consistent with future land management plans.

11

001007

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

### SECTION IV.  ANNUAL PLANNING AND BUDGETING

A.  General operational planning and budgeting will be conducted on an annual cycle.  DOL will initiate each year's planning process by furnishing USDA with instructions and with sufficient time to implement contracts and begin each program year.

B.  The amount provided for USDA Program Direction costs in each year's budget currently is a minimum of 6%.  The Program Direction budget proposed by USDA must be accompanied by reasonable supporting documentation.

C.  The identification of specific CTST work projects will be accomplished through a special planning process in which USDA proposes specific projects and submits them as a package to the USDA National Office for approval prior to submitting to the appropriate DOL Job Corps Regional Office.  Where National Training Contractors (NTC) programs are operating at USDA-managed Job Corps CCC, the CTST planning requirements in the NTC Memorandum of Understanding shall be followed.

D.  Fund allocations for managing the real and personal property portfolio at Job Corps CCCs will be determined by the DOL National Office of Job Corps, working with the USDA National Office.  DOL will schedule the allocation process so that it leads to the formulation of the annual budget before the beginning of the budget year and allows for the transfer of funds to USDA at the start of the budget year.

  (1) The following areas will be agreed upon by DOL and USDA for each Job Corps CCC:

     (a)  The number of enrollment slots to be maintained, including breakouts for male/female and residential/nonresidential.

     (b)  The career technical training offerings to be available.

     (c)  Staffing levels and staffing patterns.

     (d)  Number of Career Technical Skills Training (CTST) slots.

     (e)  Budgetary guidance relative to allowable inflationary adjustments on operational expenses, vehicle and equipment costs, and USDA program direction costs.

  (2) A budget request will be required for each Job Corps CCC, using standard Job Corps budget line items.

  (3)The time established by DOL for USDA submittal of its proposed budget, and any subsequent budget changes, will allow opportunity for bilateral discussions and negotiations.  As much as possible, DOL will approve USDA's budget for the coming year at least one month prior to the start of the budget year.  DOL will notify USDA if for any reason this deadline will not be met.

12

001008

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

## SECTION V. DELEGATIONS OF AUTHORITY AND LINES OF COMMUNICATION

A. The DOL Job Corps National Director and the USDA National Directors are authorized to exercise all authorities and functions discussed in this Agreement, including the functions of the respective Secretaries of each agency. The National Directors are further authorized to enter into supplemental operating instructions with each other which serve to clarify, refine, or expand upon the provisions of this Agreement as long as they do not conflict with the Interagency Agreement.

B. The Job Corps USDA National Offices are located in Lakewood, CO. The DOL National Office will use the USDA National Offices as its point of contact with regard to any nonstandard center-related issues, both operational and administrative along with policy, budget, and guidance for all matters concerning Job Corps CCCs operated by USDA.

C. USDA National Offices have Assistant Directors/Youth Program Officers responsible to work with the respective DOL Regional Offices for the oversight of their Job Corps CCCs. In carrying out oversight responsibilities, Assistant Directors of USDA will work with DOL Regional Officials to provide direction to Job Corps CCC Center Directors. USDA agrees that center directors and their staffs will work together with DOL Job Corps Regional Directors and their staff to comply with DOL operational policies.

## SECTION VI. ADMINISTRATION OF AGREEMENT

A. Order of Precedence

(1) In the event that specific provisions of this Agreement conflict with Federal law or regulation, the requirements of the law or the regulation shall prevail. As soon as such conflicts become known, DOL and USDA will work jointly to arrive at a mutually agreeable resolution.

B. Disputes

(1) In the event that disputes arise between DOL and USDA concerning the applicability or interpretation of provisions of this Agreement, resolution shall first be sought through discussions between the DOL National Director of Job Corps and the USDA National Director. If settlement cannot be reached at that level, then the matter will be referred to individuals designated by the signatories to this Agreement, or their successors, with authority to develop and approve a mutually satisfactory resolution. If agreement cannot be reached through these means, then the ruling of the Secretary of Labor shall prevail.

C. Revisions to this Agreement

(1) Revisions to this Agreement must be approved in writing by both parties.

## SECTION VII. PERIOD OF AGREEMENT

A. This Agreement becomes effective when signed by all the authorized officials stipulated under Section X, herein, and will remain in effect until superseded or terminated in writing by

001009

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

mutual agreement of the parties to this Agreement, or unilaterally terminated by any signatory Department after a minimum of 120 days formal notice.  Supersession of this Agreement must be approved in writing by the parties to this Agreement, or their successors.

### SECTION VIII.  SUPERSESSION OF PREVIOUS AGREEMENTS

A. This Interagency Agreement terminates and supersedes the 1974 Agreement, as amended, between and among DOL and USDA, pertaining to Job Corps CCCs operated by USDA.  Upon the effective date of this Agreement, as stipulated under Section VII, the Agreement of 1974, and any other such Agreements, shall no longer apply to USDA or DOL.

### SECTION IX.  AMENDMENT OF THIS AGREEMENT

A. All parties to this Agreement understand that it is subject to review and possible amendment under the following circumstances:

(1) At least every 4 years

(2) Upon revision of the enabling Job Corps program legislation.

(3) At the request of any party, based on changes significantly impacting the Agreement.

### SECTION X.  SIGNATURES OF AUTHORIZED OFFICIALS

**Executed on Behalf of the Department of Labor**

| | |
|---|---|
| Assistant Secretary for Administration and Management | 3/6/08 |
| | Date |
| National Director, Office of Job Corps | 3-5-08 |
| | Date |

**Executed on Behalf of the Department of Agriculture**

| | |
|---|---|
| Assistant Secretary for Administration | 3/10/08    MAR 1 0 2008 |
| | Date |
| Under Secretary for Natural Resources and Environment | 3/10/08 |
| | Date |

14

001010

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

# APPENDIX F: OJC Congressional Districts FTE

| State | Center | Contract/ USDA FS | Enrollees in PY 23 (Students Served Report EIS) | Actual FTE | Member of Congress |
|---|---|---|---|---|---|
| Alabama | GADSDEN | Contract | 219 | 103 | Mike Rogers (AL-03) |
| Alabama | MONTGOMERY | Contract | 244 | 105.7 | Shomari Figures (AL-02) |
| Alaska | ALASKA | Contract | 229 | 97.78 | Nick Begich (AK-AL) |
| Arizona | FRED ACOSTA | Contract | 307 | 118.44 | **Vacant (AZ-07)** |
| Arizona | PHOENIX | Contract | 387 | 122.76 | Yassamin Ansari |
| Arkansas | CASS* | USDA FS | 201 | | Bruce Westerman (AR-04) |
| Arkansas | LITTLE ROCK | Contract | 314 | 105.15 | French Hill (AR-02) |
| California | INLAND EMPIRE | Contract | 364 | 127.75 | Pete Aguilar (CA-33) |
| California | LONG BEACH | Contract | 352 | 115.4 | Robert Garcia (CA-42) |
| California | LOS ANGELES | Contract | 540 | 215.45 | Sydney Kamlager-Dove (CA-37) |
| California | SACRAMENTO | Contract | 565 | 149.65 | Doris Matsui (CA-07) |
| California | SAN DIEGO | Contract | 437 | 196.8 | Juan Vargas (CA-52) |
| California | SAN JOSE | Contract | 327 | 155 | Zoe Lofgren (CA-18) |
| California | TREASURE ISLAND | Contract | 433 | 181.41 | Nancy Pelosi (CA-11) |
| Colorado | COLLBRAN* | USDA FS | 131 | | Jeff Hurd (CO-3) |
| Connecticut | HARTFORD | Contract | 247 | 97.1 | John Larson (CT-01) |
| Connecticut | NEW HAVEN | Contract | 202 | 81.93 | Rosa DeLauro (CT-03) |
| Delaware | WILMINGTON | Contract | 161 | 69.63 | Sarah McBride (DE-AL) |
| Florida | JACKSONVILLE | Contract | 365 | 107.63 | Aaron Bean (FL-04) |
| Florida | MIAMI | Contract | 328 | 113.5 | Frederica Wilson (FL-24) |
| Florida | PINELLAS COUNTY | Contract | 320 | 117.25 | Kathy Castor (FL-14) |
| Georgia | BRUNSWICK | Contract | 338 | 126.925 | Buddy Carter (GA-01) |
| Georgia | TURNER | Contract | 861 | 258 | Sanford Bishop (GA-02) |
| Hawaii | HAWAII** | Contract | 288 | 150.15 | Jill Tokuda (HI-02) |
| Hawaii | MAUI** | Contract | 288 | 150.15 | Jill Tokuda (HI-02) |
| Idaho | CENTENNIAL | Contract | 117 | 67.08 | Russ Fulcher (ID-01) |
| Illinois | JOLIET | Contract | 251 | 63 | Lauren Underwood (IL-14) |
| Illinois | PAUL SIMON | Contract | 357 | 152.3 | Jesus "Chuy" Garcia (IL-04) |
| Indiana | ATTERBURY** | Contract | 491 | 177.1325 | Jefferson Shreve (IN-06) |
| Indiana | INDYPENDENCE** | Contract | 491 | 15 | Andre Carson (IN-07) |
| Iowa | DENISON | Contract | 231 | 116 | Randy Feenstra (IA-04) |
| Iowa | OTTUMWA | Contract | 220 | 101 | Zachary Nunn (IA-03) |
| Kansas | FLINT HILLS | Contract | 269 | 116 | Tracey Mann (KS-01) |

001011

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

| | | | | | | |
|---|---|---|---|---|---|---|
| Kentucky | CARL D. PERKINS | Contract | | 140 | 111 | Harold Rogers (KY-05) |
| Kentucky | EARLE C. CLEMENTS | Contract | | 657 | 330.48 | James Comer (KY-01) |
| Kentucky | FRENCHBURG* | USDA FS | | 102 | 54 | Harold Rogers (KY-05) |
| Kentucky | GREAT ONYX* | USDA FS | | 205 | 45 | Brett Guthrie (KY-02) |
| Kentucky | MUHLENBERG | Contract | | 217 | 142.5 | Brett Guthrie (KY-02) |
| Kentucky | PINE KNOT* | USDA FS | | 219 | 54 | Harold Rogers (KY-05) |
| Louisiana | CARVILLE | Contract | | 0 | | Troy Carter (LA-02) |
| Louisiana | NEW ORLEANS | Contract | | 266 | 60.375 | Troy Carter (LA-02) |
| Louisiana | SHREVEPORT | Contract | | 432 | 120.842 | Cleo Fields (LA-06) |
| Maine | LORING | Contract | | 242 | 125.82 | Jared Golden (ME-02) |
| Maine | PENOBSCOT | Contract | | 192 | 117.2 | Jared Golden (ME-02) |
| Maryland | WOODLAND | Contract | | 340 | 104.4 | Steny Hoyer (MD-05) |
| Massachusetts | GRAFTON | Contract | | 337 | 106.79 | James McGovern (MA-02) |
| Massachusetts | SARGENT SHRIVER | Contract | | 317 | 109.53 | Lori Trahan (MA-03) |
| Massachusetts | WESTOVER | Contract | | 471 | 164.3 | Richard Neal (MA-01) |
| Michigan | DETROIT | Contract | | 321 | 130 | Shri Thanedar (MI-13) |
| Michigan | FLINT/GENESEE | Contract | | 231 | 153.5 | Kristen McDonald Rivey (MI-08) |
| Michigan | GERALD R. FORD | Contract | | 208 | 104 | Hillary Scholten (MI-03) |
| Minnesota | HUBERT H HUMPHREY | Contract | | 216 | 107.7 | Betty McCollum (MN-04) |
| Mississippi | FINCH-HENRY | Contract | | 207 | 107.95 | Bennie Thompson (MS-02) |
| Mississippi | GULFPORT | Contract | | 153 | 68.5 | Mike Ezell (MS-04) |
| Mississippi | MISSISSIPPI | Contract | | 360 | 116.5 | Bennie Thompson (MS-02) |
| Missouri | EXCELSIOR SPRINGS | Contract | | 415 | 181.08 | Sam Graves (MO-06) |
| Missouri | MINGO* | USDA FS | | 194 | | Jason Smith (MO-08) |
| Missouri | ST LOUIS | Contract | | 354 | 179 | Wesley Bell (MO-01) |
| Montana | ANACONDA* | USDA FS | | 179 | | Ryan Zinke (MT-01) |
| Montana | TRAPPER CREEK* | USDA FS | | 155 | | Ryan Zinke (MT-01) |
| Nebraska | PINE RIDGE* | USDA FS | | 142 | | Adrian Smith (NE-03) |
| Nevada | SIERRA NEVADA | Contract | | 503 | 178.45 | Mark Amodei (NV-02) |
| New Hampshire | NEW HAMPSHIRE | Contract | | 282 | 108.75 | Chris Pappas (NH-01) |
| New Jersey | EDISON | Contract | | 373 | 151.9 | Frank Pallone, Jr. (NJ-06) |
| New Mexico | ALBUQUERQUE | Contract | | 272 | 119.5 | Melanie Stansbury (NM-01) |
| New Mexico | ROSWELL | Contract | | 189 | 104.7 | Teresa Leger Fernandez (NM-03) |
| New York | BROOKLYN** | Contract | | 488 | 92.15 | Hakeem Jeffries (NY-08) |
| New York | CASSADAGA | Contract | | 255 | 102.6 | Nicholas Langworthy (NY-23) |
| New York | DELAWARE VALLEY | Contract | | 253 | 87.88 | Josh Riley (NY-19) |
| New York | GLENMONT | Contract | | 323 | 111.38 | Paul Tonko (NY-20) |
| New York | IROQUOIS | Contract | | 247 | 97.45 | Claudia Tenney (NY-24) |
| New York | ONEONTA | Contract | | 246 | 113.6 | Josh Riley (NY-19) |
| New York | S. BRONX** | Contract | | 488 | 112.5 | Ritchie Torres (NY-15) |
| North Carolina | KITTRELL | Contract | | 459 | 127 | Donald Davis (NC-01) |
| North Carolina | LYNDON B. JOHNSON* | USDA FS | | 173 | 49 | Chuck Edwards (NC-11) |
| North Carolina | OCONALUFTEE* | USDA FS | | 162 | 52 | Chuck Edwards (NC-11) |
| North Carolina | SCHENCK* | USDA FS | | 148 | 50 | Chuck Edwards (NC-11) |
| North Dakota | QUENTIN BURDICK | Contract | | 208 | 96.182 | Julie Fedorchack (ND-AL) |
| Ohio | CINCINNATI | Contract | | 289 | 108.55 | Greg Landsman (OH-01) |
| Ohio | CLEVELAND | Contract | | 236 | 124 | Shontel Brown (OH-11) |
| Ohio | DAYTON | Contract | | 211 | 82.5 | Michael Turner (OH-10) |
| Oklahoma | GUTHRIE | Contract | | 635 | 162.692 | Stephanie Bice (OK-05) |
| Oklahoma | TALKING LEAVES | Contract | | 238 | 90.59 | Josh Brecheen (OK-02) |
| Oklahoma | TULSA | Contract | | 275 | 105.49 | Kevin Hern (OK-01) |

