UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NATIONAL JOB CORPS ASSOCIATION, et al.,

        Plaintiffs,

        v.

DEPARTMENT OF LABOR, and
LORI CHAVEZ-DEREMER, in her official
capacity as Secretary, Department of Labor,

        Defendants.
------------------------------------------------------------x

25 Civ. 4641 (ALC)

**NOTICE OF APPEAL**

    Defendants Department of Labor and Lori Chavez-Deremer, in her official capacity as Secretary, Department of Labor, appeal to the United States Court of Appeals for the Second Circuit from the Order granting a preliminary injunction entered on July 24, 2025.

Dated:    New York, New York
            September 19, 2025

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York
Attorney for Defendant

By:    /s/ Dominika Tarczynska
       JEAN-DAVID BARNEA
       DOMINIKA TARCZYNSKA
       Assistant United States Attorney
       86 Chambers Street
       New York, New York 10007
       Telephone: 212-637-2679/2748
       E-mails: jean-david.barnea@usdoj.gov
                    dominika.tarczynska@usdoj.gov