UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  NATIONAL JOB CORPS ASSOCIATION,
  et al.,

                      Plaintiffs,

          -against-

  DEPARTMENT OF LABOR, et al.,

                      Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCES**

**25-CV-4641 (ALC)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

Counsel-only pre-settlement telephone conferences will be held **with Plaintiff's counsel on Friday, October 10, 2025, at 10:30 a.m.** and **Defendant's counsel on Friday, October 17, 2025, at 2:00 p.m.** Counsel for the parties will be emailed the call in information by Judge Parker's chambers prior to the scheduled conference date.

    SO ORDERED.

Dated: September 22, 2025
       New York, New York

                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/22/2025