AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| National Jobs Corps Association et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-04641 (ALC) |
| Department of Labor et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Career Systems Development Corporation.

Date: 09/23/2025

/s/ Rebecca Fiebig
*Attorney's signature*

Rebecca Fiebig (Bar No. 4575536)
*Printed name and bar number*

Wiley Rein LLP
2050 M St NW
Washington, DC 20036
*Address*

rfiebig@wiley.law
*E-mail address*

(202) 719-3206
*Telephone number*

(202) 719-7049
*FAX number*