USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/29/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NATIONAL JOB CORPS ASSOCIATION, et al.,

                          Plaintiffs,

    -against-

DEPARTMENT OF LABOR, et al.,

                          Defendants.
-----------------------------------------------------------------X

**ORDER ADJOURNING PRE-SETTLEMENT TELEPHONE CONFERENCES**

**25-CV-4641 (ALC)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of this matter being reassigned to Magistrate Judge Stewart D. Aaron on September 29, 2025, the counsel-only pre-settlement telephone conferences previously scheduled for **Friday, October 10, 2025, at 10:30 a.m.** and **Friday, October 17, 2025, at 2:00 p.m.** are hereby adjourned sine die.

SO ORDERED.

Dated: September 29, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge