# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

**Jacob Valine**, Intervenor-Plaintiff, v. **Department of Labor, Lori Chavez-DeRemer**, Defendants.

**Case No. 1:25-cv-04641-ALC MOTION TO COMPEL AND FAST-TRACK BACKGROUND CHECKS FOR JOB CORPS STUDENTS**

**TO THE HONORABLE ANDREW L. CARTER, JR:**

Intervenor-Plaintiff Jacob Valine respectfully moves this Court to compel the Department of Labor and Secretary Lori Chavez-DeRemer to immediately resume, prioritize, and fast-track all background check operations affecting Job Corps students and applicants.

Plaintiff further requests that the Court direct the Department of Labor to designate a supervisory official responsible for:

- Overseeing the clearance of background check backlogs
- Implementing fast-track protocols for all pending and incoming checks
- Reporting to the Court on compliance progress and operational benchmarks

## BASIS FOR RELIEF

As of October 2025, the Department of Labor faces significant delays in background check processing, particularly within the **National Job Corps Office**, which oversees student onboarding, contractor coordination, and clearance procedures. These delays have been exacerbated by:

- The October 2025 federal shutdown
- Administrative bottlenecks in student intake and contractor compliance
- Regulatory shifts under Clean Slate and Fair Chance Hiring laws

These delays directly harm **Job Corps students**, many of whom are low-income, housing-insecure, or justice-impacted. The failure to process background checks in a timely and equitable manner:

- Blocks access to federally funded training and housing
- Disrupts career pathways and educational continuity
- Violates procedural fairness and Equal Protection under the Fourteenth Amendment

## RELIEF REQUESTED

Plaintiff respectfully requests:

1. An order compelling the Department of Labor to resume all paused background check operations
2. An order directing the agency to fast-track clearance of all backlogged and pending checks for Job Corps students
3. An order requiring designation of a supervisory official to oversee compliance and report to the Court
4. A declaration that prolonged delay violates procedural fairness and equal protection
5. Any further relief the Court deems just and proper

**Respectfully submitted,** Jacob Valine

*Jacob Valine*