**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK Case No. 1:25-cv-04641 (ALC) Judge Andrew L. Carter, Jr.**

## MOTION TO INTERVENE OF JACOB VALINE

Plaintiff-Intervenor Jacob Valine, appearing pro se, respectfully moves this Court for leave to intervene in the above-captioned matter pursuant to **Federal Rule of Civil Procedure 24(a) and 24(b)**, and in support thereof states as follows:

1. I am a Job Corps applicant who has been directly harmed by the Department of Labor's unlawful suspension of background check processing beginning in March 2025.
2. My background check was submitted but never processed, preventing my enrollment in Job Corps despite being otherwise eligible.
3. I have a significant legal interest in the subject matter of this action, and my participation is necessary to protect my rights and ensure full representation of affected applicants.
4. My claims are substantially the same as those asserted by the original plaintiffs in the First Amended Complaint, which I adopt and incorporate by reference.
5. My intervention will not unduly delay or prejudice the adjudication of the original parties' rights.
6. I seek the same declaratory and injunctive relief requested by the plaintiffs, including the immediate resumption of background check processing and restoration of Job Corps admissions.

WHEREFORE, I respectfully request that the Court grant this Motion to Intervene and permit me to proceed as a co-plaintiff in this matter.

**Dated:** October 15, 2025 **Respectfully submitted,**

**Jacob Valine**

*[signature: Jacob Valine]*