**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK Case No. 1:25-cv-04641 (ALC) Judge Andrew L. Carter, Jr.**

## CERTIFICATE OF SERVICE

I, Jacob Valine, hereby certify that on October 15, 2025, I caused a true and correct copy of the following documents:

- Motion to Intervene of Jacob Valine
- Amended Intervenor Complaint of Jacob Valine

to be served on all parties of record via the Court's Electronic Case Filing (ECF) system.

All participants in the case are registered ECF users and service was completed electronically.

I declare under penalty of perjury that the foregoing is true and correct.

**Dated:** October 15, 2025 **Respectfully submitted,**

**Jacob Valine**

*/s/ Jacob Valine*