UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERRATO CORPORATION,<br><br>      *Plaintiff*,<br><br>   v.<br><br>DEPARTMENT OF LABOR, LORI CHAVEZ-DEREMER, in her official capacity as Secretary, Department of Labor,<br><br>      *Defendants*. | Civil Case No. 1:25-cv-04641 (ALC) |

## **PLAINTIFF SERRATO CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel represents that Plaintiff Serrato Corporation does not have a parent company, nor a public corporation, corporate affiliates, or subsidiaries that own 10% or more of its stock.

Dated: October 21, 2025
   Tucson, Arizona

            */s/ Tyler Bugden*
            Timothy M. Medcoff*
            Tyler B. Bugden (#5779129)
            FARHANG & MEDCOFF, PLLC
            100 S. Church Avenue, Suite 100
            Tucson, Arizona 85701
            Tel.: (520) 214-2000
            Fax: (520) 214-2001
            tmedcoff@farhangmedcoff.com
            tbugden@farhangmedcoff.com

            *Counsel for Serrato Corporation*

            **Pro hac vice application filed 10/16/25*