UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| National Job Corps Association et al.,<br><br>                                Plaintiffs,<br><br>-against-<br><br>Department of Labor et al.,<br><br>                                Defendants. | 1:25-cv-04641 (ALC) (SDA)<br><br>ORDER SCHEDULING<br><u>SETTLEMENT CONFERENCE</u> |

**STEWART D. AARON, United States Magistrate Judge:**

      A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Friday, January 9, 2026, at 10:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

      The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron, except that representatives from National Job Corps Association (rather than from each plaintiff) may attend on behalf of Plaintiffs. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Friday, January 2, 2026).

SO ORDERED.

Dated:      New York, New York
              November 21, 2025

_____
STEWART D. AARON
United States Magistrate Judge