**Hecker Fink LLP**

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

mfeldman@heckerfink.com

November 21, 2025

**BY CM/ECF**

The Honorable Andrew L. Carter
United States District Court for the Southern District of New York
40 Foley Square, Room 444
New York, New York 10007

        Re:    *NJCA et al. v. DOL et al.*, No. 25 Civ. 04641 (ALC)

Dear Judge Carter,

    We write on behalf of all parties to request adjournment of all summary judgment deadlines. The parties have scheduled a settlement conference before Magistrate Judge Stewart Aaron on January 9, 2026, ECF No. 158. The parties have met and conferred and agree that it would be productive to adjourn the summary judgment deadlines until after that conference.

    The operative deadlines are currently as follows, accounting for the tolling and extension of deadlines in this matter due to the lapse of federal funding:

- Plaintiffs' Motion for Summary Judgment is due on December 1, 2025;
- Defendants' Opposition and/or Cross-Motion for Summary Judgement is due on December 29, 2025;
- Plaintiffs' Reply and/or Opposition is due on January 14, 2026; and
- Defendants' Reply is due on February 11, 2026.

*See* ECF No. 3, Standing Order M10-468, Case No. 25-mc-433-LTS (Oct. 2, 2025).

    The parties respectfully request that the Court adjourn all summary judgment deadlines and direct the parties to file a joint status report within one week after the settlement conference.

    This is the parties' first request for an extension of the summary judgment deadlines.

Respectfully submitted,

Maximillian Feldman