**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of December, two thousand twenty-five,

National Job Corps Association, Jocelyn Rivera, Adams and Associates, Inc., Alternate Perspectives, Inc., Education & Training Resources, LLC, Strategix Management, LLC, Transportation Communications Union/IAM, EXCEED, LLC, Eckerd Youth Alternatives, Inc., Insights Training Group, LLC, Career Systems Development Corporation, LifeSkills Connection Inc., Horizons Youth Services, L.C., Darius Harris, Daysha Quinones, Human Learning Systems, LLC, Chugach Training and Educational Solutions, LLC, The Bizzell Group, LLC, Cherokee Nation, Covenant Learning Solutions, LLC, Serrato Corporation, MINACT, Inc., Management & Training Corporation, Distinction, LLC, Heritage Services Corporation, ParadigmWorks Group, Inc., Dynamic Educational Systems, Inc., Arbor E&T LLC,

**ORDER**
Docket No. 25-2295

  Plaintiff - Appellees,

v.

United States Department of Labor, Lori Chavez-DeRemer, in her official capacity as Secretary, Department of Labor,

  Defendants - Appellants,

Julie A. Su, Acting Secretary of Labor, YouthBuild National Office,

  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec 01, 2025

**MANDATE ISSUED ON 12/01/2025**

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit