UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

NATIONAL JOB CORPS ASSOCIATION,
et al.,

                             Plaintiffs,            25-CV-4641 (ALC)

                                                                     **ORDER**

-against-

DEPARTMENT OF LABOR, et al.,

                             Defendants.
----------------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

      The Parties are hereby **ORDERED** to respond to Dkt. Nos. 123, 149, and 151 by **January 12, 2026**. In their letters, the Parties should address whether the Wind River Job Corps Center in Riverton, Wyoming is represented by the Plaintiffs in this lawsuit. In addition, the Parties should consider and address Judge Friedrich's opinion in *Cabrera, et al v. U.S. Dep't of Labor, et al*, No. 25-cv-01909, (D.D.C. Aug 11, 2025) Dkt. No. 63.

      Separately, the Parties shall file a joint status report in this matter by **January 20, 2026**.

Dated: January 7, 2026
New York, New York

                                                               */s/ Andrew L. Carter, Jr.*
                                                                ANDREW L. CARTER, JR.
                                                                United States District Judge