UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (FOLEY SQUARE)

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/7/2026

Jacob Valine, Movant, Pro Se,
v.
U.S. Department of Labor; Education & Training Resources, LLC;
National Job Corps Association; Julie Su; YouthBuild National Office,

Civil Action No. 1:25-cv-04641-ALC

MOTION TO STRIKE DOCKET ENTRIES 88–94

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, Movant Jacob Valine respectfully moves this Court to strike Docket Entries 88 through 94 on the grounds that they are immaterial and impertinent to the present lawsuit.

The filings—including a Motion to Intervene, Complaint in Intervention, supporting declarations, errata notices, and a joint status report—do not pertain to the operative claims, parties, or procedural posture of this case. They were filed in error or are otherwise unrelated to the litigation currently before the Court.

Movant respectfully requests that the Court strike these entries from the record to preserve clarity and procedural integrity.

Respectfully submitted,
/s/ Jacob Valine
Jacob Valine, Pro Se

   Upon consideration of non-party Jacob Valine's unopposed Motion to Strike the documents located at Dkt. Nos. 88-94, and a review of the contents of those documents, the Court hereby **GRANTS** the Motion with respect to Dkt. Nos. 88-93. Each of the foregoing docket entries may appropriately be struck from the record because they are filings made by Valine that, by his own admission, are "immaterial and impertinent to the present lawsuit." Dkt. No. 99. However, the Motion is **DENIED** with respect to Dkt. No. 94 because it contains a joint status report filed by the parties in this suit. In the joint status report (Dkt. No. 94), the parties provide the Court with important updates, including an update on settlement discussions between the parties. Further, contrary to Valine's assertions above, the joint status report was not filed in error; it was filed pursuant to the Court's oral order at the hearing held on July 23, 2025 (Dkt. No. 84 at 31:18), and subsequent Orders on August 1, 2025 (Dkt. Nos. 82-83) and August 8, 2025 (Dkt. No. 87). For these reasons, it would be inappropriate to grant the Motion with respect to Dkt. No. 94. Finally, because Dkt. Nos. 88 through 93 will be struck from the record, Valine's Motion to Seal Docket Entry 90 and Attached Exhibits (Dkt. No. 97) is **DENIED** as moot.

   The Clerk of Court is respectfully directed to Strike Dkt. Nos. 88-93 from the record, and to terminate the pending motions at Dkt. Nos. 97 and 99.

SO ORDERED:
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

January 7, 2026