# MOTION FOR CLARIFICATION

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

_____

*National Job Corps Association, et al.,*

    Plaintiffs,

v.

*United States Department of Labor, et al.,*
    Defendants.
_____

Case No. 1:25-cv-04641-ALC

_____

## MOTION FOR CLARIFICATION BY NON-PARTY JACOB VALINE

I, **Jacob Valine**, respectfully submit this **Motion for Clarification** regarding the Court's January 7, 2026 Order directing the parties to address issues raised in **Dkts. 123, 149, and 151**, which are filings I previously submitted.

The Court's Order directs the **parties** to brief matters arising from my filings, including representation, scope of relief, and operational issues. However, the Order does not indicate whether the Court expects **any response or participation from me** in connection with the January 12 briefing.

Because the Order expressly references and relies upon my filings, I respectfully request clarification on the following:

1. **Whether the Court expects any response, submission, or participation from me as the filer of Dkts. 123, 149, and 151.**
2. **Whether I am included in, or excluded from, the January 12, 2026 briefing cycle directed to the parties.**

This motion seeks only procedural clarification. I do not request substantive relief, nor do I seek to expand my role beyond what the Court deems appropriate.

Respectfully submitted,

**/s/ Jacob Valine**