**Hecker Fink LLP**

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

mfeldman@heckerfink.com

January 16, 2026

**BY CM/ECF**

The Honorable Andrew L. Carter
United States District Court for the Southern District of New York
40 Foley Square, Room 444
New York, New York 10007

Re: *NJCA et al. v. DOL et al.*, No. 25 Civ. 04641 (ALC)

Dear Judge Carter,

We write on behalf of all parties to provide the Court with a joint status update, pursuant to the Court's orders dated December 1, 2025, ECF 163, and January 7, 2026, ECF 176.[1]

As the Court is aware, on January 9, 2026, the parties participated in a settlement conference before Judge Stewart Aaron. During the conference, the parties made progress toward a resolution, and our discussions are ongoing. Accordingly, we do not believe that there is a need to set deadlines for dispositive motions at this time.

We respectfully propose that the parties provide a further joint status update by February 16, 2026.

Respectfully submitted,

Maximillian L. Feldman

---

[1] The Court has ordered the parties to provide a joint status update by January 16, 2026, ECF 163, and by January 20, 2026, ECF 176. We respectfully submit this update in response to both orders.