

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 17, 2026

**BY ECF**
The Honorable Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *NJCA et al v. DOL et al.*, No. 25 Civ. 04641 (ALC)

Dear Judge Carter:

    We write jointly on behalf of all parties in accordance with the Court's January 22, 2026, Order, ECF No. 183, to provide the Court with a status update in the above-referenced matter.

    As the parties advised in their last status report, ECF No. 182, the parties made progress towards a resolution of this matter at the January 9, 2026, settlement conference before Judge Aaron. Since the filing of the last status report, the parties have had further settlement discussions but need additional time to continue those discussions.

    We respectfully propose that the parties provide a further joint status update by March 17, 2026.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

    by:  /s/ Dominika Tarczynska
        JEAN-DAVID BARNEA
        DOMINIKA TARCZYNSKA
        Assistant United States Attorneys
        86 Chambers Street, Third Floor
        New York, NY 10007
        Tel: (212) 637-2679/2748
        jean-david.barnea@usdoj.gov
        dominika.tarczynska@usdoj.gov
        *Counsel for Defendants*