

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 17, 2026

**BY ECF**

The Honorable Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    *Re:*  *NJCA et al v. DOL et al.*, No. 25 Civ. 04641 (ALC)

Dear Judge Carter:

   We write jointly on behalf of all parties in accordance with the Court's January 22, 2026, Order, ECF No. 183, to provide the Court with a status update in the above-referenced matter.

   As the parties previously advised in their last status report, ECF Nos. 182, 184, the parties made progress towards a resolution of this matter at the January 9, 2026, settlement conference before Judge Aaron. After the conference, the U.S. Department of Labor ("DOL") provided a draft settlement document to plaintiffs on January 30, and the plaintiffs provided a responsive document on February 19. DOL will endeavor to share its response sometime next week. The parties thus need additional time to continue those discussions.

   We respectfully propose that the parties provide a further joint status update by April 3, 2026. We thank the Court for its continued consideration of this case.

         Respectfully submitted,

         JAY CLAYTON
         United States Attorney

      by: /s/ Dominika Tarczynska
         JEAN-DAVID BARNEA
         DOMINIKA TARCZYNSKA
         Assistant United States Attorneys
         86 Chambers Street, Third Floor
         New York, NY 10007
         Tel: (212) 637-2679/2748
         jean-david.barnea@usdoj.gov
         dominika.tarczynska@usdoj.gov
         *Counsel for Defendants*