

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 3, 2026

**BY ECF**
The Honorable Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    *Re:*  *NJCA et al v. DOL et al.*, No. 25 Civ. 04641 (ALC)

Dear Judge Carter:

  We write jointly on behalf of all parties in accordance with the Court's January 22, 2026, Order, ECF No. 183, to provide the Court with a status update in the above-referenced matter.

  As the parties have previously advised, ECF Nos. 182, 184, 185, the parties made progress towards a resolution of this matter at the January 9, 2026, settlement conference before Judge Aaron. After the conference, the U.S. Department of Labor ("DOL") provided a draft settlement document to plaintiffs on January 30, and the plaintiffs provided a responsive document on February 19. DOL shared a new draft with plaintiffs on April 1 and is now awaiting plaintiffs' response. The parties need additional time to continue their discussions.

  We respectfully propose that the parties provide a further joint status update by May 1, 2026. We thank the Court for its continued consideration of this matter.

       Respectfully submitted,

       JAY CLAYTON
       United States Attorney

    By: /s/ Jean-David Barnea
      JEAN-DAVID BARNEA
      DOMINIKA TARCZYNSKA
      Assistant United States Attorneys
      86 Chambers Street, Third Floor
      New York, NY 10007
      Tel: (212) 637-2679/2748
      jean-david.barnea@usdoj.gov
      dominika.tarczynska@usdoj.gov
      *Counsel for Defendants*