USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __5/13/2026__



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

## MEMO ENDORSED

*86 Chambers Street*
*New York, New York 10007*

May 4, 2026

**BY ECF**

The Honorable Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *NJCA et al v. DOL et al.*, No. 25 Civ. 04641 (ALC)

Dear Judge Carter:

    We write jointly on behalf of all parties to provide the Court with a status update in the above-referenced matter. The parties sincerely apologize for inadvertently failing to submit this report on May 1, as the parties had proposed in their last status report submitted on April 3, 2026, ECF No. 186.

    As the parties have previously advised, ECF Nos. 182, 184, 185, 186, the parties made progress towards a resolution of this matter at the January 9, 2026, settlement conference before Judge Aaron. After the conference, the parties have exchanged a number of drafts of a settlement document. Plaintiffs provided proposed revisions on April 24, 2026, which the Government is reviewing, and the parties need additional time to continue their discussions.

    We respectfully propose that the parties provide a further joint status update by June 1, 2026. We thank the Court for its continued consideration of this matter.

                Respectfully submitted,

                JAY CLAYTON
                United States Attorney

*The parties are ORDERED to file a joint status report by June 1, 2026.*

By:  /s/ Dominika Tarczynska_____
     JEAN-DAVID BARNEA
SO ORDERED:         DOMINIKA TARCZYNSKA
     Assistant United States Attorneys
     86 Chambers Street, Third Floor
HON. ANDREW L. CARTER, JR.   New York, NY 10007
UNITED STATES DISTRICT JUDGE  Tel: (212) 637-2679/2748
     jean-david.barnea@usdoj.gov
May 13, 2026           dominika.tarczynska@usdoj.gov
     *Counsel for Defendants*