

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

June 1, 2026

**BY ECF**
The Honorable Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    *Re:*  *NJCA et al v. DOL et al.*, No. 25 Civ. 04641 (ALC)

Dear Judge Carter:

  We write jointly on behalf of all parties to provide the Court with a further status update in the above-referenced matter. As the parties have previously advised, they made progress towards a resolution of this matter at the January 9, 2026, settlement conference before Judge Aaron. Since the conference, the parties have exchanged a number of drafts of a settlement document, and they need additional time to continue their discussions.

  We respectfully propose that the parties provide a further joint status update by July 1, 2026. We thank the Court for its continued consideration of this matter.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

      By: /s/ Jean-David Barnea
        JEAN-DAVID BARNEA
        DOMINIKA TARCZYNSKA
        Assistant United States Attorneys
        86 Chambers Street, Third Floor
        New York, NY 10007
        Tel: (212) 637-2679/2748
        jean-david.barnea@usdoj.gov
        dominika.tarczynska@usdoj.gov
        *Counsel for Defendants*