

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 1, 2026

**BY ECF**
The Honorable Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        *Re:*    *NJCA et al v. DOL et al.*, No. 25 Civ. 04641 (ALC)

Dear Judge Carter:

    We write jointly on behalf of all parties to provide the Court with a further status update in the above-referenced matter.  As the parties have previously advised, they made progress towards a resolution of this matter at the January 9, 2026, settlement conference before Judge Aaron.  Since the conference, the parties have exchanged a number of drafts of a settlement document, and they need additional time to continue their discussions.

    We respectfully propose that the parties provide a further joint status update by August 3, 2026.  We thank the Court for its continued consideration of this matter.

               Respectfully submitted,

               JAY CLAYTON
               United States Attorney

          By:  /s/ Jean-David Barnea
               JEAN-DAVID BARNEA
               DOMINIKA TARCZYNSKA
               Assistant United States Attorneys
               86 Chambers Street, Third Floor
               New York, NY 10007
               Tel: (212) 637-2679/2748
               jean-david.barnea@usdoj.gov
               dominika.tarczynska@usdoj.gov
               *Counsel for Defendants*