

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _7/9/26_____

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

July 1, 2026

**BY ECF**

The Honorable Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      *Re:*    *NJCA et al v. DOL et al.*, No. 25 Civ. 04641 (ALC)

Dear Judge Carter:

    We write jointly on behalf of all parties to provide the Court with a further status update in the above-referenced matter. As the parties have previously advised, they made progress towards a resolution of this matter at the January 9, 2026, settlement conference before Judge Aaron. Since the conference, the parties have exchanged a number of drafts of a settlement document, and they need additional time to continue their discussions.

    We respectfully propose that the parties provide a further joint status update by August 3, 2026. We thank the Court for its continued consideration of this matter.

             Respectfully submitted,

             JAY CLAYTON
             United States Attorney

    By:  /s/ Jean-David Barnea
         JEAN-DAVID BARNEA
         DOMINIKA TARCZYNSKA
         Assistant United States Attorneys
         86 Chambers Street, Third Floor
         New York, NY 10007
         Tel: (212) 637-2679/2748
         jean-david.barnea@usdoj.gov
         dominika.tarczynska@usdoj.gov
         *Counsel for Defendants*

The parties shall file a joint status report by August 3, 2026.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

July 9, 2026