Hecker Fink LLP

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

mfeldman@heckerfink.com

September 10, 2026

**VIA ECF**

Hon. Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

*Re: National Job Corps Association et al v. Department of Labor et al.*
Case No. 25-cv-04641 (ALC)

Dear Judge Carter,

We write on behalf Plaintiff National Job Corps Association ("NJCA") to respectfully request that the Court enter an order returning the bond posted by NJCA in this matter. Defendants consent to the motion.

On June 25, 2025, the Court entered a preliminary injunction order, which required Plaintiffs to post a bond in the amount of $200,000. ECF 57. On July 9, 2025, pursuant to the Court's order, NJCA posted an injunction bond in the amount of $200,000. ECF 65. On August 31, 2026, the parties filed a joint stipulation, settling and dismissing this matter. ECF 196. On September 1, 2026, the Court so-ordered the stipulation, which included a provision vacating the preliminary injunction as of September 11, 2026. ECF 197.

Accordingly, Plaintiff requests that the Court enter an order returning the bond posted by Plaintiff in the amount of $200,000.00.

Respectfully submitted,

/s/ *Maximillian L. Feldman*
Maximillian L. Feldman
Disha Verma
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Tel.: (212) 763-0883
Fax: (212) 564-0883
mfeldman@heckerfink.com
dverma@heckerfink.com

Amy Jeffress*
Minahil Khan*
HECKER FINK LLP
1050 K Street NW, Suite 1040
Washington, D.C. 20001
Tel.: (212) 763-0883
Fax: (212) 564-0883
ajeffress@heckerfink.com
mkhan@heckerfink.com

*Counsel for Plaintiff National Job Corps Association*

**Admitted pro hac vice*