**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

NATIONAL JOB CORPS ASSOCIATION, JOCELYN RIVERA, DARIUS HARRIS, DAYSHA QUINONES, ADAMS AND ASSOCIATES, INC., ALTERNATE PERSPECTIVES, INC., EDUCATION & TRAINING RESOURCES, LLC, STRATEGIX MANAGEMENT, LLC, TRANSPORTATION COMMUNICATIONS UNION/IAM, PARADIGM WORKS, INC., SERRATO CORPORATION, INSIGHTS TRAINING GROUP, LLC, HORIZONS YOUTH SERVICES, L.C., MINACT, INC., ARBOR E&T, LLC, DYNAMIC EDUCATIONAL SYSTEMS, INC., CAREER SYSTEMS DEVELOPMENT CORPORATION, DISTINCTION LLC, MANAGEMENT & TRAINING CORPORATION, COVENANT LEARNING SOLUTIONS, LLC, HERITAGE SERVICES CORPORATION, EXCEED LLC, THE BIZZELL GROUP, HUMAN LEARNING SYSTEMS, LLC, ECKERD YOUTH ALTERNATIVES, INC., LIFESKILLS CONNECTION, CHEROKEE NATION, CHUGACH TRAINING AND EDUCATIONAL SOLUTIONS, LLC,

*Plaintiffs*,

v.

DEPARTMENT OF LABOR, LORI CHAVEZ-DEREMER, in her official capacity as Secretary, Department of Labor,

*Defendants*.

Case No. 1:25-cv-04641 (ALC)

**[PROPOSED] ORDER FOR RETURN OF SECURITY BOND**

The Court hereby GRANTS Plaintiff National Job Corps Association's request for the return of a $200,000 injunction bond posted in this action.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED that the Court releases the $200,000 injunction bond that Plaintiff National Job Corps Association posted

pursuant to the Court's order dated June 25, 2025. *See* ECF 57, 65.

**SO ORDERED.**

SIGNED this _____ day of ____________, 2026, at _______ __.m.

__________________________________

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE