**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **NATIONAL JOB CORPS ASSOCIATION, et al.**<br><br>**Plaintiffs,**<br><br>**-against-**<br><br>**DEPARTMENT OF LABOR, et al.,**<br><br>**Defendants.** | **1:25-cv-4641(ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of non-party Jacob Valine's motion for retaliatory sanctions and a protective order. ECF No. 199. Mr. Valine's motion was filed after the termination of this case.

Mr. Valine's motion is not appropriate as he is not a party to this suit. *See* Dkt. 181 ("Jacob valine is not a party to this suit"), 187 (denying "non-party Valine's" third motion to intervene). Moreover, Mr. Valine has not provided a basis for granting the relief requested. The Motion is **DENIED**.

The Clerk of Court is respectfully directed to terminate ECF No. 199.

**SO ORDERED.**

**Dated:** October 21, 2026
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**