001012

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

| State | Center | Type | FTE | | Rep |
|---|---|---|---|---|---|
| Oregon | ANGELL* | USDA FS | 166 | | Val Hoyle (OR-04) |
| Oregon | PIVOT** | Contract | 142 | 100.7 | Suzanne Bonamici (OR-01) |
| Oregon | SPRINGDALE** | Contract | 142 | 100.7 | Maxine Dexter (OR-03) |
| Oregon | TIMBER LAKE* | USDA FS | 106 | | Janelle Bynum (OR-05) |
| Oregon | TONGUE POINT | Contract | 329 | 164.31 | Suzanne Bonamici (OR-01) |
| Oregon | WOLF CREEK* | USDA FS | 210 | | Cliff Bentz (OR-02) |
| Pennsylvania | KEYSTONE** | Contract | 611 | 307 | Rob Bresnahan (PA-08) |
| Pennsylvania | PHILADELPHIA | Contract | 405 | 91.85 | Mary Gay Scanlon (PA-05) |
| Pennsylvania | PITTSBURGH | Contract | 612 | 176.725 | Summer Lee (PA-12) |
| Pennsylvania | RED ROCK** | Contract | 300 | 307 | Daniel Meuser (PA-09) |
| Puerto Rico | ARECIBO | Contract | 198 | 88.82 | N/A |
| Puerto Rico | RAMEY | Contract | 424 | 148.97 | N/A |
| Rhode Island | EXETER | Contract | 172 | 84.21 | Seth Magaziner (RI-02) |
| South Carolina | BAMBERG | Contract | 284 | 96.6 | James Clyburn (SC-06) |
| South Dakota | BOXELDER* | USDA FS | 107 | | Dusty Johnson (SD-AL) |
| Tennessee | BENJAMIN L. HOOKS | Contract | 280 | 110.7 | Steve Cohen (TN-09) |
| Tennessee | JACOBS CREEK* | USDA FS | 163 | 46 | Diana Harshbarger (TN-01) |
| Texas | DAVID L. CARRASCO | Contract | 514 | 138.94 | Veronica Escobar (TX-16) |
| Texas | GARY | Contract | 1191 | 479.36 | Greg Casar (TX-35) |
| Texas | LAREDO | Contract | 201 | 88.1 | Henry Cuellar (TX-28) |
| Texas | NORTH TEXAS | Contract | 691 | 211.35 | Keith Self (TX-03) |
| Utah | CLEARFIELD | Contract | 952 | 338.3875 | Blake Moore (UT-01) |
| Utah | WEBER BASIN* | USDA FS | 155 | | Blake Moore (UT-01) |
| Vermont | NORTHLANDS | Contract | 161 | 94.5 | Becca Balint (VT-AL) |
| Virginia | BLUE RIDGE | Contract | 100 | 87 | Morgan Griffith (VA-09) |
| Virginia | FLATWOODS* | USDA FS | 138 | 44 | Morgan Griffith (VA-09) |
| Virginia | OLD DOMINION | Contract | 95 | 121.61 | John McGuire (VA-05) |
| Washington | CASCADES | Contract | 278 | 111.87 | Rick Larsen (WA-02) |
| Washington | COLUMBIA BASIN* | USDA FS | 239 | | Dan Newhouse (WA-04) |
| Washington | CURLEW* | USDA FS | 125 | | Michael Baumgartner (WA-05) |
| Washington | FORT SIMCOE* | USDA FS | 121 | | Dan Newhouse (WA-04) |
| Washington DC | POTOMAC | Contract | 379 | 147 | N/A |
| West Virginia | CHARLESTON | Contract | 236 | 125 | Carol Miller (WV-01) |
| West Virginia | HARPERS FERRY* | USDA FS | 119 | 50 | Riley Moore (WV-02) |
| Wisconsin | BLACKWELL* | USDA FS | 133 | | Tom Tiffany (WI-07) |
| Wisconsin | MILWAUKEE | Contract | 245 | 104 | Gwen Moore (WI-04) |
| Wyoming | WIND RIVER | Contract | 307 | 130.9 | Harriet Hageman (WY-AL) |

Note that for most of the USDA contracts DOL was not provided the FTE, but these centers are primarily federal employees (approx. 1,100). Highlighted centers had their FTE combined with their satellites.

44

001013

Message

**From:**          Matz, Jillian - OASAM OSPE ███████████████████████████
███████████████████████████████████████████████

**Sent:**          5/28/2025 5:49:22 PM
**To:**            McGee, Erin L - ETA ███████████████
**Subject:**       Center Operations Options and Course of Action.xlsx
**Attachments:**   Center Operations Options and Course of Action.xlsx

| | Region | Contract Title | Contract Number | Contractor | Current POP End Date | Propose Course of Action | Following discussion at 5/9 leadership meeting - Possible path forward | Notes |
|---|---|---|---|---|---|---|---|---|
| 2 | Philadelphia | Woodland Job Corps Center | 1605JE-22-D-0011/1605JE-23-F-00003 | Adams & Associates | 3/31/2025 | Extend 3 months -9; no termination | on 5/15 COB Jill issues 52.217-8 unilateral mod extending all services through 6/30 - on 5/16 Jill sends email notifying contractor that there will be no further extension/renewal past 6/30 - directives on shutdown activities to follow | Lori to sign off on not terminating and just sending notice of no renewal/extension past 6/30 |
| 3 | Boston | Shriver Job Corps Center | 1605JE-22-D-0011/1605JE-23-F-00001 | Adams & Associates, Inc. | 7/31/2025 | Termination | on 5/16 Jill issues termination notice | |
| 4 | Philadelphia | Keystone/Red Rock Job Corps Center | 1605JE-21-C-0003 | Adams & Associates, Inc. | 1/31/2026 | Termination | on 5/16 Jill issues termination notice | |
| 5 | Boston | Glenmont Job Corps Center | 1605JE-24-C-0012 | Adams and Associates | 3/31/2025 | Extend 3 months -9; no termination | on 5/15 COB Jill issues 52.217-8 unilateral mod extending all services through 6/30 - on 5/16 Jill notifying contractor that there will be no further extension/renewal past 6/30 - directives on shutdown activities to follow | Lori to sign off on not terminating and just sending notice of no renewal/extension past 6/30 |
| 6 | Atlanta | Mississippi Job Corps Center | 1605JE-21-C-0006 | Adams and Associates | 5/31/2025 | Extend 1 month of -9; no termination | on 5/15 COB Jill issues 52.217-8 unilateral mod extending all services through 6/30 - on 5/16 Jill sends email notifying contractor that there will be no further extension/renewal past 6/30 - directives on shutdown activities to follow | Lori to sign off on not terminating and just sending notice of no renewal/extension past 6/30 |
| 7 | Boston | New Hampshire Job Corps Center | 1605JE-20-C-0004 | Adams and Associates | 8/31/2025 | Termination | on 5/16 Jill issues termination notice | |
| 8 | Atlanta | Miami Job Corps Center | 1605JE-22-C-0017 | Adams and Associates | 10/31/2025 | Termination | on 5/16 Jill issues termination notice | |
| 9 | Chicago | Atterbury Job Corps Center | 1605JW-25-C-0002 | Adams and Associates | 11/30/2025 | Termination | on 5/16 Jill issues termination notice | |
| 10 | Boston | Delaware Valley Job Corps Center | 1605JE-22-C-0004 | Adams and Associates | 1/31/2026 | Termination | on 5/16 Jill issues termination notice | |
| 11 | Philadelphia | Philadelphia Job Corps Center | 1605JE-22-C-0005 | Adams and Associates | 1/31/2026 | Termination | on 5/16 Jill issues termination notice | |
| 12 | San Francisco | Phoenix Job Corps Center | 1605JW-21-C-0004 | Adams and Associates, Inc. | 3/31/2025 | Extend 3 months -9; no termination | on 5/15 COB Jill issues 52.217-8 unilateral mod extending all services through 6/30 - on 5/16 Jill notifying contractor that there will be no further extension/renewal past 6/30 - directives on shutdown activities to follow | Lori to sign off on not terminating and just sending notice of no renewal/extension past 6/30 |
| 13 | Boston | Exeter Job Corps Center | 1605JE-21-C-0002 | Adams and Associates, Inc. | 5/31/2025 | Extend 1 month of -9; no termination | on 5/15 COB Jill issues 52.217-8 unilateral mod extending all services through 6/30 - on 5/16 Jill notifying contractor that there will be no further extension/renewal past 6/30 - directives on shutdown activities to follow | Lori to sign off on not terminating and just sending notice of no renewal/extension past 6/30 |
| 14 | Atlanta | Brunswick Job Corps Center | 1605JE-22-C-0008 | Adams and Associates, Inc. | 6/30/2025 | Allow to end June 30th; no termination | Any modifications needed to fund through 6/30 are issued prior to 5/16. On 5/16 Jill sends email notifying contractor that there will be no further extension/renewal past 6/30 - directives on shutdown activities to follow | Lori to sign off on not terminating and just sending notice of no renewal/extension past 6/30 |
| 15 | Boston | Grafton Job Corps Center | 1605JE-24-C-0007 | Adams and Associates, Inc. | 1/31/2026 | Termination | on 5/16 Jill issues termination notice | |

001015

| | |
|---|---|
| 1 | **Steps to May 23 - including document in red font** |
| 2 | 1. by 5/16, get -9 extension signed by contractor, 2. if contractor does not sign, Jill sends unilateral -8 extension, 3. on May 23 send a "notice of intent to cease contractor operations at this center after 6/30, with immediate or soon to come instructions on preparing for cessation of contract operations." |
| 3 | 1. on May 23, Jill issues notice of intent to terminate immediately but requiring continued work in various areas. 2. soon after May 23, Jill begins planning caretaker contracts for 7/1 and forward for all centers |
| 4 | |
| 5 | same as above |
| 6 | same as above |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | same as above |
| 13 | same as above |
| 14 | 1. on May 23 send a "notice of intent to cease contractor operations at this center after 6/30, with immediate or soon to come instructions on preparing for cessation of contract operations." |
| 15 | |

001016

8

| | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|
| 1 | **Status of extension** | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | not extended - instead -8 one extension - notice to extend -8 on May 23, then the actual extension before 5/31 - if TRO issued, then do a -9 instead of -8 | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | not extended | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |

| | Q | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | |

| | AH | AI | AJ | AK | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV | AW | AX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | |

| | AY | AZ | BA | BB | BC | BD | BE | BF | BG |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | Jun-29 | Jul-29 | Aug-29 | Sep-29 | Oct-29 | Nov-29 | Dec-29 |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 16 | Chicago | Paul Simon Job Corps Center | 1605JW-22-C-0003 | Aleut-Odle JV2, LLC | 4/30/2025 | Extend 2 month of -9; no termination | on 5/15 COB Jill issues 52.217-8 unilateral mod extending all services through 6/30 - on 5/16 Jill sends email notifying contractor that there will be no further extension/renewal past 6/30 - directives on shutdown activities to follow | Lori to sign off on not terminating and just sending notice of no renewal/extension past 6/30 |
| 17 | Dallas | Carrasco Job Corps Center | 1605JW-22-C-0011 | Aleut-Odle Training and Development JV 2,LLC | 7/31/2025 | Termination | on 5/16 Jill issues termination notice | |
| 18 | Dallas | Albuquerque Job Corps Center | 1605JW-21-C-0007 | Aleut-Odle Training and Development, JV | 3/31/2025 | Extend 3 months -9; no termination | on 5/15 COB Jill issues 52.217-8 unilateral mod extending all services through 6/30 - on 5/16 Jill sends email notifying contractor that there will be no further extension/renewal past 6/30 - directives on shutdown activities to follow | Lori to sign off on not terminating and just sending notice of no renewal/extension past 6/30 |
| 19 | Dallas | New Orleans Job Corps Center | 1605JW-22-C-0009 | API | 8/31/2025 | Termination | on 5/16 Jill issues termination notice | |
| 20 | Boston | Penobscot Job Corps Center | 1605JE-24-C-0011 | Arbor E&T LLC | 4/30/2026 | Termination | on 5/16 Jill issues termination notice | |
| 21 | Boston | Puerto Rico Job Corps Centers | 1605JE-23-C-0008 | Arbor E&T, LLC | 2/28/2026 | Termination | on 5/16 Jill issues termination notice | |
| 22 | Dallas | Gary Job Corps Center | 1605JW-23-F-0004 | Arbor E&T, LLC dba Equus Workforce Solutions | 3/31/2025 | Extend 3 months -9; no termination | on 5/15 COB Jill issues 52.217-8 unilateral mod extending all services through 6/30 - on 5/16 Jill sends email notifying contractor that there will be no further extension/renewal past 6/30 - directives on shutdown activities to follow | Lori to sign off on not terminating and just sending notice of no renewal/extension past 6/30 |
| 23 | Dallas | Guthrie Job Corps Center | 1605JW-23-C-0002 | Bizzell Group | 6/30/2025 | Allow to end June 30th; no termination | Any modifications needed to fund through 6/30 are issued prior to 5/16.  On 5/16 Jill sends email notifying contractor that there will be no further extension/renewal past 6/30 - directives on shutdown activities to follow | Lori to sign off on not terminating and just sending notice of no renewal/extension past 6/30 |
| 24 | Boston | New Haven Job Corps Center | 1605JE-23-C-0002 | Bizzell Group | 11/30/2025 | Termination | on 5/16 Jill issues termination notice | |
| 25 | Dallas | Roswell Job Corps Center | 1605JW-24-F-00002 | Career Systems Development | 2/28/2026 | Termination | on 5/16 Jill issues termination notice | |
| 26 | Boston | Loring Job Corps Center | 1605JE-21-C-0010 | Career Systems Development Corp. | 10/31/2025 | Termination | on 5/16 Jill issues termination notice | |
| 27 | Chicago | Ottumwa Job Corps Center | 1605JW-23-C-0005 | Career Systems Development Corp. | 5/31/2025 | Extend 1 month of -9; no termination | on 5/15 COB Jill issues 52.217-8 unilateral mod extending all services through 6/30 - on 5/16 Jill sends email notifying contractor that there will be no further extension/renewal past 6/30 - directives on shutdown activities to follow | Lori to sign off on not terminating and just sending notice of no renewal/extension past 6/30 |
| 28 | San Francisco | Springdale Job Corps Center | 1605JE-22-D-0012 / 1605JW-24-F-00001 | Career Systems Development Corporation | 2/28/2026 | Termination | on 5/16 Jill issues termination notice | |
| 29 | San Francisco | San Jose Job Corps Center | 1605JW-21-C-0017 | Career Systems Development Corporation | 6/30/2025 | Allow to end June 30th; no termination | Any modifications needed to fund through 6/30 are issued prior to 5/16.  On 5/16 Jill sends email notifying contractor that there will be no further extension/renewal past 6/30 - directives on shutdown activities to follow | Lori to sign off on not terminating and just sending notice of no renewal/extension past 6/30 |
| 30 | San Francisco | Sacramento Job Corps Center | 1605JW-25-C-0003 | Career Systems Development Corporation | 10/31/2025 | Termination | on 5/16 Jill issues termination notice | |

001021

| | |
|---|---|
| 16 | same as above |
| 17 | |
| 18 | same as above |
| 19 | |
| 20 | |
| 21 | |
| 22 | same as above |
| 23 | same as above |
| 24 | |
| 25 | |
| 26 | |
| 27 | same as above |
| 28 | |
| 29 | same as above |
| 30 | |

| | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | not extended | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |

001023

| | Q | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | | | | |

001024

| | AH | AI | AJ | AK | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV | AW | AX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | | | | |

| | AY | AZ | BA | BB | BC | BD | BE | BF | BG |
|---|---|---|---|---|---|---|---|---|---|
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 31 | Dallas | Talking Leaves Job Corps Center | 1605JW-24-C-0005 | Cherokee Nation | 7/31/2026 | Termination | on 5/16 Jill issues termination notice | |
| 32 | Chicago | Cleveland Job Corps Center | 1605JW-23-C-0008 | Chugach Training and Educational Solutions | 10/31/2025 | Termination | on 5/16 Jill issues termination notice | |
| 33 | Atlanta | Gulfport Job Corps Center | 1605JE-20-C-0003 | Chugach Training and Educational Solutions, LLC | 9/30/2025 | Termination | on 5/16 Jill issues termination notice | |
| 34 | San Francisco | Alaska Job Corps Center | 1605JW-24-C-0001 | Chugach Training and Educational Solutions, LLC | 12/31/2025 | Termination | on 5/16 Jill issues termination notice | |
| 35 | Atlanta | Kittrell Job Corps Center | 1605JE-24-C-0014 | COVENANT LEARNING SOLUTIONS LLC | 7/31/2026 | Termination | on 5/16 Jill issues termination notice | |
| 36 | Atlanta | Jacksonville Job Corps Center | 1605JE-23-C-0011 | Covenant Learning Solutions, LLC | 5/31/2025 | Extend 1 month of -9; no termination | on 5/15 COB Jill issues 52.217-8 unilateral mod extending all services through 6/30 - on 5/16 Jill sends email notifying contractor that there will be no further extension/renewal past 6/30 - directives on shutdown activities to follow | Lori to sign off on not terminating and just sending notice of no renewal/extension past 6/30 |
| 37 | Boston | New York Job Corps Center (Wrap Around Serivces) | 1605JW-23-C-0007 | CSD | 9/30/2025 | Termination | on 5/16 Jill issues termination notice | |
| 38 | Boston | New York Job Corps Center (Academic Services) | 1605JW-23-C-0006 | DB Grant | 9/30/2025 | Termination | on 5/16 Jill issues termination notice | |
| 39 | Chicago | St. Louis Job Corps Center | 1605JW-25-C-0005 | Distinction LLC | 12/31/2025 | Termination | on 5/16 Jill issues termination notice | |
| 40 | Philadelphia | Whitney Young Caretaker Contract | | Distinction LLC | | | ? | |
| 41 | Boston | Cassadaga Job Corps Center | 1605JE-23-C-0009 | Dynamic Educational System Inc | 3/31/2025 | Extend 3 months -9; no termination | on 5/15 COB Jill issues 52.217-8 unilateral mod extending all services through 6/30 - on 5/16 Jill sends email notifying contractor that there will be no further extension/renewal past 6/30 - directives on shutdown activities to follow | Lori to sign off on not terminating and just sending notice of no renewal/extension past 6/30 |
| 42 | Chicago | Dayton Job Corps Center | 1605JW-21-C-0001 | Dynamic Educational Systems, Inc. | 11/30/2025 | Termination | on 5/16 Jill issues termination notice | |
| 43 | Philadelphia | Potomac Job Corps Center (Non-Profit) | 1605JE-21-C-0005 | Eckerd Connects (CR Contract) | 10/31/2025 | Termination | on 5/16 Jill issues termination notice | |
| 44 | Boston | Northlands Job Corps Center | 1605JE-22-C-0010 | Education and Training Resources | 5/31/2025 | Extend 1 month of -9; no termination | on 5/15 COB Jill issues 52.217-8 unilateral mod extending all services through 6/30 - on 5/16 Jill sends email notifying contractor that there will be no further extension/renewal past 6/30 - directives on shutdown activities to follow | Lori to sign off on not terminating and just sending notice of no renewal/extension past 6/30 |
| 45 | Chicago | Excelsior Springs Job Corps Center | 1605JW-22-C-0008 | Education and Training Resources | 9/30/2025 | Termination | on 5/16 Jill issues termination notice | |
| 46 | Atlanta | Benjamin L. Hooks Job Corps Center | 1605JE-20-C-0007 | Education and Training Resources | 10/31/2025 | Termination | on 5/16 Jill issues termination notice | |
| 47 | Boston | Iroquois Job Corps Center | 1605JE-20-C-0008 | Education and Training Resources | 11/30/2025 | Termination | on 5/16 Jill issues termination notice | |

| | |
|---|---|
| 31 | |
| 32 | |
| 33 | |
| 34 | |
| 35 | |
| 36 | same as above |
| 37 | |
| 38 | |
| 39 | |
| 40 | |
| 41 | same as above |
| 42 | |
| 43 | |
| 44 | same as above |
| 45 | |
| 46 | |
| 47 | |

001028

| | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|
| 31 | | | | | | | |
| 32 | | | | | | | |
| 33 | | | | | | | |
| 34 | | | | | | | |
| 35 | | | | | | | |
| 36 | not extended | | | | | | |
| 37 | | | | | | | |
| 38 | | | | | | | |
| 39 | | | | | | | |
| 40 | | | | | | | |
| 41 | | | | | | | |
| 42 | | | | | | | |
| 43 | | | | | | | |
| 44 | not extended | | | | | | |
| 45 | | | | | | | |
| 46 | | | | | | | |
| 47 | | | | | | | |

001029

|    | Q | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG |
|----|---|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|
| 31 |   |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |
| 32 |   |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |
| 33 |   |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |
| 34 |   |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |
| 35 |   |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |
| 36 |   |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |
| 37 |   |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |
| 38 |   |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |
| 39 |   |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |
| 40 |   |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |
| 41 |   |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |
| 42 |   |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |
| 43 |   |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |
| 44 |   |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |
| 45 |   |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |
| 46 |   |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |
| 47 |   |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |

| | AH | AI | AJ | AK | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV | AW | AX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | | | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | | | | | | |
| 38 | | | | | | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | |
| 41 | | | | | | | | | | | | | | | | | |
| 42 | | | | | | | | | | | | | | | | | |
| 43 | | | | | | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | | | | | | |
| 45 | | | | | | | | | | | | | | | | | |
| 46 | | | | | | | | | | | | | | | | | |
| 47 | | | | | | | | | | | | | | | | | |

001031

|    | AY | AZ | BA | BB | BC | BD | BE | BF | BG |
|----|----|----|----|----|----|----|----|----|----|
| 31 |    |    |    |    |    |    |    |    |    |
| 32 |    |    |    |    |    |    |    |    |    |
| 33 |    |    |    |    |    |    |    |    |    |
| 34 |    |    |    |    |    |    |    |    |    |
| 35 |    |    |    |    |    |    |    |    |    |
| 36 |    |    |    |    |    |    |    |    |    |
| 37 |    |    |    |    |    |    |    |    |    |
| 38 |    |    |    |    |    |    |    |    |    |
| 39 |    |    |    |    |    |    |    |    |    |
| 40 |    |    |    |    |    |    |    |    |    |
| 41 |    |    |    |    |    |    |    |    |    |
| 42 |    |    |    |    |    |    |    |    |    |
| 43 |    |    |    |    |    |    |    |    |    |
| 44 |    |    |    |    |    |    |    |    |    |
| 45 |    |    |    |    |    |    |    |    |    |
| 46 |    |    |    |    |    |    |    |    |    |
| 47 |    |    |    |    |    |    |    |    |    |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 48 | Atlanta | Montgomery Job Corps Center | 1605JE-21-C-0001 | Education and Training Resources | 11/30/2025 | Termination | on 5/16 Jill issues termination notice | |
| 49 | Boston | Oneonta Job Corps Center | 1605JE-22-C-0002 | Education and Training Resources | 11/30/2025 | Termination | on 5/16 Jill issues termination notice | |
| 50 | Boston | Westover Job Corps Center | 1605JE-23-C-0001 | Education and Training Resources | 11/30/2025 | Termination | on 5/16 Jill issues termination notice | |
| 51 | Philadelphia | Wilmington Job Corps Center | 1605JE-21-C-0004 | Education and Training Resources | 1/31/2026 | Termination | on 5/16 Jill issues termination notice | |
| 52 | Atlanta | Finch-Henry Job Corps Center | 1605JE-24-C-0008 | Education and Training Resources | 2/28/2026 | Termination | on 5/16 Jill issues termination notice | |
| 53 | Chicago | Hubert Humphrey Job Corps Center | 1605JW-21-C-0006 | Education and Training Resources | 2/28/2026 | Termination | on 5/16 Jill issues termination notice | |
| 54 | Dallas | Wind River Job Corps Center Task Order | 1605JW-23-F-00008 | Equus | 2/28/2026 | Termination | on 5/16 Jill issues termination notice | |
| 55 | Philadelphia | Woodstock Caretaker Contract | | Equus | | | ? | |
| 56 | Atlanta | Pinellas Job Corps Center | 1605JE-21-C-0015 | Exceed, LLC | 11/30/2025 | Termination | on 5/16 Jill issues termination notice | |
| 57 | Atlanta | Bamberg Job Corps Center | 1605JE-23-C-0017 | Heritage Services Corporation | 7/31/2025 | Termination | on 5/16 Jill issues termination notice | for all rows through 92 - With Lori's approval, notice of termination to say all work to cease IMMEDIATELY EXCEPT Property, Facilities and Security Services which shall TERMINATE EFFECTIVE 6/30 - instructions re shutdown as in current draft - This requires Lori's approval. |
| 58 | Chicago | Milwaukee Job Corps Center | 1605JW-24-C-0003 | Horizons Youth Services | 2/28/2026 | Termination | on 5/16 Jill issues termination notice | |
| 59 | Chicago | Gerald R. Ford Job Corps Center | 1605JW-23-C-0010 | Human Learning Systems | 9/30/2025 | Termination | on 5/16 Jill issues termination notice | |
| 60 | Dallas | Shreveport Job Corps Center | 1605JW-22-C-0006 | Human Learning Systems | 8/31/2025 | Termination | on 5/16 Jill issues termination notice | |
| 61 | Dallas | Quentin N. Burdick Job Corps Center | 1605JW-22-C-0001 | Human Learning Systems LLC | 11/30/2025 | Termination | on 5/16 Jill issues termination notice | |
| 62 | San Francisco | Fred G. Acosta Job Corps Center | 1605JW-22-C-0005 | Human Learning Systems, LLC | 2/28/2026 | Termination | on 5/16 Jill issues termination notice | |
| 63 | Chicago | Cincinnati Job Corps Center | 1605JW-22-C-0004 | Insight Training Group, LLC | 5/31/2025 | Extend 1 month of -9; no termination | on 5/15 COB Jill issues 52.217-8 unilateral mod extending all services through 6/30 - on 5/16 Jill sends email notifying contractor that there will be no further extension/renewal past 6/30 - directives on shutdown activities to follow | Lori to sign off on not terminating and just sending notice of no renewal/extension past 6/30 |
| 64 | Philadelphia | Carl D. Perkins Job Corps Center | 1605JE-21-C-0009 | Insights Training Group, LLC | 3/31/2025 | Extend 3 months -9; no termination | on 5/15 COB Jill issues 52.217-8 unilateral mod extending all services through 6/30 - on 5/16 Jill sends email notifying contractor that there will be no further extension/renewal past 6/30 - directives on shutdown activities to follow | Lori to sign off on not terminating and just sending notice of no renewal/extension past 6/30 |
| 65 | Philadelphia | Muhlenberg Job Corps Center | 1605JE-22-C-0007 | Insights Training Group, LLC | 1/31/2026 | Termination | on 5/16 Jill issues termination notice | |
| 66 | San Francisco | Cascades Job Corps Center | 1605JE-22-D-0013 / 1605JW-23-F-00010 | LifeSkills Connection, Inc. | 2/28/2026 | Termination | on 5/16 Jill issues termination notice | |

001033

| | |
|---|---|
| 48 | |
| 49 | |
| 50 | |
| 51 | |
| 52 | |
| 53 | |
| 54 | |
| 55 | |
| 56 | |
| 57 | |
| 58 | |
| 59 | |
| 60 | |
| 61 | |
| 62 | |
| 63 | same as above |
| 64 | same as above |
| 65 | |
| 66 | |

001034

| | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|
| 48 | | | | | | | |
| 49 | | | | | | | |
| 50 | | | | | | | |
| 51 | | | | | | | |
| 52 | | | | | | | |
| 53 | | | | | | | |
| 54 | | | | | | | |
| 55 | | | | | | | |
| 56 | | | | | | | |
| 57 | | | | | | | |
| 58 | | | | | | | |
| 59 | | | | | | | |
| 60 | | | | | | | |
| 61 | | | | | | | |
| 62 | | | | | | | |
| 63 | not extended | | | | | | |
| 64 | | | | | | | |
| 65 | | | | | | | |
| 66 | | | | | | | |

001035

| | Q | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48 | | | | | | | | | | | | | | | | | |
| 49 | | | | | | | | | | | | | | | | | |
| 50 | | | | | | | | | | | | | | | | | |
| 51 | | | | | | | | | | | | | | | | | |
| 52 | | | | | | | | | | | | | | | | | |
| 53 | | | | | | | | | | | | | | | | | |
| 54 | | | | | | | | | | | | | | | | | |
| 55 | | | | | | | | | | | | | | | | | |
| 56 | | | | | | | | | | | | | | | | | |
| 57 | | | | | | | | | | | | | | | | | |
| 58 | | | | | | | | | | | | | | | | | |
| 59 | | | | | | | | | | | | | | | | | |
| 60 | | | | | | | | | | | | | | | | | |
| 61 | | | | | | | | | | | | | | | | | |
| 62 | | | | | | | | | | | | | | | | | |
| 63 | | | | | | | | | | | | | | | | | |
| 64 | | | | | | | | | | | | | | | | | |
| 65 | | | | | | | | | | | | | | | | | |
| 66 | | | | | | | | | | | | | | | | | |

| | AH | AI | AJ | AK | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV | AW | AX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48 | | | | | | | | | | | | | | | | | |
| 49 | | | | | | | | | | | | | | | | | |
| 50 | | | | | | | | | | | | | | | | | |
| 51 | | | | | | | | | | | | | | | | | |
| 52 | | | | | | | | | | | | | | | | | |
| 53 | | | | | | | | | | | | | | | | | |
| 54 | | | | | | | | | | | | | | | | | |
| 55 | | | | | | | | | | | | | | | | | |
| 56 | | | | | | | | | | | | | | | | | |
| 57 | | | | | | | | | | | | | | | | | |
| 58 | | | | | | | | | | | | | | | | | |
| 59 | | | | | | | | | | | | | | | | | |
| 60 | | | | | | | | | | | | | | | | | |
| 61 | | | | | | | | | | | | | | | | | |
| 62 | | | | | | | | | | | | | | | | | |
| 63 | | | | | | | | | | | | | | | | | |
| 64 | | | | | | | | | | | | | | | | | |
| 65 | | | | | | | | | | | | | | | | | |
| 66 | | | | | | | | | | | | | | | | | |

| | AY | AZ | BA | BB | BC | BD | BE | BF | BG |
|---|---|---|---|---|---|---|---|---|---|
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |
| 52 | | | | | | | | | |
| 53 | | | | | | | | | |
| 54 | | | | | | | | | |
| 55 | | | | | | | | | |
| 56 | | | | | | | | | |
| 57 | | | | | | | | | |
| 58 | | | | | | | | | |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | | | | | | | | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 67 | Philadelphia | Earle C. Clements Job Corps Center | 1605JE-24-C-0010 | Management & Training Corporation | 1/31/2026 | Termination | on 5/16 Jill issues termination notice | |
| 68 | Dallas | Clearfield Job Corps Center | 1605JW-22-C-0015 | Management & Training Corporation | 10/31/2025 | Termination | on 5/16 Jill issues termination notice | |
| 69 | San Francisco | Los Angeles Job Corps Center with OA & CTS | 1605JW-24-C-0004 | Management & Training Corporation (MTC) | 4/30/2026 | Termination | on 5/16 Jill issues termination notice | |
| 70 | San Francisco | San Diego Job Corps Center | 1605JW-24-C-0002 | Management and Training Corporation | 1/31/2026 | Termination | on 5/16 Jill issues termination notice | |
| 71 | Philadelphia | Charleston Job Corps Center | 1605JE-23-C-0003 | Management and Training Corporation | 12/31/2025 | Termination | on 5/16 Jill issues termination notice | |
| 72 | San Francisco | Centennial Job Corps Center | 1605JE-22-D-0014 / 1605JW-23-F-00005 | Management and Training Corporation (MTC) | 3/31/2025 | Extend 3 months -9; no termination | on 5/15 COB Jill issues 52.217-8 unilateral mod extending all services through 6/30 - on 5/16 Jill sends email notifying contractor that there will be no further extension/renewal past 6/30 - directives on shutdown activities to follow | Lori to sign off on not terminating and just sending notice of no renewal/extension past 6/30 |
| 73 | San Francisco | Hawaii Job Corps Center | 1605JW-22-C-0007 | Management and Training Corporation (MTC) | 4/30/2025 | Extend 2month of -9; no termination | on 5/15 COB Jill issues 52.217-8 unilateral mod extending all services through 6/30 - on 5/16 Jill sends email notifying contractor that there will be no further extension/renewal past 6/30 - directives on shutdown activities to follow | Lori to sign off on not terminating and just sending notice of no renewal/extension past 6/30 |
| 74 | San Francisco | Sierra Nevada Job Corps Center | 1605JW-22-C-0014 | Management and Training Corporation (MTC) | 7/31/2025 | Termination | on 5/16 Jill issues termination notice | |
| 75 | San Francisco | Tongue Point Job Corps Center | 1605JW-21-C-0019 | Management and Training Corporation (MTC) | 9/30/2025 | Termination | on 5/16 Jill issues termination notice | |
| 76 | Boston | Edison Job Corps Center | 1605JE-22-C-0014 | Management and Training Systems | 6/30/2025 | Allow to end June 30th; no termination | Any modifications needed to fund through 6/30 are issued prior to 5/16. On 5/16 Jill sends email notifying contractor that there will be no further extension/renewal past 6/30 - directives on shutdown activities to follow | Lori to sign off on not terminating and just sending notice of no renewal/extension past 6/30 |
| 77 | San Francisco | Treasure Island Job Corps Center | 1605JW-21-C-0005 | MINACT, Inc. | 3/31/2025 | Extend 3 months -9; no termination | on 5/15 COB Jill issues 52.217-8 unilateral mod extending all services through 6/30 - on 5/16 Jill sends email notifying contractor that there will be no further extension/renewal past 6/30 - directives on shutdown activities to follow | Lori to sign off on not terminating and just sending notice of no renewal/extension past 6/30 |
| 78 | Philadelphia | Pittsburgh Job Corps Center | 1605JE-21-C-0013 | Odle | 5/31/2025 | Extend 1 month of -9; no termination | on 5/15 COB Jill issues 52.217-8 unilateral mod extending all services through 6/30 - on 5/16 Jill sends email notifying contractor that there will be no further extension/renewal past 6/30 - directives on shutdown activities to follow | Lori to sign off on not terminating and just sending notice of no renewal/extension past 6/30 |
| 79 | Philadelphia | Old Dominion Job Corps Center | 1605JE-22-C-0016 | Odle Management Group | 6/30/2025 | Allow to end June 30th; no termination | Any modifications needed to fund through 6/30 are issued prior to 5/16. On 5/16 Jill sends email notifying contractor that there will be no further extension/renewal past 6/30 - directives on shutdown activities to follow | Lori to sign off on not terminating and just sending notice of no renewal/extension past 6/30 |
| 80 | Atlanta | Turner Job Corps Center | 1605JE-24-C-0013 | ODLE MANAGEMENT GROUP, L.L.C | 4/30/2026 | Termination | on 5/16 Jill issues termination notice | |

001039

| | |
|---|---|
| 67 | |
| 68 | |
| 69 | |
| 70 | |
| 71 | |
| 72 | same as above |
| 73 | same as above |
| 74 | |
| 75 | |
| 76 | same as above |
| 77 | same as above |
| 78 | same as above |
| 79 | same as above |
| 80 | |

| | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|
| 67 | | | | | | | |
| 68 | | | | | | | |
| 69 | | | | | | | |
| 70 | | | | | | | |
| 71 | | | | | | | |
| 72 | | | | | | | |
| 73 | | | | | | | |
| 74 | | | | | | | |
| 75 | | | | | | | |
| 76 | | | | | | | |
| 77 | | | | | | | |
| 78 | not extended | | | | | | |
| 79 | | | | | | | |
| 80 | | | | | | | |

001041

| | Q | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 67 | | | | | | | | | | | | | | | | | |
| 68 | | | | | | | | | | | | | | | | | |
| 69 | | | | | | | | | | | | | | | | | |
| 70 | | | | | | | | | | | | | | | | | |
| 71 | | | | | | | | | | | | | | | | | |
| 72 | | | | | | | | | | | | | | | | | |
| 73 | | | | | | | | | | | | | | | | | |
| 74 | | | | | | | | | | | | | | | | | |
| 75 | | | | | | | | | | | | | | | | | |
| 76 | | | | | | | | | | | | | | | | | |
| 77 | | | | | | | | | | | | | | | | | |
| 78 | | | | | | | | | | | | | | | | | |
| 79 | | | | | | | | | | | | | | | | | |
| 80 | | | | | | | | | | | | | | | | | |

001042

| | AH | AI | AJ | AK | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV | AW | AX |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 67 | | | | | | | | | | | | | | | | | |
| 68 | | | | | | | | | | | | | | | | | |
| 69 | | | | | | | | | | | | | | | | | |
| 70 | | | | | | | | | | | | | | | | | |
| 71 | | | | | | | | | | | | | | | | | |
| 72 | | | | | | | | | | | | | | | | | |
| 73 | | | | | | | | | | | | | | | | | |
| 74 | | | | | | | | | | | | | | | | | |
| 75 | | | | | | | | | | | | | | | | | |
| 76 | | | | | | | | | | | | | | | | | |
| 77 | | | | | | | | | | | | | | | | | |
| 78 | | | | | | | | | | | | | | | | | |
| 79 | | | | | | | | | | | | | | | | | |
| 80 | | | | | | | | | | | | | | | | | |

|    | AY | AZ | BA | BB | BC | BD | BE | BF | BG |
|----|----|----|----|----|----|----|----|----|----|
| 67 |    |    |    |    |    |    |    |    |    |
| 68 |    |    |    |    |    |    |    |    |    |
| 69 |    |    |    |    |    |    |    |    |    |
| 70 |    |    |    |    |    |    |    |    |    |
| 71 |    |    |    |    |    |    |    |    |    |
| 72 |    |    |    |    |    |    |    |    |    |
| 73 |    |    |    |    |    |    |    |    |    |
| 74 |    |    |    |    |    |    |    |    |    |
| 75 |    |    |    |    |    |    |    |    |    |
| 76 |    |    |    |    |    |    |    |    |    |
| 77 |    |    |    |    |    |    |    |    |    |
| 78 |    |    |    |    |    |    |    |    |    |
| 79 |    |    |    |    |    |    |    |    |    |
| 80 |    |    |    |    |    |    |    |    |    |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 81 | Chicago | Denison Job Corps Center Task Order | 1605JE-22-D-0016/1605JW-23-F-00009 | Odle Management Group, LLC (Odle) | 8/31/2025 | Termination | on 5/16 Jill issues termination notice | |
| 82 | Boston | Hartford Job Corps Center | 1605JE-23-C-0012 | Paradigmworks Group, Inc | 5/31/2025 | Extend 1 month of -9; no termination | on 5/15 COB Jill issues 52.217-8 unilateral mod extending all services through 6/30  - on 5/16 Jill sends email notifying contractor that there will be no further extension/renewal past 6/30 - directives on shutdown activities to follow | Lori to sign off on not terminating and just sending notice of no renewal/extension past 6/30 |
| 83 | Philadelphia | Blue Ridge Job Corps Center | 1605JE-22-C-0009 | Serrato Corporation | 3/31/2025 | Extend 3 months -9; no termination | on 5/15 COB Jill issues 52.217-8 unilateral mod extending all services through 6/30 - on 5/16 Jill sends email notifying contractor that there will be no further extension/renewal past 6/30 - directives on shutdown activities to follow | Lori to sign off on not terminating and just sending notice of no renewal/extension past 6/30 |
| 84 | Chicago | Flint Hills Job Corps Center | 1605JW-21-C-0015 | Serrato Corporation | 5/31/2025 | Extend 1 month of -9; no termination | on 5/15 COB Jill issues 52.217-8 unilateral mod extending all services through 6/30 - on 5/16 Jill sends email notifying contractor that there will be no further extension/renewal past 6/30 - directives on shutdown activities to follow | Lori to sign off on not terminating and just sending notice of no renewal/extension past 6/30 |
| 85 | Dallas | North Texas Job Corps Center | 1605JW-21-C-0008 | Serrato Corporation | 5/31/2025 | Extend 1 month of -9; no termination | on 5/15 COB Jill issues 52.217-8 unilateral mod extending all services through 6/30 - on 5/16 Jill sends email notifying contractor that there will be no further extension/renewal past 6/30 - directives on shutdown activities to follow | Lori to sign off on not terminating and just sending notice of no renewal/extension past 6/30 |
| 86 | Chicago | Detroit Job Corps Center | 1605JW-20-C-0002 | Serrato Corporation | 8/31/2025 | Termination | on 5/16 Jill issues termination notice | |
| 87 | Chicago | Flint Genesee Job Corps Center | 1605JW-20-C-0003 | Serrato Corporation | 8/31/2025 | Termination | on 5/16 Jill issues termination notice | |
| 88 | Dallas | Little Rock Job Corps Center | 1605JW-20-C-0004 | Serrato Corporation | 10/31/2025 | Termination | on 5/16 Jill issues termination notice | |
| 89 | Chicago | Joliet Job Corps Center | 1605JW-21-C-0012 | Strategix Management LLC | 5/31/2025 | Extend 1 month of -9; no termination | on 5/15 COB Jill issues 52.217-8 unilateral mod extending all services through 6/30 - on 5/16 Jill sends email notifying contractor that there will be no further extension/renewal past 6/30 - directives on shutdown activities to follow | Lori to sign off on not terminating and just sending notice of no renewal/extension past 6/30 |
| 90 | Dallas | Laredo Job Corps Center | 1605JW-21-C-0013 | Strategix Management LLC | 7/31/2025 | Termination | on 5/16 Jill issues termination notice | |
| 91 | Atlanta | Gadsden Job Corps Center | 1605JE-24-C-0001 | STRATEGIX MANAGEMENT LLC | 11/30/2025 | Termination | on 5/16 Jill issues termination notice | |
| 92 | San Francisco | Inland Empire Job Corps Center | 1605JW-22-C-0010 | Strategix Management, LLC | 6/30/2025 | Allow to end June 30th; no termination | Any modifications needed to fund through 6/30 are issued prior to 5/16.  On 5/16 Jill sends email notifying contractor that there will be no further extension/renewal past 6/30 - directives on shutdown activities to follow | Lori to sign off on not terminating and just sending notice of no renewal/extension past 6/30 |
| 93 | San Francisco | Long Beach Job Corps Center | 1605JW-21-C-0009 | The Bizzell  Group, LLC | 3/31/2025 | Extend 3 months -9; no termination | on 5/15 COB Jill issues 52.217-8 unilateral mod extending all services through 6/30 - on 5/16 Jill sends email notifying contractor that there will be no further extension/renewal past 6/30 - directives on shutdown activities to follow | Lori to sign off on not terminating and just sending notice of no renewal/extension past 6/30 |
| 94 | Dallas | Tulsa Job Corps Center | 1605JW-22-C-0013 | The Bizzell Group LLC | 10/31/2025 | Termination | on 5/16 Jill issues termination notice | |

001045

| | |
|---|---|
| 81 | |
| 82 | same as above |
| 83 | same as above |
| 84 | same as above |
| 85 | same as above |
| 86 | |
| 87 | |
| 88 | |
| 89 | same as above |
| 90 | |
| 91 | |
| 92 | same as above |
| 93 | same as above |
| 94 | |

001046

| | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|
| 81 | | | | | | | |
| 82 | not extended | | | | | | |
| 83 | | | | | | | |
| 84 | not extended | | | | | | |
| 85 | not extended | | | | | | |
| 86 | | | | | | | |
| 87 | | | | | | | |
| 88 | | | | | | | |
| 89 | not extended | | | | | | |
| 90 | | | | | | | |
| 91 | | | | | | | |
| 92 | | | | | | | |
| 93 | | | | | | | |
| 94 | | | | | | | |

| | Q | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 81 | | | | | | | | | | | | | | | | | |
| 82 | | | | | | | | | | | | | | | | | |
| 83 | | | | | | | | | | | | | | | | | |
| 84 | | | | | | | | | | | | | | | | | |
| 85 | | | | | | | | | | | | | | | | | |
| 86 | | | | | | | | | | | | | | | | | |
| 87 | | | | | | | | | | | | | | | | | |
| 88 | | | | | | | | | | | | | | | | | |
| 89 | | | | | | | | | | | | | | | | | |
| 90 | | | | | | | | | | | | | | | | | |
| 91 | | | | | | | | | | | | | | | | | |
| 92 | | | | | | | | | | | | | | | | | |
| 93 | | | | | | | | | | | | | | | | | |
| 94 | | | | | | | | | | | | | | | | | |

| | AH | AI | AJ | AK | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV | AW | AX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 81 | | | | | | | | | | | | | | | | | |
| 82 | | | | | | | | | | | | | | | | | |
| 83 | | | | | | | | | | | | | | | | | |
| 84 | | | | | | | | | | | | | | | | | |
| 85 | | | | | | | | | | | | | | | | | |
| 86 | | | | | | | | | | | | | | | | | |
| 87 | | | | | | | | | | | | | | | | | |
| 88 | | | | | | | | | | | | | | | | | |
| 89 | | | | | | | | | | | | | | | | | |
| 90 | | | | | | | | | | | | | | | | | |
| 91 | | | | | | | | | | | | | | | | | |
| 92 | | | | | | | | | | | | | | | | | |
| 93 | | | | | | | | | | | | | | | | | |
| 94 | | | | | | | | | | | | | | | | | |

| | AY | AZ | BA | BB | BC | BD | BE | BF | BG |
|---|---|---|---|---|---|---|---|---|---|
| 81 | | | | | | | | | |
| 82 | | | | | | | | | |
| 83 | | | | | | | | | |
| 84 | | | | | | | | | |
| 85 | | | | | | | | | |
| 86 | | | | | | | | | |
| 87 | | | | | | | | | |
| 88 | | | | | | | | | |
| 89 | | | | | | | | | |
| 90 | | | | | | | | | |
| 91 | | | | | | | | | |
| 92 | | | | | | | | | |
| 93 | | | | | | | | | |
| 94 | | | | | | | | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 95 | Dallas | Carville Caretaker Contract | 1605JW-23-F-00007 | MTC | 6/30/2025 | | ? | |

| | |
|---|---|
| 95 | |

001052

| | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|
| 95 | | | | | | | |

001053

| | Q | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 95 | | | | | | | | | | | | | | | | | |

| | AH | AI | AJ | AK | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV | AW | AX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 95 | | | | | | | | | | | | | | | | | |

| | AY | AZ | BA | BB | BC | BD | BE | BF | BG |
|---|---|---|---|---|---|---|---|---|---|
| 95 | | | | | | | | | |

001056

Message

| | |
|---|---|
| **From:** | Parella, Courtney E - OPA ███████████████████████████████ |
| **Sent:** | 5/29/2025 2:23:02 PM |
| **To:** | Chavez-DeRemer, Lori M - OSEC ████████████ |
| **CC:** | Han, Jihun A - OSEC ████████████  Wright, Rebecca - OSEC ██████████ |
| **Subject:** | RE: DRAFTS from OPA for OSEC - Thursday Talkers, Press Release, FAQ |
| **Attachments:** | Job Corps Operations Pause FAQs.pdf; EMBARGO_JC Press Release.docx; Job Corps Fact Sheet.pdf |

Madam Secretary –

Attached are the final versions of the documents I sent last night. A few minor tweaks included, but mostly the same as what you have.

Thanks,
Courtney

---

**From:** Parella, Courtney E - OPA
**Sent:** Wednesday, May 28, 2025 10:35 PM
**To:** Chavez-DeRemer, Lori M - OSEC ██████████████████████
**Cc:** Han, Jihun A - OSEC ████████████████  Wright, Rebecca - OSEC █████████████
**Subject:** DRAFTS from OPA for OSEC - Thursday Talkers, Press Release, FAQ

Good evening, Madam Secretary –

Sending some documents ahead of the big Thursday. Attached are:
1) Talking points for you, which can also be shared with stakeholders;
2) The draft press release;
3) (Same doc. as 2) FAQ document to be linked in the press release.

WH comms has signed off on all the above. We are tracking for rollout at 3:00PM ET tomorrow.

Also, for your planning purposes, I want to flag that I'm working with WH on getting TV booked for you in the late afternoon/evening (ideally Laura Ingraham). I will give you an update on anything press-wise later tomorrow morning.

Please let me know if you have questions in the meantime!

Thank you for your attention to this matter.

Sincerely,
Your humble servant

**Courtney Parella**
Assistant Secretary
Office of Public Affairs
U.S. Department of Labor
Mobile: ████████████



# JOB CORPS PAUSE *FAQs*

## 1.    What does "pause" mean?

A pause in Job Corps operations occurred on May 29th when the Department of Labor halted contracts at the 99 contract-operated centers. This led to the suspension of program operations. Center operators began implementing transition plans to mobilize students safely to their home of record and suspend program activities. Funds will be used to pause program operations, which includes managing facilities, maintaining student records, and ensuring students are connected with necessary employment and program resources.

## 2.    What legal authority does the Department have to take these actions?

The Department of Labor has the delegation of authority to halt center operator contracts including program operations at Job Corps sites. Federal Acquisition Regulation and the contract clauses prescribed in the regulation provide the government with the termination for convenience, found in FAR (48 CFR) Subpart 49.1 and FAR Clauses 52.249-2, among others.

## 3.    How many students are currently participating in the Job Corps program?

There are approximately under 25,000 students enrolled in the Job Corps program.

## 4.    What alternative education and training programs are being offered to students?

All students will be connected with the resources they need to succeed as this transition takes place. The Department of Labor is collaborating with state and local workforce partners to assist current students in advancing their training and connecting them with education and employment opportunities.

- Students will receive copies of personal documents and accomplishments to assist with potential transfer to other job training programs.
- Students will be registered with the American Job Center closest to their home of record.
- Students will be registered with the Labor Exchange system in their home state.
- Students will be offered to sign a release of information form to allow the Department to connect them with personalized job placement opportunities, trainings, and educational and supportive services.
- Additionally, a student resource page with helpful information and links to other job opportunities will be made available at JobCorps.gov.
- Students will receive eligibility determination for WIOA programs and offered apprenticeship and Pell grant opportunities.

## 5.    Where and when will the students be relocated?

The Department will arrange transportation and cover costs to transfer students back to their homes of record by June 30, 2025.

## 6.    When is the graduation day for the current program year?

Since students enroll in the Job Corps program on a rotating basis and can join or exit at any date within the program year, there is no set graduation date. According to Workforce Innovation and Opportunity Act Sec. 16, Sec. 142, the statutory definition of graduate is "an enrollee that 1) receives a High School Diploma (HSD) or High School Equivalency (HSE), and/or 2) completes the requirements of a career technical training (CTT) program."

# JOB CORPS PAUSE *FAQs*

## 7.    Are Job Corps credits transferable?

Job Corps program eligibility requirements are not identical to those of other WIOA programs, but there is overlap. Job Corps centers or federal staff can ensure departing students have all eligibility documents previously used to enter the program in order to ease their transition elsewhere.

There is a distinction between earning an industry recognized credential and completing a career technical training program. Job Corps' career technical training instruction is provided in accordance with a Training Achievement Record which includes a multitude of skills and competencies to be attained prior to a student's completion of the program. The industry recognized credential is often gained via a test or other skills demonstration along the way to completing the overall training program.

## 8.    What are the resources being provided to staff?

Job Corps contracted centers are staffed with employees who work for Job Corps operators and are not federal employees. The operators are largely private contractors who each operate multiple centers. The Department cannot speak to the contractors' plans regarding the employment status of the contractors' employees.

The Department will provide staff with targeted information and eligibility determination for employment services, access to apprenticeship programs, job fairs, unemployment compensation, armed service recruiters, and alternative education and employment training programs.

## 9.    Why pause operations at all centers?

- ·    The Job Corps program has been in a financial crisis for years, creating constant uncertainty for participants and administrators. The gap between funding and expenses has been publicly known, with operating costs steadily rising and the program's budget remaining flat over several fiscal years.
  - ○ Job Corps was operating at a $140 million deficit in PY 2024, requiring centers to be paused to save approximately $119 million to reach the end of this program year.
  - ○ According to projections, in PY 2025, the deficit would grow to $213 million.
- According to the recently released Job Corps Transparency Report, the highest graduation rate among all Job Corps centers was 65.4%.
  - ○ High schools with graduation rates below 67% are generally considered low performing under federal law.

## 10.    Where did the Job Corps Transparency Report data come from?

The analysis of internal data from program year 2023 was provided and published by the Department's Employment and Training Administration, which oversees the Job Corps program.

## 11.    Will the Department of Labor suspend operations at the 24 USDA centers?

No. The Department of Labor does not contract with center operators at the USDA sites. USDA owns and operates their 24 centers.

PRESS RELEASE UNDER EMBARGO UNTIL 3PM 5/29/2025

**FOR IMMEDIATE RELEASE: MAY 29, 2025**

# US DEPARTMENT OF LABOR PAUSES JOB CORPS CENTER OPERATIONS

**WASHINGTON** – The U.S. Department of Labor today announced it will begin a phased pause in operations at contractor operated Job Corp centers nationwide, initiating an orderly transition for students, staff, and local communities. The decision follows an internal review of the program's outcome and structure and will be carried out in accordance with available funding, the statutory framework established under the Workforce Innovation and Opportunity Act (WIOA), and congressional notification requirements.

The pause of operations at all contractor-operated Job Corps centers will occur by June 30, 2025. As the transition begins, the Department is collaborating with state and local workforce partners to assist current students in advancing their training and connecting them with education and employment opportunities.

The department's decision aligns with the President's FY 2026 budget proposal and reflects the Administration's commitment to ensure federal workforce investments deliver meaningful results for both students and taxpayers.

 **"Job Corps was created to help young adults build a pathway to a better life through education, training, and community," said Secretary Lori Chavez-DeRemer. "However, a startling number of serious incident reports and our in-depth fiscal analysis reveal the program is no longer achieving the intended outcomes that students deserve. We remain committed to ensuring all participants are supported through this transition and connected with the resources they need to succeed as we evaluate the program's possibilities."**

The Job Corps program has faced significant financial challenges under its current operating structure. In PY 2024, the program operated at a $140 million deficit, requiring the Biden administration to implement a pause in center operations to complete the program year. The deficit is projected to reach $213 million in PY 2025.

On April 25, 2025, the Department's Employment and Training Administration (ETA) released the first-ever Job Corps Transparency Report, which analyzed the financial performance and operational costs of the most recently available metrics of program year 2023. A summary of the overall findings:

- Average Graduation Rate (WIOA Definition): 38.6%
- Average Cost Per Student Per Year: $80,284.65
- Average Total Cost Per Graduate (WIOA Definition): $155,600.74
- Post separation, participants earn $16,695 annually on average.
- The total number of Serious Incident Reports for program year 2023: 14,913 infractions.
    - Inappropriate Sexual Behavior and Sexual Assaults Reported: 372
    - Acts of Violence Reported: 1,764
    - Breaches of Safety or Security: 1,167
    - Reported Drug Use: 2,702
    - Total Hospital Visits: 1,808

RAFT / PREDECISIONAL/ DELIBERATIVE

Additional information can be found in the FAQ here.

001062

# FACT SHEET: DEPARTMENT OF LABOR PAUSES JOB CORPS OPERATIONS

Job Corps was created to help young adults build a pathway to a better life through education and community. But an in-depth fiscal analysis and a startling number of serious incident reports reveal the program is not helping students achieve intended outcomes or keeping them safe. For these reasons, the Labor Department is pausing operations to evaluate the Job Corps program's possibilities.

## Job Corps Is Failing Students

- The Department of Labor's Job Corps Transparency Report (covering program year 2023) found that the average graduation rate by the program's standards is just 38.6%.
- After leaving the program, participants go on to earn an average of just over $16,000 annually – barely above the national poverty line.
- In addition to poor educational outcomes, participants' safety is often at risk – 14,913 serious incident reports were filed in 2023, even though the program only has under 25,000 participants.
  - These include drug abuse, sexual assaults, and other acts of violence.

## Job Corps Is Not Sustainable for Taxpayers or Students

- The program costs taxpayers over $1.7 billion a year – Americans deserve to know if this significant investment is working.
- The Job Corps Transparency Report provided clear and undeniable evidence that it's not working:
  - The average cost per student, per year is over $80,000 – that's nearly $20,000 more than one year at Harvard.
  - The average total cost per graduate is $155,600. Meanwhile, the average cost of a four-year college in the United States is $153,080.'
    - After leaving the program, Job Corps participants go on to earn an average of just over $16,000 annually, whereas the average salary for college graduates is $64,291.
- Considering only two out of every five participants actually graduate from the program, this is a massive amount of money being spent with little results to show for it.
  - There are many other job training programs that are proven to work, including Registered Apprenticeships, that could benefit from investments to help low-income students succeed.
- For program year 2024, Job Corps was operating at a $140 million deficit, requiring centers to be paused to save approximately $119 million to reach the end of this program year.
  - It's projected that in program year 2025, the deficit would grow to $213 million.
    - The program has been in a financial crisis for years, creating constant uncertainty for participants and administrators.
- According to the recently released Job Corps Transparency Report, the highest graduation rate among all Job Corps centers was 65.4%.
  - High schools with graduation rates below 67% are considered low performing under federal law.

FACT SHEET: DEPARTMENT OF LABOR PAUSES

# FACT SHEET: DEPARTMENT OF LABOR PAUSES JOB CORPS OPERATIONS

## This Pause Is to Evaluate Better Workforce Development Options for Young Americans.

- This is a pause of operations across 99 non-federally operated Job Corps centers. The Department of Labor has the authority to suspend operations and is responsible for managing JC center contracts.

- We are not eliminating Job Corps – only Congress has the authority to eliminate Job Corps.

- In December 2024, the Biden administration's DOL carried out a similar pause of operations at two Job Corps centers, echoing concerns of sustainability issues amid rising program costs.

- The Job Corps program is financially underwater, and the funds appropriated by Congress for the year will not cover the costs of operations for the remaining program year.

- The program has been in a financial crisis for several years, creating constant uncertainty for participants and administrators.

- This pause is to allow the department to reassess program alignment with the Administration's workforce priorities, proposed budget framework, and overall vision for building a modern and effective workforce development program for America's youth.

## Our Nation's Vulnerable Young Adults Deserve Better

- The Department of Labor will arrange transportation and cover costs for students to return to their home of record by June 30.

- All Job Corps participants will be connected with the resources they need to succeed as this transition takes place.

  - Students will be registered with the American Job Center closest to their home of record and with the Labor Exchange system in their home state.

  - Students will receive eligibility determination for WIOA programs and offered apprenticeship and Pell grant opportunities.

  - Additionally, a student resource page with helpful information and links to other job opportunities will be made available at JobCorps.gov.

- The Department of Labor is collaborating with state and local workforce partners to assist current students in advancing their training and connecting them with education and employment opportunities.

- Job Corps staff will be provided targeted information and eligibility determination for employment services, access to job fairs, unemployment compensation, armed service recruiters, and alternative education and employment training programs.

Message

| From: | Frazier, Susan (Lori) - ETA ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Sent**: | 5/29/2025 11:53:31 AM |
| **To**: | Han, Jihun A - OSEC ▮▮▮▮▮▮▮▮   Walter, Courtney E - OSEC ▮▮▮▮▮▮▮▮ |
| **Subject**: | FW: ETA OJC May 29 Package |

**Importance**:    High

"I want to reiterate the **urgent need for a directive in writing** from the Secretary's office so that I can begin preparing a letter for each of the impacted contracts. I will need the written directive this morning in order to have the time to prepare all needed letters for this afternoon. "

**From:** Matz, Jillian - OASAM OSPE ▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, May 29, 2025 11:34 AM
**To:** McGee, Erin L - ETA ▮▮▮▮▮▮▮▮▮   Frazier, Susan (Lori) - ETA ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- SOL ▮▮▮▮▮▮▮▮   Koeppel, David R - SOL ◀▮▮▮▮▮▮▮▮▮   Campbell, Carl V - OASAM OSPE
▮▮▮▮▮▮▮▮   Bernt, Matthew - SOL ▮▮▮▮▮▮▮▮▮▮▮▮▮
**Cc:** Timmons, Luke B1 - ETA ▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: ETA OJC May 29 Package
**Importance:** High

Good morning Lori,

Pursuant to our meeting this morning, I have now fully briefed in Carl Campbell, the Senior Procurement Executive and will forward him the documents that Erin shared yesterday. It is my understand that Carl will then brief the OASAM front office.

I want to reiterate the urgent need for a directive in writing from the Secretary's office so that I can begin preparing a letter for each of the impacted contracts. I will need the written directive this morning in order to have the time to prepare all needed letters for this afternoon.

Thank you for your support with this matter.

Jillian



**Jillian Matz**
**Senior Director**
**Job Corps Acquisition Services**

Office of the Senior Procurement Executive (OSPE)
Office of the Assistant Secretary for Administration and Management (OASAM)
U.S. Department of Labor | FPB Room N4643
Phone: ▮▮▮▮▮
Iphone: ▮▮▮▮▮

**Find *your* current OSPE Points of Contact!**



**From:** McGee, Erin L - ETA
**Sent:** Wednesday, May 28, 2025 2:11 PM
**To:** Frazier, Susan (Lori) - ETA
**Cc:** Matz, Jillian - OASAM OSPE                    Timmons, Luke B1 - ETA
**Subject:** ETA OJC May 29 Package

Dear Lori,

On May 7, you verbally instructed us to develop an operational plan to implement a directive you received to terminate all Job Corps center operations contracts because, as we understand it, it was determined that continued performance of the current Job Corps Center operations contracts is not in the Department's best interest. You indicated that DOL leadership believes that, from a policy and programmatic perspective, all current JCC operator contracts should be terminated on an immediate basis, with the only allowable activities being returning students to their home of record and any necessary functions to ramp-down operations and secure the facilities—all of which must be completed by June 30, 2025.

While we have not been apprised of any future plans for the program, it is our understanding that this action will provide DOL leadership an opportunity to assess the Job Corps program's alignment with the Administration's workforce priorities. We understand that Departmental leadership would like the contract terminations to be announced and effectuated on May 29, 2025, and that prior to that action being taken there will be a written memorandum provided to ETA and OASAM leadership from the Secretary's Office with a final decision to proceed.
In consultation with SOL, we have prepared the documents necessary to implement this policy directive. The documents are attached, including:

1. Draft Pre-Decisional Operational Timeline (Detailed)
2. Draft Pre-Decisional Notice of Termination (centers)
3. Draft Pre-Decisional Center Operator Comms
4. Draft Pre-Decisional Fed Staff Comms
5. Draft Pre-Decisional Student and Staff Talking Points
6. Notice of Complete Termination (TCU)
7. Notice of Partial Termination (HBI example)
8. Student Resources webpage mockup
9. Draft Pre-Decisional NTC CEO TPs
10. Notice to Contracts Ending May 31, 2025
11. Notice to Contracts Now ending June 30, 2025
12. Authorization to Share Job Corps Student Records

Note that we will need to put in place caretaker contracts following the cessation of contractor operations in order to secure and protect Government owned personal property as well as real property. Per your instruction, the caretaker plus contracts will include a six-month base period of performance with three six-month option periods, which provides the government up to two years for wind down activities related to personal and real property.

Regarding other Job Corps contracts that support the program (e.g., website hosting, IT data platforms), we understand that these will need to be decided on a case-by-case basis. Please confirm that understanding.

As we have discussed with you, we anticipate strong opposition from contractors, local, state and Federal policymakers, other stakeholders, the students, and the public at large.   The contractors will submit claims for termination-related costs, which could total millions of dollars, to which they will be entitled under procurement law.  SOL advised that there may also be broader legal challenges to the new policy and/or its implementation.

Please note that the workgroup (SOL/OSPE/Job Corps) advises that once the contracts are terminated, it will be very difficult if not impossible to reverse this decision and return to contract operations as they are presently.

*Once written confirmation from the Secretary's Office is provided to ETA and OASAM leadership, we are prepared to implement the Department's policy directive by terminating the center operations contracts.  From Jill's perspective, as contracting officer, OASAM leadership's direction will also be required.*

Thank you,

Erin and Jill

Message

| | |
|---|---|
| **From:** | Campbell, Carl V - OASAM OSPE ████████████████████████████████ |
| **Sent:** | 5/29/2025 12:32:30 PM |
| **To:** | Matz, Jillian - OASAM OSPE ███████████ Frazier, Susan (Lori) - ETA ███████████ Han, Jihun A - OSEC ███████ Walter, Courtney E - OSEC ███████ |
| **CC:** | Timmons, Luke B1 - ETA ████████████; Laco, Marek S - ETA ████████ Snare, Jonathan - SOL ███████ Parella, Courtney E – OPA ████████ McGee, Erin L - ETA ███████████-██████████. ████████████L████████ Bernt, Matthew - SOL ████████ |
| **Subject:** | RE: ACTION REQUESTED: ETA OJC May 29 Package |

Jill,

Thank you.



Carl V. Campbell, DBA
**Senior Procurement Executive**

Office of the Assistant Secretary for Administration and Management
U.S. Department of Labor
200 Constitution Ave NW
Washington, D.C. 20210
Tel: ████
E-Mail ████████████
Find **your** current **OSPE Points of Contact**!

**From:** Matz, Jillian - OASAM OSPE ████████████
**Sent:** Thursday, May 29, 2025 12:17 PM
**To:** Frazier, Susan (Lori) - ETA ████████████ Han, Jihun A - OSEC ████████████ Walter, Courtney E - OSEC ████████ Campbell, Carl V - OASAM OSPE ████████████
**Cc:** Timmons, Luke B1 - ETA ████████████ Laco, Marek S - ETA ████████ Snare, Jonathan - SOL ████████████ Parella, Courtney E - OPA ████████████ McGee, Erin L - ETA ████████████ Bernt, Matthew - SOL ████████████
**Subject:** RE: ACTION REQUESTED: ETA OJC May 29 Package

Good afternoon,

Looping in Carl.

**From:** Frazier, Susan (Lori) - ETA ████████████
**Sent:** Thursday, May 29, 2025 12:02 PM
**To:** Han, Jihun A – OSEC ████████ Walter, Courtney E - OSEC ████████
**Cc:** Timmons, Luke B1 - ETA ████████ Laco, Marek S - ETA ████████ Snare, Jonathan - SOL ████████████ Parella, Courtney E - OPA ████████████ McGee, Erin L - ETA ████████████ Matz, Jillian - OASAM OSPE ████████████-████████████ Bernt, Matthew - SOL ████████

**Subject:** RE: ACTION REQUESTED: ETA OJC May 29 Package

Thank you.

Staff, please see below the written directive from Jihun Han, Chief of Staff (OSEC) to move forward in terminating center operations contracts.

---

**From:** Han, Jihun A - OSEC ███████████████
**Sent:** Thursday, May 29, 2025 11:58 AM
**To:** Frazier, Susan (Lori) - ETA ████████████ Walter, Courtney E - OSE███
**Cc:** Timmons, Luke B1 - ETA ██████ Laco, Marek S - ETA ████████ Snare, Jonathan - SOL ██████████ Parella, Courtney E - OPA ████████
**Subject:** RE: ACTION REQUESTED: ETA OJC May 29 Package

**Hi Lori,**

**We are good to execute on this for 3 PM today.**

**Thank you,**


**Jihun Han**
Chief of Staff
Office of the Secretary
U.S. Department of Labor
C: ████████



---

**From:** Frazier, Susan (Lori) - ETA ████████████████
**Sent:** Wednesday, May 28, 2025 4:23 PM
**To:** Han, Jihun A - OSEC ██████████ Walter, Courtney E - OSEC ████████████
**Cc:** Timmons, Luke B1 - ETA ██████ Laco, Marek S - ETA ████████ Snare, Jonathan - SOL ██████ Parella, Courtney E - OPA ████████
**Subject:** ACTION REQUESTED: ETA OJC May 29 Package
**Importance:** High

Good afternoon Jihun and Courtney,

ETA has completed its' pre-decisional operational plans to terminate Job Corp contracted-center operations. Prior to action being taken. **Please provide a written directive to ETA and OASAM leadership with a final decision to proceed.**

In consultation with SOL, ETA and OASAM have prepared the documents necessary to implement this policy directive. The documents are attached, including:

1. Draft Pre-Decisional Operational Timeline (Detailed)
2. Draft Pre-Decisional Notice of Termination (centers)
3. Draft Pre-Decisional Center Operator Comms
4. Draft Pre-Decisional Fed Staff Comms

5. Draft Pre-Decisional Student and Staff Talking Points
6. Notice of Complete Termination (TCU)
7. Notice of Partial Termination (HBI example)
8. Student Resources webpage mockup
9. Draft Pre-Decisional NTC CEO TPs
10. Notice to Contracts Ending May 31, 2025
11. Notice to Contracts Now ending June 30, 2025
12. Authorization to Share Job Corps Student Records

Please see the attachments and timelines for execution and the below explanation of order.

**Lori Frazier Bearden** |
United States Department of Labor
Acting Assistant Secretary
Employment and Training Administration
200 Constitution Avenue Suite S-2307
Washington, D.C. 20210
C: 



**From:** McGee, Erin L - ETA
**Sent:** Wednesday, May 28, 2025 2:11 PM
**To:** Frazier, Susan (Lori) - ETA
**Cc:** Matz, Jillian - OASAM OSPE                         Timmons, Luke B1 - ETA
**Subject:** ETA OJC May 29 Package

Dear Lori,

On May 7, you verbally instructed us to develop an operational plan to implement a directive you received to terminate all Job Corps center operations contracts because, as we understand it, it was determined that continued performance of the current Job Corps Center operations contracts is not in the Department's best interest. You indicated that DOL leadership believes that, from a policy and programmatic perspective, all current JCC operator contracts should be terminated on an immediate basis, with the only allowable activities being returning students to their home of record and any necessary functions to ramp-down operations and secure the facilities—all of which must be completed by June 30, 2025.

While we have not been apprised of any future plans for the program, it is our understanding that this action will provide DOL leadership an opportunity to assess the Job Corps program's alignment with the Administration's workforce priorities. We understand that Departmental leadership would like the contract terminations to be announced and effectuated on May 29, 2025, and that prior to that action being taken there will be a written memorandum provided to ETA and OASAM leadership from the Secretary's Office with a final decision to proceed.
In consultation with SOL, we have prepared the documents necessary to implement this policy directive. The documents are attached, including:

1. Draft Pre-Decisional Operational Timeline (Detailed)
2. Draft Pre-Decisional Notice of Termination (centers)
3. Draft Pre-Decisional Center Operator Comms
4. Draft Pre-Decisional Fed Staff Comms
5. Draft Pre-Decisional Student and Staff Talking Points
6. Notice of Complete Termination (TCU)
7. Notice of Partial Termination (HBI example)
8. Student Resources webpage mockup
9. Draft Pre-Decisional NTC CEO TPs
10. Notice to Contracts Ending May 31, 2025
11. Notice to Contracts Now ending June 30, 2025
12. Authorization to Share Job Corps Student Records

Note that we will need to put in place caretaker contracts following the cessation of contractor operations in order to secure and protect Government owned personal property as well as real property.  Per your instruction, the caretaker plus contracts will include a six-month base period of performance with three six-month option periods, which provides the government up to two years for wind down activities related to personal and real property.

**Regarding other Job Corps contracts that support the program (e.g., website hosting, IT data platforms), we understand that these will need to be decided on a case-by-case basis.  Please confirm that understanding.**

As we have discussed with you, we anticipate strong opposition from contractors, local, state and Federal policymakers, other stakeholders, the students, and the public at large.   The contractors will submit claims for termination-related costs, which could total millions of dollars, to which they will be entitled under procurement law.  SOL advised that there may also be broader legal challenges to the new policy and/or its implementation.

Please note that the workgroup (SOL/OSPE/Job Corps) advises that once the contracts are terminated, it will be very difficult if not impossible to reverse this decision and return to contract operations as they are presently.

*Once written confirmation from the Secretary's Office is provided to ETA and OASAM leadership, we are prepared to implement the Department's policy directive by terminating the center operations contracts.  From Jill's perspective, as contracting officer, OASAM leadership's direction will also be required.*

Thank you,

Erin and Jill

Message

| | |
|---|---|
| **From:** | Frazier, Susan (Lori) - ETA ███████████████████████ |
| **Sent:** | 5/29/2025 4:48:56 PM |
| **To:** | Gollinger, Joseph B - OCIA ████████  Moreno, Gabriel - ETA ████████ Paprocki, Michael J - ETA ████ |
| **CC:** | Timmons, Luke B1 - ETA ████████ |
| **Subject:** | RE: Question on Job Corps Program |
| **Attachments:** | Job Corps Fact Sheet.pdf; Job Corps Operations Pause FAQs.pdf; EMBARGOED DRAFT_ETA Job Corps Program Decision Memo_V6.docx |

**NO FINAL ANSWERS ARE TO GO OUT UNTIL THEY HAVE BEEN CLEARED BY ETA/SOL/OPA**
@Paprocki, Michael J - ETA please add these questions in a short, precise format to the FAQ document. Also see below. And add the attachments to the shared folder for future questions.
Thanks!

**From:** Gollinger, Joseph B - OCIA ████████████████████
**Sent:** Thursday, May 29, 2025 4:14 PM
**To:** Frazier, Susan (Lori) - ETA ████████  Moreno, Gabriel - ETA ████████ Paprocki, Michael J - ETA ████████
**Subject:** RE: Question on Job Corps Program

Here are more questions for FAQ: These are from Education and the Workforce Minority who are also **asking for a joint briefing** with Chairman Walberg's team. (I answered who the non-USDA centers are since that's widely available public knowledge)

1) Can you please provide a full list of the campuses whose contracts are being terminated or not being renewed? I am not aware which campuses are jointly run by the USDA, so can't figure out which campuses will get notices. All 99 contracted centers that are not USDA are paused. @Moreno, Gabriel - ETA, please send him the USDA list of 24 centers. Those are not being paused.

2) Does DOL plan to places these pauses/contract termination notices on the federal register with an accompanying comment period? Pausing contract centers does not require a federal register notice. If closing a center, it does. @Paprocki, Michael J - ETA, please look at the guide attached and pasted the procedures for closing a center

3) Is DOL planning to open up new contract bidding processes for these centers in the next program year? Center operations have been paused while the Department of Labor evaluates the program's financial sustainability. The pause is a result of a decision to reassess program alignment with the Administration's workforce priorities, proposed budget framework, and overall vision for building a modern and effective workforce program for America's youth.

Best,

**Joe Gollinger**
Senior Legislative Officer
US Departm
Office of Congressional and Intergovernmental Affairs

**From:** Frazier, Susan (Lori) - ETA ████████████
**Sent:** Thursday, May 29, 2025 3:35 PM

**To:** Moreno, Gabriel - ETA ▮▮▮▮▮▮▮▮▮▮▮▮ Paprocki, Michael J - ETA ▮▮▮▮▮▮▮▮▮▮
**Cc:** Gollinger, Joseph B - OCIA ▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** FW: Question on Job Corps Program

Please start a FAQ sheet with questions immediately so that we have a running list. Please save on a shared drive and share link with OCIA .
Thanks

**Lori Frazier Bearden |**
United States Department of Labor
Acting Assistant Secretary
Employment and Training Administration
200 Constitution Avenue Suite S-2307
Washington, D.C. 20210
C: ▮▮▮▮▮▮



**From:** Gollinger, Joseph B - OCIA ▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, May 29, 2025 3:32 PM
**To:** Frazier, Susan (Lori) - ETA ▮▮▮▮▮▮▮▮▮
**Subject:** FW: Question on Job Corps Program

We have a good answer for this one?

**From:** Seitz, Sarah (Lankford) ▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, May 29, 2025 3:29 PM
**To:** Gollinger, Joseph B - OCIA ▮▮▮▮▮▮▮▮▮
**Subject:** RE: Question on Job Corps Program

**INFO ONLY: This email originated outside the Department of Labor but from a validated government source. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report" button on your email toolbar.**

For students who are homeless, where will they go?

**Sarah Seitz**
Deputy Chief of Staff
Senator James Lankford (R-OK)
731 Hart Senate Office Building, Washington, D.C.

▮▮▮▮▮▮

**From:** Gollinger, Joseph B - OCIA ███████████
**Sent:** Thursday, May 29, 2025 3:11 PM
**To:** Seitz, Sarah (Lankford) ███████████
**Subject:** RE: Question on Job Corps Program

Hey Sarah,

Now that our notification has gone out do you have additional questions I can answer?

Best,

**Joe Gollinger**
Senior Legislative Officer
US Department of Labor
Office of Congressional and Intergovernmental Affairs


**From:** Seitz, Sarah (Lankford) ███████████
**Sent:** Thursday, May 29, 2025 12:24 PM
**To:** Gollinger, Joseph B - OCIA ███████████
**Subject:** Re: Question on Job Corps Program

You don't often get email from ███████████          <u>Learn why this is important</u>

**INFO ONLY: This email originated outside the Department of Labor but from a validated government source. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report" button on your email toolbar.**

Just wanted to follow up on this as we are getting additional questions and concerns

Sarah Seitz
Deputy Chief of Staff
Senator James Lankford (OK)


Sent from my iPhone

> On May 22, 2025, at 2:38 PM, Seitz, Sarah (Lankford) ███████████
> wrote:

Thank you!

**Sarah Seitz**
Deputy Chief of Staff
Senator James Lankford (R-OK)
731 Hart Senate Office Building, Washington, D.C.
███████████

**From:** Gollinger, Joseph B - OCIA - ███████████████
**Sent:** Thursday, May 22, 2025 2:32 PM
**To:** Seitz, Sarah (Lankford) ███████████████
**Subject:** RE: Question on Job Corps Program

Hey Sarah,

Confirming receipt.

Best,

**Joe Gollinger**
Senior Legislative Officer
US Department of Labor
Office of Congressional and Intergovernmental Affairs

**From:** Seitz, Sarah (Lankford) ███████████████
**Sent:** Thursday, May 22, 2025 2:28 PM
**To:** Blount, DuRon - OCIA ███████████████
**Subject:** Question on Job Corps Program

You don't often get email from ███████████████████    Learn why this is important

**INFO ONLY: This email originated outside the Department of Labor but from a validated government source. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report" button on your email toolbar.**

We have heard that the Job Corps program will to start receiving contract termination notices as early as this Friday, or June 1. As a result, students will immediately be sent home with no alternative.

Are reforms to the program being looked at rather than termination?

Any information you can share on this would be very much appreciated.

**Sarah Seitz**
Deputy Chief of Staff
Senator James Lankford (R-OK)
731 Hart Senate Office Building, Washington, D.C.
███████████

# FACT SHEET: DEPARTMENT OF LABOR PAUSES JOB CORPS OPERATIONS

Job Corps was created to help young adults build a pathway to a better life through education and community. But an in-depth fiscal analysis and a startling number of serious incident reports reveal the program is not helping students achieve intended outcomes or keeping them safe. For these reasons, the Labor Department is pausing operations to evaluate the Job Corps program's possibilities.

## Job Corps Is Failing Students

- The Department of Labor's Job Corps Transparency Report (covering program year 2023) found that the average graduation rate by the program's standards is just 38.6%.
- After leaving the program, participants go on to earn an average of just over $16,000 annually – barely above the national poverty line.
- In addition to poor educational outcomes, participants' safety is often at risk – 14,913 serious incident reports were filed in 2023, even though the program only has under 25,000 participants.
    - These include drug abuse, sexual assaults, and other acts of violence.

## Job Corps Is Not Sustainable for Taxpayers or Students

- The program costs taxpayers over $1.7 billion a year – Americans deserve to know if this significant investment is working.
- The Job Corps Transparency Report provided clear and undeniable evidence that it's not working:
    - The average cost per student, per year is over $80,000 – that's nearly $20,000 more than one year at Harvard.
    - The average total cost per graduate is $155,600. Meanwhile, the average cost of a four-year college in the United States is $153,080.'
        - After leaving the program, Job Corps participants go on to earn an average of just over $16,000 annually, whereas the average salary for college graduates is $64,291.
- Considering only two out of every five participants actually graduate from the program, this is a massive amount of money being spent with little results to show for it.
    - There are many other job training programs that are proven to work, including Registered Apprenticeships, that could benefit from investments to help low-income students succeed.
- For program year 2024, Job Corps was operating at a $140 million deficit, requiring centers to be paused to save approximately $119 million to reach the end of this program year.
    - It's projected that in program year 2025, the deficit would grow to $213 million.
        - The program has been in a financial crisis for years, creating constant uncertainty for participants and administrators.
- According to the recently released Job Corps Transparency Report, the highest graduation rate among all Job Corps centers was 65.4%.
    - High schools with graduation rates below 67% are considered low performing under federal law.

# FACT SHEET: DEPARTMENT OF LABOR PAUSES JOB CORPS OPERATIONS

## This Pause Is to Evaluate Better Workforce Development Options for Young Americans.

- This is a pause of operations across 99 non-federally operated Job Corps centers. The Department of Labor has the authority to suspend operations and is responsible for managing JC center contracts.

- We are not eliminating Job Corps – only Congress has the authority to eliminate Job Corps.

- In December 2024, the Biden administration's DOL carried out a similar pause of operations at two Job Corps centers, echoing concerns of sustainability issues amid rising program costs.

- The Job Corps program is financially underwater, and the funds appropriated by Congress for the year will not cover the costs of operations for the remaining program year.

- The program has been in a financial crisis for several years, creating constant uncertainty for participants and administrators.

- This pause is to allow the department to reassess program alignment with the Administration's workforce priorities, proposed budget framework, and overall vision for building a modern and effective workforce development program for America's youth.

## Our Nation's Vulnerable Young Adults Deserve Better

- The Department of Labor will arrange transportation and cover costs for students to return to their home of record by June 30.
- All Job Corps participants will be connected with the resources they need to succeed as this transition takes place.
  - Students will be registered with the American Job Center closest to their home of record and with the Labor Exchange system in their home state.
  - Students will receive eligibility determination for WIOA programs and offered apprenticeship and Pell grant opportunities.
  - Additionally, a student resource page with helpful information and links to other job opportunities will be made available at JobCorps.gov.
- The Department of Labor is collaborating with state and local workforce partners to assist current students in advancing their training and connecting them with education and employment opportunities.
- Job Corps staff will be provided targeted information and eligibility determination for employment services, access to job fairs, unemployment compensation, armed service recruiters, and alternative education and employment training programs.

# JOB CORPS PAUSE *FAQs*

## 1.    What does "pause" mean?

A pause in Job Corps operations occurred on May 29th when the Department of Labor halted contracts at the 99 contract-operated centers. This led to the suspension of program operations. Center operators began implementing transition plans to mobilize students safely to their home of record and suspend program activities. Funds will be used to pause program operations, which includes managing facilities, maintaining student records, and ensuring students are connected with necessary employment and program resources.

## 2.    What legal authority does the Department have to take these actions?

The Department of Labor has the delegation of authority to halt center operator contracts including program operations at Job Corps sites. Federal Acquisition Regulation and the contract clauses prescribed in the regulation provide the government with the termination for convenience, found in FAR (48 CFR) Subpart 49.1 and FAR Clauses 52.249-2, among others.

## 3.    How many students are currently participating in the Job Corps program?

There are approximately under 25,000 students enrolled in the Job Corps program.

## 4.    What alternative education and training programs are being offered to students?

All students will be connected with the resources they need to succeed as this transition takes place. The Department of Labor is collaborating with state and local workforce partners to assist current students in advancing their training and connecting them with education and employment opportunities.

- Students will receive copies of personal documents and accomplishments to assist with potential transfer to other job training programs.
- Students will be registered with the American Job Center closest to their home of record.
- Students will be registered with the Labor Exchange system in their home state.
- Students will be offered to sign a release of information form to allow the Department to connect them with personalized job placement opportunities, trainings, and educational and supportive services.
- Additionally, a student resource page with helpful information and links to other job opportunities will be made available at JobCorps.gov.
- Students will receive eligibility determination for WIOA programs and offered apprenticeship and Pell grant opportunities.

## 5.    Where and when will the students be relocated?

The Department will arrange transportation and cover costs to transfer students back to their homes of record by June 30, 2025.

## 6.    When is the graduation day for the current program year?

Since students enroll in the Job Corps program on a rotating basis and can join or exit at any date within the program year, there is no set graduation date. According to Workforce Innovation and Opportunity Act Sec. 16, Sec. 142, the statutory definition of graduate is "an enrollee that 1) receives a High School Diploma (HSD) or High School Equivalency (HSE), and/or 2) completes the requirements of a career technical training (CTT) program."

# JOB CORPS PAUSE *FAQs*

## 7.  Are Job Corps credits transferable?

Job Corps program eligibility requirements are not identical to those of other WIOA programs, but there is overlap. Job Corps centers or federal staff can ensure departing students have all eligibility documents previously used to enter the program in order to ease their transition elsewhere.

There is a distinction between earning an industry recognized credential and completing a career technical training program. Job Corps' career technical training instruction is provided in accordance with a Training Achievement Record which includes a multitude of skills and competencies to be attained prior to a student's completion of the program. The industry recognized credential is often gained via a test or other skills demonstration along the way to completing the overall training program.

## 8.  What are the resources being provided to staff?

Job Corps contracted centers are staffed with employees who work for Job Corps operators and are not federal employees. The operators are largely private contractors who each operate multiple centers. The Department cannot speak to the contractors' plans regarding the employment status of the contractors' employees.

The Department will provide staff with targeted information and eligibility determination for employment services, access to apprenticeship programs, job fairs, unemployment compensation, armed service recruiters, and alternative education and employment training programs.

## 9.  Why pause operations at all centers?

- ·   The Job Corps program has been in a financial crisis for years, creating constant uncertainty for participants and administrators. The gap between funding and expenses has been publicly known, with operating costs steadily rising and the program's budget remaining flat over several fiscal years.
  - ○ Job Corps was operating at a $140 million deficit in PY 2024, requiring centers to be paused to save approximately $119 million to reach the end of this program year.
  - ○ According to projections, in PY 2025, the deficit would grow to $213 million.
- According to the recently released Job Corps Transparency Report, the highest graduation rate among all Job Corps centers was 65.4%.
  - ○ High schools with graduation rates below 67% are generally considered low performing under federal law.

## 10.   Where did the Job Corps Transparency Report data come from?

The analysis of internal data from program year 2023 was provided and published by the Department's Employment and Training Administration, which oversees the Job Corps program.

## 11.   Will the Department of Labor suspend operations at the 24 USDA centers?

No. The Department of Labor does not contract with center operators at the USDA sites. USDA owns and operates their 24 centers.

**U.S. Department of Labor**    Assistant Secretary for
Employment and Training
Washington, D.C. 20210



<span style="color:red">**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**</span>

**May 20, 2025**

**DECISION MEMORANDUM**

**SUBJECT:   Job Corps Program and Pausing Center Operations**

---

**GOAL:** To cease operations at all Job Corps center sites to align with the Trump Administration's workforce priorities and proposed budget.

**PURPOSE OF MEMO:** To reach consensus on pausing Job Corps center program operations and return every student safely and timely to their home of record by the end of the program year June 30th

**OPERATIONAL PLAN:** (1) Immediately cease all Job Corps contracted center program operations to allow adequate transition plans for mobilizing students. (2) Centers will execute a "Suspension of Operations" Plan. (3) 24 USDA sites will not be included in this plan

**PHASE 1: PAUSE ALL JOB CORPS CONTRACT CENTER OPERATIONS**

> **Action 1:** OSEC will communicate the operational plan with USDA Secretary. Job Corp staff at 99 contract-operated centers will operationalize their "Suspension of Operations" plan to transfer students to home of record.

> ➤ **Action 2:** ETA will terminate 99 contracts with center operators using the "Termination for Convenience of the Government." No USDA Center will be impacted by the cancellation of contracts.

> - o ETA leadership will brief limited Job Corps federal staff including Contracting Officer Representative (COR).
> - o OJC Staff will hold a stakeholder call on May 29th providing notice to all Job Corps center operators/Job Corps Association minutes ahead of the emailed termination notices.
> - o OJC staff will issue a Termination of Inconvenience effective May 29th and require implementation of Center Operations Pause and transition students to home of record by June 30th.
>   - o Operations wind-down to commence immediately with final operations date of June 30, 2025.
> - o ETA leadership will ensure COR understands negotiation role to negotiate termination fees and needed program costs that are applicable to transition students and successfully stop operations. This will include 4 weeks of continued contract operations such as facility and property management, records retention, secure data and transportation fleet.
> - o Center Operators will operationalize "Suspension of Operations" plan.

## DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

➤ **Action 3:** DOL OSEC / OPA will operate a communication plan in conjunction with other executive leadership. **(Page 6)**

➤ **Action 4:** ETA will provide targeted response for Job Corps center staff (employment services, job fairs, unemployment compensation, dislocated worker funding). ETA will provide students with alternative program options such as Apprenticeship opportunities, Armed Service recruiters, etc. **(Appendix C)**

➤ **Action 5**: "Caretaker" contracts will be executed to maintain owned and leased facilities until leases expire. Note that some leases will be terminated**. (Appendix E)**

## PHASE 2: FORMAL CLOSURES

➤ **Action 1:** ETA will publish a Federal Register Notice as required by WIOA sec.159 providing advance notice of center closures. **(Appendix E)**

➤ **Action 2:** DOL and UDSA will renegotiate necessary interagency agreements if needed to prevent endangerment of health/safety. **(Appendix E)**

➤ **Action 3:** DOL in conjunction with GSA follows federal regulations for general disposal requirements complying with Federal Property Administrative Services Act, GSA's Federal Management Regulation (FMR), and USDOL policies. **(Appendix E)**

2

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

# KEY SUMMARY OF POINTS

**THE GOAL OF THIS OPERATION:** To cease operations at all Job Corps center sites to align with the Trump Administration's workforce priorities and proposed budget.

**Critical Point of Understanding:** Long term plans of closures, program elimination, disposal of properties is a critical juncture of discussion for any future plans of the program.

**Proposed Plan:** The Department of Labor is proposing to PAUSE Job Corps center operations and return every student safely and timely to their home of record by the end of the program year June 30th.

**Operational Plan Goal:** (1) Immediately cease all Job Corps center operations (including 24 USDA CCCs) on May 16,2025 to allow adequate transition plans for mobilizing students and suspending Job Corps operations.   (2) Execute "Caretaker" Contracts for Job Corps centers **(Appendix E).**

**Legal Authorities:**
  o

- The Department of Labor is NOT CLOSING Job Corps centers. "Closing" requires additional actions.
  o  DOL is PAUSING Job Corps Operations.

- The Department of Labor has the delegation of authority to cancel center operator contracts at the 99 centers which also includes contracts providing all program operations at 123 sites, including USDA sites.
  o  The Department of Labor has the delegation of authority to cancel contracts at the 24 USDA centers that fund program operations.

  o  Per 29 U.S.C. § 3209(j), prior to the closure of any Job Corps center, "the Secretary shall ensure"… all legal requirements are met to close centers. **(Appendix E).**

**Pausing Process:**
- Sufficient contracted staff are employed at the 99 centers with sufficient financial resources to return students to home of record and suspend operations by June 30th.
- There is sufficient USDA Forest Service/federal staff employed at their centers with sufficient financial resources to return students to home of record and suspend operations by June 30th.
  o  Because of termination of numerous large contracts, cost-saving measures have allowed for sufficient funds to wind down operations safely and securely.

**Job Loss:**
- Approximately 11,000 contract employees across the country and Puerto Rico.
- Potentially 1200 Forestry Service federal employees at USDA Centers

| | |
|---|---|
| **Timeline:** | APPENDIX A |
| **USDA Operational Plan:** | APPENDIX B |
| **Job Loss Operational Plan:** | APPENDIX C |
| **Centers' Transitional Services Operational Plan:** | APPENDIX D |
| **Summary and Background:** | APPENDIX E |
| **Interagency Agreement USDA & DOL** | APPENDIX E |
| **OJC Congressional Districts** | APPENDIX F |
| **State Job Corp Center Summaries** | APPENDIX G |
| **Stakeholder NTC Calls** | APPENDIX H |

3

001082

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

# APPENDIX A: OPERATIONAL TIMELINE

| | Complete by | Actions |
|---|---|---|
| | 5/6/25 | **PRE-OPERATIONAL PLAN BEGINS** |
| ✓ | 5/8/25 | **ETA** leadership will brief limited Job Corps federal staff, attorneys, including Contracting Officer Representative (COR) of operational plan. |
| ✓ | 5/10/2025 | **ETA and OJC** staff will develop a mockup for a Student Resource Page for Job Corps students |
| ✓ | 5/10/25 | **ETA and OJC** staff will develop draft Termination Notices for Center Operations to transition students and successfully stop operations. This will include 6-12 weeks of continued contract operations such as facility and property management, records retention, secure data and transportation fleet. |
| ✓ | 5/10/25 | **ETA and OJC** will develop communication for DOL federal staff supporting Job Corps program |
| ✓ | 5/10/25 | **ETA** will develop state by state summaries of each Job Corps center, congressional districts, staff and student body size for operational planning |
| ✓ | 5/10/25 | **ETA and OJC** staff will develop Center Staff Communication |
| ✓ | 5/15/2025 | **ETA** will develop a job loss plan for center staff to be implemented by Regional Offices |
| | 5/15/25 | **OPA** will develop a communication plan in conjunction with other external executive leadership. |
| | 5/15/25 | **OSEC** will communicate the operational plan with USDA Secretary |
| | 5/15/2025 | **ETA** leadership will read-on additional ETA/OJC/ASAM staff to operations |
| | 5/16/25 | **OPERATIONAL PLAN BEGINS** |
| | 5/16/25 | **OSEC** will send email communication directing the termination of OJC contracts to ETA's Delegation of Authority- Acting Assistant Secretary and the Assistant Secretary for Administration and Management (ASAM) |
| | 5/16/25 | **DOL OJC/OASAM** staff will terminate 99 contracts with center operators using the "Termination for Convenience of the Government." |
| | 5/16/2025 | **DOL OJC/ASSAM** staff will terminate all OJC operation contracts that fund direct program operations |
| | 5/16/25 | **DOL OJC** Staff will issue brief email notices to all Job Corps Center Operators/Job Corps Association/Labor Unions minutes ahead of the termination notices. |
| | 5/16/25 | Center Operators will operationalize "Suspension of Operations" plan. |
| | 5/16/25 | **OPA** will execute a communication plan in conjunction with other external executive leadership. |
| | | **ETA** will provide students with alternative program options such as Apprenticeship opportunities, Armed Service recruiters, etc. |
| | 5/19/25 | **OJC** students will begin returning to home of record |
| | 5/19/25-ongoing | **ETA** will provide targeted response for Job Corps center staff (employment services, job fairs, unemployment compensation, dislocated worker funding). |
| | 06/30/25 | **OJC** Center Operations will suspend. |
| | 07/01/25 | **CARETAKER CONTRACTS BEGIN** |
| | 07/01/2025 | Caretaker" contracts will be executed to maintain facilities until leases expire. Note that some leases will be terminated. |
| | TBD | **CENTER CLOSURE ACTIONS** |
| | TBD | ETA will publish a Federal Register Notice as required by WIOA sec.159 providing advance notice of center closures. |

001083

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

| | TBD | DOL in conjunction with GSA follows federal regulations for general disposal requirements complying with Federal Property Administrative Services Act, GSA's Federal Management Regulation (FMR), and USDOL policies. |
|---|---|---|

## JOB CORPS CENTER TIMELINES

### Contract Termination for Convenience:

- Notification of Contract Termination
- Phase-out costs based on the current contract
- Staff severance to be paid in accordance with state requirements or operator established policies. **(30-days)**
- Negotiated final contract expenses. **(30-days)**
- Students transferred to the nearest center (If any are operating) that offers the same Technical Career Training as currently enrolled. **(Two weeks)**
- Implement the operator's phase-out plan to include the following:
  - o Transitioning of all students' hard copy records. **(2 weeks)**
  - o Scanning and uploading all student records into CIS. **(2-4 weeks)**
  - o Complete 100% inventory of the GFE to include DOL approval and board of survey. **(4 weeks)**
  - o Transition all utilities and other services to the caretaker contract. **(1 day)**
  - o Finalize all outstanding CRA projects. **(Variable)**
  - o Notify all contacted services of the ending of the contract. **(30 days)**
  - o Transition the GSA owned vehicles. **(30 days)**
- Transferring of property for the centers that are being paused. **(90 days)**
- Complete staff off-boarding. **(30 days)**
- Establishing a caretaker contract for each center paused. **(120 days)**

001084

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

## COMMUNICATIONS STRATEGY AND TIMELINE

The following plan outlines a potential, thorough communications approach for the suspension of Job Corps center operations. This approach is structured in three phases: pre-announcement, announcement, and crisis communications response. This design enforces messaging discipline, shapes the public narrative, and prepares for political and stakeholder fallout. Given the scale, visibility, and potential for blowback, this approach will require careful execution and carries a high degree of communications sensitivity.

Overarching narrative: *"Job Corps was created to expand opportunity for our nation's most vulnerable youth, but today, the program is falling short. With rising costs, low completion rates, and abysmal outcomes, the Job Corps program is no longer meeting its intended purpose. We're phasing out this outdated model to focus on workforce development programs that deliver better job training, real results, and pathways for success."*

### Pre-Announcement Phase:

**Stakeholders Briefed and Aligned:**
- Quietly brief White House, USDA, Elected Officials, and other relevant agencies.
  - Take special care with Governors and Members of Congress who represent Job Corps centers.
  - Recommended to have at least 15 – 20 Elected Officials as validators.
- Provide each stakeholder group with tailored talking points in advance of the public rollout.

### Core Messaging Development – "Phasing Out" Job Corps:
- Messaging should emphasize:
  - A failed program - low graduation rates, low post-program earnings.
  - A dangerous program - past incidents and student safety concerns.
  - A costly program - excessive costs per student and per graduate.
- These themes should be drawn from the Job Corps Transparency Report and performance data.

### Comms Materials to Be Drafted in Advance:
- Press pitch
- Official press release (with option for joint DOL/White House/USDA statement).
- Social media copy and a launch-day content thread.
- Remarks for Secretary (determine if remarks will be delivered in press gaggle format).
- Surrogate talking points and FAQs for Cabinet-level officials and third-party validators.

### Digital Strategy:
- Create an updated Job Corps landing page on DOL.gov with:
  - The full Job Corps Transparency Report.
  - Program performance data and background materials.
  - Frequently asked questions and graphics reinforcing key messages.

### Announcement Phase:

**Public Rollout:**
- Issue press release with a joint statement from DOL and/or the White House or USDA.
- Place an exclusive story with a friendly, high-profile outlet to help frame narrative.

**Media Execution:**
- Distribute press briefing bullets referencing the information from the transparency report.
- Re-surface past problematic headlines in a thread on X (Twitter) or similar platform.
- Offer interviews with DOL Secretary or other senior officials as part of rollout.

001085

**DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE**

**Surrogate Engagement:**
- Book surrogates—including Members of Congress, Cabinet officials, and other validators—to echo messaging across interviews, op-eds, and social platforms.
- Vet and potentially elevate former Job Corps staff or alumni, who can speak firsthand to program shortcomings.
- Engage local leaders who have previously advocated reform, like mayors or workforce board members.

**Crisis Communications Preparation & Fallout Management:**

**Message Management:**
- Talking points updated daily to reflect press coverage, social media trends, and Member/advocate reactions.
- Ensure message consistency across federal spokespeople, regional offices, and external partners.

**Rapid Response:**
- Digital and press team must be armed with rebuttal lines and empowered to correct misinformation in real time.
- Monitor press, social media, and Member statements to flag and escalate narrative risks.

**Hill Management:**
- Prepare for an influx of congressional inquiries, particularly from districts with impacted centers.
  - Use templated language and individualized outreach for Member management.
  - Coordinate closely with DOL's Office of Congressional and Intergovernmental Affairs.

**Protest Preparedness:**
- Plan for possible on-site demonstrations at Job Corps centers and DOL buildings.
- Coordinate with OSEC and relevant security officials on Rapid Response protocol.
- Develop an internal escalation plan in case of viral media moments, disruptions, or physical threats.

001086

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

# APPENDIX B: USDA Operational Plan

**ACTION 1: USDOL Secretary and USDA Secretary meet**

**Agenda:**

➤ Discuss joint USDA/DOL effort to cease Job Corps Operations.

➤ Communicate the DOL/USDA operational plan with USDA Secretary.

- Job Corps operations at USDA centers will be suspended through the termination of contracts on 5/29/2025.
- Immediate results: When eight NTC union labor contracts are cancelled, USDA sites will not have Technical Education Program operations. **(Appendix E)**
- USDA center staff (24 centers) will be directed by DOL to operationalize their "Suspension of Operations" plan to transfer students to home of record.
- The 1,100 Forestry Service federal staff workers will continue operations until June 30th to ensure smooth suspension of operations and safe return of students to home of record.
- Forestry Service federal staff are paid from OJC budget. The USDA Secretary would take any actions to reduce personnel if and when needed.
- Job Corps funds will be used to execute contracts to provide "caretaker contracts" to all USDA sites.

**ACTION 2: Secretary Press Considerations**

o Joint statement? Joint Press release? Timing? Partnership with Unions joint press?

**ACTION 3: Workforce Training Program Possibilities – Peacekeeping with the Unions**

➤ **Decision Point-** Appropriated program funds could be returned to U.S. Treasury or using the Demonstration Authority under 29 U.S.C.3206(a), launch workforce program that carry out education and vocational training to this at-risk population at the 24 USDA sites

➤ **Decision Point-** Legislation is still in place. Keep USDA centers operating with unions contractors and birth a new workforce program.

➤ **Example – America First Workforce Program. Ideas could include:**
  o Designate centers for Shipbuilding Technical Education

  o Meet with Union Heads to discuss how all union labor work will be moved to the 24 USDA Centers/ trade-up for future forest workers/Ensure Labor Union staff are connected to the USDA sites for employment.

  o Create Apprenticeship Programs for Forestry, Carpentry at USDA sites.

001087

DRAFT-CONFIDENTIAL-PREDECISONAL-DELIBERATIVE

# APPENDIX B: USDA Operational Plan

This is the data from 5.21.2025 There are 2,860 students across their 24 USDA centers.

| State | Region | Center | PY 2024 Planned OBS | OBS as of 05/21/2025 | Current Delta from PY2024 Planned OBS | Current % of OBS |
|---|---|---|---|---|---|---|
| Montana | Dallas | Anaconda | 170 | 160 | (10) | 94.12% |
| Oregon | San Francisco | Angell | 160 | 146 | (14) | 91.25% |
| Wisconsin | Chicago | Blackwell | 162 | 87 | (75) | 53.70% |
| South Dakota | Dallas | Boxelder | 124 | 86 | (38) | 69.35% |
| Arkansas | Dallas | Cass | 119 | 87 | (32) | 73.11% |
| Colorado | Dallas | Collbran | 220 | 103 | (117) | 46.82% |
| Washington | San Francisco | Columbia Basin | 236 | 175 | (61) | 74.15% |
| Washington | San Francisco | Curlew | 172 | 118 | (54) | 68.60% |
| Virginia | Philadelphia | Flatwoods | 105 | 68 | (37) | 64.76% |
| Washington | San Francisco | Fort Simcoe | 112 | 101 | (11) | 90.18% |
| Kentucky | Philadelphia | Frenchburg | 100 | 81 | (19) | 81.00% |
| Kentucky | Philadelphia | Great Onyx | 151 | 104 | (47) | 68.87% |
| West Virginia | Philadelphia | Harpers Ferry | 109 | 120 | 11 | 110.09% |
| Tennessee | Atlanta | Jacobs Creek | 111 | 89 | (22) | 80.18% |
| North Carolina | Atlanta | Lyndon Johnson | 120 | 104 | (16) | 86.67% |
| Missouri | Chicago | Mingo | 144 | 108 | (36) | 75.00% |
| North Carolina | Atlanta | Oconaluftee | 114 | 110 | (4) | 96.49% |
| Kentucky | Philadelphia | Pine Knot | 160 | 148 | (12) | 92.50% |
| Nebraska | Chicago | Pine Ridge | 171 | 114 | (57) | 66.67% |
| North Carolina | Atlanta | Schenck | 192 | 104 | (88) | 54.17% |
| Oregon | San Francisco | Timber Lake | 165 | 134 | (31) | 81.21% |
| Montana | Dallas | Trapper Creek | 215 | 161 | (54) | 74.88% |
| Utah | Dallas | Weber Basin | 210 | 201 | (9) | 95.71% |
| Oregon | San Francisco | Wolf Creek | 221 | 151 | (70) | 68.33% |
| | | | 3763 | 2860 | | 76.0% |

9

001088